1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   ADAM A. REEVES (NYBN 2363877)
5  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorneys
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-7453
8       Fax: (415) 436-7234
        robert.leach@usdoj.gov
9
   Attorneys for United States of America

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 16-00462 CRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUSHOVAN TAREQUE HUSSAIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. CR 18-00577 CRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL RICHARD LYNCH and | ) | |
| STEPHEN KEITH CHAMBERLAIN, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF RELATED CASE IN A CRIMINAL ACTION**

The United States respectfully submits this Notice of Related Cases in a Criminal Action pursuant to Criminal Local Rule 8-1. The United States gives notice that the criminal case of

NOTICE OF RELATED CASE           1

*United States v. Hussain*, Case No. CR 16-462, assigned to the Hon Charles R. Breyer, is related to *United States v. Lynch and Chamberlain*, Case No. CR 18-577, also assigned to the Hon. Charles R. Breyer.

## I. Applicable Legal Standard

Criminal Local Rule 8-1(b) states that any criminal action is "related" to another pending civil or criminal action when the actions concern one or more of the same defendants and the same alleged events, occurrences, transactions or property or the actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges.

## II. The Actions Are Related Because They Both Allege Fraud at Autonomy

Both criminal actions allege similar conspiracy and wire fraud offenses as part of a broad scheme to defraud arising out of the acquisition by Hewlett-Packard Company and its subsidiary, Hewlett-Packard Vision B.V. (collectively "HP"), of Autonomy Corporation, plc ("Autonomy") for approximately $11 billion in or about October 2011.

Both criminal actions allege that, beginning in or about January 2009 and continuing through in or about October 2011, defendants Lynch, Hussain and Chamberlain, together with others, engaged in a fraudulent scheme to deceive purchasers and sellers of Autonomy securities about the true performance of Autonomy's business, its financial performance and condition, the nature and composition of its products, revenue and expenses and its prospects for growth.

Both criminal actions allege that the objectives of the scheme to defraud were, among other things, (a) to ensure that Autonomy reported that it had met or exceeded projected quarterly results for, among other things, revenue, gross margin, net income, and earnings per share, (b) to maintain and increase the defendants' positions within the company, and to enrich themselves and others through bonuses, salaries, and options, and (c) to artificially increase and maintain the share price of Autonomy securities to, among other things, make Autonomy attractive to potential purchasers.

And both criminal actions allege that the defendants used Autonomy's false and misleading financial statements from 2009, 2010, and early 2011, and other false and misleading

documents, to make Autonomy more attractive to a potential purchaser like HP.

### III. The Criminal Action Is Related for Purposes of Criminal Local Rule 8-1

The two indictments are substantially similar. They involve the same co-conspirators, the same alleged events, occurrences and transactions and would likely entail substantial duplication of labor if heard by different Judges.

### CONCLUSION

Accordingly, the United States respectfully requests that an Order be issued pursuant to L. Crim. R. 8-1(e) relating the two captioned criminal actions.

Dated:  November 29, 2018                           Respectfully Submitted,

ALEX G. TSE
United States Attorney

/s/
_____
ADAM A. REEVES
ROBERT S. LEACH
WILLIAM FRENTZEN
Assistant United States Attorneys