DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    Fax: (510) 637-3724
    Email: robert.leach@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-00577 CRB |
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE |
| v. | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

Please take notice that the Assistant United States Attorney whose name, address, telephone number, and email address are listed below is assigned to be additional counsel for the government:

    ROBERT S. LEACH (CABN 196191)
    Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    Fax: (510) 637-3724
    robert.leach@usdoj.gov

///

///

///

NOTICE OF ATTORNEY APPEARANCE
CR 18-00577 CRB

1  Accordingly, the government respectfully requests the Clerk to update the docket sheet and other
2 Court records so as to reflect that all future ECF filing, notices, correspondence, pleadings, and orders
3 and communications from the Court will also be directed to Assistant United States Attorney Robert S.
4 Leach per the contact information above.

5 DATED: April 10, 2019                           Respectfully submitted,

6                                                 DAVID L. ANDERSON
                                                  United States Attorney
7

8                                                 _____/s/_____
                                                  ROBERT S. LEACH
9                                                 Assistant United States Attorney