Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>    Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE STATUS CONFERENCE TO JULY 17, 2019**<br><br>Filed Concurrently with [Proposed] Order<br><br>Assigned to Hon. Charles R. Breyer |

Defendant Stephen Chamberlain, by and through his counsel of record, hereby files this unopposed *ex parte* application to continue the status conference in this matter from July 10, 2019, to July 17, 2019 at 10 a.m.  Counsel for Mr. Chamberlain has a scheduling conflict and is required to be in court on another matter in another city on July 10.  Counsel for the government and counsel for Mr. Lynch have both indicated that they have no objection to the requested continuance.  In light of the anticipated continuance and due to the difficulty of rearranging international travel to the United States for Mr. Chamberlain due to his status, and because of his own travel plans the week of July 17, counsel has also informed the other parties that we will be filing a waiver of appearance for Mr. Chamberlain for the status conference.  Neither the government nor counsel for Mr. Lynch expressed any objection.

DATED:  June 26, 2019

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:   /s/ Gary S. Lincenberg
Gary S. Lincenberg
Attorneys for Defendant Stephen Chamberlain