**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>　　　　Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE STATUS CONFERENCE TO JULY 17, 2019**<br><br>Assigned to Hon. Charles R. Breyer |

The Court, having read and considered the Unopposed *Ex Parte* Application to Continue the Status Conference in this matter from July 10, 2019 to July 17, 2019 ("Application") filed by defendant Stephen Chamberlain, and good cause having been shown, IT IS HEREBY ORDERED THAT:

Defendant Chamberlain's Application is GRANTED and the Status Conference currently set for July 10, 2019, shall be rescheduled as to all parties to 10:00 a.m. on July 17, 2019.  Further, upon filing of a Notice of Waiver of Appearance, Mr. Chamberlain is excused from appearing at the Status Conference.

DATED: _____, 2019

_____
Honorable Charles R. Breyer
United States District Judge