Gary S. Lincenberg - State Bar No. 123058
glincenberg@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Chamberlain

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>     Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**DEFENDANT STEPHEN CHAMBERLAIN'S NOTICE OF WAIVER OF PERSONAL APPEARNCE AT STATUS CONFERENCE HEARING ON JULY 17, 2019**<br><br>Assigned to Hon. Charles R. Breyer |

Defendant, Stephen Chamberlain, by and through his counsel of record, hereby provides notice that he waives his right to be personally present at the upcoming status conference, currently set for July 10, 2019 but for which a continuance has been requested to July 17, 2019, at 10 a.m. See Rule 43(b)(3), Federal Rules of Criminal Procedures.

DATED: June 26, 2019         RESPECTFULLY SUBMITTED,

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:    /s/ Gary S. Lincenberg
             Gary S. Lincenberg
        Attorneys for Defendant Stephen Chamberlain