1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       Email:  Robert.Leach@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )  Case No. CR 18-577 CRB
                                         )
14          Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                         )
15      v.                               )
                                         )
16  STEPHEN KEITH CHAMBERLAIN,           )
                                         )
17          Defendant.                   )
                                         )
18  _____)

19                    **STIPULATION**

20      WHEREAS, on November 29, 2018, the Grand Jury returned an Indictment against Stephen

21  Keith Chamberlain, a resident of the United Kingdom;

22      WHEREAS, on February 4, 2019, defendant Chamberlain ("the defendant") appeared before the

23  Court (with counsel specially appearing), was arraigned on the Indictment, and pleaded not guilty to all

24  counts;

25      WHEREAS, on March 21, 2019, the Grand Jury returned a Superseding Indictment against

26  Chamberlain [ECF No. 21];

27      WHEREAS, on April 2, 2019, the Court conducted a status conference in this matter, during

28  which the defendant was arraigned on the Superseding Indictment, the defendant pleaded not guilty to

1    all counts, the Court in camera addressed issues regarding representation of counsel with the defendant,

2    and the Court continued the matter to July 10, 2019, at 1:30 p.m., and ultimately to July 18, 2019 [ECF

3    Nos. 23, 31, 32, 34, 35];

4        WHEREAS, the parties have conferred and respectfully request that the Court continue the July

5    18, 2019 status conference to September 25, 2019, at 1:30 p.m.;

6        WHEREAS, the parties stipulate and agree that an exclusion of time under the Speedy Trial Act,

7    from July 17, 2019, to September 25, 2019, is appropriate due to the complexity of the case, the need for

8    continuity of counsel, and the need for defense counsel to review relevant evidence, consult with the

9    defendant in the United States, and effectively prepare;

10       THEREFORE, the parties stipulate and agree, and respectfully request that the Court order, that

11   the status conference currently scheduled for July 18, 2019, be continued to September 25, 2019, at 1:30

12   p.m.  The parties stipulate and agree that excluding time from July 17, 2019, to September 25, 2019, will

13   allow for the continuity of counsel and the effective preparation of counsel given the complexity of the

14   case.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii) & (iv).  The parties further stipulate and agree that the ends of

15   justice served by excluding the time from July 17, 2019, to September 25, 2019, from computation

16   under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

17   18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv).  The parties further stipulate and agree the Court shall enter

18   the proposed order below.

19       IT IS SO STIPULATED.

20   DATED:  July 16, 2019                    DAVID L. ANDERSON
                                              United States Attorney
21

22                                                /s/
                                              _____
23                                            ROBERT S. LEACH
                                              Assistant United States Attorney
24   DATED:  July 16, 2019                    BIRD, MARELLA, BOXER, WOLPERT,
                                              NESSIM, DROOKS, LINCENBERG, & RHOW,
25                                            P.C.

26

27                                                /s/
                                              _____
28                                            GARY S. LINCENBERG
                                              Attorneys for Defendant Stephen Chamberlain

1

2                                    **[PROPOSED] ORDER**

3            Based upon the facts set forth in the stipulation of the parties and the representations made to the

4    Court, and for good cause shown, the status conference currently scheduled for July 18, 2019, shall be

5    continued to September 25, 2019, at 1:30 p.m.  The Court finds that failing to exclude the time from July

6    17, 2019, to September 25, 2019, would unreasonably deny the defendant continuity of counsel and

7    defense counsel and the defendant the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence and the complexity of the case.  18 U.S.C. § 3161(h)(7)(B)(ii) &

9    (iv).  The Court further finds that the ends of justice served by excluding the time from July 17, 2019, to

10   September 25, 2019, from computation under the Speedy Trial Act outweigh the best interests of the

11   public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS

12   HEREBY ORDERED that the time from July 17, 2019, to September 25, 2019, shall be excluded from

13   computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv).

14           IT IS SO ORDERED.

15   DATED:

16                                              _____
                                                THE HONORABLE CHARLES R. BREYER
17                                              United States District Judge

18

19

20

21

22

23

24

25

26

27

28