Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CLARIFYING CONDITIONS OF BOND FOR DEFENDANT STEPHEN CHAMBERLAIN** |
| vs. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | Assigned to Hon. Charles R. Breyer |
| Defendants. | |

1  The Court, having considered Defendant Stephen Chamberlain's Application
2  to Clarify Conditions of Bond for Defendant Stephen Chamberlain, and good cause
3  appearing therefrom, clarifies that in addition to traveling to the United States in
4  connection with legal proceedings, Mr. Chamberlain is allowed to travel to the
5  United States for business reasons. To effectuate this order, the Court hereby orders
6  that all relevant federal agencies expeditiously provide any and all approvals
7  necessary for Mr. Chamberlain to travel to the United States for business or legal
8  matters, and back to the United Kingdom, upon request made by Mr. Chamberlain
9  or his counsel with at least three weeks' notice.

DATED:

THE HONORABLE CHARLES R. BREYER
United States District Judge