1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
5
          1301 Clay Street, Suite 340S
6         Oakland, California 94612
          Telephone: (510) 637-3680
7         Fax: (510) 637-3724
          Email:  Robert.Leach@usdoj.gov
8
   Attorneys for United States of America
9
                      UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,            )   Case No. CR 18-577 CRB
                                        )
14        Plaintiff,                    )   UNITED STATES' SUBMISSION IN RESPONSE
                                        )   TO THE COURT'S NOVEMBER 13, 2019 ORDER
15     v.                               )
                                        )
16 MICHAEL RICHARD LYNCH and            )
   STEPHEN KEITH CHAMBERLAIN,           )
17                                      )
          Defendants.                   )
18 _____     )

19        Pursuant to the Court's November 13, 2019 order, the United States respectfully submits the

20 attached declaration.

21 DATED:  December 1, 2019              DAVID L. ANDERSON
                                         United States Attorney
22
                                              /s/
23                                       _____
                                         ROBERT S. LEACH
24                                       Assistant United States Attorney

25

26

27

28