20010180-3

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

rtify That Jessica K. Weare, whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same Attorney Adviser, Office of the Legal Adviser, Department of State, United States of America, and that full faith and credit are due to her acts as such.

*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-seventh day of November, 2019.

Michael R. Pompeo
Secretary of State

By Matthews
Assistant Authentication Officer,
Department of State

Issued pursuant to CHXIV, Sep 5, 1789, 1 Stat. 68; 557; 22USC 2651a; 28 USC 1733 et. seq.; 3(f); RULE 44 Federal R. Civil Procedure.



DISTRICT OF COLUMBIA, ss:

## DECLARATION OF JESSICA K. WEARE

I, Jessica K. Weare, declare and say as follows:

1. I am an Attorney-Adviser in the Office of the Legal Adviser for the U.S. Department of State, Washington, D.C. This office has responsibility for extradition requests within the Department of State, and I am familiar with the extradition case of Michael Richard Lynch. I make the following statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. At the direction of my office, the United States Embassy in London formally submitted a request for the extradition of Michael Richard Lynch to the United Kingdom on 21 November 2019, pursuant to the Extradition Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland, and related Exchanges of Letters, signed 31 March 2003 ("the Treaty"), and the Instrument as contemplated by Article 3(2) of the Agreement on Extradition between the Government of the United States of America and the European Union signed 25 June 2003, as to the application of the Extradition Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland signed 31 March 2003 (the "Instrument"), signed at London 16 December 2004. The Annex to the Instrument (the "Annex") reflects the integrated text of the operative provisions of the Treaty and the Agreement on Extradition between the United States of America and the European Union signed 25 June 2003. Extradition was requested so that Michael Richard Lynch could stand trial for the charges contained in the Superseding Indictment in case number CR 18-577 CRB, filed on 21 March 2019, in the United States District Court for the Northern District of California.

3. This request is now pending with the United Kingdom. The Annex does not provide a deadline for the United Kingdom to take any particular step with respect to a pending extradition request from the United States. Once a decision is made with respect to a given request, Article 13 of the Annex does require that "[t]he Requested State shall promptly notify the Requesting State of its decision on the request for extradition."

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 26 November 2019.

_____
JESSICA K. WEARE