Gary S. Lincenberg - State Bar No. 123058
   glincenberg@birdmarella.com
Ariel A. Neuman - State Bar No. 241594
   aneuman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>    Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**NOTICE OF APPEARANCE OF ARIEL A. NEUMAN**<br><br>Assigned to Hon. Charles R. Breyer |

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Ariel A. Neuman of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., hereby enters his appearance as an attorney of record for Defendant Stephen Keith Chamberlain.  The address, phone number, facsimile number, and email address at which Mr. Neuman may be contacted are as follows: 1875 Century Park East, 23rd Floor, Los Angeles, California 90067; telephone number (310) 201-2100; facsimile number (310) 201-2110; email address aneuman@birdmarella.com.

DATED:  December 6, 2019

Gary S. Lincenberg
Ariel A. Neuman
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.


By:  ___/s/ Ariel A. Neuman___
Ariel A. Neuman
Attorneys for Defendant Stephen Keith Chamberlain

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, thereby serving all parties and counsel of record.

*/s/ Ariel A. Neuman*
Ariel A. Neuman