# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>                Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT STEPHEN CHAMBERLAIN'S MOTIONS FOR ISSUANCE OF RULE 17 SUBPOENAS AND LETTERS ROGATORY (ECF NOS. 81 & 87)**<br><br>Date:       December 1, 2021<br>Time:       1:30 p.m.<br>Crtrm.:    6<br><br>Assigned to Hon. Charles R. Brever |

1    **[PROPOSED] ORDER**

2         Good cause having been shown, the Court GRANTS Defendant Stephen

3    Chamberlain's Motion for Issuance of Supoenas Pursuant to Federal Rule of Criminal

4    Procedure 17(c) and Letters Rogatory Pursuant to 28 U.S.C. § 1781 Relating to Daud

5    Khan and Paul Morland (ECF No. 81); and Motion for Issuance of Subpoenas to Reena

6    Prasad, Percy Tejeda, and Ganesh Vaidyanathan Pursuant to Federal Rule of Criminal

7    Procedure 17(c) (ECF No. 87).

8         The Court HEREBY ISSUES the subpoenas and letters rogatory attached to this

9    order.

10        The Court ORDERS the Clerk of the Court to transmit the letters rogatory (Exhibits

11   10 through 12) along with a copy of the Second Superseding Indictment, via both

12   registered mail and email to the U.K. Central Authority at the following address:

13        UK Central Authority
          International Criminality Unit
14        Home Office
          3rd Floor Seacole Building
15        2 Marsham Street
          London SW1P 4DF
16        UKCA-ILOR@homeoffice.gov.uk

17        The Court further ORDERS the Clerk of the Court to notify counsel of record when

18   the letters rogatory have been transmitted, and to promptly advise counsel of record of any

19   response received.

20

21   DATED:    December 1, 2021

22                                           Honorable Charles R. Breyer
                                             United States District Court Judge
23                                           Northern District of California

24

25

26

27

28

# Exhibit 1

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.: 3:18-cr-00577-CRB |
| Michael Richard Lynch and Stephen Keith Chamberlain, | |
| Defendant(s). | |

TO: Reena Prasad

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera,  or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☒ U.S. Courthouse  450 Golden Gate Ave.  San Francisco, CA 94102 | ☐ U.S. Courthouse  280 South First St.  San Jose, CA 95113 | ☐ U.S. Courthouse  3140 Boeing Ave.  McKinleyville, CA 95519 | ☐ U.S. Courthouse  1301 Clay Street  Oakland, CA 94612 | 6/Hon. Charles R. Breyer |
| | | | | DATE AND TIME |
| | | | | 45 days from receipt |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:
  **See Attachment 1**

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Gary S. Lincenberg; Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC; 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561; (310) 201-2100; glincenberg@birdmarella.com

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO   AMOUNT |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                              DATE                                    SIGNATURE OF SERVER

                                                              ADDRESS:

ADDITIONAL INFORMATION

## ATTACHMENT 1

**Within 45 days of receiving this subpoena,** please produce the materials described below to the chambers of Judge Charles R. Breyer, U.S. Courthouse, 450 Golden Gate Ave, San Francisco, CA 94102.

1.   Written communications from March 1, 2009 through December 31, 2010, including but not limited to emails, text messages, and messages on chat applications and/or social media platforms, relating to Autonomy Corporation PLC ("Autonomy") and/or Stephen Chamberlain, between you and (a) Matthew Stephan, (b) Percy Tejeda, (c) Ganesh Vaidyanathan, and/or (d) Brent Hogenson.

2.   Written communications relating to your testimony before the Grand Jury on November 1, 2018.

3.   Personal records of phone calls between you and Matthew Stephan, Percy Tejeda, Ganesh Vaidyanathan and/or Brent Hogenson from July 1, 2010 through August 31, 2010.

4.   Any personal notes, memoranda, journal entries, or other documents in your possession, custody or control concerning Stephen Chamberlain.

Exhibit 2

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.: 3:18-cr-00577-CRB |
| Michael Richard Lynch and Stephen Keith Chamberlain, | |
| Defendant(s). | |

TO: Percy Tejeda

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☒ U.S. Courthouse 450 Golden Gate Ave. San Francisco, CA 94102 | ☐ U.S. Courthouse 280 South First St. San Jose, CA 95113 | ☐ U.S. Courthouse 3140 Boeing Ave. McKinleyville, CA 95519 | ☐ U.S. Courthouse 1301 Clay Street Oakland, CA 94612 | 6/Hon. Charles R. Breyer |
| | | | | DATE AND TIME 45 days from receipt |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:
  **See Attachment 1**

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Gary S. Lincenberg; Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC; 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561; (310) 201-2100; glincenberg@birdmarella.com

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____<br>                         DATE                             SIGNATURE OF SERVER<br><br>                                                       ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
| |

## ATTACHMENT 1

**Within 45 days of receiving this subpoena,** please produce the materials described below to the chambers of Judge Charles R. Breyer, U.S. Courthouse, 450 Golden Gate Ave, San Francisco, CA 94102.

