Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Ariel A. Neuman - State Bar No. 241594
    aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
    mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF MICHAEL C. LANDMAN** |
| vs. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | Assigned to Hon. Charles R. Breyer |
| Defendants. | |

3794610.1                                                    Case No. 3:18-cr-00577-CRB
NOTICE OF APPEARANCE OF MICHAEL C. LANDMAN

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Michael C. Landman of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg and Rhow, P.C., hereby enters his appearance as an attorney of record for Defendant Stephen Keith Chamberlain.  The address, phone number, facsimile number, and email address at which Mr. Landman may be contacted are as follows: 1875 Century Park East, 23rd Floor, Los Angeles, California 90067; telephone number (310) 201-2100; facsimile number (310) 201-2110; email address mlandman@birdmarella.com.

DATED:  June 2, 2022

    Gary S. Lincenberg
    Ariel A. Neuman
    Ray S. Seilie
    Michael C. Landman
    Bird, Marella, Boxer, Wolpert, Nessim,
    Drooks, Lincenberg & Rhow, P.C.

By:     /s/ Michael C. Landman
        Michael C. Landman
    Attorneys for Defendant Stephen Keith Chamberlain