STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 18-577 CRB |
| Plaintiff, | ) UNITED STATES' STATUS REPORT |
| v. | ) |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | ) |
| Defendants. | ) |

This matter is set for status conference on June 3, 2022.  The government respectfully submits the following status report regarding the status of the pending motions in this case.

<u>Background</u>

On November 1, 2021, the defendant Stephen Chamberlain made pretrial motions for the Issuance of Rule 17 Subpoenas and Letters Rogatory (Document 81) and for a Bill of Particulars (Document 85).  On November 15, 2021, the government made a pretrial motion for the Issuance of Rule 17 Subpoenas (Document 91).  On December 1, 2021, the Court heard arguments on the pretrial motions and (1) ruled on the defendant's motion for the Issuance of Rule 17 subpoenas; and (2) deferred and did not rule on the defendant's motion for a Bill of Particulars and the government's motion for the

Issuance of Rule 17 Subpoenas. From January through May 2022, counsel for defendant Chamberlain and counsel for the government have conferred in detail about the pending motions.

Defendant's Motion for a Bill of Particulars

On May 13, 2022, Defendant Chamberlain filed a statement setting forth his position on the motion for a bill of particulars (Document 114). On May 18, 2022, the government filed a statement setting forth its position on the motion for a bill of particulars (Document 115). If the Court wishes, the parties will be prepared to make further arguments about the motion at the status hearing.

Government's Motion for Rule 17 Subpoenas

The parties have conferred at length about the government's motion for Rule 17 subpoenas. As a result, the parties have been able settle on language in the proposed subpoenas to which the defendant takes no position. One point remains in dispute, however. The government recommends that the subpoenas should attach a copy of the superseding indictment because the language in the subpoena compels "all documents relating in any way to Count Seventeen" and Paragraph 31 of Count Seventeen refers to allegations made in the superseding indictment itself, specifically Paragraphs 19 through 24 (see Exhibit A attaching the government's proposed form of the subpoena). The defendant contends that the subpoenas should attach only Count Seventeen of the superseding indictment because the allegations in the count already contain the relevant factual allegations (see Exhibit B attaching the defendant's proposed form of the subpoena). Respectfully, the parties request an opportunity to be heard about this issue at the status hearing.

DATED: June 2, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/
_____
ADAM A. REEVES
ROBERT S. LEACH
Assistant United States Attorneys

STATUS REPORT
CASE NO. CR 18-577 CRB