1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYBN 2363877)
   ROBERT S. LEACH (CABN 196191)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        Fax: (510) 637-3724
8       Email:  adam.reeves@usdoj.gov

9  Attorneys for United States of America

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   Case No. 18-CR-577 CRB
                                     )
14        Plaintiff,                 )   **[PROPOSED] ORDER**
                                     )   **AUTHORIZING RULE 17 SUBPOENAS**
15     v.                            )
                                     )
16  MICHAEL RICHARD LYNCH and        )
    STEPHEN KEITH CHAMBERLAIN,       )
17                                   )
          Defendants.                )
18  _____ )

19

20        **FOR GOOD CAUSE SHOWN**, after a hearing on this matter conducted on June 3, 2022, the

21  Court hereby **GRANTS** the United States' Motion for Rule 17 Subpoenas dated November 15, 2021

22  (Document 91), and **ORDERS** the issuance of Rule 17 subpoenas to the following seven (7) persons:

23  (1) Corrado Broli; (2) Nicole Eagan; (3) Lisa Harris; (4) Peter Menell; (5) Poppy Prentiss (aka Poppy

24  Gustafsson); (6) Rob Sass; and (7) Gary Szukalski; the seven subpoenas shall use the form in Exhibits A

25  through G attached hereto; and the subpoenas shall each have a return date of October 5, 2022.

26  //

27  //

28  //

[PROPOSED] ORDER
Case No. 18-CR-577 CRB                    1

1    **IT IS SO ORDERED**.

2

3  DATED:

4                                              _____
                                               THE HONORABLE CHARLES R. BREYER
5                                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

CAND 89 B    (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN.

Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.:  3:18-cr-577-CRB

TO:  Corrado Broli

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | 17th Fl. Courtroom 6 |
| | | | DATE AND TIME 10/5/2022 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

Please produce all documents relating in any way to Count Seventeen (pages 13-15) of the attached Superseding Indictment in *United States v. Lynch and Chamberlain*, Case No. 18-CR-577 CRB, including all such documents that reference Michael Lynch, Steven Chamberlain, Autonomy, Hewlett Packard ("HP"), Invoke Capital, Darktrace, possible employment, and any other possible benefits.

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT              DATE

*Mark B. Busby*                                        06/03/2022
(By) Deputy Clerk

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102        Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
                          DATE                              SIGNATURE OF SERVER

                                                            ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
|  |

1

2

3

4

5

6    COUNT SEVENTEEN:      (18 U.S.C. § 371 – Conspiracy)

7        31.     The allegations in Paragraphs 1 through 24 are realleged and incorporated as if fully set

8 forth here.

9        32.     Beginning in or about October 2011, and continuing until in or about November 2018, in

10 the Northern District of California and elsewhere, the defendants,

11
                   MICHAEL RICHARD LYNCH and
                   STEPHEN KEITH CHAMBERLAIN,

12

13 and others, did knowingly conspire to commit offenses against the United States, namely (a)

14 circumventing a system of internal accounting controls of an issuer of securities registered under Section

15 12 of the Securities Exchange Act of 1934, in violation of Title 15, United States Code, Section 78m, (b)

16 tampering with witnesses, victims, and informants, in violation of Title 18, United States Code, Section

17 1512, (c) obstructing proceedings before departments, agencies, and committees, in violation of Title 18,

18 United States Code, Section 1505, and (d) engaging in monetary transactions in property derived from

19 specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

20        33.     The objectives of the conspiracy were, among other things, to cover up, conceal,

21 influence witnesses to, and otherwise obstruct investigations of the scheme to defraud set forth in

22 Paragraphs 19 through 24 by, among other things, (a) falsifying, destroying, and stealing business

23 records of HP, (b) altering, destroying, mutilating, and concealing records, documents, and objects with

24 intent to impair their integrity and availability for use in official proceedings, (c) paying hush money and

25 other benefits to influence, delay, and prevent the testimony of persons in official proceedings, (d)

26 otherwise obstructing, influencing, and impeding official proceedings, and (e) laundering the proceeds

27 of the Autonomy acquisition.

28   //

SUPERSEDING INDICTMENT        13

1

## Overt Acts

2       34.    In furtherance of the conspiracy and to effect the objects thereof, in the Northern District

3   of California and elsewhere, LYNCH, CHAMBERLAIN, and others committed the following overt

4   acts:

5             a.     On or about October 7, 2011, LYNCH transferred £100,000,000 from an account

6   at UBS to an account at HSBC Private Bank.

7             b.     On or about October 7, 2011, LYNCH transferred £100,000,000 from an account

8   at UBS to an account at Barclay's Private Bank.

