1  Christine Y. Wong, Bar No. 284026
   ChristineWong@mofo.com
2  Morrison & Foerster LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone:    415.268.7000
4  Facsimile:    415.268.7522
   Attorney for Gary Szukalski
5
   Ted W. Cassman, Bar No. 98932
6  Raphael M. Goldman, Bar No. 229261
   goldman@achlaw.com
7  cassman@achlaw.com
   Arguedas, Cassman, Headley & Goldman LLP
8  803 Hearst Avenue
   Berkeley, CA  94710
9  Telephone: (510) 845-3000
   Facsimile: (510) 845-3003
10 Attorneys for Nicole Eagan

11 Thomas H. Bienert, Jr., Bar No. 135311
   Sandra Lechman, Bar No. 288660
12 tbienert@bklwlaw.com
   slechman@bklwlaw.com
13 Bienert Katzman Littrell Williams LLP
   CalEdison Building
14 601 W. 5th Street, Suite 720
   Los Angeles, CA 90071
15 Telephone: (213) 528-3400
   Facsimile: (949) 369-3701
16
   Stephen Binhak (pro hac vice application imminent)
17 binhaks@binhaklaw.com
   The Law Office of Stephen James Binhak, P.L.L.C.
18 One Southeast Third Ave., Suite 2600
   Miami, Florida 33131
19 Telephone: (305) 361-5500
   Facsimile: (305) 428-9532
20 Attorneys for Rob Sass

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-577-CRB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO RULE 17 SUBPOENAS** |
| v. | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
RULE 17 SUBPOENAS Case No. 3:18-cr-577-CRB

SF:4937486

1    Pursuant to Federal Rule of Criminal Procedure 45(b), Gary Szukalski, Rob Sass, and
2    Nicole Eagan respectfully submit this stipulation for a sixty (60) day extension of time in which
3    to produce documents requested by counsel for the United States in the above captioned matter.
4    On June 8, 2022, this Court issued Rule 17 Subpoenas to Testify and Produce Documents
5    or Objects in a Criminal Case (the "Subpoenas") to each of Gary Szukalski, Rob Sass, and Nicole
6    Eagan (the "Subpoena Recipients").  The deadline to provide responsive documents is currently
7    October 5, 2022.  If the Court grants this stipulation, the response will instead be due Monday,
8    December 5, 2022.
9    Counsel for the Subpoena Recipients informed counsel for the United States of their
10   intention to seek this extension.  The United States does not oppose and joins in this stipulation.
11   The Subpoena Recipients have not made any prior requests for an extension of this deadline.  In
12   support of this stipulation, the Subpoena Recipients state the following:
13   1. There is good cause to grant this stipulation.  While reserving all rights regarding
14   objections to the subpoena, the Subpoena Recipients are engaged in discussions with the United
15   States regarding the scope of documents sought by the Subpoenas.
16   2. In the interest of judicial efficiency and to allow time for these discussions to continue,
17   the Subpoena Recipients request that this Court allow a 60-day extension of time in which to
18   produce documents.
19   3. The United States has consented to the requested extension and would not be
20   prejudiced if it were granted.  Moreover, given that this matter is not yet set for trial, the
21   extension sought will not delay the Court's proceedings.
22   5. For the foregoing reasons, the Subpoena Recipients respectfully request that, in
23   accordance with this stipulation, the time in which they may produce documents responsive to the
24   Subpoenas be extended by sixty days, to and including December 5, 2022.

Dated: October 3, 2022                                    MORRISON & FOERSTER LLP


                                                          By: /s/ Christine Y. Wong
                                                              Christine Y. Wong

                                                          Attorney for Gary Szukalski

Dated: October 3, 2022


                                                          By: /s/ Ted W. Cassman
                                                              Ted W. Cassman

                                                          Attorney for Nicole Eagan

Dated: October 3, 2022


                                                          By: /s/ Thomas H. Bienert, Jr.
                                                              Thomas H. Bienert, Jr.

                                                          Local Counsel for Rob Sass (Stephen James
                                                          Binhak Pro Hac Vice Motion Imminent)

Dated: October 3, 2022


                                                          By: /s/ Adam A. Reeves
                                                              Adam A. Reeves

                                                          Assistant United States Attorney