1  Christine Y. Wong, Bar No. 284026
   ChristineWong@mofo.com
2  Morrison & Foerster LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone:    415.268.7000
4  Facsimile:    415.268.7522
   Attorney for Gary Szukalski
5
   Ted W. Cassman, Bar No. 98932
6  Raphael M. Goldman, Bar No. 229261
   goldman@achlaw.com
7  cassman@achlaw.com
   Arguedas, Cassman, Headley & Goldman LLP
8  803 Hearst Avenue
   Berkeley, CA  94710
9  Telephone: (510) 845-3000
   Facsimile: (510) 845-3003
10 Attorneys for Nicole Eagan

11 Thomas H. Bienert, Jr., Bar No. 135311
   Sandra Lechman, Bar No. 288660
12 tbienert@bklwlaw.com
   slechman@bklwlaw.com
13 Bienert Katzman Littrell Williams LLP
   CalEdison Building
14 601 W. 5th Street, Suite 720
   Los Angeles, CA 90071
15 Telephone: (213) 528-3400
   Facsimile: (949) 369-3701
16
   Stephen Binhak (pro hac vice application imminent)
17 binhaks@binhaklaw.com
   The Law Office of Stephen James Binhak, P.L.L.C.
18 One Southeast Third Ave., Suite 2600
   Miami, Florida 33131
19 Telephone: (305) 361-5500
   Facsimile: (305) 428-9532
20 Attorneys for Rob Sass

21                     UNITED STATES DISTRICT COURT

22                    NORTHERN DISTRICT OF CALIFORNIA

23

| | |
|---|---|
| 24  UNITED STATES OF AMERICA, | Case No. 3:18-cr-577-CRB |
| 25          Plaintiff, | **[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO RULE 17 SUBPOENAS** |
| 26     v. | |
| 27  MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| 28 | |

Defendants.

**FOR GOOD CAUSE SHOWN**, based upon the facts set forth in the stipulation and the representations of the parties, the Court hereby grants Gary Szukalski, Nicole Eagan, and Rob Sass (the "Subpoena Recipients") a sixty (60) day extension of time in which to produce documents in response to the June 8, 2022 Court issued Rule 17 Subpoenas to Testify and Produce Documents or Objects in a Criminal Case (the "Subpoenas").

The Subpoena Recipients' deadline to produce documents responsive to the Subpoenas is extended by sixty days, to and including December 5, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

THE HONORABLE CHARLES R. BREYER
United States District Judge