1  Christine Y. Wong, Bar No. 284026
   ChristineWong@mofo.com
2  Morrison & Foerster LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone:      415.268.7000
4  Facsimile:      415.268.7522
   Attorney for Gary Szukalski
5
   Ted W. Cassman, Bar No. 98932
6  Raphael M. Goldman, Bar No. 229261
   goldman@achlaw.com
7  cassman@achlaw.com
   Arguedas, Cassman, Headley & Goldman LLP
8  803 Hearst Avenue
   Berkeley, CA  94710
9  Telephone: (510) 845-3000
   Facsimile: (510) 845-3003
10 Attorneys for Nicole Eagan

11 Thomas H. Bienert, Jr., Bar No. 135311
   Sandra Lechman, Bar No. 288660
12 tbienert@bklwlaw.com
   slechman@bklwlaw.com
13 Bienert Katzman Littrell Williams LLP
   CalEdison Building
14 601 W. 5th Street, Suite 720
   Los Angeles, CA 90071
15 Telephone: (213) 528-3400
   Facsimile: (949) 369-3701
16 Attorneys for Rob Sass

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20 | UNITED STATES OF AMERICA,          | Case No. 3:18-cr-577-CRB
21 |         Plaintiff,                 | [PROPOSED] ORDER EXTENDING
                                        | TIME TO RESPOND TO RULE 17
22 |    v.                              | SUBPOENAS
23 | MICHAEL RICHARD LYNCH and
   | STEPHEN KEITH CHAMBERLAIN,
24
   |         Defendants.
25

26     **FOR GOOD CAUSE SHOWN**, based upon the facts set forth in the stipulation and the

27 representations of the parties, the Court hereby grants Gary Szukalski, Nicole Eagan, and Rob

28
   [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
   RULE 17 SUBPOENAS
   Case No. 3:18-cr-577-CRB
   SF:4938166

Sass (the "Subpoena Recipients") a sixty (60) day extension of time in which to produce documents in response to the June 8, 2022 Court issued Rule 17 Subpoenas to Testify and Produce Documents or Objects in a Criminal Case (the "Subpoenas").

The Subpoena Recipients' deadline to produce documents responsive to the Subpoenas is extended by sixty days, to and including February 3, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
RULE 17 SUBPOENAS
Case No. 3:18-cr-577-CRB
SF:4938166

- 2 -