1   STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   ADAM A. REEVES (NYBN 2363877)
    ROBERT S. LEACH (CABN 196191)
5   Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (415) 912-6457
        Fax: (510) 637-3724
8       Email: adam.reeves@usdoj.gov

9   Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,            )  Case No. CR 18-577 CRB
14                                       )
            Plaintiff,                   )  **THE UNITED STATES' UNOPPOSED**
15                                       )  **MOTION TO MODIFY RULE 17 SUBPOENAS**
        v.                               )
16                                       )
    MICHAEL RICHARD LYNCH and            )
17  STEPHEN KEITH CHAMBERLAIN,           )
                                         )
18          Defendants.                  )
                                         )
19
            For the reasons set forth below, the United States hereby moves to modify the Rule 17 subpoenas

20  issued by the Court on June 8, 2022.  On that date, the Court issued seven (7) Rule 17 Subpoenas to

21  Testify and Produce Documents or Objects in a Criminal Case.  Document 122.  Three of the persons to

22  whom the Rule 17 subpoenas were issued -- Gary Szukalski, Rob Sass, and Nicole Eagan – reside in the

23  United States and have been served with the Rule 17 subpoenas (the "Subpoena Recipients").  The

24  Subpoena Recipients have each retained counsel.

25          The language of the original Rule 17 subpoenas requested the following documents:  "Please

26  produce all documents relating in any way to Count Seventeen (pages 13-15) of the attached

27

28  THE UNITED STATES' UNOPPOSED MOTION TO MODIFY RULE 17 SUBPOENAS
    CASE NO. CR 18-577 CRB
                                      1

1    Superseding Indictment in *United States v. Lynch and Chamberlain*, Case No. 18-CR-577 CRB,

2    including all such documents that reference Michael Lynch, Steven Chamberlain, Autonomy, Hewlett

3    Packard ("HP"), Invoke Capital, Darktrace, possible employment, and any other possible benefits."

4    Document 122 at 34.

5          In good faith, counsel for the Subpoena Recipients conferred with government counsel about

6    certain issues relating to the language of the original subpoenas.  For example, counsel for the Subpoena

7    Recipients asked whether compliance with the subpoenas required a legal interpretation of the

8    allegations in the underlying indictment.

9          Thereafter, counsel for the Subpoena Recipients and counsel for the government conferred about

10   modifying the language of the document request in the Rule 17 subpoenas to address these issues.

11   Modification of the language of the subpoenas may obviate the need for litigation around the

12   interpretation and obligations of the original subpoenas.

13         Counsel for the government and the Subpoena Recipients settled on the modified language set

14   forth in the attached seven (7) Rule 17 subpoenas.  These modified subpoenas would be issued to the

15   same seven (7) persons to whom the original Rule 17 subpoenas were issued but, if ordered by the

16   Court, would utilize the modified document request language to which both government counsel and the

17   counsel for the Subpoena Recipients have agreed.

18         Counsel for the government has conferred about this motion with counsel for defendant Stephan

19   Chamberlain.  Defendant Chamberlain does not oppose this motion.

20         For these reasons, the United States respectfully requests that the Court issue the seven (7) Rule

21   17 subpoenas in the form attached hereto.

22

23   DATED:  February 17, 2023                                    Respectfully submitted,

24   Date: February 17, 2023                                      STEPHANIE M. HINDS
                                                                  United States Attorney
25                                                                /s/ Adam A. Reeves

26   IT IS SO ORDERED
     Judge Charles R. Breyer                                     _____
27                                                               ADAM A. REEVES
                                                                 Assistant United States Attorney
28   THE UNITED STATES' UNOPPOSED MOTION TO MODIFY RULE 17 SUBPOENAS
     CASE NO. CR 18-577 CRB

# Rule 17 Subpoena
# Rob Sass

CAND 89 B    (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.:  3:18-cr-577-CRB |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN. | |
| Defendant(s). | |

TO:
    Rob Sass

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | 17th Fl. Courtroom 6 |
| | | | DATE AND TIME 4/7/2023 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

PLEASE SEE ATTACHMENT A

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *Mark B. Crosby* | 02/17/2023 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102

*Adam A. Reeves*

Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____       _____<br>　　　　　　　　　　DATE　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　ADDRESS: |

ADDITIONAL INFORMATION

ATTACHMENT A

For the period October 2011 to November 30, 2018, please produce any and all non-privileged documents relating in any way to the following:

1. The actual or possible employment, hiring, or retention (including any agreement for work in exchange for money) of the subpoena recipient by any entity or person controlled by or affiliated at any time with Michael Lynch;

