Jonathan M. Baum (SBN 303469)
*jbaum@steptoe.com*
STEPTOE & JOHNSON LLP
One Market Plaza
Steuart Tower. Suite 1070
San Francisco, California 94105
Telephone:  (415) 365-6700 / Facsimile:  (415) 365-6699

Attorneys for Defendant
MICHAEL LYNCH

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>         vs.<br><br>LYNCH, et al.,<br><br>                 Defendant. | Case No. 3:18-cr-00577-CRB<br><br>**NOTICE OF APPEARANCE OF JONATHAN M. BAUM**<br><br>Dept. Courtroom 6, 17th Floor<br>Judge:  Hon. Charles R. Breyer<br><br>Date Filed: May 12, 2023<br>Trial Date:  None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jonathan M. Baum of Steptoe & Johnson LLP hereby appears as counsel for Defendant MICHAEL LYNCH in the above-captioned matter.  Mr. Baum is admitted to practice in the State of California and before this Court.  His work address, telephone and facsimile numbers are as follows:

Jonathan M. Baum (SBN 303469)
*jbaum@steptoe.com*
STEPTOE & JOHNSON LLP
One Market Plaza
Steuart Tower. Suite 1070
San Francisco, California 94105
Telephone:  (415) 365-6700 / Facsimile:  (415) 365-6699

**NOTICE OF APPEARANCE OF JONATHAN M. BAUM**

1    Please serve said counsel with all pleadings, orders, motions, notices, and

2  other filings in this action.

3

4  Dated:  May 12, 2023                    Respectfully submitted,

5                                          STEPTOE & JOHNSON LLP

6
                                           By: _*Jonathan M. Baum*
7                                          Jonathan M. Baum (SBN 303469)
                                           Attorneys for Defendant
8                                          MICHAEL LYNCH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE OF JONATHAN M. BAUM**