```
1   JONATHAN MATTHEW BAUM (CSBN: 303469)
    STEPTOE & JOHNSON LLP
2   One Market Street
    Steuart Tower, Suite 1070
3   San Francisco, CA 94105
    Telephone: (510)735-4558
4   Email: jbaum@steptoe.com

5   Attorney for Defendant
    MICHAEL RICHARD LYNCH
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH, <br><br> Defendant. | Case No.: 3:18-CR-00577-CRB <br><br> **DECLARATION OF JONATHAN BAUM IN SUPPORT OF MOTION FOR LEAVE TO CHANGE ADDRESS AND TO CLARIFY RELEASE CONDITIONS** <br><br> Judge:    Hon. Charles Breyer |

I, Jonathan Baum, declare:

1. I am an attorney duly admitted to practice law in the State of California. I am an attorney at Steptoe & Johnson LLP, counsel of record for Defendant Michael Lynch. I submit this declaration in support of Mr. Lynch's Motion for Leave to Change Address and to Clarify Release Conditions.

2. Exhibit 1 is a copy of the transcript of Dr. Lynch's initial appearance in this case on May 11, 2023.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1  Executed this 23rd day of May, 2023, at San Francisco, California.

2                                           By:     /s/ *Jonathan Baum*
3                                                      Jonathan Baum

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28