UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA | , |
| Plaintiff(s), | |
| v. | |
| MICHAEL R. LYNCH | , |
| Defendant(s). | |

Case No. 3:18-CR-00577-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER (CIVIL LOCAL RULE 11-3)

I, /s/ Nicholas Paul Silverman, an active member in good standing of the bar of U.S. District Court of D.C. , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Michael R. Lynch in the above-entitled action. My local co-counsel in this case is Jonathan Baum , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 303469 .

1330 Connecticut Avenue N.W.
Washington, DC 20036
_____
MY ADDRESS OF RECORD

(202) 429-8096
_____
MY TELEPHONE # OF RECORD

nsilverman@steptoe.com
_____
MY EMAIL ADDRESS OF RECORD

Steptoe & Johnson LLP
One Market Place
San Francisco, CA  94105
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 365-6748
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jbaum@steptoe.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1014377 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: June 12, 2023                     /s/ Nicholas Paul Silverman

5                                 APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

     IT IS HEREBY ORDERED THAT the application of  /s/ Nicholas Paul Silverman is

granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

counsel designated in the application will constitute notice to the party.

Dated: June 13, 2023

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California