```
THOMAS A. COLTHURST (CABN 9949)
Attorney for the United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7014
        Fax: (415) 436-7234
        Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

**STIPULATION**

The parties, through their respective counsel, stipulate and agree that the existing protective order (Dkt. 54) shall apply to Defendant Lynch, his attorneys, and members of his defense team.  The parties further stipulate and agree that attorneys for Defendant Chamberlain may share documents received from the government in this matter with attorneys for Defendant Lynch, and vice versa, and that such documents shall be treated consistent with the existing protective order.  The parties respectfully request that the Court issue an order to this effect.

        IT IS SO STIPULATED.

STIP & [PROPOSED] ORDER
CASE NO. CR 18-577 CRB                                         1

| | | |
|---|---|---|
| 1 | DATED:  June 16, 2023 | THOMAS A. COLTHURST |
| 2 | | Attorney for the United States Attorney |
| | | Acting Under Authority Conferrred by |
| 3 | | 28 U.S.C. § 515 |

By: *Robert S. Leach*
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys

DATED:  June 16, 2023        STEPTOE & JOHNSON LLP

By:       /s/
REID H. WEINGARTEN
JONATHAN MATTHEW BAUM
BRIAN M. HEBERLIG
MICHELLE L. LEVIN
NICHOLAS PAUL SILVERMAN
Attorneys for Defendant
Michael Richard Lynch

DATED:  June 16, 2023        CLIFFORD CHANCE US LLP

By:       /s/
CHRISTOPHER J. MORVILLO
CELESTE KOELEVELD
DANIEL SILVER
Attorneys for Defendant
Michael Richard Lynch

| | | |
|---|---|---|
| 1 | DATED:  June 16, 2023 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |

By: /s/
GARY S. LINCENBERG
RAY S. SEILIE
MICHAEL C. LANDMAN
Attorneys for Defendant Stephen Keith Chamberlain

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause shown, the Court ORDERS that the existing protective order (Dkt. 54) shall apply to Defendant Lynch, his attorneys, and members of his defense team. Attorneys for Defendant Chamberlain may share documents received from the government in this matter with attorneys for Defendant Lynch, and vice versa. Such documents shall be treated consistent with the existing protective order.

IT IS SO ORDERED.

Date: _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE