IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael Richard Lynch, et al.<br><br>    Defendants. | Case No.  18-cr-00577-CRB<br><br>**ORDER PROPOSING EXPEDITED TRIAL SCHEDULE** |

The Court has received the parties' proposed discovery and trial schedule. Given the lengthy delays already incurred, the Court proposes a more expedited schedule:

| | |
|---|---|
| Government's List of Alleged Co-Conspirators | July 7, 2023 |
| Rule 12(b)(3)(A) or (b)(3)(B) Motions, if any | July 14, 2023 |
| Rule 12(b)(3)(D) or Rule 15 Motions, if any | July 21, 2023 |
| Oppositions to Rule 12(b)(3)(A) and/or (b)(3)(B) Motions | July 28, 2023 |
| Oppositions to Rule 12(b)(3)(D) and/or Rule 15 Motions | August 4, 2023 |
| Replies to Rule 12(b)(3)(A) and/or (b)(3)(B) Motions | August 4, 2023 |
| Replies to Rule 12(b)(3)(D) and/or Rule 15 Motions | August 11, 2023 |
| Hearing on Rule 12 and Rule 15 Motions | August 23, 2023 |
| Government's 404(b) Evidence, Summary of Expert Testimony | October 20, 2023 |
| Government's Witness and Exhibit Lists | November 3, 2023 |
| Defendants' Summary of Expert Testimony | November 11, 2023 |
| Government's Summary of Rebuttal Expert Testimony | November 17, 2023 |
| Defendants' Rule 16 Disclosures Completed | December 1, 2023 |

United States District Court
Northern District of California

| Motions in Limine, Proposed Juror Questionnaires | December 8, 2023 |
|---|---|
| Oppositions to Motions in Limine | December 22, 2023 |
| Replies to Motions in Limine | January 3, 2024 |
| Pretrial Conference Statements, Proposed Voir Dire, Proposed Jury Instructions, and Proposed Verdict Form Due | January 8, 2024 |
| Pretrial Conference | January 15, 2024 |
| Jury Selection | January 18, 2024 |
| Trial | January 22, 2024 |
| Defendants' Witness and Exhibit Lists | January 29, 2024 |

Because the Court is aware that the parties may have conflicts with this particular schedule, it is proposed for discussion at the scheduling conference on June 27.

**IT IS SO ORDERED.**

Dated: June 20, 2023

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

2