Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
Michael C. Landman - State Bar No. 343327
  mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN <br><br> Defendants. | CASE NO. 3:18-cr-00577-CRB <br><br> **NOTICE OF SCHEDULING CONFLICTS WITH THE PROPOSED EXPEDITED TRIAL SCHEDULE** <br><br> Assigned to Hon. Charles R. Breyer |

In response to the Court's June 20, 2023 Order Proposing Expedited Trial Schedule, Mr. Chamberlain submits the following Notice of Conflicts with the Proposed Expedited Trial Schedule.[1]

1. From August 8, 2023 through in or about early November 2023, counsel for Mr. Chamberlain, Gary S. Lincenberg, is scheduled to be in trial in a six-defendant case, *United States v. Lacey, et al.*, Case No. 2:18-cr-00422-PHX-DJH (D. Ariz.). This case is a retrial and is expected to begin as scheduled.

2. From on or about January 1, 2024, through on or about February 28, 2024, co-counsel for Mr. Chamberlain, Michael C. Landman, is scheduled to be on parental leave.

3. From March 19, 2024 lasting four to six weeks, Mr. Lincenberg is scheduled to be in trial in a seven-defendant case, *United States v. Quiboloy, et al.*, Case No. 2:20-cr-79-TJH (C.D. Cal.). Certain defendants are outside of the country and have not yet appeared for arraignment. It remains uncertain whether trial will proceed without the foreign defendants.

In light of these conflicts, counsel for Mr. Chamberlain respectfully submits that the parties' proposed dates set forth in their joint statement is the earliest date convenient with the parties' schedules and which allow the parties to adequately prepare for pre-trial matters and trial.

/ / /

---

[1] This Notice of Conflicts does not include civil trials in which counsel for Mr. Chamberlain are scheduled to participate.

DATED:  June 21, 2023

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: _____/s/ Gary S. Lincenberg_____
GARY S. LINCENBERG
RAY S. SEILIE
MICHAEL C. LADMAN
Attorneys for Defendant Stephen Keith Chamberlain