```
THOMAS A. COLTHURST (CABN 9949)
Attorney for the United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN,<br><br>    Defendants. | Case No. CR 18-577 CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER |

## STIPULATION

The parties, through their respective counsel, stipulate and agree that the existing protective order (Dkt. 54) shall apply to Defendant Lynch, his attorneys, and members of his defense team. The parties further stipulate and agree that attorneys for Defendant Chamberlain may share documents received from the government in this matter with attorneys for Defendant Lynch, and vice versa, and that such documents shall be treated consistent with the existing protective order. The parties respectfully request that the Court issue an order to this effect.

IT IS SO STIPULATED.

STIP & [~~PROPOSED~~] ORDER
CASE NO. CR 18-577 CRB                          1

| | | |
|---|---|---|
| 1 | DATED: June 16, 2023 | THOMAS A. COLTHURST |
| 2 | | Attorney for the United States Attorney |
| | | Acting Under Authority Conferrred by |
| 3 | | 28 U.S.C. § 515 |

By: *Robert S. Leach*
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys

DATED: June 16, 2023        STEPTOE & JOHNSON LLP

By:  /s/
REID H. WEINGARTEN
JONATHAN MATTHEW BAUM
BRIAN M. HEBERLIG
MICHELLE L. LEVIN
NICHOLAS PAUL SILVERMAN
Attorneys for Defendant
Michael Richard Lynch

DATED: June 16, 2023        CLIFFORD CHANCE US LLP

By:  /s/
CHRISTOPHER J. MORVILLO
CELESTE KOELEVELD
DANIEL SILVER
Attorneys for Defendant
Michael Richard Lynch

STIP & [PROPOSED] ORDER
CASE NO. CR 18-577 CRB                2

1  DATED: June 16, 2023              BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
                                     DROOKS, LINCENBERG & RHOW, P.C.

                                     By:      /s/
                                          GARY S. LINCENBERG
                                          RAY S. SEILIE
                                          MICHAEL C. LANDMAN
                                          Attorneys for Defendant Stephen Keith Chamberlain

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause shown, the Court ORDERS that the existing protective order (Dkt. 54) shall apply to Defendant Lynch, his attorneys, and members of his defense team. Attorneys for Defendant Chamberlain may share documents received from the government in this matter with attorneys for Defendant Lynch, and vice versa. Such documents shall be treated consistent with the existing protective order.

IT IS SO ORDERED.

Date: June 27, 2023

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE