THOMAS A. COLTHURST (CABN 9949)
Attorney for the United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | [PROPOSED] SCHEDULING ORDER |
| v. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

The Government and Defendants Michael Richard Lynch and Stephen Keith Chamberlain respectfully submit this proposed schedule following the scheduling conference held on June 27, 2023, and in light of the March 18, 2024 trial date.

1. On or before August 8, 2023, the United States shall provide a list of alleged co-conspirators including alleged co-conspirators in relation to the conspiracy alleged in Count 17. (This commitment is without prejudice to any arguments the United States may raise in opposition to any motion for a bill of particulars.)

2. On or before August 8, 2023, the United States shall provide a preliminary witness list indicating the witnesses it presently intends to call in its case-in-chief. (The United States may amend

its list as it prepares for trial.)

3. On or before September 22, 2023, the parties will meet and confer regarding potential Rule 15 and Rule 12 motions.

4. On or before September 29, 2023, pretrial motions pursuant to Rule 12 of the Federal Rules of Criminal Procedure and Rule 15 motions for foreign depositions are to be filed.

5. On or before October 13, 2023, oppositions to Rule 12 and Rule 15 motions are to be filed.

6. On or before October 20, 2023, replies in support of Rule 12 and Rule 15 motions are to be filed.

7. On or before October 30, 2023, the United States shall identify any evidence it anticipates seeking to admit under Rule 404(b) of the Federal Rules of Evidence.

8. On November 1, 2023, any Rule 12 and Rule 15 motions shall be heard by the Court.

9. On or before November 8, 2023, the United States shall serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that it intends to call at trial in its case-in-chief.

10. On or before November 23, 2023, the United States shall serve its witness list.

11. On or before December 7, 2023, the United States shall serve its exhibit list.

12. On or before December 7, 2023, each Defendant shall serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that he intends to call at trial in his case-in-chief.

13. On or before January 3, 2024, the United States shall serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that it intends to call at trial in rebuttal to expert testimony offered by any Defendant.

14. On or before January 3, 2024, Defendants shall complete their disclosures required by Rule 16 of the Federal Rules of Criminal Procedure.

15. On or before January 10, 2024, proposed juror questionnaires are to be filed.

16. On or before January 17, 2024, motions in limine are to be filed.

17. On or before January 31, 2024, oppositions to motions in limine are to be filed.

[PROPOSED] SCHEDULING ORDER
CASE NO. CR 18-577 CRB

18. On or before February 7, 2024, replies in support of motions in limine are to be filed.

19. On or before February 14, 2024, pretrial conference statements, proposed voir dire questions, proposed jury instructions, and proposed verdict forms are to be filed.

20. On February 21, 2024, motions in limine shall be heard by the Court, and the Court shall hold a pretrial conference.

21. On March 13, 2024, jury selection shall commence. On each day of jury selection, following jury selection, the Court shall hold hearings on remaining pretrial issues as necessary.

22. On March 18, 2024, trial shall commence.

23. On March 25, 2024, Defendants shall serve their witness and exhibit lists.

DATED: June 29, 2023

THOMAS A. COLTHURST
Attorney for the United States Attorney
Acting Under Authority Conferrred by
28 U.S.C. § 515

By: *Robert S. Leach*
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys

DATED: June 29, 2023

STEPTOE & JOHNSON LLP

By:   /s/
REID H. WEINGARTEN
JONATHAN MATTHEW BAUM
BRIAN M. HEBERLIG
MICHELLE L. LEVIN
NICHOLAS PAUL SILVERMAN
Attorneys for Defendant
Michael Richard Lynch

[PROPOSED] SCHEDULING ORDER
CASE NO. CR 18-577 CRB

| | | |
|---|---|---|
| 1 | DATED: June 29, 2023 | CLIFFORD CHANCE US LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | CHRISTOPHER J. MORVILLO |
| 5 | | CELESTE KOELEVELD |
| 6 | | DANIEL SILVER |
| | | Attorneys for Defendant |
| 7 | | Michael Richard Lynch |
| 8 | DATED: June 29, 2023 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |

.

### [PROPOSED] SCHEDULING ORDER

The Court HEREBY ORDERS the schedule set forth above.

IT IS SO ORDERED.

Date: _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

By: /s/
GARY S. LINCENBERG
RAY S. SEILIE
MICHAEL C. LANDMAN
Attorneys for Defendant Stephen Keith Chamberlain

[PROPOSED] SCHEDULING ORDER
CASE NO. CR 18-577 CRB