Christopher J Morvillo (Admitted *Pro Hac Vice*)
christopher.morvillo@cliffordchance.com
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: 212-878-3437

Attorneys for Defendant
Michael Richard Lynch

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH<br><br>Defendant. | Case No.: 3:18-CR-00577 CRB<br><br>Judge: Hon. Charles Breyer<br><br>[~~PROPOSED~~] **ORDER TEMPORARILY MODIFYING THE CONDITIONS OF PRETRIAL RELEASE** |

WHEREAS, on May 11, 2023, this Court issued an Order Setting Conditions of Pretrial Release for defendant Michael R. Lynch, including: (1) the execution of a $100 million bond, secured by $50 million in cash, wire transfer, and/or unencumbered shares of publicly traded stock, accompanied by power of sale, or any combination thereof; (2) the defendant shall be confined to an address in the city and county of San Francisco, subject to the approval of the United States Attorney's Office and the Court, and may only travel for meetings with counsel, medical appointments, court appearances, and other essential purposes, all of which must be located in the city and county of San Francisco; (3) the hiring of a private security firm at the defendant's expense, including 24-hour armed guards and video surveillance; (4) surrender of all travel documents of any kind whatsoever; and (5) strict supervision by Pretrial Services and adherence to any other conditions imposed by this Court (Doc. 146, the "First Order Setting Conditions of Pretrial Release");

WHEREAS, on May 24, 2023, this Court issued an Order granting the defendant's Motion for Leave to Change Address and to Clarify Release Conditions, including: changing the defendant's address to 2715 Scott St., San Francisco, CA and clarifying that the defendant's release conditions include the ability for him to travel for religious services and court-approved obligations within San Francisco, upon the approval of Pretrial Services (Doc. 168, the "Second Order Setting Conditions of Pretrial Release");

WHEREAS, the defendant's children will be visiting him in San Francisco from July 10 to July 17, 2023;

WHEREAS, the defendant hereby moves this Court for an Order Temporarily Modifying the Conditions of Pretrial Release to allow him to leave his residence between the hours of 9AM and 9PM PDT during the period from July 10 to July 17, 2023, always accompanied by his armed guards, with notice about his whereabouts to Pretrial Services, in order to accompany his daughters within San Francisco during their visit; and

WHEREAS, counsel for the defendant and counsel for the government have conferred about this motion and counsel for the government does not oppose this request for a temporary modification of the defendant's release conditions during the period his family is visiting San

Francisco; and counsel for the defendant has conferred with Pretrial Services and Pretrial Services does not oppose this motion;

**WHEREFORE**, the Court ORDERS the following:

1. The defendant's Motion for an Order Temporarily Modifying the Conditions of Pretrial Release is GRANTED, subject to the following conditions. For the period July 10 to July 17, 2023, (1) the defendant shall be allowed to travel with his daughters within the city of San Francisco between the hours of 9AM and 9PM PST each day; (2) the defendant shall always be accompanied by two armed guards when outside of the residence; (3) the defendant shall obey any conditions that his guards believe necessary to allow for complete security while away from his residence; and (4) the defendant's guards shall coordinate with Pretrial Services about the defendant's whereabouts while outside of the residence to ensure that Pretrial Services is aware of all trips away from the defendant's residence.

2. On July 18, 2023, the prior conditions of home confinement set forth in this Court's First and Second Order Setting Conditions of Pretrial Release shall resume.

SO ORDERED this ___6th___ day of July, 2023.

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT
JUDGE