1 | CELESTE KOELEVELD
2 | CLIFFORD CHANCE US LLP
3 | 31 West 52nd Street
  | New York, NY 10019
  | Telephone: (212) 878-3051
  | Email: celeste.koeleveld@cliffordchance.com
4 | Attorney for Defendant
  | MICHAEL RICHARD LYNCH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-CR-00577-CRB |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |
| vs. | |
| MICHAEL RICHARD LYNCH, | Judge: Hon. Charles Breyer |
| Defendant. | |

I, Celeste Koeleveld, an active member in good standing of the bar of the Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in Northern District of California representing: Michael Lynch in the above-entitled action. My local co-counsel in this case is Jonathan Baum, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 303469.

| | |
|---|---|
| Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>MY ADDRESS OF RECORD | Steptoe & Johnson LLP<br>One Market Place<br>San Francisco, CA 94105<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 878-3051<br>MY TELEPHONE NO. OF RECORD | (415) 365-6748<br>LOCAL CO-COUNSEL'S TELEPHONE NO. OF RECORD |
| celeste.koeleveld@cliffordchance.com<br>MY EMAIL ADDRESS OF RECORD | jbaum@steptoe.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

|   |   |
|---|---|
| 1 | I am an active member in good standing of a United States Court or of the highest court |
| 2 | of another State or the District of Columbia, as indicated above; my bar number is 2567030. |
| 3 | A true and correct copy of a certificate of good standing is attached to this application. |
| 4 | I have been granted pro hac vice admission by the Court 0 (zero) times in the 12 months |
| 5 | preceding this application. |
| 6 | I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially |
| 7 | the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution |
| 8 | Local Rules.  I declare under penalty of perjury that the foregoing is true and correct. |

Dated:  June 23, 2023

_____
CELESTE KOELEVELD

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of CELESTE KOELEVELD is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel in the application will constitute notice to the party.

Dated: _____

_____
HON. CHARLES BREYER