Christopher J Morvillo (Admitted *Pro Hac Vice*)
*christopher.morvillo@cliffordchance.com*
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone:  212-878-3437

Attorney for Defendant
Michael Richard Lynch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH<br><br>Defendant. | Case No.: 3:18-CR-00577 CRB<br>-<br>Judge:  Hon. Charles Breyer<br><br>**MOTION TO MODIFY (TEMPORARILY) CONDITIONS OF PRETRIAL RELEASE** |

1    Dr. Michael Lynch, the defendant in the above-captioned action, through counsel,

2   respectfully moves this Court for temporary modifications of his conditions of pretrial release to

3   impose a curfew between the hours of 9AM and 9PM during the periods from September 24 to

4   October 9, 2023, and October 24 to November 5, 2023.  In each instance, the request is being

5   made to allow Dr. Lynch to spend time outside his residence during anticipated visits from

6   family; the first visit being by his wife (which coincides with their wedding anniversary), and the

7   second visit by his two adult daughters, who will be on break from their university studies in

8   England during that time.  Any trip away from his residence will be in the company of his armed

9   guards who will coordinate in advance of each such trip directly with Pretrial Services.  Dr.

10   Lynch is also subject to GPS monitoring, which, of course, will continue in full effect during the

11   periods of requested modification.  In connection with this motion, we respectfully submit as

12   follows:

13        1.    Dr. Lynch is a citizen of the United Kingdom and was a resident of England prior

14   to his extradition.

15        2.    Dr. Lynch has been named in a 17-count Superseding Indictment, returned on

16   March 21, 2019 (the "Indictment"), charging him with violations of 18 U.S.C. § 1349

17   (conspiracy to commit wire fraud), 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1348 (securities

18   fraud), and 18 U.S.C. § 371 (conspiracy).

19        3.    On May 11, 2023, Dr. Lynch was extradited to the United States and appeared

20   before this Court in San Francisco.

21        4.    On May 11, 2023, this Court issued an Order setting conditions of release for Dr.

22   Lynch.  These included a $100 million bond, to be secured by $50 million in cash or

23   unencumbered shares of publicly traded stock, accompanied by power of sale; Dr. Lynch's

24   confinement in a residence within the City of San Francisco, with travel away from the residence

25   permitted, with sufficient advance notice to Pretrial Services, only for meetings with counsel,

26   medical appointments, court appearances and other essential purposes; the hiring of a private

27   security service at Dr. Lynch's expense to guard Dr. Lynch, including 24-hour armed guards and

28   video surveillance; GPS monitoring; and the surrender of all travel documents.  (Doc. 146.)

MOTION TO MODIFY (TEMPORARILY)
CONDITIONS OF PRETRIAL RELEASE

5.      On May 24, 2023, this Court issued an Order granting the defendant's Motion for Leave to Change Address and to Clarify Release Conditions, which (among other things) clarified that Dr. Lynch's release conditions include the ability for him to travel for religious services and court-approved obligations within San Francisco, upon the approval of Pretrial Services.  (Doc. 168.)

6.      On July 6, 2023, this Court issued an Order Temporarily Modifying the Conditions of Pretrial Release between July 10 and July 17, 2023, permitting Dr. Lynch to travel within the city of San Francisco each day between the hours of 9AM and 9PM PDT during a visit from his daughters from England.  (Doc. 194, the "First Curfew Order").  The First Curfew Order required that Dr. Lynch be accompanied by two armed guards whenever outside his residence, that he obey all conditions his guards believed necessary to allow for complete security while away from his residence, and that the guards coordinate with Pretrial Services about his whereabouts so that Pretrial Services would be aware of all trips away from the residence.  (Id.)

7.      On August 2, 2023, this Court again issued an Order Temporarily Modifying the Conditions of Pretrial Release between August 9 and August 26, 2023, allowing Dr. Lynch to travel within the city of San Francisco between the hours of 9AM and 9PM PDT during a visit from his wife from England, following the untimely passing of Dr. Lynch's only brother.  (Doc. 201, the "Second Curfew Order").  As with the First Curfew Order, the Second Curfew Order required that Dr. Lynch be accompanied by two armed guards whenever outside his residence, that he obey all conditions his guards believed necessary to allow for complete security while away from his residence, and that the guards coordinate with Pretrial Services about his whereabouts so that Pretrial Services would be aware of all trips away from the residence.  (Id.)

