Jonathan M. Baum (SBN: 303469)
**Steptoe & Johnson LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher J Morvillo (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DEFENDANT LYNCH'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATIONS FOR HIS MOTIONS TO DISMISS (1) COUNTS ONE THROUGH SIXTEEN OF THE SUPERSEDING INDICTMENT AND (2) COUNT SEVENTEEN OF THE SUPERSEDING INDICTMENT** |

Pursuant to Rule I.C of the Court's General Standing Order for Civil and Criminal Cases, Defendant Lynch moves for leave to exceed the fifteen-page limit for his two memoranda of points and authorities in support of (1) his Motion to Dismiss Counts One through Sixteen of the Superseding Indictment and (2) his Motion to Dismiss Count Seventeen of the Superseding Indictment (together, the "Motions"). Dr. Lynch seeks to file a memorandum of points and authorities of up to twenty-five pages in length in support of each of the Motions. Before filing

this motion, Defendant Dr. Lynch conferred with the government. The government consents to this request.

Counts One through Fifteen of the Superseding Indictment (ECF No. 21) allege a vast and complex wire fraud scheme spanning nearly three years based on allegations of accounting fraud designed to artificially inflate the revenues of UK-based Autonomy and aimed at shareholders of Autonomy and also at potential purchasers of Autonomy, including HP. The allegations encompass potentially hundreds of transactions. Count Sixteen alleges a separate conspiracy to defraud purchasers of HP following the announcement of its intention to acquire Autonomy. An additional ten pages will allow Dr. Lynch to present several legal grounds for dismissing these allegations, each of which rests on different legal theories and is supported by different legal analyses.

Count Seventeen of the Superseding Indictment alleges a sprawling conspiracy under 18 U.S.C. § 371, spanning over seven years and involving seventeen enumerated overt acts that allegedly furthered a conspiracy to commit four separate criminal objects: circumventing the internal accounting controls of an issuer in violation of 15 U.S.C. § 78m; tampering with witnesses, victims, and informants in violation of 18 U.S.C. § 1512; obstructing proceedings in violation of 18 U.S.C. § 1505; and engaging in monetary transactions in violation of 18 U.S.C. § 1957. An additional ten pages will allow Dr. Lynch to adequately address the extensive and complex allegations in Count Seventeen.

Accordingly, Dr. Lynch respectfully requests an order from the Court permitting Dr. Lynch to file memoranda of points and authorities of up to twenty-five pages in length, exclusive of the

table of contents, table of authorities, caption page, signature block, declaration(s), and exhibit(s), in support of the Motions.

Dated: September 28, 2023

Respectfully submitted,

*/s/ Jonathan Baum*
Jonathan M. Baum (SBN: 303469)
**Steptoe & Johnson LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
**Steptoe & Johnson LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher J Morvillo (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*
