1   Gary S. Lincenberg - State Bar No. 123058
        glincenberg@birdmarella.com
2   Ray S. Seilie - State Bar No. 277747
        rseilie@birdmarella.com
3   Michael C. Landman – State Bar No. 343327
        mlandman@birdmarella.com
4   BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
5   1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
6   Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
7
8   Attorneys for Defendant Stephen Keith
    Chamberlain

9

10                  **UNITED STATES DISTRICT COURT**

11      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| 13   UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| 14                Plaintiff, | **Defendant Stephen Chamberlain's Unopposed Administrative Motion for Leave to Exceed Page Limitations for:** |
| 15         vs. | |
| 16   MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | **(1) Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and** |
| 17                Defendants. | |
| 18 | **(2) Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory** |
| 19 | |
| 20 | Assigned to Hon. Charles R. Brever |
| 21 | |

22

23

24

25

26

27

28

1    Defendant Stephen Chamberlain moves for leave to exceed the fifteen-page limit specified

2  in Rule I.C of the Court's General Standing Order for Civil and Criminal Cases for his memoranda

3  of points of authorities in support of two motions he is filing: (1) his Motion to Dismiss Counts

4  One through Fifteen and Seventeen of the Superseding Indictment ("Motion to Dismiss"); and (2)

5  his Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the

6  Alternative, to Issue a Rule 15 Order and Letters Rogatory as to Such Witness ("Motion to

7  Compel").

8    Mr. Chamberlain respectfully requests leave to file a memorandum of points and

9  authorities of up to twenty-five pages in support of each motion. The government does not oppose

10 this request.

11   The Motion to Dismiss sets forth the factual bases for all sixteen counts at issue and the

12 government's extensive efforts to toll the statutes of limitations for each. It calculates and

13 addresses the timeliness of each of the sixteen counts under multiple scenarios involving different

14 potential theories of tolling. An additional ten pages will permit Mr. Chamberlain to fully develop

15 his arguments for dismissing each count.

16   The Motion to Compel is, in substance, three motions in one: (1) a motion to compel the

17 government to secure Mr. Knight's appearance at trial, (2) in the alternative, a motion for Mr.

18 Knight's deposition pursuant to Rule 15(a), and (3) a request for the issuance of letters rogatory.

19 An additional ten pages will permit Mr. Chamberlain to set forth the legal authorities and factual

20 support for all three motions and will remove the necessity of filing them separately.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Stephen Chamberlain's Administrative Motion for Leave to Exceed Page Limitations

1    For these reasons, Mr. Chamberlain respectfully requests that the Court enter an order

2  permitting him to file memoranda of points and authorities of up to twenty-five pages in length in

3  support of the Motion to Dismiss and the Motion to Compel.

4  DATED:  September 29, 2023                 Gary S. Lincenberg
                                             Ray S. Seilie
5                                            Michael C. Landman
                                             Bird, Marella, Boxer, Wolpert, Nessim,
6                                            Drooks, Lincenberg & Rhow, P.C.

7

8
                                   By:  _____/s/ Gary S. Lincenberg_____
9                                            Gary S. Lincenberg
10                                           Attorneys for Defendant Stephen Keith
                                             Chamberlain
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | **[Proposed] Order** |
| vs. | Assigned to Hon. Charles R. Breyer |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | |
| Defendants. | |

The Court has reviewed Defendant Stephen Chamberlain's Unopposed Administrative Motion for Leave to Exceed Page Limitations for (1) Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and (2) Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory (the "Administrative Motion"). Finding good cause, the Court GRANTS the Administrative Motion. Mr. Chamberlain is permitted to file memoranda of points and authorities of up to twenty-five pages in support of (1) his Motion to Dismiss Counts One through Fifteen and Seventeen of the Superseding Indictment, and (2) his Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order and Letters Rogatory.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Charles R. Breyer
United States District Judge