# EXHIBIT 5

FILED

JAN 29 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   ADAM A. REEVES (NYBN 2363877)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7534
      Fax: (415) 436-7234
8     Robert.Leach@usdoj.gov
      Adam.Reeves@usdoj.gov
9
   Attorneys for United States of America
10

11                        UNITED STATES DISTRICT COURT
12                       NORTHERN DISTRICT OF CALIFORNIA
13                             SAN FRANCISCO DIVISION

14 | IN RE GRAND JURY INVESTIGATION ) Case No. CR 14-90491 MISC EMC
15 | NO. 2012R02242,                )
                                    ) [PROPOSED] ORDER SUSPENDING
16                                  ) THE RUNNING OF THE STATUTE OF
                                    ) LIMITATIONS UNDER 18 U.S.C.
17                                  ) § 3292
                                    )
18                                  ) **UNDER SEAL**
                                    )
19                                  )

20      Upon application of the United States, indicating that evidence of offenses, namely 15 U.S.C.
21 §§ 78j(b) & 78ff (securities fraud), 18 U.S.C. § 371 (conspiracy), 18 U.S.C. § 1341 (mail fraud), 18
22 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1348 (securities fraud), and 18 U.S.C. § 1349 (attempt and
23 conspiracy), is in the Vatican City State and in Italy, the Court finds, by a preponderance of the
24 evidence, that an official request has been made to the Vatican City State for evidence of the foregoing
25 offenses and it reasonably appears that such evidence is in the Vatican City State. The Court further
26 finds, by a preponderance of the evidence, that an official request has been made to Italy for evidence of
27 the foregoing offenses and it reasonably appears that such evidence is in Italy.
28

[PROPOSED] ORDER SUSPENDING STATUTE OF LIMITATIONS
CASE NO. CR-14-90491MISC EMC

1  WHEREFORE, it is ordered that the United States' *Ex Parte* Application for an Order
2  Suspending the Statute of Limitations Pursuant to 18 U.S.C. § 3292 is GRANTED.
3  It is further ordered that the running of the statute of limitations for the foregoing offenses is
4  SUSPENDED beginning on August 10, 2015, the date on which the official request to the Vatican City
5  State was made, and ending on the date on which the Vatican City State takes final action on the request.
6  It is further ordered that the running of the statute of limitations for the foregoing offenses is
7  SUSPENDED beginning on December 23, 2015, the date on which the official request to Italy was
8  made, and ending on the date on which Italy takes final action on the request.
9  It is further ordered that the Clerk of the Court shall seal this Order, as well as the United States'
10 *Ex Parte* Application for an Order Suspending the Statute of Limitations and the Declaration of AUSA
11 Robert S. Leach in support thereof, pending further order of the Court.
12 IT IS SO ORDERED.
13 Dated: __1/29__, 2016

THE HONORABLE JAMES DONATO ~~Edward M. Chen~~
United States District Judge

18 cc: Robert S. Leach

[PROPOSED] ORDER SUSPENDING STATUTE OF LIMITATIONS
CASE NO. CR-14-90491MISC EMC                              2

USAO 00003604