# EXHIBIT 6



**U.S. Department of Justice**

Criminal Division

Office of International Affairs

United States Embassy – Rome, Italy

| | | | |
|---|---|---|---|
| Embassy Address:<br>Via Vittorio Veneto 119/A<br>00187 Rome, Italy | U.S. Mail:<br>DOJ, Unit 9500, Box 23<br>DPO AE 09624-0023 | Tel.:<br>Fax:<br>Email: | + 39 06 4674 2680<br>+ 39 06 4674 2266<br>cristina.posa@usdoj.gov |

April 18, 2016

**BY FEDEX**
Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA  94102

Re:   Materials Provided by the Vatican in Relation to a Request for Assistance in in the Investigation involving Autonomy Corporation

Dear Bob:

   In response to the above-referenced rogatory letter, enclosed please find materials provided by Vatican authorities. From our records, this rogatory letter request has been completed, although we are still waiting for a response to the related MLAT request we sent to Italian authorities.

   Please contact me or Legal Assistant Katarina Lawergren in Rome at (011) 39-06-4674-2680 for further assistance.

Sincerely,

Vaughn A. Ary
Director
Office of International Affairs
Criminal Division

By:   *Cristina M. Posa / KL*
      Cristina M. Posa
      Department of Justice Attaché