# EXHIBIT 7



**U.S. Department of Justice**
Criminal Division
Office of International Affairs

United States Embassy – Rome, Italy

| | | | |
|---|---|---|---|
| Embassy Address:<br>Via Vittorio Veneto 119/A<br>00187 Rome, Italy | U.S. Mail:<br>DOJ, Unit 9500, Box 23<br>DPO AE 09624-0023 | Tel.:<br>Fax:<br>Email: | + 39 06 4674 2680<br>+ 39 06 4674 2266<br>cristina.posa@usdoj.gov |

April 28, 2016

**BY FEDEX**
Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA  94102

Re:    Materials Provided by the Italian Authorities in Relation to a Mutual Legal Assistance Treaty Request in the Investigation involving Autonomy Corporation

Dear Bob:

In response to the above-referenced MLAT request, enclosed please find materials provided by Italian authorities. The attached documents include an index entitled "Trasmissione atti" and materials provided by Postecom S.p.a., Poste Italiane, S.p.a., Auxilium Tech S.r.l., R&D Ventures S.r.l. and Sales Consulting S.r.l. in response to the MLAT request.  Please note that "verbale" means report.

From our records, this MLAT request has now been completed.  Below we outline the appropriate use of the materials and your responsibilities as the requesting authority.

I.    Authorized Uses of Materials

The enclosed materials may be used in the investigation and prosecution of those persons and offenses for which assistance has been requested and granted.  Any other use may violate the treaty.  Article 8, paragraph 3 of the treaty provides as follows:

The Requesting State may use any evidence or information obtained from the Requested State:

a. for the purpose of its criminal investigations and proceedings;
b. for preventing an immediate and serious threat to its public security;
c. in its non-criminal judicial or administrative proceedings directly related to investigations or proceedings:
    i. set forth in subparagraph (a); or
    ii. for which mutual assistance was rendered under Article 1(1 bis) of this Treaty;

d. for any other purpose, if the information or evidence has been made public within the framework of proceedings for which they were transmitted, or in any of the situations described in subparagraphs (a), (b) and (c); and
e. for any other purpose, only with the prior consent of the Requested State.
Should you anticipate the need to use the materials for any other purpose (i.e., a use not stated in the request for assistance and/or not approved in the grant of assistance), please consult this office to ascertain whether Italian authorization or approval can be secured.

II. Obligations of Requesting Authority

      A.    Secure a Translation of the Requested Materials
It is the responsibility of the requesting authority to secure a translation of these materials. The requesting authority bears the costs for such translations.
      B.    Review Materials Promptly
Please examine all materials that you have received and notify the undersigned whether:
1.    the request has been satisfactorily executed and no further assistance from Italian officials is needed; or
2.    the request has only been partially executed, identifying which specific materials remain outstanding; and/or
3.    the request should be expanded to include additional assistance not previously requested, providing a description and justification.
      C.    Evaluate Usefulness of Assistance

Once you have used the materials, please provide an acknowledgment and an assessment of the value of the assistance provided in a letter for this office to forward to the Italian authorities. The prosecutor's acknowledgment that the materials provided were received and were useful in criminal proceedings helps to ensure prompt cooperation with subsequent requests.

Should you anticipate the need to use the materials for any other purpose (i.e., a use not stated in the request for assistance and/or not approved in the grant of assistance), please consult this office to ascertain whether Italian authorization or approval can be secured.

Please contact me or Legal Assistant Katarina Lawergren in Rome at (011) 39-06-4674-2680 for further assistance.

Sincerely,

Vaughn A. Ary
Director
Office of International Affairs
Criminal Division
Department of Justice

By:    Cristina M. Posa
Department of Justice Attaché

MLAT_AU 00000778