# EXHIBIT 8



**U.S. Department of Justice**
Criminal Division
Office of International Affairs

United States Embassy – Rome, Italy

---

| Embassy Address: | U.S. Mail: | Tel.: | + 39 06 4674 2680 |
|---|---|---|---|
| Via Vittorio Veneto 119/A | DOJ, Unit 9500, Box 23 | Fax: | + 39 06 4674 2266 |
| 00187 Rome, Italy | DPO AE 09624-0023 | Email: | cristina.posa@usdoj.gov |

May 25, 2016

**BY FEDEX**
Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Re:   Materials Provided by the Italian Authorities in Relation to a Mutual Legal Assistance Treaty Request in the Investigation involving Autonomy Corporation

Dear Bob:

In response to the above-referenced MLAT request, enclosed please find a CD containing materials provided by Postecom S.p.a. and Poste Italiane S.p.a. and a related police report provided by Italian authorities. From our records, this MLAT request has now been completed.

From our records, this MLAT request has been completed. Below we outline the appropriate use of the materials and your responsibilities as the requesting authority.

I.   Authorized Uses of Materials

The enclosed materials may be used in the investigation and prosecution of those persons and offenses for which assistance has been requested and granted. Any other use may violate the treaty. Article 8, paragraph 3 of the treaty provides as follows:

The Requesting State may use any evidence or information obtained from the Requested State:

a. for the purpose of its criminal investigations and proceedings;
b. for preventing an immediate and serious threat to its public security;
c. in its non-criminal judicial or administrative proceedings directly related to investigations or proceedings:
    i. set forth in subparagraph (a); or
    ii. for which mutual assistance was rendered under Article 1(1 bis) of this Treaty;

d. for any other purpose, if the information or evidence has been made public within the framework of proceedings for which they were transmitted, or in any of the situations described in subparagraphs (a), (b) and (c); and

e. for any other purpose, only with the prior consent of the Requested State.

Should you anticipate the need to use the materials for any other purpose (i.e., a use not stated in the request for assistance and/or not approved in the grant of assistance), please consult this office to ascertain whether Italian authorization or approval can be secured.

II. Obligations of Requesting Authority

    A.    Secure a Translation of the Requested Materials

It is the responsibility of the requesting authority to secure a translation of these materials. The requesting authority bears the costs for such translations.

    B.    Review Materials Promptly

Please examine all materials that you have received and notify the undersigned whether:

1. the request has been satisfactorily executed and no further assistance from Italian officials is needed; or
2. the request has only been partially executed, identifying which specific materials remain outstanding; and/or
3. the request should be expanded to include additional assistance not previously requested, providing a description and justification.

    C.    Evaluate Usefulness of Assistance

Once you have used the materials, please provide an acknowledgment and an assessment of the value of the assistance provided in a letter for this office to forward to the Italian authorities. The prosecutor's acknowledgment that the materials provided were received and were useful in criminal proceedings helps to ensure prompt cooperation with subsequent requests.

Should you anticipate the need to use the materials for any other purpose (i.e., a use not stated in the request for assistance and/or not approved in the grant of assistance), please consult this office to ascertain whether Italian authorization or approval can be secured.

Please contact me or Legal Assistant Katarina Lawergren in Rome at (011) 39-06-4674-2680 for further assistance.

Sincerely,

Vaughn A. Ary
Director
Office of International Affairs
Criminal Division
Department of Justice

By: Cristina M. Posa
Department of Justice Attaché

2



# *Ministero della Giustizia*

**Dipartimento per gli Affari di Giustizia**
**Direzione Generale della Giustizia Penale**
**Ufficio II - Cooperazione Giudiziaria Internazionale**
PEC: prot.dag@giustiziacert.it
Email :ufficio 2.dgpenale.dag@giustizia.it
Tel. 0668852180 – fax 0668897528
Via Arenula 70 00186 Roma
**Area rogatorie**

| | |
|---|---|
| Ns. riferimento/Our reference | Vs. riferimento/Your reference |
| 33.4.5.20/2016.VD | |
| Rog. Passiva 2016 Usa | |
| Da citare nella risposta | |
| Please, quote our reference when replying    Roma, | 1 3 MAG. 2016 |

