# EXHIBIT 10

BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    Fax: (415) 436-7234
    Robert.Leach@usdoj.gov
    Adam.Reeves@usdoj.gov

Attorneys for United States of America

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date _____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRAND JURY INVESTIGATION NO. 2012R02242, | Case No. CR 14-90491 MISC EMC <br><br> **UNDER SEAL** <br><br> [PROPOSED] SECOND ORDER SUSPENDING THE RUNNING OF THE STATUTE OF LIMITATIONS UNDER 18 U.S.C. § 3292 |

    On January 29, 2016, upon an application of the United States dated January 29, 2016, indicating that evidence of offenses, namely 15 U.S.C. §§ 78j(b) & 78ff (securities fraud), 18 U.S.C. § 371 (conspiracy), 18 U.S.C. § 1341 (mail fraud), 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1348 (securities fraud), and 18 U.S.C. § 1349 (attempt and conspiracy), is in the Vatican City State and in Italy, the Court issued an Order Suspending the Running of the Statute of Limitations Under 18 U.S.C. § 3292 (the "January 29, 2016 Order"). The Court found, by a preponderance of the evidence, that an official request had been made to the Vatican City State for evidence of the foregoing offenses and it reasonably appeared that such evidence was in the Vatican City State. The Court also found, by a preponderance of the evidence, that an official request had been made to Italy for evidence of the foregoing offenses and it

[PROPOSED] SECOND ORDER SUSPENDING THE RUNNING OF THE STATUTE OF LIMITATIONS UNDER 18 U.S.C. § 3292,
CASE NO. CR-14-90491MISC EMC

USAO 00003606

reasonably appeared that such evidence was in Italy. The Court ordered that the running of the statute of limitations for the foregoing offenses is suspended beginning on August 10, 2015, the date on which the official request to the Vatican City State was made, and ending on the date on which the Vatican City State takes final action on the request. The Court further ordered that the running of the statute of limitations for the foregoing offenses is suspended beginning on December 23, 2015, the date on which the official request to Italy was made, and ending on the date on which Italy takes final action on the request.

On June 7, 2016, the United States submitted a second *Ex Parte* Application for an Order Suspending the Running of the Statute of Limitations Pursuant to 18 U.S.C. § 3292 (the "June 7, 2016 Application"), indicating that evidence of the foregoing offenses is in the United Kingdom. The Court, having considered the June 7, 2016 Application and the supporting declaration, hereby ORDERS as follows:

(1)   The June 7, 2016 Application is GRANTED.

(2)   The Court finds, by a preponderance of the evidence, that an official request has been made to the United Kingdom for evidence of the foregoing offenses and it reasonably appears that such evidence is in the United Kingdom.

(3)   The running of the statute of limitations for the foregoing offenses is SUSPENDED beginning on January 29, 2016, the date on which the official request to the United Kingdom was made, and ending on the date on which the United Kingdom takes final action on the request.

(4)   With respect to evidence requested from the Vatican City State, the Court's January 29, 2016 Order is continued and the running of the statute of limitations for the foregoing offenses is suspended beginning on August 10, 2015, the date on which the official request to the Vatican City State was made, and ending on the date on which the Vatican City State takes final action on the request.

(5)   With respect to evidence requested from Italy, the Court's January 29, 2016 Order is continued and the running of the statute of limitations for the foregoing offenses is suspended beginning on December 23, 2015, the date on which the official request to Italy was made, and ending on the date on which Italy takes final action on the request.

USAO 00003607

1 | It is further ordered that the Clerk of the Court shall seal this Order, as well as the United States' *Ex Parte* Application for an Order Suspending the Running of the Statute of Limitations and the Declaration of AUSA Robert S. Leach in support thereof, pending further order of the Court.

IT IS SO ORDERED.

Dated: 6/7, 2016

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge

USAO 00003608