# EXHIBIT 12


## Home Office

UK Central Authority
2nd Floor Peel
2 Marsham Street
London
SW1P 4DF

T +44 (0)20 7035 4040
F +44 (0)20 7035 6986

www.gov.uk/government/organisations/home-office

Michael Hatzimichalis
US Department of Justice –Criminal Division
US Embassy
33 Nine elms Lane
London
SW11 7US

UKCA Ref:    I1088700US

Your Ref:    182-53177

22 March 2019

Dear Michael

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)**

I write further to your letter of request dated 29 January 2016.

Please find enclosed disc of evidence from the SFO regarding banking evidence from HSBC.

Please note that this evidence may not be used for any purpose other than that specified in your letter of request. Should you wish to use this evidence for any purpose which was not outlined in the original request, you must seek the consent of the UK Central Authority in advance of the material being used for such other purpose.

Please note that as your request has now been fully executed, we have closed our file in relation to this matter.

If you require any further assistance from UK Central Authority in relation to this case, please send a supplementary letter of request, quoting the UK Central Authority reference number above.

I would be grateful if you would acknowledge receipt of this letter.
Yours faithfully,

*[signature]*

Deborah Hand
UK Central Authority
*On behalf of the Secretary of State*
D 0207 035 0691
E deborah.hand@homeoffice.gov.uk
W httpss://www.gov.uk/guidance/mutual-legal-assistance-mla-requests



2-4 Cockspur Street London SW1Y 5BS
Director: Lisa Osofsky

UKCA Received: 20 MAR 2019

**Private & Confidential**
Julia Swaheen
UKCA
International Criminality Unit
Home Office
Peel Building 2nd Floor
2 Marsham Street
London SW1P 4DF

Your Ref:  I 1088700US

Our Ref:  MLA/USA/96816

19 March 2019

Dear Julia,

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)**

I refer to the above letter of request dated 1 May 2016 referred to this Office under section 15 (2) of the Crime (International Co-operation) Act 2003 by the Secretary of State. I confirm that evidence has been obtained on behalf of the U.S. authorities.

I enclose the following material on encrypted disk to be transmitted to the U.S. authorities:

| Letter of Request reference | Evidence to be transmitted |
|---|---|
| Page 12-13 | Documents from HSBC Private Bank:<br>• Statements of account for Michael Lynch – a/c nos: 51513915 and 21570870<br>• Emails in respect of the transactions within the account<br>• Monthly valuation reports<br>• Position views<br>• Outward payment reports<br>• File notes<br>• Application form<br>• Certification form signed by a HSBC Private Bank representative |

Please note that the password to the encrypted disk will be given to you by email. If you have any queries regarding the above, please do not hesitate to contact me.