# **EXHIBIT 13**

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Stephen Chamberlain ("Chamberlain") and the United States of America, by and through its counsel, the United States Attorney's Office for the Northern District of California ("Office"). As further defined below, this Agreement shall be effective for the period September 19, 2016, through and including November 10, 2016.

1. Chamberlain, his counsel, and the Office acknowledge that it is their mutual intention for this Agreement to effect a waiver and tolling of any federal statute of limitations (including, but not limited to, 18 U.S.C. §§ 3282, 3293, and 3301) for any violation of federal law described herein.

2. This Agreement applies to any and all federal criminal offenses, and allegations thereof, arising from Chamberlain's activities for the period January 1, 2007, to the present, relating to Chamberlain's employment and service at Autonomy Corporation plc, Autonomy Systems Ltd., Hewlett-Packard Company, and/or any affiliate (collectively, the "Subject Activities").

3. Such violations of federal law may include, but are not limited to, violations of 18 U.S.C. §§ 2, 371, 981(a)(1)(C), 1005, 1341, 1343, 1348, 1349, 1510, 1956, and 1957; 15 U.S.C. §§ 78j(b), 78m(b)(2)(A), 78m(b)(2)(B), 78m(b)(5), and 78ff; 17 C.F.R. §§ 240.10b-5, 240.13b2-1, and 240.13b2-2; 26 U.S.C. §§ 7201 and 7202; and 28 U.S.C. § 2461.

4. The parties to this Agreement hereby agree and stipulate that the period beginning on September 19, 2016, and continuing until and including November 10, 2016, shall be excluded from any calculation of time for purposes of the application of any federal statute of limitations to any violation of federal law arising from the Subject Activities.

5. The parties to this Agreement further agree and stipulate that the running of any federal statute of limitations for any alleged violation of federal law arising from the Subject Activities shall be tolled beginning on September 19, 2016, and shall continue to be tolled until and including November 10, 2016.

6. The parties to this Agreement further agree and stipulate that the period beginning on September 19, 2016, and continuing until and including November 10, 2016, shall not be considered or assessed against the United States for purposes of any constitutional, statutory, or other challenge involving a claim of pre-indictment delay relating to any violation of federal law arising from the Subject Activities.

7. Chamberlain, having been advised by his counsel of the potential consequences of this Agreement to his rights under the Fifth and Sixth Amendments of the United States Constitution, the federal statute of limitations, and Rule 48(b) of the Federal Rules of Criminal

Procedure, expressly waives his right to raise any defense based on the failure of a federal grand jury or the United States to charge him with any violation of federal law arising from the Subject Activities, during the period beginning on September 19, 2016, and continuing until and including November 10, 2016.

8. It is understood by the parties to this Agreement that nothing in this Agreement revives any criminal charges for which the applicable statute of limitations ran prior to September 19, 2016.

9. Entering into this Agreement does not constitute an admission of wrongdoing by Chamberlain. It has been entered into for the sole purpose of furthering discussions and the exchange of information with the Office. This Agreement is inadmissible as evidence at any trial or sentencing of Chamberlain.

10. Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of the Office, or any other component of the United States Department of Justice, to bring criminal charges against Chamberlain for violation of any federal law described in herein or any other violation of any federal law arising from the Subject Activities, at any time.

READ AND AGREED TO:

ALEX TSE
Attorney for the United States,
Acting Under Authority Conferred By
28 U.S.C. § 515

_____     9/20/2016
ADAM A. REEVES                DATE
ROBERT S. LEACH
Assistant United States Attorneys

_____     Sep 20, 2016
GARY S. LINCENBERG            DATE
Counsel for Stephen Chamberlain

_____     20/9/2016.
STEPHEN CHAMBERLAIN           DATE