Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
  mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Stephen Keith Chamberlain

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>        Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**[Proposed] Order Granting Defendant Stephen Chamberlain's Motion to Dismiss Counts One through Fifteen and Seventeen Of the Superseding Indictment as Time-Barred and for Pre-Indictment Delay**<br><br>Hon. Charles R. Breyer |

This **CAUSE** having come before the Court upon Defendant Stephen Keith Chamberlain's Motion to Dismiss Counts One through Fifteen and Seventeen Of the Superseding Indictment as Time-Barred and for Pre-Indictment Delay. After due consideration of the filings, the governing law, and the argument of the parties, **IT IS HEREBY ORDERED** that Mr. Chamberlain's motion is **GRANTED**, and that Counts One through Fifteen and Count Seventeen of the Superseding Indictment are **DISMISSED**.

      **IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge