**To:** Welham, Lee (UK - Cambridge)[lwelham@deloitte.co.uk]; Knights, Richard (UK - Cambridge)[rknights@deloitte.co.uk]
**From:** Knight, Rob (UK - St Albans)
**Sent:** Fri 9/10/09 5:13:19 PM
**Subject:** FW: Q3 Autonomy Marketing Incentive

Helpful but not enough to substantiate a $25m marketing element in my view.

I have asked if EMC can quantify but I suspect this is all we will get.

Rob

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** 09 October 2009 17:46
**To:** Knight, Rob (UK - St Albans); Welham, Lee (UK - Cambridge)
**Subject:** FW: Q3 Autonomy Marketing Incentive

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

Confidential pursuant to Securities Exchange Act s.24(d).

Fax: 01223 448040

E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

**From:** Mike Sullivan [mailto:msullivan@autonomy.com]
**Sent:** 20 September 2009 17:29
**To:** Sushovan Hussain - Autonomy; Steve Chamberlain - Autonomy
**Subject:** Fw: Q3 Autonomy Marketing Incentive

----- Original Message -----
From: Scannell_Bill@emc.com <Scannell_Bill@emc.com>
To: Mike Sullivan
Sent: Fri Sep 18 16:29:10 2009
Subject: Re: Q3 Autonomy Marketing Incentive

Mike
This looks like a great program and we are excited to participate in it.
Best
Bill

_____

From: Mike Sullivan <msullivan@autonomy.com>
To: Scannell, Bill
Sent: Fri Sep 18 14:17:56 2009
Subject: Q3 Autonomy Marketing Incentive

Bill,

Per our recent discussions, and for the purposes of clarification, the following represents the details of Autonomy's Q3 marketing program for enterprise customers:

Confidential pursuant to Securities Exchange Act s.24(d).

DEL00049948

Exh 0250-0002

As you know, we have standardized on EMC storage for our own hosted offerings and we often recommend EMC products to our customers. The purpose of the program is to strengthen our relationship with enterprise customers in the NYC region by offering them EMC information management products at attractive pricing. We will focus primarily on existing Autonomy Enterprise customers in the financial sector, but other companies may be added as we mutually agree.

Under the program, Autonomy offers to purchase products from EMC at a price consisting of:

1) EMC's discounted price to Autonomy, which typically will represent a discount off list price but will be determined on a deal by deal basis.

2) Plus a marketing Incentive supplied to EMC to be determined on a deal by deal basis.

Autonomy will in-turn, sell EMC hardware to the end customers at discounted pricing. Of course, all deals to be governed by the separate legal agreements we have with EMC.

I would appreciate it if you could confirm your understanding of the program.

Thanks,

Mike Sullivan

617-721-6786

Confidential pursuant to Securities Exchange Act s.24(d).

DEL00049949

Exh 0250-0003