| | |
|---|---|
| **From:** | Knight, Rob (UK - St Albans) <robknight@deloitte.co.uk> |
| **To:** | Stephen Chamberlain <stephenc@autonomy.com>; Welham, Lee (UK - Cambridge) <lwelham@deloitte.co.uk> |
| **Cc:** | Sushovan Hussain <sushovanh@autonomy.com> |
| **Date:** | 12 Oct 2009 at 20:38 (UTC Z) |
| **Subject:** | RE: strategic appliance sales |

Steve/Sushovan,

Can we get anything from EMC quantifying the hardware amount?

Is there a set marketing programme or any further information available which can help us to quantify the marketing element – eg a joint marketing plan or similar?  Evidence which helps us understand the marketing side in some more depth would be very helpful.

Again on the appliance development, is there anything to further substantiate the amount of development you are funding as opposed to relying on this being a balancing figure.

Thanks

Rob

---

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** 12 October 2009 21:24
**To:** Knight, Rob (UK - St Albans); Welham, Lee (UK - Cambridge)
**Cc:** 'Sushovan Hussain'
**Subject:** FW: strategic appliance sales

See below from Sushovan.

I have provided an analysis of standard reseller rates as well as evidence from EMC regarding the fact that we are paying for hardware and marketing incentive. Below is further explanation of what we are getting for our marketing $'s. There is an argument that some of this is future development costs but we did not feel we met IAS38 definitions and so have expensed those balances.

**Steve Chamberlain**
**VP, Finance**
**Autonomy**

Cambridge Business Park
Cowley Road
Cambridge
CB4 0WZ

Direct tel: 01223 448017
Mobile tel: 07795 601794
Fax: 01223 448040

E-mail: stephenc@autonomy.com
Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged  information.  If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone.  Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies.  No reliance may be placed on this message without written confirmation from an authorised representative of the company.  Autonomy Systems Limited, Registered Office:  Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

---

**From:** Sushovan Hussain [mailto:sushovanh@autonomy.com]
**Sent:** 12 October 2009 21:20
**To:** 'Stephen Chamberlain'
**Subject:** strategic appliance sales

Steve,

Auditors already have our draft memo which explains the strategic supplier relationship we have established with the likes of Citi, jpmc, Morgan Stanley etc by selling both software and hardware for compliance application. In addition I have explained the nature of the relationship with the suppliers emc, hds and acs to the auditors. The driving force for the sales has come from our joint customers. The customer relationships are very hard to achieve and Autonomy has accepted that for its part paying for the marketing, sales and r&d effort of the h/w vendors is of major long term benefit. EMC and autonomy are developing an appliance for the future and we are engaged in negotiations with HDS for installing our software on their hardware for our data centres.

In terms of the accounting we have provided evidence of the reseller margin, so the remainder of the cost is accounted as sales, marketing and r&d – we have allocated to sales and marketing. The non reseller margin monies are being used to incentivise the emc, hds, acs salesforce, provide discounts to the customer, provide funds for the development of the appliances, to hold marketing programs (e.g. we attended a major EMC marketing event for JPMC last week which we would not have without the marketing dollars). We would strongly argue that a large proportion of the monies are being used for the development of the appliance which has significant future value but we have taken a very prudent view and have expensed the total amounts. The sales and marketing spend has resulted in new accounts being developed – for example more deals have been identified already.

Please let me know what additional information the auditors need but we are being prudent in our accounting. Add what you need that is relevant otherwise feel free to share this email with Rob and Lee.

Regards
Sushovan

**Proud to be the Official Professional Services Provider to the London 2012 Olympic and Paralympic Games**

**IMPORTANT NOTICE**

**This communication is from Deloitte LLP, a limited liability partnership registered in England and Wales with registered number OC303675. Its registered office is 2, New Street Square, London EC4A 3BZ, United Kingdom. Deloitte LLP is the United Kingdom member firm of Deloitte Touche Tohmatsu ('DTT'), a Swiss Verein, whose member firms are legally separate and independent entities.  Please see www.deloitte.co.uk/about for a detailed description of the legal structure of DTT and its member firms.**

**This communication contains information which is confidential and may also be privileged.   It is for the exclusive use of the intended recipient(s).  If you are not the intended recipient(s), please (1) notify IT.SECURITY.UK@deloitte.co.uk by forwarding this email and delete all copies from your system and (2) note that disclosure, distribution, copying or use of this communication is strictly prohibited.  Email communications cannot be guaranteed to be secure or free from error or viruses.**

**To the extent permitted by law, Deloitte LLP does not accept any liability for use of or reliance on the contents of this email by any person save by the intended recipient(s) to the extent agreed in a Deloitte LLP engagement contract.**

**Opinions, conclusions and other information in this email which have not been delivered by way of the business of Deloitte LLP are neither given nor endorsed by it.**