**To:** Sushovan Hussain[sushovanh@autonomy.com]; Stephen Chamberlain[stephenc@autonomy.com]
**Cc:** Welham, Lee (UK - Cambridge)[lwelham@deloitte.co.uk]; Knights, Richard (UK - Cambridge)[rknights@deloitte.co.uk]
**From:** Knight, Rob (UK - St Albans)
**Sent:** Fri 1/8/2010 5:41:03 AM
**Importance:** Normal
**Subject:** Microlink/Microtech
LDR.gif
Microlink.doc

Sushovan/Steve,

Given the proximity of the purchase of Microlink post year end, we need to ensure that we have performed sufficient work to understand the nature of the recent transactions with them and importantly the recoverability of the amounts which Microlink are due from their end users.

Given the significant sales to Mictotech in the final quarter, we also have some further questions on these sales.

I attach a list of info/questions which it would be helpful to discuss.

Steve – I will call you shortly.

Rob <<Microlink.doc>>

**Rob Knight**
Director
Deloitte LLP
3 Victoria Square, Victoria Street, St Albans, AL1 3TF, United Kingdom

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00021173
Exh 0531-0001

Tel: +44 (0)1727 885 044 | Mob: +44 (0)7810 056 888
robknight@deloitte.co.uk | www.deloitte.co.uk

Please consider the environment before printing.

http://www.deloitte.co.uk/london2012

**Important notice**

This communication is from Deloitte LLP, a limited liability partnership registered in England and Wales with registered number OC303675. Its registered office is 2, New Street Square, London EC4A 3BZ, United Kingdom. Deloitte LLP is the United Kingdom member firm of Deloitte Touche Tohmatsu ('DTT'), a Swiss Verein, whose member firms are legally separate and independent entities. Please see www.deloitte.co.uk/about for a detailed description of the legal structure of DTT and its member firms.

This communication contains information which is confidential and may also be privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please (1) notify it.security.uk@deloitte.co.uk by forwarding this email and delete all copies from your system and (2) note that disclosure, distribution, copying or use of this communication is strictly prohibited. Email communications cannot be guaranteed to be secure or free from error or viruses.

To the extent permitted by law, Deloitte LLP does not accept any liability for use of or reliance on the contents of this email by any person save by the intended recipient(s) to the extent agreed in a Deloitte LLP engagement contract.

Opinions, conclusions and other information in this email which have not been delivered by way of the business of Deloitte LLP are neither given nor endorsed by it.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-00021175
Exh 0531-0003

| | | |
|---|---|---|
| 1. | Please confirm the nature of the links between Microlink ,Microtech and Discover Technologies?  We understand that the "Truitt" family have involvement in these companies.<br><br>Does Dan Truitt still work for Autonomy US? | |
| 2. | Understand Microtech | 2. |
| | (1) What is their trading history with Autonomy?  Please provide a summary of the recent transactions | |
| | (2)What is the size scale and nature of Microtech.  What insight do you have into how they have financed this $10m.. | |
| 3. | Discover tech -> as above. | 3. |
| 4. | Please provide a summary of transactions with Microlink for 2009. | 4. |
| |         Purchase                                         Sales<br><br>        Include software purchases | |
| 5. | We need a status update on all significant projects undertaken by Microlink as a reseller of Autonomy for Q2, Q3 and Q4.<br><br>We need to gain an understanding of the status of these projects in order to assess future recoverability from the end user on all of these projects.  Can we ask if we can get access to management of Autonomy Microlink to discuss these projects. | |
| 6. | Confirmation of details of sale -> Obtain signed SPA from Andy Kanter. | 6. |
| 7. | Obtain understanding of the level of diligence performed. | 7. |
| 8. | Obtain financial statements of Autonomy Microlink.  Presumably we now have access to finance team and ledgers. | 8. |
| 9. | Obtain Board papers and Board approval for the acquisition of Autonomy Microlink. | 9. |
| 10. | We understand that the rationale for the acquisition included an important element associated with the security clearance which Microlink have with the US DOD.  We also understand that Autonomy Interwoven previously had this clearance but that it was revoked.  Please obtain evidence of this revocation and the existence of the DOD clearance for Autonomy MIcrolink. | 10. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00021177
Exh 0531-0004

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                                                                                                    **HP-SEC-00021178**
Exh 0531-0005



**FOIA CONFIDENTIAL TREATMENT REQUESTED**