| | |
|---|---|
| **From** | Knight, Rob (UK - St Albans) |
| **To** | Murray, Tom (UK - Cambridge) <tmurray@deloitte.co.uk>; Welham, Lee (UK - Cambridge) <lwelham@deloitte.co.uk> |
| **Date** | 08 Jan 2010 at 17:17 |
| **Subject** | (No subject) |

A couple of useful links here.

I do note that these companies are in the same building but I don't necessarily think this is a problem.

Rob

http://www.microlinkllc.com/Documents/MicroLink%20Corporate%20Overview-Website.pdf

http://www.linkedin.com/companies/microlink-llc

http://www.linkedin.com/companies/248309

Microlink

8330 Boone Blvd 3rd Floor
Vienna, VA 22182
United States
Phone: 703-556-7740
Fax: 703-556-5495

Microtech

8330 Boone Blvd Suite 600
Vienna, VA 22182
United States
Phone: 703-891-1073

**Rob Knight**

Director
Deloitte LLP
3 Victoria Square, Victoria Street, St Albans, AL1 3TF, United Kingdom
Tel: +44 (0)1727 885 044 | Mob: +44 (0)7810 056 888
robknight@deloitte.co.uk | www.deloitte.co.uk
Please consider the environment before printing.