| | |
|---|---|
| **From:** | "Murray, Tom (UK - Cambridge)" <tmurray@deloitte.co.uk> |
| **To:** | Knight, Rob (UK - St Albans) <robknight@deloitte.co.uk> |
| **Date:** | 12 Jan 2010 at 10:36 (UTC Z) |
| **Subject:** | RE: |

I meant that no signature was standard procedure for Microlink PO's in case you were commenting on that.

Steve signed the PO amendment to the original VAR agreement dated 29 June 2006. So Microtech have been a VAR for a while, so not all contractual relationships were entered into on 31 December 2009.

From an internal point of view at Microtech they may need to get the CEO's signature on the PO request form (similar to how Autonomy get approval from Sush and Mike etc but then a standard Autonomy PO document is sent to the supplier) but we have not seen evidence of this as it is most likely an internal Microtech document.

All Microtech deals done this quarter have been initiated/signed in the same way (i.e. by Steve).

Based on the financial information on Microtech (through MINT) and the numerous awards it has won – I would say that it is a larger organisation than Microlink.

Possible resemblance between Steve and Dave – although I would have to say that Steve must use hair dye if they are from the same gene pool. Do we know what position Dan Truitt is at Autonomy?

**Thomas Murray**
Assistant Manager | Audit
Deloitte LLP
City House, 126-130 Hills Road, Cambridge, CB2 1RY

Tel/Direct: +44 (0)1223 259 430 | Mob: +44 (0)7824 418 232 | Fax: +44 (0)1223 259 406
tmurray@deloitte.co.uk | www.deloitte.co.uk

Please consider the environment before printing.

---

**From:** Knight, Rob (UK - St Albans)
**Sent:** 12 January 2010 10:21
**To:** Murray, Tom (UK - Cambridge)
**Subject:** RE:

Do you mean Microtek?

How do we know it is standard procedure. Steve is the COO but I would expect that we would need more than one approval for a purchase of $10m. Is there any other evidence of additional people being involved?

<< OLE Object: Picture (Device Independent Bitmap) >>

**Link seems to suggest a £10m purchase is very large at 25% of last reported revenues (cash balance<1mUSD)** https://mintglobal.bvdep.com/version-201018/Report.Build.serv?seqnr=11&context=EKHW1L&_cid=174

David Truitt is the CEO of Microlink. We know that he is the brother of Dan Truitt of Autonomy.

<< OLE Object: Picture (Device Independent Bitmap) >>

https://mintglobal.bvdep.com/version-201018/Report.Build.serv?seqnr=1&context=5VTGAA&_cid=62

_____
**From:** Murray, Tom (UK - Cambridge)
**Sent:** 12 January 2010 09:57
**To:** Knight, Rob (UK - St Albans)
**Subject:** RE:


That is standard procedure for Microlink PO's.

Not sure we have been able to establish any connection between Dave and Steve Truitt have we? Other than both companies are in the same building.

Dan Truitt still works at Autonomy, but again, not sure we have evidenced a connection.

**Thomas Murray**
Assistant Manager | Audit
Deloitte LLP
City House, 126-130 Hills Road, Cambridge, CB2 1RY

Tel/Direct: +44 (0)1223 259 430 | Mob: +44 (0)7824 418 232 | Fax: +44 (0)1223 259 406
tmurray@deloitte.co.uk | www.deloitte.co.uk

Please consider the environment before printing.


_____
**From:** Knight, Rob (UK - St Albans)
**Sent:** 12 January 2010 09:54
**To:** Murray, Tom (UK - Cambridge)
**Subject:** RE:


oh

_____
**From:** Murray, Tom (UK - Cambridge)
**Sent:** 12 January 2010 09:50
**To:** Knight, Rob (UK - St Albans)
**Subject:** RE:


Steve Truitt.

Can't tell you who signed the Microlink deal because they send through a standard PO with no signature point.

Tom

**Thomas Murray**
Assistant Manager | Audit
Deloitte LLP
City House, 126-130 Hills Road, Cambridge, CB2 1RY

Tel/Direct: +44 (0)1223 259 430 | Mob: +44 (0)7824 418 232 | Fax: +44 (0)1223 259 406
tmurray@deloitte.co.uk | www.deloitte.co.uk

Please consider the environment before printing.

_____
**From:** Knight, Rob (UK - St Albans)
**Sent:** 12 January 2010 09:46
**To:** Murray, Tom (UK - Cambridge)
**Subject:**


Can you please let me know who signed the microtek revenue contract for Microtek.


R


**Rob Knight**
Director
Deloitte LLP
3 Victoria Square, Victoria Street, St Albans, AL1 3TF, United Kingdom
Tel: +44 (0)1727 885 044 | Mob: +44 (0)7810 056 888
robknight@deloitte.co.uk | www.deloitte.co.uk

Please consider the environment before printing.