Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
  mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | **[Proposed] Order Granting Stephan Chamberlain's Motion to Compel the Government to Secure the Trial Attendance of Rob Knight** |
| vs. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | |
| Defendants. | Hon. Charles R. Breyer |

This **CAUSE** having come before the Court upon Defendant Stephan Keith Chamberlain's Motion to Compel the Government to Secure the Trial Attendance of Rob Knight. After due consideration of the filings, the governing law, and the argument of the parties, **IT IS HEREBY ORDERED** that Mr. Chamberlain's motion is **GRANTED**. The Government is hereby **ORDERED** to enforce its cooperation agreement with Deloitte and compel the trial attendance of Rob Knight as a potential defense witness.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge