1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States,
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4
   ROBERT S. LEACH (CABN 196191)
5  ADAM A. REEVES (NYBN 2363877)
   KRISTINA GREEN (NYBN 5226204)
6  Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7014
        Fax: (415) 436-7234
9       Email: Robert.Leach@usdoj.gov
               Adam.Reeves@usdoj.gov
10              Kristina.Green@usdoj.gov

11 Attorneys for United States of America

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15 UNITED STATES OF AMERICA,          )  Case No. 18-CR-577 CRB
                                      )
16     Plaintiff,                     )  SEPTEMBER 29, 2023 DECLARATION OF AUSA
                                      )  ROBERT S. LEACH IN SUPPORT OF UNITED
17     v.                             )  STATES' MOTION FOR FOREIGN DEPOSITIONS
                                      )  UNDER RULE 15 OF THE FEDERAL RULES OF
18 MICHAEL RICHARD LYNCH, and         )  CRIMINAL PROCEDURE
   STEPHEN KEITH CHAMBERLAIN,         )
19                                    )  Date:  November 1, 2023
       Defendants.                    )  Time:  1:30 p.m.
20                                    )  Court: Hon. Charles R. Breyer
                                      )         Courtroom 6, 17th Floor
21 _____  )

22
           I, Robert S. Leach, declare as follows:
23
           1.      I am an Assistant United States Attorney representing the United States of America, the
24
           plaintiff in this case.
25
           2.      I understand Marc Geall is represented by Swanson & McNamara LLP.  To date, counsel
26
           for Mr. Geall has not agreed to accept service of a subpoena.  From my discussions with
27

28
   DECL. RE U.S.' MOT. FOR RULE 15 DEPOSITIONS
   18-CR-577 CRB                                1

1   counsel, I understand Mr. Geall resides in or near London and would not contest being

2   deposed in London.

3   3.   Attached as Exhibit A is a true and correct copy of Trial Exhibit 766 from the case

4   *United States v. Sushovan Hussain*, CR 16-462-CRB.

5   4.   The government attempted to make contact with David Toms through his prior counsel

6   in the *Hussain* case.  We recently were advised to contact Mr. Toms at his new employer.

7   Based on communication with his new employer and Mr. Toms, the government

8   understands Mr. Toms is in the process of possibly retaining new counsel.  Mr. Toms has

9   yet to indicate whether he will agree to accept service of a subpoena.

10   5.   Attached as Exhibit B is a true and correct copy of a witness statement by Fernando

11   Lucini dated September 14, 2018, in a parallel civil case in the United Kingdom against

12   Dr. Lynch raising similar allegations.

13   6.   Attached as Exhibit C is a true and correct copy of a witness statement by Fernando

14   Lucini dated November 16, 2018, in a parallel civil case in the United Kingdom against

15   Dr. Lynch raising similar allegations.

16   7.   Attached as Exhibit D is a true and correct copy of a witness statement by Fernando

17   Lucini dated February 8, 2019, in a parallel civil case in the United Kingdom against Dr.

18   Lynch raising similar allegations.

19   8.   Lucini is represented by Swanson & McNamara LLP.  To date, counsel for Lucini has

20   not agreed to accept service of a subpoena.  The government understands Lucini resides

21   in or near Cambridge.

22   9.   Attached as Exhibit E is a true and correct copy of a witness statement by Christopher

23   Goodfellow dated September 14, 2018, in a parallel civil case in the United Kingdom

24   against Dr. Lynch raising similar allegations.

25   10.   Attached as Exhibit F is a true and correct copy of a witness statement by Christopher

26   Goodfellow dated November 17, 2018, in a parallel civil case in the United Kingdom

27   against Dr. Lynch raising similar allegations.

28

DECL. RE U.S.' MOT. FOR RULE 15 DEPOSITIONS
18-CR-577 CRB                                          2

11. Attached as Exhibit G is a true and correct copy of a witness statement by Christopher Goodfellow dated February 10, 2019, in a parallel civil case in the United Kingdom against Dr. Lynch raising similar allegations.

12. The government understands Goodfellow is represented by Swanson & McNamara LLP. To date, counsel for Goodfellow has not agreed to accept service of a subpoena. The government understands he resides in the United Kingdom.

13. The government understands Blanchflower is represented by Swanson & McNamara LLP. To date, counsel for Blanchflower has not agreed to accept service of a subpoena. The government understands Blanchflower resides in or near Cambridge and would not contest being deposed in London.

14. Attached as Exhibit H is a true and correct copy of an FBI memorandum of interview of Ian Black dated January 25, 2019

15. The government understands Black is represented by Swanson & McNamara LLP. To date, Black's counsel has not agreed to accept service of a subpoena. The government understands Black resides in or near London and would not contest being deposed in London.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September 2023 in the Northern District of California.

/s/ Robert S. Leach
ROBERT S, LEACH
Assistant United States Attorney