Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
    mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>  Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**Declaration of Gary S. Lincenberg in Opposition to United States' Motion for Foreign Depositions under Rule 15**<br><br>Date:   November 1, 2023<br>Time:   1:30 p.m.<br>Place:  Courtroom 6<br><br>Assigned to Hon. Charles R. Breyer |

**DECLARATION OF GARY S. LINCENBERG**

I, Gary S. Lincenberg, declare as follows:

1.	I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow PC, attorneys of record for Defendant Stephen Keith Chamberlain in this action. I make this Declaration in opposition to the United States' Motion for Foreign Depositions under Rule 15 of the Federal Rules of Criminal Procedure. Except for those matters stated on information and belief, I make this Declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.	Through my review of discovery, transcripts of the *Hussain* trial, and transcripts of the parallel U.K. civil trial, I have seen documents and testimony that Mr. Chamberlain sat in Autonomy's Cambridge offices. I have seen no documents or testimony suggesting that Mr. Chamberlain had much interaction with Marc Geall.

3.	Attached as **Exhibit 1** is a true and correct copy of an excerpt of Marc Geall's testimony during the *United States v. Hussain* proceeding.

4.	Attached as **Exhibit 2** is a true and correct copy of an excerpt of an Autonomy cash flow report, which was produced by the Government in discovery using the Bates identifier HP-SEC-00006892.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on October 13, 2023, at Los Angeles, California.

                                                       /s/*Gary S. Lincenberg*
                                                      Gary S. Lincenberg