# EXHIBIT 2

**Cash Receipts Autonomy**

|  |  |
|---|---:|
|  | $ 14,668,521.34 |
|  | $  5,817,142.95 |
|  | $ 11,214,798.90 |

Fiscal Year: 2009
Period: JULY-SEPT

| Entity | Date | Customer | Currency | Amount ($) |
|---|---|---|---|---:|
| Autonomy | 7/1/2009 | HRSDC | USD | $ 2,065.00 |
| Autonomy | 7/1/2009 | DIMTPS | USD | $ 2,475.00 |
| Autonomy | 7/1/2009 | Training Canada Inc. | USD | $ 2,950.00 |
| Autonomy | 7/2/2009 | Catherine Sullivan | USD | $ - |
| Autonomy | 7/6/2009 | Guilford County | USD | $ 70,000.00 |
| Autonomy | 7/6/2009 | Inovis USA | USD | $ 15,000.00 |
| Autonomy | 7/6/2009 | Guardian Life Insurance | USD | $ 11,864.90 |
| Autonomy | 7/6/2009 | Time Warner | USD | $ 16,200.00 |
| Autonomy | 7/6/2009 | Canada Revenue | USD | $ 5,900.00 |
| Autonomy | 7/7/2009 | Ashland Inc | USD | $ 11,730.02 |
| Autonomy | 7/8/2009 | Cisco | USD | $ 39,200.00 |
| Autonomy | 7/8/2009 | HBO | USD | $ 69,089.06 |
| Autonomy | 7/8/2009 | The Vanguard Group | USD | $ 186,689.32 |
| Autonomy | 7/8/2009 | Allotech | USD | $ 19,005.00 |
| Autonomy | 7/8/2009 | HBO | USD | $ 20,527.68 |
| Autonomy | 7/8/2009 | Citigroup | USD | $ 8,700.00 |
| Autonomy | 7/8/2009 | HRSDC | USD | $ 2,065.00 |
| Autonomy | 7/8/2009 | Blinkx | USD | $ 19,686.03 |
| Autonomy | 7/8/2009 | HRSDC | USD | $ -2,065.00 |
| Autonomy | 7/8/2009 | HRSDC | USD | $ 2,950.00 |
| Autonomy | 7/9/2009 | Open Text | USD | $ 3,817.05 |
| Autonomy | 7/9/2009 | DIMTPS | USD | $ 1,773.28 |
| Autonomy | 7/9/2009 | American Institute of Physics | USD | $ 46,425.00 |
| Autonomy | 7/9/2009 | Softchoice Corp | USD | $ 3,374.25 |
| Autonomy | 7/9/2009 | Intergreated | USD | $ 168,823.53 |
| Autonomy | 7/10/2009 | Watson Wyatt | USD | $ 2,950.00 |
| Autonomy | 7/10/2009 | CGI | USD | $ 3,000.00 |
| Autonomy | 7/10/2009 | Landmark Graphics Corp | USD | $ 30,000.00 |
| Autonomy | 7/10/2009 | Candence Design Systems Inc | USD | $ 2,950.00 |
| Autonomy | 7/13/2009 | Cap Gemini America | USD | $ 61,260.00 |
| Autonomy | 7/13/2009 | Home Box Office | USD | $ 15,692.73 |
| Autonomy | 7/13/2009 | Chevron Products Company | USD | $ 2,000.00 |
| Autonomy | 7/13/2009 | RCMP | USD | $ 182,448.08 |
| Autonomy | 7/13/2009 | Parks Canada National Office | USD | $ 1,510.40 |
| Autonomy | 7/13/2009 | Riverside Health System | USD | $ 1,500.00 |
| Autonomy | 7/13/2009 | Software House Int | USD | $ 1,142.75 |
| Autonomy | 7/13/2009 | Talent Technology Corp | USD | $ 10,000.00 |
| Autonomy | 7/13/2009 | Aerojet Corp | USD | $ 300.00 |
| Autonomy | 7/13/2009 | Bayer Corp | USD | $ 577,800.00 |
| Autonomy | 7/13/2009 | The Commonwealth of Massachus | USD | $ - |
| Autonomy | 7/14/2009 | Ameriprise Financial Services | USD | $ 19,800.00 |
| Autonomy | 7/14/2009 | The Nielsen Company | USD | $ 2,047.92 |
| Autonomy | 7/14/2009 | Federal Government of Canada | USD | $ 1,773.28 |
