# EXHIBIT 7

| | |
|---|---|
| **From:** | Lopez, Jonathan E. <jonathan.lopez@orrick.com> |
| **Sent:** | Monday, May 9, 2016 10:34 AM |
| **To:** | Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Leach, Robert (USACAN) <RLeach@usa.doj.gov> |
| **Cc:** | Willis, Simon <swillis@orrick.com>; Bond, Carrie <cbond@orrick.com> |
| **Subject:** | EY/Orrick Meeting on Weds |
| **Attach:** | EY UK Autonomy Report ending 10.2011.pdf |

Hi Adam,

Looking forward to our meeting on Wednesday at 3pm.  Please come to Orrick's offices at: **107 Cheapside, London EC2V 6DN**.  Come to the 9th floor reception and ask for either me, Simon Willis, or Carrie Bond.

Can you please shoot us back an email letting us know the names of the people you expect to be coming on your end?

Also, in case you do not have this already, attached is the final report EY issued for Autonomy Systems Limited for the 10 months ended October 31, 2011.

Shoot me an email or give me a call on my cell  if you have any questions or issues.  See you soon.
Jonathan

ORRICK

JONATHAN E. LOPEZ
*Partner*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Orrick Building at Columbia Center
1152 15th Street NW
Washington, DC 20005-1706

tel 202 339 8456
fax +1-202-339-8500
Jonathan.Lopez@orrick.com
bio • vcard

www.orrick.com

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.