# EXHIBIT 12



U.S. Department of Justice

Criminal Division
Office of International Affairs

VAA:KJH:JEC:EEM:jmf
DOJ No. 182-53177

Office of International Affairs
1301 New York Avenue, N.W., Suite 800
Washington, D.C. 20005

Direct:  (202) 305-1643
Fax:     (202) 514-0080
Email:   Erin.Mikita@usdoj.gov

November 23, 2016

VIA FEDERAL EXPRESS

Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

Re: Request for Assistance in the Investigation of Autonomy Corporation

Dear AUSA Leach:

Enclosed are materials provided by the authorities of the United Kingdom in response to your request for assistance January 29, 2016. The documents consist of a compact disc with business records and certifications from Capita Registers Limited. This is a replacement disc for the previous disc sent. The password has been sent via email. UK authorities indicate they view this request to be in full execution. This letter outlines the appropriate use of these materials and your responsibilities as the requesting authority.

I. **Authorized Uses of Materials**

The enclosed materials may be used in the investigation and prosecution of those persons and offenses for which assistance has been requested and granted. Should you anticipate the need to use the materials for any other purpose (i.e., a use not stated in the request for assistance and/or not approved in the grant of assistance), please consult this office to ascertain whether authorization or approval can be secured.

II. **Obligations of Requesting Authority**

    A. **Review Materials Promptly**

Unless stated otherwise, the foreign authorities generally conclude that no further assistance is needed and close their files shortly after transmittal of requested material. For that reason, please examine the enclosed materials immediately and notify the undersigned whether:

1. this request is satisfactorily executed and no further assistance is needed; or

2. this request is only partially executed, identifying which materials remain outstanding; or

3. this request should be expanded to include additional assistance not previously requested, providing a description and justification.

B. <u>Evaluate Usefulness of Assistance</u>

Once you have used the materials, please provide an acknowledgment and an assessment of the value of the assistance provided in a letter for this office to forward to the foreign authorities. The prosecutor's acknowledgment that the materials provided were received and whether they were useful in criminal proceedings help to ensure prompt cooperation with subsequent requests. In fact, reporting of the disposition of cases for which foreign assistance has been provided is obligatory under many treaties.

C. <u>Notification of Status of Forfeiture Proceedings</u>

If you have received information through this request that is used in furtherance of a forfeiture, the repatriation of funds, or a settlement involving assets otherwise subject to forfeiture, please keep this office apprised of the progress of these proceedings. <u>Immediately inform this office should assets be forfeited or returned to the United States</u> so that we may notify the foreign government.

D. <u>Return Original Documents</u>

If you have received original documents, records or articles of evidence, you are responsible for ensuring their return or obtaining through this office a declaration that return will not be required.

We thank you for your assistance in this matter, and we ask that you keep us apprised of all developments. Should you have any questions, please contact me by telephone at (202) 305-1643 or by email at Erin.Mikita@usdoj.gov. In my absence, please contact Jason Fischer, International Affairs Specialist, by telephone at (202) 305-1995 or by email at Jason.Fischer@usdoj.gov.

Sincerely,

Vaughn A. Ary
Director

By: *[signature]*

Erin E. Mikita
Trial Attorney

2

Enclosure

**SFO**

2-4 Cockspur Street  London  SW1Y 5BS
Director:  David Green CB QC

UKCA
Received:
0 7 NOV 2016

**Private & Confidential**
Antony Davies
UKCA
International Criminality Unit
Home Office
Seacole Building 3rd Floor
2 Marsham Street
London SW1P 4DF

Your Ref:   I 1088700US

Our Ref:   MLA/USA/96816

4 November 2016

Dear Antony,

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)**

I refer to the above letter of request dated 29 January 2016 referred to this Office under section 15 (2) of the Crime (International Co-operation) Act 2003 by the Secretary of State. I confirm that evidence has been obtained on behalf of the U.S. authorities.

I enclose one encrypted disk with the following items to be transmitted to the U.S. authorities:

| Letter of Request reference | Evidence to be transmitted |
|---|---|
| Page 13 | (A) One encrypted disk from Capita Registers Limited containing the following documents:<br>1. Business development takeover quote.<br>2. Signed receiving agent agreement.<br>3. Swift Business development dissentient quote<br>4. Signed dissentient agreement<br>5. Offer document<br>6. Form of acceptance<br>7. Receiving agent certificates provided<br>8. Cheque sample<br>9. 980 notice<br>10. Completed irrevocable schedule<br>11. Schedule of acceptances/payments to named individuals<br>12. Named nominee acceptances/payments<br>13. Account opening form for a/c no: 23083615<br>14. Funding advices<br>15. Certificated account bank statement<br>16. Crest account statement |