# EXHIBIT 13

| Name of undertaking | Registered holding for the undertaking |
|---|---|
| Michael Lynch | UBS Private Banking Nominees Limited a/c MAINPOOL |
| Michael Lynch | HSBC Client Holdings Nominee (UK) Limited a/c 636179 |
| Michael Lynch | Michael Lynch |
| Sushovan Hussain | Sushovan Hussain |
| Sushovan Hussain | Sushovan Tareque Hussain |
| Sushovan Hussain | Sushovan Hussain |
| Stephen Keith Chamberlain | Stephen Chamberlain |
| Stephen Keith Chamberlain | Stephen Chamberlain |
| Andrew Mark Kanter | Andrew Kanter |
| Angela Maria Bacares | NO HOLDING FOUND ON REGISTER UNDER THAT NAME |

| Holding in CREST or certificated form | Number of shares held | | Number of shares accepted |
|---|---|---|---|
| CREST | | 19,188,046 | 19,188,046 |
| CREST | | 610,500 | 610,500 |
| Certificated | "Autonomy Options" | 435000 | 435,000 |
| Certificated | | 6,978 | 6,978 |
| Certificated | | 3,000 | 3,000 |
| Certificated | "Autonomy Options" | 345,000 | 345,000 |
| Certificated | | 381 | 381 |
| Certificated | "Autonomy Options" | 98,656 | 98,656 |
| Certificated | "Autonomy Options" | 360,000 | 360,000 |
| n/a | n/a | | n/a |

| Date of acceptance | Amount of cash consideration issued | Date cash issued |
|---|---|---|
| 8/23/2011 | £489,295,173.00 | 10/7/2011 |
| 8/24/2011 | £15,567,750.00 | 10/7/2011 |
| 10/3/2011 | £11,092,500.00 | 10/18/2011 |
| 8/26/2011 | £177,939.00 | 10/7/2011 |
| 9/5/2011 | £76,500.00 | 10/7/2011 |
| 10/3/2011 | £8,797,500.00 | 10/18/2011 |
| 8/31/2011 | £9,715.50 | 10/7/2011 |
| 10/3/2011 | £2,515,728.00 | 10/18/2011 |
| 10/3/2011 | £9,180,000.00 | 10/18/2011 |

n / a

How was consideration paid

Monies paid through CREST
Monies paid through CREST
Option money's transferred to Autonomy on 18 October 2011
By Cheque
By Cheque
Option money's transferred to Autonomy on 18 October 2011
By Cheque
Option money's transferred to Autonomy on 18 October 2011
Option money's transferred to Autonomy on 18 October 2011

Date cheque "cashed"

n/a
n/a
n/a
                              10/12/2011
                              10/12/2011
n/a
                              10/13/2011
n/a
n/a