# EXHIBIT 14

| Date | Account | Counterparty | Amount | Description |
|---|---|---|---|---|
| 3-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £1.50 | TEST PYMT RE G ANGUS |
| 6-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £2,945,493,678.35 | SETTLEMENT 1 RECEIVED (IN PART) |
| 6-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £1,500,000,000.00 | SETTLEMENT 1 RECEIVED (IN PART) |
| 6-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £1,000,000,000.00 | SETTLEMENT 1 RECEIVED (IN PART) |
| 7-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£5,418,401,670.00 | SETTLEMENT 1 - PAID TO CREST HOLDERS |
| 10-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£27,092,008.35 | SETTLEMENT 1 - SDRT PAID |
| 17-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £439,030,699.34 | SETTLEMET 2 RECEIVED |
| 18-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£436,846,467.00 | SETTLEMENT 2 - PAID TO CREST HOLDERS |
| 19-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£2,184,232.34 | SETTLEMET 2 - SDRT PAID |
| 24-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £151,718,977.28 | SETTLEMENT 3 RECEIVED |
| 25-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£150,964,156.50 | SETTLEMENT 3 - PAID TO CREST HOLDERS |
| 26-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£754,820.78 | SETTLEMENT 3 - SDRT PAID |
| 31-Oct-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £130,874,158.22 | SETTLEMENT 4 - RECEIVED |
| 1-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£130,223,043.00 | SETTLEMENT 4 - PAID TO CREST HOLDERS |
| 2-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£651,115.22 | SETTLEMENT 4 - SDRT PAID |
| 7-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £5,689,894.43 | SETTLEMENT 5 RECEIVED |
| 8-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£5,661,586.50 | SETTLEMENT 5 - PAID TO CREST HOLDERS |
| 9-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£28,307.93 | SETTLEMENT 5 - SDRT PAID |
| 14-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £8,425,220.02 | SETTLEMENT 6 RECEIVED |
| 15-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£8,383,303.50 | SETTLEMENT 6 - PAID TO CREST HOLDERS |
| 16-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£29,690.29 | SETTLEMENT 6 - SDRT PAID |
| 16-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£12,226.23 | SETTLEMENT 6 - SDRT PAID |
| 21-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £5,967,747.79 | SETTLEMENT 7 RECEIVED |
| 22-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£5,938,057.50 | SETTLEMENT 7 - PAID TO CREST HOLDERS |
| 23-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£29,690.29 | SETTLEMENT 7 - SDRT PAID |
| 28-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £8,601,332.20 | SETTLEMENT 8 RECEIVED |
| 29-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£8,558,539.50 | SETTLEMENT 8 - PAID TO CREST HOLDERS |
| 30-Nov-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£42,792.70 | SETTLEMENT 8 - SDRT PAID |
| 5-Dec-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £2,243,995.16 | SETTLEMENT 9 RECEIVED |
| 6-Dec-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£2,232,831.00 | SETTLEMENT 9 - PAID TO CREST HOLDERS |
| 7-Dec-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£11,164.16 | SETTLEMENT 9 - SDRT PAID |
| 12-Dec-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £15,866,036.51 | SETTLEMENT 10 RECEIVED |

| Date | Ref | Counterparty | Amount | Description |
|---|---|---|---|---|
| 13-Dec-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | -£15,787,101.00 | SETTLEMENT 10 - PAID TO CREST HOLDERS |
| 14-Dec-11 | 27471 | Hewlett Packard Vision/Autonomy Corp Plc | £78,935.51 | SETTLEMENT 10 - SDRT PAID |
| | | | £1.50 | |

MLAT_AU 00000617