# EXHIBIT 16

Royal Bank of Scotland Group



**HEWLETT-PACKARD VISION B.V.**
RECOMMENDED CASH OFFER FOR AUTONOMY CORPORATION PLC

**RBS**
*The Royal Bank of Scotland*

THE ROYAL BANK OF SCOTLAND PLC, DIVIDEND CLEARANCE CENTRE
PO BOX 412, 62/63 THREADNEEDLE STREET, LONDON EC2R 8LA

15-10-00
000399
07-OCT-2011

THE SUM OF: ONE HUNDRED AND SEVENTY SEVEN******
THOUSAND NINE HUNDRED AND THIRTY****
NINE POUNDS 00 PENCE*******************

PAY: SUSHOVAN HUSSAIN

£ **177939-00**

For and on behalf of
CAPITA REGISTRARS LIMITED
RE: HEWLETT-PACKARD VISION B.V.
/AUTONOMY CORPORATION PLC - TAKEOVER
CASH CONSIDERATION A/C

A/C PAYEE ONLY

4285537

40-05-20  101151559  10OCT11  10
404032  51471627  5255  OUTCLG
UNPAIDS TO 40-39-40

6600623816

Sort Code: ▮▮▮   Account No: ▮▮▮   Serial No: ▮▮▮   Amount: 177,939.00

https://www.ves.grp.web.rbsgrp.net/Ves/faces/imagedisplay                14/12/2016

MLAT_AU 00009060

Royal Bank of Scotland Group



**HEWLETT-PACKARD VISION B.V.**
RECOMMENDED CASH OFFER FOR AUTONOMY CORPORATION PLC

**RBS**
The Royal Bank of Scotland

THE ROYAL BANK OF SCOTLAND PLC, DIVIDEND CLEARANCE CENTRE
PO BOX 412, 62/63 THREADNEEDLE STREET, LONDON EC2R 8LA

15-10-00
000400

THE SUM OF SEVENTY SIX THOUSAND FIVE HUNDRED*** POUNDS 00 PENCE*********************

07-OCT-2011

PAY SUSHOVAN TAREQUE HUSSAIN

£ **76500-00**

For and on behalf of
CAPITA REGISTRARS LIMITED
RE: HEWLETT-PACKARD VISION B.V
AUTONOMY CORPORATION PLC - TAKEOVER
CASH CONSIDERATION A/C

4285538

EDS UK CLEARING SERVICES
11NO911   101515649
SOURCE: 407037
6600623817

40-05-20 101151560 10OCT11 10
404032 51471627 5255 OUTCLG
UNPAIDS TO 40-39-40

**Sort Code:** ▮▮▮   **Account No:** ▮▮▮   **Serial No:** ▮▮▮   **Amount: 76,500.00**

## Royal Bank of Scotland Group





**Sort Code:** ▇▇▇    **Account No:** ▇▇▇    **Serial No:** ▇▇▇    **Amount:** 9,715.50

https://www.ves.grp.web.rbsgrp.net/Ves/faces/imagedisplay                  14/12/2016

MLAT_AU 00009062