# EXHIBIT 19

Duplicate Statement of Account

Account Name                          Sortcode   Account Number   Sheet Number
Mr Sushovan Tareque Hussain &                                     176
Mrs Tracie Alaine Hussain

Your Premier Bank Account details

| Date | Payment Type and Details | Paid Out | In | Balance |
|---|---|---|---|---|
| 10OCT11 | BALANCE BROUGHT FORWARD | | | ▇ |
| 10OCT11 | ▇ | ▇ | | |
| 10OCT11 | ▇ | | | |
| 10OCT11 | ▇ | ▇ | | |
| 10OCT11 | ▇ | ▇ | | |
| 10OCT11 | ▇ | ▇ | | |
| 10OCT11 | CR  CHQ  IN AT HSBC BANK PLC PALL MALL | | 255654.54 | ▇ |
| 11OCT11 | ▇ | ▇ | | ▇ |
| 12OCT11 | ▇ | ▇ | | |
| 12OCT11 | ▇ | ▇ | | |
| 12OCT11 | ▇ | ▇ | | |
| 12OCT11 | ▇ | ▇ | | |
| 12OCT11 | ▇ | ▇ | | |
| 12OCT11 | ▇ | ▇ | | |
| 13OCT11 | ▇ | ▇ | | ▇ |
| 14OCT11 | ▇ | ▇ | | |
| 14OCT11 | ▇ | | | ▇ |
| 16OCT11 | ▇ | ▇ | | |
| 16OCT11 | ▇ | ▇ | | ▇ |
| 17OCT11 | ▇ | ▇ | | |
| 17OCT11 | ▇ | ▇ | | |
| 17OCT11 | ▇ | ▇ | | |
| 17OCT11 | ▇ | | | |
| 17OCT11 | ▇ | ▇ | | |
| 18OCT11 | ▇ | ▇ | | ▇ |
| 19OCT11 | ▇ | | | |
| 19OCT11 | ▇ | | | |
| 19OCT11 | ▇ | ▇ | | |
| 20OCT11 | ▇ | ▇ | | ▇ |
| 20OCT11 | ▇ | ▇ | | ▇ |

Historic statements - ▆▆▆▆▆▆▆ PREMIER BANK HUSSAIN S&T *PRN    Page 116 of 163

Duplicate Statement of Account

| Account Name | Sortcode | Account Number | Sheet Number |
|---|---|---|---|
| Mr Sushovan Tareque Hussain &<br>Mrs Tracie Alaine Hussain | ▆▆▆ | ▆▆▆ | 177 |

Your Premier Bank Account details

| Date | Payment Type and Details | Paid Out | In | Balance |
|---|---|---|---|---|
| 20OCT11 | BALANCE BROUGHT FORWARD | | | ▆▆▆ |
| 20OCT11 | ▆▆▆ | ▆▆▆ | | ▆▆▆ |
| 21OCT11 | ▆▆▆ | ▆▆▆ | | |
| 21OCT11 | ▆▆▆ | ▆▆▆ | | |
| 21OCT11 | ▆▆▆ | | | |
| 24OCT11 | ▆▆▆ | ▆▆▆ | | ▆▆▆ |
| 24OCT11 | ▆▆▆ | ▆▆▆ | | |
| 24OCT11 | ▆▆▆ | | | |
| 24OCT11 | ▆▆▆ | | | ▆▆▆ |
| 25OCT11 | ▆▆▆ | | | ▆▆▆ |
| 26OCT11 | ▆▆▆ | ▆▆▆ | | ▆▆▆ |
| 26OCT11 | ▆▆▆ | | | ▆▆▆ |
| 27OCT11 | ▆▆▆ | ▆▆▆ | | ▆▆▆ |
| 28OCT11 | ▆▆▆ | | | |
| 28OCT11 | ▆▆▆ | | | |
| 28OCT11 | ▆▆▆ | ▆▆▆ | | |
| 28OCT11 | ▆▆▆ | | | ▆▆▆ |
| 29OCT11 | ▆▆▆ | | | ▆▆▆ |
| 30OCT11 | ▆▆▆ | | | |
| 31OCT11 | CR AUTONOMY SYSTEMS | | 2405903.14 | |
| 31OCT11 | ▆▆▆ | | | |
| 31OCT11 | ▆▆▆ | ▆▆▆ | | |
| 31OCT11 | ▆▆▆ | | | ▆▆▆ |
| 01NOV11 | ▆▆▆ | ▆▆▆ | | |
| 01NOV11 | ▆▆▆ | | | |
| 01NOV11 | ▆▆▆ | | | |
| 01NOV11 | ▆▆▆ | | | |
| 01NOV11 | ▆▆▆ | | | |
| 01NOV11 | ▆▆▆ | | | |
| 01NOV11 | ▆▆▆ | ▆▆▆ | | |
| 02NOV11 | ▆▆▆ | | | ▆▆▆ |
| 02NOV11 | BALANCE CARRIED FORWARD | | | ▆▆▆ |

https://libap-eu1-sy.systems.uk.hsbc/LASBAP01UK/CSReqServlet        13/02/2017