# EXHIBIT 20

Historic statements - ▮▮▮▮▮▮ PREMIER BANK HUSSAIN S&T *PRN   Page 109 of 163

Duplicate Statement of Account

Account Name                             Sortcode    Account Number    Sheet Number
Mr Sushovan Tareque Hussain &                                          170
Mrs Tracie Alaine Hussain

Your Premier Bank Account details

| Date | Payment Type and Details | Paid Out | In | Balance |
|---|---|---|---|---|
| 04AUG11 | BALANCE BROUGHT FORWARD | | | |
| 05AUG11 | | | | |
| 05AUG11 | | | | |
| 05AUG11 | | | | |
| 06AUG11 | | | | |
| 10AUG11 | | | | |
| 10AUG11 | | | | |
| 12AUG11 | | | | |
| 12AUG11 | | | | |
| 15AUG11 | | | | |
| 15AUG11 | | | | |
| 15AUG11 | VIS CASH 0008855648 *WESTFIELD SAN FRA SAN FRANCISCO USD 202.00 @ 1.5782 | 127.99 | | |
| 16AUG11 | | | | |
| 16AUG11 | | | | |
| 18AUG11 | | | | |
| 18AUG11 | | | | |
| 19AUG11 | | | | |
| 19AUG11 | | | | |
| 22AUG11 | | | | |
| 22AUG11 | BALANCE CARRIED FORWARD | | | |

69 High Street, Sevenoaks, Kent, TN13 1LB

https://ibank.owl.sv.systems.uk.bcba/T.ASBAB01UK/CSRegServlet         13/02/2017