# EXHIBIT 21



U.S. Department of Justice

Criminal Division

VAA:WHG:JEC:EEM:jmf

*Office of International Affairs*　　　　　　　　　　Washington, D.C. 20530

June 22, 2017

<u>VIA FEDERAL EXPRESS</u>
Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

Re:　Request for Assistance in the Investigation of Autonomy Corporation; OIA Reference Number: 182-53177 (please use when responding)

Dear Mr. Leach:

Pursuant to your request for assistance in the above-referenced matter, enclosed please find evidence from the United Kingdom, consisting of Barclays and HSBC Bank records. This letter supplements the ones dated October 28, 2016, November 23, 2016, January 12, 2017, and April 6, 2017, sending materials to you. Please note that the UK has indicated that additional information is still forthcoming.

This office is forwarding these materials as received and is not retaining a copy.

Article 7 of the Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters governs the use limitations applicable to this material. Should you anticipate the need to use the materials for a different purpose, please consult this office in advance for the purpose of obtaining authorization.

Please confirm by email to International Affairs Specialist Jason Fischer at Jason.Fischer@usdoj.gov that you have received the enclosed evidence. If you have any questions, please do not hesitate to contact me at (202) 305-1643, or Erin.Mikita@usdoj.gov.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　Vaughn A. Ary
　　　　　　　　　　　　　　　　Director
　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　Erin E. Mikita
　　　　　　　　　　　　　　　　Trial Attorney

Enclosure

EM
JF

 **Home Office**

International Criminality Unit
2nd Floor Peel
2 Marsham Street
London
SW1P 4DF

T +44 (0)20 7035 4040
F +44 (0)20 7035 6986
www.gov.uk/government/organisations/home-office

Department of Justice
Criminal Division
Office of International Affairs
1301 New York Avenue NW
Washington DC 20005
USA

UKCA Ref:   11088700US

Your Ref:   182-53177

9 June 2017

Dear Sir/Madam

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)**

I write further to your letter of request dated 29 January 2016.

Please find enclosed evidence from SFO.

Please note that this evidence may not be used for any purpose other than that specified in your letter of request. Should you wish to use this evidence for any purpose which was not outlined in the original request, you must seek the consent of the UK Central Authority in advance of the material being used for such other purpose.

Please note that as your request has now been fully executed, we have closed our file in relation to this matter.

If you require any further assistance from UK Central Authority in relation to this case, please send a supplementary letter of request, quoting the UK Central Authority reference number above.

I would be grateful if you would acknowledge receipt of this letter.

Yours faithfully,

Deborah Hand
UK Central Authority
*On behalf of the Secretary of State*
D 0207 035 0691
E deborah.hand@homeoffice.gsi.gov.uk

MLAT_AU 00010093



2-4 Cockspur Street  London  SW1Y 5BS
Director:  David Green CB QC



```
UKCA
Received:

3 1 MAY 2017
```

**Private & Confidential**
Antony Davies
UKCA
International Criminality Unit
Home Office
Seacole Building 3rd Floor
2 Marsham Street
London SW1P 4DF

**Your Ref:**  I 1088700US

**Our Ref:**  MLA/USA/96816

26 May 2017

Dear Antony,

## LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)

I refer to the above letter of request dated 29 January 2016 referred to this Office under section 15 (2) of the Crime (International Co-operation) Act 2003 by the Secretary of State. I confirm that evidence has been obtained on behalf of the U.S. authorities.

I enclose the following hard copy documents to be transmitted to the U.S. authorities:

| Letter of Request reference | Evidence to be transmitted |
| --- | --- |
| Page 10 | Documents relating to HSBC Bank Plc account no: ▇▇▇▇ held in the name of Mr Sushovan Tareque Hussain and Mrs Tracie Alaine Hussain:<br>1. Copy vouchers<br>2. Affidavit of Richard Gilbert of HSBC |
| Page 12 | Documents from Barclays Bank Plc relating to account number ▇▇▇▇ held in the name of Stephen Chamberlain:<br>1. Copy ledgers<br>2. Transfer voucher reports including 3 copy cheques<br>3. Affidavit of Ian Puddenphatt of Barclays Bank |

If you have any queries regarding the above, please do not hesitate to contact me.



2-4 Cockspur Street  London  SW1Y 5BS
Director:  David Green CB QC

Yours sincerely,

*Clyde Marklew*

**Clyde Marklew**
Senior Investigator
Direct Tel:  +44 (0)20 7239 7321
Email:        clyde.marklew@sfo.gsi.gov.uk

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

1. I __IAN FREDERICK POOR PHATT__ (Name) attest on penalty of criminal punishment for false statement or false attestation that I am employed by __BARCLAYS BANK PLC__ (Name of Business from which documents produced) and that my official title is __HEAD OF CORPORATE INVESTIGATIONS__

I further state that each of the records attached hereto are the computer records in the custody of __BARCLAYS BANK PLC__

I further state that:

(A) Such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

(B) Such records were kept in the course of a regularly conducted business activity;

(C) the business activity made the records as a regular practice.

(D) If any such records is not the original, such record is a duplicate of the original

_[Signature]_
Signature

__25/5/2017__
Date

Sworn to or affirmed before me, __Alison Philip Wilson__ (Name), a __SOLICITOR__ (notary public, judicial officer etc), this __25th__ day of __MAY__ 2017

MLAT_AU 00010096