# EXHIBIT 22

███████████████████.txt

```
FRAME  263 FICHE       190
5088-4103              PREMIER BANK ACCOUNT
   ACCOUNT FRAME       1
```

MR STEPHEN KEITH CHAMBERLAIN AND MRS KAREN CHAMBERLAIN

PREVIOUS ENTRY DATE  10 OCT 11                                                              LAST

PREVIOUS STMT DATE   14 SEP 11                                                              LAST

ADDRESS (SINCE 02 APR 09) : MR S K & MRS K CHAMBERLAIN
                            ███████
                            ██████████
                            ████████
                            █████████
                            ████████

---

| DETAILS CLRD FOR INTEREST | PAYMENTS | RECEIPTS | DATE | STATEMENT BALANCE |
|---|---|---|---|---|
| ██████████████ | ██████████ | ██████████ | 10 OCT 11 | ██████ |
|  |  |  |  |  |
| ██████████████ | ██████████ | ██████████ | 11 OCT 11 |  |
|  |  |  |  |  |
| ██████████████ | ██████████ | ██████████ | 11 OCT 11 |  |
|  |  |  |  |  |
| ██████████████ | ██████████ | ██████████ | 11 OCT 11 |  |
|  |  |  |  |  |

Page 417

```
                                    .txt
                                              | 11 OCT 11 |                    ||
                                              |           |                    ||
                                              | 11 OCT 11 |                    ||
                                              |           |                    ||
                                              | 11 OCT 11 |                    ||
                                              |           |                    ||
                                              | 11 OCT 11 |                    ||
                                              |           |                    ||
                                              |           |                    ||
                                              |           |                    ||
                                              | 11 OCT 11 |                    ||
AUTONOMY SYSTEMS       |           |          |           |                    ||
AUTONOMY SYSTEMS   BGC |           |  214.83C | 11 OCT 11 |                    ||
GREAT SHELFORD         |           |          |           |                    ||
100106          REM    |           | 9715.50U | 11 OCT 11 |           9842.30  ||
       126.80
                       | (U/C DAY3  9715.50) |            |                    ||
                       | (NUM ITEMS       1) |            |                    ||
                                              |           |                    ||
                                              | 12 OCT 11 |                    ||
                                              |           |                    ||
                                              | 12 OCT 11 |                    ||
                                              |           |                    ||
                                              | 12 OCT 11 |                    ||
                                              |           |                    ||
```

Page 418

MLAT_AU 00010536



| | | | | 28 OCT 11 | 4569.56 | || |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | 31 OCT 11 | | || |
| | | | | 31 OCT 11 | | || |
| | | | | 31 OCT 11 | | || |
| | | | | 31 OCT 11 | | || |
| AUTONOMY SYSTEMS | | | | | | || |
| S K CHAMBERLAIN   BGC   471405.74 DENPLAN DENTISTFEE | | | 466822.35C | 31 OCT 11 | 471405.74 | || |
| | | | | 01 NOV 11 | | || |
| | | | | 01 NOV 11 | | || |
| | | | | 01 NOV 11 | | || |
| | | | | 01 NOV 11 | | || |
| | | | | 01 NOV 11 | | || |
| | | | | 01 NOV 11 | ▮ | || |
| | | | | 02 NOV 11 | | || |

Page 423