# EXHIBIT 23



MLAT_AU 00010725









MLAT_AU 00010729

Page 1

**Transaction list - internal**
**Transaction additional details**

12May2017 08:04

| Product | PREMIER BANK HUSSAIN S&T *PRN |
| --- | --- |

CARE - CLOSED

31Oct2011          CR          2,405,903.14Cr

Contra number                          372137
BACS User number
Transaction code                       99 Bank Giro Credit / Debit Contra
BACS source identifier                 0 BACS LTD
System reference
Captured by system                     28Oct2011
Description                            AUTONOMY SYSTEMS
Corresponding trans details
Originator's transaction ref           S HUSSAIN
Corresponding account name             AUTONOMY SYSTEMS
Transaction type                       Bank Giro/BACS Credit

**End of report**

MLAT_AU 00010730