# EXHIBIT 30

**UBS Wealth Management**
1 Finsbury Avenue
London EC2M 2AN
www.ubs.com

DR MICHAEL LYNCH
LONDON

Statement Date:
**31 Oct 2011**

Statement Number:
**40**

# Cash Statement

**Your Client Advisor**
Giles Nicholas
Tel:   +44 (0) 20 7568 2447
Email:   Giles-J.Nicholas@ubs.com

**DR MICHAEL LYNCH**

| Account Number: | | Currency: | **STERLING (GBP)** | Account Description: | |
| Account Name: | **DR MICHAEL LYNCH** | | | | |
| IBAN: | | SWIFT/BIC Code: | | | |

| Date | Value Date | Entry | Details | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | | | Opening Balance as at   30 Sep 2011 | | | 516.34 CR |
| 07 Oct 2011 | 07 Oct 2011 | 112800066 | PAID TO: HSBC PRIVATE BANK (UK) LIMITED<br>FOR A/C: DR MICHAEL LYNCH, OBE<br>INCLUDES 25.00 GBP CHARGE | 100,000,025.00 | | 99,999,508.66 DR |
| 07 Oct 2011 | 07 Oct 2011 | 112800067 | PAID TO: BARCLAYS PRIVATE BANK<br>FOR A/C: M R LYNCH<br>INCLUDES 25.00 GBP CHARGE | 100,000,025.00 | | 199,999,533.66 DR |
| 07 Oct 2011 | 07 Oct 2011 | 112800069 | PAID TO: JPMORGAN CHASE BANK, N.A. LONDON EC2Y 5AJ UNITED<br>FOR A/C: JPMORGAN INTERNATIONAL BANK LTD, BRUSSELS<br>INCLUDES 25.00 GBP CHARGE | 100,000,025.00 | | 299,999,558.66 DR |
| 07 Oct 2011 | 07 Oct 2011 | 4741351 | TAKEOVER FOR CASH BASED ON YOUR HOLDING OF 19,188,046.0000<br>AUTONOMY CORP PLC ORD 0.00333 | | 489,295,173.00 | 189,295,614.34 CR |
| 10 Oct 2011 | 10 Oct 2011 | 112830008 | PAID TO: HSBC BANK PLC<br>FOR A/C: MERRILL LYNCH PORTFOLIO MANAGERS<br>INCLUDES 25.00 GBP CHARGE | 100,000,025.00 | | 89,295,589.34 CR |
| 14 Oct 2011 | 17 Oct 2011 | 6030022 | PURCHASE OF 50,000,000.0000<br>UK TREASURY BILL 0% 16.01.12 (GBP) | 49,946,464.19 | | 39,349,125.15 CR |
| | | | Closing Balance | | | 39,349,125.15 CR |

Please verify this statement and inform us immediately should you disagree.

Authorised and regulated by the Financial Services Authority. A member of the London Stock Exchange.

**Cash Statement**

Page 1 of 2

For Sterling Deposits: "The obligations of the Bank shall be discharged exclusively at its London Branch. The governing law shall be English Law. The English courts shall have exclusive jurisdiction." For Currency Deposits: "The obligation of the Bank shall be discharged exclusively at its London branch and solely through the establishment of a credit in the country of the currency of the Bank's own branch, a correspondent bank or a bank named by the customer. The governing law shall be English Law whereby measures of the country of the currency shall be given effect. The English courts shall have exclusive jurisdiction."

Paperless reporting is available via e-Portfolio. If you would like to sign up to e-Portfolio and stop receiving printed reports, please contact your Client Advisor.

05103000

Confidential

Fr2_00000082
MLAT_AU 00017817