# EXHIBIT 31



# UBS

**DR MICHAEL LYNCH**

**Your Investment Director**
Giles Nicholas
Tel: +44 (0) 20 7568 2447
Email: Giles-J.Nicholas@ubs.com

**UBS Wealth Management**
1 Finsbury Avenue
London EC2M 2AN
www.ubs.com

**DR MICHAEL LYNCH**

Print Date: **10 Aug 2012**
Mandate Number:

## Additional Information
## for Period 06 Apr'2011 to 05 Apr'2012

| Trade Date | Asset Description | Nominal | Price Ccy | Price Detail | Sales Amount GBP | Narrative |
|---|---|---|---|---|---|---|
| 18/04/2011 | POLYGON GLOBAL OPPORTUNITIES FUND NEW SHARES E (USD) | 350.9422 | USD | 42.74 | 9,259.55 | CAPITAL DISTRIBUTION/REPAYMENT |
| 02/05/2011 | POLYGON GLOBAL OPPORTUNITIES FUND NEW SHARES E (USD) | 350.9422 | USD | 13.33 | 2,801.49 | REDEMPTION |
| 07/10/2011 | AUTONOMY CORP PLC ORD 0.00333 | 19,188,046.0000 | GBP | 25.50 | 489,295,173.00 | TAKE OVER INVOLVING CASH |
| 16/01/2012 | UK TREASURY BILL 0% 2011-16.01.2012 (GBP) | 50,000,000.0000 | GBP | 100.00 | 50,000,000.00 | REDEMPTION |

**Total Disposal Amount GBP**    539,307,234.04

 **Sales**

Please verify this document and inform us should you disagree.
Authorised and Regulated by the Financial Services Authority. A member of the London Stock Exchange.

Confidential