# EXHIBIT 33



**U.S. Department of Justice**

Criminal Division

VAA:WHG:JEC:EEM:jmf

*Office of International Affairs*　　　*Washington, D.C. 20530*

December 28, 2018

VIA FEDEX
Robert Leach
Assistant United States Attorney
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

Re:   Request for Assistance in the Investigation of Autonomy Corporation; OIA Reference Number: 182-53177 (please use when responding)

Dear Mr. Leach:

Pursuant to your request for assistance in the above-referenced matter, enclosed please find evidence from the United Kingdom, consisting of records from Ernst & Young. This letter supplements the ones dated October 28, 2016, November 23, 2016, January 12, 2017, April 6, 2017, June 22, 2017, August 29, 2017, October 17, 2017, December 18, 2017, April 2, 2018, and December 13, 2018, sending materials in this matter to you. This office is forwarding these materials as received and is not retaining a copy. Please note that the United Kingdom has indicated that additional information is still forthcoming and will be forwarded upon availability in due course.

Article 7 of the Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters governs the use limitations applicable to this material. Should you anticipate the need to use the materials for a different purpose, please consult this office in advance for the purpose of obtaining authorization.

Please confirm by email to International Affairs Specialist Jason Fischer at Jason.Fischer@usdoj.gov that you have received the enclosed evidence. If you have any questions, please do not hesitate to contact me at (202) 305-1643, or Erin.Mikita@usdoj.gov.

Sincerely,

Vaughn A. Ary
Director

By: *[signature]*
Erin E. Mikita
Trial Attorney

Enclosure



# Home Office

International Criminality Unit
2nd Floor Peel
2 Marsham Street
London
SW1P 4DF

T +44 (0)20 7035 4040
F +44 (0)20 7035 6986

**www.gov.uk/government/
organisations/home-
office**

Michael Hatzimichalis
U.S. Department of Justice – Criminal Division
U.S. Embassy
33 Nine Elms Lane
London
SW11 7US

UKCA Ref:    I1088700US

Your Ref:    182-53177

17 December 2018

Dear Sir/Madam

**LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)**

I write further to your letter of request dated 29 January 2016.

Please find enclosed further evidence from SFO including documents from Ernst & Young.

Please note that this evidence may not be used for any purpose other than that specified in your letter of request. Should you wish to use this evidence for any purpose which was not outlined in the original request, you must seek the consent of the UK Central Authority in advance of the material being used for such other purpose.

Please note that as your request has now been fully executed, we have closed our file in relation to this matter.

If you require any further assistance from UK Central Authority in relation to this case, please send a supplementary letter of request, quoting the UK Central Authority reference number above.

I would be grateful if you would acknowledge receipt of this letter.

Yours faithfully,

Deborah Hand
UK Central Authority
*On behalf of the Secretary of State*
D 0207 035 0691
E deborah.hand@homeoffice.gsi.gov.uk
W www.gov.uk/mutual-legal-assistance-mla-requests

MLAT_AU 00072615

**SFO** | serious fraud office

2-4 Cockspur Street  London  SW1Y 5BS
Director:  Lisa Osofsky

**Private & Confidential**
Deborah Hand/Julia Swaheen
UKCA
International Criminality Unit
Home Office
Peel Building 2nd Floor
2 Marsham Street
London SW1P 4DF

**Your Ref:**  I 1088700US

**Our Ref:**  MLA/USA/96816

UKCA Received 12 NOV 2018

9 November 2018

Dear Deborah/Julia,

## LETTER OF REQUEST FOR LEGAL ASSISTANCE IN THE MATTER OF MICHAEL RICHARD LYNCH & OTHERS (AUTONOMY CORPORATION)

I refer to the above letter of request dated 28 April 2017 referred to this Office under section 15 (2) of the Crime (International Co-operation) Act 2003 by the Secretary of State. I confirm that evidence has been obtained on behalf of the U.S. authorities.

I enclose the following electronic documents from Ernst & Young on an encrypted electronic disk and in hard copy to be transmitted to the U.S. authorities:

| Letter of Request reference | Evidence to be transmitted |
|---|---|
| Page 8 | Documents from Ernst & Young:<br>• Work programme documents<br>• Summary papers<br>• Fee notes<br>• Catalogue of audit steps<br>• Memos relating to the audit<br>• Presentations by Morgan Lewis of HP to the US Attorney's Office and SEC in 2013<br>• Emails and documents relating to the engagement, and permanent files<br>• Documents provided by ASL and Autonomy subsidiaries in the audit<br>• Letters from Legal representatives of Ernst & Young to U.D. DOJ<br>• Certificate of authenticity of David Hales<br><br>Also included are documents previously sent to the DOJ from UBS AG. Some of |



2-4 Cockspur Street  London  SW1Y 5BS
Director: Lisa Osofsky

|  | the initial documents were illegible to read. |
|---|---|

Please note that the passwords to the encrypted disks will be given to you by email. If you have any queries regarding the above, please do not hesitate to contact me.

Yours sincerely,

*Clyde Marklew*

**Clyde Marklew**
Senior Investigator
Direct Tel:   +44 (0)20 7239 7321
Email:        clyde.marklew@sfo.gsi.gov.uk