# EXHIBIT 36



**vodafone**

| Mobile number | Account number | Invoice number | Date |
|---|---|---|---|
| REF: SUSHOVAN HUSSAIN | | 827392057 | 19 May 11 |

## Itemisation for

### This time you...

- saved £36.14 by using your inclusive allowance
- sent 245 text messages
- made 316.605MB of mobile browsing + data calls

### Calls

**Calls while in the UK**

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| Fri 1 Apr | | | | |
| 01:31 | 0014152439955 ▶ US or Canada | 0m 5s | 0.030 | 0.030 |
| 01:32 | 0014156251428 ▶ US or Canada | 0m 4s | 0.030 | 0.030 |
| 01:33 | 0014156251493 ▶ US or Canada | 0m 3s | 0.030 | 0.030 |
| 01:39 | 0014156095114 ▶ US or Canada | 0m 7s | 0.030 | 0.030 |
| 09:21 | 00447795642569 ▶ VPN | 1m 38s | 0.000 | 0.000 |
| 09:26 | 00447795642569 ▶ VPN | 0m 44s | 0.000 | 0.000 |
| 09:44 | 00447795601794 ▶ VPN | 3m 35s | 0.000 | 0.000 |
| 09:53 | 00447747868578 ▶ VPN | 7m 50s | 0.000 | 0.000 |
| 11:17 | 00447887573143 | 1m 5s | 0.109 | 0.000 ✓ |
| 11:40 | 00447887642054 | 0m 20s | 0.034 | 0.000 ✓ |
| 12:17 | 00447795642569 ▶ VPN | 0m 15s | 0.000 | 0.000 |
| 12:44 | 02076685081 ▶ London | 0m 4s | 0.000 | 0.000 |
| 12:45 | 02079474314 ▶ London | 0m 40s | 0.000 | 0.000 |
| 15:48 | 00447795642569 ▶ VPN | 2m 57s | 0.000 | 0.000 |
| 16:24 | 00447795642569 ▶ VPN | 0m 4s | 0.000 | 0.000 |
| 17:25 | 00447887573143 | 0m 34s | 0.057 | 0.000 ✓ |
| 17:37 | 00447887573143 | 7m 0s | 0.700 | 0.000 ✓ |
| 18:05 | 07717438031 ▶ VPN | 0m 13s | 0.000 | 0.000 |
| 18:12 | 0014153702207 ▶ US or Canada | 6m 49s | 0.818 | 0.818 |
| 18:38 | 07887573143 | 4m 23s | 0.439 | 0.000 ✓ |
| 20:06 | 0014153702207 ▶ US or Canada | 0m 24s | 0.048 | 0.048 |
| 20:07 | 0014153702207 ▶ US or Canada | 1m 33s | 0.186 | 0.186 |
| 20:10 | 00447767621632 ▶ VPN | 0m 56s | 0.000 | 0.000 |
| 20:11 | 0014156251428 ▶ US or Canada | 5m 48s | 0.696 | 0.696 |
| Sat 2 Apr | | | | |
| 08:44 | 00442085242868 ▶ London | 1m 20s | 0.000 | 0.000 |
| 09:05 | Voicemail 121 | 0m 39s | 0.000 | 0.000 |
| 09:06 | 00447887573143 | 0m 11s | 0.030 | 0.000 ✓ |
| 09:07 | 00447887573143 | 0m 6s | 0.030 | 0.000 ✓ |
| 09:08 | 00447775368368 | 0m 3s | 0.030 | 0.000 ✓ |
| 13:08 | 01603716182 ▶ Norwich | 1m 6s | 0.000 | 0.000 |
| 14:15 | 01493720343 ▶ Great Yarmouth | 3m 51s | 0.000 | 0.000 |
| Sun 3 Apr | | | | |
| 11:26 | 01263740505 ▶ Cromer | 2m 42s | 0.000 | 0.000 |
| 11:31 | 07747868578 ▶ VPN | 2m 49s | 0.000 | 0.000 |
| 11:35 | 00442085242868 ▶ London | 3m 37s | 0.000 | 0.000 |
| 14:22 | Voicemail 121 | 4m 40s | 0.000 | 0.000 |
| Mon 4 Apr | | | | |
| 09:38 | 00447795601794 ▶ VPN | 0m 22s | 0.000 | 0.000 |
| 09:39 | 00447795642569 ▶ VPN | 0m 18s | 0.000 | 0.000 |
| 09:50 | 01223448011 ▶ Cambridge | 0m 15s | 0.000 | 0.000 |
| 10:36 | 07795601794 ▶ VPN | 12m 10s | 0.000 | 0.000 |
| 11:35 | 07763220504 ▶ another network | 2m 2s | 0.610 | 0.000 ✓ |
| 11:37 | Voicemail 121 | 1m 19s | 0.000 | 0.000 |
| 15:44 | Voicemail 121 | 0m 13s | 0.000 | 0.000 |
| 15:45 | Voicemail 121 | 0m 10s | 0.000 | 0.000 |
| 15:48 | Voicemail 121 | 0m 12s | 0.000 | 0.000 |
| 15:49 | 0014156095114 ▶ US or Canada | 0m 3s | 0.030 | 0.030 |
| 16:04 | 01603716182 ▶ Norwich | 0m 30s | 0.000 | 0.000 |
| 16:38 | 0014156251428 ▶ US or Canada | 0m 26s | 0.052 | 0.052 |
| Tue 5 Apr | | | | |
| 10:24 | 07887573143 | 1m 55s | 0.192 | 0.000 ✓ |
| 10:36 | 00447730781360 ▶ VPN | 1m 33s | 0.000 | 0.000 |
| 10:46 | 00447767621632 ▶ VPN | 0m 38s | 0.000 | 0.000 |
| 11:28 | 00447795601794 ▶ VPN | 0m 30s | 0.000 | 0.000 |
| 11:36 | 00447887642054 | 0m 24s | 0.040 | 0.000 ✓ |

