PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, <br><br> Defendants. | Case No. CR 18-577 CRB <br><br> STIPULATION AND [~~PROPOSED~~] ORDER |

## STIPULATION

WHEREAS, the following motions are presently set for hearing on November 8, 2023:

- ECF No. 217:  Defendant Stephen Chamberlain's Motion to Dismiss Counts One Through Fifteen and Count Seventeen as Time-Barred and for Preindictment Delay
- ECF No. 218:  Defendant Michael Richard Lynch's Motion to Dismiss Counts One Through Sixteen of the Superseding Indictment
- ECF No. 219:  Defendant Michael Richard Lynch's Motion to Dismiss Count Seventeen of the Superseding Indictment

- ECF No. 220:  Defendant Stephen Chamberlain's Motion to Compel the Government to Secure the Trial Attendance of Rob Knight or, in the Alternative, to Issue a Rule 15 Order for Deposition
- ECF No. 221:  Defendant Michael Richard Lynch's Motion 1) to Dismiss Counts One Through Sixteen, and Certain Objects of Count Seventeen, of the Superseding Indictment as Time-Barred and 2) for Discovery
- ECF No. 222:  Defendant Stephen Chamberlain's Joinder and Motion to Dismiss Count 17 of the Superseding Indictment
- ECF No. 223:  Defendant Stephen Chamberlain's Joinder in Defendant Michael Lynch's Motion to Dismiss Counts One Through Sixteen
- ECF No. 224:  United States' Motion for Foreign Depositions Under Rule 15 of the Federal Rules of Criminal Procedure
- ECF No. 229: Defendant Michael Richard Lynch's Joinder in Defendant Stephen Chamberlain's Motion to Dismiss Counts One Through Fifteen and Count Seventeen as Time-Barred and for Preindictment Delay.

WHEREAS, in order to accommodate scheduling conflicts of the parties and to maintain the current pretrial schedule, the parties have met and conferred and respectfully request that the Court calendar ECF Nos. 220 and 224 for November 3, 2023, and the remaining motions for November 29, 2023;

WHEREAS, the parties further believe that a brief extension of time, to October 24, 2023, to file reply briefs to the pending motions is appropriate;

THEREFORE, the parties, through their counsel and subject to the Court's approval, respectfully request that the hearing on ECF Nos. 220 and 224 be continued to November 3, 2023, at 10 a.m. by Zoom; that the hearing on ECF Nos. 217, 218, 219, 221, 222, 223, and 229 be continued November 29, 2023, at 1:30 in person; and that the deadline to file reply briefs with respect to ECF Nos. 217, 218, 219, 220, 221, 222, 223, 224, and 229 be continued to October 24, 2023.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: October 18, 2023 | PATRICK D. ROBBINS<br>Attorney for the United States Attorney<br>Acting Under Authority Conferrred by<br>28 U.S.C. § 515 |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____<br>ROBERT S. LEACH |
| 5 | | ADAM A. REEVES<br>Assistant United States Attorneys |
| 6 | | |
| 7 | DATED: October 18, 2023 | STEPTOE & JOHNSON LLP |
| 8 | | |
| 9 | | By: _____/s/_____<br>REID H. WEINGARTEN |
| 10 | | JONATHAN MATTHEW BAUM<br>BRIAN M. HEBERLIG |
| 11 | | MICHELLE L. LEVIN<br>NICHOLAS PAUL SILVERMAN |
| 12 | | Attorneys for Defendant<br>Michael Richard Lynch |
| 13 | | |
| 14 | DATED: October 18, 2023 | CLIFFORD CHANCE US LLP |
| 15 | | By: _____/s/_____ |
| 16 | | CHRISTOPHER J. MORVILLO<br>CELESTE KOELEVELD |
| 17 | | DANIEL SILVER<br>Attorneys for Defendant |
| 18 | | Michael Richard Lynch |
| 19 | | |
| 20 | DATED: October 18, 2023 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,<br>DROOKS, LINCENBERG & RHOW, P.C. |
| 21 | | |
| 22 | | By: _____/s/_____<br>GARY S. LINCENBERG |
| 23 | | RAY S. SEILIE<br>MICHAEL C. LANDMAN |
| 24 | | Attorneys for Defendant Stephen Keith Chamberlain |

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause shown, the Court ORDERS that the hearing on ECF Nos. 220 and 224 be continued to November 3, 2023, at 10 a.m. by Zoom; that the hearing on ECF Nos. 217, 218, 219, 221, 222, 223, and 229 be continued to November 29, 2023, at 1:30 p.m. in person; and that the deadline to file reply briefs with respect to ECF Nos. 217, 218, 219, 220, 221, 222, 223, 224, and 229 be continued to October 24, 2023.

IT IS SO ORDERED.

Date: October 19, 2023

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE