# EXHIBIT 1

Mr Stephen Chamberlain



| 402 Mr Stephen Chamberlain | | | | Autonomy Systems Limited | |
|---|---|---|---|---|---|
| NI Letter & No : A NY259974B | Tax Code : K951 M1 | Pay By : BACS | | Date : 31 Oct 2011 | Period : 7 |
| Description | Rate | Units | | This Period | This Year |
| Salary | | | | 11,666.67 | 81,666.69 |
| Bonus | | | | | 60,000.00 |
| Share Options | | | | 1,111,975.82 | 1,111,975.82 |
| Share Options Adj | | | | (153,452.66) | (154,059.71) |
| Blinkx Share Options | | | | | 4,398.89 |
| | | | Total | 970,189.83 | |
| Tax | | | | 483,658.16 | 541,026.65 |
| National Insurance | | | | 22,754.61 | 27,133.13 |
| Pension Contribs. | | | | 933.33 | 6,533.31 |
| Advance | | | | | 1,850.00 |
| PMI | | | | 37.62 | 263.34 |
| Capital (Gain) Or Loss | | | | (4,016.24) | (4,060.52) |
| Taxable pay to date £1103981.69 | | | Total | 503,367.48 | |
| | | | Net Pay | 466,822.35 | |

Ers NIC TP : 154,981.37
Ers NIC YTD : 173,040.68
Employers Pension TP : 350.00
Employers Pension YTD : 2,450.00
Tax District : CAMBRIDGE TSO
Tax Reference : 126/A214

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-01642009**