# EXHIBIT 5

 1            "Happy day... Now we use Discover as a forcing
 2    function."
 3            Then he forwards an email from Mr Lucini which is
 4    referring to notes from a meeting. Then it says
 5    underneath that:
 6            "We will followup actions for Discover."
 7            The first question I have on this is Discover was an
 8    internal HP event, is that right?
 9  A. No, it is -- Discover is a customer event.
10  Q. But an HP event for customers?
11  A. Correct.
12  Q. Thank you.
13            If we then go to {K25/405.02/1}.
14  A. We don't have that either.
15  Q. Right. It should be on the screen now. This is the
16    notes of the meeting which were attached to that earlier
17    email we saw. If we can just go to page 2
18    {K25/405.02/2}, you will see that it lists the various
19    participants in the meeting, including Mr Veghte,
20    Dr Menell, Mr Gallagher, Mr Blanchflower, Mr Kanter and
21    Mr Lucini. Then over the page you will see that it
22    talks about -- it says "Immediate deliverables" and the
23    idea is that it would be possible essentially to use
24    connectors which would enable Vertica then to make use
25    of information from other products, other repositories.

                                    41

 1    But this wasn't concerned with, as it were, a full
 2    integration of Vertica and IDOL into a unified platform,
 3    is it?
 4  A. So I'm not exactly sure what they're driving at here,
 5    but when we decided not to integrate Vertica into
 6    Autonomy, in large part because there was a significant
 7    revolt among the Vertica management team to work for
 8    Mike, because of his autocratic leadership style and the
 9    fact that they really had a reaction to Mike and his
10    leadership style, we did not give up on the vision of
11    structured and unstructured data and putting it
12    together. What it seems like this document is, is
13    a meeting in May after we had decided not to integrate
14    Vertica into Autonomy and it is the beginning, or the
15    middle, or some portion of how these two organisations
16    were going to bring their technology together to realise
17    the vision. That's my understanding of this document.
18  Q. But in fact, I think you agreed earlier on, HP never
19    succeeded in creating the unified platform that had been
20    envisaged by Mr Apotheker, did it? It never brought
21    together IDOL and Vertica into a unified product?
22  A. So, I don't know what exactly happened between Vertica
23    and Autonomy after Mike left. I don't know what
24    happened to this notion of these two things in this
25    document. But I know in May of this year, evidently the

                                    42

 1    teams were working together to try to realise that
 2    vision. And this is May I think, is that right?
 3  Q. Yes. But it never in fact happened, did it? They never
 4    created a unified product?
 5  A. You know, I don't actually know what happened after this
 6    meeting. But this looks like a pretty good start to me.
 7  Q. Well, if you don't know, you don't know. Do you know --
 8    you're not able to say that the Autonomy product, IDOL,
 9    and the Vertica product were ever put together into an
10    integrated solution?
11  A. Not that I know of, but there were a lot of events that
12    transpired between this and, you know, say a year from
13    this timeframe.
14  Q. You were the CEO of this company. You would have known,
15    because it would have been a big launch, if such
16    a product had been developed, wouldn't you?
17  A. I don't know whether it was.
18  Q. Well, you would expect to know, wouldn't you? You would
19    have been behind the launch of it?
20  A. I would have expected to know, but what I will tell you
21    is -- and you know this -- is the events post earnings
22    in May, the report of the whistleblower, the
23    investigation and the announcement of the accounting
24    improprieties and other challenges with Autonomy, may
25    have -- this may have been overtaken by events.

                                    43

 1  Q. You've just given a whole list of things but not
 2    answered my question. You would expect to know,
 3    wouldn't you, if there had been a launch of a unified
 4    Autonomy/Vertica product; you would have expected to
 5    know that?
 6  A. I would have expected to know that, that's correct.
 7  Q. And you do not recall, you've got no evidence that any
 8    such product ever was launched, have you?
 9  A. Not that I recall, no.
10  MR MILES: Thank you.
11            My Lord, is that a good moment for a break?
12  MR JUSTICE HILDYARD: Yes. We'll have one of our five,
13    sometimes ten-minute breaks.
14  (11.39 am)
15                    (A short break)
16  (11.54 am)
17  MR MILES: Ms Whitman, HP's first quarter 2012 ended on
18    31 January, didn't it, 2012?
19  A. That's correct.
20  Q. We've already seen -- perhaps we'll have another look at
21    this at {K25/159/4}, in the third bullet point, that
22    with the exception of HPFS, the Q1 results for business
23    groups were below budget across the board, so every unit
24    except HPFS came out under budget?
25  A. That's correct.

                                    44