# EXHIBIT 13

**HP PRIVATE**



# Autonomy

October, 2012

© Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice

1

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP PRIVATE
# Executive Summary

### Background

Constructed 10-yr DCF model for purposes of HP annual forecasting process and annual goodwill impairment analysis in Q4 FY'12

### Approach

1.  Start with "re-baseline" financials.  Adjustments to revenue, profit, margins, and growth
2.  Build model by product category (Power, Promote, Protect).  Account for current state of portfolio and respective market growth
3.  Grow revenue mix and margins by revenue type (license, SaaS, support, PS)
4.  Create multiple scenarios and sensitivities
5.  Compare DCF back to original IRB valuation

### Key Takeaways

- Base case P&L assumes 10-yr revenue CAGR of 7% and long-term operating margins of 29%.  Implied valuation of $1.6-3.5B*
- Valuation is highly sensitive to management's beliefs/confidence in speed of recovery and future growth potential, including:
    - a.  Growth of Power/IDOL – technology, product, service, or platform
    - b.  Ability to stabilize and ultimately grow largest product category, Protect
    - c.  HP's ability to capture growth potential in Promote category
    - d.  Ability to capture overall synergy potential



2    © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.
*difference between 10% and 15% WACC

FOIA CONFIDENTIAL TREATMENT REQUESTED                    HP-SEC-00849835



# Re-Baseline Impact
### Significantly lower revenue, license decline, profit, and profitability

HP PRIVATE

**Total Revenue**

| | 2010 | 2011 |
|---|---|---|
| $ Delta | (192) | (214) |
| % Delta | -22% | -22% |
| Growth | 14% | 14% |

**License Revenue**

| | 2010 | 2011 |
|---|---|---|
| $ Delta | (201) | (245) |
| % Delta | -39% | -44% |
| Growth | 7% | -2% |

**Operating Profit (as reported)**

| | 2010 | 2011 |
|---|---|---|
| $ Delta | (70) | (79) |
| % Delta | -22% | -33% |
| Growth | -24% | -35% |
| OP% Orig | 36% | 24% |
| OP% Re-Base | 36% | 21% |
| OP% Orig (no amort) | 40% | 26% |
| OP% Re-B (no amort) | 42% | 25% |

3   (c) Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.
Includes inorganic impact from M&A, proforma full year for 2011

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00849836

**HP PRIVATE**
# Re-Baseline Revenue Profile

## Revenue Type



## Product Portfolio



- Good SaaS revenue stream, but low gross margins
- License revenue declined past 2 years
- Prof'l Services is highly unprofitable, working through red accounts
- Opportunity to increase Support revenue; low attach rates

 ■ **Protect** (74% of revenue): Generally flat market opportunity and highly competitive market; Working through integration issues

 ■ **Promote** (18% of revenue): Product enhancements required to capitalize on growing market

 ■ **Power (IDOL)** (8% of revenue): Potential huge opportunity; Still assessing technology; Requires sales strategy alignment

4   © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-00849837**

**HP PRIVATE**

# Key Model Assumptions

| | | Description | '12–'22 CAGR | FY22 Operating Margin | DCF Value at 10% WACC (IRB Rate) | DCF Value at 15% WACC (New Rate) |
|---|---|---|---|---|---|---|
| Current Projections | Very Aggressive | • IDOL becomes a platform, growing to >$1B of revenues by 2022<br>• Promote and Protect grow at 2x market | 17% | 35% | $8.3B | $3.5B |
| | Aggressive | • Power revenues grow ~20% annually<br>• Promote grows at 2x IDC market forecast<br>• Protect grows at ~1.5x IDC market forecast | 12% | 30% | $5.6B | $2.4B |
| | Growth | • Power grows in the mid-teens<br>• Protect and Promote grow with IDC market forecast | 9% | 29% | $4.2B | $1.9B |
| | Base Case | • Power grows at 2x market<br>• Promote grows at market<br>• Protect new customer bookings below market | 7% | 29% | $3.5B | $1.6B |
| | Downside | • Power grows half as fast as market<br>• Promote new customer bookings are 3%<br>• Protect new customer bookings are flat | 3% | 25% | $2.3B | $1.1B |
| IRB | | • Standalone | 11% | 44% | $9.5B | NA |
| | | • IRB with Synergies | 19% | 41% | $17.1B | NA |

