# EXHIBIT 24

## Unknown

**From:** Curtis, Paul (UK)
**Sent:** Wednesday, November 21, 2012 11:07 AM
**To:** Curtis, Paul (UK); Anderson, Antonia
**Subject:** Conversation with Curtis, Paul (UK)

Curtis, Paul (UK) [16:41]:
  hi
  any chance you have 5 minutes?
Anderson, Antonia [16:48]:
  yes sure
  i IM'd you a few minutes ago
  it was to ask if you had a nice wknd though
Curtis, Paul (UK) [16:49]:
  will call you as soon as i find a phone
  urm
  it was an ok weekend
Anderson, Antonia [16:49]:
  oh that doesn't sound good
  yes call when you can
Curtis, Paul (UK) [16:58]:
  sorry, one quick one
  were you still selling at a loss in fy12?
Anderson, Antonia [17:05]:
  yes
  10% loss
Curtis, Paul (UK) [17:19]:
  hi, kind of related, do you know why they stopped moving costs to marketing in fy12? the relationship did not change?
Anderson, Antonia [17:20]:
  i told you before i don't allow that kind of thing on my watch!
  but seriously,
  you are right nothing changed in the relationship
  Lisa would be the person to ask if there was a rationale
  she is just on the phone at the moment
  just asked her
  it was because we dont prepare a consolidated set of results following acquisition
Curtis, Paul (UK) [17:22]:
  ah
Anderson, Antonia [17:22]:
  we just report individual TBs
Curtis, Paul (UK) [17:23]:
  and before it only got adjusted in the topco journals
Anderson, Antonia [17:23]:
  and the moving of hardware cost to marketing was a consol entry
  yes
Curtis, Paul (UK) [17:23]:
  thank you
Anderson, Antonia [17:23]:
  but if you want to stick with my initial answer that is fine by me!
Curtis, Paul (UK) [17:23]:

1

FOIA CONFIDENTIAL TREATMENT REQUESTED

POS00403844.1
EXH 6449-0001
HP-SEC-02762566

just going to head into the office - hope you have a good evening, and thank you for all your help - i appreciate it
yep - i will make sure the email goes with that view - the journal one sounds more implausible
**Curtis, Paul (UK) [17:21]:**
hi
in answer to your email, i think the chapter is closed and we can all move forward
just buy some popcorn and now watch the hp execs and former au execs argue in the press
**Anderson, Antonia [18:47]:**
its so frustrating though reading things in the press that i know aren't true!
**Curtis, Paul (UK) [18:47]:**
don't take notice of them
i think the language our execs used was a bit strong
most of what i read yesterday was spin and speculation
**Anderson, Antonia [18:48]:**
they seem convinced that these are very black and white areas
**Curtis, Paul (UK) [18:49]:**
yes, i think this could make hp look stupid - most of it seemed to be judgement areas
or rather make hp look more stupid than we already do
**Anderson, Antonia [18:50]:**
well the hardware being disclosed separately isn't an absolute requirement at a level of 10% of total sales
the cost allocation is slightly different
**Curtis, Paul (UK) [18:51]:**
cost allocation i think is more black and white, but D&T were ok with it - it is not like it was hidden
disclosure is very judgemental
**Anderson, Antonia [18:54]:**
no, and didn't kpmg review their workpapers?
**Curtis, Paul (UK) [18:54]:**
that is an interestnig one - for some reason i don't think they did, but i might be wrong
**Anderson, Antonia [18:55]:**
i hate it. everyone knows i came from deloitte. we had a meeting with robert youngjohns and everyone was saying
what were the auditors doing?
**Curtis, Paul (UK) [18:56]:**
don't think like that - everyone is looking at me and saying "why didn't you catch it"... all we can say is that we acted
correctly and did what we felt was right
unfortunately hp used very strong language which has created a storm - i do think the overall result of what au were
doing did not give a fair view - but on each of the specific points you can argue them both ways
and on the bright side - you fixed this and are the only person holding au together
**Curtis, Paul (UK) [19:00]:**
and, i enjoy working with you - i would be dead without you!
**Anderson, Antonia [19:04]:**
ah thanks!
[19:04] This message was not delivered to Curtis, Paul (UK) because this person is unavailable or offline.
ah thanks!

POS00403844.2
EXH 6449-0002

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02762567

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# TRIAL EXHIBIT NUMBER 6449

CASE NO. 3:16-cr-00462-CRB

DATE ENTERED 3/27/2018

BY _____
DEPUTY CLERK

FOIA CONFIDENTIAL TREATMENT REQUESTED                                              HP-SEC-02762568