# EXHIBIT 34

To: 'rebecca.j.rossiter@uk.pwc.com'[rebecca.j.rossiter@uk.pwc.com]
From: Anderson, Antonia
Sent: Tue 11/27/2012 9:21:35 AM
Importance: Normal
Subject: RE: Product question
2010-06-30 - Licensing Schedule (Virage MediaBin)_Kraft [signed].pdf

See attached for the Q2 2010 Kraft contract.

| Q | | Quarter | Ref | x | Company Name | SO # |
|---|---|---|---|---|---|---|
| 2010Q2Kraft Foods | 2010Q2 | Q2 2010 | 77 | | Kraft Foods | 270026 |
| 2011Q2Kraft Foods | 2011Q2 | Q2 2011 | 67 | | Kraft Foods | 279104 |

**From:** rebecca.j.rossiter@uk.pwc.com [mailto:rebecca.j.rossiter@uk.pwc.com]
**Sent:** 26 November 2012 19:09
**To:** Anderson, Antonia
**Subject:** Fw: Product question

Hi Antonia,

Re. my below question to Sean, perhaps I can give you a call tomorrow when convenient. There are a couple of areas where it would be good to see if there's any further useful information -

 - The first is my comment to Sean below where we have seen indication that Filetek Storhouse may have been purchased for a deal with BOA/Merrill - looking at the rebasing spreadsheet there is at least one large deal with BOA in Q1 2010 which we haven't covered in our review but I may need a little help pinpointing the contract from

worksite as there were a lot of contracts  (I have also asked Lucy to pull the sales invoice relating to it).

- Also, Deloitte mention in the Q2 2010 audit committee notes that there was evidence of revenue being generated from Filetek in regard to a Kraft deal.  Again, looking at the rebasing spreadsheet it didn't seem that there were any particularly large deals with Kraft but perhaps we can discuss (perhaps its even possible to figure out what information Deloitte would have seen).

Anyway, will give you a call tomorrow to discuss.

Many thanks!

Rebecca

**Rebecca Rossiter**
PwC | Manager
Direct: +44 (0)20 7212 1396 | Mobile: +44 (0)77 1833 9129
Email: rebecca.j.rossiter@uk.pwc.com
PricewaterhouseCoopers LLP
Hays Galleria, 1 Hays Lane, London, SE1 2RD
----- Forwarded by Rebecca J Rossiter/UK/CFR/PwC on 26/11/2012 17:45 -----

**"Blanchflower, Sean"** <sean.blanchflower@hp.com>

26/11/2012 16:54

Action (To)

Rebecca J Rossiter/UK/CFR/PwC@EMEA-UK

Information (cc)

John C Archibald/UK/CFR/PwC@EMEA-UK, "Anderson, Antonia" <antonia.anderson@hp.com>

Subject

RE: Product question

FOIA CONFIDENTIAL TREATMENT REQUESTED                                                            HP-SEC-00755189

That's impossible for me to answer I'm afraid as I wasn't part of the deal, or the subsequent hosting of Merrill's operations. My only involvement was in the initial evaluation of the technology.

The only other information that I have is that the Digital Safe dev manager told you that no instance of StorHouse has ever been deployed into production.

**From:** rebecca.j.rossiter@uk.pwc.com [mailto:rebecca.j.rossiter@uk.pwc.com]
**Sent:** 26 November 2012 16:43
**To:** Blanchflower, Sean
**Cc:** john.c.archibald@uk.pwc.com; Anderson, Antonia
**Subject:** RE: Product question

Hi Sean,

Further to the below, we have come across documentation which suggests that the second unlimited purchase of FileTek StorHouse software (around Q1/Q2 2010) was required because of business granted to Autonomy by Bank of America in respect of Merrill (suggesting that Autonomy had already exhausted its purchase in Q4 2009).

Does this seem likely to you that the second purchase of StorHouse would therefore have been necessary, (given that the first purchase was for 166 licenses for approximately 60 customers?)

