| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 3:18-cr-00577-CRB |
|---|---|
| Plaintiff, | Judge: Hon. Charles Breyer |
| vs. | **[PROPOSED] ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

**[PROPOSED] ORDER**

The Court GRANTS the motion and ORDERS that Defendant Lynch's release conditions be modified to allow him to leave his home from 9:00 am to 9:00 pm. All other conditions shall remain the same.

DATED: _____       _____

Honorable Charles R. Breyer
United States District Court Judge
Northern District of California