1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-cr-00577-CRB |
| Plaintiff, | Judge: Hon. Charles Breyer |
| vs. | [~~PROPOSED~~] **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

**[PROPOSED] ORDER**

The Court GRANTS the motion and ORDERS that Defendant Lynch's release conditions be modified to allow him to leave his home from 9:00 am to 9:00 pm. All other conditions shall remain the same.

DATED: November 16, 2023

_____
Honorable Charles R. Breyer
United States District Court Judge
Northern District of California

---

1
[PROPOSED] ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
CASE NO.: 3:18-CR-00577-CRB 1