# UNITED STATES DISTRICT COURT
for the
Northern District of California

| UNITED STATES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   CR 18-577 CRB |
| MICHAEL LYNCH AND STEPHEN CHAMBERLAIN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States                                                                                                                              .

Date:   11/21/2023

/s/ Zachary Abrahamson
*Attorney's signature*

Zachary Abrahamson (CABN 310951)
*Printed name and bar number*

United States Attorney's Office
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

*Address*

zachary.abrahamson@usdoj.gov
*E-mail address*

(202) 476-0280
*Telephone number*

(415) 436-7234
*FAX number*