Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
Michael C. Landman - State Bar No. 343327
  mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**Declaration of Michael C. Landman in Support of Defendant Stephen Chamberlain's Motion for Issuance of Subpoena to Hewlett Packard Pursuant to Federal Rule of Criminal Procedure 17(c)**<br><br>Date:     November 29, 2023<br>Time:    1:30 p.m.<br>Place:   Courtroom 6<br><br>Assigned to Hon. Charles R. Breyer |

# DECLARATION OF MICHAEL C. LANDMAN

I, Michael C. Landman, declare as follows:

1. I am an active member of the Bar of the State of California and an Associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow PC, attorneys of record for Defendant Stephen Keith Chamberlain in this action. I make this Declaration in support of Mr. Chamberlain's motion for an order authorizing the issuance of a subpoena *duces tecum* to Hewlett Packard ("HP") pursuant to Federal Rule of Criminal Procedure 17(c)(1) and Local Rule 17-2(a). Except for those matters stated on information and belief, I make this Declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached as **Exhibit 1** is a true and correct copy of the requested Rule 17(c) subpoena to HP.

3. Attached as **Exhibit 2** is a true and correct copy of an FBI 302 for an interview of Antonia Anderson on July 5, 2016, which was produced by the Government in discovery and bears that Bates number US_FBI_E-00017652.

4. Upon information and belief and based on documents I have reviewed in discovery, Autonomy kept records related to the billing of its customers. Such records show when work is performed and when it is billed.

5. Upon information and belief, the documents sought by the subpoena are not otherwise procurable in advance of trial or otherwise as they are exclusively within the possession, custody, and control of HP.

6. Mr. Chamberlain cannot reasonably prepare for trial without reviewing the requested records.

7. To avoid a mid-trial delay, Mr. Chamberlain must be able to review these records in advance of trial.

8. Dr. Lynch does not oppose the motion. The Government does not object to the issuance of the requested subpoena but notes the same concerns it expressed in its response to Dr. Lynch's Rule 17(c) motion (ECF No. 260).

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct, and that I executed this Declaration on November 28, 2023, at Los
3  Angeles, California.

                                          */s/Michael C. Landman*
                                          Michael C. Landman