Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
  mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Stephen Keith Chamberlain

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | **[Proposed] Order Granting Stephen Chamberlain's Motion for Issuance of Subpoena to Hewlett Packard Pursuant to Federal Rule of Criminal Procedure 17(c)** |
| vs. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | |
| Defendants. | Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Good cause having been shown, the Court GRANTS Defendant Stephen Chamberlain's Motion to for Issuance of Subpoena to Hewlett Packard pursuant to Federal Rule of Criminal Procedure 17(c).

The Court HEREBY DIRECTS the Clerk of the Court to issue the subpoena attached to this order and to transmit a signed copy of the subpoena to counsel for Defendant Stephen Chamberlain.

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge
Northern District of California

CAND 89B (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br><br><br>                Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.: 3:18-cr-577-CRB |

TO:

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☐ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | DATE AND TIME |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:




NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____            _____
                         DATE                                    SIGNATURE OF SERVER

                                                                 ADDRESS:

ADDITIONAL INFORMATION

**Attachment 1**

All records related to the billing, invoicing and tracking of HP-Autonomy revenue associated with (1) support and maintenance, (2) professional services, and (3) hosting (together, "Three Revenue Streams") including but not limited to:

(1) detailed sales ledger listings from all revenue systems (including ERP, Netsuite, NIBS, and Softrax) for the Three Revenue Streams;

(2) all invoices for the Three Revenue Streams;

(3) any spreadsheets or other documents that tracked worked performed by Autonomy-HP for the Three Revenue Streams; and

(4) any spreadsheets or other documents that tracked billing related to the Three Revenue Streams

For the reporting periods ending on January 31, 2012 (Q1 2012) and April 30, 2012 (Q2 2012).