# Exhibit 2

```
1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2  Acting Under Authority Conferred by 28 U.S.C. § 515

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   ROBERT S. LEACH (CABN 196191)
5  ADAM A. REEVES (NYBN 2363877)
   KRISTINA N. GREEN (NYBN 5226204)
6  ZACHARY G.F. ABRAHAMSON (CABN 310951)
   Assistant United States Attorneys
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
9       Fax: (415) 436-7234
        Email:  Robert.Leach@usdoj.gov
10
   Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 18-577 CRB |
|---|---|
| Plaintiff, | ) |
| | ) UNITED STATES' FIRST AMENDED WITNESS LIST |
| v. | ) |
| | ) Trial Date: March 18, 2024 |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | ) Pretrial Conference: February 21, 2024 |
| | ) |
| Defendants. | ) |

Pursuant to the Court's June 30, 2023 Scheduling Order (ECF No. 192), and following the United States respectfully submits its Amended Witness List of the individuals it may call in its case-in-chief on Counts One through Sixteen:

1. Antonia Anderson
2. Leo Apotheker
3. Neil Araujo
4. John Baiocco
5. Ian Black

| | | |
|---|---|---|
| 1 | 6. | Steven Brice |
| 2 | 7. | Dominic Camden |
| 3 | 8. | Chris Chan |
| 4 | 9. | Guy Chiarello |
| 5 | 10. | Harald Collet |
| 6 | 11. | Joe Cronin |
| 7 | 12. | John Cronin |
| 8 | 13. | Amit Daryanani |
| 9 | 14. | Christopher Egan |
| 10 | 15. | Jim Fogo |
| 11 | 16. | Al Furman |
| 12 | 17. | Thomas Garner |
| 13 | 18. | Marc Geall |
| 14 | 19. | Andy Gersh |
| 15 | 20. | Chris Goodfellow |
| 16 | 21. | Larry Feinsmith |
| 17 | 22. | Britta Huebsch or case agent |
| 18 | 23. | Brent Hogenson |
| 19 | 24. | Stephanie Horan |
| 20 | 25. | Andy Johnson |
| 21 | 26. | Robert Julien |
| 22 | 27. | Doug Kehring |
| 23 | 28. | Diane Kennelly |
| 24 | 29. | Daud Khan |
| 25 | 30. | Rob Knight |
| 26 | 31. | Richard Knights |
| 27 | 32. | David Lindsell |
| 28 | 33. | William Loomis |

U.S.' FIRST AMENDED WITNESS LIST
CASE NO. CR 18-577 CRB                                2

| | | |
|---|---|---|
| 1 | 34. | Fernando Lucini |
| 2 | 35. | Thomas Marinelli |
| 3 | 36. | Alex Marshall |
| 4 | 37. | John Meiers |
| 5 | 38. | Michael Menz |
| 6 | 39. | Nigel Mercer |
| 7 | 40. | Paul Morland |
| 8 | 41. | Tom Murray |
| 9 | 42. | Steve Ogden |
| 10 | 43. | Frank Pau |
| 11 | 44. | Alex Paul |
| 12 | 45. | Reena Prasad |
| 13 | 46. | Rahul Puri |
| 14 | 47. | Frank Quattrone |
| 15 | 48. | Alan Rizek |
| 16 | 49. | Shane Robison |
| 17 | 50. | Manish Sarin |
| 18 | 51. | Bill Scannell |
| 19 | 52. | John Schultz |
| 20 | 53. | Joel Scott |
| 21 | 54. | Christine Smeby |
| 22 | 55. | Reagan Smith |
| 23 | 56. | Jane Snider |
| 24 | 57. | Matt Stephan |
| 25 | 58. | Michael Sullivan |
| 26 | 59. | Percy Tejada |
| 27 | 60. | David Toms |
| 28 | 61. | David Truitt |

| | | | |
|---|---|---|---|
| 1 | 62. | | Steve Truitt |
| 2 | 63. | | Nigel Upton |
| 3 | 64. | | Ganesh Vaidyanathan |
| 4 | 65. | | Bill Veghte |
| 5 | 66. | | Roger Wang |
| 6 | 67. | | Les Welbye |
| 7 | 68. | | Lee Welham |
| 8 | 69. | | Chris Yelland |
| 9 | 70. | | Marco Zanchini |
| 10 | 71. | | Custodians of Records of |
| 11 | | a. | Barclays |
| 12 | | b. | BNP Paribas |
| 13 | | c. | Cardinal Bank |
| 14 | | d. | Capax Discovery LLC |
| 15 | | e. | Comerica Bank |
| 16 | | f. | Darktrace |
| 17 | | g. | Discover Technologies LLC |
| 18 | | h. | EMC Corporation |
| 19 | | i. | Financial Reporting Council |
| 20 | | j. | FTI Consulting, LLC |
| 21 | | k. | Hewlett-Packard Enterprise and current and former affiliates |
| 22 | | l. | HP Inc. and current and former affiliates |
| 23 | | m. | John Marshall Bank |
| 24 | | n. | M&T Bank |
| 25 | | o. | Microtechnologies LLC |
| 26 | | p. | KPMG |
| 27 | | q. | PR Newswire |
| 28 | | r. | Thomson Reuters (Markets) LLC |

s.  West Corporation

The United States reserves the right to change, modify, or supplement this list as it prepares for trial.

DATED: December 15, 2023

PATRICK D. ROBBINS
Attorney for the United States Attorney
Acting Under Authority Conferrred by
28 U.S.C. § 515

By: *Robert S. Leach*

ROBERT S. LEACH
ADAM A. REEVES
KRISTINA N. GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys