| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Attorney for the United States |
| 2 | Acting Under Authority Conferred by 28 U.S.C. § 515 |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | |
| 5 | ROBERT S. LEACH (CABN 196191)<br>ADAM A. REEVES (NYBN 2363877) |
| 6 | KRISTINA N. GREEN (NYBN 5226204)<br>ZACHARY G.F. ABRAHAMSON (CABN 310951) |
| 7 | Assistant United States Attorneys |
| 8 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 9 | Telephone: (415) 436-7014<br>Fax: (415) 436-7234 |
| 10 | Email:  Robert.Leach@usdoj.gov |
| 11 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 18-577 CRB |
| | ) | |
| Plaintiff, | ) | JOINT SUBMISSION REGARDING JUROR |
| | ) | QUESTIONNAIRE |
| v. | ) | |
| | ) | Trial Date:  March 18, 2024 |
| MICHAEL RICHARD LYNCH AND | ) | Pretrial Conference:  February 21, 2024 |
| STEPHEN KEITH CHAMBERLAIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties have met conferred and jointly submit the attached Proposed Juror Questionnaire.

DATED: January 16, 2024

PATRICK D. ROBBINS
Attorney for the United States Attorney
Acting Under Authority Conferrred by
28 U.S.C. § 515

By:      /s/
ROBERT S. LEACH
ADAM A. REEVES
KRISTINA N. GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys

| | | |
|---|---|---|
| 1 | DATED: January 16, 2024 | CLIFFORD CHANCE US LLP |
| 2 | | By:      /s/ |
| 3 | | CHRISTOPHER J. MORVILLO |
| | | CELESTE KOELEVELD |
| 4 | | DANIEL SILVER |
| | | Attorneys for Defendant |
| 5 | | Michael Richard Lynch |
| 6 | DATED: January 16, 2024 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, |
| 7 | | DROOKS, LINCENBERG & RHOW, P.C. |
| 8 | | By:      /s/ |
| 9 | | GARY S. LINCENBERG |
| | | RAY S. SEILIE |
| 10 | | MICHAEL C. LANDMAN |
| | | Attorneys for Defendant |
| 11 | | Stephen Keith Chamberlain |