# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | **NOTICE TO PARTIES RE: JUROR QUESTIONNAIRE** |
| vs. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

Having considered the parties' proposals, the Court adopts the attached juror questionnaire. The jurors will fill out the questionnaire on _____, 2024, in advance of jury selection on March 13, 2024.

Dated: Jan. 7, 2024

_____
CHARLES R. BREYER
United States District Judge

3909823.2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | |
| vs. | **JUROR QUESTIONNAIRE** |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

You have been summoned by this Court for jury selection for a criminal case entitled <u>United States v. Michael Richard Lynch and Stephen Keith Chamberlain</u>. From 2009 to 2011, defendant Michael Richard Lynch was the Chief Executive Officer, and Stephen Keith Chamberlain was the Vice President of Finance of Autonomy, a software company with offices in the United Kingdom and San Francisco, California. Dr. Lynch and Mr. Chamberlain are charged with conspiracy to commit wire fraud and wire fraud, and Dr. Lynch is charged with securities fraud. The charges involve Autonomy's accounting and financial disclosures during the years 2009 to 2011 and the acquisition of Autonomy by Hewlett-Packard ("H-P") in October 2011. The charges are only allegations and not evidence. The defendants are presumed to be innocent of the allegations and have pleaded not guilty. The government has the burden to prove the allegations beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form are asked to assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your possible service as a fair and impartial juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open Court.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering. DO NOT WRITE ON THE BACK OF ANY PAGE.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet.** Your answers are confidential. They will be reviewed by the judge and the lawyers in this case.

Following jury selection, the original questionnaire will be kept under seal and will be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. If possible print your answers and use ink only. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

1.  NAME: _____ Dr. Mr. Mrs. Ms. Miss     Age: _____

2.  Residence: County:_____ City/Town:_____ Neighborhood:_____
    *[Do not list your street address]*

    How long have you lived at that location? _____

    Your place of birth: _____

    Do you own or rent your home?   Rent ____   Own ____   Other

    What other communities have you lived in during the last ten years? _____

    _____

    _____

3.  What is your marital status: (please circle)

    Single     Married     Separated   Divorced    Widowed    Live with a partner

4.  Do you have difficulty communicating in English, or understanding English?
    Yes ____ No ____

5.  What is your current job status?

    _____ Working full-time        _____ Unemployed and looking for work

    _____ Working part-time        _____ Unemployed and not looking for work

    _____ Retired                  _____ Homemaker

    _____ Disabled                 _____ Full-time student

6.  What is your occupation?   [PLEASE NOTE: If you are currently not employed,
    retired, disabled or a homemaker, please describe your most recent prior
    employment. If you have never worked, write "N/A".]

    a.   What is your occupation (or what was it, if not currently employed)?

         _____

    b.   By whom are (were) you employed? _____

    c.   How long have (did) you work(ed) there? _____

    d.   Please describe the nature of your job. _____

    e.   Do (Did) you supervise other people? Yes ____ No ____  If so, how many? _

7. During the course of your working life have you changed careers or occupations and, if so, what?

_____

_____

_____

8. Have you ever had a job which was considered management?  Yes _____ No _____

   a.   If yes, how many people did you manage? _____

9. What is the highest level of education you have completed? _____

10. Please describe your educational background:

   School Name          Major areas of study                    Degrees received

_____

_____

_____

11. Have you taken any courses in the law, legal procedure, or administration of justice, or learned about these subjects through other experiences? (If Yes, please describe):

_____

_____

12. Have you taken any courses in business, finance, accounting, auditing, or bookkeeping or learned about these subjects through other experiences? (If Yes, please describe).

