PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States,
Acting under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    E-mail: robert.leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD LYNCH, and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>    Defendants. | CASE NO. 18-CR-577 CRB<br><br>NOTICE OF DEPOSITION<br>PURSUANT TO RULE 15(b) |

      Notice is hereby given pursuant to Fed. R. Crim. P. 15(b)(1) that counsel for the government shall take the deposition of Marc Geall, as ordered by the Court, on January 22, 2024, at 9:15 a.m. local time in London, United Kingdom, at the law offices of Clifford Chance LLP, 10 Upper Bank Street, London, E14 5JJ as agreed to by all parties. Mr. Geall may be reached through counsel at the following address: Swanson & McNamara LLP, 300 Montgomery Street, Suite 1100, San Francisco, CA 94104.

1  DATED:  January 17, 2024

PATRICK D. ROBBINS
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

*/s/ Adam A. Reeves*

ADAM A. REEVES
Assistant United States Attorney