Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
Michael C. Landman – State Bar No. 343327
    mlandman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>    Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**NOTICE OF DEPOSITION OF LISA HARRIS PURSUANT TO RULE 15(b)**<br><br>Date:   January 30, 2024<br>Time:  9:15 a.m.<br>Place:  Law Offices of Clifford Chance, LLP,<br>10 Upper Bank Street<br>London, E14 5JJ<br><br>Assigned to Hon. Charles R. Brever |

Notice is hereby given pursuant to Fed. R. Crim. P. 15(b)(1) that counsel for Stephen Keith Chamberlain shall take the deposition of Lisa Harris, as ordered by the Court, on January 30, 2024, at 9:15 a.m. local time in London, United Kingdom, at the law offices of Clifford Chance LLP, 10 Upper Bank Street, London, E14 5JJ as agreed to by all parties.

DATED: January 17, 2024

Gary S. Lincenberg
Ray S. Seilie
Michael C. Landman
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: /s/ Ray Seilie

Ray S. Seilie
Attorneys for Defendant Stephen Keith Chamberlain