# EXHIBIT 1

**To:** 'Sushovan Hussain'[sushovanh@autonomy.com]
**From:** Stephen Chamberlain
**Sent:** Tue 4/12/2011 10:47:21 AM
**Importance:** Normal
**Subject:** Numbers

Three options:

1) recognize Prisa, defer $3.6m Hardware - $218.1m, 88%, 24.8c

2) Defer Prisa, recognize $3.6m HW - $218.1m, 86%, 23.7c

3) recognise BBC $1.6m, defer Prisa, recognize $2.0m HW - $218.1m, 87%, 24.2c

Need to speak asap to lock this down. We announce in 9 days and if we don't stop moving I cannot deliver timetable.

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

Fax: 01223 448040

E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

FOIA Confidential Treatment Requested

HP 0001139

Exh 1763-0002