# EXHIBIT 3

**To:** 'Cynthia Watkins'[cynthiaw@autonomy.com]
**From:** Lisa Harris
**Sent:** Sat 4/10/2010 9:47:50 AM
**Importance:** Normal
**Subject:** RE: Credit hunt
RE: EMC invoices

Hi Cynthia,

Did you get anywhere with EMC re-issuing the invoice to a VAT registered entity so we can reclaim the $390 VAT?

Is the recoverable VAT still sitting as a debtor in your books?

Just wondering if there was any scope if the cost had been absorbed in Q1 and this could be reversed?

Many thanks,

LISA HARRIS

Group Financial Controller

☎  +44 (0) 1223 448011

🖷  +44 (0) 1223 448040

✉  lisah@autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

---

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** 09 April 2010 15:23
**To:** 'Lisa Harris'; 'Ganesh Vaidyanathan'; 'Cynthia Watkins - Autonomy'; 'Linxwiler, Courtney'; 'Matt Stephan'; 'Eads, Richard'; 'Percy Tejeda'
**Subject:** Credit hunt

That time of the quarter again where we are looking for credits. Either cost or additional revenue.

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

Fax: 01223 448040

E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

FOIA CONFIDENTIAL TREATMENT REQUESTED HP-SEC-01128274