# EXHIBIT 6

**To:** 'Stephen Chamberlain'[stephenc@autonomy.com]
**From:** Cynthia Watkins
**Sent:** Sat 4/10/2010 9:41:31 PM
**Importance:** Normal
**Subject:** RE: Credit hunt

Vidient is also an OEM agreement, I would think we could start amortization once product is distributed.

**From:** Cynthia Watkins [mailto:cynthiaw@autonomy.com]
**Sent:** Saturday, April 10, 2010 6:23 PM
**To:** 'Stephen Chamberlain'
**Subject:** RE: Credit hunt

One thought, has the filetek software been implemented, as a large part of fee is associated with granting access to 60 customers, maybe we can argue amortizing as customers are assigned, looks like we are OEM their product.

Your thoughts!!

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** Friday, April 09, 2010 9:44 AM
**To:** 'Ganesh Vaidyanathan'; 'Linxwiler, Courtney'; 'Eads, Richard'; 'Matt Stephan'; 'Poppy Prentis'; 'Lisa Harris'; 'Cynthia Watkins - Autonomy'; 'Ying Liu'
**Subject:** Credit hunt

Nice meal for two approved by SH for the winner.

The winner does not necessarily mean the biggest number. The best qualitative entry wins the prize.

Good luck.

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

Fax: 01223 448040

E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.