# EXHIBIT 8

| | |
|---|---|
| **To:** | 'stephenc@autonomy.com'[stephenc@autonomy.com] |
| **From:** | Sushovan Hussain |
| **Sent:** | Sun 4/11/2010 7:42:50 AM |
| **Importance:** | Normal |
| **Subject:** | RE: Credit hunt |

That would be more difficult given our accounting policy. Oh well.

---

**From:** stephenc@autonomy.com [mailto:stephenc@autonomy.com]
**Sent:** 11 April 2010 12:23
**To:** Sushovan Hussain
**Subject:** Re: Credit hunt

Not as simple as that. We are already amortising over 3 years. The question is whether we should defer the start point.

Steve Chamberlain
VP, Finance
07795 601794

Sent from my BlackBerry® wireless device

---

**From:** "Sushovan Hussain" <sushovanh@autonomy.com>

**Date:** Sun, 11 Apr 2010 11:55:44 +0100

**To:** 'Stephen Chamberlain'<stephenc@autonomy.com>

**Subject:** RE: Credit hunt

Excellent idea – why should we amortise over one year and not 3 years. Deserves the dinner!!

---

**From:** Cynthia Watkins [mailto:cynthiaw@autonomy.com]
**Sent:** 11 April 2010 02:23
**To:** 'Stephen Chamberlain'
**Subject:** RE: Credit hunt

One thought, has the filetek software been implemented, as a large part of fee is associated with granting access to 60 customers, maybe we can argue amortizing as customers are assigned, looks like we are OEM their product.

Your thoughts!!

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** Friday, April 09, 2010 9:44 AM
**To:** 'Ganesh Vaidyanathan'; 'Linxwiler, Courtney'; 'Eads, Richard'; 'Matt Stephan'; 'Poppy Prentis'; 'Lisa Harris'; 'Cynthia Watkins - Autonomy'; 'Ying Liu'
**Subject:** Credit hunt

Nice meal for two approved by SH for the winner.

The winner does not necessarily mean the biggest number. The best qualitative entry wins the prize.

Good luck.

**Steve Chamberlain**

**VP, Finance**

Autonomy

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

Fax: 01223 448040

E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.