# EXHIBIT 10

**To:**      Steve Chamberlain[stephenc@autonomy.com]; Lisa Harris[lisah@autonomy.com]; Sushovan Hussain[sushovanh@autonomy.com]
**Cc:**      Brent Hogenson[Brent.Hogenson@autonomy.com]; Percy Tejeda[Percy.Tejeda@autonomy.com]; Cynthia Watkins[cynthiaw@autonomy.com]
**From:**   Ganesh Vaidyanathan
**Sent:**   Mon 4/12/2010 6:19:56 PM
**Subject:** RE: Credit hunt

Hi all,


A final total

**Cost reductions**

IWOV        $626K

Au,Zantaz    $408K

Total        **$1,034**


Additional revenue - $111K


Regards

Ganesh

_____

**From:** Ganesh Vaidyanathan
**Sent:** Monday, April 12, 2010 3:03 PM
**To:** Steve Chamberlain; 'Lisa Harris'
**Cc:** Brent Hogenson; Percy Tejeda
**Subject:** RE: Credit hunt
**Importance:** High



Hi Steve, Lisa,



Here is the final list:


1. **Royalties:** Business Objects (now SAP) – $146K - We accrued $186K pre-acquisition and utilized approximately $40K.  We terminated the agreement in August 2009 and we had the balance leftover to be used if and when we sold the Crystal keys.  Legal drafted a memo and numerous conversations

    HP-SEC-01822911

later, these may be considered for release.  If Business Objects comes back in Q2 or later this year for a portion of the amount or for an audit, we may have to take the expense in the period in which it arises. Informative Graphics - $30K based on our arguments around the renewal and the original agreement, we can consider this for release.  Exact amount - $176,322 to be offset with COGS expense – Sent to SH over the weekend.

2. **Marketing** - $30K for an invoice in Q1 where the event is being held in Q2.  In addition, we have an accrual of $42K for a marketing vendor called BizRate 360 whose subscription is under dispute, which is not yet resolved.  We can consider this for release if we are willing to assume the risk of expensing it when we get the dispute resolved in subsequent quarters. Education expense accrual ($29K) for R&D employees some of whom have left the company since December 2009.  There might be some expense on account of this coming our way in the latter half of 2010 which we will have to bear as and when it comes our way. Exact amount - $72,260 that can potentially offset marketing expense and $29,181 that offsets R&D expense.

3. **Travel** – An amount of $18K that can be released as it in a separate account instead our usual unvouchered invoices.  Exact amount $18,169.93 offsetting Sales expenses.

4. **Bad debt** - the payment from Lee Hishammuddin (through OIA) is actually recoverable – we confirmed direct with the end user that they expect payment to be issued in May 2010.  As such, the specific reserve in the amount of $117,668.50 (invoice # 154086) is recoverable, and as a result, the allowance for bad debt amount set aside for this item is no longer needed.

This totals $412K in releases.

Per the conversation with Cynthia, she had about $233K from Zantaz and Au, Inc, and about $150K from e-talk which has been communicated to you already.  Cynthia also said that she had between 25-35K in savings, the details of which, she would send over.

The details for the items stated in the e-mail below:

1. File attached for the maintenance revenue from likely renewals - **$30,909.85**

2. The Mannheimer license and maintenance from deferred revenue

Mannheimer

Mannheimer Swartling

151852

$48,860.09

Mannheimer Swartling

151853

$24,566.86

Total                                    $73,426.95

*Debit deferred license revenue, and recognize license revenue.*

Corresponding maintenance revenue (1/2 year)    $7,144.24

*Debit deferred maint revenue, and recognize maintenance revenue.*

3. Flex spend release - $130,000

4. Taser claim release - $84,870.66

Total additional expense release from IWOV - $626K and additional revenue - $111K

Regards

Ganesh

_____

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** Monday, April 12, 2010 7:31 AM
**To:** 'Lisa Harris'
**Cc:** Ganesh Vaidyanathan
**Subject:** FW: Credit hunt

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

| Dr | Accrued income | 206 |
| Cr | Deferred revenue | (95) |
| Cr | Revenue – licence | (73) |
| Cr | Revenue – maint | (38) |

| Dr | Accruals | 214 |
| Cr | G&A | (214) |

Lisa – please confirm with Ganesh

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

Fax: 01223 448040

E-mail: stephenc@autonomy.com

HP-SEC-01822914

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

---

**From:** Ganesh Vaidyanathan [mailto:Ganesh.Vaidyanathan@autonomy.com]
**Sent:** 09 April 2010 21:06
**To:** Steve Chamberlain
**Cc:** Brent Hogenson; Percy Tejeda
**Subject:** RE: Credit hunt

Hi Steve,

Here is what we came up with:

**Revenue**

Increase in license revenue – $73K (Manheimer)

Increase in maintenance revenue – $7K

Offset by a decrease in deferred revenue of an equal amount

Other potential likely renewals - Increase in deferred revenue by $206K offset by recognition of maintenance revenue by about $31K.

Total increase in revenue - $111K (License $73K and $38K maintenance), Net increase in deferred revenue - $94K

**Expense**

Release of unclaimed flex spend amounts - $130K. The final list of unclaimed expenses will reach us in late April but given what is pending, this amount can be considered for a release.

There is a Taser claim of $84K that we set aside preacq. I spoke with Livius and based on our claim on the escrow, the arbitration proceedings and the fact that attorneys fee on this is covered,

I think we should be fine.  However, given the legacy DM tendency of springing surprises at the last minute, I am slightly wary.

In summary, a comfortable $130K and an optimistic $214K in expense savings.

**Total summary (P&L)**

Additional revenue of $111K

Reduced expense of $130K or 214K (if we took everything on Taser)

Total savings between $241K and $325K.

Regards

Ganesh

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** Friday, April 09, 2010 10:10 AM
**To:** Ganesh Vaidyanathan
**Subject:** RE: Credit hunt

Anything is fine, thanks.

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ


Direct tel: 01223 448017

Mobile tel: 07795 601794

Fax: 01223 448040


E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or
privileged  information.  If you are not the intended addressee, please delete this message and notify the sender, and do
not copy or distribute this message or disclose its contents to anyone.  Any views or opinions expressed in this message
are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated
companies.  No reliance may be placed on this message without written confirmation from an authorised representative of
the company.  Autonomy Systems Limited, Registered Office:  Cambridge Business Park, Cowley Road, Cambridge CB4
0WZ, Registered Number 03063054.

---

**From:** Ganesh Vaidyanathan [mailto:Ganesh.Vaidyanathan@autonomy.com]
**Sent:** 09 April 2010 17:53
**To:** Steve Chamberlain
**Subject:** RE: Credit hunt


Hi Steve,


Any areas (like G&A, COGS, S&M, & R&D) where you think you need savings or is anything fine
as long as it is a saving?


Thanks

Ganesh

HP-SEC-01822917

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** Friday, April 09, 2010 9:44 AM
**To:** Ganesh Vaidyanathan; 'Linxwiler, Courtney'; 'Eads, Richard'; 'Matt Stephan'; 'Poppy Prentis';
'Lisa Harris'; 'Cynthia Watkins - Autonomy'; 'Ying Liu'
**Subject:** Credit hunt

Nice meal for two approved by SH for the winner.

The winner does not necessarily mean the biggest number. The best qualitative entry wins the prize.

Good luck.

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

Fax: 01223 448040

   HP-SEC-01822918

E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or
privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do
not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message
are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated
companies. No reliance may be placed on this message without written confirmation from an authorised representative of
the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4
0WZ, Registered Number 03063054.