# EXHIBIT 11

**To:**      Lisa Harris[lisah@autonomy.com]
**Cc:**      Linxwiler, Courtney[Courtney.Linxwiler@autonomy.com]
**From:**    Eads, Richard
**Sent:**    Thur 4/15/2010 5:45:57 PM
**Subject:** FW: Credit hunt
Credits.xls

Attached.

———————

**From:** Linxwiler, Courtney
**Sent:** Thursday, April 15, 2010 4:26 PM
**To:** Eads, Richard
**Subject:** FW: Credit hunt


Do you mind answering this for me since we went over it together.  The document with details is in the March 2010 Financial Statements folder.


Thanks


———————

**From:** Lisa Harris [mailto:lisah@autonomy.com]
**Sent:** Thursday, April 15, 2010 12:49 PM
**To:** Linxwiler, Courtney
**Cc:** 'Poppy Prentis'
**Subject:** RE: Credit hunt


Hi Courtney,


Would you provide a bit more detail of why these adj were needed for the auditors?


Many thanks,


LISA HARRIS

HP-SEC-01828620

Group Financial Controller

☎ +44 (0) 1223 448011

🖷 +44 (0) 1223 448040

✉ lisah@autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

———

**From:** Linxwiler, Courtney [mailto:Courtney.Linxwiler@autonomy.com]
**Sent:** 09 April 2010 20:54
**To:** Stephen Chamberlain
**Cc:** Eads, Richard; Matt Stephan; Poppy Prentis; Lisa Harris
**Subject:** RE: Credit hunt

Here you go

Dr. Trade Payables Other     $18,469

Cr Operating Expense G&A          $18,469

Dr. Other Payables   $137,876

Cr. COGS – Other          $137,876

———

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** Friday, April 09, 2010 2:47 PM

HP-SEC-01828621

**To:** Linxwiler, Courtney
**Cc:** Eads, Richard; 'Matt Stephan'; 'Poppy Prentis'; 'Lisa Harris'
**Subject:** RE: Credit hunt

Just need to give the specific journal entries to Lisa.

Thanks

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

Fax: 01223 448040

E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

**HP-SEC-01828622**

**From:** Linxwiler, Courtney [mailto:Courtney.Linxwiler@autonomy.com]
**Sent:** 09 April 2010 20:43
**To:** Stephen Chamberlain
**Cc:** Eads, Richard; Matt Stephan; Poppy Prentis; Lisa Harris
**Subject:** RE: Credit hunt

The bulk of it is from accruals for 3rd party service installs that need to be reversed.  About $50k relates to old Iontas Invoices and we have cancelled our contract with them and settled everything so we don't owe them anything anymore. Let me know if you need more details.

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** Friday, April 09, 2010 2:39 PM
**To:** Linxwiler, Courtney
**Cc:** Eads, Richard; 'Matt Stephan'; 'Poppy Prentis'; 'Lisa Harris'
**Subject:** RE: Credit hunt

Tell me more Texan lady

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

                                      HP-SEC-01828623

Fax: 01223 448040

E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or
privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do
not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message
are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated
companies. No reliance may be placed on this message without written confirmation from an authorised representative of
the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4
0WZ, Registered Number 03063054.

---

**From:** Linxwiler, Courtney [mailto:Courtney.Linxwiler@autonomy.com]
**Sent:** 09 April 2010 19:50
**To:** Stephen Chamberlain
**Cc:** Eads, Richard; Matt Stephan; Poppy Prentis; Lisa Harris
**Subject:** RE: Credit hunt

Nothing on the revenue side but we can do

$16k of Computer Supplies

$140,400 of COGS

---

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** Friday, April 09, 2010 11:44 AM
**To:** 'Ganesh Vaidyanathan'; Linxwiler, Courtney; Eads, Richard; 'Matt Stephan'; 'Poppy Prentis';
'Lisa Harris'; 'Cynthia Watkins - Autonomy'; 'Ying Liu'
**Subject:** Credit hunt

Nice meal for two approved by SH for the winner.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

The winner does not necessarily mean the biggest number. The best qualitative entry wins the prize.

Good luck.

**Steve Chamberlain**

**VP, Finance**

**Autonomy**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile tel: 07795 601794

Fax: 01223 448040

E-mail: stephenc@autonomy.com

Web: www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

 HP-SEC-01828625