# EXHIBIT 12

**To:**     'Ken Wong'[ken.wong@autonomy.com]; Ganesh Vaidyanathan[Ganesh.Vaidyanathan@autonomy.com]
**Cc:**     Percy Tejeda[Percy.Tejeda@autonomy.com]; 'Alan Rizek'[ARizek@MicroLinkLLC.com]; poppy.prentis@autonomy.com[poppy.prentis@autonomy.com]
**From:**   Lisa Harris
**Sent:**   Tue 5/18/2010 1:45:01 PM
**Importance:**     Normal
**Subject:** AR posting in Autonomy Inc books
Microlink adj.xls

Hi gentlemen,

I need you to post dummy cash as per the attached in Autonomy Inc's AR – the other side of the entry needs to go to Inc's interco with NA Holdings.

So the total entries that you will make will be to :-

Dr     296562      interco Inc/NAH          $15,962,688.$^{00}$

Cr   120000   Accounts Receivable   ($15,962,688.00)

I'd like you to do this dated 31st March 2010.

The $15m represents the costs that we have adjusted in Microlink books pre-acquisition such that Alan is no longer showing these invoices on his AP as due to Autonomy anymore.

In NA Holdings books I'll do a one-sided interco so that it can be knocked out on consolidation. Normally we'd do this in the subsidiary books but Alan needs to keep his book true to US GAAP. I'm using NA Holdings as this is a USD ledger so we won't be getting translation differences causing problems.

Let me know if you have any questions.

Many thanks,

LISA HARRIS

Group Financial Controller

☎ +44 (0) 1223 448011

📠 +44 (0) 1223 448040

**FOIA CONFIDENTIAL TREATMENT REQUESTED**　　　　　　　　　　　　　　　　**HP-SEC-00006698**
Exh 0816-0003



lisah@autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information.  If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone.  Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies.  No reliance may be placed on this message without written confirmation from an authorised representative of the company.  Autonomy Systems Limited, Registered Office:  Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

**This document produced in native file format only**

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-00006700
Exh 0816-0005