PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>    Defendant. | Case No. CR 18-577 CRB<br><br>DECLARATION OF ZACHARY G.F. ABRAHAMSON IN SUPPORT OF THE UNITED STATES' MOTION *IN LIMINE* NO. 4: TO EXCLUDE POST-ACQUISITION EVIDENCE AND ADMIT CERTAIN POST-ACQUISITION STATEMENTS<br><br>Pretrial Conference:  February 21, 2024<br>Trial Date:  March 18, 2024 |

I, Zachary G.F. Abrahamson, declare as follows:

1. I am a Special Assistant United States Attorney with the United States Attorney's Office for the Northern District of California ("USAO"). I am assigned to the prosecution of the above-referenced case. I make this declaration in support of the United States' Motion *in Limine* to Exclude Post-Acquisition Evidence and Admit Certain Post-Acquisition Statements. The statements herein are based in part on personal knowledge and in part on information and belief from my review of documents in this matter and my discussions with counsel for the

1    government, law enforcement agents, and others.

2    2.   Attached hereto as Exhibit A is a true, correct, and redacted copy of an FBI report from an

3         interview of John Schultz, conducted in connection with this matter on December 11, 2023.

4    I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 17th day

5    of January 2024.

_____/s/_____

ZACHARY G.F. ABRAHAMSON
Special Assistant U.S. Attorney

# EXHIBIT A

FD-302 (Rev. 5-8-10)

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   01/16/2024



Investigation on  12/11/2023  at  San Francisco, California, United States (In Person)

File #  318A-SF-2582907-302                                    Date drafted  12/15/2023

by  Megan M. Mellert

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SCOTT told SCHULTZ about the hardware deals and how Autonomy was not able to continue selling hardware after the acquisition. SCOTT also talked to SCHULTZ about the VARs. SCOTT gave him a limited explanation but thought if Deloitte looked at it then it must have been okay.

After LYNCH left the company, people started asking questions. The information from SCOTT gave way to more meetings. Some of the revenue was not what it should be. Autonomy used to use VARs and resell hardware and now that they do not, there was a miss.

318A-SF-2582907-302

Continuation of FD-302 of  (U) Interview of John Schultz            , On  12/11/2023  , Page  3 of 4

318A-SF-2582907-302

Continuation of FD-302 of (U) Interview of John Schultz , On 12/11/2023 , Page 4 of 4

