1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2  Acting Under Authority Conferred by 28 U.S.C. § 515

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   ROBERT S. LEACH (CABN 196191)
5  ADAM A. REEVES (NYBN 2363877)
   KRISTINA N. GREEN (NYBN 5226204)
6  ZACHARY G.F. ABRAHAMSON (CABN 310951)
   Assistant United States Attorneys
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
9       Fax: (415) 436-7234
        Email: Robert.Leach@usdoj.gov
10
   Attorneys for United States of America
11
                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14

15  UNITED STATES OF AMERICA,              )  Case No. CR 18-577 CRB
                                           )
16        Plaintiff,                       )  DECLARATION OF ZACHARY G.F.
                                           )  ABRAHAMSON IN SUPPORT OF THE UNITED
17     v.                                  )  STATES' MOTION *IN LIMINE* NO. 5:
                                           )  TO ENFORCE DEFENDANTS' RECIPROCAL
18  MICHAEL RICHARD LYNCH and              )  DISCOVERY OBLIGATIONS,
    STEPHEN KEITH CHAMBERLAIN,             )
19                                         )  Pretrial Conference: February 21, 2024
          Defendant.                       )  Trial Date: March 18, 2024
20  _____)

21
        I, Zachary G.F. Abrahamson, declare as follows:
22
        1.  I am a Special Assistant United States Attorney with the United States Attorney's Office for
23
            the Northern District of California ("USAO"). I am assigned to the prosecution of the above-
24
            referenced case. I make this declaration in support of the United States' Motion *in Limine* to
25
            Enforce Defendants' Reciprocal Discovery Obligations.  The statements herein are based in
26
            part on personal knowledge and in part on information and belief from my review of
27
            documents in this matter and my discussions with counsel for the government, law
28

enforcement agents, and others.

2.  On January 3, 2024, I received from counsel for Defendants Lynch and Chamberlain respectively an e-mailed certification that neither Defendant had disclosures to make pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

3.  I understand based on conversations with co-counsel that, during a call with counsel for Poppy Gustaffson, the government learned that counsel for Defendant Lynch had spoken with Gustaffson on close to 20 occasions.

4.  Attached hereto as Exhibit A is a true, correct, and redacted copy of an FBI report from an interview of John Schultz, conducted in connection with this matter on March 28, 2018.

5.  Attached hereto as Exhibit B is a true, correct, and redacted copy of an FBI report from an interview of Chris Chan, conducted in connection with this matter on May 5, 2016.

6.  Attached hereto as Exhibit C is a true, correct, and redacted copy of an FBI report from an interview of Vanessa Colomar, conducted in connection with this matter on September 7, 2018.

7.  Attached hereto as Exhibit D is a true and correct copy of correspondence received by Assistant United States Attorney Adam Reeves on January 16, 2024 from counsel for Poppy Gustaffson containing a log of 2018 communications between Gustaffson and counsel for Defendant Lynch.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 17th day of January 2024.

_____/s/_____

ZACHARY G.F. ABRAHAMSON
Special Assistant U.S. Attorney

# EXHIBIT A

FD-302 (Rev. 5-8-10)

OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     04/02/2018

Investigation on  03/28/2018  at  San Francisco, California, United States (In Person)

File #  318A-SF-2582907-302                                    Date drafted  03/29/2018

by  GAWRYCH JAMES

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US_FBI_E-00027509

318A-SF-2582907-302

Continuation of FD-302 of  (U) Interview of John Schultz                  , On  03/28/2018  , Page  2 of 4



SCHULTZ asked about source code location for HP. LYNCH indicated he had
not been around it for years. LYNCH recalled PETE MANELL (PH) may have had
a copy somewhere. LYNCH did not recall location of a mini notebook that
was assigned to him. SCHULTZ was unaware if HP ever received it back.



