AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff(s),<br>V.<br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br>    Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:18-cr-00577-CRB |

Notice is hereby given that, subject to approval by the court, __Stephen Keith Chamberlain__ substitutes
(Party (s) Name)

__Gary S. Lincenberg_____, State Bar No. __123058__ as counsel of record in
(Name of New Attorney)

place of __Gary S. Lincenberg__  Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
Address: 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067
Telephone: (310) 201-2100      Facsimile (310) 201-2110
E-Mail (Optional): glincenberg@birdmarella.com

I consent to the above substitution.                             Stephen Keith Chamberlain
Date: __Feb 1, 2024__                                            _[signature]_
                                                                 (Signature of Party (s))

I consent to being substituted.                                  Gary S. Lincenberg
Date: __February 1, 2024__                                       _[signature]_
                                                                 (Signature of Former Attorney (s))

                                                                 Gary S. Lincenberg
I consent to the above substitution.                             _[signature]_
Date: __February 1, 2024__
                                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                     _____
                                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]