AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

UNITED STATES OF AMERICA

               Plaintiff (s),

V.

MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN

               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:18-cr-00577-CRB

Notice is hereby given that, subject to approval by the court, Stephen Keith Chamberlain substitutes
(Party (s) Name)

Michael C. Landman _____, State Bar No. 343327 _____ as counsel of record in
(Name of New Attorney)

place of  Michael C. Landman   Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
    Address:    1875 Century Park East, 23rd Floor, Los Angeles, CA 90067
    Telephone:    (310) 201-2100    Facsimile (310) 201-2110
    E-Mail (Optional):    mlandman@birdmarella.com

I consent to the above substitution.

Date: FEB 1, 2024

Stephen Keith Chamberlain

*(signature)*
(Signature of Party (s))

I consent to being substituted.

Date: February 1, 2024

Michael C. Landman

*(signature)*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: February 1, 2024

Michael C. Landman

*(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]