AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

UNITED STATES OF AMERICA

Plaintiff (s),

V.

MICHAEL RICHARD LYNCH AND STEPHEN KEITH
CHAMBERLAIN

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:18-cr-00577-CRB

Notice is hereby given that, subject to approval by the court,   Stephen Keith Chamberlain                substitutes
(Party (s) Name)

Ray S. Seilie                                                      , State Bar No.  277747          as counsel of record in
(Name of New Attorney)

place of  Ray S. Seilie        Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP |
| Address: | 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067 |
| Telephone: | (310) 201-2100       Facsimile (310) 201-2110 |
| E-Mail (Optional): | rseilie@birdmarella.com |

I consent to the above substitution.                            Stephen Keith Chamberlain

Date:    FEB 1, 2024                                                                 
(Signature of Party (s))

I consent to being substituted.                                Ray S. Seilie

Date:      February 1, 2024                                                         
(Signature of Former Attorney (s))

Ray S. Seilie

I consent to the above substitution.
Date:      February 1, 2024                                                         
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                              
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**