AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | CASE NUMBER: 3:18-cr-00577-CRB |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Stephen Keith Chamberlain__ substitutes
(Party (s) Name)

__Gary S. Lincenberg__, State Bar No. __123058__ as counsel of record in
(Name of New Attorney)

place of __Gary S. Lincenberg    Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP |
| Address: | 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067 |
| Telephone: | (310) 201-2100     Facsimile (310) 201-2110 |
| E-Mail (Optional): | glincenberg@birdmarella.com |

I consent to the above substitution.                                    Stephen Keith Chamberlain

Date:   __Feb 1, 2024__                                                  _____
                                                                         (Signature of Party (s))

I consent to being substituted.                                          Gary S. Lincenberg

Date:   __February 1, 2024__                                             _____
                                                                         (Signature of Former Attorney (s))

                                                                         Gary S. Lincenberg

I consent to the above substitution.
Date:   __February 1, 2024__                                             _____
                                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   __February 2, 2024__                                             _____
                                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]