AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

UNITED STATES OF AMERICA

                              Plaintiff (s),

             V.

MICHAEL RICHARD LYNCH AND STEPHEN KEITH
CHAMBERLAIN

                          Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:18-cr-00577-CRB

Notice is hereby given that, subject to approval by the court, Stephen Keith Chamberlain substitutes
                                                       (Party (s) Name)

Ray S. Seilie, State Bar No. 277747 as counsel of record in
                (Name of New Attorney)

place of Ray S. Seilie     Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP

    Address:           1875 Century Park East, 23rd Floor, Los Angeles, CA 90067

    Telephone:        (310) 201-2100          Facsimile (310) 201-2110

    E-Mail (Optional):   rseilie@birdmarella.com

I consent to the above substitution.

Date:    FEB 1, 2024

Stephen Keith Chamberlain

                             (Signature of Party (s))

I consent to being substituted.

Date:    February 1, 2024

Ray S. Seilie

                      (Signature of Former Attorney (s))

Ray S. Seilie

I consent to the above substitution.

Date:    February 1, 2024

                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    February 2, 2024

                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]