Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten (Admitted Pro Hac Vice)
Brian M. Heberlig (Admitted Pro Hac Vice)
Michelle L. Levin (Admitted Pro Hac Vice)
Nicholas P. Silverman (Admitted Pro Hac Vice)
Dwight J. Draughon (Admitted Pro Hac Vice)
Drew C. Harris (Admitted Pro Hac Vice)
**Steptoe LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900

Christopher Morvillo (Admitted Pro Hac Vice)
Celeste L. Koeleveld (Admitted Pro Hac Vice)
Daniel S. Silver (Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>[~~PROPOSED~~] ORDER TO PERMIT DEFENDANT MICHAEL RICHARD LYNCH TO FILE MOTION TO FILE SUR-REPLY AND PROPOSED SUR-REPLY IN OPPOSITION TO THE UNITED STATES' MOTION *IN LIMINE* NO. 5 TO ENFORCE DEFENDANTS' RECIPROCAL DISCOVERY OBLIGATIONS<br><br>Date: February 21, 2024<br>Time: 2:00 pm<br>Court: Courtroom 6 – 17th Floor<br>Date Filed: February 8, 2024<br>Trial Date: March 18, 2024 |

1  The Court, having fully considered the papers and arguments presented by the parties,
2  hereby **GRANTS** Defendant Michael Richard Lynch's Motion to File Sur-Reply and Proposed
3  Sur-Reply in Opposition to the United States' Motion *in Limine* No. 5 to Enforce Defendants'
4  Reciprocal Discovery Obligations.
5  IT IS SO ORDERED the Defendant Michael Richard Lynch may file a Sur-Reply and
6  Proposed Sur-Reply in Opposition to the United States' Motion *in Limine* No. 5 to Enforce
7  Defendants' Reciprocal Discovery Obligations.

Dated:  February 8, 2024

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE