UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WP KVGF "UVC VGU'QH'CO GT KEC

,

Plaintiff(s),

v.

O KEJ CGN'TKEJ CTF "N[ P EJ "cpf
UVGRJ GP "MGKVJ "EJ CO DGT NCKP

Defendant(s).

Case No. 5‑3: /et/22799/ETD"

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE** : ORDER
(CIVIL LOCAL RULE 11-3)

I, Caroline Covington" , an active member in good standing of the bar of District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Michael Richard Lynch in the above-entitled action. My local co-counsel in this case is Jonathan Baum , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 303469 .

1330 Connecticut Avenue, NW Washington, DC 20036
MY ADDRESS OF RECORD

202 429 6269
MY TELEPHONE # OF RECORD

ccovington@steptoe.com
MY EMAIL ADDRESS OF RECORD

1 Market Place, San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-365-6748
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jbaum@steptoe.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1778576 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___February 9, 2024___                                        Caroline Covington

                                                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Caroline Covington___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___February 12, 2024___

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California