PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7014
        Fax: (415) 436-7234
        Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN,<br><br>    Defendants. | Case No. CR 18-577 CRB<br><br>UNITED STATES' PROPOSED VERDICT FORM<br><br>Trial Date:  March 18, 2024<br>Pretrial Conference:  February 21, 2024 |

The government respectfully submits its Proposed Verdict Form.

DATED:  February 16, 2024

Respectfully submitted,

PATRICK D. ROBBINS
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

*Robert S. Leach*

ROBERT S. LEACH
ADAM A. REEVES
KRISTINA GREEN
Zachary G.F. Abrahamson
Assistant United States Attorneys

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,           )   Case No. CR 18-577 CRB
                                         )
12            Plaintiff,                 )   VERDICT FORM
                                         )
13        v.                             )
                                         )
14   MICHAEL RICHARD LYNCH AND           )
     STEPHEN KEITH CHAMBERLAIN,          )
15                                       )
              Defendants.                )
16   _____)

17          **COUNT ONE:  18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)**

18          We, the jury in the above-entitled case, unanimously find the defendant listed below:

19                                        GUILTY        NOT GUILTY

20

21        MICHAEL RICHARD LYNCH           _____     _____

22        STEPHEN KEITH CHAMBERLAIN       _____     _____

23   of the charge of Conspiracy to Commit Wire Fraud, as set forth in Count One of the Indictment.

24

25

26

27

28

1
**COUNT TWO:  18 U.S.C. § 1343 (Wire Fraud)**

2
We, the jury in the above-entitled case, unanimously find the defendant listed below:

3
GUILTY          NOT GUILTY

4
MICHAEL RICHARD LYNCH          _____          _____

5
STEPHEN KEITH CHAMBERLAIN          _____          _____

6
of the charge of Wire Fraud, as set forth in Count Two of the Indictment, as to an email from J.S. in the

7
Northern District of California to S.C. on or about January 26, 2011 regarding "FW: autn_boa."

8
**COUNT THREE:  18 U.S.C. § 1343 (Wire Fraud)**

9
We, the jury in the above-entitled case, unanimously find the defendant listed below:

10
GUILTY          NOT GUILTY

11
MICHAEL RICHARD LYNCH          _____          _____

12
STEPHEN KEITH CHAMBERLAIN          _____          _____

13
of the charge of Wire Fraud, as set forth in Count Three of the Indictment, as to a press release titled

14
"Autonomy Corporation plc Announces Results for the Year Ended December 31, 2010," distributed

15
from Cambridge, England, to the Northern District of California on or about February 1, 2011.

16
**COUNT FOUR:  18 U.S.C. § 1343 (Wire Fraud)**

17
We, the jury in the above-entitled case, unanimously find the defendant listed below:

18
GUILTY          NOT GUILTY

19
MICHAEL RICHARD LYNCH          _____          _____

20
STEPHEN KEITH CHAMBERLAIN          _____          _____

21
of the charge of Wire Fraud, as set forth in Count Four of the Indictment, as to a video conference

22
involving participants in Palo Alto, California, and the United Kingdom on or about February 3, 2011.

23

24

25

26

27

28

## COUNT FIVE:  18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Five of the Indictment, as to a video conference involving participants  in Palo Alto, California, and the United Kingdom on or about March 4, 2011.

## COUNT SIX:  18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Six of the Indictment, as to an email from M.H. to S.E. in the Northern District of California dated April 4, 2011 regarding "Prisa VAR."

## COUNT SEVEN:  18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Seven of the Indictment, as to a press release titled "Autonomy Corporation plc Trading Update for the Quarter Ended March 31, 2011," distributed from the United Kingdom to the Northern District of California on or about April 21, 2011.

1

## COUNT EIGHT:  18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Eight of the Indictment, as to a press release titled "Autonomy Corporation plc Announces Interim Results for the Six Months Ended June 30, 2011," distributed from the United Kingdom to the Northern District of California on or about July 27, 2011.

## COUNT NINE:  18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Nine of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 1, 2011.

## COUNT TEN:  18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | _____ | _____ |
| STEPHEN KEITH CHAMBERLAIN | _____ | _____ |

of the charge of Wire Fraud, as set forth in Count Ten of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 2, 2011.

## COUNT ELEVEN:  18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|                            | GUILTY    | NOT GUILTY |
|----------------------------|-----------|------------|
| MICHAEL RICHARD LYNCH      | _____  | _____   |
| STEPHEN KEITH CHAMBERLAIN  | _____  | _____   |

of the charge of Wire Fraud, as set forth in Count Eleven of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 3, 2011.

## COUNT TWELVE:  18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|                            | GUILTY    | NOT GUILTY |
|----------------------------|-----------|------------|
| MICHAEL RICHARD LYNCH      | _____  | _____   |
| STEPHEN KEITH CHAMBERLAIN  | _____  | _____   |

of the charge of Wire Fraud, as set forth in Count Twelve of the Indictment, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 4, 2011.

## COUNT THIRTEEN:  18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|                            | GUILTY    | NOT GUILTY |
|----------------------------|-----------|------------|
| MICHAEL RICHARD LYNCH      | _____  | _____   |
| STEPHEN KEITH CHAMBERLAIN  | _____  | _____   |

of the charge of Wire Fraud, as set forth in Count Thirteen of the Indictment, as to an email from A.H. in the United Kingdom to F.M. and others in the Northern District of California regarding "Project Daniel 1Room" attaching "Data Room Updates 509381013.4DOC" on or about August 4, 2011.

1                        **COUNT FOURTEEN:  18 U.S.C. § 1343 (Wire Fraud)**

2       We, the jury in the above-entitled case, unanimously find the defendant listed below:

3                                          GUILTY      NOT GUILTY

4       MICHAEL RICHARD LYNCH      _____      _____

5       STEPHEN KEITH CHAMBERLAIN      _____      _____

6 of the charge of Wire Fraud, as set forth in Count Fourteen of the Indictment, as to an email from A.K.

7 to M.S. and others in the Northern District of California regarding "RE: Tesla: Updated Legal DD

8 Questions" on or about August 4, 2011.

9                         **COUNT FIFTEEN:  18 U.S.C. § 1343 (Wire Fraud)**

10       We, the jury in the above-entitled case, unanimously find the defendant listed below:

11                                             GUILTY      NOT GUILTY

12       MICHAEL RICHARD LYNCH      _____      _____

13       STEPHEN KEITH CHAMBERLAIN      _____      _____

14 of the charge of Wire Fraud, as set forth in Count Fifteen of the Indictment, as to an emailed letter from

15 Capita Registrars in the United Kingdom to M.S. and A.J. in the Northern District of California,

16 requesting payments of £5,445,493,678.35 and £24,065,825.50.

17                     **COUNT SIXTEEN:  18 U.S.C. § 1348 (Securities Fraud)**

18       We, the jury in the above-entitled case, unanimously find the defendant Michael Richard Lynch

19       _____ (GUILTY/NOT GUILTY)

20 of the charge of Securities Fraud, as set forth in Count Sixteen of the Indictment.

21

22 DATED: _____

23                                           _____

                                           FOREPERSON

24

25

26

27

28