Jonathan M. Baum (SBN: 303469)
**Steptoe LLP**
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510) 735-4558
jbaum@steptoe.com

Reid H. Weingarten
Brian M. Heberlig
Michelle L. Levin
Nicholas P. Silverman
Drew C. Harris
(Admitted Pro Hac Vice)
**Steptoe LLP**
New York, NY 10036
Telephone: (212) 506-3900

Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-3437
christopher.morvillo@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*

Gary S. Lincenberg (SBN: 123058)
Ray S. Seilie (SBN: 277747)
Michael C. Landman (SBN: 343327)
**Bird, Marella, Rhow, Lincenberg,**
**Drooks & Nessim LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 201-2100
glincenberg@birdmarella.com

*Attorneys for Defendant*
*Stephen Keith Chamberlain*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br>Judge: Hon. Charles Breyer<br><br>**THE UNITED STATES AND DEFENDANTS MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN'S JOINT REQUEST FOR INDIVIDUALIZED *VOIR DIRE* FOLLOW-UP QUESTIONS**<br><br>Date: February 21, 2024<br>Court: Courtroom 6 – 17th Floor<br>Date Filed: February 16, 2024<br>Trial Date: March 18, 2024 |

1    The Court's December 06, 2023, Order for Pretrial Preparation for Criminal Jury Trial
2  (ECF No. 267) provides as follows:

> The attached *voir dire* will be given to the venire members. Counsel should submit an agreed upon set of additional requested *voir dire* questions to be posed by the Court. Any *voir dire* questions on which counsel cannot agree shall be submitted separately. Counsel will be allowed brief follow-up *voir dire* after the Court's questioning.

Given the extensive proposed jury questionnaire being submitted to the Court, the United States and the defendants, Dr. Lynch and Mr. Chamberlain, do not see a need to submit specific *voir dire* questions in addition to the Court's customary *voir dire* questions (which we understand to be those in Attachment A). However, as contemplated by the Court's order, Defendants and the United States jointly request that, following the Court's customary *voir dire*, including any follow-up questions the Court deems appropriate, the Court permit counsel for both sides to conduct limited individual *voir dire*, as appropriate, to follow up on (1) significant responses in the written questionnaires, or (2) responses given to the Court's *voir dire*.

Questioning in chambers may be appropriate if juror responses to the questionnaire or to Court *voir dire* questions suggest that there is sensitive information at issue, or if a juror so requests.

In the event that the Court declines to administer, or substantially revises, the proposed questionnaire counsel are submitting, Dr. Lynch, Mr. Chamberlain, and the government reserve the right to submit additional *voir dire* questions.

| | | |
|---|---|---|
| 1 | Dated: February 16, 2024 | Respectfully submitted, |
| 2 | | By: _/s/ Celeste L.M. Koeleveld_ |
| 3 | | Christopher J. Morvillo |
| | | Celeste L.M. Koeleveld |
| 4 | | Daniel S. Silver |
| 5 | | (Admitted Pro Hac Vice) |
| | | **CLIFFORD CHANCE US LLP** |
| 6 | | |
| 7 | | By: _/s/ Nicholas P. Silverman_ |
| | | Jonathan M. Baum (SBN: 303469) |
| 8 | | Reid H. Weingarten |
| | | Brian M. Heberlig |
| 9 | | Michelle L. Levin |
| 10 | | Nicholas P. Silverman |
| | | Drew C. Harris |
| 11 | | **STEPTOE LLP** |
| 12 | | *Attorneys for Defendant* |
| 13 | | *Michael Richard Lynch* |
| 14 | | By: _/s/ Gary S. Lincenberg_ |
| | | Gary S. Lincenberg |
| 15 | | Ray S. Seilie |
| | | Michael C. Landman |
| 16 | | **BIRD, MARELLA, RHOW, LINCENBERG,** |
| 17 | | **DROOKS & NESSIM LLP** |
| 18 | | *Attorneys for Defendant* |
| | | *Stephen Keith Chamberlain* |
| 19 | | |
| 20 | | By: _/s/ Robert S. Leach_ |
| | | Robert S. Leach |
| 21 | | Adam A. Reeves |
| 22 | | Kristina N. Green |
| | | Zachary G.F. Abrahamson |
| 23 | | **Assistant United States Attorneys** |
| 24 | | Patrick. D Robbins |
| | | **Attorney for the United States** |
| 25 | | |
| 26 | | Martha Boersch |
| | | **Chief, Criminal Division** |
| 27 | | |
| 28 | | *Attorneys for the United States* |

THE UNITED STATES AND DEFENDANTS MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN'S JOINT REQUEST FOR INDIVIDUALIZED *VOIR DIRE* FOLLOW-UP QUESTIONS – 3:18-CR-00577-CRB
2

# ATTACHMENT A

PLEASE ANSWER THE FOLLOWING QUESTIONS WHEN DIRECTED TO DO SO BY THE COURT

**<u>DO NOT WRITE ON THIS PAPER.</u>**

1. STATE YOUR NAME.

2. STATE YOUR CITY OF RESIDENCE AND HOW LONG YOU HAVE LIVED THERE.

3. STATE HOW LONG YOU HAVE LIVED IN CALIFORNIA.

4. STATE YOUR OCCUPATION, **(IF RETIRED OR UNEMPLOYED, STATE YOUR PREVIOUS OCCUPATION(S)).**

5. STATE YOUR MARITAL STATUS.

6. IF MARRIED, STATE YOUR SPOUSE'S OCCUPATION.

7. IF YOU HAVE CHILDREN, STATE THEIR AGES AND THE OCCUPATION OF ANY ADULT CHILDREN.

8. IF YOU HAVE HAD PREVIOUS MILITARY SERVICE, STATE THE BRANCH OF THE SERVICE AND YOUR DUTIES WHILE IN THE SERVICE.

9. IF YOU HAVE HAD PREVIOUS JURY SERVICE, INCLUDING GRAND JURY SERVICE, STATE WHERE AND WHEN YOU WERE A JUROR. ALSO STATE WHETHER THE CASE(S) WAS CIVIL OR CRIMINAL. DID THE JURY RETURN A VERDICT? **<u>DO NOT STATE WHAT THE VERDICT WAS</u>**.

10. IS THERE ANY REASON WHY YOU COULD NOT BE FAIR AND IMPARTIAL IN A CASE OF THIS NATURE?