| | |
|---|---|
| 1 | Gary S. Lincenberg - State Bar No. 123058 |
| | glincenberg@birdmarella.com |
| 2 | Abraham Rejwan - State Bar No. 335927 |
| | arejwan@birdmarella.com |
| 3 | BIRD, MARELLA, RHOW, LINCENBERG, |
| | DROOKS & NESSIM, LLP |
| 4 | 1875 Century Park East, 23rd Floor |
| | Los Angeles, California 90067-2561 |
| 5 | Telephone: (310) 201-2100 |
| | Facsimile: (310) 201-2110 |
| 6 | |
| 7 | Attorneys for Defendant Stephen Keith Chamberlain |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF ABRAHAM REJWAN** |
| vs. | Judge: Hon. Charles R. Breyer |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | Court: Courtroom 6 – 17th Floor |
| Defendants. | Trial Date: March 18, 2024 |

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Abraham Rejwan of Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, hereby enters his appearance as an attorney of record for Defendant Stephen Keith Chamberlain.  The address, phone number, facsimile number, and email address at which Mr. Rejwan may be contacted are as follows:  1875 Century Park East, 23rd Floor, Los Angeles, California 90067; telephone number (310) 201-2100; facsimile number (310) 201-2110; email address arejwan@birdmarella.com.

DATED:  February 23, 2024

Gary S. Lincenberg
Abraham Rejwan
Bird, Marella, Rhow, Lincenberg,
Drooks & Nessim, LLP


By: _____*/s/ Abraham Rejwan*_____
     Abraham Rejwan
     Attorneys for Defendant Stephen Keith Chamberlain

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, thereby serving all parties and counsel of record.

*/s/ Abraham Rejwan*
Abraham Rejwan