1   Gary S. Lincenberg - State Bar No. 123058
        glincenberg@birdmarella.com
2   Ray S. Seilie - State Bar No. 277747
        rseilie@birdmarella.com
3   Michael C. Landman - State Bar No. 343327
        mlandman@birdmarella.com
4   Abraham Rejwan - State Bar No. 335927
        arejwan@birdmarella.com
5   BIRD, MARELLA, RHOW, LINCENBERG,
    DROOKS & NESSIM, LLP
6   1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
7   Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
8
    Attorneys for Defendant
9   Stephen Keith Chamberlain

10

11                  **UNITED STATES DISTRICT COURT**

12   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| 15          Plaintiff, | **Defendants' Joint Motion for Order Allowing Defendants' Counsel to** |
| 16          vs. | **Bring Equipment to Trial and Clarifying Lynch Security** |
| 17  MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | **Requirements for Trial** |
| 18          Defendants. | Judge: Hon. Charles R. Breyer |
| 19 | Court: Courtroom 6 – 17th Floor |
| 20 | Trial Date: March 18. 2024 |
| 21 | |

22

23

24

25

26

27

28

1    Counsel for Defendants Michael Lynch and Stephen Chamberlain anticipate

2  requiring the use of the following equipment at trial, which is set to commence on

3  March 18, 2024.

4    1) Several boxes of binders;

5    2) Several boxes of paper/office supplies;

6    3) Small laserjet printer and associated power and HDMI cords;

7    4) Collapsable handcarts to move boxes;

8    5) Boxes of snacks/hand sanitizer/Lysol wipes;

9    6) Large video screen; and

10   7) Additional a/v equipment for the trial tech supporting the defense.

11    Counsel's staff contacted the Courtroom Deputy and was told, in order to

12  bring equipment into the building, an order from the Court was required.

13  Accordingly, Defendants respectfully request that the Court issue the proposed order

14  allowing counsel's staff to bring these items into the courthouse for trial.

15    Additionally, Counsel for Defendant Lynch respectfully requests that the

16  Court clarify Defendant Lynch's release conditions to provide that his security detail

17  need not be armed within the courthouse. Instead, inside and in the immediate

18  vicinity of the courthouse, Defendant Lynch will be guarded by an unarmed security

19  guard from the security firm.

20

21

22

23

24

25

26

27

28

DEFENDANTS' JOINT MOTION ALLOWING DEFENDANTS' COUNSEL TO BRING EQUIPMENT TO TRIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  March 13, 2024

Michael Landman
Bird, Marella, Rhow, Lincenberg,
Drooks & Nessim, LLP


By:      /s/ Michael C. Landman
_____
            Michael C. Landman
Attorney for Defendant Stephen Keith
Chamberlain

DATED:  March 13, 2024

Jonathan Matthew Baum
STEPTOE LLP


By:      /s/ Jonathan Matthew Baum
_____
            Jonathan Matthew Baum
Attorney for Defendant Michael Richard
Lynch

DEFENDANTS' JOINT MOTION ALLOWING DEFENDANTS' COUNSEL TO BRING EQUIPMENT TO TRIAL