Gary S. Lincenberg - State Bar No. 123058
    glincenberg@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
Michael C. Landman - State Bar No. 343327
    mlandman@birdmarella.com
Abraham Rejwan - State Bar No. 335927
    arejwan@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Stephen Keith Chamberlain

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN<br><br>    Defendants. | CASE NO. 3:18-cr-00577-CRB<br><br>**[Proposed] Order Allowing Defendants' Counsel to Bring Equipment to Trial and Clarifying Lynch Security Requirements for Trial**<br><br>Hon. Charles R. Brever |

Case No. 3:18-cr-00577-CRB

[Proposed] Order

# [PROPOSED] ORDER

Good cause having been shown, the Court GRANTS Defendants' joint motion to bring the following equipment to trial, set to commence on March 18, 2024.

1) Several boxes of binders;

2) Several boxes of paper/office supplies;

3) Small laserjet printer and associated power and HDMI cords;

4) Collapsible handcarts to move boxes;

5) Boxes of snacks/hand sanitizer/Lysol wipes;

6) Large video screen; and

7) Additional a/v equipment for the trial tech supporting the defense.

Additionally, Defendant Lynch's release conditions are hereby modified to provide, inside and in the immediate vicinity of the courthouse, Defendant Lynch will be guarded by an unarmed security guard from the security firm.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge
Northern District of California

Case No. 3:18-cr-00577-CRB
[Proposed] Order