UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CASE NO. CR 18-577 CRB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION REGARDING BUSINESS RECORDS OF RAYMOND JAMES FINANCIAL |
| v. | ) ) | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | ) ) ) | |
| Defendants. | ) ) | |

The United States and Defendants Michael Richard Lynch and Stephen Keith Chamberlain hereby stipulate that the following documents are (1) business records pursuant to Federal Rule of Evidence 803(6) because they were made at or near the time by someone with knowledge; kept in the course of regularly conducted business; and made as part of a regular business activity; and (2) are authentic pursuant to Federal Rule of Evidence 901, 902(11), 902(13), and/or 902(14).

| Exhibit | Description | Custodian |
|---|---|---|
| 2643 | Accountant Statements showing trading in HP (Raymond James and Assoc) | Raymond James |

1   DATED: March 14, 2024                    Respectfully submitted,

2

3                                       PATRICK D. ROBBINS
                                       Attorney for the United States,
4                                       Acting Under Authority Conferred by
                                       28 U.S.C. § 515

5                                       /s/

6                                      _____
                                       ROBERT S. LEACH
7                                       ADAM A. REEVES
                                       KRISTINA N. GREEN
8                                       ZACHARY G.F. ABRAHAMSON
                                       Assistant United States Attorneys

9

10  DATED: March 14, 2024                    CLIFFORD CHANCE US LLP

11                                       /s/

12                                      _____
                                       CHRISTOPHER J. MORVILLO
13                                     Attorneys for Defendant Michael Lynch

14

15  DATED: March 14, 2024                    BIRD, MARELLA, BOXER, WOLPERT,
                                       NESSIM, DROOKS, LINCENBERG, &
16                                      RHOW, P.C.

17                                      /s/

18                                      _____
                                       GARY S. LINCENBERG
19                                     Attorneys for Defendant Stephen
                                       Chamberlain

20

21

22

23

24

25

26

27

28