UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:   March 18, 2024                                          Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina, Jennifer Coulthard
Time: 5 Hours and 28 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:   USA v. Michael Richard Lynch
                       USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial began.  Government opening.  Defense opening (Lynch and Chamberlain).

Government Witnesses Sworn: Ganesh Vaidyanathan

Government Exhibits Marked and Admitted: 816, 3307, 3308, 3314, 3315