UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);<br><br>Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten Jonathan M. Baum (Lynch) |
| **TRIAL DATE:**<br>March 19, 2024 | **REPORTER(S):**<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:15 a.m.<br><br>9:17 a.m. | | | Judge cried-in.<br>**Court Reporter – Jennifer Coulthard**<br>All parties present.<br>All jurors present.  All parties present<br>Government direct-examination of witness<br>**Ganesh Vaidyanathan** | |
| 3314 | | | X | | Government exhibit 3314 previously admitted | |
| 3320 | | | X | X | Government exhibit 3320 marked and admitted<br>Email from HogensonB to VaidyanathanG re "Re: Filetek" | |
| 918 | | | X | X | Government exhibit 918 marked and admitted<br>Email from ChamberlainS to VaidyanathanG re Various | |
| 1352 | | | X | X | Government exhibit 1352 marked and admitted<br>Autonomy Corporation plc's Annual Report and Accounts for the year that ended December 31, 2010 | |
| 15575 | | | X | X | Government exhibit 15575 marked and admitted<br>From huaimin ding to chris goodfellow <chrisg@autonomy.com>\|"ganesh.vaidyanathan" <ganesh.vaidyanathan@autonomy.com>stephen chamberlain <stephenc@autonomy.com> re: RE: FA register (Zantaz) | |
| 1428 | | | X | X | Government exhibit 1428 marked and admitted<br>Email from VaidyanathanG to ChamberlainS re "FW: VMS Invoice" | |
| | | | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 15704 | | | X | X | Government exhibit 15704 marked and admitted<br>From stephen chamberlain to 'ganesh vaidyanathan' <ganesh.vaidyanathan@autonomy.com>'joel scott' <joels@autonomy.com>\|'"sushovan hussain"' <sushovanh@autonomy.com> re: FW | |
| | | 10:39 a.m. | | | Court in recess | |
| | | 10:55 a.m. | | | Court reconvened. All parties present | |
| | | 10:57 a.m. | | | All jurors present. All parties present. Government direct-examination of witness - **Ganesh Vaidyanathan** | |
| 11934 | | | X | X | Government exhibit 11934 marked and admitted<br>Email from Chamberlain to Vaidyanathan, cc Harris, re Discovertech | |
| 1900 | | | X | X | Government exhibit 1900 marked and admitted<br>E-mail from Ganesh Vaidyanathan to Joel Scott, dated June 30, 2011, regarding "Discover Tech" | |
| 1916 | | | X | X | Government exhibit 1916 marked and admitted<br>Email from ChamberlainS to VaidyanathanG re Filetek with attachments | |
| 2268 | | | X | X | Government exhibit 2268 marked and admitted<br>Email from MezzapelleC to Seema Khan et al re "payment of 8.2m" | |
| 15992 | | | X | X | Government exhibit 15992 marked and admitted<br>From stephen chamberlain to 'cheri mezzapelle' <cheri.mezzapelle@autonomy.com>\|'"lisa harris"' <lisah@autonomy.com>'ganesh vaidyanathan' <ganesh.vaidyanathan@autonomy.com>\|'"seema khan"' <seema.khan@autonomy.com> re: RE: FileTek Invoice | |
| | | 11:19 a.m. | | | Defense (Lynch) cross-examination of witness **Ganesh Vaidyanathan** | |
| | 7878.1 | | X | X | Defense exhibit 7878.1 marked and admitted | |
| | 7882 | | X | X | Defense exhibit 7882 marked and admitted | |
| | 7810.3 | | X | X | Defense exhibit 7810.3 marked and admitted | |
| 3315 | | | X | | Government exhibit 3315 previously admitted | |
| 428 | | | X | X | Defense – Government exhibit 428 marked and admitted<br>Autonomy Annual Report and Accounts, for the year ended December 31, 2009 | |
| | | 12:00 p.m. | | | Jurors on break. Discussion re email dated 3/13/2024 with a prospective juror having contact with AUSA re attending law school the day before Jury Selection Court Exhibit 1 | |
| | | 12:08 p.m. | | | Court in recess | |
| | | 12:46 p.m.<br>12:47 p.m. | | | Court reconvened. Court Reporter: Rhonda Aquilina<br>All parties present<br>All jurors present. All parties present<br>Defense (Lynch) cross-examination of witness **Ganesh Vaidyanathan** | |
| 849 | | | X | X | Government exhibit 849 marked and admitted<br>Email from SullivanM to VaidyanathanG re "RE: Software purchased" | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3318 | | | X | X | Defense – Government exhibit 3318 marked and admitted<br>Email from VaidyanathanG to HogensonB re "FW: Software purchased" | |
