# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:   March 21, 2024                                      Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 52 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USAv. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held.  Defense-cross examination of witness: Genesh Vaidyanathan. Further jury trial set for March 25, 2024 at 9:15 a.m.

Government Witnesses Sworn: John Baiocco

Exhibits Marked and Admitted: 32, 100, 231, 291, 388, 427, 439, 622, 630, 633, 690, 726, 949, 1096, 1102, 1125, 1232, 1250, 1374, 1445, 1451,1487, 1563, 1580, 1605, 1630, 1634, 1657, 1686, 1691, 1731, 1739,1750, 1907, 1962, 2216, 2237, 2347, 2354, 2363, 2559, 2746, 2758, 3317, 4895, 5407, 5518, 6150, 7304, 7319, 7320, 7322, 9667, 9674, 9675, 9676, 9677, 9678, 9679, 9800, 11447, 16652, 17024, 17025, 17143, 17144, 17145

Exhibits Marked: 20004.16, 20004.19