UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
              USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);<br><br>Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch) |
| **TRIAL DATE:**<br>March 21, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:15 a.m.<br><br>9:15 a.m. | | | Judge cried-in. **Court Reporter-Jennifer Coulthard**<br>All jurors present. All parties present.<br>Defense (Chamberlain) cross-examination of witness<br>**Ganesh Vaidyanathan** | |
| | 9667 | | X | X | Exhibit 9667 marked and admitted | |
| | | 9:16 a.m. | | | Government re-direct of witness Ganesh Vaidyanathan | |
| 630 | | | X | X | Exhibit 630 marked and admitted<br>Portions of Autonomy's website | |
| 291 | | | X | X | Exhibit 291 marked and admitted<br>Q3 2009 Autonomy Corporation plc Earnings Conference Call Transcript and Presentation | |
| 11447 | | | X | X | Exhibit 11447 marked and admitted<br>Presentation. Description: Autonomy Q3 2009 Results Presentation | |
| 3317 | | | X | X | Exhibit 3317 marked and admitted<br>Email from WangR to SullivanM/ DesrochesR/ByronS/TuckerJ/SullivanJ re "Re: Software purchased" | |
| | | 9:41 a.m. | | | Defense (Lynch) re-cross examination of witness Ganesh Vaidyanathan | |
| | 3317 | | X | | Exhibit 3317 previously admitted | |
| | 3318 | | X | | Exhibit 3318 previously admitted | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 11447 | | | X | Exhibit 11447 previously admitted | |
| | 630 | | | X | Exhibit 630 previously admitted | |
| | | 9:50 a.m. | | | Defense (Chamberlain) re-cross examination of witness<br>Ganesh Vaidyanathan | |
| | | 9:51 a.m. | | | Witness excused | |
| | | 9:52 a.m. | | | Government witness sworn<br>**John Baiocco** | |
| 32 | | | X | X | Exhibit 32 marked and admitted<br>License and Distribution Agreement btwn Capax and Autonomy | |
| 2559 | | | X | X | Exhibit 2559 marked and admitted<br>Zantaz, Inc. Invoices | |
| 100 | | | X | X | Exhibit 100 marked and admitted<br>Autonomy Value Added Reseller Agreement entered into between Autonomy and Capax Discovery LLC. Signed by Andrew Kanter and John Baiocco | |
| 17143 | | | X | X | Exhibit 17143 marked and admitted | |
| 4895 | | | X | X | Exhibit 4895 marked and admitted<br>Purchase Order Exhibit "B" from Autonomy Value Added Reseller Agreement | |
| 388 | | | X | X | Exhibit 388 marked and admitted<br>Letter from Joel Scott to John Baiocco re Revised Payment Arrangement | |
| 439 | | | X | X | Exhibit 439 marked and admitted<br>Email from Parveena Vishwa to Chris Chu attaching invoice re Eli Lilly deal | |
| | | 10:28 a.m. | | | Court in recess | |
| | | 10:46 a.m. | | | Court reconvened.  All jurors present. All parties present.<br>Government direct-examination of witness<br>**John Baiocco** | |
| 633 | | | X | X | Exhibit 633 marked and admitted<br>Email from John Baiocco to Dave Spadone re financial details on Eli Lilly deal | |
| 6150 | | | X | X | Exhibit 6150 marked and admitted<br>Email chain between BaioccoJ, DSpadone@apbuffalo, S Egan re Message; body suggests collection calls | |
| 1102 | | | X | X | Exhibit 1102 marked and admitted<br>Referral agreement for Eli Lilly, wire transfer, and invoice | |
| 2559 | | | X | | Exhibit 2559 previously admitted | |
| 2746 | | | X | X | Exhibit 2746 marked and admitted<br>Capax TXU, Q2 2009 | |
| 427 | | | X | X | Exhibit 427 marked and admitted<br>First Amendment to License and Distribution Agreement between Autonomy, Inc. and Capax Discovery LLC, dated December 31, 2009 | |
| 622 | | | X | X | Exhibit 622 marked and admitted<br>Email from John Baiocco to Andrew Kanter ("promised more than a dollar for dollar on this") attaching Capax Aging Report | |
| 690 | | | X | X | Exhibit 690 marked and admitted<br>Purchase Order from Capax Discovery, LLC | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 726 | | | | X | X | Exhibit 726 marked and admitted<br>Letter to John Baiocco from Steve Chamberlain, dated April 8, 2010 regarding verification of specific invoices payable to permit completion of quarterly review | |
