```
 1  MORGAN LEWIS & BOCKIUS LLP
    SUSAN D. RESLEY, Bar No. 161808
 2  MADELEINE AYER, Bar No. 353257
    susan.resley@morganlewis.com
 3  madeleine.ayer@morganlewis.com
    One Market, Spear Street Tower
 4  San Francisco, CA 94105
    Tel:  (415) 442-1000
 5  Fax:  (415) 442-1001

 6  MORGAN LEWIS & BOCKIUS LLP
    MARTHA B. STOLLEY, Pending Pro Hac Vice
 7  martha.stolley@morganlewis.com
    101 Park Avenue
 8  New York, NY 10178
    Tel:  (212) 309-6858
 9  Fax:  (212) 309-6001

10  WILLKIE FARR & GALLAGHER LLP
    MICHAEL LI-MING WONG, Bar No. 194130
11  mlwong@willkie.com
    333 Bush Street
12  San Francisco, CA 94104
    Tel:  (415) 858-7400
13  Fax:  (415) 858-7599

14  Attorneys for Hewlett Packard, Inc. and
    Hewlett Packard Enterprise
```

**RECEIVED**
MAR 25 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No. 3:18-cr-577-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA ISSUED TO NON-PARTIES HEWLETT PACKARD, INC. AND HEWLETT PACKARD ENTERPRISE**<br><br>Date:    April 8, 2024<br>Time:   4 p.m.<br>Place:  Courtroom 6, 17th Floor<br>Judge:  Hon. Charles R. Breyer<br><br>Date Filed: March 25, 2024<br>Trial Date: March 18, 2024 |

Non-parties Hewlett Packard, Inc. and Hewlett Packard Enterprise have filed a motion to quash Michael Richard Lynch's Subpoena To Produce Documents Or Objects In a Criminal Case

1 | (the "Lynch Subpoena") issued to non-parties Hewlett Packard, Inc. and Hewlett Packard
2 | Enterprise pursuant to Federal Rule of Criminal Procedure 17(c) (the "Motion").  Having
3 | considered the parties' papers, argument of counsel, relevant legal authority, and the records in
4 | this case, the Court GRANTS the Motion.
5 |     Non-parties Hewlett Packard, Inc. and Hewlett Packard Enterprise's Motion is
6 | GRANTED, and the Lynch Subpoena is hereby quashed.
7 |
8 |     IT IS SO ORDERED.
9 |
10 | Dated: _____, 2024     _____
11 |                                                      Honorable Charles R. Breyer

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER
Case No. 3:18-cr-577 (CRB)