UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br> Plaintiff(s), <br> v. <br> Michael Richard Lynch and St, <br> Defendant(s). | Case No. 3:18-cr-577-CRB <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Martha B. Stolley, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Hewlett Packard, Inc. and Hewlet in the above-entitled action. My local co-counsel in this case is Susan D. Resley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 161808.

Morgan, Lewis & Bockius LLP, 101 Park
MY ADDRESS OF RECORD

Morgan, Lewis & Bockius LLP, One Market,
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 309-6858
MY TELEPHONE # OF RECORD

(415) 442-1000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

martha.stolley@morganlewis.com
MY EMAIL ADDRESS OF RECORD

susan.resley@morganlewis.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2965374.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2024

Martha B. Stolley
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Martha B. Stolley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

___MARTHA  B.  STOLLEY___ , Bar # ___MS1707___

was duly admitted to practice in the Court on

___November 02, 2007___

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.            On        July 6, 2023
           New York, New York

___Ruby J. Krajick___              By   *s/ Samantha Gonzalez*
   Clerk of Court                           Deputy Clerk