1 | **MORGAN LEWIS & BOCKIUS LLP**
SUSAN D. RESLEY, Bar No. 161808
2 | MADELEINE AYER, Bar No. 353257
susan.resley@morganlewis.com
3 | madeleine.ayer@morganlewis.com
One Market, Spear Street Tower
4 | San Francisco, CA 94105
Tel: (415) 442-1000
5 | Fax: (415) 442-1001

6 | **MORGAN LEWIS & BOCKIUS LLP**
MARTHA B. STOLLEY, *Pending Pro Hac Vice*
7 | martha.stolley@morganlewis.com
101 Park Avenue
8 | New York, NY 10178
Tel: (212) 309-6858
9 | Fax: (212) 309-6001

10 | **WILLKIE FARR & GALLAGHER LLP**
MICHAEL LI-MING WONG, Bar No. 194130
11 | mlwong@willkie.com
333 Bush Street
12 | San Francisco, CA 94104
Tel: (415) 858-7400
13 | Fax: (415) 858-7599

14 | *Attorneys for Hewlett Packard, Inc. and Hewlett Packard Enterprise*

FILED
MAR 25 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

18 | UNITED STATES OF AMERICA, | Case No. 3:18-cr-577-CRB
19 | Plaintiff, | CERTIFICATE OF SERVICE
20 | v. | Date: April 8, 2024
21 | | Time: 4 p.m.
MICHAEL RICHARD LYNCH and | Place: Courtroom 6, 17th Floor
22 | STEPHEN KEITH CHAMBERLAIN, | Judge: Hon. Charles R. Breyer
23 | Defendants. | Date Filed: March 25, 2024
Trial Date: March 18, 2024

28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  **CERTIFICATE OF SERVICE**

2     I am a resident of the State of California and employed in San Francisco County,
   California. I am over the age of eighteen years and not a party to the within entitled action. My
3  business address is One Market, Spear Street Tower, San Francisco, California 94105.

4     On March 25, 2024, I served a copy of the foregoing document(s) described as:

5  **NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA ISSUED TO**
   **NON-PARTIES HEWLETT PACKARD, INC. AND HEWLETT PACKARD**
6  **ENTERPRISE PURSUANT TO RULE 17(C); MEMORANDUM OF POINTS AND**
7  **AUTHORITIES IN SUPPORT THEREOF;**

8  **DECLARATION OF SUSAN D. RESLEY IN SUPPORT OF MOTION TO QUASH**
   **SUBPOENA ISSUED TO NON-PARTIES HEWLETT PACKARD, INC. AND**
9  **HEWLETT PACKARD ENTERPRISE;**

10 **[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA ISSUED**
11 **TO NON-PARTIES HEWLETT PACKARD, INC. AND HEWLETT PACKARD**
   **ENTERPRISE;**
12

13 **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE FOR**
   **MARTHA B. STOLLEY; AND**

14
   **CERTIFICATE OF SERVICE.**
15

16 on the interested parties in this action addressed as follows:

| | |
|---|---|
| Christopher J Morvillo | Gary Stuart Lincenberg |
| Celeste L. Koeleveld | Abraham Rejwan |
| Daniel S Silver | Ariel A Neuman |
| CLIFFORD CHANCE US LLP | Michael Charles Landman |
| 31 West 52nd Street | Ray Seilie |
| New York, NY 10019 | BIRD, MARELLA, RHOW, |
| Email:christopher.morvillo@cliffordchance.com | LINCENBERG, DROOKS &NESSIM, LLP |
| Email:celeste.koeleveld@cliffordchance.com | 1875 Century Park East, 23rd Floor |
| Email: daniel.silver@cliffordchance.com | Los Angeles, CA 90067 |
| | Email: gsl@birdmarella.com |
| *Attorneys for Defendant, Michael Richard* | Email: arejwan@birdmarella.com |
| *Lynch* | Email: aan@birdmarella.com |
| | Email: mlandman@birdmarella.com |
| | Email: rseilie@birdmarella.com |
| | |
| | *Attorneys for Defendant, Stephen Keith* |
| *(cont.)* | *Chamberlain* |

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                                    CERTIFICATE OF SERVICE
                                     Case No. 3:18-cr-577 (CRB)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | Reid Henry Weingarten<br>Brian M. Heberlig<br>Caroline Anne Covington<br>Dwight J. Draughon<br>Galen Kast<br>James Purce<br>Meredith Lewis<br>Nicholas Paul Silverman<br>Samantha J. McCarthy<br>STEPTOE LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Email: rweingarten@steptoe.com<br>Email: BHeberlig@steptoe.com<br>Email: ccovington@steptoe.com<br>Email: ddraughon@steptoe.com<br>Email: gkast@steptoe.com<br>Email: jpurce@steptoe.com<br>Email: mlewis@steptoe.com<br>Email: nsilverman@steptoe.com<br>Email: smccarthy@steptoe.com<br><br>*Attorneys for Defendant, Michael Richard Lynch* | Adam A. Reeves<br>Robert S. Leach<br>Kristina Green<br>Zachary Abrahamson<br>UNITED STATES ATTORNEYS OFFICE<br>NORTHERN DISTRICT OF CA<br>450 Golden Gate Avenue, 11th Floor<br>Box 36055<br>San Francisco, CA 94102-3495<br>Email: adam.reeves@usdoj.gov<br>Email: robert.leach@usdoj.gov<br>Email: Kristina.Green@usdoj.gov<br>Email: zachary.abrahamson@usdoj.gov<br><br>*Attorneys for Plaintiff, USA* |

| | |
|---|---|
| 15<br>16<br>17<br>18<br>19<br>20 | Jonathan M Baum<br>STEPTOE LLP<br>One Market Plaza, Steuart Tower<br>Ste 1070<br>San Francisco, CA 94105<br>Email: jbaum@steptoe.com<br><br>*Attorneys for Defendant, Michael Richard Lynch* | |

| | |
|---|---|
| 21<br>22<br>23<br>24<br>25<br>26<br>27 | Michelle L Levin<br>Drew C Harris<br>STEPTOE LLP<br>1114 Avenue of the Americas<br>Ste Floor 35<br>New York, NY 10036<br>Email: mlevin@steptoe.com<br>Email: dcharris@steptoe.com<br><br>*Attorneys for Defendant, Michael Richard Lynch* | |

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CERTIFICATE OF SERVICE
Case No. 3:18-cr-577 (CRB)

1   The documents were served by the following means:

2
    [X]   **BY ELECTRONIC SERVICE**: the parties listed above were served
3         electronically with the document(s) listed above by e-mailed PDF files on March
          19, 2024. The transmission was reported as complete and without error. My
4         electronic notification address is One Market, Spear Street Tower, San Francisco,
          California 94105. My e-mail address is lisa.lee@morganlewis.com.

5
    [X]   **BY FEDEX**: by placing the document(s) listed above in a sealed FedEx envelope
6         and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx
          agent for delivery.

7

8         I am readily familiar with the firm's practice of collection and processing correspondence
    for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
9   day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
    motion of the party served, service is presumed invalid if postal cancellation date or postage
10  meter date is more than one day after date of deposit for mailing in affidavit.

11        Executed on March 25, 2024, at San Francisco, California.

12        I declare under penalty of perjury under the laws of the State of California that the above
    is true and correct.
13

14  Dated: March 25, 2024

15

16
                                            By: _____
17                                                   Lisa S. Lee

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                            4                    CERTIFICATE OF SERVICE
                                                                 Case No. 3:18-cr-577 (CRB)