# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date: March 28, 2024                                     Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 14 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USAv. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Reid Weingarten (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held.  Jury Note No. 1.  Government direct-examination of witness – David Truitt.  Motion to exclude Improper Opinion Testimony of Mr. Egan -For the reasons stated on the record, the Court deferred ruling on Defendant's Motion (ECF Docket No. 398).

Further jury trial set for April 1, 2024 at 9:15 a.m.

Witnesses Sworn: Christopher Egan

Exhibits Marked and Admitted: 42, 50, 212, 514, 646, 680, 1769, 1850, 1972, 2381, 2392, 2600, 2930, 3063 (pages 10-13), 3637, 39553, 4053, 4061, 4062, 4904, 5640, 5679, 5734, 7346, 15849, 17217, 17142

Exhibits Marked: 2797 (Demonstrative), 5744 (Demonstrative)