PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | DECLARATION OF ZACHARY G.F. ABRAHAMSON IN SUPPORT OF UNITED STATES' MOTION *IN LIMINE* TO ADMIT HOGENSON SETTLEMENT AGREEMENT |
| v. | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendant. | |

I, Zachary G.F. Abrahamson, declare as follows:

1. I am a Special Assistant United States Attorney with the United States Attorney's Office for the Northern District of California ("USAO"). I am assigned to the prosecution of the above-referenced case. I make this declaration in support of the United States' Motion *in Limine* to Admit Hogenson Settlement Agreement.  The statements herein are based in part on personal knowledge and in part on information and belief from my review of documents in this matter and my discussions with counsel for the government, law enforcement agents, and others.

2. Attached hereto as Exhibit A is a true and correct copy of Trial Exhibit 13037, which contains a June 22, 2010 e-mail from Brent Hogenson to defendant Michael Lynch.

3. Attached hereto as Exhibit B is a true and correct copy of Trial Exhibit 1012, a July 26, 2010 e-mail from Brent Hogenson to the Financial Services Authority.

4. Attached hereto as Exhibit C is a true and correct copy of Trial Exhibit 10350, a July 28, 2010 e-mail from Sushovan Hussain to defendant Michael Lynch and Andrew Kanter.

5. Attached hereto as Exhibit D is a true and correct copy of Trial Exhibit 10479, an August 5, 2010 e-mail from Andrew Kanter to defendant Michael Lynch.

6. Attached hereto as Exhibit E is a true and correct copy of Trial Exhibit 6256, an August 20, 2010 e-mail from Brent Hogenson to the Securities and Exchange Commission.

7. Attached hereto as Exhibit F is a true and correct copy of Trial Exhibit 4150, a draft motion to compel arbitration prepared by attorneys for Autonomy.

8. Attached hereto as Exhibit G is a true and correct copy of Trial Exhibit 13059, a November 19, 2010 settlement agreement between Brent Hogenson and Autonomy.

9. Attached hereto as Exhibit H is a true and correct copy of Trial Exhibit 13058, a November 18, 2010 declaration executed by Brent Hogenson.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 30th day of March 2024.

_____/s/_____
ZACHARY G.F. ABRAHAMSON
Special Assistant U.S. Attorney