| | |
|---|---|
| Jonathan M. Baum (SBN: 303469)<br>**Steptoe LLP**<br>One Market Street<br>Steuart Tower, Suite 1070<br>San Francisco, CA  94105<br>Telephone:  (510) 735-4558<br>jbaum@steptoe.com<br><br>Reid H. Weingarten<br>Brian M. Heberlig<br>Michelle L. Levin<br>Nicholas P. Silverman<br>Drew C. Harris<br>(Admitted Pro Hac Vice)<br>**Steptoe LLP**<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 506-3900 | Christopher J. Morvillo<br>Celeste L.M. Koeleveld<br>Daniel S. Silver<br>(Admitted Pro Hac Vice)<br>**Clifford Chance US LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone:  (212) 878-3437<br>christopher.morvillo@cliffordchance.com<br><br>*Attorneys for Defendant*<br>*Michael Richard Lynch* |

# UNITED STATES DISTRICT COURT

# NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>           Defendants. | Case No.: 3:18-cr-00577-CRB<br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF CELESTE L.M. KOELEVELD IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S OPPOSITION TO THE GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT SETTLEMENT AGREEMENT WITH BRENT HOGENSON**<br><br>Court:  Courtroom 6 – 17th Floor<br>Date Filed:  March 31, 2024<br>Trial Date:  March 18, 2024 |

KOELEVELD DECL. ISO OPPOSITION TO GOVERNMENT MIL – 3:18-CR-00577-CRB

## DECLARATION OF CELESTE L.M. KOELEVELD

I, Celeste L.M. Koeleveld, declare as follows:

1. I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email from Andrew Kanter to Jaideep Venkatesan and others, dated October 26, 2010 (Trial Exhibit 7994).

4. Attached hereto as Exhibit 2 is a true and correct copy of Robert Webb's Witness Statement from the UK civil proceedings, dated November 1, 2018.

5. Attached hereto as Exhibit 3 is a true and correct copy of a settlement agreement between Hewlett Packard and Marcela Perez de Alonso, dated March 22, 2011.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed March 31, 2024, in San Francisco, California.

*/s/ Celeste L.M. Koeleveld*
Celeste L.M. Koeleveld