UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA  v. Michael Richard Lynch</u>
　　　　　　USA v. Stephen Keith Chamberlain

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Reid Weingarten<br>(Lynch) |
| **TRIAL DATE:**<br>April 9, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Judge cried-in.  Court Reporter – All jurors present. All parties present. Government direct examination of witness **Lee Peter Welham** |  |
| 1509 |  |  | X |  | Exhibit 1509 previously admitted |  |
| 1417 |  |  | X | X | Exhibit 1417 marked and admitted<br>Excel Workbook: "Revenue Deals over $1M" (Summary, VMS Software Revenue Testing Tabs) |  |
| 1417.1 |  |  | X | X | Exhibit 1417.1 marked and admitted |  |
| 1530 |  |  | X | X | Exhibit 1530 marked and admitted<br>Email from AndersonA to LuL re "VMS, Amgen and<br>BofA" (Menell's confirmation of vms delivery) |  |
| 1762 |  |  | X | X | Exhibit 1762 marked and admitted<br>Email from WelhamL to HussainS re Q1 Review (Microtech/Vatican listed as a "challenge") |  |
| 1767 |  |  | X | X | Exhibit 1767 marked and admitted<br>Email from ChamberlainS to WelhamL re FINRA and PRISA |  |
| 160 |  |  | X | X | Exhibit 160 marked and admitted<br>Email from ChamberlainS to WelhamL, HussainS re "signed rep letter" with attachment |  |
| 263 |  |  | X | X | Exhibit 263 marked and admitted<br>Email from KnightsR to BennettL et al re Strategic deals – Autonomy |  |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 1509 | | | | X | | Exhibit 1509 previously admitted | |
| 1531 | | | | X | | Exhibit 1531 previously admitted | |
| 2273 | | | | X | X | Exhibit 2273 marked and admitted<br>Email from HussainS to MercerN & WelhamL re "Project Tesla - auditor questions (SH).docx" | |
| | | 10:05 a.m. | | | | Defense (Lynch) cross-examination of witness Lee P. Welham | |
| | 23429 | | | X | X | Exhibit 23429 marked and admitted<br>Email from KnightsR to McMonigallJ, re: "FW: ACP Autonomy planning pack.pdf (SECURED) – Adobe Reader" | |
| | 23430 | | | X | X | Exhibit 23430 marked and admitted<br>Attachment to 12/17/2009 KnightsR email: Report to<br>the Audit Committee on the 2009 Audit Planning Report | |
| | 8750 | | | X | X | Exhibit 8750 marked and admitted<br>Annual Report 2004 Presentation: Understanding the<br>80% | |
| | 8751 | | | X | X | Exhibit 8751 marked and admitted<br>Autonomy Consolidated Financial Statements for the<br>year ended 31 December 2005 | |
| | | 10:29 a.m. | | | | Court in recess | |
| | | 10:57 a.m. | | | | Court reconvened. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Lee P. Welham | |
| | 428 | | | X | | Exhibit 428 previously admitted | |
| | 6425 | | | X | X | Exhibit 6425 marked and admitted<br>Q4 2009 1818A 12 Planning report to Audit Committee ISAC | |
| | 7060 | | | X | X | Exhibit 7060 marked and admitted<br>2009 Annual Report – Ticked | |
| | 7063 | | | X | X | Exhibit 7063 marked and admitted<br>Q3 2009 Release – Ticked | |
| | 37 | | | X | | Exhibit 37 previously admitted | |
| | 428 | | | X | | Exhibit 428 previously admitted | |
| | 4347 | | | X | X | Exhibit 4347 marked and admitted (not displayed)<br>2241a IFRS8 consultation memo with NAA.PDF | |
| | 583 | | | X | | Exhibit 583 previously admitted | |
| | 1509 | | | X | | Exhibit 1509 previously admitted | |
| | 20068.18 | 11:56 p.m.<br><br>12:00 p.m. | | | | Jurors on break<br>Discussion re Exhibit 20068.18.<br>Court in recess | |
| | | | | | | | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1:02 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. Defense (Lynch) cross-examination of witness Lee P. Welham | |
| | 994 | | X | | Exhibit 994 previously admitted | |
| | 4365 | | X | X | Exhibit 4365 marked and admitted<br>Q2 2010 Results FINAL | |
| | 1531 | | X | | Exhibit 1531 previously admitted | |
| | 1352 | | X | | Exhibit 1352 previously admitted | |
| | 263 | | X | | Exhibit 263 previously admitted | |
| | 2592 | | X | X | Exhibit 2592 marked and admitted<br>Spreadsheet excerpt for Autonomy large hardware and software deals | |
| | 6477 | | X | X | Exhibit 6477 marked and admitted<br>Email from JacksonA to MurrayT re Hardware revenue analysis Q2 2011 | |
| | 271 | | X | | Exhibit 271 previously admitted | |
| | 6737 | | X | | Exhibit 6737 (Demonstrative) | |
| | 2745 | | X | X | Exhibit 2745 marked and admitted<br>Capax/Eli Lilly, Q4 2009 | |
| | 7893 | | X | | Exhibit 7893 previously admitted | |
| | 1445 | | X | | Exhibit 1445 previously admitted | |
| | 486 | | X | X | Exhibit 486 marked and admitted<br>Note to Audit Committee from Hussain: Q4 2009 results analysis | |
| | 17183 | | X | X | Exhibit 17183 marked and admitted<br>8140a EMEA licence deals $1m Q1 2009.xls | |
| | 1731 | | X | | Exhibit 1731 previously admitted | |
| | 32 | | X | | Exhibit 32 previously admitted | |
| | 6371.1 | | X | X | Exhibit 6371.1 marked and admitted<br>Excel Workbook: 8140b Revenue Deals $1m Q3 2009 | |
| | 271 | | X | | Exhibit 271 previously admitted | |
| | | 2:23 p.m. | | | Court in recess | |
| | | 2:48 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Lee P. Welham | |
| | 484 | | X | X | Exhibit 484 marked and admitted<br>Excel Workbook: Revenue Deals over $1M | |
| | 4306 | | X | X | Exhibit 4306 marked and admitted<br>A | |
| | 16690 | | X | X | Exhibit 16690 marked and admitted<br>Exhbit B from Autonomy Value Added Reseller Agreement | |
| | 979 | | X | | Exhibit 979 previously admitted | |