1.   Written communications from March 1, 2009 through December 31, 2010, including but not limited to emails, text messages, and messages on chat applications and/or social media platforms, relating to Autonomy Corporation PLC ("Autonomy") and/or Stephen Chamberlain, between you and (a) Reena Prasad, (b) Matthew Stephan, (c) Ganesh Vaidyanathan, and/or (d) Brent Hogenson.

2.   Written communications relating to your testimony before the Grand Jury on November 1, 2018.

3.   Personal records of phone calls between you and Reena Prasad, Matthew Stephan, Ganesh Vaidyanathan and/or Brent Hogenson from July 1, 2010 through August 31, 2010.

4.   Any personal notes, memoranda, journal entries, or other documents in your possession, custody or control concerning Stephen Chamberlain.

Exhibit 3

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.: 3:18-cr-00577-CRB |
| Michael Richard Lynch and Stephen Keith Chamberlain, | |
| Defendant(s). | |

TO: Ganesh Vaidyanathan

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☒ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☐ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | 6/Hon. Charles R. Breyer |
| | | | | DATE AND TIME |
| | | | | 45 days from receipt |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:
  **See Attachment 1**

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
 Gary S. Lincenberg; Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow PC; 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561; (310) 201-2100; glincenberg@birdmarella.com

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS |
| | | ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

　　　　　　　　　　DATE　　　　　　　　　　　　　　　SIGNATURE OF SERVER

　　　　　　　　　　　　　　　　　　　　　　　　　　　ADDRESS

ADDITIONAL INFORMATION

3758515.1

## ATTACHMENT 1

**Within 45 days of receiving this subpoena,** please produce the materials described below to the chambers of Judge Charles R. Breyer, U.S. Courthouse, 450 Golden Gate Ave, San Francisco, CA 94102.

1. Written communications from March 1, 2009 through December 31, 2010, including but not limited to emails, text messages, and messages on chat applications and/or social media platforms, relating to Autonomy Corporation PLC ("Autonomy") and/or Stephen Chamberlain, between you and (a) Reena Prasad, (b) Matthew Stephan, (c) Percy Tejeda, and/or (d) Brent Hogenson.

2. Written communications relating to your testimony before the Grand Jury on November 1, 2018.

3. Personal records of phone calls between you and Reena Prasad, Matthew Stephan, Percy Tejeda, and/or Brent Hogenson from July 1, 2010 through August 31, 2010.

4. Any personal notes, memoranda, journal entries, or other documents in your possession, custody or control concerning Stephen Chamberlain.

Exhibit 4

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

<div style="margin-left:2em">Plaintiff,</div>

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

v.

Case No.: 3:18-cr-00577-CR

STEPHEN K. CHAMBERLAIN

<div style="margin-left:2em">Defendant(s).</div>

TO:  Hafeez Bux Daud Khan

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☑ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☐ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | 6/Breyer |
| | | | | DATE AND TIME<br>45 days from receipt |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All records and communications in the possession of Hafeez Bux Daud Khan relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to, electronic or hard copy documents, hand-written notes, reports (and drafts thereof), emails (including emails sent or received by Daud.Khan@gmail.com), chat messages, text messages, social media account communications, voicemails and audio recordings.

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                    SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

Exhibit 5

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

STEPHEN K. CHAMBERLAIN

                Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.: 3:18-cr-00577-CR

TO:  JP Morgan Chase Bank, N.A

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☑ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | 6/Breyer |
| 450 Golden Gate Ave. | 280 South First St. | 3140 Boeing Ave. | 1301 Clay Street | DATE AND TIME |
| San Francisco, CA 94102 | San Jose, CA 95113 | McKinleyville, CA 95519 | Oakland, CA 94612 | 45 days from receipt |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All communications and documents, in hard copy or electronic form, generated by or sent to Mr. Daud Khan, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to chat messages or transcripts, emails (including from daud.khan@cazenove.com, Daud.Khan@jpmorgan.com and Daud.Khan@JPMResearchmail.com), instant messages, Bloomberg communications (including from DKHAN5@Bloomberg.net), voicemails, audio recordings, hand-written notes, and reports (or drafts thereof).