9             c.     On or about October 7, 2011, LYNCH transferred £100,000,000 from an account

10  at UBS to an account at JP Morgan International Bank.

11            d.     On or about October 7, 2011, LYNCH transferred £100,000,000 from an account

12  at UBS to an account at Merrill Lynch Portfolio Managers.

13            e.     On or about February 3, 2012, CHAMBERLAIN and Hussain directed an HP

14  finance employee to falsely record approximately $5.5 million in revenue to be included in HP's

15  financial statements for the period ending January 31, 2012.

16            f.     In or about May 2012, Hussain instructed an HP executive to falsify a revenue

17  forecast.

18            g.     In or about May 2012, a co-conspirator caused the destruction of hard drives in

19  HP's Cambridge office.

20            h.     In or about May 2012, a co-conspirator instructed an HP employee to erase

21  CHAMBERLAIN's laptop computer and any backup.

22            i.     In or about May 2012, a co-conspirator attempted to remove the laptop of another

23  co-conspirator from HP's offices.

24            j.     On or about June 1, 2012, LYNCH transferred £20,000,000 from an account at

25  UBS to an account at Merrill Lynch Portfolio Managers.

26            k.     On or about July 6, 2012, LYNCH caused the incorporation of ICP London

27  Limited ("Invoke") in the British Virgin Islands.  LYNCH used Invoke and entities affiliated with

28  Invoke as a means to pay former Autonomy employees, including Hussain.

SUPERSEDING INDICTMENT              14

1            l.     On or about July 29, 2012, in an interview with counsel for HP, LYNCH made

2    false and misleading statements to counsel for HP.

3            m.    In or around January 2013, and thereafter, LYNCH refused to return books and

4    records and other property belonging to HP.

5            n.     In or about February 2013, a co-conspirator stole HP's confidential information

6    by uploading thousands of documents from her company laptop to a USB device/pen drive, in violation

7    of HP's policies and internal controls.  The co-conspirator subsequently provided some or all of the

8    documents to LYNCH and Hussain.

9            o.     In or around May 2016, LYNCH caused an Invoke affiliate to hire

10   CHAMBERLAIN.

11           p.     On or about February 19, 2018, LYNCH purchased shares of an Invoke affiliate

12   from Hussain for approximately $3.5 million.

13           q.     On or about June 27, 2018, LYNCH purchased shares of an Invoke affiliate from

14   Hussain for approximately $730,000.

15       In violation of Title 18, United States Code, Section 371.

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERSEDING INDICTMENT            15

# Exhibit B

CAND 89 B    (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
|---|---|
| Plaintiff, | |
| v. | Case No.:  3:18-cr-577-CRB |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN. | |
| Defendant(s). | |

TO:    Nicole Eagan

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE 17th Fl. Courtroom 6 |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | DATE AND TIME 10/5/2022 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

Please produce all documents relating in any way to Count Seventeen (pages 13-15) of the attached Superseding Indictment in *United States v. Lynch and Chamberlain*, Case No. 18-CR-577 CRB, including all such documents that reference Michael Lynch, Steven Chamberlain, Autonomy, Hewlett Packard ("HP"), Invoke Capital, Darktrace, possible employment, and any other possible benefits.

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT        DATE

*Mark B. Busby*                                    06/03/2022
(By) Deputy Clerk

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102        Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ | |
| SERVED BY (PRINT NAME) | TITLE | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                          DATE                                        SIGNATURE OF SERVER

                                                                      ADDRESS:

ADDITIONAL INFORMATION

1

2

3

4

5

6   COUNT SEVENTEEN:      (18 U.S.C. § 371 – Conspiracy)

7       31.    The allegations in Paragraphs 1 through 24 are realleged and incorporated as if fully set

8   forth here.

9       32.    Beginning in or about October 2011, and continuing until in or about November 2018, in

10   the Northern District of California and elsewhere, the defendants,

11

                    MICHAEL RICHARD LYNCH and
                   STEPHEN KEITH CHAMBERLAIN,

12

13   and others, did knowingly conspire to commit offenses against the United States, namely (a)

14   circumventing a system of internal accounting controls of an issuer of securities registered under Section

15   12 of the Securities Exchange Act of 1934, in violation of Title 15, United States Code, Section 78m, (b)

16   tampering with witnesses, victims, and informants, in violation of Title 18, United States Code, Section

17   1512, (c) obstructing proceedings before departments, agencies, and committees, in violation of Title 18,

18   United States Code, Section 1505, and (d) engaging in monetary transactions in property derived from

19   specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

20       33.    The objectives of the conspiracy were, among other things, to cover up, conceal,

21   influence witnesses to, and otherwise obstruct investigations of the scheme to defraud set forth in

22   Paragraphs 19 through 24 by, among other things, (a) falsifying, destroying, and stealing business

23   records of HP, (b) altering, destroying, mutilating, and concealing records, documents, and objects with

24   intent to impair their integrity and availability for use in official proceedings, (c) paying hush money and

25   other benefits to influence, delay, and prevent the testimony of persons in official proceedings, (d)

26   otherwise obstructing, influencing, and impeding official proceedings, and (e) laundering the proceeds

27   of the Autonomy acquisition.