2. Gifts, payments, or any other benefit provided by Michael Lynch, or entities or persons controlled by or affiliated at any time with him, to the subpoena recipient; provided, however, that this request does not include ordinary-course expense reimbursements or regular employment benefits (such as salary and insurance);

3. Any Hewlett-Packard Company (HP) documents that were: (a) taken by any person without authority or HP's permission, or otherwise misappropriated by any person from HP, or (b) retained or received by the subpoena recipient after leaving HP's employment;

4. The falsification, alteration, destruction, mutilation, or concealment of any documents relating to Autonomy or HP;

5. The substance, content, or wording of any statement or testimony relating in any way to Autonomy or HP, including, but not limited to, any statement to be made during HP's internal investigation; any statement to be made in connection with the U.K. civil case; any statement to be made to the grand jury, the U.S. Department of Justice, or any other investigative agency in the United States; or any statement to be made in any possible trial or other legal proceeding in the United States.

6. The concealment or transfer to untraceable or numerical accounts of any money or funds associated with the sale of Autonomy securities in 2011.

# Rule 17 Subpoena
# Poppy Prentiss
# (aka Poppy Gustafsson)

CAND 89 B    (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

                                         Plaintiff,

                                                        Case No.:  3:18-cr-577-CRB

          v.

MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN.

                                         Defendant(s).

TO:
     Poppy Prentiss (aka Poppy Gustafsson)

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | 17th Fl. Courtroom 6 |
| | | | DATE AND TIME<br>4/7/2023 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

PLEASE SEE ATTACHMENT A

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT                    DATE

*Mark B. Crosby*                                            02/17/2023

(By) Deputy Clerk

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney             *Adam A. Reeves*
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102     Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____     _____<br>              DATE                                      SIGNATURE OF SERVER<br><br>                                               ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
|  |

ATTACHMENT A

For the period October 2011 to November 30, 2018, please produce any and all non-privileged documents relating in any way to the following:

1. The actual or possible employment, hiring, or retention (including any agreement for work in exchange for money) of the subpoena recipient by any entity or person controlled by or affiliated at any time with Michael Lynch;

2. Gifts, payments, or any other benefit provided by Michael Lynch, or entities or persons controlled by or affiliated at any time with him, to the subpoena recipient; provided, however, that this request does not include ordinary-course expense reimbursements or regular employment benefits (such as salary and insurance);

3. Any Hewlett-Packard Company (HP) documents that were: (a) taken by any person without authority or HP's permission, or otherwise misappropriated by any person from HP, or (b) retained or received by the subpoena recipient after leaving HP's employment;

4. The falsification, alteration, destruction, mutilation, or concealment of any documents relating to Autonomy or HP;

5. The substance, content, or wording of any statement or testimony relating in any way to Autonomy or HP, including, but not limited to, any statement to be made during HP's internal investigation; any statement to be made in connection with the U.K. civil case; any statement to be made to the grand jury, the U.S. Department of Justice, or any other investigative agency in the United States; or any statement to be made in any possible trial or other legal proceeding in the United States.

6. The concealment or transfer to untraceable or numerical accounts of any money or funds associated with the sale of Autonomy securities in 2011.

# Rule 17 Subpoena
# Peter Menell

CAND 89 B    (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.:  3:18-cr-577-CRB |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN. | |
| Defendant(s). | |

TO:

   Peter Menell

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE 17th Fl. Courtroom 6 |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | DATE AND TIME 4/7/2023 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

PLEASE SEE ATTACHMENT A

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *Mark B. Busby* | 02/17/2023 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102

*Adam A. Reeves*

Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

   DATE

_____

   SIGNATURE OF SERVER

   ADDRESS:

ADDITIONAL INFORMATION

ATTACHMENT A

For the period October 2011 to November 30, 2018, please produce any and all non-privileged documents relating in any way to the following:

1. The actual or possible employment, hiring, or retention (including any agreement for work in exchange for money) of the subpoena recipient by any entity or person controlled by or affiliated at any time with Michael Lynch;

2. Gifts, payments, or any other benefit provided by Michael Lynch, or entities or persons controlled by or affiliated at any time with him, to the subpoena recipient; provided, however, that this request does not include ordinary-course expense reimbursements or regular employment benefits (such as salary and insurance);

3. Any Hewlett-Packard Company (HP) documents that were: (a) taken by any person without authority or HP's permission, or otherwise misappropriated by any person from HP, or (b) retained or received by the subpoena recipient after leaving HP's employment;

4. The falsification, alteration, destruction, mutilation, or concealment of any documents relating to Autonomy or HP;

5. The substance, content, or wording of any statement or testimony relating in any way to Autonomy or HP, including, but not limited to, any statement to be made during HP's internal investigation; any statement to be made in connection with the U.K. civil case; any statement to be made to the grand jury, the U.S. Department of Justice, or any other investigative agency in the United States; or any statement to be made in any possible trial or other legal proceeding in the United States.