8.      Dr. Lynch respectfully requests that the Court again temporarily modify his conditions of pretrial release during the periods from September 24 to October 9, 2023, and October 24 to November 5, 2023, always accompanied by two armed guards, between the hours of 9AM and 9PM each day, without seeking prior approval of Pretrial Services or the Court.

3                    CASE NO. 3:18-CR-00577-CRB
MOTION TO MODIFY (TEMPORARILY)
CONDITIONS OF PRETRIAL RELEASE

9.      This request is precipitated by planned visits from Dr. Lynch's family.  Dr. Lynch's wife plans to visit from September 24 to October 9, 2023, to spend time with Dr. Lynch and to celebrate their wedding anniversary on September 29, 2023.  Dr. Lynch's daughters plan to visit during a break from university from October 24 to November 5, 2023.

10.      Given his track record of compliance with all bail conditions, Dr. Lynch respectfully submits that the current requested modification of his conditions of pretrial release will not create any additional risk of flight nor compromise in any way the ability of the security detail to supervise his compliance with his bail conditions.

11.      The undersigned has conferred with Dr. Lynch's Pretrial Services Officer, Kim Do, regarding the requested temporary modification and Ms. Do indicated that Dr. Lynch has been fully compliant with all terms and conditions of bail and that Pretrial Services has no objection to this request.

12.      The undersigned has also conferred with Rodney McConville, a supervisor with Keelson Strategic, the company providing Dr. Lynch's security guards.  Mr. McConville has also informed the undersigned that Dr. Lynch has been fully compliant with all terms and conditions of his bond, including during the First and Second Curfews, that he diligently followed all directions from his security detail, and did not pose any supervisory security challenges at any time during trips away from his residence (or otherwise).  Mr. McConville further informed undersigned counsel that Keelson's guards are fully capable of managing similar movements during the upcoming family visits and have no objection to the requested curfew.  Additionally, Mr. McConville stated that Dr. Lynch has been fully compliant with all his bail conditions and has diligently followed all directions and requests by the security team.  As with the First and Second Curfew Orders, Dr. Lynch will comply with any additional conditions that his guards in their full discretion believe necessary to allow for complete security while away from his residence, and Dr. Lynch's guards will ensure that Pretrial Services is aware of all trips away from the defendant's residence.

4                   CASE NO. 3:18-CR-00577-CRB
MOTION TO MODIFY (TEMPORARILY)
CONDITIONS OF PRETRIAL RELEASE

13.     The undersigned has also conferred with counsel for the government regarding this request and was informed that the government opposes this requested temporary modification.

14.     Beyond the immediate impending visits of Dr. Lynch's family, Dr. Lynch respectfully further submits that both his physical and mental health are suffering from his inability to leave is house and the isolation from friends and family, particularly in the wake of the tragic death of his younger brother and further that the temporary modifications to spend time with family (and his armed guards) outside his residence has been particularly beneficial.

15.     In addition, it is worth noting that the value of Dr. Lynch's Darktrace share certificates posted as bond with the Court have significantly appreciated in value since they were posted as bond, and are now worth more than $75m (an increase of more than $20m since the share certificates were posted), adding to the significant bond security that he has already posted, providing further assurances against any bail violation.

WHEREFORE, Dr. Lynch further respectfully requests that his conditions of home confinement be temporarily relieved to allow him to leave his residence between the hours of 9AM and 9PM, during the periods from September 24 to October 9, 2023, and October 24 to November 5, 2023, accompanied by his armed guards who will notify Pretrial Services of all trips away from the residence, without the need to seek advance approval of the Pretrial Services or the Court.

Dated:  September 20, 2023          Clifford Chance US LLP

By: */s/Christopher J. Morvillo*
        Christopher J. Morvillo (Admitted *Pro Hac Vice*)
        Attorney for Defendant

CASE NO. 3:18-CR-00577-CRB
MOTION TO MODIFY (TEMPORARILY)
CONDITIONS OF PRETRIAL RELEASE