**A MEZZO MOTOCICLISTA**

U.S. DEPARTMENT OF JUSTICE
presso l'AMBASCIATA DEGLI STATI
UNITI D'AMERICA - Via Sallustiana, 49
00187 - **R O M A**
*Ms Posa*

Allegati vari + supporto informatico

**OGGETTO:** richiesta di assistenza giudiziaria internazionale formulata dal Dipartimento di Giustizia degli Stati Uniti d'America in data 17.12.2015 nell'ambito delle indagini per i reati di associazione a delinquere, truffa ed altro in relazione ad attività poste in essere dalla "Società Autonomy Corporation".

Si allegano gli atti assunti dalle Autorità del Distretto di Roma, così come indicati nella Informativa redatta in data 28.4.2016 dalla Guardia di finanza di Roma



Il Direttore dell'Ufficio II
Stefano Opilio

MLAT_AU 00004919



| | **Guardia di Finanza**<br>**NUCLEO POLIZIA TRIBUTARIA ROMA**<br>III Gruppo Tutela Entrate - Sezione Altre Accise e Imposte sui Consumi<br>- Rogatoria internazionale n. 77/16 R.G. Rog. C.A. - | Pagina 2 di 4 |
|---|---|---|

(2) verbale di altre sommarie informazioni nei confronti di Maurizio DI PAOLO[2], responsabile della Funzione Amministrazione e Controllo;

(3) verbale di altre sommarie informazioni nei confronti di Claudio COLELLA[3], responsabile della Funzione Acquisti;

(4) verbale di altre sommarie informazioni redatto nei confronti di Fabio SENSIDONI[4], responsabile della Funzione Esercizio;

b. **POSTE ITALIANE Spa**, con sede legale in Roma, viale Europa n. 190, esercente "*altre attività postali e di corriere*" (partita IVA 01114601006), hanno redatto:

(1) nei confronti del presidente dell'Amministratore Delegato, con poteri di rappresentanza legale della società, Francesco CAIO[5]:

    (a) relazione di notificazione dell'ordine di esibizione documentazione emesso in data 18.04.2016;

    (b) verbale di altre sommarie informazioni;

(2) verbale di acquisizione documentazione, redatto nei confronti di Paola FERRETTI[6], responsabile degli Affari Generali nell'ambito della Funzione Affari Legali, comprensivo di n. 31 fogli progressivamente numerati;

(3) verbale di altre sommarie informazioni redatto nei confronti di Gianfranco GODINO[7], responsabile del Polo Tecnologico Lazio, Abruzzo e Sardegna;

(4) verbale di altre sommarie informazioni redatto nei confronti di Gianluca LO RETO[8], responsabile del *Competence Center* Supporto Offerta – Divisione Sistemi Informativi;

(5) verbale di altre sommarie informazioni redatto nei confronti di Roberto UGOLINI[9], responsabile dello Sviluppo e Coordinamento Commerciale di POSTE TRIBUTI Scpa;

(6) verbale di altre sommarie informazioni redatto nei confronti di Renzo DI ANTONIO[10], responsabile dell'*Operation* Infrastrutture Tecnologiche e Servizi Applicativi – Funzione Sistemi Informativi;

(7) verbale di altre sommarie informazioni redatto nei confronti di Roberto CAPPARUCCI[11], *Account Manager* Poste Italiane MBPA (Mercato *Business* Pubblica Amministrazione);

(8) verbale di altre sommarie informazioni redatto nei confronti di Aldo ANCORA[12], responsabile Assistenza Progetti d'Acquisto – Direzione Acquisti;