| Autonomy | 7/14/2009 | AT&T Wireless | USD | $ 33,411.00 |
| Autonomy | 7/14/2009 | Supra Servicios | USD | $ 25,009.06 |
| Autonomy | 7/14/2009 | AAA | USD | $ 37,776.50 |
| Autonomy | 7/14/2009 | Saic | USD | $ 12,744.00 |
| Autonomy | 7/14/2009 | Federal Government of Canada | USD | $ 25,380.00 |
| Autonomy | 7/14/2009 | Federal Government of Canada | USD | $ 3,600.00 |
| Autonomy | 7/14/2009 | Vita Administration Company | USD | $ - |
| Autonomy | 7/15/2009 | EMC | USD | $ 76,875.00 |
| Autonomy | 7/16/2009 | AAA Northern CA | USD | $ 555.00 |
| Autonomy | 7/16/2009 | Deloitte Touche Tohmatsu | USD | $ 42,315.00 |
| Autonomy | 7/16/2009 | Safend | USD | $ 22,100.00 |
| Autonomy | 7/16/2009 | Zinio | USD | $ 48,750.00 |
| Autonomy | 7/16/2009 | Raytheon | USD | $ 20,000.00 |
| Autonomy | 7/17/2009 | Genesys Telecom | USD | $ 23,065.94 |
| Autonomy | 7/17/2009 | MedPlus | USD | $ 27,527.50 |
| Autonomy | 7/20/2009 | Factor Integracion | USD | $ 50,500.00 |
| Autonomy | 7/20/2009 | Canada Revenue | USD | $ -2,950.00 |
| Autonomy | 7/20/2009 | Haynes & Boone | USD | $ 730.69 |
| Autonomy | 7/20/2009 | Greater Cincinnati Behavioral | USD | $ 3,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| Autonomy | 7/20/2009 | DTI Integrated Business Solutions | USD | $ | 8,710.00 |
| Autonomy | 7/20/2009 | Alcatel-Lucent France | USD | $ | 11,475.00 |
| Autonomy | 7/21/2009 | HBO | USD | $ | 7,800.00 |
| Autonomy | 7/21/2009 | Procter & Gamble | USD | $ | 22,080.00 |
| Autonomy | 7/21/2009 | Bearingpoint, Inc | USD | $ | 10,823.92 |
| Autonomy | 7/21/2009 | Verizon Wireless | USD | $ | - |
| Autonomy | 7/21/2009 | Safeway | USD | $ | 32,889.15 |
| Autonomy | 7/22/2009 | Office Information | USD | $ | - |
| Autonomy | 7/22/2009 | AT&T Wireless | USD | $ | 5,775.00 |
| Autonomy | 7/22/2009 | Open Text | USD | $ | 939.89 |
| Autonomy | 7/22/2009 | Entergy Service | USD | $ | 31,140.00 |
| Autonomy | 7/23/2009 | The Hartford Life | USD | $ | - |
| Autonomy | 7/23/2009 | Michael McCarthy | USD | | |
| Autonomy | 7/24/2009 | RCMP-CIO | USD | $ | 2,950.00 |
| Autonomy | 7/24/2009 | Turner Broadcasting | USD | $ | 5,900.00 |
| Autonomy | 7/24/2009 | Software House Int | USD | $ | 3,105.00 |
| Autonomy | 7/24/2009 | Webroot Software | USD | $ | 12,000.00 |
| Autonomy | 7/24/2009 | ImageSource | USD | $ | 500.00 |
| Autonomy | 7/24/2009 | Vericept | USD | $ | 25,000.00 |
| Autonomy | 7/27/2009 | RCMP-CIO | USD | $ | 2,950.00 |
| Autonomy | 7/27/2009 | ACP Solutions | USD | $ | - |
| Autonomy | 7/27/2009 | Cisco | USD | $ | 500,000.00 |
| Autonomy | 7/27/2009 | Techsmith Corp | USD | $ | 550,000.00 |
| Autonomy | 7/27/2009 | MN State Colleges & Universities | USD | $ | 900.00 |
| Autonomy | 7/27/2009 | NYC Admin of Children Services | USD | $ | 14,330.08 |
| Autonomy | 7/27/2009 | Battelle | USD | $ | 173,259.00 |