### Calls continued

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| 12:02 | 00447795601794 ▶ VPN | 0m 12s | 0.000 | 0.000 |
| 17:37 | 00447771920036 ▶ VPN | 1m 38s | 0.000 | 0.000 |
| 18:38 | Voicemail 121 | 0m 32s | 0.000 | 0.000 |
| 19:58 | 0014156251428 ▶ US or Canada | 0m 43s | 0.086 | 0.086 |
| 20:34 | 0014153702207 ▶ US or Canada | 0m 10s | 0.030 | 0.030 |
| Wed 6 Apr | | | | |
| 08:11 | RAC Traffic Ser | 1m 5s | 0.544 | 0.544 |
| 09:13 | 00447850349969 ▶ another network | 1m 57s | 0.585 | 0.000 ✓ |
| 09:16 | 00447901547970 | 0m 20s | 0.034 | 0.000 ✓ |
| 09:17 | Voicemail 121 | 0m 21s | 0.000 | 0.000 |
| 09:49 | 00447767621632 ▶ VPN | 0m 40s | 0.000 | 0.000 |
| 10:47 | 00447747868578 ▶ VPN | 0m 17s | 0.000 | 0.000 |
| 12:27 | 00447747868578 ▶ VPN | 0m 34s | 0.000 | 0.000 |
| 12:29 | 07939140880 | 0m 22s | 0.037 | 0.000 ✓ |
| 12:34 | 00447901547970 | 4m 6s | 0.410 | 0.000 ✓ |
| 14:04 | 0014154127376 ▶ US or Canada | 22m 27s | 2.694 | 2.694 |
| 15:25 | 00447775764988 ▶ VPN | 0m 15s | 0.000 | 0.000 |
| 15:27 | 00447767621632 ▶ VPN | 1m 4s | 0.000 | 0.000 |
| 15:45 | 0019256990371 ▶ US or Canada | 8m 49s | 1.058 | 1.058 |
| 16:02 | 0014153702207 ▶ US or Canada | 0m 17s | 0.034 | 0.034 |
| 16:31 | 0012126240948 ▶ US or Canada | 21m 54s | 2.628 | 2.628 |
| 16:54 | 07767621632 ▶ VPN | 0m 3s | 0.000 | 0.000 |
| 16:55 | 07767621632 ▶ VPN | 5m 42s | 0.000 | 0.000 |
| 17:43 | 0014156095114 ▶ US or Canada | 0m 3s | 0.030 | 0.030 |
| 17:43 | 0014156095114 ▶ US or Canada | 0m 8s | 0.030 | 0.030 |
| 17:44 | 0014156095114 ▶ US or Canada | 0m 3s | 0.030 | 0.030 |
| 17:45 | 0014156095114 ▶ US or Canada | 0m 2s | 0.030 | 0.030 |
| 21:26 | 0014156251428 ▶ US or Canada | 0m 31s | 0.062 | 0.062 |
| Thu 7 Apr | | | | |
| 10:22 | 01223448000 ▶ Cambridge | 1m 19s | 0.000 | 0.000 |
| 14:10 | Voicemail 121 | 0m 49s | 0.000 | 0.000 |
| 14:32 | 00447767621632 ▶ VPN | 4m 10s | 0.000 | 0.000 |
| 14:38 | 00447795601794 ▶ VPN | 5m 34s | 0.000 | 0.000 |
| 14:45 | 00447795601794 ▶ VPN | 9m 50s | 0.000 | 0.000 |
| 15:01 | 00447771901443 ▶ VPN | 0m 2s | 0.000 | 0.000 |
| 15:24 | 01223448029 ▶ Cambridge | 0m 2s | 0.000 | 0.000 |
| 15:25 | 01223448029 ▶ Cambridge | 0m 10s | 0.000 | 0.000 |
| 15:26 | 00447767621632 ▶ VPN | 0m 22s | 0.000 | 0.000 |
| 16:22 | 00447795601794 ▶ VPN | 7m 14s | 0.000 | 0.000 |
| 17:18 | Voicemail 121 | 1m 6s | 0.000 | 0.000 |
| 17:19 | Voicemail 121 | 0m 56s | 0.000 | 0.000 |
| 17:21 | Voicemail 121 | 0m 54s | 0.000 | 0.000 |
| 18:10 | 00447887573143 | 0m 14s | 0.030 | 0.000 ✓ |
| 18:13 | Voicemail 121 | 0m 11s | 0.000 | 0.000 |
| 18:14 | 00447767621632 ▶ VPN | 1m 10s | 0.000 | 0.000 |
| 18:15 | 0014153702207 ▶ US or Canada | 0m 10s | 0.030 | 0.030 |
| 19:43 | 00447771901443 ▶ VPN | 0m 22s | 0.000 | 0.000 |
| 20:21 | 00447771901443 ▶ VPN | 0m 21s | 0.000 | 0.000 |
| 20:52 | Voicemail 121 | 0m 12s | 0.000 | 0.000 |
| 20:53 | 00442085242868 ▶ London | 8m 0s | 0.000 | 0.000 |
| Fri 8 Apr | | | | |
| 12:08 | 00447795601794 ▶ VPN | 0m 22s | 0.000 | 0.000 |
| 13:48 | 00447795601794 ▶ VPN | 4m 47s | 0.000 | 0.000 |
| 14:01 | 00447796173167 | 1m 33s | 0.155 | 0.000 ✓ |
| 14:10 | 00447795601794 ▶ VPN | 0m 4s | 0.000 | 0.000 |
| 15:51 | 00447795601794 ▶ VPN | 0m 42s | 0.000 | 0.000 |
| 15:53 | 00447795601794 ▶ VPN | 1m 16s | 0.000 | 0.000 |
| 16:51 | 07887573143 | 0m 35s | 0.059 | 0.000 ✓ |

continued on the back - please turn over

### Key

- ✓ Included in price plan
- ✉ Text message
- ✉ Multiple texts to the same number
- ᴗ)) Mobile browsing + data
-  Weekend

### Missing anything?

If anything you're expecting to see isn't showing, don't worry. Sometimes it takes a while for details to reach us. It will show on a future bill.