DCF values for Current Projections calculated by Duff & Phelps

For IRB case, CAGR is for '11–'21, and operating margin is for FY21

$   © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED   HP-SEC-00849838



**HP PRIVATE**

# Base Case Comparison to Original IRB Valuation

| | | Description |
|---|---|---|
| A. | • | No explicit incremental synergies assumed with IPG, EG, or SW |
| B. | • | DCF impact of $214M lower revenue in FY11 |
| | • | Adjust for HW resale, SaaS to license conversions, other revenue adj. |
| C. | • | Reflects overweight mix of Protect (74% of revenue) vs. Power & Promote |
| | • | Accounts for license decline since 2011 |
| D. | • | Reflects re-baselined FY11 margins of 25% |
| | • | Accounts for higher mix of SaaS and previous under-investments |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00849839

**HP PRIVATE**



# Backup

© Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice

FOIA CONFIDENTIAL TREATMENT REQUESTED   HP-SEC-00849840

**HP PRIVATE**
# Base Case P&L

| | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $732 | $773 | $833 | $888 | $945 | $1,004 | $1,068 | $1,137 | $1,210 | $1,287 | $1,369 |
| Growth rate | -6% | 6% | 8% | 7% | 6% | 6% | 6% | 6% | 6% | 6% | 6% |
| Gross profit | 576 | 495 | 581 | 646 | 711 | 775 | 845 | 902 | 963 | 1,027 | 1,095 |
| Sales | 122 | 151 | 183 | 204 | 227 | 241 | 256 | 273 | 290 | 309 | 329 |
| Marketing | 51 | 62 | 58 | 53 | 47 | 50 | 53 | 57 | 61 | 64 | 68 |
| R&D | 165 | 79 | 100 | 120 | 142 | 151 | 160 | 171 | 182 | 193 | 205 |
| G&A | 125 | 87 | 83 | 80 | 76 | 70 | 75 | 80 | 85 | 90 | 96 |
| Total operating costs | 463 | 378 | 425 | 457 | 491 | 512 | 545 | 580 | 617 | 657 | 698 |
| **Operating profit** | $114 | $117 | $156 | $189 | $220 | $263 | $301 | $322 | $346 | $370 | $396 |
| Gross margin | 79% | 64% | 70% | 73% | 75% | 77% | 79% | 79% | 80% | 80% | 80% |
| Sales as a % of revenue | 17% | 19% | 22% | 23% | 24% | 24% | 24% | 24% | 24% | 24% | 24% |
| Marketing as a % of revenue | 7% | 8% | 7% | 6% | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| R&D as a % of revenue | 23% | 10% | 12% | 14% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| G&A as a % of revenue | 17% | 11% | 10% | 9% | 8% | 7% | 7% | 7% | 7% | 7% | 7% |
| Operating margin | 16% | 15% | 19% | 21% | 23% | 26% | 28% | 28% | 29% | 29% | 29% |

8   © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.
Re-baselined financials.  FY13–22 restated cost structure



FOIA CONFIDENTIAL TREATMENT REQUESTED

**HP PRIVATE**
# Benchmarks Data

Current financial forecast is in line with industry benchmarks

|  | Autonomy 2016 | Autonomy 2022 | SaaS Average | Perpetual Average |
|---|---|---|---|---|
| Revenue Growth Rate | 6.6% | 6.4% | 30.8% | 8.1% |
| License Gross Margin | 98.0% | 98.0% | NM | 95.3% |
| Hosting Gross Margin | 60.0% | 75.0% | 85.0% | NM |
| Maintenance & Prof Services Gross Margin | 67.3% | 71.5% | NM | 75.9% |
| Operating Margin | 21.2% | 28.9% | 2.0% | 26.5% |
| Sales & Marketing % of Revenues | 29.0% | 29.0% | 43.3% | 29.3% |
| R&D % of Revenues | 13.5% | 15.0% | 17.0% | 14.6% |
| G&A % of Revenues | 9.0% | 7.0% | 14.0% | 7.0% |

Comparable financial data adjusted for stock-based compensation and amortization of intangibles.
SaaS companies: DemandTec, LivePerson, NetSuite, Rightnow Technologies, Salesforce.com, SuccessFactors, Taleo, and Vocus.
Perpetual companies: Microsoft, Informatica, Tibco, Progress Software, and Quest Software.

9    © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.