Many thanks

Rebecca

**Rebecca Rossiter**
PwC | Manager
Direct: +44 (0)20 7212 1396 | Mobile: +44 (0)77 1833 9129
Email: rebecca.j.rossiter@uk.pwc.com
PricewaterhouseCoopers LLP
Hays Galleria, 1 Hays Lane, London, SE1 2RD

**"Blanchflower, Sean"** <sean.blanchflower@hp.com>

01/11/2012 10:41

Action (To)

Rebecca J Rossiter/UK/CFR/PwC@EMEA-UK

Information (cc)

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00755190

Subject

RE: Product question

It could work in theory

**From:** rebecca.j.rossiter@uk.pwc.com [mailto:rebecca.j.rossiter@uk.pwc.com]
**Sent:** 01 November 2012 10:20
**To:** Blanchflower, Sean
**Subject:** RE: Product question

And would it make sense to you that Storhouse software would/could be OEM'd into IDOL SPE (I know we had previously discussed how it would be a fit for Digital Safe or Introspect but we hadn't discussed SPE)?

Many thanks

Rebecca

**Rebecca Rossiter**
PwC | Manager
Direct: +44 (0)20 7212 1396 | Mobile: +44 (0)77 1833 9129
Email: rebecca.j.rossiter@uk.pwc.com
PricewaterhouseCoopers LLP
Hays Galleria, 1 Hays Lane, London, SE1 2RD

**"Blanchflower, Sean"** <sean.blanchflower@hp.com>

31/10/2012 23:34

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                    HP-SEC-00755191

Action (To)

Rebecca J Rossiter/UK/CFR/PwC@EMEA-UK

Information (cc)

Subject

RE: Product question

DS archives data of all sorts into IDOL. In this case that would include archiving structured to IDOL SPE.

**From:** rebecca.j.rossiter@uk.pwc.com [mailto:rebecca.j.rossiter@uk.pwc.com]
**Sent:** 31 October 2012 18:57
**To:** Blanchflower, Sean
**Subject:** Re: Product question

Thanks Sean, is there a relationship between it and DigitalSafe?

---

  **From:** "Blanchflower, Sean" [sean.blanchflower@hp.com]
**Sent:** 31/10/2012 17:51 GMT
**To:** Rebecca Rossiter

**Subject:** RE: Product question

SPE handles structured data, which is what Storhouse is optimised for.

**From:** rebecca.j.rossiter@uk.pwc.com [mailto:rebecca.j.rossiter@uk.pwc.com]
**Sent:** 31 October 2012 16:25
**To:** Blanchflower, Sean
**Subject:** Fw: Product question

Hi Sean,

I hope all is well with you?  I had a technical question which I had put to Antonia (below), she suggested you might be able to explain to me.  I've repeated below for ease:

- I saw mentioned that the Storhouse software could/would have been OEM'd into an Autonomy SPE product and didn't know if this was something completely different from DigitalSafe which we'd been talking about before (and which is where we thought the product was being OEM'd) or if it was the same thing?  (I know the technical paper written by Pete Mennell, for example, mentions "Autonomy's SPE powered DigitalSafe" but am not clear on what this means).

- If it is something separate, is it possible to get a layman's explanation of what the SPE product is about?

Many thanks

Rebecca

**Rebecca Rossiter**
PwC | Manager
Direct: +44 (0)20 7212 1396 | Mobile: +44 (0)77 1833 9129
Email: rebecca.j.rossiter@uk.pwc.com
PricewaterhouseCoopers LLP
Hays Galleria, 1 Hays Lane, London, SE1 2RD
----- Forwarded by Rebecca J Rossiter/UK/CFR/PwC on 31/10/2012 16:23 -----

"Anderson, Antonia" <antonia.anderson@hp.com>

31/10/2012 16:18

Action (To)

Rebecca J Rossiter/UK/CFR/PwC@EMEA-UK

Information (cc)

Subject

FW: Product question

You could try Sean BLanchflower or Fernando Lucini for an explanation.