_____

_____

13. Have you ever worked for an accounting firm or held a job that involved accounting, auditing, bookkeeping or finance, or working with accountants or auditors?
   Yes _____ No _____   If Yes, please describe, including naming which firms or companies, and your position or role:

_____

_____

14. Have you ever held a job in sales, or a job that involved closely interacting with sales personnel?
   Yes _____ No _____   If Yes, please describe:

_____

_____

15.     Have you ever held a job in the technology sector, such as for a computer hardware or software company?
Yes _____ No _____  If Yes, please describe:

_____

_____

16.     Have you ever held a job or had training that taught you anything about business acquisitions or mergers?          Yes _____ No _____  If Yes, please describe:

_____

_____

_____

17.     Please complete regarding your **present spouse or partner**. If you have no spouse/partner, leave blank.

Current employment status:

_____ Working full-time         _____ Unemployed

_____ Working part-time         _____ Homemaker

_____ Retired                   _____ Full-time student

_____ Disabled

a.      What is his/her occupation (or what was it, if retired or unemployed or disabled)?

_____

b.      By whom is (was) s/he employed? _____

How long has (did) s/he worked there? _____

c.      Please describe the nature of his/her job? _____

_____

_____

d.      What other types of jobs has s/he had in the past?

_____

_____

18.     What is the highest level of education s/he completed? _____

Please describe her/his educational background, including vocational school(s) and/or college(s) attended:

| School Name | Major areas of study | | Degrees received |
|---|---|---|---|
| _____ | _____ | | _____ |
| _____ | _____ | | _____ |
| _____ | _____ | | _____ |

19.   What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what did they do?)

Mother: _____          Father: _____

Stepmother: _____          Stepfather: _____

20.   If you have children, please list and describe below:

Sex   Age                    Education                         Occupation

_____

_____

_____

_____

21.   If other adults live in your home in addition to those already you already described above, please state:

Relationship    Sex     Age         Education            Occupation

_____

_____

_____

_____

22.   Have you, your current spouse/partner or your child ever served in the military? Yes ____ No ____

If yes, please list for:              You              Spouse, Partner or Child

Branch of service: _____     _____

23.   Please list your main sources of news – including which newspapers, magazines, television and radio stations or programs, internet sites, social media, and conversations with others:

_____

_____

_____

24.     Do you watch, read, or listen to financial, investing, and/or corporate news ? If so, how often and from what source?

_____
_____
_____

25.     If you are chosen as a juror, the Court will order you to limit what you learn about this case solely to the evidence presented during the trial.  Will you have difficulty following that order?

Yes ____ No ____     If Yes, please explain:

_____
_____
_____

26.     Have you previously served as a trial juror or as a grand juror?   Yes ____ No ____
If Yes, please complete for each case on which you served:

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a.      Have you ever served as a jury foreperson?      Yes ____ No ____

b.      Is there any reason that your prior jury service would affect your ability to be fair, objective and impartial to both sides at trial? Yes _____ No ____      If Yes, please explain:

_____
_____
_____

27. Have you or any family member ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

    Yes ____ No ____          If Yes, please explain:

    _____
    _____
    _____
    _____

28. Have you or any close friends or family members ever been employed by or affiliated with any law enforcement agency (including police, sheriff, corrections, FBI, Immigration, IRS, SEC, parole or probation, etc.)? Yes ____ No ____ If Yes, please list:

    | Name | Relationship to you | Position | Agency |
    |------|--------------------|----------|--------|

    _____
    _____
    _____
    _____

29. Have you, or a close friend or family member, ever worked for a court, a prosecutor's office, or a criminal defense office? This includes a judge, a District Attorney's office, a United States Attorney's office, or any private or public criminal defense attorney's office.

    Yes ____ No ____     If Yes, please explain:

    _____
    _____
    _____

30. Have you or has anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, etc. – whether it was reported to law enforcement authorities or not?

    Yes ____ No ____     If Yes, please explain:

    _____
    _____
    _____

31. Have you, or any member of your family or any close friends, ever been arrested?

    Yes ____ No ____     If Yes, please explain:

    _____
    _____
    _____

32.  Have you, or any member of your family or close friends, ever been accused of fraud or misrepresentations, or of fraudulently concealing information?
Yes _____ No _____    If Yes, please explain:

_____
_____
_____

33.  Have you, any member of your family or close friends, ever accused someone else (including a company) of fraudulent behavior?
Yes _____ No _____    If Yes, please explain:

_____
_____
_____

34.  Have you, or a close friend or family member, ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

Yes _____ No _____    If Yes, please explain:

_____
_____
_____
_____

35.  Have you, or a close friend or family member, ever suffered a substantial monetary loss as a result of a financial investment, including stocks, real estate, business, or cryptocurrency?