US_FBI_E-00027510

FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of  (U)  Interview of John Schultz                          , On  03/28/2018  , Page   3 of 4



US_FBI_E-00027511

318A-SF-2582907-302

Continuation of FD-302 of  (U)  Interview of John Schultz                    , On  03/28/2018 , Page  4 of 4

# EXHIBIT

# B

FD-302 (Rev. 5-8-10)

- 1 of 5 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____08/01/2016_____

Investigation on   05/05/2016   at   London, United Kingdom (In Person)

File #   318A-SF-2582907-302                                    Date drafted   05/06/2016

by   KWOK LESTER

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US_FBI_E-00017994

FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of  (U) CHRISTOPHER KIT-SAN CHAN (Autonomy IT 5-5-2016)  , On  05/05/2016  , Page  2 of 5

US_FBI_E-00017995

FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of  (U) CHRISTOPHER KIT-SAN CHAN (Autonomy IT 5-5-2016)                                                  , On   05/05/2016  , Page   3 of 5

US_FBI_E-00017996

FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of (U) CHRISTOPHER KIT-SAN CHAN (Autonomy IT 5-5-2016) , On 05/05/2016 , Page 4 of 5



CHAN was asked into MENELL's office. MENELL told CHAN that KANTER wanted to see him. CHAN believed this was strange because CHAN and KANTER spoke all the time and this was unusual having MENELL as a go between. KANTER wanted CHAN to wipe clean CHAMBERLAIN's laptop and the backup. CHAN told KANTER that these were the only copies he had and asked KANTER if he was sure this was what he wanted to do. KANTER said yes and stated that he had a copy of CHAMBERLAIN's laptop. CHAN did what KANTER asked because he believed KANTER knew what he was doing. Both KANTER and MENELL knew that CHAN had backed-up other departing employees' laptop. KANTER did not ask CHAN to wipe clean any other employee's laptop.



FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of  (U) CHRISTOPHER KIT-SAN CHAN  (Autonomy IT 5-5-2016) , On  05/05/2016 , Page  5 of 5



US_FBI_E-00017998



US_FBI_E-00017999



US_FBI_E-00018000



US_FBI_E-00018001



US_FBI_E-00018002



US_FBI_E-00018003

US_FBI_E-00018004

# EXHIBIT C

FD-302 (Rev. 5-8-10)

OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     10/07/2018

---

Investigation on   09/07/2018   at   New York City, New York, United States (In Person)

File #   318A-SF-2582907-302                                        Date drafted   10/01/2018

by   Alexandra E. Bryant, Sarah Bak

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US_FBI_E-00027857

318A-SF-2582907-302

Continuation of FD-302 of (U) Interview of Vanessa Colomar , On 09/07/2018 , Page 2 of 9

US_FBI_E-00027858

FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of  (U)  Interview of Vanessa Colomar                          , On  09/07/2018  , Page  3 of 9

US_FBI_E-00027859

FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of  (U)  Interview of Vanessa Colomar  , On  09/07/2018  , Page  4 of 9

US_FBI_E-00027860

FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of  (U)  Interview of Vanessa Colomar                    , On  09/07/2018  , Page  5 of 9

US_FBI_E-00027861

FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of (U) Interview of Vanessa Colomar , On 09/07/2018 , Page 6 of 9

US_FBI_E-00027862

FD-302a (Rev. 05-08-10)

318A-SF-2582907-302

Continuation of FD-302 of (U) Interview of Vanessa Colomar , On 09/07/2018 , Page 7 of 9

US_FBI_E-00027863

318A-SF-2582907-302

Continuation of FD-302 of  (U)  Interview of Vanessa Colomar                        , On  09/07/2018  , Page  8 of 9

US_FBI_E-00027864

318A-SF-2582907-302

Continuation of FD-302 of  (U)  Interview of Vanessa Colomar                    , On  09/07/2018  , Page  9 of 9

Around 2014 HARRIS would send COLOMAR emails with spreadsheets attached
that COLOMAR was supposed to print out and give to HUSSAIN. This was after
LYNCH had left HP, but COLOMAR was not sure if HARRIS was at HP still at
the time of the emails. HARRIS asked COLOMAR to print the documents for
HUSSAIN, which COLOMAR did. COLOMAR provided these emails to GITNER.