| 3321 | | | X | X | Defense – Government exhibit 3321 marked and admitted<br>Email from VaidyanathanG to HogensonB re "RE: Software purchase" | |
| 15704 | | | X | | Government exhibit 15704 previously admitted | |
| 6283 | | | X | X | Defense - Government exhibit 6283 marked and admitted<br>March 2011 Amendment to Certain Identified Schedules and Statements of Work Issued under The First Amended and Restated ZANTAZ, Inc. Digital Safe Service Agreement | |
| 1916 | | | X | | Defense – Government exhibit 1916 previously admitted | |
| 15992 | | | X | | Defense – Government exhibit 15992 previously admitted | |
| 3321 | | | X | | Defense – Government exhibit 3321 previously admitted | |
| 4357 | | | X | X | Defense - Government exhibit 4357 marked and admitted<br>2009-12-31 FileTek Software Lic and Maint Serv Agr ~ [executed].pdf | |
| | 7813 | | X | X | Defense exhibit 7813 marked and admitted | |
| | 7875 | | X | X | Defense exhibit 7875 marked and admitted | |
| | 7875.1 | | X | X | Defense exhibit 7875.1 marked and admitted | |
| 11934 | | | X | | Defense – Government exhibit 11934 previously admitted | |
| 3564 | | | X | X | Defense – Government exhibit 3564 marked and admitted<br>Re_FW_Discover Technology _ Autonomy | |
| 1428 | | | X | | Defense – Government exhibit 1428 previously admitted | |
| 15575 | | | X | | Defense – Government exhibit 15575 previously admitted | |
| 1428 | | | X | | Defense – Government exhibit 1428 previously admitted | |
| 816 | | | X | | Defense – Government exhibit 816 previously admitted | |
| | 7878.1 | | X | | Defense exhibit 7878.1 previously admitted | |
| 816 | | | X | | Defense – Government exhibit 816 previously admitted | |
| | | 2:02 p.m. | | | Court recess | |
| | | 2:21 p.m. | | | Court reconvened – Court Reporter – Rhonda Aquilina. All jurors present. All parties present<br>Defense cross-examination of witness<br>**Ganesh Vaidyanathan** | |
| 7812 | | | X | | Defense exhibit 7812 marked | |

|  | 7876 |  | X | X | Defense exhibit 7876 marked and admitted |  |
|---|---|---|---|---|---|---|
|  | 7876.1 |  | X | X | Defense exhibit 7876.1 marked and admitted |  |
|  | 7879 |  | X | X | Defense exhibit 7879 marked and admitted |  |
|  | 7694 |  | X | X | Defense exhibit 7694 marked and admitted |  |
|  | 7756 |  | X | X | Defense exhibit 7756 marked and admitted |  |
|  |  |  |  |  | Side Bar – Scheduling Conflict with a witness. Witness Ganesh Vaidyanathan instructed to return for further testimony tomorrow |  |
|  |  | 3:00 p.m. |  |  | Government witness sworn – **Reena Prasad** |  |
| 13077 |  |  | X | X | Government exhibit 13077 marked and admitted<br>Dup. 3296 |  |
| 13078 |  |  | X | X | Government exhibit 13078 marked and admitted<br>5/3/10 e-mail from Prasad to Tejeda re: Microlink |  |
| 3312 |  |  | X | X | Government exhibit 3312 marked and admitted<br>Email from KuH to PrasadR re "FW: AR posting in Autonomy Inc books" |  |
| 13336 |  |  | X | X | Government exhibit 13336 marked and admitted<br>Email from Helen Ku to Allison Mui and Reena Prasad, re Outstanding eTalk deal from previous year, attaching Autonomy Aging 03.31.10 Dateformat.xls |  |
| 797 |  |  | X | X | Government exhibit 797 marked and admitted<br>Email from PrasadR to HogensonB re "Collections AR Report 4_30" |  |
| 13090 |  |  | X | X | Government exhibit 13090 marked and admitted<br>5/12/10 e-mail from Prasad to Tejeda re: Barclays financed deals |  |
| 13084 |  |  | X | X | Government exhibit 13084 marked and admitted<br>5/24/10 e-mail from Revard to Prasad re: CAPAX Payments on TXU deal? |  |
|  |  | 3:57 p.m. |  |  | Jurors excused until March 20, 2024 at 9:15 a.m. The parties discuss the email from the Alternate Juror to an AUSA |  |
|  |  | 4:02 p.m.<br><br>4:06 p.m. |  |  | Court inquiry with Alternate (Mr. Bogdanov) in open court with all the parties present re the email generated to an AUSA.<br>Juror returns to the juryroom. The parties addressed the Court re the email. Court makes a finding that there is no basis to excuse the alternate. Defense counsel objects.<br>Court Exhibit 1 – Sealed<br>Discussion re witness- Ganesh Vaidyanathan testimony. |  |
|  |  | 4:54 p.m. |  |  | Court adjourned until March 20, 2024 at 9:15 a.m. |  |

4