| 1096 | | | | X | X | Exhibit 1096 marked and admitted<br>Email from SalazarJ to ScottJ attaching 2010-09-30 – Capax Purchase Order (EU – Amazon) [executed].pdf | |
| 1125 | | | | X | X | Exhibit 1125 marked and admitted<br>Email from John Baiocco to Stouffer Egan attaching amended Capax Discovery invoice for $450,000 re EAS Support Plan | |
| 17024 | | | | X | X | Exhibit 17024 marked and admitted<br>Email from BaioccoJ to Chamberlain re "FSA" | |
| 1232 | | | | X | X | Exhibit 1232 marked and admitted<br>Email from John Baiocco to Glenn Fong re payment terms and commissions with Autonomy | |
| 17025 | | | | X | X | Exhibit 17025 marked and admitted<br>Email from BaioccoJ to ChaberlainS re "RE: [SPAM] FSAL" | |
| 1250 | | | | X | X | Exhibit 1250 marked and admitted<br>Email from John Baiocco to Helen Ku re Capax Payment Status | |
| 1374 | | | | X | X | Exhibit 1374 marked and admitted<br>Fax of purchase order from Capax for the US Department of the Army | |
| 1451 | | | | X | X | Exhibit 1451 marked and admitted<br>Email from BaioccoJ to ChamberlainS re "RE: [SPAM] FSA update" | |
| 1487 | | | | X | X | Exhibit 1487 marked and admitted<br>Email from Stouffer Egan to John Baiocco explaining replacement of Amgen deal with BofA purchase | |
| 1096 | | | | X | X | Exhibit 1096 previously admitted | |
| 1580 | | | | X | X | Exhibit 1580 marked and admitted<br>Email from Steve Truitt to John Baiocco attaching purchase order for BOA deal | |
| 1563 | | | | X | X | Exhibit 1563 marked and admitted<br>Email from BaioccoJ to ChamberlainS re "RE: [SPAM] FSA" | |
| 1605 | | | | X | X | Exhibit 1605 marked and admitted<br>Email from Jorge Salazar to John Baiocco attaching letter agreement canceling Amgen p.o. and replacing with BOA | |
| 1634 | | | | X | X | Exhibit 1634 marked and admitted<br>Email from Dave Spadone to Stephen Chamberlain attaching $945k invoice for Amgen/BofA deal | |
| 1657 | | | | X | X | Exhibit 1657 marked and admitted<br>Email from BaioccoJ to ChamberlainS re "RE: [SPAM] FSA" | |
| 1686 | | | | X | X | Exhibit 1686 marked and admitted<br>E-mail from Joel Scott to John Baiocco, dated March 31, 2011, regarding "Capax PO Drafts" | |
| 1691 | | | | X | X | Exhibit 1691 marked and admitted<br>Purchase Order between Autonomy, Inc. and Capax Discovery, LLC, dated March 31 2011 | |
| 17144 | | | | X | X | Exhibit 17144 marked and admitted | |
| 17145 | | | | X | X | Exhibit 17145 marked and admitted | |
| | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1731 | | | | X | X | Exhibit 1731 marked and admitted<br>Letter to John Baiocco from Steve Chamberlain dated April 6, 2011 regarding verification of specific invoices payable to permit the completion of annual audit |
| 1739 | | | | X | X | Exhibit 1739 marked and admitted<br>Email from Baiocco e-mail to Lucini re "Re: Cambridge" |
| 1750 | | | | X | X | Exhibit 1750 marked and admitted<br>Email from Baiocco to Hussain re "Fwd: second amendment to license" |
| 1907 | | | | X | X | Exhibit 1907 marked and admitted<br>Email from John Baiocco attaching draft purchase order for UBS deal from Joel Scott email |
| 1962 | | | | X | X | Exhibit 1962 marked and admitted<br>Email from John Baiocco to Joel Scott attaching corrected purchase order for Capax/UBS |
| 2216 | | | | X | X | Exhibit 2216 marked and admitted<br>Commercial Software License Agreement entered into between Autonomy and Capax Global LLC |
| 2347 | | | | X | X | Exhibit 2347 marked and admitted<br>Marketing Assistance Fee Agreement letter entered into between Autonomy and Capax Discovery |
| 2354 | | | | X | X | Exhibit 2354 marked and admitted<br>Email from Joel Scott to John Baiocco attaching three draft Marketing Assistant Fee agreement letters |
| 2363 | | | | X | X | Exhibit 2363 marked and admitted<br>Revised Payment Arrangement between Autonomy and Capax Discovery LLC for $4.5m |