3

|  | 3819 |  | X | X | Exhibit 3819 previously admitted<br>2010-06-15 - Second Amend to CUSLA_Eli Lilly (executed).pdf |  |
|---|---|---|---|---|---|---|
|  | 979 |  | X |  | Exhibit 979 previously admitted |  |
|  | 583 |  | X |  | Exhibit 583 previously admitted |  |
|  | 1778 |  | X |  | Exhibit 1778 previously admitted |  |
|  | 4429 |  | X | X | Exhibit 4429 marked and admitted<br>Q1-8130b Q1 2011 $1m revenue testing.xlsx |  |
|  | 8753 |  | X | X | Exhibit 8753 marked and admitted<br>Autonomy invoice |  |
|  | 8754 |  | X | X | Exhibit 8754 marked and admitted<br>Autonomy invoice |  |
|  | 8755 |  | X | X | Exhibit 8755 marked and admitted<br>Autonomy invoice |  |
|  | 2013 |  | X |  | Exhibit 2013 previously admitted |  |
|  |  | 3:41 p.m.<br><br>3:54 p.m.<br>4:00 p.m.<br><br><br><br><br><br>4:42 p.m. |  |  | Jurors excused until April 10, 2024 at 9:15 a.m.<br>Discussion re Deloitte examination<br>Motion to Quash Subpoena hearing held<br>Court in recess<br>Court reconvened. Jurors not present. All parties present. Counsel for HP: Susan Diane Resley, Madeleine Ayer and Bakari Ziegler (Hewlett Packard)<br><br>Motion to Quash hearing held. Motion to Quash hearing set for April 10, 2024 at 4:00 p.m.<br><br>Court adjourned until April 10, 2024 at 9:15 a.m. |  |