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

## PROOF OF SERVICE

| RECEIVED BY SERVER | DATE | PLACE |
|---|---|---|
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES  ☐ NO   AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                    SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

Exhibit 6

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
| Plaintiff, | DOCUMENTS OR OBJECTS |
| | IN A CRIMINAL CASE |
| v. | Case No.: 3:18-cr-00577-CR |
| STEPHEN K. CHAMBERLAIN | |
| Defendant(s). | |

TO:  Joh. Berenberg, Gossler & Co. KG

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☑ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | 6/Breyer |
| 450 Golden Gate Ave. | 280 South First St. | 3140 Boeing Ave. | 1301 Clay Street | DATE AND TIME |
| San Francisco, CA 94102 | San Jose, CA 95113 | McKinleyville, CA 95519 | Oakland, CA 94612 | 45 days from receipt |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All communications and documents, in hard copy or electronic form, generated by or sent to Mr. Daud Khan, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to chat messages or transcripts, emails, text messages, Bloomberg communications, voicemails, audio recordings, hand-written notes, and reports (or drafts thereof).

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

<div align="center">DECLARATION OF SERVER</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                    SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

Exhibit 7

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE |
| Plaintiff, | DOCUMENTS OR OBJECTS |
| | IN A CRIMINAL CASE |
| v. | |
| | Case No.: 3:18-cr-00577-CR |
| STEPHEN K. CHAMBERLAIN | |
| Defendant(s). | |

TO:  Paul Gilmer Morland

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☑ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | ☐ U.S. Courthouse | 6/Breyer |
| 450 Golden Gate Ave. | 280 South First St. | 3140 Boeing Ave. | 1301 Clay Street | DATE AND TIME |
| San Francisco, CA 94102 | San Jose, CA 95113 | McKinleyville, CA 95519 | Oakland, CA 94612 | 45 days from receipt |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All records and communications in the possession of Paul Morland relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to, electronic or hard copy documents, hand-written notes, reports (and drafts thereof), emails, chat messages, text messages, social media account communications, voicemails and audio recordings.

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
187s5 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____         _____<br>　　　　　　　　　　　　DATE　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　　　　　ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
| |

Exhibit 8

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>          v.<br><br>STEPHEN K. CHAMBERLAIN<br><br>                         Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.: 3:18-cr-00577-CR |

TO:  Northland Capital Partners Limited (previously known as Astaire Securities)

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☑ U.S. Courthouse<br>   450 Golden Gate Ave.<br>   San Francisco, CA 94102 | ☐ U.S. Courthouse<br>   280 South First St.<br>   San Jose, CA 95113 | ☐ U.S. Courthouse<br>   3140 Boeing Ave.<br>   McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>   1301 Clay Street<br>   Oakland, CA 94612 | 6/Breyer |
| | | | | DATE AND TIME<br>45 days from receipt |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All communications and documents, in hard copy or electronic form, including but not limited to instant messages, texts, emails, voicemails, hand-written notes, reports (including drafts thereof), or audio recordings, generated by or sent to Paul Morland, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch.

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO  AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                    SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

Exhibit 9

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>STEPHEN K. CHAMBERLAIN<br><br>                        Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.: 3:18-cr-00577-CR |

TO:  Peel Hunt LLP

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE<br>6/Breyer |
|---|---|---|---|---|
| ☑ U.S. Courthouse<br>   450 Golden Gate Ave.<br>   San Francisco, CA 94102 | ☐ U.S. Courthouse<br>   280 South First St.<br>   San Jose, CA 95113 | ☐ U.S. Courthouse<br>   3140 Boeing Ave.<br>   McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>   1301 Clay Street<br>   Oakland, CA 94612 | DATE AND TIME<br>45 days from receipt |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

All communications and documents, in hard copy or electronic form, generated by or sent to Mr. Paul Morland, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to chat messages or transcripts, emails, instant messages, texts, voicemails, hand-written notes, audio recordings, and reports (or drafts thereof).