28   //

SUPERSEDING INDICTMENT       13

Overt Acts

34.    In furtherance of the conspiracy and to effect the objects thereof, in the Northern District of California and elsewhere, LYNCH, CHAMBERLAIN, and others committed the following overt acts:

a.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at HSBC Private Bank.

b.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Barclay's Private Bank.

c.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at JP Morgan International Bank.

d.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

e.    On or about February 3, 2012, CHAMBERLAIN and Hussain directed an HP finance employee to falsely record approximately $5.5 million in revenue to be included in HP's financial statements for the period ending January 31, 2012.

f.    In or about May 2012, Hussain instructed an HP executive to falsify a revenue forecast.

g.    In or about May 2012, a co-conspirator caused the destruction of hard drives in HP's Cambridge office.

h.    In or about May 2012, a co-conspirator instructed an HP employee to erase CHAMBERLAIN's laptop computer and any backup.

i.    In or about May 2012, a co-conspirator attempted to remove the laptop of another co-conspirator from HP's offices.

j.    On or about June 1, 2012, LYNCH transferred £20,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

k.    On or about July 6, 2012, LYNCH caused the incorporation of ICP London Limited ("Invoke") in the British Virgin Islands. LYNCH used Invoke and entities affiliated with Invoke as a means to pay former Autonomy employees, including Hussain.

SUPERSEDING INDICTMENT                    14

1            l.     On or about July 29, 2012, in an interview with counsel for HP, LYNCH made

2  false and misleading statements to counsel for HP.

3            m.    In or around January 2013, and thereafter, LYNCH refused to return books and

4  records and other property belonging to HP.

5            n.     In or about February 2013, a co-conspirator stole HP's confidential information

6  by uploading thousands of documents from her company laptop to a USB device/pen drive, in violation

7  of HP's policies and internal controls.  The co-conspirator subsequently provided some or all of the

8  documents to LYNCH and Hussain.

9            o.     In or around May 2016, LYNCH caused an Invoke affiliate to hire

10  CHAMBERLAIN.

11            p.     On or about February 19, 2018, LYNCH purchased shares of an Invoke affiliate

12  from Hussain for approximately $3.5 million.

13            q.     On or about June 27, 2018, LYNCH purchased shares of an Invoke affiliate from

14  Hussain for approximately $730,000.

15      In violation of Title 18, United States Code, Section 371.

Exhibit C

CAND 89 B   (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Plaintiff,

Case No.:  3:18-cr-577-CRB

v.

MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN.

Defendant(s).

TO:   Lisa Harris

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | 17th Fl. Courtroom 6 |
| | | | DATE AND TIME 10/5/2022 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

Please produce all documents relating in any way to Count Seventeen (pages 13-15) of the attached Superseding Indictment in *United States v. Lynch and Chamberlain*, Case No. 18-CR-577 CRB, including all such documents that reference Michael Lynch, Steven Chamberlain, Autonomy, Hewlett Packard ("HP"), Invoke Capital, Darktrace, possible employment, and any other possible benefits.

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT          DATE

*Mark B. Busby*

(By) Deputy Clerk

06/03/2022

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102          Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>　　　　　　　　　　DATE　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　　ADDRESS: |

ADDITIONAL INFORMATION

1

2

3

4

5

6 <u>COUNT SEVENTEEN</u>:        (18 U.S.C. § 371 – Conspiracy)

7    31.    The allegations in Paragraphs 1 through 24 are realleged and incorporated as if fully set

8 forth here.

9    32.    Beginning in or about October 2011, and continuing until in or about November 2018, in

10 the Northern District of California and elsewhere, the defendants,

11                      MICHAEL RICHARD LYNCH and
                        STEPHEN KEITH CHAMBERLAIN,
12

13 and others, did knowingly conspire to commit offenses against the United States, namely (a)

14 circumventing a system of internal accounting controls of an issuer of securities registered under Section

15 12 of the Securities Exchange Act of 1934, in violation of Title 15, United States Code, Section 78m, (b)

16 tampering with witnesses, victims, and informants, in violation of Title 18, United States Code, Section

17 1512, (c) obstructing proceedings before departments, agencies, and committees, in violation of Title 18,