6. The concealment or transfer to untraceable or numerical accounts of any money or funds associated with the sale of Autonomy securities in 2011.

# Rule 17 Subpoena
# Nicole Eagan

CAND 89 B      (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

> Plaintiff,

> v.

MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN.

> Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.:  3:18-cr-577-CRB

TO:
   Nicole Eagan

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE 17th Fl. Courtroom 6 |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | DATE AND TIME 4/7/2023 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

PLEASE SEE ATTACHMENT A

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT                     DATE

*Mark B. Busby*                                                02/17/2023

(By) Deputy Clerk

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney          *Adam A. Reeves*
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102   Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>　　　　　　　　　　DATE　　　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　　　　　　　ADDRESS: |

ADDITIONAL INFORMATION

ATTACHMENT A

For the period October 2011 to November 30, 2018, please produce any and all non-privileged documents relating in any way to the following:

1. The actual or possible employment, hiring, or retention (including any agreement for work in exchange for money) of the subpoena recipient by any entity or person controlled by or affiliated at any time with Michael Lynch;

2. Gifts, payments, or any other benefit provided by Michael Lynch, or entities or persons controlled by or affiliated at any time with him, to the subpoena recipient; provided, however, that this request does not include ordinary-course expense reimbursements or regular employment benefits (such as salary and insurance);

3. Any Hewlett-Packard Company (HP) documents that were: (a) taken by any person without authority or HP's permission, or otherwise misappropriated by any person from HP, or (b) retained or received by the subpoena recipient after leaving HP's employment;

4. The falsification, alteration, destruction, mutilation, or concealment of any documents relating to Autonomy or HP;

5. The substance, content, or wording of any statement or testimony relating in any way to Autonomy or HP, including, but not limited to, any statement to be made during HP's internal investigation; any statement to be made in connection with the U.K. civil case; any statement to be made to the grand jury, the U.S. Department of Justice, or any other investigative agency in the United States; or any statement to be made in any possible trial or other legal proceeding in the United States.

6. The concealment or transfer to untraceable or numerical accounts of any money or funds associated with the sale of Autonomy securities in 2011.

# Rule 17 Subpoena
# Lisa Harris

CAND 89 B     (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

|                SUBPOENA TO PRODUCE
                DOCUMENTS OR OBJECTS
                IN A CRIMINAL CASE

Plaintiff,

v.

Case No.:  3:18-cr-577-CRB

MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN.

Defendant(s).

TO:   Lisa Harris

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE 17th Fl. Courtroom 6 |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | DATE AND TIME 4/7/2023 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

PLEASE SEE ATTACHMENT A

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT                    DATE

*Mark B. Busby*                                              02/17/2023

(By) Deputy Clerk

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney          *Adam A. Reeves*
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102    Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____     _____<br>　　　　　　　　　　DATE　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　　　　　　ADDRESS: |

ADDITIONAL INFORMATION

ATTACHMENT A

For the period October 2011 to November 30, 2018, please produce any and all non-privileged documents relating in any way to the following:

1.  The actual or possible employment, hiring, or retention (including any agreement for work in exchange for money) of the subpoena recipient by any entity or person controlled by or affiliated at any time with Michael Lynch;

2.  Gifts, payments, or any other benefit provided by Michael Lynch, or entities or persons controlled by or affiliated at any time with him, to the subpoena recipient; provided, however, that this request does not include ordinary-course expense reimbursements or regular employment benefits (such as salary and insurance);

3.  Any Hewlett-Packard Company (HP) documents that were: (a) taken by any person without authority or HP's permission, or otherwise misappropriated by any person from HP, or (b) retained or received by the subpoena recipient after leaving HP's employment;

4.  The falsification, alteration, destruction, mutilation, or concealment of any documents relating to Autonomy or HP;

5.  The substance, content, or wording of any statement or testimony relating in any way to Autonomy or HP, including, but not limited to, any statement to be made during HP's internal investigation; any statement to be made in connection with the U.K. civil case; any statement to be made to the grand jury, the U.S. Department of Justice, or any other investigative agency in the United States; or any statement to be made in any possible trial or other legal proceeding in the United States.

6.  The concealment or transfer to untraceable or numerical accounts of any money or funds associated with the sale of Autonomy securities in 2011.