---

[2] Nato a Roma il 15.03.1958 e ivi residente in via Giorgio Vigolo n. 12.
[3] Nato a Roma il 08.05.1965 e ivi residente in via Learco Guerra n. 55.
[4] Nato a Roma il 26.01.1964 e ivi residente in via Tripolitania n. 211.
[5] Nato a Napoli il 28.08.1957 e residente a Milano, via di Porta Tenaglia n. 5.
[6] Nata a Macerata il 04.06.1958, domiciliata per la carica presso la sede legale di POSTE ITALIANE Spa.
[7] Nato a Nicastro (CZ) il 20.07.1966 e residente in Roma, via delle Messi d'Oro n. 75.
[8] Nato a Roma il 24.02.1962 e ivi residente in via Giuseppe Preziolini n. 5.
[9] Nato a Roma il 07.10.1965 e ivi residente in via Stresa n. 56.
[10] Nato a Teramo il 25.10.1957 e residente in Roma, via Caffaro n. 50.
[11] Nato a Roma il 06.10.1967 e ivi residente in via Adriano Banchieri n. 58.
[12] Nato a Roma il 22.08.1961 e ivi residente in largo Dell'Olgiata n. 15.



## Guardia di Finanza
## NUCLEO POLIZIA TRIBUTARIA ROMA
### III Gruppo Tutela Entrate – Sezione Altre Accise e Imposte sui Consumi
Via dell'Olmata n. 45 - 00184 Roma - Tel . 06/46681 - Fax 06/4744519
e-mail: rm210.protocollo@gdf.it PEC: rm2100000p@pec.gdf.it

Guardia di Finanza
Prot: 0191474/2016
Data: 28/04/2016
Tipo: Uscita
AOO: Lazio
UOR: RM210

/262/III GTE/_____/SAAIC/di prot.       Roma

**OGGETTO:** Rogatoria internazionale n. 77/16 R.G. Rog. C.A., avanzata dall'A.G. U.S.A nel procedimento penale contro **Autonomy Corporation Limited**.

**Trasmissione atti.**

**ALL'AMBASCIATA DEGLI STATI UNITI D'AMERICA**                                              **ROMA**
   (alla cortese attenzione di Cristina POSA – attaché del Dipartimento della Giustizia degli Stati Uniti)

per conoscenza:

**ALLA CORTE DI APPELLO**                                                                                           **ROMA**
   - Sezione Quarta Penale -
   - Ufficio Investigativo Rogatorie Internazionali -
   (alla cortese attenzione del dott. Alfredo Mantovano – Consigliere Delegato)
   Riferimento delega in data 18.04.2016 e 20.04.2016.

1. In relazione alle attività svolte nei giorni dal 21 al 26 aprile 2016, si consegnano gli atti all'uopo compilati.

   In particolare, militari di questo Nucleo pt, con riferimento a:

   a. **POSTECOM Spa,** con sede legale in Roma, viale Europa n. 175, esercente "*altre attività di servizi connessi a tecnologie informatiche*" (partita IVA 05838841004), hanno redatto:

      (1)   nei confronti del presidente del Consiglio di Amministrazione, con poteri di rappresentanza legale della società, Vincenzo POMPA[1]:

         (a)   relazione di notificazione dell'ordine di esibizione documentazione emesso in data 18.04.2016;

         (b)   verbale di altre sommarie informazioni;

         (c)   verbale di acquisizione documentazione, comprensivo di n. 111 fogli progressivamente numerati;

---
[1] Nato a Milano il 26.12.1969 e residente in Roma, viale Tito Livio n. 131.



| | |
|---|---|
| **Guardia di Finanza**<br>**NUCLEO POLIZIA TRIBUTARIA ROMA**<br>III Gruppo Tutela Entrate - Sezione Altre Accise e Imposte sui Consumi<br>- Rogatoria internazionale n. 77/16 R.G. Rog. C.A. - | Pagina 4 di 4 |

(g) elenco dei proprietari e inquilini dello stabile sito in Tivoli (RM), via A. Scalpelli, 20;

(h) verbale di altre sommarie informazioni redatto nei confronti dell'amministratore *pro tempore* della società, CARREGA Leonardo Sergio[19];

(i) verbale di altre sommarie informazioni redatto nei confronti di ZIGNANI Gianluca[20];

(j) Bilancio al 31.12.2009 della SALES CONSULTING SRL;

(k) Bilancio finale di liquidazione al 27.05.2010 della SALES CONSULTING SRL UNIPERSONALE IN LIQUIDAZIONE.