| Autonomy | 7/28/2009 | Huron Consulting | USD | $ | 55,000.00 |
| Autonomy | 7/28/2009 | Boeing Shared Services Group | USD | $ | 14,080.00 |
| Autonomy | 7/28/2009 | Heritage Film | USD | $ | 7,500.00 |
| Autonomy | 7/28/2009 | Lockheed Martin | USD | $ | 1,343,160.00 |
| Autonomy | 7/28/2009 | General Mills | USD | $ | 19,125.00 |
| Autonomy | 7/28/2009 | Symantec | USD | $ | 632,500.00 |
| E-Talk | 7/28/2009 | HyperQuality | USD | $ | 3,131.47 |
| Autonomy | 7/30/2009 | Micro Stategies | USD | $ | 2,065.00 |
| Autonomy | 7/30/2009 | Webster Solutions | USD | $ | 2,065.00 |
| Autonomy | 7/30/2009 | Enterprise Systems | USD | $ | 2,065.00 |
| Autonomy | 7/30/2009 | Procomp Software Consultant | USD | $ | 7,500.00 |
| Autonomy | 7/30/2009 | Video Monitoring Services | USD | $ | 9,000,000.00 |
| Autonomy | 7/31/2009 | Bloomerberg | USD | $ | 3,800.00 |
| Autonomy | 7/31/2009 | Micro Stategies | USD | $ | 170.36 |
| Autonomy | 7/31/2009 | NYSE | USD | $ | 58,522.50 |
| Autonomy | 8/3/2009 | Comerica Bank | USD | $ | - |
| Autonomy | 8/3/2009 | Alcatel-Lucent France | USD | $ | -287.02 |
| Autonomy | 8/3/2009 | First American Corporation | USD | $ | 322,000.00 |
| Autonomy | 8/3/2009 | RW Baird | USD | $ | 67,146.42 |
| Autonomy | 8/3/2009 | Ontario College of Pharmacists | USD | $ | 24,017.83 |
| Autonomy | 8/3/2009 | Talent Technology Corp | USD | $ | 10,000.00 |
| Autonomy | 8/3/2009 | Woodcraft Rangers | USD | $ | 4,500.00 |
| Autonomy | 8/3/2009 | Johnson Controls | USD | $ | 6,400.00 |
| Autonomy | 8/3/2009 | Sendmail | USD | $ | 16,500.00 |
| Autonomy | 8/3/2009 | Hyland Software | USD | $ | 58,300.00 |
| Autonomy | 8/3/2009 | MedPlus | USD | $ | 110,000.00 |
| Autonomy | 8/3/2009 | Greater Cincinnati Behavioral | USD | $ | 1,250.00 |
| Autonomy | 8/3/2009 | Merrill Lynch, Pierce, Fenner | USD | $ | 16,800.00 |
| Autonomy | 8/3/2009 | Digital Information Management | USD | $ | 8,400.00 |
| Autonomy | 8/3/2009 | AAA | USD | $ | 7,523.48 |
| Autonomy | 8/3/2009 | Citigroup | USD | $ | 11,000.00 |
| Autonomy | 8/4/2009 | SRI Consulting | USD | $ | 990.00 |
| Autonomy | 8/4/2009 | SUCE Consultores | USD | $ | 27,000.00 |
| Autonomy | 8/4/2009 | AT&T | USD | $ | 8,600.00 |
| Autonomy | 8/6/2009 | Premier Inc | USD | $ | 4,730.00 |
| Autonomy | 8/7/2009 | NCIS | USD | $ | 2,950.00 |
| Autonomy | 8/10/2009 | The Van der Roest Group | USD | | |
| Autonomy | 8/10/2009 | Turner Broadcasting | USD | $ | 61,000.00 |
| Autonomy | 8/10/2009 | Open Text | USD | $ | 1,729.80 |
| Autonomy | 8/10/2009 | Federal Government of Canada | USD | | |
| Autonomy | 8/10/2009 | Glaxo SmithKline | USD | $ | 53,813.00 |
| Autonomy | 8/10/2009 | Reed Construction Data | USD | $ | 67,987.50 |
| Autonomy | 8/10/2009 | Texas Assn of School Boardss | USD | $ | 5,000.00 |
| Autonomy | 8/10/2009 | Comcast Cable | USD | $ | 25,500.00 |