## Calls continued

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| 17:00 | 0013142655461 ▸ US or Canada | 3m 45s | 0.450 | 0.450 |
| 17:08 | 00447795601794 ▸ VPN | 6m 36s | 0.000 | 0.000 |
| 17:33 | 00447771920036 ▸ VPN | 0m 17s | 0.000 | 0.000 |
| 19:38 | 00447795601794 ▸ VPN | 0m 25s | 0.000 | 0.000 |
| 19:39 | 07717438031 ▸ VPN | 0m 15s | 0.000 | 0.000 |
| 19:39 | 0014153702207 ▸ US or Canada | 0m 11s | 0.030 | 0.030 |
| Sat 9 Apr | | | | |
| 09:47 | 00447887573143 | 2m 40s | 0.267 | 0.000 ✔ |
| 09:50 | Voicemail 121 | 2m 36s | 0.000 | 0.000 |
| 10:41 | Voicemail 121 | 0m 6s | 0.000 | 0.000 |
| 16:09 | 07887573143 | 1m 8s | 0.114 | 0.000 ✔ |
| 16:22 | 07887573143 | 0m 4s | 0.030 | 0.000 ✔ |
| 19:36 | 00442085242868 ▸ London | 2m 52s | 0.000 | 0.000 |
| Sun 10 Apr | | | | |
| 10:06 | 07887573143 | 0m 19s | 0.032 | 0.000 ✔ |
| 15:40 | 00447795601794 ▸ VPN | 0m 24s | 0.000 | 0.000 |
| 16:28 | 01223448011 ▸ Cambridge | 29m 47s | 0.000 | 0.000 |
| 19:54 | 00447795601794 ▸ VPN | 0m 18s | 0.000 | 0.000 |
| 19:54 | 00447795601794 ▸ VPN | 3m 33s | 0.000 | 0.000 |
| 20:18 | 01732462277 ▸ Sevenoaks | 0m 44s | 0.000 | 0.000 |
| Mon 11 Apr | | | | |
| 09:04 | 00447767621632 ▸ VPN | 0m 23s | 0.000 | 0.000 |
| 10:51 | 00447771920036 ▸ VPN | 2m 2s | 0.000 | 0.000 |
| 10:55 | Voicemail 121 | 0m 48s | 0.000 | 0.000 |
| Fri 15 Apr | | | | |
| 13:40 | 00447887573143 | 0m 3s | 0.030 | 0.000 ✔ |
| 13:41 | 00447747868578 ▸ VPN | 0m 2s | 0.000 | 0.000 |
| 13:41 | 00447887573143 | 0m 23s | 0.039 | 0.000 ✔ |
| 13:46 | 00447850349969 ▸ another network | 1m 0s | 0.300 | 0.000 ✔ |
| 13:48 | 00447785310848 | 0m 21s | 0.035 | 0.000 ✔ |
| 14:04 | 07747868578 ▸ VPN | 13m 42s | 0.000 | 0.000 |
| 15:10 | 0012126222368 ▸ US or Canada | 5m 36s | 0.672 | 0.672 |
| 17:19 | 00447717438031 ▸ VPN | 0m 12s | 0.000 | 0.000 |
| 17:31 | 00447795601794 ▸ VPN | 15m 56s | 0.000 | 0.000 |
| 19:01 | 0016175352939 ▸ US or Canada | 0m 19s | 0.038 | 0.038 |
| 19:02 | 00447795601794 ▸ VPN | 1m 29s | 0.000 | 0.000 |
| Sat 16 Apr | | | | |
| 15:56 | 00447901547970 | 0m 28s | 0.047 | 0.000 ✔ |
| 17:22 | Voicemail 121 | 0m 47s | 0.000 | 0.000 |
| 20:00 | 02073034567 ▸ London | 26m 19s | 0.000 | 0.000 |
| Sun 17 Apr | | | | |
| 14:01 | 123 | 0m 9s | 0.000 | 0.000 |
| Mon 18 Apr | | | | |
| 09:04 | 00447795601794 ▸ VPN | 24m 6s | 0.000 | 0.000 |
| 10:10 | 00447795601794 ▸ VPN | 2m 36s | 0.000 | 0.000 |
| 10:15 | 07776228066 ▸ VPN | 0m 2s | 0.000 | 0.000 |
| 10:37 | 00447747868578 ▸ VPN | 1m 7s | 0.000 | 0.000 |
| 10:38 | 00447887573143 | 1m 37s | 0.162 | 0.000 ✔ |
| 10:41 | 00447767621632 ▸ VPN | 0m 21s | 0.000 | 0.000 |
| 10:42 | 00447771920036 ▸ VPN | 0m 18s | 0.000 | 0.000 |
| 10:44 | 00447901547970 | 3m 49s | 0.382 | 0.000 ✔ |
| 13:17 | 00447747868578 ▸ VPN | 0m 12s | 0.000 | 0.000 |
| 14:48 | 00447771901443 ▸ VPN | 0m 23s | 0.000 | 0.000 |
| 17:10 | 00447767621632 ▸ VPN | 3m 57s | 0.000 | 0.000 |
| 21:41 | 0012126222368 ▸ US or Canada | 13m 42s | 1.644 | 1.644 |
| 21:55 | 00447901547970 | 3m 42s | 0.370 | 0.000 ✔ |
| Tue 19 Apr | | | | |
| 09:46 | 00447717438031 ▸ VPN | 11m 37s | 0.000 | 0.000 |
| 14:47 | 07785725275 ▸ another network | 22m 17s | 6.685 | 0.000 ✔ |
| 17:37 | 00447771920036 ▸ VPN | 0m 32s | 0.000 | 0.000 |
| 17:39 | 00447887573143 | 0m 50s | 0.084 | 0.000 ✔ |
| 18:29 | 00447887573143 | 0m 3s | 0.030 | 0.000 ✔ |
| 18:29 | 00441732742328 ▸ Sevenoaks | 0m 6s | 0.000 | 0.000 |
| 18:30 | 00441732742328 ▸ Sevenoaks | 0m 11s | 0.000 | 0.000 |
| 18:31 | 00441732742328 ▸ Sevenoaks | 1m 47s | 0.000 | 0.000 |
| 19:18 | 00447767621632 ▸ VPN | 0m 23s | 0.000 | 0.000 |

## Calls continued

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| Wed 20 Apr | | | | |
| 12:30 | Voicemail 121 | 0m 17s | 0.000 | 0.000 |
| 18:31 | 00447887573143 | 2m 45s | 0.275 | 0.000 ✔ |
| 18:45 | 00447887573143 | 2m 7s | 0.212 | 0.000 ✔ |
| 18:53 | 07887573143 | 2m 14s | 0.224 | 0.000 ✔ |
| 19:01 | 07887573143 | 1m 18s | 0.130 | 0.000 ✔ |
| 19:02 | 07887573143 | 0m 10s | 0.030 | 0.000 ✔ |
| 19:08 | 00447887573143 | 0m 51s | 0.085 | 0.000 ✔ |
| 19:10 | 0013129538264 ▸ US or Canada | 0m 17s | 0.034 | 0.034 |
| Thu 21 Apr | | | | |
| 07:36 | 00447771920036 ▸ VPN | 3m 10s | 0.000 | 0.000 |
| 08:31 | Voicemail 121 | 0m 5s | 0.000 | 0.000 |
| 08:32 | 00447771920036 ▸ VPN | 0m 3s | 0.000 | 0.000 |
| 18:04 | 00447717438031 ▸ VPN | 0m 20s | 0.000 | 0.000 |
| 18:06 | 00447887573143 | 1m 34s | 0.157 | 0.000 ✔ |
| 18:08 | 0019496372600 ▸ US or Canada | 0m 16s | 0.032 | 0.032 |
| 18:09 | 0014152604958 ▸ US or Canada | 0m 22s | 0.044 | 0.044 |
| 18:09 | Voicemail 121 | 0m 25s | 0.000 | 0.000 |
| 18:10 | 00447967927112 | 8m 7s | 0.812 | 0.000 ✔ |
| Fri 22 Apr | | | | |
| 12:38 | 00447887573143 | 0m 25s | 0.042 | 0.000 ✔ |
| 13:24 | Voicemail 121 | 0m 10s | 0.000 | 0.000 |
| 13:25 | Voicemail 121 | 0m 21s | 0.000 | 0.000 |
| 13:26 | Voicemail 121 | 0m 16s | 0.000 | 0.000 |
| 16:44 | 0012126222368 ▸ US or Canada | 0m 19s | 0.038 | 0.038 |
| 18:08 | Voicemail 121 | 0m 52s | 0.000 | 0.000 |
| 18:51 | 0013129538264 ▸ US or Canada | 0m 25s | 0.050 | 0.050 |
| 19:49 | 0012128166172 ▸ US or Canada | 0m 19s | 0.038 | 0.038 |
| 19:52 | 0016178757716 ▸ US or Canada | 17m 37s | 2.114 | 2.114 |
| Sat 23 Apr | | | | |
| 11:22 | 02070050055 ▸ London | 0m 25s | 0.000 | 0.000 |
| 11:23 | 02070050055 ▸ London | 2m 33s | 0.000 | 0.000 |
| 11:26 | 0013129538264 ▸ US or Canada | 0m 24s | 0.048 | 0.048 |
| 12:06 | 00447887573143 | 0m 38s | 0.064 | 0.000 ✔ |
| 12:14 | 00447887573143 | 0m 25s | 0.042 | 0.000 ✔ |
| 12:27 | 02070050055 ▸ London | 0m 13s | 0.000 | 0.000 |
| 12:28 | 02070050055 ▸ London | 0m 15s | 0.000 | 0.000 |
| 12:28 | 02070050055 ▸ London | 1m 8s | 0.000 | 0.000 |
| 18:48 | 0012126222368 ▸ US or Canada | 0m 21s | 0.042 | 0.042 |
| 20:02 | 0014153158104 ▸ US or Canada | 2m 3s | 0.246 | 0.246 |
| 20:43 | 0012128166172 ▸ US or Canada | 0m 17s | 0.034 | 0.034 |
| 21:46 | 0012126222368 ▸ US or Canada | 0m 21s | 0.042 | 0.042 |
| Sun 24 Apr | | | | |
| 09:23 | 00441732742328 ▸ Sevenoaks | 0m 38s | 0.000 | 0.000 |
| 09:32 | 00447887573143 | 0m 3s | 0.030 | 0.000 ✔ |
| Mon 25 Apr | | | | |
| 15:48 | 0013129538264 ▸ US or Canada | 12m 12s | 1.464 | 1.464 |
| 17:23 | 00447771901443 ▸ VPN | 24m 15s | 0.000 | 0.000 |
| 17:51 | 0012126222368 ▸ US or Canada | 9m 23s | 1.126 | 1.126 |
| 19:13 | 00447785310848 | 0m 19s | 0.032 | 0.000 ✔ |
| 19:14 | 00447901547970 | 10m 30s | 1.050 | 0.000 ✔ |
| 20:13 | 00447771901443 ▸ VPN | 0m 21s | 0.000 | 0.000 |
| 21:04 | 00447771901443 ▸ VPN | 4m 14s | 0.000 | 0.000 |
| 21:12 | 00447767621632 ▸ VPN | 0m 33s | 0.000 | 0.000 |
| 21:13 | 00447795601794 ▸ VPN | 0m 35s | 0.000 | 0.000 |
| 21:14 | 00447795642569 ▸ VPN | 0m 5s | 0.000 | 0.000 |
| 21:14 | 00447901547970 | 2m 10s | 0.217 | 0.000 ✔ |
| 21:17 | Voicemail 121 | 0m 41s | 0.000 | 0.000 |
| Tue 26 Apr | | | | |
| 12:03 | 00447775368368 | 0m 7s | 0.030 | 0.000 ✔ |
| 12:03 | 00441732742328 ▸ Sevenoaks | 1m 43s | 0.000 | 0.000 |
| 12:05 | Voicemail 121 | 0m 48s | 0.000 | 0.000 |
| 14:16 | 00447939140680 | 0m 17s | 0.030 | 0.000 ✔ |
| 14:21 | Voicemail 121 | 0m 55s | 0.000 | 0.000 |
| 16:29 | 0012126222368 ▸ US or Canada | 0m 28s | 0.056 | 0.056 |
| 17:09 | 0013129532304 ▸ US or Canada | 0m 24s | 0.048 | 0.048 |
| 17:16 | 0019256990371 ▸ US or Canada | 16m 31s | 1.982 | 1.982 |