FOIA CONFIDENTIAL TREATMENT REQUESTED        HP-SEC-00849842

**HP PRIVATE**

# Autonomy Revenue Mix

Product mix does not change substantially over time

| License | | | | | |
|---|---|---|---|---|---|
| Power | 39 | 40 | 45 | 51 | 117 |
| Promote | 60 | 62 | 68 | 74 | 128 |
| Protect | 100 | 103 | 106 | 109 | 129 |
| **Total license revenue** | **$199** | **$205** | **$219** | **$233** | **$374** |
| *Power growth rate* | *NM* | *3%* | *12%* | *13%* | *13%* |
| *Promote growth rate* | *NM* | *3%* | *9%* | *9%* | *8%* |
| *Protect growth rate* | *NM* | *3%* | *7%* | *2%* | *2%* |
| **SaaS** | | | | | |
| Power | 0 | 1 | 2 | 3 | 10 |
| Promote | 13 | 19 | 26 | 32 | 79 |
| Protect | 222 | 244 | 266 | 285 | 384 |
| **Total SaaS revenue** | **$235** | **$264** | **$293** | **$321** | **$472** |
| *Power growth rate* | *NM* | *210%* | *74%* | *43%* | *13%* |
| *Promote growth rate* | *NM* | *52%* | *34%* | *29%* | *10%* |
| *Protect growth rate* | *NM* | *10%* | *9%* | *8%* | *3%* |
| Maintenance & support | 206 | 227 | 243 | 251 | 406 |
| Professional services | 72 | 76 | 80 | 83 | 114 |
| **Total revenue** | **$732** | **$773** | **$833** | **$888** | **$1,366** |
| *Total revenue growth* | *-6%* | *6%* | *8%* | *7%* | *6%* |
| *SaaS Revenue % of total* | *32%* | *34%* | *36%* | *36%* | *34%* |

Right-hand chart (FY13 and FY22 stacked bars):

| Segment | FY13 | FY22 |
|---|---|---|
| Professional Services | 10% | 8% |
| Power License | 5% | 9% |
| Promote License | 8% | 9% |
| Protect License | 13% | 6% |
| Maintenance & Support | 29% | 30% |
| SaaS | 34% | 34% |

Total License: 27% in FY13, 27% in FY22

10   © Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED          HP-SEC-00849843

# Summary Rebaselining Results

**HP PRIVATE**

## P&L Impacts

| RESULTS | REVENUE 2010 | OP 2010 | REVENUE 2011 | OP 2011 | REVENUE FY 12 | OP FY12 |
|---|---|---|---|---|---|---|
| REPORTED RESULTS (FY11 9mths, with Q3 not externally reported) | 870.4 | 316.4 | 721.6 | 175.0 | 774.0 | 123.2 |
| OP % | | 36% | | 24% | | 16% |
| ADJUSTMENTS | (192.6) | (70.6) | (156.9) | (57.2) | (30.0) | 3.0 |
| REBASED RESULTS (FY11 9MTHS ONLY) | 677.8 | 245.8 | 565.7 | 117.9 | 744.0 | 126.2 |
| OP % | | 36% | | 21% | | 17% |
| REBASED RESULTS (FY11 ANNUALISED) | 677.8 | 245.8 | 775.0 | 161.5 | 744.0 | 126.2 |
| GROWTH%/OP % | | 36% | | 14% | 21% | -4% | 17% |

## Revenue Detail

| REVENUE BREAKDOWN | REPORTED FY10 YEAR | REBASED FY10 YEAR | REPORTED FY11 ANNUALISED | REBASED FY11 ANNUALISED | GROWTH BEFORE REBASING | GROWTH REBASED | FY12 FLASH | FY12 FLASH REBASE | GROWTH BEFORE REBASING | GROWTH REBASED |
|---|---|---|---|---|---|---|---|---|---|---|
| Licence | 520 | 319 | 557 | 312 | 7% | -2% | 242 | 212 | -56% | -32% |
| Support & Maintenance | 205 | 268 | 225 | 226 | 8% | 8% | 226 | 226 | 0% | 0% |
| Hosting | 98 | 103 | 161 | 191 | 68% | 85% | 234 | 234 | 45% | 22% |
| PS | 45 | 45 | 46 | 46 | 1% | 1% | 72 | 72 | 55% | 55% |
| Total | 870 | 678 | 989 | 775 | 14% | 14% | 774 | 744 | -22% | -4% |
| OPERATING PROFIT | 316 | 246 | 240 | 151 | -24% | -34% | 123 | 128 | -48% | -22% |
| OP% | 36% | 36% | 24% | 21% | | | 16% | 17% | | |