**From:** rebecca.j.rossiter@uk.pwc.com [mailto:rebecca.j.rossiter@uk.pwc.com]
**Sent:** 31 October 2012 09:11
**To:** Anderson, Antonia
**Subject:** Product question

Hi Antonia,

I hope all is well with you?  I have a bit of a technical question, (which goes back to Filetek) and I wondered if you could field it to the relevant person?

I saw mentioned that the Storhouse software could/would have been OEM'd into an Autonomy SPE product and didn't know if this was something completely different from DigitalSafe which we'd been talking about before (and which is where we thought the product was being OEM'd) or if it was the same thing?  (I know the technical paper written by Pete Mennell, for example, mentions "Autonomy's SPE powered DigitalSafe" but am not clear on what this means).

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00755194

If it is something separate, is it possible to get a layman's explanation of what the SPE product is about?

Many thanks!

Rebecca

**Rebecca Rossiter**
PwC | Manager
Direct: +44 (0)20 7212 1396 | Mobile: +44 (0)77 1833 9129
Email: rebecca.j.rossiter@uk.pwc.com
PricewaterhouseCoopers LLP
Hays Galleria, 1 Hays Lane, London, SE1 2RD

--------------------- End of message text ---------------------
We're proud to sponsor the PwC Under 25s Club at the Old Vic: Opening up the arts to the under 25s, because support for the arts benefits business and society as a whole. Find out more about the PwC Under 25s Club at
http://www.pwc.co.uk/who-we-are/the-old-vic-helping-to-start-something.jhtml
----------------------------------------------------------------------
This email is confidential and is intended for the addressee only. If you are not the addressee, please delete the email and do not use it in any way. PricewaterhouseCoopers LLP does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the intended addressee to the extent agreed in the relevant contract for the matter to which this email relates (if any). PricewaterhouseCoopers LLP is a limited liability partnership registered in England under registered number OC303525, with its registered address at 1 Embankment Place, London WC2N 6RH. It is authorised and regulated by the Financial Services Authority for designated investment business. PwC may monitor outgoing and incoming emails and other telecommunications on its email and telecommunications systems; by replying to this email you give your consent to such monitoring.

---------------------------------------------------------------
Visit our website http://www.pwc.com/uk

-------------------- End of message text --------------------
We're proud to sponsor the PwC Under 25s Club at the Old Vic: Opening up the arts to the under 25s, because support for the arts benefits business and society as a whole. Find out more about the PwC Under 25s Club at
http://www.pwc.co.uk/who-we-are/the-old-vic-helping-to-start-something.jhtml
---------------------------------------------------------------------
This email is confidential and is intended for the addressee only. If you are not the addressee, please delete the email and do not use it in any way. PricewaterhouseCoopers LLP does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the intended addressee to the extent agreed in the relevant contract for the matter to which this email relates (if any). PricewaterhouseCoopers LLP is a limited liability partnership registered in England under registered number OC303525, with its registered address at 1 Embankment Place, London WC2N 6RH. It is authorised and regulated by the Financial Services Authority for designated investment business. PwC may monitor outgoing and incoming emails and other telecommunications on its email and telecommunications systems; by replying to this email you give your consent to such monitoring.
---------------------------------------------------------------
Visit our website http://www.pwc.com/uk