Yes _____ No _____    If Yes, please explain:

_____
_____
_____
_____

36.  Have you, or a company you worked for, been harmed by the wrongdoing of another party in a business dealing?

Yes _____ No _____    If Yes, please explain:

_____
_____
_____

37.    Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, or ethnicity, which would influence your ability to judge the facts of a criminal case or the person accused?

Yes _____ No _____     If Yes, please explain:

_____
_____
_____
_____

38.    Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would influence, inhibit or hinder your ability to judge the facts in a criminal case?

Yes _____ No _____     If Yes, please explain:

_____
_____
_____
_____

39.    In a criminal prosecution the government has the burden of proving guilt beyond a reasonable doubt.  The defendant is presumed innocent and therefore has no burden to present any evidence.  Given the above principles of law, do you agree or disagree with the following statements: (Answer each.)

a.    A defendant in a criminal trial should be required to prove his or her innocence.
Yes _____ No _____
If Yes, please describe:

_____
_____

b.    I would expect people charged with crimes to testify in their own defense.
Yes _____ No _____
If Yes, please describe:

_____
_____

40.    The Court will instruct you on the laws and your duties as jurors. Will you be able to follow these instructions even if you disagree with them or they conflict with your conscience or moral beliefs?
Yes _____ No _____     If Yes, please explain:

_____
_____

41.     The cover page contains a brief statement about this case. Have you heard or read anything about this case before today?
        Yes ____ No ____     If Yes, please explain:

        _____
        _____
        _____

42.     Is there anything about the nature of the charges and/or what you have heard or read about this case that could affect how you judge the facts of this case or the person accused?
        Yes ____ No ____     If Yes, please explain:

        _____
        _____
        _____

43.     Have you, or someone close to you, had any prior professional or personal dealings with Autonomy, Hewlett-Packard, Invoke Capital, or Darktrace, or strong opinions about any of these companies, that would influence your ability to be a fair and impartial juror in this case?
        Yes ____ No ____     If Yes, please explain:

        _____
        _____
        _____

44.     Have you ever owned any stock in, or had a financial interest in, Hewlett-Packard or Autonomy?  Yes ____ No ____

45.     Do you consider yourself to be highly skilled in software technology?
        Yes ____ No ____ If Yes, please explain:

        _____
        _____
        _____

46.     Do you consider yourself to be highly skilled in accounting?
        Yes ____ No ____ If Yes, please explain:

        _____
        _____
        _____

47.     Do you know or are you familiar with any of the attorneys or potential witnesses in this case, which are listed on Attachment A.

        Yes ____ No ____

48.  The Court estimates that the trial in this case will last approximately ten weeks. Trial days during the week will be from Monday to Thursday and from 9:00 a.m. to approximately 4:00 p.m. Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case? For example, these may include any prepaid vacation plans, childcare or elder care responsibilities, severe financial hardship, or important medical appointments that cannot be rescheduled?

Yes _____ No _____     If Yes, please explain:

_____
_____
_____
_____

49.  Do you have any medical, mental or physical conditions (including any caused by medications, or concerns about Covid-19) that would make it difficult for you to sit as a juror or might interfere with your ability to concentrate, understand, and consider all of the evidence presented at trial?

Yes _____ No _____     If Yes, please explain:

_____
_____
_____

50.  Is there any other information you feel the judge or attorneys should know about you, including any reason why either side (the government or the defense) may not want you to serve as a juror in this case?

Yes _____ No _____     If Yes, please explain:

_____
_____
_____

51.  Is there any matter that you would prefer to discuss privately with the Court?

Yes _____ No _____     If Yes, please explain:

_____
_____

## JUROR'S OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, nor received assistance in completing this questionnaire.

Signature:_____

Print Name:_____

Date: _____

**Further Explanation Sheet**

**(Please put the question number next to your response. Thank you)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____