# EXHIBIT D

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**James Joseph Benjamin, Jr.**
212-872-8091
jbenjamin@akingump.com

## CONFIDENTIAL

January 16, 2024

VIA E-MAIL

AUSA Adam Reeves
U.S. Attorney's Office for the Northern District
of California
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: *United States v. Michael Lynch and Stephen Chamberlain*, 18-cr-577 (CRB)

Dear AUSA Reeves:

  As discussed, I enclose a log of communications between my client, Poppy Gustafsson, and representatives of Clifford Chance regarding the preparation of Ms. Gustafsson's witness statement dated November 15, 2018 in *ACL Netherlands BV, et al. v. Michael Lynch and Sushovan Hussain*, Claim No. HC-2015-001324 (High Court of Justice, Chancery Division, Royal Courts of Justice).  We understand that these documents may be subject to a claim of litigation privilege under the law of England and Wales.

        Sincerely,

        James Joseph Benjamin, Jr.

cc: Gary Lincenberg, Esq.
   Michelle Levin, Esq.

# LOG OF COMMUNICATIONS WITH CLIFFORD CHANCE REGARDING PREPARATION OF WITNESS STATEMENT FOR U.K. CIVIL TRIAL

## Text messages

| Date | Participants | Description |
|---|---|---|
| 17 October 2018 - 14 May 2019 | Poppy Gustafsson and Andrew Murn (CC) | Arrangements for delivery of draft witness statement; sharing passwords for witness statement; scheduling meetings and calls to discuss witness statement; updates regarding preparation of witness statement; arrangements for witness familiarisation session following submission of witness statement. |

## Emails

|  | Date (2018) | Time (GMT) | Sender | Recipient | CC'ed | Description |
|---|---|---|---|---|---|---|
| 1. | 2 November | 12:16 | Steven Cornwall (CC) | Poppy Gustafsson | Andrew Murn (CC) | Attaching draft witness statement dated 2 November |
| 2. | 2 November | 13:09 | Andrew Murn (CC) | Poppy Gustafsson | N/A | Providing link for a LoopUp catch-up meeting |
| 3. | 4 November | 21:42 | Poppy Gustafsson | Steven Cornwall (CC) | N/A | Experiencing difficulty accessing materials |
| 4. | 5 November | 09:32 | Steven Cornwall (CC) | Poppy Gustafsson | N/A | Attaching draft witness statement dated 2 November 2018 |
| 5. | 12 November | 17:40 | Megan Neaves (CC) | Poppy Gustafsson | Andrew Murn (CC) | Attaching revised draft witness statement dated 12 November |
| 6. | 12 November | 19:19 | Steven Cornwall (CC) | Poppy Gustafsson | Andrew Murn (CC) | Attaching revised draft witness statement dated 12 November |

| | | | | | |
|---|---|---|---|---|---|
| 7. | 14 November | 08:11 | Andrew Murn (CC) | Poppy Gustafsson | N/A | Attaching revised draft witness statement dated 14 November |
| 8. | 14 November | 13:41 | Andrew Murn (CC) | Poppy Gustafsson | N/A | Attaching revised draft witness statement dated 14 November |
| 9. | 14 November | 16:06 | Steven Cornwall (CC) | Poppy Gustafsson | Andrew Murn (CC) | Attaching witness statement exhibit bundle |
| 10. | 14 November | 16:07 | Steven Cornwall (CC) | Poppy Gustafsson | Andrew Murn (CC) | Attaching witness statement exhibit bundle spreadsheets |
| 11. | 15 November | 17:40 | Andrew Murn (CC) | Poppy Gustafsson | N/A | Attaching revised draft witness statement dated 15 November together with a redline |
| 12. | 15 November | 17:44 | Megan Neaves (CC) | Poppy Gustafsson | Andrew Murn (CC) | Attaching revised draft witness statement dated 15 November together with a redline |
| 13. | 15 November | 18:44 | Andrew Murn (CC) | Poppy Gustafsson | N/A | Attaching revised draft witness statement for execution |
| 14. | 15 November | 18:54 | Andrew Murn (CC) | Poppy Gustafsson | N/A | Update in connection with draft witness statement |
| 15. | 15 November | 19:57 | Andrew Murn (CC) | Poppy Gustafsson | N/A | Attaching revised draft witness statement for execution |
| 16. | 15 November | 20:04 | Andrew Murn (CC) | Poppy Gustafsson | N/A | Attaching revised draft witness statement for execution |