| | | 12:12 p.m. | | | | Court in recess |
| | | 1:23 p.m. | | | | Court reconvened.<br>**Court Reporter – Rhonda Aquilina**<br>All jurors present. All parties present.<br>Government direct-examination of witness **John Baiocco** |
| 2237 | | | | X | X | Exhibit 2237 marked and admitted<br>Email from John Baiocco to Dave Spadone and Charlie Chiampou attaching invoices and aging report related to settlement of credit notes for UBS deal |
| | | 1:33 p.m. | | | | Defense (Lynch) cross-examination of witness **John Baiocco** |
| | 428 | | | X | | Exhibit 428 previously admitted |
| | 7319 | | | X | X | Exhibit 7319 marked and admitted<br>Email from BaioccoJ to SassR, re: "RE: Capax EDD Software" |
| | 7322 | | | X | X | Exhibit 7322<br>Email from SassR to BaioccoJ, re: "RE: Autonomy proposal" |
| | 7320 | | | X | X | Exhibit 7320 marked and admitted |
| | 32 | | | X | | Exhibit 32 previously admitted |
| | 5518 | | | X | X | Exhibit 5518 marked and admitted<br>Email from CoxB to RimmerT FW: Capax Sales literature |
| | | 2:25 p.m. | | | | Court in recess |
| | | 2:41 p.m. | | | | Court reconvened. All jurors present. All parties present.<br>Defense (Lynch) cross-examination of witness **John Baiocco** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 7304 | | | X | X | Exhibit 7304 marked and admitted<br>Email from SassR to BaioccoJ, re: "RE: End of Q2 deals" | |
| | 100 | | | X | | Exhibit 100 previously admitted | |
| | 231 | | | X | X | Exhibit 231 marked and admitted<br>First Amendment to Autonomy, Inc. Value Added Reseller Agreement entered into between Autonomy, Capax Discovery LLC and three other Capax entities. Signed by Andrew Kanter and John Baiocco | |
| | 1630 | | | X | X | Exhibit 1630 marked and admitted<br>Fifth Amendment to Autonomy, Inc. Value Added Reseller Agreement entered into between Autonomy and several Capax entities | |
| | 5407 | | | X | X | Exhibit 5407 marked and admitted<br>Email from J. Baiocco to KanterA RE: Autonomy Project Hours | |
| | 2216 | | | X | | Exhibit 2216 previously admitted | |
| | | 3:19 p.m. | | | | Defense (Chamberlain) cross-examination of witness<br>**John Baiocco** | |
| | 2559 | | | X | | Exhibit 2559 previously admitted | |
| | 1445 | | | X | X | Exhibit 1445 marked and admitted<br>Letter to John Baiocco from Steve Chamberlain dated January 14, 2011 regarding verification of specific invoices payable to permit the completion of annual audit | |
| | 949 | | | X | X | Exhibit 949 marked and admitted<br>Email from BaioccoJ to MurrayT re "Autonomy Debtor Conifrmation request" (capax audit confirm) | |
| | 2758 | | | X | X | Exhibit 2758 marked and admitted<br>Email from EganS to BaioccoJ, cc to SullivanM re "RE: Update" | |
| | 20004.16 | | | X | | Exhibit 20004.16 marked | |
| | 16652 | | | X | X | Exhibit 16652 marked and admitted<br>Email from BaioccoJ to HussainS FW: Autonomy Invoices | |
| | 9800 | | | X | X | Exhibit 9800 marked and admitted<br>Email from J. Baiocco to R. Sass re: RE: can u call me? | |
| | 16652 | | | X | | Exhibit 16652 previously admitted | |
| | 9674 | | | X | X | Exhibit 9674 marked and admitted<br>Email from J. Baiocco to R. Sass re: FW: Autonomy invoices | |
| | 9675 | | | X | X | Exhibit 9675 marked and admitted<br>Email from J. Baiocco to S. Egan re: RE: Message | |
| | 9676 | | | X | X | Exhibit 9676 marked and admitted<br>Email from J. Baiocco to S. Egan re: Fw: [SPAM] | |
| | 20004.19 | | | X | | Exhibit 20004.19 marked | |
| | 9677 | | | X | X | Exhibit 9677 marked and admitted | |
| | 9678 | | | X | X | Exhibit 9678 marked and admitted | |
| | 9679 | | | X | X | Exhibit 9679 marked and admitted | |
| | | 3:57 p.m. | | | | The Court addressed the jurors. On April 22nd court will end at 1:00 p.m. On April 25, 2025 is dark. | |

|  |  | 4:00 p.m. |  |  | Court instructs the jurors. Jurors excused until 3/25. |  |
|  |  | 4:05 p.m. |  |  | Court adjourned until March 25, 2024 at 9:15 a.m. |  |