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br><br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Gary S. Lincenberg
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, PC.
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
310-201-2100

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

               DATE                            SIGNATURE OF SERVER

                                                   ADDRESS:

ADDITIONAL INFORMATION

Exhibit 10

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
|---|---|
| Plaintiff, | [PROPOSED] LETTER ROGATORY TO THE UNITED KINGDOM, CENTRAL AUTHORITY, INTERNATIONAL CRIMINALITY UNIT, HOME OFFICE REQUESTING MATERIALS FROM DAUD KHAN |
| vs. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | |
| Defendants. | Assigned to Hon. Charles R. Brever |

17
18
19
20
21
22
23
24
25
26
27
28

1      The Honorable Charles R. Breyer, United States District Court Judge of the

2  United States District Court for the Northern District of California, presents his

3  compliments to the UK Central Authority, International Criminality Unit, Home

4  Office and requests international assistance, pursuant to the Mutual Legal

5  Assistance Treaty between the United States and the United Kingdom of Great

6  Britain and Northern Ireland, to obtain evidence to be used in a criminal proceeding

7  before this Court in the above-captioned matter.

8      This Court requests the assistance described herein as necessary in the

9  interests of justice and for the purpose of a full and fair trial. The assistance

10 requested is that the UK Central Authority compel Hafeez Bux Daud Khan to

11 produce the documents identified below.

12 ## I.  FACTUAL BACKGROUND

13     This request relates to a criminal case brought against Stephen Chamberlain

14 by the United States of America in the Northern District of California. The Second

15 Superseding Indictment ("SI") alleges that Mr. Chamberlain, Dr. Michael Lynch,

16 and others defrauded purchasers and sellers of Autonomy securities, including,

17 specifically, Hewlett-Packard Company ("HP") in connection with its purchase of

18 Autonomy Corporation plc ("Autonomy") in August 2011. Mr. Chamberlain is

19 charged with, inter alia, wire and securities fraud, and conspiracy to commit the

20 same, in violation of 18 U.S.C. §§ 1343, 1348, and 1349.  He is also separately

21 charged with a multi-object conspiracy to conceal the alleged fraud, in violation of

22 18 U.S.C. § 371. The case against Mr. Chamberlain is in pretrial proceedings at

23 present. This Letter Rogatory stems from a request by counsel for Mr. Chamberlain

24 for materials which this Court has found are relevant and material for his defense at

25 trial and requested in the interests of justice. The charges against Mr. Chamberlain

26 rely in part on the testimony of Mr. Khan, a former securities analyst who covered

27 Autonomy, and who has previously testified in related proceedings, including

28 United States v. Hussain, No. CR 16-462 CRB (Northern District of California), and

Autonomy Corp. Ltd. v. Lynch, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, London, U.K.). Mr. Khan has testified that Autonomy's senior management misled him and other market participants regarding Autonomy's finances and products. The SI alleges that analysts such as Mr. Khan relied on Autonomy's financial statements that Mr. Chamberlain helped to prepare, and that Mr. Chamberlain presented deceptive information regarding Autonomy's (i) revenue from hardware sales; (ii) Original Equipment Manufacturer ("OEM") revenue; and (iii) cost allocation relating to the launch of its new Structured Probabilistic Engine ("SPE") product in Q3 2009, among other things. Mr. Khan has claimed that this inflated financial information led to an inflated share price.

The record as of now is materially incomplete, as Mr. Chamberlain currently has access to only a limited set of Mr. Khan's relevant communications. As such, it will be critical for Mr. Chamberlain to receive additional evidence from Mr. Khan in order establish that, contrary to Mr. Khan's testimony, he was not deceived and that there was no fraudulent scheme.

## II.      RECIPROCITY

The United States District Court for the Northern District of California expresses its willingness to provide similar assistance to authorities of the United Kingdom of Great Britain and Northern Ireland, should the need arise, and to the extent permissible by law.

## III.      REIMBURSEMENT FOR COSTS

The United States District Court for the Northern District of California assures the Central Authority that Mr. Chamberlain stands ready to reimburse the authorities of the United Kingdom of Great Britain and Northern Ireland for any costs incurred in executing the requesting court's letters rogatory.

## IV.      EVIDENCE TO BE OBTAINED

This request is directed to Hafeez Bux Daud Khan's ("Daud Khan"), Flat B, 19 Chetwode Road, London SW17 7RF, for the production of the materials

identified below:

1.      All records and communications in the possession, custody, or control of Hafeez Bux Daud Khan relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to, electronic or hard copy documents, hand-written notes, reports (and drafts thereof), emails (including emails sent or received by Daud.Khan@gmail.com), chat messages, text messages, social media account communications, voicemails and audio recordings.