18 United States Code, Section 1505, and (d) engaging in monetary transactions in property derived from

19 specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

20    33.    The objectives of the conspiracy were, among other things, to cover up, conceal,

21 influence witnesses to, and otherwise obstruct investigations of the scheme to defraud set forth in

22 Paragraphs 19 through 24 by, among other things, (a) falsifying, destroying, and stealing business

23 records of HP, (b) altering, destroying, mutilating, and concealing records, documents, and objects with

24 intent to impair their integrity and availability for use in official proceedings, (c) paying hush money and

25 other benefits to influence, delay, and prevent the testimony of persons in official proceedings, (d)

26 otherwise obstructing, influencing, and impeding official proceedings, and (e) laundering the proceeds

27 of the Autonomy acquisition.

28 //

SUPERSEDING INDICTMENT           13

Overt Acts

34.    In furtherance of the conspiracy and to effect the objects thereof, in the Northern District of California and elsewhere, LYNCH, CHAMBERLAIN, and others committed the following overt acts:

       a.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at HSBC Private Bank.

       b.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Barclay's Private Bank.

       c.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at JP Morgan International Bank.

       d.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

       e.    On or about February 3, 2012, CHAMBERLAIN and Hussain directed an HP finance employee to falsely record approximately $5.5 million in revenue to be included in HP's financial statements for the period ending January 31, 2012.

       f.    In or about May 2012, Hussain instructed an HP executive to falsify a revenue forecast.

       g.    In or about May 2012, a co-conspirator caused the destruction of hard drives in HP's Cambridge office.

       h.    In or about May 2012, a co-conspirator instructed an HP employee to erase CHAMBERLAIN's laptop computer and any backup.

       i.    In or about May 2012, a co-conspirator attempted to remove the laptop of another co-conspirator from HP's offices.

       j.    On or about June 1, 2012, LYNCH transferred £20,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

       k.    On or about July 6, 2012, LYNCH caused the incorporation of ICP London Limited ("Invoke") in the British Virgin Islands.  LYNCH used Invoke and entities affiliated with Invoke as a means to pay former Autonomy employees, including Hussain.

SUPERSEDING INDICTMENT                14

1         l.     On or about July 29, 2012, in an interview with counsel for HP, LYNCH made
2  false and misleading statements to counsel for HP.

3         m.    In or around January 2013, and thereafter, LYNCH refused to return books and
4  records and other property belonging to HP.

5         n.     In or about February 2013, a co-conspirator stole HP's confidential information
6  by uploading thousands of documents from her company laptop to a USB device/pen drive, in violation
7  of HP's policies and internal controls. The co-conspirator subsequently provided some or all of the
8  documents to LYNCH and Hussain.

9         o.     In or around May 2016, LYNCH caused an Invoke affiliate to hire
10  CHAMBERLAIN.

11        p.     On or about February 19, 2018, LYNCH purchased shares of an Invoke affiliate
12  from Hussain for approximately $3.5 million.

13        q.     On or about June 27, 2018, LYNCH purchased shares of an Invoke affiliate from
14  Hussain for approximately $730,000.

15        In violation of Title 18, United States Code, Section 371.

Exhibit D

CAND 89 B    (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.:  3:18-cr-577-CRB |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN. | |
| Defendant(s). | |

TO:
  Peter Menell

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | 17th Fl. Courtroom 6 |
| | | | DATE AND TIME 10/5/2022 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

Please produce all documents relating in any way to Count Seventeen (pages 13-15) of the attached Superseding Indictment in *United States v. Lynch and Chamberlain*, Case No. 18-CR-577 CRB, including all such documents that reference Michael Lynch, Steven Chamberlain, Autonomy, Hewlett Packard ("HP"), Invoke Capital, Darktrace, possible employment, and any other possible benefits.

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *Mark B. Busby* (By) Deputy Clerk | 06/03/2022 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102      Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>　　　　　　　　　　　DATE　　　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　　　　　　　ADDRESS: |

ADDITIONAL INFORMATION

1

2

3

4

5

6   COUNT SEVENTEEN:    (18 U.S.C. § 371 – Conspiracy)

7         31.    The allegations in Paragraphs 1 through 24 are realleged and incorporated as if fully set

8   forth here.