# Rule 17 Subpoena
# Gary Szukalski

CAND 89 B    (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Plaintiff,

Case No.:  3:18-cr-577-CRB

v.

MICHAEL RICHARD LYNCH and
STEPHEN KEITH CHAMBERLAIN.

Defendant(s).

TO:  Gary Szukalski

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE<br>17th Fl. Courtroom 6 |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | DATE AND TIME<br>4/7/2023 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

PLEASE SEE ATTACHMENT A

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT          DATE

*Mark B. Crosby*

(By) Deputy Clerk

02/17/2023

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102

*Adam A. Reeves*

Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____    _____<br> DATE                                                 SIGNATURE OF SERVER <br>ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
| |

ATTACHMENT A

For the period October 2011 to November 30, 2018, please produce any and all non-privileged documents relating in any way to the following:

1. The actual or possible employment, hiring, or retention (including any agreement for work in exchange for money) of the subpoena recipient by any entity or person controlled by or affiliated at any time with Michael Lynch;

2. Gifts, payments, or any other benefit provided by Michael Lynch, or entities or persons controlled by or affiliated at any time with him, to the subpoena recipient; provided, however, that this request does not include ordinary-course expense reimbursements or regular employment benefits (such as salary and insurance);

3. Any Hewlett-Packard Company (HP) documents that were: (a) taken by any person without authority or HP's permission, or otherwise misappropriated by any person from HP, or (b) retained or received by the subpoena recipient after leaving HP's employment;

4. The falsification, alteration, destruction, mutilation, or concealment of any documents relating to Autonomy or HP;

5. The substance, content, or wording of any statement or testimony relating in any way to Autonomy or HP, including, but not limited to, any statement to be made during HP's internal investigation; any statement to be made in connection with the U.K. civil case; any statement to be made to the grand jury, the U.S. Department of Justice, or any other investigative agency in the United States; or any statement to be made in any possible trial or other legal proceeding in the United States.

6. The concealment or transfer to untraceable or numerical accounts of any money or funds associated with the sale of Autonomy securities in 2011.

Rule 17 Subpoena

Corrado Broli

CAND 89 B    (Rev. 8/12) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.:  3:18-cr-577-CRB |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN. | |
| Defendant(s). | |

TO:
    Corrado Broli

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE 17th Fl. Courtroom 6 |
|---|---|---|---|
| ☑ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☐ United States Courthouse 1301 Clay Street Oakland, CA 94612 | DATE AND TIME 4/7/2023 09:00 |

☑ You are also commanded to bring with you the following document(s) or object(s):

PLEASE SEE ATTACHMENT A

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT                      DATE

*Mark B. Busby*                                                    02/17/2023

(By) Deputy Clerk

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ADAM A. REEVES, Assistant United States Attorney              *Adam A. Reeves*
U.S. Attorney's Office
450 Golden Gate Ave., 11th Fl., San Francisco, CA 94102      Tel. (415) 436-7200

This subpoena is issued on application
of the United States of America

Stephanie M. Hinds
United States Attorney

CAND 89A  (Rev. 8/12) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>　　　　　　　　　　　　DATE　　　　　　　　　　　　SIGNATURE OF SERVER<br><br>　　　　　　　　　　　　　　　　　　　　　　ADDRESS: |

ADDITIONAL INFORMATION

ATTACHMENT A

For the period October 2011 to November 30, 2018, please produce any and all non-privileged documents relating in any way to the following:

1. The actual or possible employment, hiring, or retention (including any agreement for work in exchange for money) of the subpoena recipient by any entity or person controlled by or affiliated at any time with Michael Lynch;

2. Gifts, payments, or any other benefit provided by Michael Lynch, or entities or persons controlled by or affiliated at any time with him, to the subpoena recipient; provided, however, that this request does not include ordinary-course expense reimbursements or regular employment benefits (such as salary and insurance);

3. Any Hewlett-Packard Company (HP) documents that were: (a) taken by any person without authority or HP's permission, or otherwise misappropriated by any person from HP, or (b) retained or received by the subpoena recipient after leaving HP's employment;

4. The falsification, alteration, destruction, mutilation, or concealment of any documents relating to Autonomy or HP;

5. The substance, content, or wording of any statement or testimony relating in any way to Autonomy or HP, including, but not limited to, any statement to be made during HP's internal investigation; any statement to be made in connection with the U.K. civil case; any statement to be made to the grand jury, the U.S. Department of Justice, or any other investigative agency in the United States; or any statement to be made in any possible trial or other legal proceeding in the United States.

6. The concealment or transfer to untraceable or numerical accounts of any money or funds associated with the sale of Autonomy securities in 2011.