2. Per l'Autorità Giudiziaria che legge per conoscenza, si consegna n. 1 *CD-ROM* contenente, in formato digitale "*pdf*", la documentazione indicata *sub 1*.

3. Si prega di restituire il duplo della presente in segno di ricevuta.

IL COMANDANTE DEL NUCLEO
(Col. t.ST Cosimo Di Gesù)

---

[19] Nato a Genova il 03.02.1952 e residente in Roma, via Iberia n. 19.
[20] Nato a Roma il 10.01.1967 e residente in Montorio Romano (RM), via del Monganello n. 20.24

MLAT_AU 00004922

|  | **Guardia di Finanza**<br>**NUCLEO POLIZIA TRIBUTARIA ROMA**<br>III Gruppo Tutela Entrate - Sezione Altre Accise e Imposte sui Consumi<br>- Rogatoria internazionale n. 77/16 R.G. Rog. C.A. - | Pagina 3 di 4 |
|---|---|---|

    (9) verbale di altre sommarie informazioni redatto nei confronti di Anna GUANCIOLI[13], responsabile della Funzione Amministrazione Finanza e Controllo.

c. **AUXILIUM TECH Srl** in fallimento (n. 469/2013), con sede legale in Roma, via Collatina n. 398, già esercente l'attività di *"produzione di software non connesso all'edizione"* (partita IVA 06205931006), hanno redatto:

    (1) annotazione di polizia giudiziaria nella quale sono richiamati i seguenti atti:

        (a) relata di notifica, verbale di acquisizione documentazione e verbale di altre sommarie informazioni, redatti nei confronti del curatore fallimentare, Avv. Marco ANTONELLI[14];

        (b) verbale di altre sommarie informazioni redatto nei confronti del rappresentante legale *pro tempore*, STRACQUALURSI Emanuela[15];

d. **R. & D. VENTURES Srl**, con sede legale in Roma, via Seneca n. 22, esercente l'attività delle *"holding impegnate nelle attività gestionali"* (partita IVA 1010661004), hanno redatto:

    (1) nei confronti del legale rappresentante della società, Afredo RICCIO[16]:

        (a) relata di notifica;

        (b) verbale di acquisizione documentazione;

        (c) verbale di altre sommarie informazioni;

e. **SALES CONSULTING – SRL UNIPERSONALE IN LIQUIDAZIONE**, con sede legale in Roma, viale Erminio Spalla n.53, esercente l'attività di *"servizi di consulenza commerciale e informatica alle imprese"* (partita IVA 10588361005), hanno redatto:

    (1) annotazione di polizia giudiziaria comprensiva dei seguenti atti:

        (a) fascicolo storico estratto in data 19/04/2016 dalla banca dati Infocamere/Telemaco;

        (b) estratto dell'interrogazione alla banca dati Anagrafe del Comune di Roma esperita nei confronti di RUBANO Saverio[17];

        (c) estratto dell'interrogazione alla banca dati Anagrafe del Comune di Tivoli esperita nei confronti di DE ANGELIS Renzo[18];

        (d) reperto fotografico dello stabile sito in Roma, Via E. Spalla n. 53;

        (e) reperto fotografico dell'apparato citofonico dello stabile sito in Tivoli (RM), via Silla Rosa De Angelis, 30;

        (f) reperto fotografico dell'apparato citofonico dello stabile sito in Tivoli (RM), via A. Scalpelli, 20;

---

[13] Nata a Varese il 18.11.1959 e residente in Roma, largo Dell'Olgiata n. 15.
[14] Nato a Roma il 26.04.1957 e ivi residente in via G. Mameli n. 40.
[15] Nata a Frosinone l'11.05.1968 e residente in Roma, via Francesco d'Ovidio n. 43.
[16] Nato ad Anzio (RM) il 15.10.1950 e residente in Roma, via dei Marescatti n. 7.
[17] Nato a Foggia il 23.02.1948 e deceduto in data 17.06.2012.
[18] Nato a Roma il 28.01.1947, già residente in Tivoli (RM) via S.R. De Angelis n. 30, cancellato, in data 25.06.2015,