continued on the next page

# vodafone

| Mobile number | Account number | Invoice number | Date |
|---|---|---|---|
| REF: SUSHOVAN HUSSAIN | | 827392057 | 19 May 11 |

## Itemisation for ▇▇▇▇ continued

### Calls continued

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| 18:20 | 0013129532304 ▸ US or Canada | 6m 0s | 0.720 | 0.720 |
| 18:27 | 0016469326360 ▸ US or Canada | 0m 18s | 0.036 | 0.036 |
| 18:28 | 0014153702207 ▸ US or Canada | 0m 13s | 0.030 | 0.030 |
| 18:29 | Voicemail 121 | 0m 44s | 0.000 | 0.000 |
| 18:30 | 0016469326360 ▸ US or Canada | 17m 22s | 2.084 | 2.084 |
| 19:04 | 00441732742328 ▸ Sevenoaks | 0m 42s | 0.000 | 0.000 |
| 19:06 | 00447901547970 | 0m 32s | 0.054 | 0.000 ✓ |
| 19:49 | 0014153702207 ▸ US or Canada | 14m 16s | 1.712 | 1.712 |
| 20:04 | 0014153702207 ▸ US or Canada | 1m 56s | 0.232 | 0.232 |
| 20:16 | 0014153702207 ▸ US or Canada | 0m 11s | 0.030 | 0.030 |
| 21:14 | 0017198670497 ▸ US or Canada | 2m 13s | 0.266 | 0.266 |
| **Wed 27 Apr** | | | | |
| 07:20 | 00441732456214 ▸ Sevenoaks | 0m 28s | 0.000 | 0.000 |
| 09:24 | 00447795601794 ▸ VPN | 0m 23s | 0.000 | 0.000 |
| 09:54 | 00447901547970 | 6m 6s | 0.614 | 0.000 ✓ |
| 10:29 | 00447795601794 ▸ VPN | 7m 20s | 0.000 | 0.000 |
| 12:33 | 00447850349969 ▸ another network | 0m 6s | 0.030 | 0.000 ✓ |
| 12:34 | 00447795601794 ▸ VPN | 0m 22s | 0.000 | 0.000 |
| 12:38 | 00447901547970 | 0m 54s | 0.090 | 0.000 ✓ |
| 12:46 | 00447824425319 ▸ VPN | 0m 30s | 0.000 | 0.000 |
| 12:47 | 0012126225532 ▸ US or Canada | 3m 28s | 0.416 | 0.416 |
| 12:59 | 00447901547970 | 1m 17s | 0.129 | 0.000 ✓ |
| 13:01 | 00447795601794 ▸ VPN | 0m 4s | 0.000 | 0.000 |
| 13:01 | 00447824425319 ▸ VPN | 0m 10s | 0.000 | 0.000 |
| 15:02 | 00447887626551 | 13m 13s | 1.322 | 0.000 ✓ |
| 19:37 | 00447785310384 | 0m 23s | 0.039 | 0.000 ✓ |
| 20:17 | 00447785310384 | 0m 2s | 0.030 | 0.000 ✓ |
| 21:02 | 00447901547970 | 5m 27s | 0.545 | 0.000 ✓ |
| 21:08 | 07795601794 ▸ VPN | 0m 17s | 0.000 | 0.000 |
| 22:00 | 07785310384 | 0m 3s | 0.030 | 0.000 ✓ |
| 22:00 | 07785310384 | 12m 13s | 1.222 | 0.000 ✓ |
| 22:13 | Voicemail 121 | 0m 23s | 0.000 | 0.000 |
| **Thu 28 Apr** | | | | |
| 08:03 | 01732458844 ▸ Sevenoaks | 0m 17s | 0.000 | 0.000 |
| 08:58 | Voicemail 121 | 0m 43s | 0.000 | 0.000 |
| 09:46 | 118118 | 2m 16s | 3.777 | 3.777 |
| 09:51 | 02079872050 ▸ London | 3m 38s | 0.000 | 0.000 |
| 12:26 | 00441732749130 ▸ Sevenoaks | 0m 25s | 0.000 | 0.000 |
| 12:27 | 07909527604 ▸ another network | 0m 23s | 0.115 | 0.000 ✓ |
| 12:32 | 07687642696 | 0m 31s | 0.052 | 0.000 ✓ |
| 12:58 | 0012126222368 ▸ US or Canada | 0m 24s | 0.048 | 0.048 |
| 16:42 | 00447775368368 | 0m 2s | 0.030 | 0.000 ✓ |
| 16:49 | 00447775368368 | 0m 2s | 0.030 | 0.000 ✓ |
| 17:22 | 00447775368368 | 0m 3s | 0.030 | 0.000 ✓ |
| 17:23 | 00447887573143 | 1m 20s | 0.134 | 0.000 ✓ |
| 17:36 | 00447767621632 ▸ VPN | 0m 27s | 0.000 | 0.000 |
| 17:36 | 00447795601794 ▸ VPN | 4m 6s | 0.000 | 0.000 |
| 17:52 | 07887573143 | 0m 4s | 0.030 | 0.000 ✓ |
| 17:52 | 07887573143 | 2m 15s | 0.225 | 0.000 ✓ |
| 18:42 | 00447747868578 ▸ VPN | 5m 28s | 0.000 | 0.000 |
| 20:06 | 0016177216786 ▸ US or Canada | 3m 15s | 0.390 | 0.390 |
| 20:09 | 0016177216786 ▸ US or Canada | 3m 48s | 0.456 | 0.456 |
| 20:31 | 0012128240957 ▸ US or Canada | 1h 0m 34s | 7.268 | 7.268 |
| 21:33 | 0016177216786 ▸ US or Canada | 0m 3s | 0.030 | 0.030 |
| 21:34 | 0016177216786 ▸ US or Canada | 0m 7s | 0.030 | 0.030 |
| 21:40 | 0012128240958 ▸ US or Canada | 8m 5s | 0.970 | 0.970 |
| 21:48 | Voicemail 121 | 0m 2s | 0.000 | 0.000 |