Note: This rebaselining makes no statement as to revenue recognition under IFRS

Full transparency: showing our reduced June FLASH to Meg

FOIA CONFIDENTIAL TREATMENT REQUESTED

# Summary Of Rebaselining Impacts

**HP PRIVATE**

See methodology for comments

| REVIEW | | IMPACT ON FY10 BASELINE (YEAR) | | IMPACT ON FY11 BASELINE (9MTHS) | |
|---|---|---|---|---|---|
| REVENUE BASED REBASELINING REVIEW OF DEALS > | | REVENUE | OP | REVENUE | OP |
| Hardware resale | | (108.1) | 4.4 | (84.8) | 7.9 |
| Upfront lic on hosting deals - existing customers | | (14.7) | (14.7) | (14.9) | (14.9) |
| Upfront lic on hosting deals - new customers | | (23.4) | (23.4) | (13.7) | (13.7) |
| Reciprocal deals | | (52.3) | (12.7) | (32.4) | (15.3) |
| Accelerated rev rec (channel and solution deals) | | (9.5) | (9.6) | (11.6) | (11.6) |
| Support rollups without carveout | | (1.4) | (1.4) | (4.0) | (4.0) |
| Subsequent writeoffs | | (3.0) | (3.0) | (1.0) | (1.0) |
| Remove doublecounts in above | | 5.8 | 5.8 | 19.6 | 19.6 |
| | | (176.8) | (51.8) | (142.6) | (33.1) |
| IMPACT OF REVIEW OF SEPT FY11 EXCEPTIONAL COS | SEPT COST BOOKED | REVENUE | OP | REVENUE | OP |
| True exceptionals | 79.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| Bad/doubtful debts booked | 33.3 | (16.6) | (16.6) | (11.8) | (11.8) |
| Costs | 18.5 | 0.0 | 0.0 | 0.0 | (0.8) |
| | 131.7 | (16.6) | (16.6) | (11.3) | (11.7) |
| IMPACT OF REVENUE OF AQN BALANCE SHEET | TOTAL ACQN BS IMPACT | REVENUE | OP | REVENUE | OP |
| Bad/doubtful debts | (14.9) | (8.4) | (8.4) | 0.0 | 0.0 |
| Revenue acceleration and bad debt | (9.4) | 0.0 | 0.0 | (8.3) | (8.3) |
| Other items | (39.2) | (0.2) | (0.2) | (2.0) | (12.4) |
| | (71.0) | (8.6) | (8.6) | (10.3) | (20.7) |
| Double count with revenue rebasing above | 0.0 | 6.4 | 6.4 | 8.3 | 8.3 |
| | (71.5) | (2.2) | (0.2) | (2.0) | (12.4) |
| | | REVENUE | OP | REVENUE | OP |
| TOTAL ALL ADJUSTMENTS TO BASELINE | | (193) | (71) | (156) | (57) |

Note: This rebaselining makes no statement as to revenue recognition under IFRS

Full transparency: showing our reduced June FLASH to Meg

12



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00849846

# Comparable Companies Analysis

*USD millions, except per share data*

| Company | Enterprise Value | Revenue CY2012 | Revenue CY2013 | Rev. Growth CY12-13 | Revenue Multiple CY2012 | Revenue Multiple CY2013 |
|---|---|---|---|---|---|---|
| **Infrastructure Software** | | | | | | |
| TIBCO Software | $4,471 | $1,044 | $1,187 | 13.7% | 4.3x | 3.8x |
| Informatica | 2,707 | 794 | 870 | 9.6% | 3.4x | 3.1x |
| **Mean** | | | | **11.7%** | **3.8x** | **3.4x** |
| **High-Growth Software** | | | | | | |
| ServiceNow | $5,417 | $235 | $362 | 54.2% | 23.0x | 14.9x |
| SolarWinds | 3,664 | 262 | 322 | 23.0% | 14.0x | 11.4x |
| Splunk | 2,782 | 186 | 248 | 33.6% | 15.0x | 11.2x |
| Qlik Technologies | 1,649 | 381 | 461 | 21.0% | 4.3x | 3.6x |
| **Mean** | | | | **32.9%** | **14.1x** | **10.3x** |

Source: CapitalIQ as of October 19, 2012



14 ┐ᵗʰ Copyright 2012 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00849847