-------------------- End of message text --------------------

FOIA CONFIDENTIAL TREATMENT REQUESTED                    HP-SEC-00755196

We're proud to sponsor the PwC Under 25s Club at the Old Vic: Opening up the arts to the under 25s, because support for the arts benefits business and society as a whole. Find out more about the PwC Under 25s Club at
http://www.pwc.co.uk/who-we-are/the-old-vic-helping-to-start-something.jhtml
-------------------------------------------------------------------
This email is confidential and is intended for the addressee only. If you are not the addressee, please delete the email and do not use it in
any way. PricewaterhouseCoopers LLP does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the intended addressee to the extent agreed in the relevant contract for the matter to which this email relates (if any). PricewaterhouseCoopers LLP is a limited liability partnership registered in England under registered number OC303525, with its registered address at 1 Embankment Place, London WC2N 6RH. It is authorised and regulated by the Financial Services Authority for designated investment business. PwC may monitor outgoing and incoming emails and other telecommunications on its email and telecommunications systems; by replying to this email you give your consent to such monitoring.
----------------------------------------------------------------
Visit our website http://www.pwc.com/uk

--------------------- End of message text ---------------------
We're proud to sponsor the PwC Under 25s Club at the Old Vic: Opening up the arts to the under 25s, because support for the arts benefits business and society as a whole. Find out more about the PwC Under 25s Club at
http://www.pwc.co.uk/who-we-are/the-old-vic-helping-to-start-something.jhtml
-------------------------------------------------------------------
This email is confidential and is intended for the addressee only. If you are not the addressee, please delete the email and do not use it in any way. PricewaterhouseCoopers LLP does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the intended addressee to the extent agreed in the relevant contract for the matter to which this email relates (if any). PricewaterhouseCoopers LLP is a limited liability partnership registered in England under registered number OC303525, with its registered address at 1 Embankment Place, London WC2N 6RH. It is authorised and regulated by the Financial Services Authority for designated investment business. PwC may monitor outgoing and incoming emails and other

telecommunications on its email and telecommunications systems; by replying to this email you give your consent to such monitoring.
-------------------------------------------------------------
Visit our website http://www.pwc.com/uk



_____



-------------------- End of message text --------------------
We're proud to sponsor the PwC Under 25s Club at the Old Vic: Opening up the arts to the under 25s, because support for the arts benefits business and society as a whole. Find out more about the PwC Under 25s Club at
http://www.pwc.co.uk/who-we-are/the-old-vic-helping-to-start-something.jhtml
-----------------------------------------------------------------
This email is confidential and is intended for the addressee only. If you are not the addressee, please delete the email and do not use it in any way. PricewaterhouseCoopers LLP does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the intended addressee to the extent agreed in the relevant contract for the matter to which this email relates (if any). PricewaterhouseCoopers LLP is a limited liability partnership registered in England under registered number OC303525, with its registered address at 1 Embankment Place, London WC2N 6RH. It is authorised and regulated by the Financial Services Authority for designated investment business. PwC may monitor outgoing and incoming emails and other telecommunications on its email and telecommunications systems; by replying to this email you give your consent to such monitoring.
-------------------------------------------------------------
Visit our website http://www.pwc.com/uk



_____



-------------------- End of message text --------------------
We're proud to sponsor the PwC Under 25s Club at the Old Vic: Opening up the arts to the under 25s, because support for the arts benefits business and society as a whole. Find out more about the PwC Under 25s Club at
http://www.pwc.co.uk/who-we-are/the-old-vic-helping-to-start-something.jhtml
-----------------------------------------------------------------
This email is confidential and is intended for the addressee only. If you are not the addressee, please delete the email and do not use it in any way.

FOIA CONFIDENTIAL TREATMENT REQUESTED                              HP-SEC-00755198

PricewaterhouseCoopers LLP does not accept or assume responsibility for any use of or reliance on this email by anyone, other than the intended addressee to the extent agreed in the relevant contract for the matter to which this email relates (if any). PricewaterhouseCoopers LLP is a limited liability partnership registered in England under registered number OC303525, with its registered address at 1 Embankment Place, London WC2N 6RH. It is authorised and regulated by the Financial Services Authority for designated investment business. PwC may monitor outgoing and incoming emails and other telecommunications on its email and telecommunications systems; by replying to this email you give your consent to such monitoring.
----------------------------------------------------------------
Visit our website http://www.pwc.com/uk

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00755199