DATED:   December 1, 2021 

Honorable Charles R. Breyer
United States District Court Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
crbcrd@cand.uscourts.gov

Exhibit 11

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**[PROPOSED] LETTER ROGATORY TO THE UNITED KINGDOM, CENTRAL AUTHORITY, INTERNATIONAL CRIMINALITY UNIT, HOME OFFICE REQUESTING MATERIALS FROM PAUL MORLAND**<br><br>Assigned to Hon. Charles R. Brever |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Honorable Charles R. Breyer, United States District Court Judge of the United States District Court for the Northern District of California, presents his compliments to the UK Central Authority, International Criminality Unit, Home Office, and requests international assistance, pursuant to the Mutual Legal Assistance Treaty between the United States and the United Kingdom of Great Britain and Northern Ireland to obtain evidence to be used in a criminal proceeding before this Court in the above-captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice and for the purpose of a full and fair trial. The assistance requested is that the UK Central Authority compel Paul Gilmer Morland to produce the documents identified below.

## I.   FACTUAL BACKGROUND

This request relates to a criminal case brought against Stephen Chamberlain by the United States of America in the Northern District of California. The Second Superseding Indictment ("SI") alleges that Mr. Chamberlain, Dr. Michael Lynch, and others defrauded purchasers and sellers of Autonomy securities, including, specifically, Hewlett-Packard Company ("HP") in connection with its purchase of Autonomy Corporation plc ("Autonomy") in August 2011. Mr. Chamberlain is charged with, inter alia, wire and securities fraud, and conspiracy to commit the same, in violation of 18 U.S.C. §§ 1343, 1348, and 1349. He is also separately charged with a multi-object conspiracy to conceal the Alleged fraud, in violation of 18 U.S.C. § 371. The case against Mr. Chamberlain is in pretrial proceedings at present. This Letter Rogatory stems from a request by counsel for Mr. Chamberlain for materials which this Court has found are relevant and material for his defense at trial and requested in the interests of justice.

The charges against Mr. Chamberlain rely in part on the testimony of Mr. Morland, a former securities analyst who covered Autonomy, and who has previously testified in related proceedings, including United States v. Hussain, No.

CR 16-462 CRB (Northern District of California), and Autonomy Corp. Ltd. v. Lynch, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, London, U.K.). Mr. Morland has testified that Autonomy's senior management misled him and other market participants regarding Autonomy's finances and products. The SI alleges that analysts such as Mr. Morland relied on Autonomy's financial statements that Mr. Chamberlain helped to prepare, and that Mr. Chamberlain presented 1 deceptive information regarding Autonomy's (i) revenue from hardware sales; (ii) Original Equipment Manufacturer ("OEM") revenue; and (iii) cost allocation relating to the launch of its new Structured Probabilistic Engine ("SPE") product in Q3 2009, among other things. Mr. Morland has claimed that this inflated financial information led to an inflated share price.

The record as of now is materially incomplete, as Mr. Chamberlain currently has access to only a limited set of Mr. Morland's relevant communications. As such, it will be critical for Mr. Chamberlain to receive additional evidence from Mr. Morland in order to establish that, contrary to Mr. Morland's testimony, he was not deceived and that there was no fraudulent scheme.

**II.    RECIPROCITY**

The United States District Court for the Northern District of California expresses its willingness to provide similar assistance to authorities of the United Kingdom of Great Britain and Northern Ireland, should the need arise, and to the extent permissible by law.

**III.    REIMBURSEMENT FOR COSTS**

The United States District Court for the Northern District of California assures the UK Central Authority that Mr. Chamberlain stands ready to reimburse the authorities of the United Kingdom of Great Britain and Northern Ireland for any costs incurred in executing the requesting court's letters rogatory.

**IV.    EVIDENCE TO BE OBTAINED**

This request is directed to Paul Gilmer Morland ("Paul Morland"), c/o

Alvarium Capital, 1st Floor, 10 Old Burlington Street, London, W1S 3AG, for the production of the documents identified below:

1.      All records and communications in the possession, custody, or control of Paul Morland relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch, including but not limited to, electronic or hard copy documents, hand-written notes, reports (and drafts thereof), emails, chat messages, text messages, social media account communications, voicemails and audio recordings.