9         32.    Beginning in or about October 2011, and continuing until in or about November 2018, in

10   the Northern District of California and elsewhere, the defendants,

11

                            MICHAEL RICHARD LYNCH and
                          STEPHEN KEITH CHAMBERLAIN,

12

13   and others, did knowingly conspire to commit offenses against the United States, namely (a)

14   circumventing a system of internal accounting controls of an issuer of securities registered under Section

15   12 of the Securities Exchange Act of 1934, in violation of Title 15, United States Code, Section 78m, (b)

16   tampering with witnesses, victims, and informants, in violation of Title 18, United States Code, Section

17   1512, (c) obstructing proceedings before departments, agencies, and committees, in violation of Title 18,

18   United States Code, Section 1505, and (d) engaging in monetary transactions in property derived from

19   specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

20         33.    The objectives of the conspiracy were, among other things, to cover up, conceal,

21   influence witnesses to, and otherwise obstruct investigations of the scheme to defraud set forth in

22   Paragraphs 19 through 24 by, among other things, (a) falsifying, destroying, and stealing business

23   records of HP, (b) altering, destroying, mutilating, and concealing records, documents, and objects with

24   intent to impair their integrity and availability for use in official proceedings, (c) paying hush money and

25   other benefits to influence, delay, and prevent the testimony of persons in official proceedings, (d)

26   otherwise obstructing, influencing, and impeding official proceedings, and (e) laundering the proceeds

27   of the Autonomy acquisition.

28   //

Overt Acts

34.     In furtherance of the conspiracy and to effect the objects thereof, in the Northern District of California and elsewhere, LYNCH, CHAMBERLAIN, and others committed the following overt acts:

      a.     On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at HSBC Private Bank.

      b.     On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Barclay's Private Bank.

      c.     On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at JP Morgan International Bank.

      d.     On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

      e.     On or about February 3, 2012, CHAMBERLAIN and Hussain directed an HP finance employee to falsely record approximately $5.5 million in revenue to be included in HP's financial statements for the period ending January 31, 2012.

      f.     In or about May 2012, Hussain instructed an HP executive to falsify a revenue forecast.

      g.     In or about May 2012, a co-conspirator caused the destruction of hard drives in HP's Cambridge office.

      h.     In or about May 2012, a co-conspirator instructed an HP employee to erase CHAMBERLAIN's laptop computer and any backup.

      i.     In or about May 2012, a co-conspirator attempted to remove the laptop of another co-conspirator from HP's offices.

      j.     On or about June 1, 2012, LYNCH transferred £20,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

      k.     On or about July 6, 2012, LYNCH caused the incorporation of ICP London Limited ("Invoke") in the British Virgin Islands.  LYNCH used Invoke and entities affiliated with Invoke as a means to pay former Autonomy employees, including Hussain.

SUPERSEDING INDICTMENT          14

1           l.     On or about July 29, 2012, in an interview with counsel for HP, LYNCH made

2 false and misleading statements to counsel for HP.

3           m.    In or around January 2013, and thereafter, LYNCH refused to return books and

4 records and other property belonging to HP.

5           n.     In or about February 2013, a co-conspirator stole HP's confidential information

6 by uploading thousands of documents from her company laptop to a USB device/pen drive, in violation

7 of HP's policies and internal controls.  The co-conspirator subsequently provided some or all of the

8 documents to LYNCH and Hussain.

9           o.     In or around May 2016, LYNCH caused an Invoke affiliate to hire

10 CHAMBERLAIN.

11           p.     On or about February 19, 2018, LYNCH purchased shares of an Invoke affiliate

12 from Hussain for approximately $3.5 million.

13           q.     On or about June 27, 2018, LYNCH purchased shares of an Invoke affiliate from

14 Hussain for approximately $730,000.

15       In violation of Title 18, United States Code, Section 371.

SUPERSEDING INDICTMENT          15

Exhibit E

CAND 89 B    (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Plaintiff,

Case No.:  3:18-cr-577-CRB

v.

MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN.

Defendant(s).

TO:
Poppy Prentiss (aka Poppy Gustafsson)

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | 17th Fl. Courtroom 6 |
| | | | DATE AND TIME 10/5/2022 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

Please produce all documents relating in any way to Count Seventeen (pages 13-15) of the attached Superseding Indictment in *United States v. Lynch and Chamberlain*, Case No. 18-CR-577 CRB, including all such documents that reference Michael Lynch, Steven Chamberlain, Autonomy, Hewlett Packard ("HP"), Invoke Capital, Darktrace, possible employment, and any other possible benefits.

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT           DATE

*Mark B. Busby*

(By) Deputy Clerk

06/03/2022

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102        Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____     _____<br>              DATE                                SIGNATURE OF SERVER<br><br>                                                ADDRESS: |

ADDITIONAL INFORMATION

1

2

3

4

5

6   COUNT SEVENTEEN:     (18 U.S.C. § 371 – Conspiracy)

7         31.     The allegations in Paragraphs 1 through 24 are realleged and incorporated as if fully set

8 forth here.