### Calls continued

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| **Fri 29 Apr** | | | | |
| 15:11 | Voicemail 121 | 2m 19s | 0.000 | 0.000 |
| 15:42 | 0014155686887 ▸ US or Canada | 3m 9s | 0.378 | 0.378 |
| 15:46 | 0014155686887 ▸ US or Canada | 3m 42s | 0.444 | 0.444 |
| 17:35 | 00447767621632 ▸ VPN | 0m 38s | 0.000 | 0.000 |
| 18:05 | 0012128240966 ▸ US or Canada | 0m 28s | 0.056 | 0.056 |
| 18:06 | 0012128240966 ▸ US or Canada | 35m 11s | 4.222 | 4.222 |
| 20:00 | 0012128240966 ▸ US or Canada | 1h 39m 27s | 11.934 | 11.934 |
| 21:40 | 0016177216786 ▸ US or Canada | 8m 36s | 1.032 | 1.032 |
| 21:49 | 00447767621632 ▸ VPN | 12m 11s | 0.000 | 0.000 |
| 22:36 | 00447767621632 ▸ VPN | 0m 27s | 0.000 | 0.000 |
| 22:38 | 0012126222368 ▸ US or Canada | 0m 16s | 0.032 | 0.032 |
| 22:50 | 00447767621632 ▸ VPN | 7m 59s | 0.000 | 0.000 |
| 22:58 | 0012126222368 ▸ US or Canada | 10m 36s | 1.272 | 1.272 |
| 23:09 | Voicemail 121 | 5m 27s | 0.000 | 0.000 |
| **Sat 30 Apr** | | | | |
| 09:37 | 00441732742328 ▸ Sevenoaks | 0m 5s | 0.000 | 0.000 |
| 09:38 | 00441732742328 ▸ Sevenoaks | 0m 4s | 0.000 | 0.000 |
| 09:38 | 00441732742328 ▸ Sevenoaks | 0m 4s | 0.000 | 0.000 |
| 09:39 | 00441732742328 ▸ Sevenoaks | 0m 7s | 0.000 | 0.000 |
| 10:33 | RAC Traffic Ser | 0m 51s | 0.427 | 0.427 |
| 11:35 | RAC Traffic Ser | 1m 1s | 0.511 | 0.511 |
| 15:01 | 07887573143 | 3m 12s | 0.320 | 0.000 ✓ |
| 16:03 | 07887573143 | 0m 58s | 0.097 | 0.000 ✓ |
| 16:28 | 07887573143 | 0m 4s | 0.030 | 0.000 ✓ |
| 16:28 | 00441732742328 ▸ Sevenoaks | 0m 8s | 0.000 | 0.000 |

| | | | | |
|---|---|---|---|---|
| Total of 88 calls inside VPN | | 4h 8m 19s | £0.000 | £0.000 |
| Total of 216 other calls | | 12h 1m 35s | £79.159 | £58.311 |
| Total of 304 calls while in the UK | | 16h 9m 54s | £79.159 | £58.311 |

### Calls made while abroad

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| **In USA** ▸ Vodafone preferred network is Cingular | | | | |
| **Mon 11 Apr** | | | | |
| 14:27 | 447887573143 ▸ T-Mobile USA (Denver) | 3m 41s | 3.600 | 3.600 VAT at 0% |
| 14:33 | 447775368368 ▸ T-Mobile USA (Denver) | 0m 28s | 0.900 | 0.900 VAT at 0% |
| 16:19 | 447771920036 ▸ T-Mobile USA (Denver) | 0m 50s | 0.900 | 0.900 VAT at 0% |
| 16:21 | 447771920036 ▸ T-Mobile USA (Denver) | 0m 50s | 0.900 | 0.900 VAT at 0% |
| 16:33 | 447771920036 ▸ T-Mobile USA (Denver) | 0m 25s | 0.900 | 0.900 VAT at 0% |
| 16:37 | 447771920036 ▸ T-Mobile USA (Denver) | 0m 23s | 0.900 | 0.900 VAT at 0% |
| **Tue 12 Apr** | | | | |
| 05:13 | 447795601794 ▸ T-Mobile USA (Denver) | 0m 32s | 0.900 | 0.900 VAT at 0% |
| 05:19 | 447795601794 ▸ T-Mobile USA (Denver) | 10m 16s | 9.900 | 9.900 VAT at 0% |
| 05:38 | 447717438031 ▸ T-Mobile USA (Denver) | 0m 20s | 0.900 | 0.900 VAT at 0% |
| 05:39 | 447785508711 ▸ T-Mobile USA (Denver) | 0m 45s | 0.900 | 0.900 VAT at 0% |
| 05:40 | 447771920036 ▸ T-Mobile USA (Denver) | 0m 45s | 0.900 | 0.900 VAT at 0% |
| 06:15 | 447795601794 ▸ T-Mobile USA (Denver) | 0m 29s | 0.900 | 0.900 VAT at 0% |
| 06:15 | 441223446017 ▸ T-Mobile USA (Denver) | 2m 28s | 2.700 | 2.700 VAT at 0% |
| 09:19 | 447795601794 ▸ T-Mobile USA (Denver) | 3m 54s | 3.600 | 3.600 VAT at 0% |

continued on the back - please turn over

### Key



- ✓ Included in price plan
- ✉ Text message
- ✉ Multiple texts to the same number
- •)) Mobile browsing + data
- ▓ Weekend