DATED:   December 1, 2021

Honorable Charles R. Breyer
United States District Court Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
crbcrd@cand.uscourts.gov

Exhibit 12

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | [PROPOSED] LETTER ROGATORY TO THE UNITED KINGDOM, CENTRAL AUTHORITY, INTERNATIONAL CRIMINALITY UNIT, HOME OFFICE REQUESTING MATERIALS FROM NORTHLAND CAPITAL PARTNERS LIMITED |
| vs. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | |
| Defendants. | |
| | Assigned to Hon. Charles R. Brever |

18
19
20
21
22
23
24
25
26
27
28

The Honorable Charles R. Breyer, United States District Court Judge of the United States District Court for the Northern District of California, presents his compliments to the UK Central Authority, International Criminality Unit, Home Office and requests international assistance, pursuant to the Mutual Legal Assistance Treaty between the United States and the United Kingdom of Great Britain and Northern Ireland, to obtain evidence to be used in a criminal proceeding before this Court in the above-captioned matter.

This Court requests the assistance described herein as necessary in the interests of justice and for the purpose of a full and fair trial. The assistance requested is that the UK Central Authority compel Northland Capital Partners Limited (formerly Astaire Securities) to produce the materials identified below.

## I.      FACTUAL BACKGROUND

This request relates to a criminal case brought against Stephen Chamberlain by the United States of America in the Northern District of California. The Second Superseding Indictment ("SI") alleges that Mr. Chamberlain, Dr. Michael Lynch, and others defrauded purchasers and sellers of Autonomy securities, including, specifically, Hewlett-Packard Company ("HP") in connection with its purchase of Autonomy Corporation plc ("Autonomy") in August 2011.  Mr. Chamberlain is charged with, inter alia, wire and  securities fraud, and conspiracy to commit the same, in violation of 18 U.S.C. §§ 1343, 1348, and 1349.  He is also separately charged with a multi-object conspiracy to conceal the  alleged fraud, in violation of 18 U.S.C. § 371. The case against Mr. Chamberlain is in pretrial proceedings at present. This Letter Rogatory stems from a request by counsel for Mr. Chamberlain for materials which this Court has found are relevant and material for his defense at trial and requested in the interests of justice.

The charges against Mr. Chamberlain rely in part on the testimony of Mr. Morland, a former securities analyst who covered Autonomy, and who has previously testified in related proceedings, including *United States v. Hussain*, No.

CR 16-462 CRB (Northern District of California), and *Autonomy Corp. Ltd. v. Lynch*, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, London, U.K.). Mr. Morland has testified that Autonomy's senior management misled him and other market participants regarding Autonomy's finances and products. The SI alleges that analysts such as Mr. Morland relied on Autonomy's financial statements that Mr. Chamberlain helped to prepare, and that Mr. Chamberlain presented deceptive information regarding Autonomy's (i) revenue from hardware sales; (ii) Original Equipment Manufacturer ("OEM") revenue; and (iii) cost allocation relating to the launch of its new Structured Probabilistic Engine ("SPE") product in Q3 2009, among other things. Mr. Morland has claimed that this inflated financial information led to an inflated share price.

The record as of now is materially incomplete, as Mr. Chamberlain currently has access to only a limited set of Mr. Morland's relevant communications. As such, it will be critical for Mr. Chamberlain to receive additional evidence from Mr. Morland in order to establish that, contrary to Mr. Morland's testimony, he was not deceived and that there was no fraudulent scheme.

## II.   RECIPROCITY

The United States District Court for the Northern District of California expresses its willingness to provide similar assistance to authorities of the United Kingdom of Great Britain and Northern Ireland, should the need arise, and to the extent permissible by law.

## III.   REIMBURSEMENT FOR COSTS

The United States District Court for the Northern District of California assures the UK Central Authority that Mr. Chamberlain stands ready to reimburse the authorities of the United Kingdom of Great Britain and Northern Ireland for any costs incurred in executing the requesting court's letters rogatory.

## IV.   EVIDENCE TO BE OBTAINED

Mr. Morland worked at Astaire Securities from July 2008 through October

2010, and reported on and communicated about Autonomy throughout his period of employment.  Therefore, Mr. Morland's communications and documents from this period will be relevant to his coverage of Autonomy and to whether or not he was deceived.

This request is directed to Northland Capital Partners Limited (formerly Astaire Securities), Prince Fredrick House, 35-39 Maddox Street, London W1S 2PP, for the production of the materials identified below:

1.    All communications and documents , in hard copy or electronic form, including but not limited to instant messages, texts, emails, voicemails, hand-written notes, reports (including drafts thereof), or audio recordings, generated by or sent to Paul Morland, relating to Autonomy, Mr. Stephen Chamberlain, or Dr. Michael Lynch.

DATED:    ___December 1, 2021___          _____

Honorable Charles R. Breyer
United States District Court Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
crbcrd@cand.uscourts.gov