9         32.     Beginning in or about October 2011, and continuing until in or about November 2018, in

10 the Northern District of California and elsewhere, the defendants,

11
                      MICHAEL RICHARD LYNCH and
                    STEPHEN KEITH CHAMBERLAIN,

12

13 and others, did knowingly conspire to commit offenses against the United States, namely (a)

14 circumventing a system of internal accounting controls of an issuer of securities registered under Section

15 12 of the Securities Exchange Act of 1934, in violation of Title 15, United States Code, Section 78m, (b)

16 tampering with witnesses, victims, and informants, in violation of Title 18, United States Code, Section

17 1512, (c) obstructing proceedings before departments, agencies, and committees, in violation of Title 18,

18 United States Code, Section 1505, and (d) engaging in monetary transactions in property derived from

19 specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

20         33.     The objectives of the conspiracy were, among other things, to cover up, conceal,

21 influence witnesses to, and otherwise obstruct investigations of the scheme to defraud set forth in

22 Paragraphs 19 through 24 by, among other things, (a) falsifying, destroying, and stealing business

23 records of HP, (b) altering, destroying, mutilating, and concealing records, documents, and objects with

24 intent to impair their integrity and availability for use in official proceedings, (c) paying hush money and

25 other benefits to influence, delay, and prevent the testimony of persons in official proceedings, (d)

26 otherwise obstructing, influencing, and impeding official proceedings, and (e) laundering the proceeds

27 of the Autonomy acquisition.

28   //

SUPERSEDING INDICTMENT       13

Overt Acts

34.     In furtherance of the conspiracy and to effect the objects thereof, in the Northern District of California and elsewhere, LYNCH, CHAMBERLAIN, and others committed the following overt acts:

a.      On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at HSBC Private Bank.

b.      On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Barclay's Private Bank.

c.      On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at JP Morgan International Bank.

d.      On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

e.      On or about February 3, 2012, CHAMBERLAIN and Hussain directed an HP finance employee to falsely record approximately $5.5 million in revenue to be included in HP's financial statements for the period ending January 31, 2012.

f.      In or about May 2012, Hussain instructed an HP executive to falsify a revenue forecast.

g.      In or about May 2012, a co-conspirator caused the destruction of hard drives in HP's Cambridge office.

h.      In or about May 2012, a co-conspirator instructed an HP employee to erase CHAMBERLAIN's laptop computer and any backup.

i.      In or about May 2012, a co-conspirator attempted to remove the laptop of another co-conspirator from HP's offices.

j.      On or about June 1, 2012, LYNCH transferred £20,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

k.      On or about July 6, 2012, LYNCH caused the incorporation of ICP London Limited ("Invoke") in the British Virgin Islands.  LYNCH used Invoke and entities affiliated with Invoke as a means to pay former Autonomy employees, including Hussain.

SUPERSEDING INDICTMENT              14

1              l.       On or about July 29, 2012, in an interview with counsel for HP, LYNCH made

2 false and misleading statements to counsel for HP.

3              m.      In or around January 2013, and thereafter, LYNCH refused to return books and

4 records and other property belonging to HP.

5              n.       In or about February 2013, a co-conspirator stole HP's confidential information

6 by uploading thousands of documents from her company laptop to a USB device/pen drive, in violation

7 of HP's policies and internal controls.  The co-conspirator subsequently provided some or all of the

8 documents to LYNCH and Hussain.

9              o.       In or around May 2016, LYNCH caused an Invoke affiliate to hire

10 CHAMBERLAIN.

11              p.       On or about February 19, 2018, LYNCH purchased shares of an Invoke affiliate

12 from Hussain for approximately $3.5 million.

13              q.       On or about June 27, 2018, LYNCH purchased shares of an Invoke affiliate from

14 Hussain for approximately $730,000.

15       In violation of Title 18, United States Code, Section 371.

Exhibit F

CAND 89 B     (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Plaintiff,

Case No.:  3:18-cr-577-CRB

v.

MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN,

Defendant(s).

TO:  Rob Sass

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse  450 Golden Gate Avenue  San Francisco, CA 94102 | ☐ United States Courthouse  280 South First Street  San Jose, CA 95113 | ☐ United States Courthouse  1301 Clay Street  Oakland, CA 94612 | 17th Fl. Courtroom 6 |
| | | | DATE AND TIME |
| | | | 10/5/2022 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

Please produce all documents relating in any way to Count Seventeen (pages 13-15) of the attached Superseding Indictment in *United States v. Lynch and Chamberlain*, Case No. 18-CR-577 CRB, including all such documents that reference Michael Lynch, Steven Chamberlain, Autonomy, Hewlett Packard ("HP"), Invoke Capital, Darktrace, possible employment, and any other possible benefits.