MLAT_AU 00017102

## Calls continued

| time | number or description | more details | normal cost | you pay | |
|---|---|---|---|---|---|
| 10:52 | 447747868578 ▸ T-Mobile USA (Denver) | 12m 18s | 11.700 | 11.700 | VAT at 0% |
| 12:18 | 390356375310 ▸ T-Mobile USA (Denver) | 0m 50s | 1.790 | 1.790 | VAT at 0% |
| 12:19 | 447887573143 ▸ T-Mobile USA (Denver) | 2m 11s | 2.700 | 2.700 | VAT at 0% |
| 12:21 | 447887573143 ▸ T-Mobile USA (Denver) | 0m 7s | 0.900 | 0.900 | VAT at 0% |
| 12:21 | 447887573143 ▸ T-Mobile USA (Denver) | 0m 33s | 0.900 | 0.900 | VAT at 0% |
| 12:22 | 447887573143 ▸ T-Mobile USA (Denver) | 4m 47s | 4.500 | 4.500 | VAT at 0% |
| 13:21 | 447717438031 ▸ T-Mobile USA (Denver) | 0m 36s | 0.900 | 0.900 | VAT at 0% |
| 18:04 | 14153500178 ▸ T-Mobile USA (Denver) | 1m 11s | 1.800 | 1.800 | VAT at 0% |
| **Wed 13 Apr** | | | | | |
| 05:14 | 447836121121 ▸ T-Mobile USA (Denver) | 0m 7s | 0.900 | 0.900 | VAT at 0% |
| 05:14 | 447833467012 ▸ T-Mobile USA (Denver) | 1m 24s | 1.800 | 1.800 | VAT at 0% |
| 06:06 | 447795601794 ▸ T-Mobile USA (Denver) | 12m 53s | 11.700 | 11.700 | VAT at 0% |
| 06:52 | 447747868578 ▸ T-Mobile USA (Denver) | 0m 33s | 0.900 | 0.900 | VAT at 0% |
| 14:41 | 447836121121 ▸ T-Mobile USA (Denver) | 0m 30s | 0.900 | 0.900 | VAT at 0% |
| 14:43 | 13142655461 ▸ T-Mobile USA (Denver) | 0m 41s | 0.900 | 0.900 | VAT at 0% |
| 16:42 | 14159908470 ▸ T-Mobile USA (Denver) | 0m 20s | 0.900 | 0.900 | VAT at 0% |
| **Thu 14 Apr** | | | | | |
| 06:30 | 447771901443 ▸ T-Mobile USA (Denver) | 1m 31s | 1.800 | 1.800 | VAT at 0% |
| 06:32 | 447771901443 ▸ T-Mobile USA (Denver) | 3m 59s | 3.600 | 3.600 | VAT at 0% |
| 06:36 | 447850349969 ▸ T-Mobile USA (Denver) | 0m 49s | 0.900 | 0.900 | VAT at 0% |
| 06:40 | 447795601794 ▸ T-Mobile USA (Denver) | 2m 30s | 2.700 | 2.700 | VAT at 0% |
| 06:56 | 447771901443 ▸ T-Mobile USA (Denver) | 4m 55s | 4.500 | 4.500 | VAT at 0% |
| 08:02 | 447850349969 ▸ T-Mobile USA (Denver) | 3m 51s | 3.600 | 3.600 | VAT at 0% |
| 08:37 | 390356375310 ▸ T-Mobile USA (Denver) | 0m 45s | 1.790 | 1.790 | VAT at 0% |
| 08:38 | 447730781360 ▸ T-Mobile USA (Denver) | 2m 3s | 2.700 | 2.700 | VAT at 0% |
| 08:40 | 447717438031 ▸ T-Mobile USA (Denver) | 0m 37s | 0.900 | 0.900 | VAT at 0% |
| 08:41 | 447836121121 ▸ T-Mobile USA (Denver) | 0m 36s | 0.900 | 0.900 | VAT at 0% |
| 09:13 | 447795601794 ▸ T-Mobile USA (Denver) | 5m 59s | 5.400 | 5.400 | VAT at 0% |
| 10:48 | 447717438031 ▸ T-Mobile USA (Denver) | 17m 7s | 16.200 | 16.200 | VAT at 0% |
| 11:24 | 14153158104 ▸ T-Mobile USA (Denver) | 2m 11s | 2.700 | 2.700 | VAT at 0% |
| 15:01 | 12126222368 ▸ T-Mobile USA (Denver) | 0m 45s | 0.900 | 0.900 | VAT at 0% |
| 15:02 | 447836121121 ▸ T-Mobile USA (Denver) | 0m 12s | 0.900 | 0.900 | VAT at 0% |
| 16:33 | 14153158104 ▸ T-Mobile USA (Denver) | 9m 28s | 9.000 | 9.000 | VAT at 0% |
| 16:48 | 14152604958 ▸ T-Mobile USA (Denver) | 0m 33s | 0.900 | 0.900 | VAT at 0% |
| 16:53 | 14153702207 ▸ T-Mobile USA (Denver) | 0m 26s | 0.900 | 0.900 | VAT at 0% |
| Total of 47 calls made while abroad | | 2h 3m 26s | | | |
| | | | £132.280 | | |
| | | | | £132.280 | |

### Calls received while abroad

| time | number or description | more details | normal cost | you pay | |
|---|---|---|---|---|---|
| In USA ▸ Vodafone preferred network is Cingular | | | | | |
| **Mon 11 Apr** | | | | | |
| 16:39 | Incoming Call ▸ T-Mobile USA (Denver) | 1m 46s | 1.500 | 1.500 | VAT at 0% |

## Calls continued

| time | number or description | more details | normal cost | you pay | |
|---|---|---|---|---|---|
| 19:48 | Incoming Call ▸ T-Mobile USA (Denver) | 2m 34s | 2.250 | 2.250 | VAT at 0% |
| **Tue 12 Apr** | | | | | |
| 08:05 | Incoming Call ▸ T-Mobile USA (Denver) | 7m 6s | 6.000 | 6.000 | VAT at 0% |
| 08:38 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 35s | 0.750 | 0.750 | VAT at 0% |
| 10:12 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 31s | 0.750 | 0.750 | VAT at 0% |
| 10:38 | Incoming Call ▸ T-Mobile USA (Denver) | 1m 24s | 1.500 | 1.500 | VAT at 0% |
| 10:49 | Incoming Call ▸ T-Mobile USA (Denver) | 2m 45s | 2.250 | 2.250 | VAT at 0% |
| 11:19 | Incoming Call ▸ T-Mobile USA (Denver) | 3m 7s | 3.000 | 3.000 | VAT at 0% |
| 11:24 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 21s | 0.750 | 0.750 | VAT at 0% |
| 11:24 | Incoming Call ▸ T-Mobile USA (Denver) | 4m 19s | 3.750 | 3.750 | VAT at 0% |
| 11:37 | Incoming Call ▸ T-Mobile USA (Denver) | 3m 30s | 3.000 | 3.000 | VAT at 0% |
| 13:42 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 18s | 0.750 | 0.750 | VAT at 0% |
| 13:42 | Incoming Call ▸ T-Mobile USA (Denver) | 10m 59s | 8.250 | 8.250 | VAT at 0% |
| 14:53 | Incoming Call ▸ T-Mobile USA (Denver) | 1m 3s | 1.500 | 1.500 | VAT at 0% |
| 15:13 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 35s | 0.750 | 0.750 | VAT at 0% |
| 18:08 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 22s | 0.750 | 0.750 | VAT at 0% |
| **Wed 13 Apr** | | | | | |
| 03:55 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 11s | 0.750 | 0.750 | VAT at 0% |
| 06:02 | Incoming Call ▸ T-Mobile USA (Denver) | 3m 23s | 3.000 | 3.000 | VAT at 0% |
| 06:58 | Incoming Call ▸ T-Mobile USA (Denver) | 7m 16s | 6.000 | 6.000 | VAT at 0% |
| 07:12 | Incoming Call ▸ T-Mobile USA (Denver) | 2m 24s | 2.250 | 2.250 | VAT at 0% |
| 08:45 | Incoming Call ▸ T-Mobile USA (Denver) | 1m 0s | 0.750 | 0.750 | VAT at 0% |
| 08:47 | Incoming Call ▸ T-Mobile USA (Denver) | 12m 46s | 9.750 | 9.750 | VAT at 0% |
| 10:32 | Incoming Call ▸ T-Mobile USA (Denver) | 12m 6s | 9.750 | 9.750 | VAT at 0% |
| 11:11 | Incoming Call ▸ T-Mobile USA (Denver) | 5m 30s | 4.500 | 4.500 | VAT at 0% |
| 11:26 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 49s | 0.750 | 0.750 | VAT at 0% |
| 11:34 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 29s | 0.750 | 0.750 | VAT at 0% |
| 13:09 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 55s | 0.750 | 0.750 | VAT at 0% |
| 14:45 | Incoming Call ▸ T-Mobile USA (Denver) | 8m 8s | 6.750 | 6.750 | VAT at 0% |
| **Thu 14 Apr** | | | | | |
| 06:47 | Incoming Call ▸ T-Mobile USA (Denver) | 3m 11s | 3.000 | 3.000 | VAT at 0% |
| 07:06 | Incoming Call ▸ T-Mobile USA (Denver) | 8m 26s | 6.750 | 6.750 | VAT at 0% |
| 08:41 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 26s | 0.750 | 0.750 | VAT at 0% |
| 08:47 | Incoming Call ▸ T-Mobile USA (Denver) | 1m 33s | 1.500 | 1.500 | VAT at 0% |
| 08:51 | Incoming Call ▸ T-Mobile USA (Denver) | 1m 45s | 1.500 | 1.500 | VAT at 0% |
| 09:31 | Incoming Call ▸ T-Mobile USA (Denver) | 2m 27s | 2.250 | 2.250 | VAT at 0% |
| 09:44 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 54s | 0.750 | 0.750 | VAT at 0% |
| 10:15 | Incoming Call ▸ T-Mobile USA (Denver) | 1m 23s | 1.500 | 1.500 | VAT at 0% |
| 11:06 | Incoming Call ▸ T-Mobile USA (Denver) | 10m 22s | 8.250 | 8.250 | VAT at 0% |
| 11:36 | Incoming Call ▸ T-Mobile USA (Denver) | 0m 33s | 0.750 | 0.750 | VAT at 0% |
| 11:38 | Incoming Call ▸ T-Mobile USA (Denver) | 9m 9s | 7.500 | 7.500 | VAT at 0% |
| 11:59 | Incoming Call ▸ T-Mobile USA (Denver) | 17m 46s | 13.500 | 13.500 | VAT at 0% |
| 12:35 | Incoming Call ▸ T-Mobile USA (Denver) | 3m 57s | 3.000 | 3.000 | VAT at 0% |
| 15:07 | Incoming Call ▸ T-Mobile USA (Denver) | 1m 23s | 1.500 | 1.500 | VAT at 0% |
| 15:08 | Incoming Call ▸ T-Mobile USA (Denver) | 32m 31s | 24.750 | 24.750 | VAT at 0% |
| 16:02 | Incoming Call ▸ T-Mobile USA (Denver) | 7m 12s | 6.000 | 6.000 | VAT at 0% |
| 16:56 | Incoming Call ▸ T-Mobile USA (Denver) | 1m 27s | 1.500 | 1.500 | VAT at 0% |
| Total of 45 calls received while abroad | | 3h 20m 37s | | | |
| | | | £168.000 | | |
| | | | | £168.000 | |