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT          DATE

*Mark B. Busby*                                                              06/03/2022
(By) Deputy Clerk

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102          Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>            DATE                                    SIGNATURE OF SERVER<br><br>                                                    ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
| |

COUNT SEVENTEEN:        (18 U.S.C. § 371 – Conspiracy)

31.     The allegations in Paragraphs 1 through 24 are realleged and incorporated as if fully set forth here.

32.     Beginning in or about October 2011, and continuing until in or about November 2018, in the Northern District of California and elsewhere, the defendants,

MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN,

and others, did knowingly conspire to commit offenses against the United States, namely (a) circumventing a system of internal accounting controls of an issuer of securities registered under Section 12 of the Securities Exchange Act of 1934, in violation of Title 15, United States Code, Section 78m, (b) tampering with witnesses, victims, and informants, in violation of Title 18, United States Code, Section 1512, (c) obstructing proceedings before departments, agencies, and committees, in violation of Title 18, United States Code, Section 1505, and (d) engaging in monetary transactions in property derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

33.     The objectives of the conspiracy were, among other things, to cover up, conceal, influence witnesses to, and otherwise obstruct investigations of the scheme to defraud set forth in Paragraphs 19 through 24 by, among other things, (a) falsifying, destroying, and stealing business records of HP, (b) altering, destroying, mutilating, and concealing records, documents, and objects with intent to impair their integrity and availability for use in official proceedings, (c) paying hush money and other benefits to influence, delay, and prevent the testimony of persons in official proceedings, (d) otherwise obstructing, influencing, and impeding official proceedings, and (e) laundering the proceeds of the Autonomy acquisition.

//

SUPERSEDING INDICTMENT            13

Overt Acts

34.     In furtherance of the conspiracy and to effect the objects thereof, in the Northern District of California and elsewhere, LYNCH, CHAMBERLAIN, and others committed the following overt acts:

        a.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at HSBC Private Bank.

        b.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Barclay's Private Bank.

        c.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at JP Morgan International Bank.

        d.    On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

        e.    On or about February 3, 2012, CHAMBERLAIN and Hussain directed an HP finance employee to falsely record approximately $5.5 million in revenue to be included in HP's financial statements for the period ending January 31, 2012.

        f.    In or about May 2012, Hussain instructed an HP executive to falsify a revenue forecast.

        g.    In or about May 2012, a co-conspirator caused the destruction of hard drives in HP's Cambridge office.

        h.    In or about May 2012, a co-conspirator instructed an HP employee to erase CHAMBERLAIN's laptop computer and any backup.

        i.    In or about May 2012, a co-conspirator attempted to remove the laptop of another co-conspirator from HP's offices.

        j.    On or about June 1, 2012, LYNCH transferred £20,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

        k.    On or about July 6, 2012, LYNCH caused the incorporation of ICP London Limited ("Invoke") in the British Virgin Islands.  LYNCH used Invoke and entities affiliated with Invoke as a means to pay former Autonomy employees, including Hussain.

SUPERSEDING INDICTMENT        14

1        l.    On or about July 29, 2012, in an interview with counsel for HP, LYNCH made

2  false and misleading statements to counsel for HP.

3        m.    In or around January 2013, and thereafter, LYNCH refused to return books and

4  records and other property belonging to HP.

5        n.    In or about February 2013, a co-conspirator stole HP's confidential information

6  by uploading thousands of documents from her company laptop to a USB device/pen drive, in violation

7  of HP's policies and internal controls.  The co-conspirator subsequently provided some or all of the

8  documents to LYNCH and Hussain.

9        o.    In or around May 2016, LYNCH caused an Invoke affiliate to hire

10  CHAMBERLAIN.

11        p.    On or about February 19, 2018, LYNCH purchased shares of an Invoke affiliate

12  from Hussain for approximately $3.5 million.

13        q.    On or about June 27, 2018, LYNCH purchased shares of an Invoke affiliate from

14  Hussain for approximately $730,000.

15        In violation of Title 18, United States Code, Section 371.

Exhibit G

CAND 89 B      (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

|  |  |
|---|---|
| | SUBPOENA TO PRODUCE |
| Plaintiff, | DOCUMENTS OR OBJECTS |
| | IN A CRIMINAL CASE |
| v. | |
| | Case No.:  3:18-cr-577-CRB |
| MICHAEL RICHARD LYNCH and | |
| STEPHEN KEITH CHAMBERLAIN. | |
| Defendant(s). | |

TO:  Gary Szukalski

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | 17th Fl. Courtroom 6 |
| | | | DATE AND TIME |
| | | | 10/5/2022 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

Please produce all documents relating in any way to Count Seventeen (pages 13-15) of the attached Superseding Indictment in *United States v. Lynch and Chamberlain*, Case No. 18-CR-577 CRB, including all such documents that reference Michael Lynch, Steven Chamberlain, Autonomy, Hewlett Packard ("HP"), Invoke Capital, Darktrace, possible employment, and any other possible benefits.