## Total of calls £358.591

## Messaging, mobile browsing + data

### Messaging, mobile browsing + data sent while in the UK

| time | number or description | more details | normal cost | you pay | |
|---|---|---|---|---|---|
| **Fri 1 Apr** | | | | | |
| - | ›))WAP | 5.704MB | 0.000 | 0.000 | |
| - | ✉447887573143 | 5 texts | 0.510 | 0.000 | ✔ |
| **Sat 2 Apr** | | | | | |
| - | ›))WAP | 12.102MB | 0.000 | 0.000 | |
| - | ✉447775366368 | 13 texts | 1.326 | 0.000 | ✔ |

continued on the next page

**vodafone**

| Mobile number | Account number | Invoice number | Date |
|---|---|---|---|
| [redacted] REF: SUSHOVAN HUSSAIN | [redacted] | 827392057 | 19 May 11 |

## Itemisation for [redacted] continued

### Messaging, mobile browsing + data continued

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| **Sun 3 Apr** | | | | |
|  | ·))) WAP | 14.274MB | 0.000 | 0.000 |
| 11:48 | ✉ 447795601794 | 1 text | 0.102 | 0.000 ✓ |
|  | ✉ 447795642569 | 4 texts | 0.408 | 0.000 ✓ |
| **Mon 4 Apr** | | | | |
|  | ·))) WAP | 22.665MB | 0.000 | 0.000 |
|  | ✉ 447775368368 | 4 texts | 0.408 | 0.000 ✓ |
|  | ✉ 447795642569 | 5 texts | 0.510 | 0.000 ✓ |
| 15:50 | ✉ 14153702207 | 1 text | 0.204 | 0.204 |
| 17:31 | ✉ 447717438031 | 1 text | 0.102 | 0.000 ✓ |
|  | ✉ 447939140880 | 5 texts | 0.510 | 0.000 ✓ |
| 18:00 | ✉ 447771920036 | 1 text | 0.102 | 0.000 ✓ |
|  | ✉ 447767623740 | 2 texts | 0.204 | 0.000 ✓ |
| 19:51 | ✉ 16138501677 | 1 text | 0.204 | 0.204 |
| **Tue 5 Apr** | | | | |
|  | ·))) WAP | 6.867MB | 0.000 | 0.000 |
|  | ✉ 447887573143 | 7 texts | 0.714 | 0.000 ✓ |
| **Wed 6 Apr** | | | | |
|  | ·))) WAP | 13.677MB | 0.000 | 0.000 |
|  | ✉ 447767621632 | 2 texts | 0.204 | 0.000 ✓ |
|  | ✉ 447887573143 | 2 texts | 0.204 | 0.000 ✓ |
| **Thu 7 Apr** | | | | |
|  | ·))) WAP | 7.881MB | 0.000 | 0.000 |
|  | ✉ 447887573143 | 7 texts | 0.714 | 0.000 ✓ |
|  | ✉ 14153702207 | 2 texts | 0.408 | 0.408 |
|  | ✉ 447795601794 | 2 texts | 0.204 | 0.000 ✓ |
| **Fri 8 Apr** | | | | |
|  | ·))) WAP | 6.784MB | 0.000 | 0.000 |
|  | ✉ 447767621632 | 2 texts | 0.204 | 0.000 ✓ |
|  | ✉ 447887573143 | 4 texts | 0.408 | 0.000 ✓ |
|  | ✉ 447771901443 | 2 texts | 0.204 | 0.000 ✓ |
|  | ✉ 447795601794 | 2 texts | 0.204 | 0.000 ✓ |
| 17:32 | ✉ 447771920036 | 1 text | 0.102 | 0.000 ✓ |
| **Sat 9 Apr** | | | | |
|  | ·))) WAP | 7.036MB | 0.000 | 0.000 |
|  | ✉ 447887573143 | 4 texts | 0.408 | 0.000 ✓ |
|  | ✉ 447771920036 | 6 texts | 0.612 | 0.000 ✓ |
| **Sun 10 Apr** | | | | |
|  | ·))) WAP | 3.906MB | 0.000 | 0.000 |
|  | ✉ 447887573143 | 8 texts | 0.816 | 0.000 ✓ |
| **Mon 11 Apr** | | | | |
|  | ·))) WAP | 4.713MB | 0.000 | 0.000 |
|  | ✉ 447887573143 | 8 texts | 0.816 | 0.000 ✓ |
|  | ✉ 447771920036 | 7 texts | 0.714 | 0.000 ✓ |
|  | ✉ 447775368368 | 8 texts | 0.816 | 0.000 ✓ |
| **Tue 12 Apr** | | | | |
|  | ✉ 447717438031 | 2 texts | 0.204 | 0.000 ✓ |
|  | ✉ 447939140880 | 2 texts | 0.204 | 0.000 ✓ |
|  | ✉ 447887573143 | 4 texts | 0.408 | 0.000 ✓ |
|  | ✉ 447795601794 | 2 texts | 0.204 | 0.000 ✓ |
|  | ✉ 447775368368 | 3 texts | 0.306 | 0.000 ✓ |
| 23:20 | ✉ 447767621632 | 1 text | 0.102 | 0.000 ✓ |
| **Wed 13 Apr** | | | | |
|  | ✉ 447747868578 | 3 texts | 0.306 | 0.000 ✓ |
| 16:39 | ✉ 447767621632 | 1 text | 0.102 | 0.000 ✓ |
| 17:01 | ✉ 447771901443 | 1 text | 0.102 | 0.000 ✓ |