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *Mark B. Busby*<br>(By) Deputy Clerk | 06/03/2022 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102      Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____       _____<br>                     DATE                         SIGNATURE OF SERVER<br><br>                                                 ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
| |

1

2

3

4

5

6  <u>COUNT SEVENTEEN</u>:      (18 U.S.C. § 371 – Conspiracy)

7        31.     The allegations in Paragraphs 1 through 24 are realleged and incorporated as if fully set

8  forth here.

9        32.     Beginning in or about October 2011, and continuing until in or about November 2018, in

10  the Northern District of California and elsewhere, the defendants,

11                          MICHAEL RICHARD LYNCH and
                            STEPHEN KEITH CHAMBERLAIN,
12

13  and others, did knowingly conspire to commit offenses against the United States, namely (a)

14  circumventing a system of internal accounting controls of an issuer of securities registered under Section

15  12 of the Securities Exchange Act of 1934, in violation of Title 15, United States Code, Section 78m, (b)

16  tampering with witnesses, victims, and informants, in violation of Title 18, United States Code, Section

17  1512, (c) obstructing proceedings before departments, agencies, and committees, in violation of Title 18,

18  United States Code, Section 1505, and (d) engaging in monetary transactions in property derived from

19  specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

20        33.     The objectives of the conspiracy were, among other things, to cover up, conceal,

21  influence witnesses to, and otherwise obstruct investigations of the scheme to defraud set forth in

22  Paragraphs 19 through 24 by, among other things, (a) falsifying, destroying, and stealing business

23  records of HP, (b) altering, destroying, mutilating, and concealing records, documents, and objects with

24  intent to impair their integrity and availability for use in official proceedings, (c) paying hush money and

25  other benefits to influence, delay, and prevent the testimony of persons in official proceedings, (d)

26  otherwise obstructing, influencing, and impeding official proceedings, and (e) laundering the proceeds

27  of the Autonomy acquisition.

28  //

SUPERSEDING INDICTMENT            13

Overt Acts

34.  In furtherance of the conspiracy and to effect the objects thereof, in the Northern District of California and elsewhere, LYNCH, CHAMBERLAIN, and others committed the following overt acts:

a.  On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at HSBC Private Bank.

b.  On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Barclay's Private Bank.

c.  On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at JP Morgan International Bank.

d.  On or about October 7, 2011, LYNCH transferred £100,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

e.  On or about February 3, 2012, CHAMBERLAIN and Hussain directed an HP finance employee to falsely record approximately $5.5 million in revenue to be included in HP's financial statements for the period ending January 31, 2012.

f.  In or about May 2012, Hussain instructed an HP executive to falsify a revenue forecast.

g.  In or about May 2012, a co-conspirator caused the destruction of hard drives in HP's Cambridge office.

h.  In or about May 2012, a co-conspirator instructed an HP employee to erase CHAMBERLAIN's laptop computer and any backup.

i.  In or about May 2012, a co-conspirator attempted to remove the laptop of another co-conspirator from HP's offices.

j.  On or about June 1, 2012, LYNCH transferred £20,000,000 from an account at UBS to an account at Merrill Lynch Portfolio Managers.

k.  On or about July 6, 2012, LYNCH caused the incorporation of ICP London Limited ("Invoke") in the British Virgin Islands.  LYNCH used Invoke and entities affiliated with Invoke as a means to pay former Autonomy employees, including Hussain.

SUPERSEDING INDICTMENT                14

1      l.      On or about July 29, 2012, in an interview with counsel for HP, LYNCH made

2   false and misleading statements to counsel for HP.

3      m.      In or around January 2013, and thereafter, LYNCH refused to return books and

4   records and other property belonging to HP.

5      n.      In or about February 2013, a co-conspirator stole HP's confidential information

6   by uploading thousands of documents from her company laptop to a USB device/pen drive, in violation

7   of HP's policies and internal controls.  The co-conspirator subsequently provided some or all of the

8   documents to LYNCH and Hussain.

9      o.      In or around May 2016, LYNCH caused an Invoke affiliate to hire

10  CHAMBERLAIN.

11     p.      On or about February 19, 2018, LYNCH purchased shares of an Invoke affiliate

12  from Hussain for approximately $3.5 million.

13     q.      On or about June 27, 2018, LYNCH purchased shares of an Invoke affiliate from

14  Hussain for approximately $730,000.

15     In violation of Title 18, United States Code, Section 371.

SUPERSEDING INDICTMENT                    15