### Messaging, mobile browsing + data continued

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| 20:39 | ✉ 447795601794 | 1 text | 0.102 | 0.000 ✓ |
| **Thu 14 Apr** | | | | |
| 03:36 | ✉ 447887573143 | 1 text | 0.102 | 0.000 ✓ |
| 23:46 | ✉ 447771901443 | 1 text | 0.102 | 0.000 ✓ |
| **Fri 15 Apr** | | | | |
|  | ·))) WAP | 7.261MB | 0.000 | 0.000 |
|  | ✉ 447887573143 | 10 texts | 1.020 | 0.000 ✓ |
|  | ✉ 447775368368 | 3 texts | 0.306 | 0.000 ✓ |
| 13:08 | ✉ 447717438031 | 1 text | 0.102 | 0.000 ✓ |
| 13:18 | ✉ 447747868578 | 1 text | 0.102 | 0.000 ✓ |
| **Sat 16 Apr** | | | | |
|  | ·))) WAP | 12.260MB | 0.000 | 0.000 |
| **Sun 17 Apr** | | | | |
|  | ·))) WAP | 2.870MB | 0.000 | 0.000 |
|  | ✉ 447767621632 | 2 texts | 0.204 | 0.204 |
|  | ✉ 447788708574 | 2 texts | 0.204 | 0.204 |
| **Mon 18 Apr** | | | | |
|  | ·))) WAP | 31.085MB | 0.000 | 0.000 |
|  | ✉ 447887573143 | 5 texts | 0.510 | 0.510 |
|  | ✉ 14156095114 | 2 texts | 0.408 | 0.408 |
| 18:14 | ✉ 13129532304 | 1 text | 0.204 | 0.204 |
| 18:15 | ✉ 447887642054 | 1 text | 0.102 | 0.102 |
| 18:16 | ✉ 13129538264 | 1 text | 0.204 | 0.204 |
| **Tue 19 Apr** | | | | |
|  | ·))) WAP | 3.710MB | 0.000 | 0.000 |
| 10:18 | ✉ 447887642054 | 1 text | 0.102 | 0.102 |
| **Wed 20 Apr** | | | | |
|  | ·))) WAP | 15.617MB | 0.000 | 0.000 |
| 14:02 | ✉ 447775368368 | 1 text | 0.102 | 0.102 |
| **Thu 21 Apr** | | | | |
|  | ·))) WAP | 10.971MB | 0.000 | 0.000 |
|  | ✉ 447887573143 | 5 texts | 0.510 | 0.510 |
| **Fri 22 Apr** | | | | |
|  | ·))) WAP | 4.468MB | 0.000 | 0.000 |
| **Sat 23 Apr** | | | | |
|  | ·))) WAP | 16.613MB | 0.000 | 0.000 |
|  | ✉ 447887573143 | 3 texts | 0.306 | 0.306 |
| 17:42 | ✉ 447797882526 | 1 text | 0.102 | 0.102 |
| **Sun 24 Apr** | | | | |
|  | ·))) WAP | 3.590MB | 0.000 | 0.000 |
| 17:50 | ✉ 447767621632 | 1 text | 0.102 | 0.102 |
| **Mon 25 Apr** | | | | |
|  | ·))) WAP | 12.196MB | 0.000 | 0.000 |
| 14:53 | ✉ 447785310384 | 1 text | 0.102 | 0.102 |
| **Tue 26 Apr** | | | | |
|  | ·))) WAP | 6.633MB | 0.000 | 0.000 |
| 19:14 | ✉ 447901547970 | 1 text | 0.102 | 0.102 |
| **Wed 27 Apr** | | | | |
|  | ·))) WAP | 9.036MB | 0.000 | 0.000 |
| 22:16 | ✉ 447767621632 | 1 text | 0.102 | 0.102 |
| **Thu 28 Apr** | | | | |
|  | ·))) WAP | 8.470MB | 0.000 | 0.000 |
|  | ✉ 447775368368 | 3 texts | 0.306 | 0.306 |
|  | ✉ 447887573143 | 2 texts | 0.204 | 0.204 |



**Key**
- ✓ Included in price plan
- ✉ Text message
- ✉ Multiple texts to the same number
- ·))) Mobile browsing + data
- ▨ Weekend

continued on the back - please turn over

## Messaging, mobile browsing + data continued

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| Fri 29 Apr | | | | |
| - | ·))WAP | 7.660MB | 0.000 | 0.000 |
| 17:52 | ✉447787640699 | 1 text | 0.102 | 0.102 |
| Sat 30 Apr | | | | |
| - | ·))WAP | 31.902MB | 0.000 | 0.000 |
| 09:36 | ✉447797882526 | 1 text | 0.102 | 0.102 |
| - | ✉447897573143 | 9 texts | 0.918 | 0.918 |
| 17:10 | ✉447787640699 | 1 text | 0.102 | 0.102 |
| Total of 200 texts and 27 mobile browsing + data charges sent while in the UK | | | £21.216 | £5.916 |

## Messaging, mobile browsing + data sent while abroad

| time | number or description | more details | normal cost | you pay |
|---|---|---|---|---|
| In USA ► Vodafone preferred network is Cingular | | | | |
| Mon 11 Apr | | | | |
| - | ·))WAP ► T-Mobile USA | 4.544MB | 15.000 | 15.000 VAT at 0% |
| - | ·))WAP ► T-Mobile USA | 139.764KB | 0.000 | 0.000 VAT at 0% |
| - | ✉447785016005 ► T-Mobile USA (Denver) | 23 texts | 8.050 | 8.050 VAT at 0% |
| Tue 12 Apr | | | | |
| - | ·))WAP ► T-Mobile USA | 5.054MB | 30.000 | 30.000 VAT at 0% |
| - | ·))WAP ► T-Mobile USA | 390.348KB | 0.000 | 0.000 VAT at 0% |
| - | ✉447785016005 ► T-Mobile USA (Denver) | 12 texts | 4.200 | 4.200 VAT at 0% |
| Wed 13 Apr | | | | |
| - | ·))WAP ► T-Mobile USA | 7.064MB | 45.000 | 45.000 VAT at 0% |
| - | ·))WAP ► T-Mobile USA | 3.732MB | 0.000 | 0.000 VAT at 0% |
| - | ✉447785016005 ► T-Mobile USA (Denver) | 7 texts | 2.450 | 2.450 VAT at 0% |
| Thu 14 Apr | | | | |
| - | ·))WAP ► T-Mobile USA | 4.339MB | 30.000 | 30.000 VAT at 0% |
| - | ·))WAP ► T-Mobile USA | 691.915KB | 0.000 | 0.000 VAT at 0% |
| - | ✉447785016005 ► T-Mobile USA (Denver) | 3 texts | 1.050 | 1.050 VAT at 0% |
| Total of 45 texts and 8 mobile browsing + data charges sent while abroad | | | £135.750 | £135.750 |

## Total of messaging, mobile browsing + data    £141.666

Total usage for ▮▮▮▮▮▮▮▮▮    £500.257