# TRIAL EXHIBIT 2749

**SUMMARY OF REVENUE ADJUSTMENTS - 2009 TO OCTOBER 2011**

**ASL STATUTORY ACCOUNTS: REVENUE ADJUSTMENTS**

Figures in this table are in GBP £m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Retained Earnings (Note 3) | Revenue | Revenue |
|---|---|---|---|
| | As at Dec 2009 | Total 2010 | Jan - Oct 2011 |
| **Originally Stated (Note 1)** | **188.01** | **175.63** | **108.64** |
| Adjustments in respect of restated transactions (Note 2): | | | |
| *VAR transactions* | **(31.85)** | **(23.94)** | **8.75** |
| MicroLink | (2.52) | 2.71 | - |
| MicroLink | (5.72) | (2.89) | - |
| Integracion de Negocios en Tecnologia de Informacion/Various end users | (2.98) | 1.81 | 1.28 |
| Capax Discovery/Kraft Foods Global | | 1.81 | - |
| MicroTech/Honeywell Aerospace | (1.09) | - | - |
| MicroTech/Discover Technologies | (5.74) | - | - |
| MicroTech/Morgan Stanley & Co | (2.81) | 2.81 | - |
| Capax Discovery/Eli Lilly and Company | (3.61) | 3.61 | - |
| MicroTech/Assurian Insurance Services | (0.15) | 0.15 | - |
| MicroTech/Century Link | (0.42) | 0.42 | - |
| AS Computadoras y Servicios/Secretaria de Gobernacion | (1.58) | 0.87 | 0.77 |
| Sales Consulting/Poste Italiane | (0.45) | 0.87 | - |
| MicroLink/Discover Technologies | (1.39) | - | - |
| Capax Discovery/Financial Services Authority | - | (1.99) | 2.20 |
| MicroTech/Biblioteca Apostolica Vaticana (Vatican Library) | - | (5.74) | 1.46 |
| Discover Technologies/Philip Morris International Management | - | - | - |
| Discover Technologies/CitiGroup Technology | - | - | - |
| Auxilium Tech/Biblioteca Apostolica Vaticana (Vatican Library) | - | (1.24) | (0.03) |
| Comercializadora Cobal's/TV Azteca | - | (0.90) | 0.94 |
| FileTek/United States Veterans Administration Authority | - | (6.05) | 1.73 |
| Capax Discovery/Bank of America - Amgen | - | (4.18) | - |
| Red Ventures/Various end users | - | (1.74) | (0.06) |
| Capax Discovery/Defense Knowledge Online | - | (1.18) | 1.18 |
| MicroTech/US Department of the Interior | - | (1.86) | 1.86 |
| Discover Technologies/Bank of America | - | (3.25) | 0.31 |
| Discover Technologies/Bank of America | - | (1.63) | - |
| Capax Discovery/Merrill Lynch - Bank of America | - | (1.00) | 1.00 |
| Tikit/KPMG | - | (3.85) | 2.25 |
| Discover Technologies/ThinkTech | - | - | 0.29 |
| Capax Discovery/McAfee | - | - | (3.02) |
| Discover Technologies/Prisa | - | - | (0.48) |
| MicroTech/Bank of Montreal | - | - | - |
| Capax Discovery/UBS | - | - | - |
| Capax Discovery/UBS | - | - | - |
| Discover Technologies/Abbott Laboratories | - | - | 0.19 |
| Discover Technologies/Hyatt/Dell | - | - | 0.12 |
| MicroTech/Hewlett Packard | - | - | (3.25) |
| Other VAR transactions (adjustments < $1.5m) | (3.40) | 1.17 | 0.03 |
| *Reciprocal transactions* | **(15.66)** | **(15.97)** | **2.06** |
| Capax Discovery (EDD) | (1.27) | - | (0.20) |
| Video Monitoring Services | (6.58) | 0.90 | 1.40 |
| Filetek | (6.30) | 1.16 | 1.01 |
| Vidient Systems | (1.51) | 0.31 | 0.52 |
| Filetek | - | (6.05) | 1.20 |
| Mercedes-Benz Grand Prix | - | (1.04) | (0.05) |
| Realise Limited/Credit Suisse Securities | - | (1.27) | (0.05) |
| EMC | - | (2.26) | 0.60 |
| Vidient Systems | - | (1.21) | - |
| Video Monitoring Services (Software) | - | (2.86) | (1.60) |
| Video Monitoring Services (Hardware) | - | (3.65) | 3.78 |
| Tottenham Hotspur | - | - | (4.12) |
| MicroTech LLC | - | - | (0.43) |
| Other reciprocal transactions (adjustments < $1.5m) | - | - | - |
| *Hosting transactions* | **(19.62)** | **(24.99)** | **(8.26)** |
| *Other adjustments* | **(13.00)** | **(9.35)** | **(20.47)** |
| BBC Monitoring | (3.58) | 0.61 | (1.14) |
| Camsa Korazem | 0.04 | - | - |
| Tottenham Hotspur | - | (3.90) | 0.22 |
| Play | - | (1.09) | 1.09 |
| Prisa | - | (5.72) | (0.14) |
| Serious Fraud Office | - | - | (1.38) |
| Apple | (2.32) | - | 1.11 |
| UBS | - | - | (8.18) |
| Other 'other adjustments' (adjustments < $1.5m) | (7.13) | 1.98 | (12.06) |
| **Total adjustments in respect of restated transactions** | **(80.13)** | **(74.25)** | **(17.92)** |
| **As adjusted for restated transactions** | **107.88** | **101.38** | **90.73** |
| Adjustments in respect of changes in accounting policy (principally ceasing to capitalise R&D ) | *1.01* | *(20.09)* | *(17.25)* |
| **As restated in the FY11 statutory accounts of ASL (Note 2)** | **108.88** | **81.29** | **73.48** |
| **Hardware revenue** | **(12.24)** | **(11.85)** | **(8.03)** |
| **Percentage restated** | **-42.1%** | **-53.7%** | **-32.4%** |
| **Percentage restated (including hardware revenue)** | **-35.6%** | **-47.0%** | **-25.0%** |

Note 1 - Originally stated for Dec 09 and FY10 refers to the values reported in the originally filed ASL 2010 statutory accounts. Originally stated for FY11 refers to the values originally recorded in ASL's draft statutory accounts prepared mid-2012 but not filed. This FY11 start position has been further adjusted to remove the revenue recorded on the sale of IP from ASL to Longsand. Because this was an intercompany sale in September 2011, it has no impact on the consolidated accounts and distorts the analysis - therefore it has been removed from the starting figures.

Note 2 - The FY11 revenue values in the FY11 statutory accounts are restated compared to what was drafted in the original version FY11 statutory accounts (not filed). The FY10 and FY09 figures are restated compared to what was filed in the original FY10 statutory accounts (see also Note 1).

Note 3 - The FY09 revenue figures are not disclosed in the FY11 accounts and as such their restatement is not presented. Instead the FY09 closing retained earnings were restated and have therefore been presented above. This ASL retained earnings restatement includes all impacts to ASL's retained earnings whether arising through revenue or costs restatements and whether arising in FY09 or prior years.

Note 4 - Deals separately identified are those with an adjustment to group revenue exceeding $1.5 million in any given quarter or in total across the relevant period (Q1 2009 - Oct 2011 inclusive). These deals are presented in the same order as in the Summary of Revenue Adjustments for the group.

Note 5 - The financial statements of ASL are impacted by the misstatements identified in ASL itself and the misstatements identified in several of the non-UK group entities, as a result of the group's transfer pricing arrangements. Differences in the value of individual adjustments between the Summary of Revenue Adjustments for ASL, and the Summary of Revenue Adjustments for the group arise as a result of i) these transfer pricing arrangements and ii) translation between GBP£ and US$.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340543

Exh 2749-0001

SUMMARY OF REVENUE ADJUSTMENTS (DETAILED) - 2009 TO OCTOBER 2011

ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUES 2009 TO OCTOBER 2011

Figures in this table are in USD \$'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue | | | | | Revenue | | | | | Revenue | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 2009 | Q2 2009 | Q3 2009 | Q4 2009 | Total 2009 | Q1 2010 | Q2 2010 | Q3 2010 | Q4 2010 | Total 2010 | Q1 2011 | Q2 2011 | July to Oct 2011 | Total 2011 |
| **Originally stated revenue (Note 1)** | 129.79 | 195.19 | 191.61 | 223.11 | 739.69 | 194.18 | 221.13 | 210.56 | 244.51 | 870.37 | 219.79 | 256.25 | 261.46 | 737.50 |
| **Adjustments in respect of restated transactions (Notes 2 & 3):** | | | | | | | | | | | | | | |
| *VAR transactions* | (3.62) | (14.03) | (9.04) | (27.91) | (55.48) | (13.60) | 0.01 | (17.72) | (23.62) | (51.01) | (22.90) | (26.10) | 29.41 | (19.59) |
| MicroLink | (3.01) | (5.43) | (0.07) | - | (8.51) | - | - | - | - | - | - | - | - | - |
| MicroLink | - | (4.58) | (4.91) | - | (9.49) | 2.70 | - | - | - | 2.70 | - | - | - | - |
| Integración de Negocios en Tecnología de Información/Various end users | - | (3.66) | (0.46) | (0.82) | (4.94) | (0.18) | - | - | - | (0.18) | - | - | - | - |
| Capax Discovery/Kraft Foods Global | - | - | (4.00) | 4.00 | - | - | - | - | - | - | - | - | - | - |
| MicroTech/Honeywell Aerospace | - | - | - | (1.90) | (1.90) | - | - | - | - | - | - | - | - | - |
| MicroTech/Discover Technologies | - | - | - | (9.52) | (9.52) | - | - | - | - | - | - | - | - | - |
| MicroTech/Morgan Stanley & Co | - | - | - | (4.44) | (4.44) | 4.44 | - | - | - | 4.44 | - | - | - | - |
| Capax Discovery/Eli Lilly and Company | - | - | - | (5.99) | (5.99) | - | 5.99 | - | - | 5.99 | - | - | - | - |
| MicroTech/Assurian Insurance Services | - | - | - | (0.25) | (0.25) | 0.25 | - | - | - | 0.25 | - | - | - | - |
| MicroTech/Century Link | - | - | - | (0.70) | (0.70) | 0.70 | - | - | - | 0.70 | - | - | - | - |
| AS Computadoras y Servicios/Secretaria de Gobernacion | - | - | - | (2.62) | (2.62) | - | - | - | - | - | - | - | - | - |
| Sales Consulting/Poste Italiane | - | - | - | (2.25) | (2.25) | - | - | - | - | - | - | - | - | - |
| MicroLink/Discover Technologies | - | - | - | (2.50) | (2.50) | - | - | - | - | - | - | - | - | - |
| Capax Discovery/Financial Services Authority | - | - | - | - | - | (4.29) | - | - | - | (4.29) | - | - | 3.00 | 3.00 |
| MicroTech/Biblioteca Apostolica Vaticana (Vatican Library) | - | - | - | - | - | (11.00) | - | - | - | (11.00) | - | - | - | - |
| Discover Technologies/Philip Morris International Management | - | - | - | - | - | (4.19) | 4.19 | - | - | - | - | - | - | - |
| Discover Technologies/CitiGroup Technology | - | - | - | - | - | (5.50) | - | 5.50 | - | - | - | - | - | - |
| Auxilium Tech/Biblioteca Apostolica Vaticana (Vatican Library) | - | - | - | - | - | - | (1.90) | (0.04) | (0.04) | (1.99) | (0.04) | - | - | (0.04) |
| Comercializadora Cobal's/TV Azteca | - | - | - | - | - | - | - | (1.50) | - | (1.50) | - | - | - | - |
| FileTek/United States Veterans Administration Authority | - | - | - | - | - | - | - | (10.00) | - | (10.00) | - | - | - | - |
| Capax Discovery/Bank of America - Amgen | - | - | - | - | - | - | - | (9.00) | - | (9.00) | - | - | - | - |
| Red Ventures/Various end users | - | - | - | - | - | - | - | (2.75) | (0.04) | (2.79) | (0.05) | (0.05) | (0.04) | (0.10) |
| Capax Discovery/Defense Knowledge Online | - | - | - | - | - | - | - | - | (1.95) | (1.95) | - | 1.95 | - | 1.95 |
| MicroTech/US Department of the Interior | - | - | - | - | - | - | - | - | (4.00) | (4.00) | - | - | 4.00 | 4.00 |
| Discover Technologies/Bank of America | - | - | - | - | - | - | - | - | (7.00) | (7.00) | - | - | - | - |
| Discover Technologies/Bank of America | - | - | - | - | - | - | - | - | (3.50) | (3.50) | - | - | - | - |
| Capax Discovery/Merrill Lynch - Bank of America | - | - | - | - | - | - | - | - | (1.46) | (1.46) | - | - | 1.66 | 1.66 |
| Tikit/KPMG | - | - | - | - | - | - | - | - | (6.16) | (6.16) | 0.67 | 0.67 | 3.86 | 5.19 |
| Discover Technologies/ThinkTech | - | - | - | - | - | - | - | - | - | - | (1.80) | - | - | (1.80) |
| Capax Discovery/McAfee | - | - | - | - | - | - | - | - | - | - | (5.00) | - | - | (5.00) |
| Discover Technologies/Prisa | - | - | - | - | - | - | - | - | - | - | (3.60) | - | - | (3.60) |
| MicroTech/Bank of Montreal | - | - | - | - | - | - | - | - | - | - | (2.08) | - | 2.88 | - |
| Capax Discovery/UBS | - | - | - | - | - | - | - | - | - | - | (8.00) | - | 8.00 | - |
| Capax Discovery/UBS | - | - | - | - | - | - | - | - | - | - | - | (7.66) | 7.66 | - |
| Discover Technologies/Abbott Laboratories | - | - | - | - | - | - | - | - | - | - | - | (8.61) | - | (8.61) |
| Discover Technologies/Hyatt/Dell | - | - | - | - | - | - | - | - | - | - | - | (5.53) | - | (5.53) |
| MicroTech/Hewlett Packard | - | - | - | - | - | - | - | - | - | - | (7.00) | - | - | (7.00) |
| Other VAR transactions (adjustments < \$1.5m) | (0.61) | (0.37) | (0.60) | (1.01) | (2.58) | 1.37 | (0.26) | 0.08 | (1.27) | (0.09) | (2.21) | (0.06) | 0.58 | (1.91) |
| *Reciprocal transactions* | (7.58) | (6.57) | - | (14.38) | (28.17) | (10.18) | (2.01) | (7.81) | (10.44) | (30.00) | (11.91) | (0.13) | 2.97 | (9.07) |
| Capax Discovery (EDD) | (7.58) | - | - | (4.00) | (11.58) | - | - | - | - | - | (1.60) | - | - | (1.60) |
| Video Monitoring Services | - | (6.57) | - | - | (6.57) | - | - | - | - | - | - | - | - | - |
| Filetek | - | - | - | (8.00) | (8.00) | - | - | - | - | - | - | - | - | - |
| Vidient Systems | - | - | - | (2.50) | (2.50) | - | - | - | - | - | - | - | - | - |
| Filetek | - | - | - | - | - | (8.50) | - | - | - | (8.50) | - | - | - | - |
| Mercedes-Benz Grand Prix | - | - | - | - | - | (1.60) | (0.02) | (0.02) | (0.02) | (1.66) | (0.02) | (0.02) | (0.03) | (0.08) |
| Realise Limited/Credit Suisse Securities | - | - | - | - | - | - | (1.99) | (0.05) | (0.05) | (2.04) | (0.02) | (0.02) | (0.03) | (0.08) |
| EMC | - | - | - | - | - | - | - | (5.01) | - | (5.01) | - | - | - | - |
| Vidient Systems | - | - | - | - | - | - | - | (2.00) | - | (2.00) | - | - | - | - |
| Video Monitoring Services (Software) | - | - | - | - | - | - | - | - | (4.75) | (4.75) | - | - | - | - |
| Video Monitoring Services (Hardware) | - | - | - | - | - | - | - | - | (6.05) | (6.05) | - | - | - | - |
| Tottenham Hotspur | - | - | - | - | - | - | - | - | - | - | (6.40) | (0.08) | (0.11) | (6.59) |
| MicroTech LLC | - | - | - | - | - | - | - | - | - | - | (3.86) | - | 3.13 | (0.71) |
| Other reciprocal transactions (adjustments < \$1.5m) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Hosting transactions* | 8.01 | 8.64 | 2.28 | (18.85) | (14.32) | (8.14) | (28.78) | (2.13) | (6.70) | (47.74) | (6.21) | (7.27) | (2.10) | (17.66) |
| Other adjustments | (5.92) | (2.13) | (2.01) | 0.05 | (6.82) | (0.90) | (0.49) | (4.05) | (14.00) | (27.41) | (6.25) | 1.03 | (15.13) | (19.03) |
| BBC Monitoring | (0.26) | (1.18) | (0.65) | (0.06) | (2.15) | (0.09) | (0.71) | (0.08) | (0.08) | (0.97) | (1.69) | (0.05) | (0.08) | (1.83) |
| Canna Konzern | (1.60) | - | - | - | (1.60) | - | - | - | - | - | - | - | - | - |
| Tottenham Hotspur | - | - | - | - | - | - | (6.24) | - | - | (6.24) | 0.11 | 0.11 | 0.14 | 0.35 |
| Play | - | - | - | - | - | - | - | (1.66) | (0.09) | (1.75) | (0.08) | 1.83 | - | 1.75 |
| Prisa | - | - | - | - | - | - | - | - | (9.49) | (9.49) | 0.15 | 0.20 | (1.60) | (1.28) |
| Serious Fraud Office | - | - | - | - | - | - | - | - | - | - | - | (2.36) | 0.16 | (2.20) |
| Apple | - | - | - | - | - | - | - | - | - | - | - | 1.94 | - | 1.94 |
| UBS | - | - | - | - | - | - | - | - | - | - | - | - | (13.94) | (13.94) |
| Other 'other adjustments' (adjustments < \$1.5m) | (2.08) | (0.95) | (1.16) | 0.11 | (4.09) | (0.81) | (1.54) | (2.26) | (4.34) | (8.95) | (2.79) | 0.27 | (0.20) | (2.72) |
| **Total adjustments in respect of restated transactions** | (14.24) | (24.09) | (9.57) | (60.41) | (108.31) | (34.82) | (31.19) | (30.91) | (59.24) | (156.16) | (47.31) | (31.67) | 14.67 | (64.31) |
| **As adjusted for restated transactions** | 115.54 | 171.10 | 182.04 | 162.70 | 631.38 | 159.36 | 189.93 | 179.65 | 185.27 | 714.21 | 172.45 | 224.58 | 276.13 | 673.15 |
| Adjustments in respect of changes in accounting policy (principally ceasing to capitalise R&D ) | | | | | | | | | | | | | | |
| **As restated** | 115.54 | 171.10 | 182.04 | 162.70 | 631.38 | 159.36 | 189.93 | 179.65 | 185.27 | 714.21 | 172.45 | 224.58 | 276.13 | 673.15 |
| **Hardware revenue** | - | 6.24 | 37.64 | 9.42 | 53.30 | 11.84 | 31.06 | 26.80 | 29.38 | 99.08 | 20.09 | 20.85 | 45.67 | 86.62 |
| **Percentage restated** | -11.0% | -12.3% | -5.0% | -27.1% | -14.6% | -17.9% | -14.1% | -14.7% | -24.2% | -17.9% | -21.5% | -12.4% | 5.6% | -8.7% |
| **Percentage restated (including hardware revenue)** | -11.0% | -15.5% | -24.6% | -31.3% | -21.8% | -24.0% | -28.2% | -27.4% | -36.2% | -29.3% | -30.7% | -20.5% | -11.9% | -20.5% |

Note 1 - Originally Stated refers to the revenue disclosed in Autonomy's quarterly earnings releases, except for the period July - Oct 2011. For the period the originally stated revenue figures are those reported in the Autonomy general ledger.

Note 2 - The adjustments shown in respect of transactions represent the net adjustments to revenue in each quarter.

Note 3 - Items separately identified are those with an adjustment to group revenue exceeding \$1.5 million in any given quarter or in total across the relevant period (Q1 2009 - Oct 2011 inclusive).

2

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340544

Exh 2749-0002

**Tieback from Rebasing Summary to Workings and Company Records**

| Rebasing Summary by Cause - Tie back to Working file | 2009 Ret Earnings GBP Summary | Workings | ASL 2010 Revenue GBP Summary | Workings | 2011 Revenue GBP Summary | Workings | Autonomy Group 2009 Revenue USD Summary | Workings | 2010 Revenue USD Summary | Workings | 2011 Revenue USD Summary | Workings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VAR transactions | (31.85) | (31.85) | (23.94) | (23.94) | 8.75 | 8.75 | (55.40) | (55.40) | (51.01) | (51.01) | (19.59) | (19.59) |
| Reciprocal transactions | (15.66) | (15.66) | (15.97) | (15.97) | 2.06 | 2.06 | (30.57) | (30.57) | (30.00) | (30.00) | (9.07) | (9.07) |
| Hosting | (19.62) | (19.62) | (24.99) | (24.99) | (6.26) | (6.26) | (14.32) | (14.32) | (47.74) | (47.74) | (17.66) | (17.66) |
| Other | (13.00) | (12.96) | (6.35) | (9.31) | (20.47) | (20.46) | (8.02) | (8.02) | (27.41) | (27.41) | (18.03) | (18.03) |
| Total adjustments in respect of restated transactions | (80.13) | (80.10) | (74.25) | (74.21) | (17.92) | (17.91) | (108.31) | (108.31) | (156.16) | (156.16) | (64.35) | (64.35) |
| Change in accounting policies | 1.01 | 1.01 | (20.09) | (20.09) | (17.25) | (17.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hardware revenue | (12.24) | (12.24) | (11.85) | (11.85) | (8.03) | (8.03) | 53.30 | 53.30 | 99.08 | 99.08 | 86.62 | 86.62 |
| Total | (66.89) | (66.85) | (82.48) | (82.45) | (27.13) | (27.13) | (161.61) | (161.61) | (255.23) | (255.23) | (150.96) | (150.96) |

| Analysis of Workings by Cause and Sources | 2009 Ret Earnings GBP Workings | vs Summary | ASL 2010 Revenue GBP Workings | vs Summary | 2011 Revenue GBP Workings | vs Summary | Autonomy Group 2009 Revenue USD Workings | vs Summary | 2010 Revenue USD Workings | vs Summary | 2011 Revenue USD Workings | vs Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VAR transactions | (31.85) | 0.00 | (23.94) | 0.00 | 8.75 | 0.00 | (55.40) | 0.00 | (51.01) | 0.00 | (19.59) | 0.00 |
| - From big deals analysis | (16.50) | n/a | (21.83) | n/a | 3.60 | n/a | (28.86) | n/a | (45.34) | n/a | (21.99) | n/a |
| - From sundry adjustments analysis | (15.35) | n/a | (2.11) | n/a | 5.14 | n/a | (26.54) | n/a | (5.67) | n/a | 2.39 | n/a |
| Reciprocal transactions | (15.66) | 0.00 | (15.97) | 0.00 | 2.06 | 0.00 | (30.57) | 0.00 | (30.00) | 0.00 | (9.07) | 0.00 |
| - From big deals analysis | (15.66) | n/a | (15.97) | n/a | 2.06 | n/a | (30.57) | n/a | (30.00) | n/a | (9.07) | n/a |
| - From sundry adjustments analysis | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| Hosting Transactions | (19.62) | 0.00 | (24.99) | 0.00 | (6.26) | 0.00 | (14.32) | 0.00 | (47.74) | 0.00 | (17.66) | 0.00 |
| - From hosting analysis | (17.21) | n/a | (20.30) | n/a | (7.07) | n/a | (10.32) | n/a | (39.96) | n/a | (13.77) | n/a |
| - From big deals analysis | 0.00 | n/a | (6.02) | n/a | (0.90) | n/a | 0.00 | n/a | (10.34) | n/a | (3.07) | n/a |
| - From sundry adjustments analysis | (2.41) | n/a | 1.33 | n/a | (0.30) | n/a | (4.00) | n/a | 2.56 | n/a | (0.82) | n/a |
| Other | (12.96) | (0.04) | (9.31) | (0.03) | (20.46) | (0.00) | (8.02) | 0.00 | (27.41) | 0.00 | (18.03) | 0.00 |
| - From big deals analysis | (3.67) | n/a | (8.47) | n/a | (8.95) | n/a | (3.43) | n/a | (13.61) | n/a | (15.31) | n/a |
| - From sundry adjustments analysis | (9.29) | n/a | (0.84) | n/a | (11.52) | n/a | (4.59) | n/a | (13.80) | n/a | (2.72) | n/a |
| Change in accounting policies | 1.01 | 0.00 | (20.09) | 0.00 | (17.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hardware revenue | (12.24) | 0.00 | (11.85) | 0.00 | (8.03) | 0.00 | 53.30 | 0.00 | 99.08 | 0.00 | 86.62 | 0.00 |
| Total | (66.85) | (0.04) | (82.45) | (0.03) | (27.13) | (0.00) | (161.61) | 0.00 | (255.23) | 0.00 | (150.96) | 0.00 |
|  |  | rounding |  | rounding |  |  |  |  |  |  |  |  |
| Total by source |  |  |  |  |  |  |  |  |  |  |  |  |
| - Big deals analysis | (35.83) | n/a | (52.29) | n/a | (4.18) | n/a | (62.86) | n/a | (99.29) | n/a | (49.43) | n/a |
| - Hosting analysis | (17.21) | n/a | (20.30) | n/a | (7.07) | n/a | (10.32) | n/a | (39.96) | n/a | (13.77) | n/a |
| - Sundry adjustments | (27.05) | n/a | (1.62) | n/a | (6.47) | n/a | (35.13) | n/a | (16.91) | n/a | (1.15) | n/a |
| - Accounting policy analysis | 1.01 | n/a | (20.09) | n/a | (17.25) | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| - Hardware analysis | (12.24) | n/a | (11.85) | n/a | (8.03) | n/a | 53.30 | n/a | 99.08 | n/a | 86.62 | n/a |
| Total | (66.85) | n/a | (82.45) | n/a | (27.13) | n/a | (161.61) | n/a | (255.23) | n/a | (150.96) | n/a |
| check | 0.00 |  | 0.00 |  | 0.00 |  | 0.00 |  | 0.00 |  | 0.00 |  |

| Tieback to actual Source Documents i.e. Company Records | 2009 Ret Earnings GBP Source | vs Workings | ASL 2010 Revenue GBP Source | vs Workings | 2011 Revenue GBP Source | vs Workings | Autonomy Group 2009 Revenue USD Source | vs Workings | 2010 Revenue USD Source | vs Workings | 2011 Revenue USD Source | vs Workings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKA Source |  |  |  |  |  |  |  |  |  |  |  |  |
| 2009 big deals | (32.25) | n/a | 10.92 | n/a | 3.58 | n/a | (60.53) | n/a | 12.67 | n/a | (1.60) | n/a |
| 2010 UK deal adjustments | (3.58) | n/a | (15.48) | n/a | 1.67 | n/a | (2.33) | n/a | (24.77) | n/a | 2.67 | n/a |
| 2010 US deal adjustments | 0.00 | n/a | (47.74) | n/a | 14.97 | n/a | 0.00 | n/a | (87.19) | n/a | 10.94 | n/a |
| 2011 stat tracker UK deals | 0.00 | n/a | 0.00 | n/a | (9.21) | n/a | 0.00 | n/a | 0.00 | n/a | (14.74) | n/a |
| 2011 US deal adjustments | 0.00 | n/a | 0.00 | n/a | (15.16) | n/a | 0.00 | n/a | 0.00 | n/a | (46.70) | n/a |
| Total Big Deals | (35.83) | 0.00 | (52.29) | 0.00 | (4.16) | 0.00 | (62.86) | 0.00 | (99.29) | 0.00 | (49.43) | 0.00 |
| Hosting | (17.21) | 0.00 | (20.30) | 0.00 | (7.07) | 0.00 | (10.32) | 0.00 | (39.96) | 0.00 | (13.77) | 0.00 |
| Sundry Adjustments Analysis |  |  |  |  |  |  |  |  |  |  |  |  |
| 2009 Debtors | (3.07) | n/a | 3.18 | n/a | 0.11 | n/a | (4.21) | n/a | 0.78 | n/a | 0.22 | n/a |
| Microlink | (7.11) | n/a | (2.89) | n/a | 0.00 | n/a | (19.79) | n/a | 2.70 | n/a | 0.00 | n/a |
| Prisa | 0.00 | n/a | (5.72) | n/a | (0.14) | n/a | 0.00 | n/a | (9.49) | n/a | (1.28) | n/a |
| Vendor and customer activity details extracts | (2.52) | n/a | (2.14) | n/a | 3.26 | n/a | (6.51) | n/a | (7.42) | n/a | 4.86 | n/a |
| EY Sample est. | 0.00 | n/a | 0.00 | n/a | (0.47) | n/a | 0.00 | n/a | 0.00 | n/a | (0.75) | n/a |
| Summary of E7 adj | (2.41) | n/a | 1.29 | n/a | (0.15) | n/a | (4.00) | n/a | 2.28 | n/a | (3.50) | n/a |
| reverse - red project adjustments | 0.00 | n/a | 0.00 | n/a | 13.66 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| TP | 0.00 | n/a | 4.55 | n/a | (32.69) | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| Stats pack 2011 | 0.00 | n/a | 0.00 | n/a | 6.77 | n/a | 0.00 | n/a | 0.00 | n/a | (0.49) | n/a |
| Stats pack 2010 | (9.64) | n/a | 0.09 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| AR Reserves walkforward | (2.90) | n/a | 0.89 | n/a | 1.86 | n/a | (4.94) | n/a | (1.69) | n/a | (0.07) | n/a |
| Dark period credits | 0.00 | n/a | (0.77) | n/a | 0.00 | n/a | 0.00 | n/a | (1.27) | n/a | 0.00 | n/a |
| Bad debt provision walkforward | (0.59) | n/a | 0.00 | n/a | 0.00 | n/a | (0.96) | n/a | 0.00 | n/a | 0.00 | n/a |
| Transactions with resellers | 0.00 | n/a | (0.45) | n/a | (0.03) | n/a | 0.00 | n/a | (0.75) | n/a | (0.05) | n/a |
| Other revenue items adj | (2.74) | n/a | (0.66) | n/a | 1.21 | n/a | (0.51) | n/a | (1.14) | n/a | 1.61 | n/a |
| Microlink from 2007 and 2008 | (1.93) | n/a | 1.35 | n/a | 0.59 | n/a | 0.00 | n/a | 0.00 | n/a | 0.00 | n/a |
| Deferred Maintenance FY10 | (0.20) | n/a | 0.13 | n/a | 0.07 | n/a | (0.32) | n/a | 0.21 | n/a | 0.11 | n/a |
| EY 2011 audit adj | 4.13 | n/a | (0.46) | n/a | 0.00 | n/a | 0.10 | n/a | (0.74) | n/a | 0.00 | n/a |
| EY 2011 audit adj | 0.00 | n/a | 0.00 | n/a | (0.70) | n/a | 0.00 | n/a | 0.00 | n/a | (1.80) | n/a |
| PY adjustments 2011 | 0.00 | n/a | 0.00 | n/a | (0.02) | n/a | 0.00 | n/a | 0.00 | n/a | (0.02) | n/a |
| Total Other | (27.05) | 0.00 | (1.62) | 0.00 | (6.47) | 0.00 | (35.13) | 0.00 | (16.91) | 0.00 | (1.15) | 0.00 |
| Change in accounting policies |  |  |  |  |  |  |  |  |  |  |  |  |
| Stats pack 2011, Stats pack 2010, ASL Accounts | 1.01 | 0.00 | (20.09) | 0.00 | (17.25) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hardware revenue | (12.24) | 0.00 | (11.85) | 0.00 | (8.03) | 0.00 | 53.30 | 0.00 | 99.08 | 0.00 | 86.62 | 0.00 |
| Total | (66.85) | 0.00 | (82.45) | 0.00 | (27.13) | 0.00 | (161.61) | 0.00 | (255.23) | 0.00 | (150.96) | 0.00 |
|  | (0.04) |  | (0.03) |  | (0.00) |  | 0.00 |  | 0.00 |  | 0.00 |  |
|  | rounding |  | rounding |  |  |  |  |  |  |  |  |  |

FOIA CONFIDENTIAL TREATMENT REQUESTED

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q1 2009**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

|  | Revenue |
|---|---|
|  | Q1 2009 |
| Originally stated revenue (Note 1) | 129.78 |
| Total restated transactions (Notes 2 & 3): | (14.24) |
| Capax Discovery (EDD) | (7.50) |
| MicroLink | (3.01) |
| Camsa Konzern | (1.60) |
| Hosting transactions | 0.81 |
| Adjustments < $1.5m in this quarter | (2.93) |
| Restated revenue | 115.54 |
| Hardware revenue (Note 4): | - |
| Percentage restated | -11.0% |
| Percentage restated (including hardware revenue) | -11.0% |

4

HP-SEC-02340546

Exh 2749-0004

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q2 2009**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | **Q2 2009** |
| **Originally stated revenue (Note 1)** | **195.19** |
| **Total restated transactions (Notes 2 & 3):** | **(24.09)** |
| Video Monitoring Services | (8.57) |
| MicroLink | (5.43) |
| MicroLink | (4.58) |
| Integracion de Negocios en Tecnologia de Informacion/Various end users | (3.66) |
| Hosting transactions | 0.64 |
| Adjustments < $1.5m in this quarter | (2.50) |
| **Restated revenue** | **171.10** |
| **Hardware revenue (Note 4):** | **6.24** |
| Morgan Stanley | 6.00 |
| JP Morgan | 0.24 |
| **Percentage restated** | **-12.3%** |
| **Percentage restated (including hardware revenue)** | **-15.5%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340547

Exh 2749-0005

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q3 2009**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

|  | Revenue |
| --- | --- |
|  | **Q3 2009** |
| **Originally stated revenue (Note 1)** | **191.61** |
| **Total restated transactions (Notes 2 & 3):** | **(9.57)** |
| MicroLink | (4.91) |
| Capax Discovery / Kraft Foods Global | (4.00) |
| Hosting transactions | 2.28 |
| Adjustments < $1.5m in this quarter | (2.94) |
| **Restated revenue** | **182.04** |
| **Hardware revenue (Note 4):** | **37.64** |
| Citigroup | 18.58 |
| JP Morgan | 10.68 |
| Bloomberg | 7.13 |
| Morgan Stanley | 1.26 |
| **Percentage restated** | **-5.0%** |
| **Percentage restated (including hardware revenue)** | **-24.6%** |

6

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340548

Exh 2749-0006

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q4 2009**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | **Q4 2009** |
| **Originally stated revenue (Note 1)** | **223.11** |
| **Total restated transactions (Notes 2 & 3):** | **(60.41)** |
| MicroTech/Discover Technologies | (9.52) |
| Filetek | (8.00) |
| Capax Discovery/Eli Lilly and Company | (5.99) |
| MicroTech/Morgan Stanley & Co | (4.66) |
| Capax Discovery (EDD) | (4.00) |
| AS Computadoras y Servicios/Secretaria de Gobernacion | (2.62) |
| Vidient Systems | (2.50) |
| MicroLink/Discover Technologies | (2.30) |
| Sales Consulting/Poste Italiane | (2.25) |
| MicroTech/Honeywell Aerospace | (1.80) |
| Capax Discovery/Kraft Foods Global | 4.00 |
| Hosting transactions | (18.05) |
| Adjustments < $1.5m in this quarter | (2.73) |
| **Restated revenue** | **162.70** |
| **Hardware revenue (Note 4):** | **9.42** |
| Morgan Stanley | 5.90 |
| Credit Suisse | 4.25 |
| SHI | 1.03 |
| JP Morgan | (2.03) |
| Other | 0.27 |
| **Percentage restated** | **-27.1%** |
| **Percentage restated (including hardware revenue)** | **-31.3%** |

7

HP-SEC-02340549

Exh 2749-0007

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q1 2010**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

|  | Revenue |
|---|---|
|  | **Q1 2010** |
| **Originally stated revenue (Note 1)** | **194.18** |
| **Total restated transactions (Notes 2 & 3):** | **(34.82)** |
| MicroTech/Biblioteca Apostolica Vaticana (Vatican Library) | (11.00) |
| Filetek | (8.50) |
| Discover Technologies/CitiGroup Technology | (5.50) |
| Capax Discovery/Financial Services Authority | (4.29) |
| Discover Technologies/Philip Morris International Management | (4.19) |
| Mercedes-Benz Grand Prix | (1.60) |
| MicroLink | 2.70 |
| MicroTech/Morgan Stanley & Co | 4.66 |
| Hosting transactions | (8.14) |
| Adjustments < $1.5m in this quarter | 1.03 |
| **Restated revenue** | **159.36** |
|  |  |
| **Hardware revenue (Note 4):** | **11.84** |
| Morgan Stanley | 5.29 |
| SHI | 5.22 |
| Fannie Mae | 1.28 |
| Other | 0.06 |
|  |  |
| **Percentage restated** | **-17.9%** |
|  |  |
| **Percentage restated (including hardware revenue)** | **-24.0%** |

8

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q2 2010**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | **Q2 2010** |
| **Originally stated revenue (Note 1)** | **221.13** |
| **Total restated transactions (Notes 2 & 3):** | **(31.19)** |
| Tottenham Hotspur | (6.24) |
| Realise Limited/Credit Suisse Securities | (1.99) |
| Auxilium Tech/Biblioteca Apostolica Vaticana (Vatican Library) | (1.90) |
| Discover Technologies/Philip Morris International Management | 4.19 |
| Capax Discovery/Eli Lilly and Company | 5.99 |
| Hosting transactions | (28.70) |
| Adjustments < $1.5m in this quarter | (2.54) |
| **Restated revenue** | **189.93** |
| | |
| **Hardware revenue (Note 4):** | **31.06** |
| SHI | 20.12 |
| Insight | 5.25 |
| Metro Business Systems | 4.46 |
| Morgan Stanley | 0.69 |
| JP Morgan | 0.54 |
| Other | 0.00 |
| | |
| **Percentage restated** | **-14.1%** |
| **Percentage restated (including hardware revenue)** | **-28.2%** |

9

HP-SEC-02340551

Exh 2749-0009

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q3 2010**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | **Q3 2010** |
| **Originally stated revenue (Note 1)** | **210.56** |
| **Total restated transactions (Notes 2 & 3):** | **(30.91)** |
| FileTek/United States Veterans Administration Authority | (10.00) |
| Capax Discovery/Bank of America - Amgen | (9.00) |
| EMC | (5.01) |
| Red Ventures/Various end users | (2.75) |
| Vidient Systems | (2.00) |
| Play | (1.66) |
| Comercializadora Cobal's/TV Azteca | (1.50) |
| Discover Technologies/CitiGroup Technology | 5.50 |
| Hosting transactions | (2.13) |
| Adjustments < $1.5m in this quarter | (2.36) |
| **Restated revenue** | **179.65** |
| | |
| **Hardware revenue (Note 4):** | **26.80** |
| Zones | 12.21 |
| Morgan Stanley | 5.65 |
| SHI | 3.96 |
| Insight | 2.43 |
| Metro Business Systems | 2.18 |
| Bank of NY Mellon | 0.20 |
| Other | 0.17 |
| | |
| **Percentage restated** | **-14.7%** |
| **Percentage restated (including hardware revenue)** | **-27.4%** |

10

HP-SEC-02340552

Exh 2749-0010

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

## SUMMARY OF REVENUE ADJUSTMENTS - Q4 2010

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | **Q4 2010** |
| **Originally stated revenue (Note 1)** | **244.51** |
| **Total restated transactions (Notes 2 & 3):** | **(59.24)** |
| Prisa | (9.49) |
| Discover Technologies/Bank of America | (7.00) |
| Tikit/KPMG | (6.16) |
| Video Monitoring Services (Hardware) | (6.05) |
| Video Monitoring Services (Software) | (4.75) |
| MicroTech/US Department of the Interior | (4.00) |
| Discover Technologies/Bank of America | (3.50) |
| Capax Discovery/Defense Knowledge Online | (1.95) |
| Capax Discovery/Merrill Lynch - Bank of America | (1.66) |
| Hosting transactions | (8.78) |
| Adjustments < $1.5m in this quarter | (5.90) |
| **Restated revenue** | **185.27** |
| | |
| **Hardware revenue (Note 4):** | **29.38** |
| Zones | 8.58 |
| SHI | 8.54 |
| Morgan Stanley | 6.26 |
| JP Morgan | 1.73 |
| Bank of NY Mellon | 1.35 |
| Amulet Hotkey | 1.09 |
| Insight | 0.22 |
| Other | 1.60 |
| | |
| **Percentage restated** | **-24.2%** |
| | |
| **Percentage restated (including hardware revenue)** | **-36.2%** |

11

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340553

Exh 2749-0011

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q1 2011**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | **Q1 2011** |
| **Originally stated revenue (Note 1)** | **219.79** |
| **Total restated transactions (Notes 2 & 3):** | **(47.35)** |
| Capax Discovery/UBS | (8.00) |
| Tottenham Hotspur | (6.40) |
| Capax Discovery/McAfee | (5.00) |
| MicroTech LLC | (3.86) |
| Discover Technologies/Prisa | (3.60) |
| MicroTech/Bank of Montreal | (2.88) |
| Discover Technologies/ThinkTech | (1.80) |
| BBC Monitoring | (1.69) |
| Capax Discovery (EDD) | (1.60) |
| Hosting transactions | (8.21) |
| Adjustments < $1.5m in this quarter | (4.31) |
| **Restated revenue** | **172.45** |
| | |
| **Hardware revenue (Note 4):** | **20.09** |
| SHI | 12.28 |
| Amulet Hotkey | 4.03 |
| Bank of NY Mellon | 3.16 |
| Insight | 0.38 |
| JP Morgan | 0.16 |
| Other | 0.08 |
| | |
| **Percentage restated** | **-21.5%** |
| **Percentage restated (including hardware revenue)** | **-30.7%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340554

Exh 2749-0012

**ADJUSTED AUTONOMY GROUP CONSOLIDATED REVENUE**

**SUMMARY OF REVENUE ADJUSTMENTS - Q2 2011**

Figures in this schedule are in USD $'m and are subject to rounding.
Negative figures represent debits, being decreases in revenue. Positive figures represent credits, being increases in revenue.

| | Revenue |
|---|---|
| | **Q2 2011** |
| **Originally stated revenue (Note 1)** | **256.25** |
| **Total restated transactions (Notes 2 & 3):** | **(31.67)** |
| Discover Technologies/Abbott Laboratories | (8.61) |
| Capax Discovery/UBS | (7.66) |
| MicroTech/Hewlett Packard | (7.00) |
| Discover Technologies/Hyatt/Dell | (5.33) |
| Serious Fraud Office | (2.36) |
| Play | 1.83 |
| Apple | 1.84 |
| Capax Discovery/Defense Knowledge Online | 1.95 |
| Hosting transactions | (7.27) |
| Adjustments < $1.5m in this quarter | 0.95 |
| **Restated revenue** | **224.58** |
| | |
| **Hardware revenue (Note 4):** | **20.85** |
| SHI | 8.80 |
| JP Morgan | 5.69 |
| Bank of NY Mellon | 3.14 |
| Amulet Hotkey | 2.28 |
| Insight | 0.83 |
| Other | 0.10 |
| | |
| **Percentage restated** | **-12.4%** |
| **Percentage restated (including hardware revenue)** | **-20.5%** |

Note 1 - Originally Stated refers to the revenue disclosed in Autonomy's quarterly earnings releases.

Note 2 - The adjustments shown in respect of transactions represent the net adjustments to revenue in each quarter.

Note 3 - Deals separately identified are those with an adjustment to group revenue exceeding $1.5 million in this particular quarter. This does not apply to hosting deals which have been disclosed in total and hardware deals whereby deals with specific customers have been separately disclosed (see Note 4).

Note 4 - Hardware transactions involving Citigroup, Bloomberg, JP Morgan, Morgan Stanley, Credit Suisse, SHI, Fannie Mae, Insight, Metro Business Systems, Zones, Amulet Hotkey and Bank of NY Mellon have been separately identified.

13

HP-SEC-02340555

Exh 2749-0013

Below is a list of the underlying business records from Autonomy and/or HP which form the basis of the Summary of Adjustments to Autonomy Systems Limited's ("ASL") Restated Accounts (the "Summary Charts") organized by transaction(s) and in alphabetical order.  The Appendix below includes the trial exhibit numbers, Bates ranges, and descriptions of business records supporting the adjustments for each transaction/deal. The Summary Charts are also supported by business records from Autonomy and/or HP previously produced at Bates Nos. HP-SEC-02166029 to HP-SEC-02166034.

USA v. Hussain - Index of Business Records for Summary Charts (Software)

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| AIG | Exh. 2800 (HP-SEC-02319597 - HP-SEC-02319621); Exh. 2801 (HP-SEC-02327949 - HP-SEC-02328211); Exh. 2802 (HP-SEC-02331944 - HP-SEC-02332109) | Autonomy Quote 592982179–AU Spreadsheet. |
| | | Autonomy Quote 593225703-AU Spreadsheet. |
| | | Autonomy Quote 593758968-AU Spreadsheet. |
| | | 09/07/11 Sales Invoice. |
| | | Autonomy Quote 592964015–AU Spreadsheet. |
| | | 08/03/11 Dell Quote 592982179. |
| | | 08/10/11 Dell Quote 593759279. |
| | | 08/10/11 Dell Quote 593792370. |
| | | Autonomy Quote 593792370-AU Spreadsheet. |
| | | Autonomy Quote 593759279–AU Spreadsheet. |
| | | 08/10/11 Dell Quote 593758968. |
| | | 09/06/11 Sales Invoice. |
| | | 08/05/11 Dell Quote 593225703. |
| | | 08/03/11 Dell Quote 592964015. |
| | | RE BMC and BLADE PO for AIG.msg. |
| | | Customer activity report: CAR AIG 121706. |
| | | Posting of costs to GL: Oct 2011 570000. |
| | | Vendor activity report: Dell Marketing L.P. VendAR 1578 (Autonomy Inc). |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | Autonomy Quote 593225846–AU for AIG Spreadsheet. |
| | | Autonomy Quote 592983453–AU for AIG Spreadsheet. |
| | | Autonomy Quote 593793172-AU for AIG Spreadsheet. |
| | | Autonomy Quote 593757986–AU for AIG Spreadsheet. |
| | | Autonomy Quote 593793727–AU for AIG Spreadsheet. |
| | | 09/07/11 Sales Invoice. |
| | | Customer activity report: CAR AIG 121706. |
| | | Posting of costs to GL: Q3 2011 570000. |
| | | Vendor activity report: Dell Marketing L.P. VendAR 1578 (Autonomy Inc). |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | Autonomy Quote 593225846–AU for AIG Spreadsheet. |
| | | Autonomy Quote 592983453-AU for AIG Spreadsheet. |
| | | 09/02/11 Customer PO. |
| | | 08/23/11 Sales Invoice. |
| | | 08/05/11 Quote 593225846. |
| | | 08/10/11 Quote 593757986. |
| | | 08/10/11 Quote 593793727. |
| | | Autonomy Quote 593793172-AU for AIG Spreadsheet. |
| | | 08/05/11 Quote 592983453. |
| | | 09/06/11 Sales Invoice. |
| | | Q3/2011 Hardware Orders. |
| | | Autonomy Quote 593757986–AU for AIG Spreadsheet. |
| | | 08/10/11 Quote 593793172. |
| | | Autonomy Quote 593793727-AU for AIG Spreadsheet. |
| | | 09/06/11 Sales Invoice. |
| | | RE BMC and BLADE PO for AIG.msg. |
| | | 09/02/11 Customer PO. |
| | | Customer activity report: CAR AIG 121706. |
| | | Posting of costs to GL: Oct 2011 570000. |
| | | Vendor activity report: Dell Marketing L.P. VendAR 1578 (Autonomy Inc). |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| Apple | Exh. 2803 (HP-SEC-02327465 - HP-SEC-02327552); Exh. 2804 (HP-SEC-02330953 - HP-SEC-02330980); Exh. 2805 (HP-SEC-02330982 - HP-SEC-02330982) | 7/31/2009 email regarding warranty information. |
| | | 2008 General ledger license revenue for Apple. |
| | | 12/26/2008 Apple Inc. Software License and Support Services Agreement. |
| | | 12/31/2008 Verity invoice to Apple. |
| | | 2008 Autonomy general ledger deferred revenue maintenance. |
| | | 12/31/2008 email to Scott from Autonomy technical support. |
| | | 04/26/11 Apple Autonomy Settlement and Release Agreement with Apple. |
| AS Computadoras y Servicios Secretaria de Gobernacion | Exh. 2806 (HP-SEC-02326148 - HP-SEC-02326207); Exh. 2807 (HP-SEC-02330506 - HP-SEC-02330590) | 06/16/10 Spreadsheet regarding Debt Write Off. |
| | | 06/16/10 Spreadsheet of past due A/R. |
| | | 06/16/10 Spreadsheet of past due A/R. |
| | | Autonomy Zantaz Cumulative Past Due Customer Debt tracker. |
| | | Autonomy ASC Cumulative Past Due Customer Debt tracker. |
| | | Emails dated 12/10/10 regarding audit of AS contracts. |
| | | 11/11/10 Email from Neil Goldfarb to Ray Corado. |
| | | Emails 12/10/10 regarding payments due under agreements. |
| | | Q3/2011 Debt Costs. |
| | | 12/31/09 Sales invoice. |
| | | Deloitte Autonomy audit report 12/31/10. |
| | | Autonomy report to audit committee 2010 interim final. |
| | | Autonomy report to audit committee June 30 2011 interim final. |
| | | AS Computadoras VAR December 30, 2009 partially executed. |
| | | AS Computadoras customer activity report 2009-2014. |
| | | 12/31/09 email from Con Hon to Socorro regarding Autonomy software is ready with login and password support. |
| | | 12/31/09 Customer PO. |
| | | Deloitte Autonomy audit  Q1 2011. |
| | | 02/01/10 Audit report. |
| | | 9/30/11 A/R spreadsheet. |
| | | ACS Autonomy general ledger 2009. |
| | | Audit Committee Q1 2010 review report. |
| | | 09/30/11 Spreadsheet of past due A/R. |
| Auxilium Tech Biblioteca Apostolica Vaticana (Vatican Library) | Exh. 2808 (HP-SEC-02323024 - HP-SEC-02323253); Exh. 2809 (HP-SEC-02330234 - HP-SEC-02330280) | 06/30/11 Autonomy Journal Entry Edit List Batch 178138. |
| | | 01/01/10-10/31/10 Autonomy General Ledger Deferred Revenue License Accounts 232000. |
| | | 01/31/10 Purchase Order (PO) from MicroTech to Autonomy for Vatican. |
| | | 03/31/10 Proof of Delivery from Autonomy to Auxilium of software. |
| | | 03/29/10 email from Hussain to Broli closing BAV deal. |
| | | 01/01/11-10/31/11 Autonomy General Ledger License Revenue Accounts 410000. |
| | | Q2 2011 Autonomy Financial Results Report. |
| | | 01/01/11-10/31/11 Autonomy General Ledger License Revenue Accounts 400000-499999. |
| | | 05/27/10 Autonomy Sales Order Report to AUX for maintenance of software. |
| | | 03/2011 Autonomy Regular Journal Entry Receivables Re-Print Batch 141503. |
| | | 11/01/10-12/31/10 Autonomy General Ledger Maintenance Revenue Accounts 410000. |
| | | 01/01/01-12/31/11 Auxilium Customer Activity Report. |
| | | Q2/2011 Autonomy Consolidated Income Statement for Press Release. |
| | | Q1/2011 Autonomy Deferred License Maintenance Financial Statements. |
| | | 01/01/11-10/31/11 Autonomy Ledger Allowance for Doubtful Accounts 122000. |
| | | 3/31/10-03/31/13 Autonomy Product Schedule Agreement with Vatican. |
| | | Q4/2010 Autonomy Deferred Maintenance Financial Statements. |
| | | 01/01/10-10/31/10 Autonomy General Ledge Deferred Revenue License Accounts 231000. |
| | | Q2/2011 Autonomy Final Accounts Receivable Aging Report Revised. |
| | | 05/27/10 Invoice from Autonomy to Auxilium 4870-ASL. |
| | | 04/20/13 Autonomy Regular Journal Entry Reprint Auxilium Debts Batch 195936. |
| | | 06/2011 Autonomy Regular Journal Entry Reprint Auxilium Deferred License Revenue Batch 147752. |
| | | 08/10/12 News Article regarding Vatican digitalization. |
| | | 03/31/10 Autonomy and Auxilium VAR Agreement. |
| | | 01/01/10-10/31/10 Autonomy General Ledger License Revenue Accounts 400000-499999. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340557
Exh 2749-0015

USA v. Hussain - Index of Business Records for Summary Charts (Software)

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 12/31/10 Deloitte Autonomy Audit Committee Year End Report. |
| | | 05/11 Autonomy Accounts Receivable Invoices Batch 144442. |
| | | 01/01/10-12/31/10 Autonomy General Ledger License Revenue Accounts 400000-402000. |
| | | 04/01/2010 Deloitte Autonomy Audit Committee Q1 2010 Review. |
| | | Q1/2010 Autonomy $100k big deals financials. |
| | | 06/30/06 Autonomy and MicroTech Government Reseller Agreement. |
| | | 01/20/09 Q4 2008 Deloitte Autonomy Audit Committee Report. |
| | | 3/31/10-03/31/13 Autonomy Alternate Product Schedule Agreement with Vatican. |
| | | BBC General ledger deferred income license 12/01/08-6/30/11. |
| | | 12/29/08 Sales invoice. |
| | | BBC Addendum C to agreement dated July 31, 2008. |
| | | 01/01/11-12/31/11 Autonomy General Ledger License Revenue Commercial. |
| | | 01/01/08-06/30/11 Autonomy General Ledger Deferred Revenue Maintenance. |
| | | 12/31/08 Sales invoice. |
| | | 01/27/09 Sales invoice. |
| | | 12/29/08 Credit memo from Verity to BBC Monitoring. |
| | | 12/31/08 Credit memo from Verity to BBC Monitoring. |
| | | BBC Addendum A to agreement dated July 31, 2008. |
| | | 06/30/11 G/L - License Revenue. |
| | | 8/31/08 Credit memo from Verity to BBC Monitoring. |
| | | 8/13/08 Credit memo from Verity to BBC Monitoring. |
| | | Autonomy Milestone 3 application for payment. |
| | | 6/30/11 G/L - License Revenue. |
| | | BBC Tech Refresh Agreement July 31, 2008. |
| | | 12/09/08 Credit note from AU to BBC Monitoring. |
| | | 12/29/08 Sales invoice. |
| BBC Monitoring | Exh. 2810 (HP-SEC-02326208 - HP-SEC-02326364);<br>Exh. 2811 (HP-SEC-02330591 - HP-SEC-02330748) | 12/31/08 Credit memo from Verity to BBC Monitoring. |
| | | 01/26/09 Sales invoice. |
| | | BBC Addendum B to agreement dated July 31, 2008. |
| | | Undated Draft Autonomy and BBC Settlement Agreement and Release. |
| | | Autonomy letter to BBC dated April 14, 2011 regarding project Socrates expectations. |
| | | 12/09/08 Credit note from AU to BBC Monitoring. |
| | | Autonomy Milestone 2 Invoice. |
| | | 01/01/97-06/30/11 Autonomy BBC Customer Activity Report (CAR). |
| | | 01/01/08-06/30/11 Autonomy General Ledger Deferred Revenue Consulting. |
| | | Autonomy Milestone 5 Invoice. |
| | | 12/29/08 Credit memo from Verity to BBC Monitoring. |
| | | Email dated February 8, 2013 regarding credit note balances for BBC milestones 2 through 5. |
| | | 01/01/08-06/30/11 Autonomy General Ledger Consulting Revenue Commercial. |
| | | 12/31/10 A/R spreadsheet. |
| | | 6/30/11 A/R spreadsheet. |
| | | Autonomy Milestone 4 Invoice. |
| | | 12/31/08 Sales invoice. |
| | | Autonomy Milestone 3a Invoice. |
| | | 08/13/08 Sales order report. |
| | | 12/09/08 Credit note from AU to BBC Monitoring. |
| | | 12/29/08 Sales order report. |
| | | 01/01/08-12/31/08 Autonomy General Ledger Hardware Revenue. |
| | | Autonomy Milestone 4a Invoice. |
| | | Camsa Autonomy VAR, March 30, 2009. |
| | | Autonomy second financial reporting documents (dated December 31, 2009). |
| Camsa Konzern | Exh. 2812 (HP-SEC-02326365 - HP-SEC-02326421) | 01/01/09-12/31/09 Autonomy General Ledger License Revenue Commercial. |
| | | 2008-2009 Financial Spreadsheet for Press Release. |
| | | 12/31/09 Spreadsheet of past due A/R. |
| | | 01/04/09 email regarding Autonomy software information. |
| | | 03/31/09 Sales invoice. |
| | | 41 Documents attached to email dated 11 February 2011. |
| | | Email dated 18 January 2011 re approval. |
| | | 12 Autonomy VAR Agrmt Capax [signed]. |
| | | 09/30/10 Sales order report Capax. |
| | | 10/08/10 Email with Capax regarding deal opportunity. |
| | | 11/04/10 Email to Lynch from Hussain regarding deal opportunities. |
| | | 09/30/10 Email to Scott from Guiao regarding draft product schedule. |
| | | 09/30/10 Autonomy invoice to Capax. |
| | | 12/20/10 Autonomy emails to Hussain from Krakosi regarding BofA reconciliations and negotiations. |
| | | 09/30/10 Autonomy technical support email to Baiocco regarding technical support. |
| | | 01/10-10-10 General ledger license revenue Capax. |
| | | 03/02/11 PO to Capax from MicroTech attached to email. |
| | | 12/31/10 Draft Capax Letter to Egan from Autonomy regarding PO replacement order. |
| | | 09/30/10 Invoice to Capax from Autonomy. |
| | | 09/30/10 Purchase Order to Autonomy from Capax. |
| | | 03/31/09 Autonomy BofA Software License Agreement. |
| | | Note regarding Capax wire transfer (unknown recipient and date). |
| | | 12/10 Autonomy internal emails regarding BofA financing. |
| | | Q1 2011 Deloitte Report to Autonomy Audit Committee. |
| | | 09/30/10 Email to Scott Guiao regarding draft product schedule. |
| | | 03/29/11 Autonomy email refers to a Capax invoice attached (not). |
| | | 09/30/10 Autonomy invoice to Capax. |
| | | 02/11/11 Autonomy email with Invoice template attached. |
| Capax Discovery/Bank of America - Amgen | Exh. 2813 (HP-SEC-02318061 - HP-SEC-02318305);<br>Exh. 2814 (HP-SEC-02327676 - HP-SEC-02327736) | 12/31/10 Email to Debban from Reagan re BofA agreement execution. |
| | | Email dated 9 August 2010 listing large deal opportunities. |
| | | 02/11/11 Purchase order to Capax from MicroTech. |
| | | 03/25/11 Screenshot of $9M Wire transfer status update. |
| | | 12/10 Deloitte Autonomy Audit Report. |
| | | 03/03/11 Email to Ku from Chamberlain regarding credit notes. |
| | | 09/30/10 Verity invoice to Capax. |
| | | 12/28/10 Email dated 28 December 2010 to Lynch from Hussain regarding business presentation. |
| | | 09/30/10 Verity credit note to Capax. |
| | | 09/30/10 Autonomy invoice to Capax. |
| | | 03/24/11 Email between Autonomy managers seeking internal approval for customer deal. |
| | | 03/15/11 Email to Harris from Chamberlain stating that BCS is to be paid in accordance with contract. |
| | | 03/02/11 Autonomy purchase order to Capax. |
| | | 03/29/11 Email to Egan from Hussain seeking internal Autonomy approvals. |
| | | 01/27/11 Email to Stephan to Krumbacher regarding discussion of Capax deal terms. |
| | | 02/08/11 Bank of America Fourth Amendment to Application Service Provider Agreement with Autonomy. |
| | | 01/25/11 Email to Guiao from Chamberlain regarding Capax payment terms. |
| | | 12/31/10 letter to Egan from Autonomy regarding Capax replacement of PO. |
| | | 09/30/10 Autonomy Credit Memo to Capax. |
| | | Email dated 30 June 2010 contract updates. |
| | | 12/30/10 Email to Lynch from Hussain regarding internal finance department bottleneck. |
| | | 03/28/11 Invoice to Autonomy from Capax. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340558
Exh 2749-0016

USA v. Hussain - Index of Business Records for Summary Charts (Software)

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 01/18/11 Email to Chamberlain from Guiao providing links to various updated documents. |
| | | Purchase order attached to email dated 11 February 2011. |
| | | 01/25/11 Email to Chamberlain from Egan confirming payment route. |
| | | 03/02/11 Email to Scott from Guiao providing links to redlined documents. |
| | | 12/31/10 Invoice from Autonomy to Capax Global. |
| | | 12/23/10 email from Hussain to Mooney and Egan. |
| | | 04/12/11 email from Mooney to Scott regarding Microtech draft agreement payment terms. |
| | | 12/31/2010 G/L Report for Capax invoices. |
| | | 07/08/11 check from Capax to Autonomy. |
| | | 06/08/11 email from Crunbacher to Scott regarding MicroTech license maintenance fees. |
| | | 06/07/11 email from Crunbacher to Scott regarding replacement of one reseller. |
| | | 12/31/10 email with attached PO from Capax to Autonomy. |
| | | 04/08/11 Requirements for government RFQ and contracting process. |
| | | 12/23/10 email from Hussain to Lynch re DKO. |
| | | 06/13/11 email from Crunbacher to Truitt regarding payment terms of amendment to Capax PO agreement. |
| Capax Discovery/Defense Knowledge Online | Exh. 2815 (HP-SEC-02317153 - HP-SEC-02317214) | 06/26/10 email from Hogenson to Lynch regarding completion of Deloitte audit performed during acquisition of Interwoven by Autonomy in March of 2009. |
| | | 03/19/15 email from Prasad to Chamberlain regarding financial reconciliation terms. |
| | | 12/28/10 email from Hussain to Mooney regarding speculation on which companies will respond to DKO  RFQ. |
| | | June 2011 emails between Scott and Crumbacher discussing the payment terms among Autonomy, Microtech, and Capax, pursuant to agreements. |
| | | 12/31/10 email from Crumbacher to Scott regarding commissions. |
| | | 06/13/11 Capax and Autonomy Amendment to purchase order dated 12/31/10. |
| | | May 2009 Value Added Reseller Agreement (VAR) between Autonomy and Capax. |
| | | 12/31/10 PO from Capax to Autonomy. |
| | | 06/13/11 PO from Microtech to Capax. |
| | | 06/03/11 email from Mooney to Sushovash subject DKO done, no other content. |
| | | 12/31/10 email Capax Sales Report. |
| | | 12/31/10 email from Autonomy regarding a signed PO for Army software end user services. |
| | | 09/10/10 Invoice Capax Discovery to Zantaz 1226. |
| | | 03/03/11 Invoice from Autonomy to Capax Discovery 9613-ANA. |
| | | 12/01/10 Invoice from Capax Discovery to Zantaz 1244. |
| | | 12/15/09 Invoice to Zantaz. |
| | | 03/31/09 Invoice from Autonomy to Capax 5198-ANA. |
| | | 06/15/2011 Invoice from Capax Discovery to Zantaz 1275. |
| | | 03/2011 Autonomy General Ledger A/P Capax Discovery PO vouchers Batch 138089. |
| | | 11/2011 Autonomy General Batch A/P Non-Purchase Order Vouchers 157626. |
| | | 04/01/11 Invoice from Capax Discovery to Autonomy 1265. |
| | | 01/03/11 Invoice from Capax Discovery to Autonomy. |
| | | 06/2012 General Ledger Non-Purchase Order Vouchers A/P Batch 17451. |
| | | 03/31/09 License and Distribution Agreement between Autonomy and Capax Discovery. |
| | | 04/01/11 Invoice from Capax Discovery to Zantaz 1266. |
| | | 09/01/2011 Invoice from Capax Discovery to Zantaz 1287. |
| | | 06/01/11 Invoice from Capax Discovery to Zantaz 1273. |
| | | 08/01/11 Invoice from Capax Discovery to Zantaz 1280. |
| | | 03/31/09 delivery email from Con Ho to Baiocco auto generated Autonomy technical service support. |
| | | 01/2012 Autonomy General Ledger A/P Purchase Order Capax Discovery Batch 161731. |
| | | 10/06/10 Invoice from Capax Discovery to Zantaz 1234. |
| | | 05/05/10 Invoice from Capax Discovery to Zantaz 1209. |
| | | 01/06/10 Invoice from Capax Discovery to Autonomy 1235. |
| | | 12/2011 Autonomy General Non-Purchase Order Voucher A/P Batch 159686. |
| | | 04/23/09 Invoice from Capax Discovery to Zantaz 1563. |
| | | 03/31/10 Invoice from Capax Discovery to Zantaz 1207. |
| | | 06/2011 Autonomy General Ledger A/P Purchase Order Capax Discovery Batch 146555. |
| | | 05/2011 Autonomy General Ledger A/P Purchase Order Capax Discovery Batch 144037. |
| | | 03/01/2011 Invoice from Capax Discovery to Zantaz 1258. |
| | | 02/01/2011 Invoice from Capax Discovery to Autonomy 1255. |
| Capax Discovery/EDD | Exh. 2816 (HP-SEC-02325657 - HP-SEC-02325944); Exh. 2817 (HP-SEC-02330984 - HP-SEC-02330986); Exh. 2818 (HP-SEC-02330988) | 03/01/2011 Invoice  from Capax Discovery to Autonomy 1259. |
| | | 03/2012 Autonomy General Ledger Non-Purchase Order Voucher A/P Batch 166044. |
| | | 01/01/09-12/31/09 Autonomy General Ledger License Revenue ANA GL 400000-402000 2009. |
| | | 12/30/09 Invoice from Capax Discovery to Zantaz 11. |
| | | 02/2011 Autonomy General Ledger A/P Purchase Order Capax Discovery Batch 136640. |
| | | 02/2012 Autonomy General Ledger A/P Purchase Order Capax Discovery Batch 163479. |
| | | 01/01/07-01/01/14 Transaction Listing by Control Number Zantaz Batch JRNL51212. |
| | | 10/2011 Autonomy General Ledger A/P Purchase Order Capax Discovery Batch 155731. |
| | | 07/31/09 Invoice from Capax to Zantax 5. |
| | | 05/03/11 Sales Invoice. |
| | | 12/29/09 Transaction Listing Report. |
| | | 08/31/10 G/L Transactions by Batch for A/P Batch 151989. |
| | | 12/31/09 Sales Invoice. |
| | | 07/10/09 Sales Invoice. |
| | | 09/29/10 Sales Invoice. |
| | | 04/14/11  G/L Transactions by Batch for A/P Batch 169438. |
| | | 02/25/11 G/L Transactions by Batch for A/P Batch 165202. |
| | | 04/28/09 Sales Invoice. |
| | | 07/29/10  G/L Transactions by Batch for A/P Batch 148943. |
| | | 12/01/10 G/L Transactions by Batch for A/P Batch 158559. |
| | | 05/06/11 G/L Transactions by Batch for A/P Batch 170899. |
| | | 01/04/11 G/L Transactions by Batch for A/P Batch 161221. |
| | | 03/24/11 G/L Transactions by Batch for A/P Batch 167251. |
| | | 07/22/10 Sales Invoice. |
| | | 04/30/11 G/L Transactions by Batch for A/P Batch 170558. |
| | | 01/28/10 G/L – Billable Third Party Engagements. |
| | | 09/30/10 Sales Invoice. |
| | | ANA GL 402000 January to October 2011. |
| | | 10/26/10 G/L Transactions by Batch for A/P Batch 155684. |
| | | 09/30/10 G/L Transactions by Batch for A/P Batch 153703. |
| | | 01/01/11 Sales Invoice. |
| | | 03/31/11 Sales Invoice. |
| | | 08/03/10 Sales Invoice. |
| | | 12/31/09 Email from Alex Con Hon to Capax Global. |
| | | 03/31/10 G/L Transactions by Batch for A/P Batch 139891. |
| | | 07/24/09 Transaction Listing Report. |
| | | 12/09/10 Sales Invoice. |
| | | 11/01/10 Sales Invoice. |
| | | 03/31/11 Second amendment to 03/31/09 License and Distribution Agreement between AU and Capax. |
| | | 10/03/11 Sales Invoice. |
| | | 06/25/10 Sales Invoice. |
| | | 03/04/10 Sales Invoice. |
| | | 12/02/10 Sales Invoice. |
| | | 10/30/09 Sales Invoice. |
| | | 11/16/09 Transaction Listing Report. |
| | | 02/01/11 Sales Invoice. |
| | | 12/31/2009 First amendment to 03/31/09 License and Distribution Agreement between AU and Capax. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340559

Exh 2749-0017

USA v. Hussain - Index of Business Records for Summary Charts (Software)

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 12/01/10 G/L Transactions by Batch for A/P Batch 158741. |
| | | 09/17/09 Transaction Listing Report. |
| | | 03/31/09 Sales order report. |
| | | GL ASL 102200 showing £96,687 payment. |
| | | 12/06/11 G/L Transactions by Batch for A/P Batch 189548. |
| | | Barclays Bank Statement. |
| | | 09/30/09 Copy of Check from Capax Discovery LLC to AU for $968,750.00. |
| | | GL ASL 102200 showing £62,329 payment. |
| | | 10/31/10 G/L Transactions by Batch for A/P Batch 156165. |
| | | Barclays Bank Statement date unknown acct# xxxx9355. |
| | | 09/30/09 Check to AU from Capax Discovery LLC for $968,750.00. |
| | | 10/31/10 Comerica Bank Statement. |
| | | 09/30/09 Check to AU from Capax Discovery LLC for $968,750.00. |
| | | Bank Statement _9613-ANA_9614-ANA. |
| | | 08/31/11 Wells Fargo Bank Statement. |
| | | Wachovia Bank Statement date unknown page 10 of 13. |
| | | Barclays Bank Statement date unknown acct# xxxx9355. |
| | | 03/17/11 Sales Invoice. |
| | | GL ASL 102200 showing £64,641 payment. |
| | | Wachovia Bank Statement date unknown page 11 of 13. |
| | | GL ASL 102200 showing £449,734 payment. |
| | | GL ASL 102200 showing £63,255 payment. |
| | | Barclays Bank Statement. |
| | | GL ASL 102200 showing split of £449,734 payment. |
| | | Prepayments 2010.12 FINAL Spreadsheet. |
| | | 06/30/10 $475k wire payment from AU to Capax Discovery. |
| | | 12/31/09 Sales order report. |
| | | GL ASL S42000 November to December 2010. |
| | | 06/29/09 Check to AU from Capax Discovery LLC for $1.05M. |
| | | 158 _GL ASL 102200 showing £64,641 payment. |
| | | 06/03/11 G/L Transactions by Batch for A/P Batch 172862. |
| | | Extract from DDS for general ledger account 100010 showing payment of $475,000. |
| | | Barclays Bank Statement date unknown acct# xxxx9355. |
| | | 04/16/13 Email from Antonia Anderson to Michael Sullivan. |
| | | 09/20/11 G/L Transactions by Batch for A/P Batch 181118. |
| | | 11/30/10 G/L Transactions by Batch for A/P Batch 158997. |
| | | 09/30/11 Wells Fargo Bank Statement. |
| | | 12/31/10 Barclays Bank Statement. |
| | | 04/01/11 Barclays Bank Statement. |
| | | GL ASL 102200 showing Feb 2011 £63,091 payment. |
| | | 09/30/10 Check to AU from Capax Discovery LLC for $968,750.00. |
| | | GL ASL 135000 November to December 2010. |
| | | GL ASL 102200 showing £449,032 payment. |
| | | 06/22/09 Check to AU from Capax Discovery LLC for $500k. |
| | | Bank Statement _Inv15563_Inv15567. |
| | | GL ASL 102200 showing Mar 2011 £63,091 payment. |
| | | 08/11/11 G/L Transactions by Batch for A/P Batch 178437. |
| | | Wachovia Bank Statement date unknown page 10 of 13. |
| | | 12/31/10 Comerica Bank Statement. |
| | | Wachovia Bank Statement date unknown page 10 of 14. |
| | | 03/31/11 Wells Fargo Bank Statement. |
| | | Prepayments 2011 Q2 Spreadsheet. |
| | | Barclays Bank Statement date unknown acct# xxxx9355. |
| | | 12/31/11 Wells Fargo Bank Statement. |
| | | 12/30/09 Check to AU from Capax Discovery LLC for $968,750.00. |
| | | 06/24/11 G/L Transactions by Batch for A/P Batch 174296. |
| | | GL ASL 102200 showing £64,156 payment. |
| | | Wire Transfer _5198-ANA (7)_6410-ANA (4). |
| | | 06/30/11 Wells Fargo Bank Statement. |
| | | 06/24/11 $475k wire payment from AU to Capax Discovery. |
| | | Wire Transfer _5198-ANA (9)+(10). |
| | | 03/31/10 Check to AU from Capax Discovery LLC for $1.05M. |
| | | 03/31/11 Sales order report. |
| | | Barclays Bank Statement date unknown acct# xxxx9355. |
| | | Wachovia Bank Statement date unknown page 9 of 14. |
| | | 12/02/11 G/L Transactions - Capax Global. |
| | | 10/14/10 Check to AU from Capax Discovery LLC for $1.05M. |
| | | Wachovia Bank Statement date unknown page 10 of 14. |
| | | GL ASL S42000 January to October 2011. |
| | | 07/31/10 Comerica Bank Statement. |
| | | Wachovia Bank Statement date unknown page 10 of 16. |
| | | Wachovia Bank Statement date unknown page 8 of 12. |
| | | 04/01/11 Check to AU from Capax Discovery LLC for $968,750.00. |
| | | 10/07/10 $925k wire payment from AU to Capax Discovery. |
| | | 03/02/11 Barclays Bank Statement. |
| | | 03/31/10 Bank Statement. |
| | | 07/01/11 Check to AU from Capax Discovery LLC for $125k. |
| | | 08/31/10 Check to AU from Capax Discovery LLC for $2,576,489.00. |
| | | 12/31/09 Customer PO. |
| | | 09/30/10 Letter from Andrew Kanter to Capax LLC. |
| | | 08/31/10 Check to AU from Capax Discovery LLC for $835k. |
| | | 12/31/10 Check to AU from Capax Discovery LLC for $1M. |
| | | 12/31/09 Credit memo from AU to Capax Discovery. |
| Capax Discovery/Eli Lilly and Company | Exh. 2819 (HP-SEC-02327737 - HP-SEC-02327741); Exh. 2820 (HP-SEC-02318306 - HP-SEC-02318389) | 12/31/10 _G/L Cash Receipts for Batch 162234. |
| | | General ledger code 402000 January to December 2009. |
| | | 06/15/10 Second Amendment to Commercial Unmodified Software License Agreement of 06/27/08 between AU and Eli |
| | | Partial Incomplete Listing of Wire Transactions between AU and Capax. |
| | | Invoice and 09/30/10 Email to Wong from Stephan transaction approval. |
| | | 07/07/10 Email to Autonomy Audit Committee from Brent Hogenson regarding concerns of review process. |
| | | 12/31/09 Autonomy Invoice to Capax. |
| | | 03/31/10 Check to AU from Capax Discovery LLC for $100k. |
| | | 2010-06-15 Hosting Services Addendum Executed. |
| | | 12/31/10 G/L Transactions - Debt Write Off. |
| | | 10/01/10 A/P transactions Capax non-purchase order voucher. |
| | | 12/31/09 Email from Alex Con Hon to Capax Discovery. |
| | | Eli Lilly pricing proposal dated 7 December 2009. |
| | | 2010-06-15 Hosting Services WO Executed. |
| | | Effective 05/09 Original Value Added Resale (VAR) Agreement between Autonomy and Capax effective. |
| | | 06/26/10 Email from Deloitte from Brent Hogenson regarding audit related questions, contains links to agreements. |
| Capax Discovery/Financial Services Authority | Exh. 2821 (HP-SEC-02318390 - HP-SEC-02318566) | 07/31/11 Regular Capax Journal Entry Batch. |
| | | 08/18/11 Email internal to Autonomy regarding Autonomy cost forecasts. |
| | | 09/30/11 Regular Capax Journal Entry Batch. |
| | | 03/31/10 Email from Alex Con Hon to Capax Discovery. |
| | | 01/29/10 Email Hartley to Hussain regarding hosting services. |
| | | 01/11-10/31/11 Autonomy General ledger license revenue. |
| | | Letter from ASL to Capax dated 6 October 2010. |
| | | Purchase order dated 31 March 2010. |
| | | 08/31/11 Verity invoice to FSA. |
| | | Capax Sixth Amendment to VAR_NearPoint 29-06-2011. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340560
Exh 2749-0018

USA v. Hussain - Index of Business Records for Summary Charts (Software)

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 03/31/10 Email to Egan from Krumbacher providing links to redlined documents. |
| | | 06/20/12 Autonomy regular journal entries. |
| | | 09/07/11 Autonomy invoice to FSA. |
| | | 06/30/11 G/L - COGS. |
| | | 03 June 2011 receipt from Capax. |
| | | 03/31/10 Email to John Baiocco from Krumbacher providing link to PO. |
| | | 05/09 Autonomy VAR Agrmt with Capax Discovery LLC. |
| | | 03/30/10 Email to Egan from Hussain regarding FSA payment terms. |
| | | 06/30/11 Comerica Bank Statement. |
| | | Marketing Assistance Fee invoice 1233 from Capax. |
| | | 03/31/10 Autonomy credit memo to Capax. |
| | | 06/30/11 Capax invoice to Autonomy. |
| | | 08/30/11 Verity invoice to FSA. |
| | | 09/30/11 Regular Capax Journal Entry Batch reprint. |
| | | 10/07/10 Wire transfer from AU to Capax Discovery for $925k. |
| | | 07/06/10 Email to Chamberlain from Prasad regarding updates on customer financials, ASC.FSA, Integracion, Digital |
| | | 01/01/10-01/31/10 Autonomy general ledger license revenue. |
| | | 04 June 2011 receipt from Capax (2). |
| | | 06/30/11 Autonomy A/P batch non-purchase order voucher. |
| | | 03/31/10 Autonomy invoice to Capax. |
| | | 04/08/10 Email to Chris Hartley from Hussain regarding FSA negotiations. |
| | | 09/30/11 Regular Capax Journal Entry Batch reprint. |
| | | 08/25/2010 FSA ICT Supply Agreement between FSA and Supplier. |
| | | 09/07/11 Letter to Capax from Autonomy regarding revised payment arrangement. |
| | | 07/09/11 Email to Ku from Chamberlain regarding credit to FSA. |
| | | 06/30/11 Autonomy A/P batch reprint. |
| | | 06/30/11 Autonomy regular journal entries reprint. |
| Capax Discovery/Kraft Foods Global | Exh. 2822 (HP-SEC-02317215 - HP-SEC-02317293) | 09/30/09 Credit Memo from Autonomy to Capax. |
| | | 07/06/10 email from Prasad to Chamberlain regarding financial reconciliation terms with customers. |
| | | 12/18/09 Licensing schedule between Autonomy and Kraft Foods - Addendum to 12/10/07 Master License Agreement. |
| | | 06/26/10 email from Hogenson to Lynch regarding Deloitte audit performed during acquisition of Interwoven by Autonomy in March of 2009. |
| | | 12/23/09 Invoice from Autonomy to Kraft. |
| | | 09/30/09 PO from Capax to Autonomy. |
| | | 01/01/09-12/31/11 Customer Capax activity report. |
| | | 12/18/09 Services schedule between Autonomy and Kraft Foods (Addendum to 12/10/07 Master License Agreement). |
| | | 09/30/09 email from Con Hon to Baiocco Kraft end user regarding how to change password. |
| | | 09/30/09 Invoice from Autonomy for software services. |
| | | 03/01/10 Kraft Foods check to Autonomy. |
| | | 09/30/09 Capax check to Autonomy. |
| | | 01/01/09-12/31/09 Autonomy General Ledger license revenue. |
| | | 05/09 Autonomy Value Added Resale Agreement (VAR) with Capax. |
| Capex Discovery/McAfee | Exh. 2823 (HP-SEC-02317294 - HP-SEC-02317454); Exh. 2824 (HP-SEC-02327597 - HP-SEC-02327608) | 03/07/11 email from Williamson to Lee regarding Simon property. |
| | | 05/11 PO from Autonomy to Capax, McAfee support fees. |
| | | 08/11 Autonomy General Ledger A/P transactions for Batch 179041. |
| | | 03/31/11 email from Scott to Chamberlain okaying Capax PO. |
| | | 09/30/11 Autonomy Regular Journal Entries for Batch 183937. |
| | | 10/31/11 General ledger license revenue. |
| | | 08/11/11 Invoice from Capax to Autonomy. |
| | | 03/31/11 email from Alcantara to Baiocco regarding Autonomy technical support for Autonomy software. |
| | | 03/11 emails internal to Autonomy regarding negotiation of McAfee contract. |
| | | 09/01/11 Autonomy General Ledger cash transactions. |
| | | 03/31/11 PO from Capax to Autonomy. |
| | | 08/15/11 Autonomy General Ledger A/R batch for batch 178763. |
| | | 03/31/11 Autonomy Sales Order Report to Capax. |
| | | 03/31/11 PO from Capax to Autonomy. |
| | | 09/02/11 Wells Fargo Bank online report regarding pending wire funds. |
| | | 05/09 Capax and Autonomy software license agreements and terms and conditions. |
| | | 08/23/11 Autonomy General Ledger non-PO transactions for Batch 179042. |
| | | 06/10 email from Hogenson to Lynch of Interwoven regarding various agreements and the audits thereof. |
| | | 03/31/11 Invoice from Autonomy to Capax. |
| | | 07/06/10 email from Prasad to Chamberlain regarding financial reconciliation terms with customers. |
| | | 03/30/11 email from Mooney to Hussain regarding McAfee deal and Rand additional conversations. |
| | | 04/03/13 email from Raynal to Anderson regarding attempt to get McAfee and General Motors renewals. |
| | | 09/30/11 Autonomy Regular Journal Entries for Batch 183703. |
| | | 03/11 emails between Menell and Mooney regarding RFP for McAfee security software. |
| | | 12/08/11 Barclay Autonomy Capax banking statement regarding payments from Capax to Autonomy. |
| | | 08/31/11 Autonomy Comerica Bank Statement. |
| | | 09/30/11 Autonomy Comerica Bank Statement. |
| | | 09/30/11 Autonomy Regular Journal Entries for Batch 183896. |
| | | 03/11 email internal to Autonomy regarding legal negotiations for amendment to McAfee agreement. |
| | | 08/10/11 Draft second amendment to McAfee agreement. |
| | | 03/31/11 Invoice from Autonomy to Capax. |
| | | 03/31/11 2nd Amendment to 02/23/07 EUSLA between Autonomy and McAfee. |
| | | 12/29/10 emails between Hussain and Mooney discussing possible Autonomy deals with Huron, IBM, and McAfee. |
| Capax Discovery/Merrill Lynch - Bank of America | Exh. 2825 (HP-SEC-02327743 - HP-SEC-02327747); Exh. 2826 (HP-SEC-02318567 - HP-SEC-02318640) | 31 December 2010 Purchase Order under VAR agreement. |
| | | 08/18/11 Autonomy invoice to BofA. |
| | | Invoice template attached to email dated 11 February 2011. |
| | | 02/28/11Bank of America Fourth Amendment to Application Service Provider Agreement. |
| | | 12/30/10 Email to Debban from Smith regarding Deloitte agreement. |
| | | Customer Activity Report for Capax Global in Autonomy Inc from 2009 to 2011. |
| | | 08/18/11 Sales order report. |
| | | 2010-09-30 Product License Schedule A-2.3_Bank of America (executed). |
| | | 08/18/11 Autonomy invoice to BofA. |
| | | 01/27/11 Email to Stephan from Krumbacher reviewing BofA license terms. |
| | | 2010 Autonomy general ledger commercial license revenue. |
| | | 2010 Autonomy general ledger commercial license revenue. |
| | | 12/31/10 Sales order report. |
| | | 12/31/10 Email from Rosie Deo to Capax. |
| | | 08/18/11 Autonomy invoice to BofA. |
| | | 12/31/10 Summary of Capax Discovery Contract. |
| | | 01/01/11 Autonomy general ledger license revenue. |
| | | Purchase order attached to email dated 2 March 2011. |
| | | 05/09 Autonomy Fully Executed VAR Agrmt with Capax Discovery LLC. |
| | | Purchase order attached to email dated 2 March 2011. |
| | | 12/31/10 Autonomy credit memo to Capax. |
| | | 03/31/09 Bank of America Software License and Services Agreement with Autonomy (the Service Provider). |
| | | 12/31/10 Autonomy credit memo to Capax. |
| | | 12/31/10 Autonomy invoice to Capax. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340561
Exh 2749-0019

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| Capax Discovery/UBS | Exh. 2827 (HP-SEC-02323254 - HP-SEC-02323434);<br>Exh. 2828 (HP-SEC-02330281 - HP-SEC-02330296);<br>Exh. 2829 (HP-SEC-02323435 - HP-SEC-02323462);<br>Exh. 2830 (HP-SEC-02330297 - HP-SEC-02330308) | 04/01/11 email from Crumbacher to Egan regarding UBS deal not being final.<br>04/01/11 Invoice from Autonomy to Capax Discovery 9463-ANA.<br>07/20/11 Direct UBS Master Agreement between Autonomy and UBS.<br>04/01/11 Invoice from Autonomy to Capax Discovery 9462-ANA.<br>04/01/11 Direct Sales Order Report from Autonomy to Capax Discovery.<br>07/06/10 email from Prasad to Chamberlain regarding updates in financial reconciliation terms.<br>08/26/11 email from Hussain to Scott regarding Capax commissions.<br>06/26/10 email from Hogenson to Lynch regarding audit questions to  Deloitte.<br>07/29/11 Invoices from Autonomy to UBS AG.<br>04/01/11 Credit Note from Autonomy to Capax Discovery 10660-ANA.<br>07/20/11 Supply Order No 1 under Autonomy and UBS Master Agreement.<br>05/09 Autonomy VAR Agreement Capax Discovery (signed).<br>04/01/11 email from Johnson to Ku regarding Autonomy electronic delivery to Capax Discovery.<br>03/31/11 Purchase Order from Capax Discovery to Autonomy under VAR.<br>05/04/11 email from Hussain to Tziahanas regarding UBS policy edits.<br>07/17/11 email from Hussain to Perachio UBS pricing for remote monitoring.<br>07/29/11 Sales Order Report from Autonomy to UBS AG.<br>10/01/10-10/31/11 Autonomy General Ledger License Revenue ANA 400000-405000.<br>01/27/11 email from Tziahanas to Perachio regarding UBS meeting.<br>03/31/11 Picking Tickets from Autonomy to UBS.<br>03/11/11 email from Tziahanas to Hussain regarding UBS Autonomy evaluation.<br>08/11/11 email from Chamberlain to Ku regarding UBS credit invoices.<br>06/30/11 Purchase Order from Capax Discovery to Autonomy under VAR.<br>01/13/11 email from Hussain to Egan regarding concerns about negativity from Deloitte.<br>04/01/11 Credit Note from Autonomy to Capax Discovery 10659-ANA.<br>06/30/11 Credit Note from Verity to Capax Discovery 10657-ANA.<br>05/09 Autonomy and Capax Discovery Value Added Reseller Agreement.<br>06/30/11 Autonomy Sales Delivery Report Capax Software delivery.<br>06/30/11 Sales Order Report from Autonomy to Capax Discovery.<br>06/30/11 Purchase Order from Capax Discovery to Autonomy under VAR.<br>06/30/11 Direct Sales Order Report from Autonomy to Capax Discovery.<br>03/11/11 email from Tziahanas to Hussain regarding UBS Autonomy evaluation.<br>07/29/11 Direct Invoices from Autonomy to UBS AG.<br>07/20/11 Direct UBS Master Agreement between Autonomy and UBS.<br>05/04/11 email from Hussain to Tziahanas regarding UBS policies.<br>06/26/10 email from Hogenson to Lynch regarding questions to Deloitte.<br>08/11/11 email from Chamberlain to Ku regarding credit to Capax UBS invoices.<br>07/05/10 email from Prasad to Chamberlain regarding customer financial updates.<br>01/01/11-10/31/11 Autonomy General Ledger License Revenue ANA 402000.<br>06/30/11 Invoices from Verity to Capax Discovery.<br>07/20/11 Supply Order No 1 under Autonomy and UBS Master Agreement.<br>05/04/11 email from Hussain to Tziahanas regarding UBS policies.<br>06/30/11 Credit Memo from Verity to Capax Discovery 10658-ANA. |
| Comercializadora Cobal's TV Azteca | Exh. 2831 (HP-SEC-02323463 - HP-SEC-02323508);<br>Exh. 2832 (HP-SEC-02330309 - HP-SEC-02330350) | 01/01/10-12/31/10 Autonomy General Ledger License Revenue 400000-402000.<br>11/11/10 email from Goldfarb to Corado attaching signed promissory note from Integracion.<br>03/2011 Autonomy Debt Costs financial spreadsheet.<br>09/30/10 Letter Agreement Value Added Reseller (VAR) Agreement between Autonomy and Comercializadora Cobal.<br>12/2009 Deloitte Report to the Autonomy Audit Committee.<br>12/31/10 Deloitte Report to Autonomy Audit Committee Year End.<br>11/10 emails from Corado to Alvarez in foreign language.<br>09/30/10 Invoice from Autonomy to Comercializadora Cobal's 7773-ANA.<br>09/30/10 delivery email auto generated from Autonomy to Alvarez regarding technical support.<br>Report to the Audit Committee on the Q3 2010 Review.<br>01/13/11 emails from Chamberlain to Corado regarding financial expectations.<br>12/31/09 Comercializadora Cobal's Financial Statement. |
| Discover Technologies/Abbott Laboratories | Exh. 2833 (HP-SEC-02327609 - HP-SEC-02327644);<br>Exh. 2834 (HP-SEC-02317534 - HP-SEC-02317555) | 06/23/11 email internal to Autonomy regarding Abbott contract negotiations.<br>06/09/11 email internal to Autonomy regarding Abbott pricing.<br>09/30/11 Autonomy Regular Journal Entries - Debt for Batch 182518.<br>06/30/11 Autonomy DT Abbott Sales Order Report.<br>01/01/11-10/31/11 Autonomy General Ledger License Revenue Account 402000.<br>06/30/11 Invoice from Autonomy to DT Abbott.<br>08/11 emails between Hussain and Scott regarding set up of post acquisition invoicing.<br>06/30/11 Autonomy credit memo DT Abbott.<br>06/30/11 Report to Autonomy Audit Committee.<br>06/30/11 Customer Invoice.<br>Email from Autonomy auto generated technical support to DT.<br>Email from Scott stating to set up DT as vendor.<br>06/30/11 Autonomy and DT partially executed VAR Agreement.<br>06/09/11 Email from Hussain to Sullivan et al. regarding Abbott and "Drinker Biddle" deals.<br>10/31/11 Autonomy General Ledger VAR License Entries.<br>06/29/11 Email from J. Livius Guiao to Joel Scott regarding negotiating with Abbott.<br>10/31/11 Autonomy General Ledger Deferred Revenue Entries.<br>09/11 emails from Autonomy to DT regarding issuing credits for cancelled orders.<br>06/30/11 email internal to Autonomy regarding Abbott deal.<br>06/11 email internal to Autonomy regarding bonuses in Autonomy audit. |
| Discover Technologies/Bank of America | Exh. 2835 (HP-SEC-02318773 - HP-SEC-02318889);<br>Exh. 2836 (HP-SEC-02318641 - HP-SEC-02318772) | 12/31/10 Customer PO.<br>12/31/10 Email to Scott from Guiao providing POs for BofA under VARs.<br>12/30/10 Email to Lynch from Hussain regarding Autonomy finance department bottlenecks.<br>03/09/11 Email to Chamberlain from Scott regarding wire funds to DT.<br>Deloitte AC report December 2010.<br>12/31/10 Autonomy credit memo to DT.<br>03/02/11 Email to Scott from Guiao providing links to DTredlined agreements.<br>12/31/10 Autonomy invoice to DT.<br>12/29/10 Letter agreement between Autonomy and BofA crediting funds.<br>12/31/10 Letter agreement between Autonomy and BofA regarding terms and conditions of VAR.<br>Purchase attached to email dated 11 February 2011.<br>12/31/10 Email from Rosie Deo to Discover Tech.<br>1/13/11 G/L Transactions by Batch for A/R Batch 162315.<br>03/17/11 Autonomy general ledger reprint.<br>01/27/11 Email to Stephan from Krumbacher regarding BofA software licensing.<br>11/04/10 Email to Lynch from Hussain regarding opportunities with DB BofA, Axciom, D&T, PMI, Prisa, LPL.<br>ASL Bank Statement March 2011.<br>12/31/10 Autonomy invoice to DT.<br>01/13/11 Wire transfer from Discover Technologies to AU for $1M.<br>Purchase order attached to email dated 2 March 2011.<br>02/11/11 Email to Chamberlain from Guiao regarding BofA invoice.<br>12/31/10 PO to DT from MicroTech.<br>02/11/11 Email to Chamberlain from Guiao regarding final documents to be sent to Microtech.<br>Invoice template attached to email dated 11 Feb-11.<br>12/31/2010 Email to Guiao from Chamberlain regarding draft POs for Capax.<br>12/31/10 Autonomy invoice to DT.<br>12/28/10 Email to Lynch from Hussain regarding internal business presentations.<br>02/28/11 between Autonomy and BofA Fourth Amendment to the Application Service Providers Agreement.<br>03/02/11 Email to Scott from Guiao regarding Discovertech POs.<br>01/25/2011 Email to Chamberlain from Egan regarding cancellation of Amgen order.<br>12/31/10 Autonomy DT sales order report.<br>03/08/11 Customer Invoice to AU.<br>2010 Autonomy general ledger commercial license revenue. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340562

Exh 2749-0020

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 03/31/09 Bank of America Software License and Services Agreement with Autonomy (the Service Provider). |
| | | 03/08/11 Email to Egan from Scott regarding Autonomy invoices to DT. |
| | | 12/31/10 Email to Debban to Smith regarding providing financial information to Deloitte. |
| | | 12/31/10 Email to DT from Autonomy regarding execution of Autonomy DT VAR. |
| | | 12/20/10 Email to Hussain from Krakowski discussing whether an internal Autonomy email may be forwarded to BofA. |
| | | 08/09/10 Email to Egan from Hussain dated 9 August 2010 discussing Q3 large deal opportunities. |
| | | 03/03/11 Email to Ku from Chamberlain dated 3 March 2011 regarding license maintenance billing to BofA. |
| | | Capax purchase order attached to email dated 2-Mar-11. |
| | | 12/31/10 Verity credit memo to DT. |
| | | 25 Attachment to email regarding VARs dated 31 Dec-10. |
| | | 01/01/11-03/31/11 Autonomy general ledger collection fees. |
| | | 02/28/11 Journal Entries regular journal entries reprint. |
| | | 01/27/11 Email to Stephan from Krumbacher regarding BofA software licensing terms. |
| | | 01/11/11 Email to Guiao from Chamberlain requesting copies of BofA documents. |
| | | Invoice attached to email dated 11 Feb-11. |
| | | 12/30/10 Email to Lynch from Hussain dated 30 December 2010 regarding bottlenecks in finance. |
| | | 01/28/11 Email to Scott from Guiao regarding Capax and DT negotiations. |
| | | 12/31/10 Autonomy Automated Delivery email to Hyson from Deo regarding technical support. |
| | | 01/25/11 Email to Guiao from Scott regarding BofA signature process. |
| | | 03/02/11 Email to Scott from Guiao regarding review of MicroTech redlined agreements. |
| | | 03/09/11 Email to Chamberlain from Scott regarding Autonomy approval of DT invoices to Autonomy. |
| | | 08/09/10 Email to Egan from Hussain with link to Autonomy Q3 large deals. |
| | | 02/28/11 Autonomy DT sales order report. |
| | | 01/25/11 Email to Chamberlain from Egan regarding Amgen cancelled order. |
| | | 12/31/10 Customer PO. |
| | | 03/02/11 Email to Scott from Guiao regarding DT POs. |
| | | 11/4/10 Email to Lynch from Hussain regarding business opportunities with Kpmg, DB, BofA, Axciom, d&t, PMI, Prisa, LPL. |
| | | 12/31/10 PO to DT from MicroTech. |
| | | 12/31/2010 Email to Debban from Smith regarding Q4 deadlines for completed deals. |
| | | 03/03/11 Email to Ku from Chamberlain regarding BofA credit note processing. |
| | | 12/31/10 VAR Agreement between AU and Discovery Technologies, LLC. |
| | | 12/20/10 Email to Hussain from Krakowski BofA year end deal deadlines. |
| | | 12/31/10 Letter Agreement To DT from Autonomy regarding Value Added Resellers. |
| | | 02/28/11 Verity invoice to DT. |
| | | 02/11/11 Email to Chamberlain from Guiao providing links to BofA redlined documents. |
| | | 03/31/09 Bank of America Software License and Services Agreement with Autonomy (the Service Provider). |
| | | 2010 Autonomy general ledger commercial license revenue. |
| | | 01/13/11 Wire transfer from Discover Technologies to AU for $1M. |
| | | 12/31/10 Purchase order attachment to the order of DT from MicroTech. |
| | | 12/10 Deloitte Audit Committee report. |
| | | 10/01/10-10/31/10 Autonomy general ledger unbilled receivables. |
| | | 02/11/11 Email to Chamberlain from Guiao regarding BofA invoices. |
| | | 12/31/10 Email to Chambelain from Guiao regarding POs for BofA issued under VARs. |
| | | 12/31/10 Letter Agreement Attachment between DT and Autonomy under VAR. |
| | | 12/28/10 Email to Lynch from Hussain revenue under closed deals. |
| | | 03/17/11 G/L Transactions by Batch for A/R Batch 166825. |
| | | 12/31/10 Purchase order to Capax from MicroTech. |
| | | 02/28/11 between Autonomy and BofA Fourth Amendment to the Application Service Providers Agreement. |
| | | 12/29/10 Email to Chamberlain from Hussain dated 29 December 2010 BofA financing purchase agreement. |
| | | 28 Purchase order attached to email dated 11 February 2011. |
| | | 22 Documents attached to email dated 11 February 2011. |
| | | Item 41 Supplementary Document Bundle B. |
| Discover Technologies/CitiGroup Technology | Exh. 2837 (HP-SEC-02323509 - HP-SEC-02324261); Exh. 2838 (HP-SEC-02330351 - HP-SEC-02330386) | 01/01/10-10/31/10 Zantaz Autonomy Balance Sheet Banking Accounts. |
| | | 08/10/10 Addendum #5 to Order Form 1 under Zantaz Master Services and Software License Agreement. |
| | | 03/31/10 Invoices from Autonomy Zantaz to Discover Technologies. |
| | | 03/2011 Autonomy A/R Report Discovertech payments. |
| | | 03/11 Autonomy A/R Report Invoices Batch 140185. |
| | | 08/10/10 Direct Purchase Order under Zantaz and Citigroup Agreement. |
| | | 01/01/09-12/31/11 Zantaz Autonomy Customer Activity Report Discover Tech. |
| | | 09/11 Autonomy General Ledger A/R Cash Receipts Batch 153751. |
| | | 09/29/10 Invoices from Zantaz to Citibank. |
| | | 11/01/10 Autonomy Barclay's Bank Statement. |
| | | 09/2011 Autonomy General Ledger A/R Invoices Batch 152697. |
| | | 10/2011 Autonomy General Ledger A/R Invoices Batch 156015. |
| | | 12/31/07 Master Services and Software License Agreement between Zantaz and Citigroup. |
| | | 10/27/10 email from Harris to Ying Liu regarding Discover Tech payment issues. |
| | | 03/31/10 Letter Agreement between Autonomy and Discovertech Value Added Reseller (VAR) Agreement. |
| | | 04/2011 Autonomy General Ledger Invoices A/R Reprint Batch 141355. |
| | | 03/2011 Autonomy General Ledger Cash Receipts A/R Reprint Batch 140235. |
| | | 08/09/10 One-Time Reseller Processing Agreement between and among Zantaz, Citigroup, and Discovertech. |
| | | 10/04/10 Receipt of payment to Zantaz from CitiGroup for $293,529.60. |
| | | 01/04/10 delivery email from Ku to Zantaz billing, Autonomy auto generated technical support email. |
| | | 10/2011 Autonomy Regular Journal Entry Financial Transactions Reprint Batch 155724. |
| | | 09/2011 Autonomy Regular Journal Entry Financial Transactions Reprint Batch 154771. |
| | | 09/16/10 Direct Invoices from Autonomy to Citigroup. |
| | | 12/31/07 Order Form 1 between Zantaz and Citigroup. |
| DiscoverTech/Hyatt/Dell | Exh. 2339 (HP-SEC-02317556 - HP-SEC-02317575); Exh. 2340 (HP-SEC-02327645 - HP-SEC-02327669) | 06/30/11 Invoice from Autonomy to DT. |
| | | 06/30/11 Report to Autonomy Audit Committee. |
| | | 06/30/11 Credit Memo from Autonomy to DT. |
| | | 06/30/11 Autonomy and DT partially executed VAR Agreement. |
| | | 06/30/11 Email from Jeffrey Guido to Discover Technologies. |
| | | 10/31/11 Autonomy VAR License Revenue General Ledger Entries. |
| | | 09/30/11 Autonomy Regular Journal Entries - Debt for Batch 182518. |
| | | 09/11 Autonomy emails regarding DT cancelled Dell/ Hyatt and Abbott orders. |
| Discover Technologies/Philip Morris International Management | Exh. 2841 (HP-SEC-02324262 - HP-SEC-02324308); Exh. 2842 (HP-SEC-02330387 - HP-SEC-02330397) | 01/01/10-12/31/10 Autonomy General Ledger Report license revenue ASL 402000 2010.pdf. |
| | | 10/27/10 email from Harris to Ying Liu regarding DT financials. |
| | | 03/31/10 Invoice from Autonomy to PMI. |
| | | 06/04/10 email from Rimmer to Perachio regarding signed license agreement from PMI. |
| | | 06/18/10 email re Autonomy Customer Support re Software License and Maintenance Agreement. |
| | | 07/05/10 Autonomy bank statement showing June payments. |
| | | 06/09/10 email from Chamberlain to Rimmer regarding PMI payment. |
| | | 05/16/10 email from Scott to Crumbacher regarding PMI PO. |
| | | 06/16/10 Invoice from Verity to PMI. |
| | | 03/31/10 Check from DiscoverTech to Autonomy with corresponding bank statement. |
| | | 01/01/10-12/31/10 Autonomy General Ledger Report license revenue reference ASL 400000 2010. |
| | | 03/31/10 Letter Agreement Value Added Reseller Agreement (VAR) with end user PMI. |
| | | 03/31/10 email from Rothman to Autonomy regarding PMI software license terms. |
| | | 01/01/10-12/31/10 Autonomy General Ledger license revenue. |
| | | 03/11 Autonomy General Ledger Discovertech cash receipts. |
| | | 07/05/10 Autonomy bank statement showing July payment. |
| | | Q2 2010 Autonomy financial consolidation post pushdown spreadsheets. |
| | | Q3 2010 Autonomy financial consolidation post pushdown spreadsheets. |
| | | 07/01/10 Autonomy Credit Memo to DT. |
| | | 06/04/10 PMI 4 Software License and Maintenance Agreement. |
| | | 03/31/10 Delivery email automated from Autonomy delivering software technical support to end user DT. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340563
Exh 2749-0021

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| Discover Technologies/Prisa | Exh. 2843 (HP-SEC-02324309 - HP-SEC-02324362) | 03/31/11 Letter Agreement VAR between Autonomy and Discover Tech. |
| | | 07/05/11 Cheques from DTech and General Ledgers. |
| | | 03/15/11 email from Hussain to Murray trying for Prisa deal. |
| | | 04/13/2011 email from Chamberlain to Wellham regarding Prisa and FINRA. |
| | | 09/2012 Autonomy General Ledgers - contra entries to net off receivables & payables. |
| | | 03/24/11 email from Murray to Hussain regarding Prisa offer. |
| | | 04/12/11 email from Welham to Hussain regarding Prisa debt and revenue. |
| | | 30-06-11 Autonomy General Ledger non-POS. |
| | | 06/30/11 Software Distributor Agreement between Autonomy and Discover Technologies. |
| | | 06/30/11 Wire Transfer from Autonomy to Discover Technologies. |
| | | 03/31/22 Sales Order Report from Autonomy to Discover Tech. |
| | | 06/30/11 Discover Technologies invoice activity report to Autonomy. |
| | | 09/28/11 email from Scott to Chamberlain regarding sale of software to Autonomy. |
| | | 03/2014 Autonomy General Ledger Debt Write Off Prisa. |
| | | 03/31/11 Invoices from Verity to Discover Tech. |
| | | 09/2012 Autonomy Accounts Receivables Transfer from Discover Tech. |
| | | 03/2012 Autonomy General Ledger Discover Tech Invoices Accounts 402000 & 232000. |
| | | 03/31/11 Letter Agreement Autonomy -Discover Technologies VAR Agreement for ThinkTech. |
| Discover Technologies/ThinkTech | Exh. 2844 (HP-SEC-02317455 - HP-SEC-02317533) | 06/28/12 Screenshot of Cash Receipt History from DT. |
| | | 03/31/11 Invoice from Verity to DT. |
| | | 03/31/11 email from Young to Hyson regarding customer technical support for Autonomy software. |
| | | 09/26/11 Summary of Invoice activity from DT for licenses. |
| | | 09/26/11 Summary of Invoice activity from DT for source code. |
| | | 03/31/11 Autonomy A/R for batch 168278. |
| | | 06/30/11 Autonomy A/R for batch 175672. |
| | | 06/30/11 Autonomy wire transfer to DT. |
| | | 09/28/11 Autonomy A/R for batch 182769. |
| | | 07/31/11 Autonomy Comercia bank statement. |
| | | 06/30/11 Software Distributor Agreement between Autonomy and DT. |
| | | 03/31/11 DT Sales Order Report. |
| | | Autonomy email regarding balancing DT account dated 9/11. |
| | | 03/31/11 Invoice from Autonomy to DT. |
| | | 06/30/11 DT itemized charges to Autonomy. |
| | | 01/31/13 Autonomy journal entries - Debt for Batch 225466. |
| | | September 2011 email referencing attached invoice. |
| | | 09/29/11 Autonomy General Ledger non-PO transactions for Batches 182077 and 182339. |
| | | 03/31/11 Invoice from Verity to DT. |
| | | 06/30/11 DT check to Autonomy. |
| | | 03/31/11 Invoice from Verity to DT. |
| | | 03/31/11 Fully executed VAR with DT. |
| | | 09/29/11 Autonomy General Ledger non-PO transactions for Batch 182339. |
| | | 06/30/11 Autonomy General Ledger non-PO transactions for Batch 175099. |
| | | 03/31/11 Invoice from Verity to DT. |
| | | March 2011 regarding deals with Ameritrade, Mustang. |
| EMC | Exh. 2845 (HP-SEC-02324363 - HP-SEC-02324490); Exh. 2846 (HP-SEC-02330398 - HP-SEC-02330402) | 11/2011 Autonomy General Ledger batch  cash payment EMC. |
| | | 06/05/10 email from DiSilvestro to Reny regarding EMC royalty reporting. |
| | | 2011 Zantaz Prepaid maintenance release financial spreadsheets. |
| | | 09/29/10 Order Letter from Autonomy to EMC. |
| | | Q3 2010 Autonomy Audit Committee Report. |
| | | 06/29/09 Fifth Amend to Verity OEM Agrmt  EMC [executed]. |
| | | 09/30/10 Packing Lists from EMC to Zantaz. |
| | | 02/2012 Verity OEM Agreement with OTG Software. |
| | | 11/01/10-12/31/10 Autonomy General Ledger Zantaz Maintenance Receivables 130000. |
| | | 01/01/2012 ZANTAZ Fixed Assets Reconciliation Template Spreadsheet. |
| | | 10/01/10-10/31/10 Autonomy Zantaz General Ledger Fixed Asset Clearing extract 2011. |
| | | 09/30/10 Invoice from Autonomy to EMC 36724-USA. |
| | | 09/2011 Autonomy General Ledger Zantaz Offset Payments batch 153988. |
| | | 10/30/10 Invoice from EMC to Autonomy - SACLVBOS. |
| | | 09/2011 Autonomy General Ledger EMC Cash Receipts batch 153987. |
| | | 11/01/10-11/30/10 Autonomy Commercial Checking Statement. |
| | | 01/01/10-10/31/10 Verity Autonomy General Ledger License Revenue Accounts 400000-499999. |
| | | 09/30/10 Sales Order from Autonomy to EMC 271942. |
| | | 11/24/10 Credit Memo from EMC to Zantaz. |
| | | 09/30/10 Fifth Amendment to OEM Agreement between Verity and RSA Security. |
| | | 09/30/10 Invoice from EMC to Autonomy M1003066309. |
| | | 08/08/11 email from DiSilvestro to Raynal regarding EMC support renewal. |
| | | 01/01/10-10/31/10 Autonomy General Ledger Zantaz extract showing fixed asset booking. |
| | | 09/22/06 Basic Ordering Agreement between EMC and Zantaz. |
| | | 09/29/10 Sixth Amendment to Verity OEM Agrmt with EMC [executed]. |
| | | 09/2011 Autonomy General Ledger batch  EMC payable. |
| | | 09/29/10 EMC Quotes Report. |
| | | 12/31/10 EMC ASSET financial spreadsheets. |
| | | 02/26/04 Original Verity OEM Agreement with Tablus. |
| | | 11/01/10-12/31/10 Autonomy Zantaz General Ledger Equipment Accounts 151000 to 159900. |
| | | 11/01/10-12/31/10 Autonomy General Ledger Zantaz Maintenance Accounts 130000. |
| Filetek | Exh. 2847 (HP-SEC-02318890 - HP-SEC-02319014); Exh. 2848 (HP-SEC-02327748 - HP-SEC-02327819); Exh. 2849 (HP-SEC-02319015 - HP-SEC-02319148) | 01/01/11-10/31/11 Autonomy General Ledger Entries. |
| | | 12/31/09 Invoice from Verity to Filetek. |
| | | 02/21/08  OEM Agrmt between Autonomy and Filetek [signed]. |
| | | 01/2011 Autonomy General Ledger Entries reversing journal entries. |
| | | Autonomy PowerPoint Proposal regarding Filetek deal. |
| | | 11/01/09-12/31/09 Autonomy General Ledger license revenue. |
| | | 01/27/10 payment from FileTek to Autonomy. |
| | | 12/30/09 Invoice from Verity to Filetek. |
| | | Q4 2009 Deloitte Audit Committee Report. |
| | | 12/31/09 Sales Order Report Filetek. |
| | | 05/10 Letter Agreement from HP to Autonomy Menell regarding HP software solutions. |
| | | Q3 09 Filetek Financial Statements Spreadsheet. |
| | | 01/01/10-10/31/10 Autonomy General Ledger capitalized software purchase. |
| | | 03/31/10 payment from FileTek to Autonomy. |
| | | 12/30/09 emails from Chamberlain to Egan requesting a technical paper explaining why Autonomy needs Filetek solution. |
| | | Undated draft of Storhouse Technical Memoranda. |
| | | 06/10 emails internal to Autonomy discussing use of StorHouse and the software purchased. |
| | | 12/31/09 Filetek Software Licensing and Maintenance Service Agreement. |
| | | Email from Brent Hogenson to Deloitte dated 26 June 2010. |
| | | 12/31/09 email StorHouse software delivery. |
| | | Undated draft Filetek Revenue Recognition paper. |
| | | 01/29/10 payment from FileTek to Autonomy. |
| | | Aut Inc amont 2009-2011 Spreadsheet. |
| | | 12/31/09 First Amendment to Autonomy Inc OEM Agreement. |
| | | Emails to Barclay from Gallagher sent in November 2010 discussing use of StorHouse. |
| | | 12/31/09 email regarding Filetek software delivery. |
| | | 02/21/08 Contract (OEM) between Autonomy and Filetek. |
| | | 02/21/08  OEM Agrmt  Autonomy FileTek [signed]. |
| | | 12/31/09 Email to Filetek from Autonomy auto generated delivery technical support for set up. |
| | | 12/31/09 Invoice from FileTek to Autonomy. |
| | | 03/31/10 Autonomy Sales Order Report regarding Filetek. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340564

Exh 2749-0022

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | Q3 09 Filetek Financial Statements Spreadsheet. |
| | | 01/01/10 G/L Transactions for Batch 134285. |
| | | 03/31/10 Receipt of payment to AU from Filetek for $4.24M. |
| | | 2009-2011 Autonomy Inc amortization spreadsheet. |
| | | 12/31/09 Filetek Software Licensing and Maintenance Service, customer Autonomy. |
| | | 12/31/09 Invoice from Autonomy to FileTek. |
| | | 05/07/10-05/10/10 emails regarding Filetek best and final pricing. |
| | | 11/01/09-12/31/09 Autonomy General Ledger license revenue. |
| | | 06/26/10 email from Hogenson to Deloitte regarding audit related questions, contains links to agreements. |
| | | 01/27/10 payment from FileTek to Autonomy. |
| | | 11/01/10-12/31/10 Autonomy General Ledger. |
| | | 01/01/11-10/31/11 Autonomy General Ledger software amortization. |
| | | 12/31/09 Amendment to Filetek OEM Agreement payment schedules. |
| | | 09/27/10 email from Hussain to Egan regarding BofA procurement negotiations. |
| | | 10/05/10 email from Hussain to Chamberlain regarding review of draft VA agreement. |
| | | 03/30/11 Filetek Inbound License and Support Agrmt (HP) [signed]. |
| | | 2010-2011 Autonomy amortization Inc 130500 spreadsheet. |
| | | 09/30/10 Invoice from Verity to Filetek-7746-ANA. |
| | | 09/30/10 Invoice from Verity to Filetek-7745-ANA. |
| | | 01/01/10-12/31/10 Autonomy General Ledger license revenue ANA GL 400000-402000 2010. |
| | | 08/14/10 email from Hussain to Menell regarding VA RFP. |
| | | 05/18/10 email from Lynch to VA regarding VA RFP. |
| | | 2011-06-30 Filetek License and Support Agrmt (inbound) [executed]. |
| | | 08/13/11 Receipt from FileTek to Egan. |
| | | 09/30/10 email from Crumbacher to Egan regarding approval of VA agreement. |
| | | 10/01/10 email from Chamberlain to Egan regarding Filetek financials. |
| | | 09/08/10 email from Hussain to Egan regarding SEWP partner to VA. |
| | | 02/25/2011 email from Patel to Chamberlain Patel regarding past due Filetek invoices. |
| | | Q3 09 Filetek Financial Statements spreadsheet. |
| | | 08/12 Autonomy General Ledger Batch 180452 reprint. |
| | | 2011 StorHouse Price Quote to Autonomy. |
| | | 08/28/10 email from Menell to Hussain regarding VA RFP. |
| | | 06/30/11 email from Lynch to Chamberlain need approval for Filetek quote. |
| | | 10/05/10 email with attached draft VA deal terms with Autonomy. |
| | | 04/11 payment from Autonomy to FileTek. |
| | | 08/12/11 payment from Autonomy to FileTek. |
| | | 06/30/11 Autonomy - Iron Mountain Filetek Product Use Certificate (PUC) 20110630-1. |
| Filetek/United States Veterans Administration Authority | Exh. 2850 (HP-SEC-02327820 - HP-SEC-02327894); Exh. 2851 (HP-SEC-02319149 - HP-SEC-02319231) | 09/30/10 email delivery from Autonomy to Filetek auto generated technical support. |
| | | 05/01/10-05/31/12 Autonomy General Ledger capitalized software purchase ANA 171100 2011. |
| | | Q3 2010 Deloitte Audit Committee Report. |
| | | 08/07/10 email from Lynch to Still regarding VA RFP. |
| | | 08/25/10 email from Hussain to Menell regarding VA RFP. |
| | | 03/12 Autonomy Journal Entries batch reprint 169146. |
| | | 06/30/11 email from Scott to Chamberlain regarding delivery of StorHouse software to Autonomy, auto generated. |
| | | 03/30/11 Invoice from FileTek to Autonomy. |
| | | 01/22/10 email from Breen to Tanno regarding travel plans. |
| | | 03/30/11 Invoice from FileTek to Autonomy (2). |
| | | 08/10/11 email from Hussain to Egan regarding Filetek pricing. |
| | | 12/31/09 Filetek and Autonomy Software Licensing and Maintenance Service Agreement. |
| | | 09/05/10 receipt from Filetek. |
| | | 06/11 receipt from FileTek. |
| | | 05/10/10 Amendment to schedules A and M of Filetek and Autonomy Software and Licensing and Maintenance Agreement. |
| | | 03/06/11 Receipt from FileTek (2). |
| | | 07/19/10 email from Still to Egan regarding RFI. |
| | | Email dated 30 September 2010 balance sheets. |
| | | 06/11/11 payment to FileTek. |
| | | 03/12 Autonomy General Ledger Vendor non-purchase orders reprint Batch 168923. |
| | | 09/30/10 One Time Reseller (VA)  FileTek Agreement (executed). |
| | | 08/16/10 email from Erickson to Sullivan regarding VA RFP. |
| | | 08/12 Autonomy Journal Entries reprint batch 180226. |
| | | 09/25/12 email from Raynal to Anderson confirming VA maintenance was not renewed. |
| | | 08/17/11 Invoice from FileTek to Autonomy. |
| | | 07/09/10 email from Still to Hussain regarding VA opportunity. |
| | | 03/07/11 PowerPoint from FileTek. |
| | | 08/18/10 email from Hussain to Lynch regarding VA RFI. |
| | | 09/30/10 Sales Invoice. |
| | | 09/30/10 Invoice Verity to Filetek -7747-ANA. |
| | | 03/30/11 Filetek Product Use Certificate (PUC) #20110330-1 (HP). |
| | | 03/11/11 Invoice from FileTek to Autonomy. |
| | | 08/31/11 G/L Transactions - Prepaid Expenses. |
| | | 08/30/11 Payment from Autonomy to FileTek. |
| | | Autonomy Deloitte Audit Committee Interim Report June 30, 2011 Final. |
| | | 03/27/09 Sales invoice. |
| | | 08/12/2005 Reseller Agreement between Verity and IdN. |
| | | 04/06/09 Sales invoice. |
| | | 05/22/09 Sales invoice. |
| | | Autonomy Deloitte Audit Committee Report 2009 Final. |
| | | 06/30/09 Sales invoice. |
| | | 06/30/09 Sales invoice. |
| | | 06/30/09 Sales invoice. |
| | | 07/24/09 Sales invoice. |
| | | 12/31/09 Verity Wells Fargo Wire Banking Statement $13,500.00. |
| | | 12/31/10 A/R spreadsheet. |
| | | 07/28/09 Sales invoice. |
| | | 07/27/09 Sales invoice. |
| | | IdN Verity third amendment to reseller agreement December 1, 2008, fully executed. |
| | | 09/24/09 Sales invoice. |
| | | 01/01/09-12/31/09 Autonomy General Ledger License Revenue Commercial. |
| | | Autonomy Deloitte Audit Committee Report Q1 2010. |
| | | 09/28/09 Sales invoice. |
| | | 01/01/10-12/31/10 Autonomy General Ledger License Revenue Commercial. |
| | | 09/28/09 Sales invoice. |
| | | General ledger license revenue. |
| | | Autonomy Deloitte Audit Committee Interim Report 2010 Final. |
| | | 01/22/10 Screenshot of history of Cash Receipts. |
| Integracion de Negocios Various end users | Exh. 2852 (HP-SEC-02326422 - HP-SEC-02326748); Exh. 2853 (HP-SEC-02330749 - HP-SEC-02330902) | 12/31/09 Sales invoice. |
| | | 12/31/09 Sales invoice. |
| | | 12/31/09 Sales invoice. |
| | | 12/01/09-12/31/09 Autonomy Commercia Bank Statement. |
| | | Autonomy Deloitte Audit Committee Report Q1 2011. |
| | | 12/31/09 G/L - License Revenue. |
| | | 12/31/09 Sales invoice. |
| | | 03/30/10 Sales invoice. |
| | | 03/01/11-03/31/11 Autonomy Commercia Bank Statement. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340565
Exh 2749-0023

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | Autonomy Deloitte Audit Committee Report Q3 2010 final. |
| | | 03/30/10 Sales invoice. |
| | | 03/31/08 Sales invoice. |
| | | 03/31/08 Sales invoice. |
| | | 06/30/08 Sales invoice. |
| | | 06/30/08 Sales invoice. |
| | | 08/19/08 Sales invoice. |
| | | Autonomy Deloitte Audit Committee Report December 31, 2010. |
| | | Autonomy Deloitte Audit Committee Report Q3 2009. |
| | | 08/21/08 Sales invoice. |
| | | 09/30/08 Sales invoice. |
| | | 01/01/09-06/30/10 Autonomy IdN Customer Activity Report. |
| | | 09/30/08 Sales invoice. |
| | | 10/30/08 Sales invoice. |
| | | 12/19/08 Sales invoice. |
| | | 12/31/09 Verity Wells Fargo Wire Banking Statement $1,185.30. |
| | | 12/24/08 Sales invoice. |
| | | Autonomy Deloitte Audit Committee Report Q2 December 31, 2009. |
| | | 12/23/08 Sales invoice. |
| | | 01/01/10-01/31/10 Autonomy Commercia Bank Statement. |
| | | 11/01/09-12/31/09 Autonomy General Ledger License Revenue Commercial. |
| | | 09/30/11 Spreadsheet of past due A/R. |
| | | 01/01/10-12/31/10 Autonomy General Ledger Allowance for Doubtful Accounts. |
| | | 03/31/09 Sales Invoice. |
| | | 10/14/10 Promissory Note to AU from Integracion de Negocios for $960K. |
| | | Autonomy demand to IdN for payment June 11, 2009. |
| | | Autonomy IdN financial data spreadsheets. |
| | | Autonomy email dated 11/11/2010 regarding IdN signed promissory note. |
| | | 2010 and prior years Autonomy accounting of IdN invoices spreadsheet. |
| | | 11/06/2010 email regarding Autonomy/IdN payment issues. |
| | | Autonomy emails 03/2011, discussing the need for collection against IdN. |
| | | Autonomy emails 03/2011, discussing the need for collection against IdN. |
| | | 2010 and prior years Autonomy IdN customer accounts financial spreadsheets. |
| | | 05/20/10 Spreadsheet regarding Debt Write Off. |
| | | Autonomy emails 10/2010, discussing collection against IdN. |
| | | 07/20/10 Spreadsheet regarding Debt Write Off. |
| | | 09/06/10 email from Prasad to Rothman regarding possibility of payment plan for IdN. |
| Items 8, 11, 12, 47, 57 and 60 – "Cancelled transactions" (See VMS, J.P. Morgan Chase, and SHI International) | Exh. 2854 (HP-SEC-02320124 - HP-SEC-02320137) | 09/30/09 Autonomy Invoice to Chase. |
| | | 04/27/11 Autonomy Invoice to Shi International. |
| | | 09/30/09 Autonomy Invoice to JPMC. |
| | | 06/30/11 Autonomy Invoice to JPMC. |
| | | 09/30/09 Autonomy Invoice to JPMC. |
| | | 12/31/10 Autonomy Invoice to Video Monitoring Services. |
| | | 09/30/09 Autonomy Credit Memo to JPMC. |
| | | 09/30/09 Autonomy Credit Memo to JPMC. |
| | | 12/31/10 Verity Credit Memo to Video Monitoring Services. |
| | | 06/30/11 Autonomy Credit Memo to JPMC. |
| | | 04/27/11 Autonomy Credit Memo to Shi Int. |
| | | 09/30/09 Autonomy Credit Memo to JPMC. |
| Mercedes-Benz Grand Prix | Exh. 2855 (HP-SEC-02326749 - HP-SEC-02326913); | 2010-2012 MB PowerPoint presentation proposing Autonomy as race car sponsor. |
| | | 10/01/11-10/31/11 Autonomy General Ledger Deferred Revenue Maintenance. |
| | | 8/28/12 Mercedes-Benz letter to Autonomy regarding ongoing termination and licenses issues. |
| | | 2009-2010 Autonomy Deferred Licensing Consulting Fees Financial Spreadsheets. |
| | | March 2010 Autonomy emails discussing Mercedes-Benz sponsorship. |
| | | Email dated February 2012 from MB to Autonomy, does not want to renew software due to maintenance issues. |
| | | 05/2011 Autonomy General Ledger Prepaid Expenses. |
| | | 03/10 EUSLA Agreement between AU and Mercedes-Benz Grand Prix partially executed. |
| | | 07/25/12 Regular Journal Entries Reprint. |
| | | 01/01/10-12/31/10 General Ledger Prepaid Expenses. |
| | | 03/31/10 Autonomy General Ledger Deferred Revenue Maintenance. |
| | | 11/01/10-12/31/10 Autonomy General Ledger Deferred Revenue Consulting. |
| | | March 2010 emails re MB EULA existing terms. |
| | | Autonomy memo dated 3/19/12, proposing sponsorship of MB racing. |
| | | 03/31/10 Sales invoice. |
| | | 12/13/10 Mercedes Petronas Invoices to Autonomy, racing sponsorship. |
| | | 02/28/11 Customer Invoices. |
| | | 10/2011 Deferred Maintenance amortization financial spreadsheets. |
| | | 01/01/11-10/31/11 Autonomy General Ledger Deferred Maintenance Revenue. |
| | | 04/21/14 2011 Formula One Race Results. |
| | | 03/31/10-10/01/10 Revenue recognition Oracle screenshot. |
| | | 02/28/11 Sales invoice. |
| MicroLink | Exh. 2856 (HP-SEC-02326914 - HP-SEC-02327182); Exh. 2857 (HP-SEC-02330903 - HP-SEC-02330906) | Microlink Autonomy fully executed 3/29/07 software license agreement. |
| | | 12/31/11 G/L MicroLink transactions. |
| | | 12/31/10 Spreadsheet regarding Consolidated Cash Flow. |
| | | Autonomy business valuation of intangible Microlink assets, dated 01/04/2010. |
| | | 10/31/11 G/L Transactions - Capitalized Software Purchase. |
| | | 01/31/10 Comerica Bank Statement. |
| | | 12/31/09 Regular Journal entries for Batch 134613. |
| | | "Dec 31 $3.7m Wire # 009631 Org Microlinc Llc" partial Wire Report. |
| | | 03/31/09 G/L Transactions by Batch for A/P Batch 118702. |
| | | 03/2011 Autonomy General Ledger Journal Entries Cash Receipts. |
| | | 12/05/03 Autonomy Microlink government reseller agreement. |
| | | 03/2011 Autonomy General Ledger batch A/R Cash Receipt Entries. |
| | | 09/30/09 Customer PO. |
| | | 10/02/09 $3M wire payment from AU to MicroLink. |
| | | 12/31/09 MicroLink Aged AP - Detail. |
| | | Closing of funds for unit purchase agreement dated 01/04/2010. |
| | | 03/31/10 G/L Transactions - MicroLink. |
| | | 03/2010 Autonomy General Ledger A/P batch Non-Purchase Orders. |
| | | 12/13/11 G/L Transactions - MicroLink. |
| | | 03/2010 Autonomy General Ledger A/P Microlink report. |
| | | Addendum dated 09/01/2009, Autonomy Microlink software license agreement. |
| | | 01/04/10 Purchase Price Allocation for the Acquisition if Microlink, LLC. |
| | | Unit Purchase Agreement Autonomy Microlink dated 01/04/2010. |
| | | 06/30/09 check to AU from MicroLink for $1,310,233.75. |
| | | 03/31/10 G/L - Cash Receipts. |
| | | Autonomy consolidated cash flow statement Q1 2010. |
| | | Autonomy consolidated cash flow statement Q3 2010. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340566
Exh 2749-0024

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | Autonomy emails 05/29/2013 regarding terms of Microlink software licenses. |
| | | 10/31/11 Amortization spreadsheet. |
| | | 6/30/2009 check to AU from MicroLink for $835K. |
| | | 01/01/09-10/31/09 Autonomy General Ledger License Revenue VAR. |
| | | 10/31/11 Spreadsheet regarding Amortization of Software Purchases. |
| | | Addendum dated 03/23/2009, Autonomy Microlink software license agreement. |
| | | 01/04/10 MicroLink Balance Sheet. |
| | | 10/08/13 Email from Antonia Anderson to Andrea Elliot-Smith. |
| | | 12/31/09 MicroLink G/L aged A/P. |
| | | 10/2010 Autonomy General Ledger A/P batch Non-Purchase Orders. |
| | | Software license agreement Autonomy Microlink fully executed 03/29/2007. |
| | | 10/31/09 G/L Transactions - License revenue. |
| | | 12/31/11 G/L MicroLink transactions. |
| | | 12/31/09 check to AU from MicroLink for $3.7M. |
| | | 10/01/09 Wire transfer from MicroLink to Autonomy for $5,573,400.00. |
| | | 10/31/11 G/L Transactions - Capitalized Software Purchase. |
| | | 09/30/10 Spreadsheet regarding Consolidated Cash Flow. |
| | | 12/31/08 Sales invoice. |
| | | 03/31/10 G/L Transactions - Cash receipts. |
| | | 03/31/10 G/L Transactions by Batch for A/R Batch 140185. |
| | | 10/31/09 G/L Transactions - License revenue. |
| | | 03/31/10 Spreadsheet regarding accounting adjustments post-MicroLink deal. |
| | | Fully executed license and distribution agreement Autonomy Microlink, effective 12/18/2008. |
| | | 10/31/09 G/L - License Revenue. |
| MicroTech/Assurian Insurance Services | Exh. 2858 (HP-SEC-02327553 - HP-SEC-02327596); Exh. 2859 (HP-SEC-02330981); Exh. 2860 (HP-SEC-02330983) | 2009-2010 MicroTech Customer Activity Report. |
| | | 12/31/09 PO under Autonomy Government Reseller Agreement with MicroTech. |
| | | 03/31/10 Asurion insurance services invoice to MicroTech. |
| | | 2010 General ledger license revenue MicroTech. |
| | | 12/31/09 from McCarthy to Chu Autonomy technical support email. |
| | | 11/09-12/09 General ledger license revenue MicroTech. |
| | | 12/31/09 Autonomy invoice to MicroTech. |
| | | 12/31/09 Autonomy credit memo to MicroTech. |
| | | 06/30/06 Autonomy MicroTech Government Reseller Agreement with MicroTech. |
| | | 03/29/10 Autonomy etalk purchase quotation to MicroTech. |
| | | 03/31/10 Autonomy etalk invoice to MicroTech. |
| MicroTech/Bank of Montreal | Exh. 2861 (HP-SEC-02327670 - HP-SEC-02327673); Exh. 2862 (HP-SEC-02317576 - HP-SEC-02317660) | 10/31/11 Autonomy General Ledger VAR License Revenue Entries. |
| | | 09/28/01 Fully executed master software license agreement between Autonomy and Bank of Montreal. |
| | | 06/30/11 Email from Maria Alcantara to BMO. |
| | | 03/31/11 Autonomy Invoice to MicroTech. |
| | | 09/28/01 Schedule D Software license between Autonomy and Bank of Montreal. |
| | | 12/31/11 Autonomy General Ledger Commercial License Revenue. |
| | | 06/30/11 BMO Sales Order Report. |
| | | 03/31/11 Email from Martin Young to MicroTech. |
| | | 03/31/11 Autonomy credit memo to MicroTech. |
| | | 03/31/11 Autonomy invoice to MicroTech. |
| | | 03/31/11 Autonomy invoice to MicroTech. |
| | | 03/31/11 Autonomy credit memo to MicroTech. |
| | | 06/30/06 Fully executed Autonomy government reseller agreement. |
| | | 03/31/11 Autonomy credit memo to MicroTech. |
| | | 06/30/11 Autonomy invoice to BMO. |
| | | 03/31/11 MicroTech Sales Order Report. |
| | | 06/30/11 Autonomy invoice to BMO. |
| | | 03/31/11 PO from MicroTech to Autonomy. |
| | | 06/30/11 Autonomy invoice to BMO. |
| MicroTech/Century Link | Exh. 2863 (HP-SEC-02327183 - HP-SEC-02327241) | 12/31/09 Customer PO. |
| | | 3/24/10 Ordering Document to MicroTech. |
| | | 12/31/09 G/L Transactions - License Revenue. |
| | | 12/31/09 G/L Transactions - License Revenue. |
| | | 12/31/09 Credit memo from AU to MicroTech. |
| | | 03/30/10 Email from Deaun Wood to Century Link. |
| | | Email dated March 30, 2010, regarding ordering of licenses. |
| | | 12/31/09 Sales Invoice. |
| | | 12/31/09 Sales Invoice. |
| | | 12/31/09 G/L Transactions - License Revenue. |
| | | 03/30/10 Sales invoice. |
| MicroTech/Department of the Interior | Exh. 2864 (HP-SEC-02327674 - HP-SEC-02327675); Exh. 2865 (HP-SEC-02317793 - HP-SEC-02317892) | Autonomy Microtech government reseller agreement fully executed June 30, 2006. |
| | | Autonomy email dated 8/20/11 regarding reasoning for commissions. |
| | | 12/31/10 Sales Invoice. |
| | | 12/31/10 Sales Invoice. |
| | | Email dated October 2011 regarding the need to credit 4 invoices to Microtech and Microlink. |
| | | 12/10/10 Email from Sushovan Hussain to Mike Lynch. |
| | | 12/31/10 Credit memo from Verity to MicroTech. |
| | | 06/30/11 Option to Extend the Term of the U.S. Dept. of Int. 03/2000 Contract. |
| | | 12/31/10 Micro PO to Autonomy. |
| | | 12/31/10 Credit memo from Verity to MicroTech. |
| | | 06/30/09 Option to Extend the Term of the U.S. Dept. of Int. 03/2000 Contract. |
| | | 06/30/06 Autonomy Microtech government reseller agreement fully executed. |
| | | 12/31/10 Customer PO. |
| | | Email regarding DOI contract negotiation dated 12/01/10. |
| | | 12/31/10 Credit memo from Verity to MicroTech. |
| | | 09/21/09 Modification of the U.S. Dept. of Int. 02/2007 Contract. |
| | | 12/31/10 Sales Invoice. |
| | | Customer Microtech activity report, 2009-2012. |
| | | DOI/ Zantaz agreements 2009. |
| | | Autonomy AR 12/2011. |
| | | Autonomy email dated 12/13/2010, DOI turned down offer based upon procurement limitations. |
| | | 12/31/10 Sales Invoice. |
| | | 12/31/10 Credit memo from Verity to MicroTech. |
| MicroTech/Discover Technologies | Exh. 2866 (HP-SEC-02327895 - HP-SEC-02327915); Exh. 2867 (HP-SEC-02319232 - HP-SEC-02319411) | 12/30/09 email from Deo to MTech delivering software. |
| | | 12/31/09 G/L Transactions - Maintenance Revenue. |
| | | 01/04/10 Closing Statement for Unit Purchase Agreement between AU and Truitt/Wharton. |
| | | 01/01/10-01/31/10 Autonomy commercial bank statements. |
| | | 04/12/10 Purchase Agreement between Autonomy and MicroTech. |
| | | 11/18/2009 Email to Hussain Truitt to regarding revenue discussion. |
| | | GL 402000 License Revenue VAR. |
| | | 01/06/10 G/L Transactions by Batch for A/R Batch 134262. |
| | | 12/30/09 Sales Order Report. |
| | | Purchase order from MicroTech for DTech December 2009. |
| | | June 2006 contract between Autonomy and MicroTech. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340567
Exh 2749-0025

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 12/30/09 Sales Invoice. |
| | | 01/31/10 Camerica Bank Statement. |
| | | 12/15/09 Financial Due Diligence Report to AU BOD. |
| | | 05/25/11 Purchase Price Allocation for Acquisition of MicroLink. |
| | | Undated Hewlett Packard Summary of Batch 198791 Financial Spreadsheet. |
| | | 09/2012 Autonomy General Ledger Customers Batch 183896. |
| | | 06/30/11 Invoice from Autonomy to Micro Tech 10224-ANA. |
| | | 09/2012 Autonomy Regular Journal Entries Expenses from aBatch 183937. |
| | | 08/15/2011 email from Hussain to Chamberlain regarding approval of SSA and MicroTech. |
| | | 06/30/11 Invoice from Autonomy to Micro Tech 10225-ANA. |
| | | 10/2012 Autonomy Regular Journal Entry Investments Batch 198791. |
| | | 06/23/11 Email to Smith from Sullivan regarding update on USPS. |
| | | 07/03/11 Email to Vegfne from Lynch regarding HP USPS procurement. |
| | | Undated HP Summary of Journal Entries Batch 191987. |
| | | 01/01/11-10/31/11 Autonomy General Ledger License Revenue DDS Posting of Account 402000. |
| MicroTech/Hewlett Packard | Exh. 2868 (HP-SEC-SEC-02330403 - HP-SEC-02330413); | 10/2012 Regular Journal Entry HP Software. |
| | Exh. 2869 (HP-SEC-02324491 - HP-SEC-02324583) | 07/2012 Autonomy General Ledger Customer Relationships IMMAUS. |
| | | 07/2012 Autonomy General Ledger DDS account 171100. |
| | | 08/15/2011 Invoice from Autonomy to MicroTech invoice AUT-08152011-1. |
| | | 06/30/2006 Autonomy Micro Tech Government Reseller Agreement. |
| | | 06/30/11 Invoice from Autonomy to Micro Tech 10223-ANA. |
| | | 08/17/11 Receipt of $7,350,000 from Micro Tech to Autonomy. |
| | | 10/2012 Autonomy Regular Journal Entries A/R Batch 189510. |
| | | 08/12/11 US Government Federal Cloud Platform for Autonomy Solution between Autonomy and Micro Tech. |
| | | 06/15/11 email from Sullivan to Egan regarding draft services proposition. |
| | | 08/2012 Autonomy General Ledger Check Payment Transactions Micro Tech Batch 178660. |
| | | 08/12 Autonomy General Ledger A/P $8.2m payment from Micro Tech. |
| | | 08/01/2011 Attachment A to Schedule 1 Proposal from Micro Tech to Autonomy for US Government work. |
| | | 08/2012 Autonomy General Ledger Non-Purchase Order Voucher Micro Tech Batch 178674. |
| | | 09/2012 Autonomy Journal Entry Purchases from HP Batch 184014. |
| | | 06/30/11 email from Alcantara to Struitt regarding Proof of Delivery of Software auto generated tech email. |
| | | 06/29/06 Purchase Order from Micro Tech to Autonomy under Govt Reseller Agrmt. |
| | | 07/01/11 email from Desroches to Smith Desroches regarding USPS contact. |
| | | 06/30/11 Invoice from Autonomy to Autonomy 10222-ANA. |
| | | 06/30/10 Email to Kanter and Chamberlain from Scott regarding PO. |
| | | 12/31/10 G/L Transactions by Batch for A/P Batch 161189. |
| | | June 2006 contract between Autonomy and MicroTech. |
| | | 12/31/09 Customer PO. |
| | | 12/31/09 G/L - License Revenue. |
| | | 12/08/09 Spreadsheet regarding Sales Forecast. |
| | | 12/31/10 Barclays Bank Statement. |
| | | 12/31/09 Email from Joel Scott to Mike Mooney. |
| | | 12/31/10  G/L Capitalized Software Purchases Transactions. |
| | | Autonomy purchase order dated 28 December 2010. |
| | | MicroTech proposal dated 5 November 2010. |
| | | 02/11/09 Email to Krumbacher from Insogna regarding Honeywell NDA. |
| | | 12/30/10 Customer PO. |
| MicroTech/Honeywell Aerospace | Exh. 2870 (HP-SEC-02319412 - HP-SEC-02319529); | 03/30/10 Spreadsheet regarding Missed Sales Opportunities. |
| | Exh. 2871 (HP-SEC-02327916 - HP-SEC-02327943) | 03/31/10 Receipt of payment to AU from MicroTech for $6,305,139.69. |
| | | 12/31/09 Auto generated delivery email to Truitt from Autonomy technical support. |
| | | 12/31/11 GL Report Amortization. |
| | | 12/31/10  G/L Transactions for Batch 161623. |
| | | 12/24/2009 Email to Lucini from Marcella regarding sales quotas. |
| | | ASL - intangibles workings 2011-vn2 Spreadsheet. |
| | | 12/31/09 Sales Invoice. |
| | | 12/14/2009 Email to Walton from Marcella regarding Honeywell sales. |
| | | 12/24/10 Email to Hussain from Scott negotiating ATIC documents. |
| | | Non-disclosure agreement signed 2 Nov 2009. |
| | | 12/23/10 Memo regarding Proposed Investment in MicroTech. |
| | | 05/01/11 Email from Tomas Esterrich to Helen Ku. |
| | | 07/20/10 Email to Scott from Rapp regarding attachment forecast. |
| | | 10/10/13 Email to Smith from Raynal regarding Honeywell support renewal. |
| | | 01/28/10 Email re redlined master software license and professional services agreement. |
| | | 10/08/09 Email to Chang from Aker dated 8 Oct 2009 regarding Honeywell meeting preparation. |
| | | 03/30/11 Autonomy Maintenance and Support Services Agreement with Micro Tech. |
| | | 01/01/11-06/30/11 Autonomy General Ledger Interwoven prepayment listing. |
| | | 01/01/11-06/30/11 Autonomy General Ledger Interwoven prepayment listing. |
| | | 03/31/11 Autonomy Sales Order Report to Micro Tech. |
| | | 03/31/11 Invoice Autonomy to Micro Tech 9434-ANA. |
| | | 03/31/11 email delivery information from Medley to Struitt regarding automated technical support. |
| | | 03/30/11 Invoice from Autonomy to Micro Tech 9436-ANA. |
| | | 06/10/11 wire transfer from Autonomy to Micro Tech. |
| | | 01/01/11-12/31/11 Autonomy License Revenue ANA GL 400000 2011. |
| | | 03/30/11 End User Software License Agreement between Autonomy and Micro Tech. |
| | | 03/31/11 Credit Memo from Autonomy to Micro Tech 10901-ANA. |
| MicroTech LLC | Exh. 2872 (HP-SEC-02324584 - HP-SEC-02324727); | 03/31/11 Invoice from Autonomy to Micro Tech 9439-ANA. |
| | Exh. 2873 (HP-SEC-02330414 - HP-SEC-02330431) | 03/01/11-12/31/11 Interwoven Prepayment Schedule. |
| | | 05/23/11 email from Scott to Mezzapelle regarding approval of Micro Tech maintenance payment. |
| | | 03/31/11 Credit Memo from Autonomy to Micro Tech 10900-ANA. |
| | | 03/03/11 Credit Memo from Autonomy to MicroTech 10898-ANA. |
| | | 03/31/11 Invoice from Autonomy to Micro Tech 9437-ANA. |
| | | 09/01/11-09/30/11 Commercial Checking Statement showing payment to Autonomy. |
| | | 04/04/11 Invoice from Microtech to Autonomy PSI000218. |
| | | 04/04/11 Invoice from Microtech to Autonomy PS1000216. |
| | | 03/31/11 Credit Memo from Autonomy to Micro Tech 10897-ANA. |
| | | 09/07/11 Termination Letter from Autonomy to Micro Tech. |
| | | 03/31/11 Invoice from Autonomy to Micro Tech 9440-ANA. |
| | | 04/01/11 Invoice from Autonomy to Micro Tech PSI000215. |
| | | 03/03/11 Invoice from Autonomy to Micro Tech 9438-ANA. |
| | | 03/31/11 Credit Memo from Autonomy to Micro Tech 10899-ANA. |
| | | 12/31/11 G/L - License Revenue. |
| | | 04/19/10 Email to Hussain from Chamberlain regarding Deloitte audit. |
| | | 01/29/10 Champagne Logistics - delivery to Ashburn, VA 20147. |
| | | 12/31/09 Sales Invoice. |
| | | 02/09/12 Sales Order Report. |
| | | 02/19/10 Customer PO. |
| | | 03/23/10 Wire Transfer Morgan Stanley Management Services to AU for $5,553,240.00. |
| | | 12/31/09 Credit memo from Verity to MicroTech. |
| MicroTech/ | Exh. 2874 (HP-SEC-02327944 - HP-SEC-02327948); | Customer Activity Report 69704 for MicroTech 2009 and 2010. |
| Morgan Stanley & Co. | Exh. 2875 (HP-SEC-02319530 - HP-SEC-02319596) | 12/31/09 Customer PO. |
| | | 12/19/10 Sales Invoice. |
| | | 12/31/09 Email from Alex Con Hon to steve.truitt@azoware.net. |
| | | 03/23/10 Email chain to Guido from Moscheo regarding trifusion delivery status. |
| | | 06/30/06 VAR agreement between AU and MicroTech. |
| | | 01/21/10 Email to Chamberlain from Guiao regarding discount on Dell. |
| | | 12/31/09 G/L - License Revenue. |
| | | Hardware update 6715917 Spreadsheet. |
| | | 03/31/10 G/L - Hardware Revenue. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340568

Exh 2749-0026

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| MicroTech/Vatican Library | Exh. 2876 (HP-SEC-02317661 - HP-SEC-02317792) | Autonomy email dated 01/19/2011 regarding Vatican manuscript guidelines. |
| | | Autonomy email dated 3/31/2010 regarding MT wire instructions. |
| | | Barclay's Autonomy currency call account statement, 12/10. |
| | | Microtech/ Autonomy power point solutions presentation dated 11/05/10. |
| | | Microtech check to Autonomy 7/11. |
| | | Autonomy wire credit advance 4/11. |
| | | Autonomy email 3/10 regarding Vatican project. |
| | | 05/04/10 Email from Michael McCarthy to Cynthia Watkins. |
| | | Autonomy internal email dated 12/30/10 discussion and approval for PO to Microsoft to build innovation center. |
| | | 12/31/11 Autonomy general ledger - Amortization. |
| | | August 2012 Vatican Library Presentation slides. |
| | | 09/08/11 Autonomy ledger Microtech customer. |
| | | Autonomy bank wire transfer, 8/25/10. |
| | | Email dated 3/29/10 regarding Autonomy trying to close deal with BAV. |
| | | Autonomy email 3/28/10 trying to get Poste to take a project. |
| | | 09/30/11 Autonomy general ledger Finder fees. |
| | | 12/31/10 G/L Transactions by Batch for A/P Batch 155684. |
| | | G/L Transactions by Batch for A/P Batch 155684. |
| | | 04/21/11 Wire transfer from Micro Tech LLC to AU for $2M. |
| | | Autonomy bank wire transfer, 8/25/10. |
| | | Autonomy wire credit advance 10/14/2010. |
| | | 12/23/10 Memo regarding proposed investment in ATIC. |
| | | Sept. 2007 email regarding BAV deal terms. |
| | | PO dated December 2010 to Microtech. |
| | | Autonomy government reseller agreement dated June 2006. |
| | | Autonomy customer service activity report, 2009-2012. |
| | | 12/31/10 Autonomy general ledger - License Revenue. |
| | | 12/30/10 Customer PO. |
| | | 12/30/10 Sales invoice. |
| | | 03/31/10 Customer PO. |
| | | 11/21/09 Email from Sushovan Hussain to Corrado Broli. |
| | | 10/31/11 Spreadsheet regarding Q3 2011 fiancials. |
| | | Autonomy email dated 12/2010 discussing Microtech pricing. |
| | | 12/31/10 Autonomy general ledger - Capitalized Software Purchase. |
| | | 12/31/12 Autonomy ledger Microtech customer. |
| Play | Exh. 2877 (HP-SEC-02327242 - HP-SEC-02327308) | 06/30/11 Spreadsheet regarding Deferred Maintenance Revenue. |
| | | 12/31/09 Spreadsheet regarding Deferred Maintenance Revenue. |
| | | 12/31/10 Spreadsheet regarding Deferred License Revenue. |
| | | 10/31/10 G/L Transactions - Maintenance Revenue. |
| | | 12/31/10 G/L Transactions - License Revenue. |
| | | 10/31/10 G/L Transactions - Consulting Revenue. |
| | | 10/31/10 G/L Transactions - Maintenance Revenue. |
| | | 12/19/10 Sales invoice. |
| | | Amendment 3, 03/26/2009, to Autonomy and Play EULA. |
| | | 08/18/11 Sales invoice. |
| | | 10/31/10 G/L Transactions - Maintenance Revenue. |
| Prisa | Exh. 2878 (HP-SEC-02325945 - HP-SEC-02326147); Exh. 2879 (HP-SEC-02330987) | 05/31/11 Sales Invoice. |
| | | Project Prisa Digital Federation Seed Statement of Work. |
| | | 05/14/12 Barclays Bank Statement. |
| | | 06/24/11 G/L Transactions by Batch for A/P Batch 174296. |
| | | 11/22/12 Sales Invoice. |
| | | 09/30/11 Second Amendment to 03/31/10 EUSLA between AU and Prisa. |
| | | 10/31/11 G/L - A/R. |
| | | 12/23/10 Email from AU Support to Prisa. |
| | | 11/30/11 Third Amendment to 03/31/10 EUSLA between AU and Prisa. |
| | | 11/30/11 Sales Invoice. |
| | | 11/30/11 G/L Transactions by Batch for A/R Batch 188628. |
| | | 12/13/10 Sales order report. |
| | | 12/19/11 Prisa Statement of Work. |
| | | 12/31/10 Sales Invoice. |
| | | 01/20/12 Sales Invoice. |
| | | 06/30/11 Sales Invoice. |
| | | 06/26/12 Credit memo from Verity to Prisa. |
| | | Project El Pais Workshops Statement of Work. |
| | | 10/22/12 Sales Invoice. |
| | | PS Days Working Paper_ INTERNAL Prisa Finances Combined 2012-07-03 Spreadsheet. |
| | | Prisa CadenaSER Statement of Work addendum for CR52 Combined Workflow. |
| | | 12/31/11 Credit memo from Verity to Prisa. |
| | | 12/10/10 First Amendment to 03/31/10 EUSLA between AU and Prisa. |
| | | 12/14/10 Email from Matt Stephen to Natasha Brown. |
| | | 06/26/12 Credit memo from Verity to Prisa. |
| | | Project Santillana E-Tutor Statement of Work. |
| | | Autonomy SL Bank Statement 30 July 2012. |
| | | 12/31/11 Spreadsheet of AU Spain Trial Balance. |
| | | Spreadsheet of Proserve Forecast of 2012 COGS. |
| | | 01/18/12 Sales order report. |
| | | 06/26/12 Sales Invoice. |
| | | 09/25/13 G/L transactions - Prisa. |
| | | 11/22/12 G/L Transactions by Batch for A/R Batch 220230. |
| | | 03/31/10 End User SLA. |
| | | 12/31/11 G/L Transactions by Batch for A/R Batch 191386. |
| | | Project Prisa Digital AS-com Analysis Statement of Work. |
| | | 10/07/14 Settlement Agreement between HP and Prisa. |
| | | 04/25/12 G/L Transactions by Batch for A/R Batch 202111. |
| | | 12/24/10 Sales order report. |
| | | PR-ASP 400000 - 420000 January to October 2011. |
| | | 06/30/11 G/L - Maintenance Revenue. |
| | | HP Espanola GL account 122000 September 2013. |
| | | 12/31/11 Credit memo from AU to Prisa. |
| | | 12/29/11 Sales invoice. |
| | | 12/31/11 Credit memo from AU to Prisa. |
| | | 09/25/13 Customer 106116 Activity Report. |
| | | 12/29/11 Sales order report. |
| | | 12/31/11 G/L - A/R. |
| | | 02/28/11 Sales invoice. |
| | | 05/01/11 Prisa Statement of Work. |
| | | 07/29/11 Sales Invoice. |
| | | Project Santillana Initiation Phase Statement of Work. |
| | | Prisa CadenaSER Statement of Work addendum for UAT Statement of Work. |
| | | 03/31/11 Sales Invoice. |
| | | 11/30/10 G/L Transactions by Batch for A/R Batch 161924. |
| | | Project Prisa Digital Analysis Statement of Work. |
| | | 12/31/10 G/L - Maintenance Revenue. |
| | | 3/31/11 G/L - Deferred Revenue. |
| | | 09/26/2012 Emails to Anderson from Martin relating to status of the Prisa project. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340569

Exh 2749-0027

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 12/29/11 Sales Invoice. |
| | | Project Status Summary 31 08 12 Spreadsheet. |
| | | 05/25/11 Sales Invoice. |
| | | 6/30/11 G/L - Maintenance Revenue. |
| | | 10/31/11 G/L - A/R. |
| | | 6/30/11 G/L - Maintenance Revenue. |
| | | 09/29/11 Sales Invoice. |
| | | 01/31/12 Spreadsheet regarding Deferred Revenue. |
| | | 06/26/12 Sales order report. |
| | | Autonomy SL Bank Statement 14 May 2012. |
| | | 12/31/10 G/L - Maintenance Revenue. |
| | | 12/31/11 Sales order report. |
| | | 04/25/12 Sales Invoice. |
| | | 10/22/12 Sales Invoice. |
| | | 01/26/11 2010 Deloitte Report to AU Audit Committee. |
| | | 03/17/11 Sales Invoice. |
| | | 08/06/12 G/L Transactions by Batch for A/R Batch 211232. |
| Realise Limited Credit Suisse Securities | Exh. 2880 (HP-SEC-02324847 - HP-SEC-02324986) | 06/30/10 Autonomy and Realise VAR agreement. |
| | | 06/30/10 Invoice from Autonomy to Realise. |
| | | 01/10-10/30/10 Autonomy General Ledger License Revenue. |
| | | 07/05/10 email from McCarthy to Stephan regarding software delivery. |
| | | 12/30/10 Autonomy Corporation Realise Holdings Shareholders' Agreement. |
| | | 12/11 Autonomy A/R Batch Cash Receipts. |
| | | 11/30/10 Autonomy Bank Statement. |
| | | 06/30/11 Autonomy Interim Review Audit Committee Report. |
| | | 11/2013 Autonomy A/R Batch Cash Receipts. |
| | | 12/17/10 email from Hussain to Kanter regarding potential investments. |
| | | 12/20/10 Professional Service Order from Realise to Autonomy. |
| | | 12/16/10 Invoice issued by Realise to Autonomy. |
| | | 12/31/10-06/30/11 Autonomy General Ledger pre-paid expenses. |
| | | 06/12 Autonomy Regular Journal Entries. |
| | | 06/12 Autonomy Regular Journal Entries. |
| | | Q3 2011 Autonomy debt schedule. |
| | | Q2 2010 Autonomy $100k deals report. |
| | | 01/01/01-12/31/11 Autonomy Customer Realise Activity Report. |
| | | 01/01/10-12/31/10 Autonomy General Ledger. |
| | | 12/31/10 Autonomy aging report. |
| | | 06/30/10 Autonomy invoice edit batch. |
| | | 06/30/10 Sales order report from Autonomy to Realise. |
| | | 01/01/11-10/31/11 Autonomy General Ledger Deferred Revenue Offset Debtor. |
| | | 01/01/10-12/31/10 Autonomy General Ledger extract showing investment in Realise. |
| | | 01/01/10-12/31/10 Autonomy General Ledger pre-paid expenses. |
| | | 12/31/10 Autonomy Bank statement. |
| | | 09/30/09 Realise Financial Statement. |
| | | 12/15/10 email from Lamond to Kanter regarding Realise Professional Services Agreement. |
| Red Ventures/Various end users | Exh. 2881 (HP-SEC-02324728 - HP-SEC-02324763); Exh. 2882 (HP-SEC-02330432 - HP-SEC-02330457) | Q3 2011 Autonomy Prepayments Report. |
| | | 10/14/10 Sales order Report from Autonomy to Red Ventures. |
| | | 01/01/08-12/31/11 Customer Activity Report Autonomy Red Ventures. |
| | | Q3/2010 Deloitte Report to the Autonomy Audit Committee. |
| | | Q3/2010 Autonomy $100k big deals report. |
| | | Q4/2008 Deloitte Autonomy Audit Committee Report. |
| | | 10/2011 Autonomy Regular Journal Entries Reprint Revenue Batch 161152. |
| | | 09/2011 Autonomy Regular Journal Entry A/R Reprint Batch 154898. |
| | | 12/2011 Autonomy Regular Journal Entry A/R Reprint Batch 161610. |
| | | 10/2011 Autonomy Regular Journal Entry A/R Reprint Batch 155057. |
| | | Q4/2010 Deloitte Report to the Autonomy Audit Committee. |
| | | 09/2011 Autonomy Regular Journal Entry A/R Reprint Batch 154563. |
| | | 02/01/2010 Q4/2009 Autonomy Deloitte Report to Audit Committee. |
| | | 01/01/2010-12/31/2010 Autonomy General Ledger Report License Revenue ASL 402000 2010. |
| | | 10/14/10 Invoice Verity to Red Ventures reference 5361-ASL. |
| | | 09/30/10 Proof of Delivery Poste Italiane - Cyber from Autonomy to Red Ventures. |
| Sales Consulting Poste Italiane | Exh. 2883 (HP-SEC-02324987 - HP-SEC-02325051); Exh. 2884 (HP-SEC-02330458 - HP-SEC-02330483) | 12/31/09 One-Off Reseller Agreement between Autonomy and Sales Consulting. |
| | | 12/31/09 Invoice from Autonomy to Sales Consulting. |
| | | 01/01/10-12/31/10 Autonomy General Ledger Allowance for Doubtful Accounts. |
| | | 12/31/09 Proof of delivery of software from Autonomy to Sales Consulting. |
| | | 11/01/09-12/31/09 Autonomy General Ledger License Revenue. |
| | | 12/31/09 Autonomy Interwoven Recognized Revenue Entry. |
| | | Q4 2009 Deloitte Autonomy Audit Committee Report. |
| | | Q2 2011 Final A/R Aging Report Sales Consulting. |
| | | Q2 2011 Consolidated Balance Sheets. |
| | | Q2 2011 Published Autonomy Financial Results. |
| | | Q4 2009 $100k big deals. |
| | | 12/2010 Autonomy Regular Journal Entry Batch. |
| | | 01/01/08-12/31/11 Autonomy Customer Activity Report Sales Consulting. |
| | | Q4 2008 Deloitte Autonomy Audit Committee Report. |
| | | 01/01/11-10/31/11 Autonomy General Ledger Allowance for Doubtful Accounts. |
| | | Q1 2011 Autonomy A/R Aging Report. |
| | | Q1 2011 Consolidation Report post pushdown. |
| | | Q1 2011 Autonomy Financial Results. |
| Serious Fraud Office | Exh. 2885 (HP-SEC-02327309 - HP-SEC-02327332); Exh. 2886 (HP-SEC-02330907 - HP-SEC-02330949) | SFO and Autonomy case management agreement fully executed 06/19/2009. |
| | | 06/29/11 Sales order report. |
| | | 12/31/11 G/L Transactions - License Revenue. |
| | | 06/09 SFO schedule of software. |
| | | 06/29/11 Sales invoice. |
| | | SFO Autonomy change contract amended by POs. |
| | | 06/28/11 Email from Jon Coy to Aline Pels-Gerritsen. |
| | | Schedule 7 charging and invoicing procedures to SFO contract. |
| Tikit KPMG | Exh. 2887 (HP-SEC-02325052 - HP-SEC-02325257) | 12/31/10 Contract PO from Tikit to Autonomy. |
| | | 12/31/10 Invoices from Autonomy to Tikit. |
| | | 12/27/05 Autonomy and Interwoven VAR agreement. |
| | | 01/01/10-12/31/10 Autonomy General Ledger Report License Revenue VAR. |
| | | 01/01/10-12/31/10 Autonomy General Ledger Deferred Revenue Maintenance. |
| | | 12/31/10 email from Interwoven to Tikit regarding software. |
| | | 12/31/10 side letter from Autonomy to Tikit regarding PO. |
| | | 03/17/2011 Verity Benelux KPMG Thirteenth Amendment to Verity License. |
| | | 03/17/2011 Interwoven KPMG Fourth Amendment to Standard Sales Agreement. |
| | | 09/15/10 Autonomy Revised Proposal to KPMG. |
| | | 05/27/11 letter from Autonomy to Tikit regarding offsetting invoices. |
| | | 05/27/11 letter from Autonomy to Tikit regarding offsetting invoices (2). |
| | | 06/07/11 letter from Autonomy to Tikit regarding offsetting invoices. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340570
Exh 2749-0028

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 06/20/11 letter from Autonomy to Tikit regarding offsetting invoices. |
| | | 11/28/11 email from Johnson to Martens regarding Tikit offset payment. |
| | | 10/01/11-12/31/11 Autonomy Customer Activity Report Cash receipts. |
| | | 04/28/11 email Dolan to Chamberlain to say will treat Tikit side letter as pre-pay. |
| | | Q2/11 Deferred Maintenance Schedule. |
| | | 01/01/11-10/31/11 Autonomy General Ledger Maintenance Revenue. |
| | | 03/06/11 Invoice from Autonomy to Tikit. |
| | | Q4/10 Deferred License Maintenance Balance Sheets. |
| | | 06/24/11 Invoices from Tikit to Interwoven related to side letter. |
| | | 09/30/11 Autonomy Bank Statement. |
| | | 01/03/12 Autonomy Bank Statement. |
| | | 10/31/11 Invoice from Tikit to Autonomy. |
| | | 08/31/11 Invoice fromTikit to Autonomy. |
| | | 09/20/12 Autonomy Regular Journal Entries Batches. |
| | | 11/12/10 email from Hussain to Araujo regarding KPMG and Autonomy. |
| | | 12/13/10 email from Hussain to Lynch regarding KPMG proposed deal. |
| | | 12/23/10 email from Hussain to Araujo regarding explanation of Tikit deal. |
| | | 02/10/11 email from Crumbacher to Scott regarding KPMG draft. |
| | | Q1, Q2 and Q3 2011 General Ledger UK Interwoven. |
| | | 06/12 General Ledger A/P Batch Interwoven Reseller Commission. |
| | | 09/12 General Ledger A/P Batch Reseller Commission. |
| | | 02/13 General Ledger A/P Batch Reseller Commission. |
| | | 06/23/06 Interwoven Standard Sales Agreement with KPMG. |
| | | 02/28/02 Verity Corporate License Agreement with KPMG. |
| | | 08/31/11 Credit Note from Autonomy to Tikit. |
| | | 08/12 Regular Journal Entry Batch showing the intercompany movement of the cash from Interwoven to Autonomy. |
| Tottenham Hotspur | Exh. 2888 (HP-SEC-02325258 - HP-SEC-02325533); Exh. 2889 (HP-SEC-02330484 - HP-SEC-02330488) | 06/30/10 Purchase Order to Autonomy from Tottenham. |
| | | 07/07/10 Invoices from Verity to Tottenham. |
| | | 01/01/2010-12/31/10 Autonomy General Ledger License Revenue. |
| | | 01/01/11-10/31/11 Autonomy General Ledger Consulting Revenue. |
| | | 07/07/10 Invoices Verity to Tottenham. |
| | | 07/07/10 Invoices Verity to Tottenham. |
| | | 06/11 Autonomy Regular Verity Journal Entry. |
| | | 07/11 Autonomy Regular Verity Journal Entry. |
| | | 07/11 Autonomy General Ledger A/R Batch reprint. |
| | | 08/11 Autonomy General Ledger A/R Invoices Batch reprint. |
| | | 08/11 Autonomy General Ledger A/R Invoices Batch reprint. |
| | | 09/11 Autonomy Regular General Ledger. |
| | | 09/11 Autonomy General Ledger A/R reprint. |
| | | 10/11 Autonomy General Ledger A/R Batch Invoice reprint. |
| | | 11/11 Autonomy General Ledger A/R Batch Invoice reprint. |
| | | 12/11 Autonomy Regular Journal Entry reprint. |
| | | 12/11 Autonomy Regular Journal Entry reprint. |
| | | 05/16/13 email from Anderson to Saksena regarding Tottenham professional services fees. |
| | | 05/16/13 email  from Anderson  to Saksena preparing 2012 forecast Tottenham preserve cost per hour. |
| | | 07/18/13 Autonomy and Tottenham Deed of Settlement. |
| | | 2010 draft Tottenham sponsorship agreement. |
| | | 07/11 Autonomy A/P Tottenham sponsorship payment reprint. |
| | | 07/11 Prepaid Expense account related to Tottenham. |
| | | 01/10-06-12 Autonomy General Ledger promotional spurs. |
| | | 03/31/11 PO from Tottenham to Autonomy. |
| | | 03/31/11 Invoices from Autonomy to Tottenham. |
| | | 01/01/11-12/31/11 Autonomy General Ledger Report license revenue. |
| | | 03/31/11 Tottenham Sponsorship Agreement with Autonomy Amendment. |
| | | 02/10/11 Invoice from Tottenham to Autonomy. |
| | | GL 01/01/11-10/31/11 Autonomy General Ledger deferred revenue maintenance. |
| | | 11/01/11-12/31/11 Autonomy General Ledger pre-paid expenses. |
| | | Q2/11 ROW deferred license maintenance. |
| | | 01/01/11-10/31/11 Autonomy General Ledger maintenance revenue commercial. |
| | | 06/24/11 from Tottenham to Autonomy. |
| | | 01/01/11-10/31/11 Autonomy General Ledger pre-paid expenses. |
| | | 01/09-09-12/31/13 Autonomy Customer Activity Tottenham Spurs Report. |
| | | 08/31/10 Bank statement receipts for license fee. |
| | | 05/31/11 Bank statement receipts for professional services. |
| | | 08/01/11 Bank statement Tottenham receipts. |
| | | 11/01/11-12/31/11 Autonomy General Ledger bank current account. |
| | | 02/28/13 Tottenham Spurs vendor activity report. |
| | | 02/13 Autonomy General Ledger cash receipts reprint. |
| | | 12/07/10 Sponsorship Invoice from Tottenham to Autonomy. |
| | | 2010-2011 mail online Tottenham Hotspur season information. |
| | | 04/07/11 RBS CHAPS statement payment to Tottenham. |
| | | 05/03/11 Autonomy Bank Statement. |
| | | 04/05/11 cheque deposit counterfoil. |
| | | 08/02/10 Autonomy Bank Statement. |
| | | 07/31/12 Autonomy Bank Statement. |
| | | 01/01/12-12/31/12 Autonomy General Ledger current bank statement. |
| | | 11/01/12-02/28/13 Autonomy General Ledger banking information. |
| | | 10/22/15 Bank transfer confirmation. |
| | | 01/20/12 Invoice from Tottenham to Autonomy. |
| | | 05/20/13 Assistance fee credit note from Tottenham to Autonomy. |
| | | 01/20/12 Assistance fee invoice from Tottenham to Autonomy. |
| | | 04/29/13 Assistance fee credit note from Tottenham to Autonomy. |
| | | 05/04/12 Assistance fee invoice from Tottenham to Autonomy. |
| | | 01/02/13 Assistance fee invoice from Tottenham to Autonomy. |
| | | 05/20/13 Assistance fee invoice from Tottenham to Autonomy. |
| | | 06/30/13 Assistance fee credit note from Tottenham to Autonomy. |
| | | 06/30/13 Assistance fee credit note from Tottenham to Autonomy. |
| | | 06/30/12 Assistance fee credit note from Tottenham to Autonomy. |
| | | 01/03/12 Autonomy Bank Statement December 2011. |
| | | 02/13 Autonomy Regular Journal Entries batch report reprint. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340571
Exh 2749-0029

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| UBS | Exh. 2890 (HP-SEC-02327333 - HP-SEC-02327464);<br>Exh. 2891 (HP-SEC-02330950 - HP-SEC-02330952) | 07/29/11 Sales invoice. |
| | | UBS Autonomy master agreement dated 07/20/2011. |
| | | 08/14/12 Email from Richard Eads to Christopher Yelland. |
| | | 07/29/11 Sales order report. |
| | | 07/29/11 Sales invoice. |
| | | 07/20/11 Supply order pursuant to UBS and AU master agreement. |
| | | 06/21/12 Email from Julie Dolan to Donald Avant. |
| | | 10/31/11 G/L Transactions - Hardware Revenue. |
| | | 06/04/12 G/L Transactions - UBS. |
| | | 12/31/11 G/L Transactions - License Revenue. |
| Video Monitoring Services (Software and Hardware) | Exh. 2892 (HP-SEC-02320124);<br>Exh. 2893 (HP-SEC-02320132);<br>Exh. 2894 (HP-SEC-02324764 - HP-SEC-02324846);<br>Exh. 2895 (HP-SEC-02325534 - HP-SEC-02325656);<br>Exh. 2896 (HP-SEC-02330489 - HP-SEC-02330505);<br>Exh. 2897 (HP-SEC-02332110 – HP-SEC-02332341) | 07/29/11 Sales invoice. |
| | | Q2/2009 Autonomy $100k big deals spreadsheet. |
| | | 10/14/15 Article from the Wall Street Journal. |
| | | 2009-2011 Autonomy Amortization Schedule Spreadsheet. |
| | | 06/30/09 Data Licensing Agreement between Autonomy and VMS. |
| | | 06/30/09 Invoice from Autonomy to VMS 5599-ANA. |
| | | 01/01/01-12/31/11 Customer Activity Report Autonomy VMS. |
| | | 09/03/10 Cash Receipts History Screenshot of Checks Received from VMS. |
| | | 06/30/09 delivery email from Autonomy Manufacturing to Hittner for software, auto generated regarding technical |
| | | 12/31/02 Software License Agreement between Autonomy and VMS. |
| | | 09/23/11 email from Vaidyanathan to Ku regarding VMS bankruptcy and financial accounting issues. |
| | | 01/01/09-12/31/09 Autonomy General Ledger License Revenue Commercial ANA 400000-402000. |
| | | 01/01/09-10/31/09 Autonomy General Ledger License Revenue Commercial ANA 171100. |
| | | 06/30/09 Invoice from VMS to Autonomy 190-0000001. |
| | | 07/09 Autonomy Commercial Checking Account Statement. |
| | | 07/01/09-07/31/09 Commercial Checking Account Details Payment from VMS. |
| | | 06/30/09 Autonomy Sales Order Report to VMS. |
| | | 01/01/11-10/31/11 Autonomy General Ledger Amortization Cap Software Purchase ANA 171600. |
| | | 06/30/09 Product Schedule No.5 to Autonomy Software License Agreement with VMS. |
| | | 12/30/10 Product Schedule No.6 to Software License Agreement between Autonomy and VMS. |
| | | 01/01/10 Autonomy General Ledger license revenue. |
| | | 12/31/02 Software License Agreement between Autonomy and VMS. |
| | | 06/23/11 emails from Vaidyanathan to Chamberlain concerning synchronization of payments. |
| | | 12/31/10 email from Deo to Stoddard regarding delivery of Autonomy software. |
| | | 2009-2011 Autonomy Amortization Schedule. |
| | | 12/31/10 Invoice from Autonomy to VMS. |
| | | 12/31/10 Invoice from Autonomy to VMS. |
| | | 12/31/10 Invoice from Autonomy to VMS. |
| | | 12/31/10 First Amendment to Data Licensing Agreement between Autonomy and VMS. |
| | | 01/01/11-10/31/11 Autonomy General Ledger amortization software. |
| | | 06/30/09 Data Licensing Agreement between Autonomy and VMS. |
| | | 01/20/12 Autonomy Regular Journal Entry batch reprint. |
| | | 02/01/11-02/28/11 Autonomy Bank Statement. |
| | | 03/01/11-03/31/11 Autonomy Bank Statement. |
| | | 12/31/10 Second amendment to Software License Agreement between Autonomy and VMS. |
| | | 1/31/10 Invoice from Autonomy to VMS. |
| | | 1/31/10 Invoice from Autonomy to VMS. |
| | | 1/31/10 Invoice from Autonomy to VMS. |
| | | 1/31/10 Invoice from Autonomy to VMS. |
| | | 12/31/10 Autonomy Sales Order Report to VMS. |
| | | 11/01/10-12/31/10 Autonomy General Ledger hardware revenue. |
| | | 01/01/11-12/31/11 Autonomy Customer Activity Report VMS. |
| | | 06/12 General Ledger A/R batch cash receipts VMS. |
| | | 12/30/10 Autonomy Sales Order Report to VMS. |
| | | 02/11/11 Invoice from VMS to Autonomy. |
| | | 04/01/11 Invoice from VMS to Autonomy. |
| | | 03/20/13 Autonomy Regular Journal Entry reprint. |
| | | 02/14/11 Insight Despatch Note to Autonomy. |
| | | 03/30/11 Invoice from Insight to Autonomy. |
| | | 02/15/11 Invoice from Insight to Autonomy. |
| | | 02/17/11 Invoice from Insight to Autonomy. |
| | | 02/14/11 Invoice from Insight to Autonomy. |
| | | 02/14/11 Invoice from Insight to Autonomy. |
| | | 03/28/11 Invoice from Insight to Autonomy. |
| | | 03/30/11 Invoice from Insight to Autonomy. |
| | | 02/01/11 Invoice from Insight to Autonomy. |
| | | 12/31/11 General Purchase Request from Autonomy to VMS. |
| | | 12/31/10 emails from Eads to Chu confirming VMS order. |
| | | 12/31/10 emails from Hussain to Menell regarding PO issued to VMS. |
| | | 01/01/11 emails from Eads to Hutchinson regarding PO issued to VMS. |
| | | Q2 2011 Deferred Maintenance spreadsheet. |
| | | 11/01/10-12/31/10 Autonomy General Ledger accrued A/P. |
| | | 10/14/15 online article from the Wall Street Journal. |
| | | 11/13 Autonomy General Ledger A/R cash receipts reprint. |
| | | 09/01/12-09/30/12 Autonomy General Ledger A/P. |
| | | 02/01/12-09/30/12 Autonomy General Ledger allowance for doubtful accounts. |
| | | Q4 2010 Autonomy $100k big deals. |
| Vidient Systems | Exh. 2898 (HP-SEC-02317893 - HP-SEC-02317983);<br>Exh. 2899 (HP-SEC-02317984 - HP-SEC-02318060) | May 4, 2009 Autonomy press release regarding formation of strategic partnership between Autonomy and Vidient. |
| | | Vidient check dated 01/28/2010 to Autonomy in amount of $500,000. |
| | | 12/31/09 Email from Alex Con Hon to Vidient. |
| | | Autonomy Vidient customer report, 01/09-10-11. |
| | | Autonomy general ledger 01/2011-10/2011. |
| | | Autonomy A/P batch vendor Vidient 02/2011. |
| | | OEM agreement with Videon fully executed 12/31/2009. |
| | | OEM agreement with Videon fully executed 12/31/2009. |
| | | Autonomy sales order report Vidient. |
| | | OEM agreement with Videon partially executed 12/31/2009. |
| | | 12/31/09 Autonomy invoice to Vidient. |
| | | 01/01/10 Vidient invoice to Autonomy. |
| | | Vidient check to Autonomy, $500,000. |
| | | 02/28/10 Autonomy bank account statement. |
| | | 02/25/10 Autonomy Ledger Vidient customer. |
| | | Autonomy general ledger 11/09-12/09. |
| | | 02/25/10 Wire transfer from Vidient Systems Inc to AU for $2,125,000.00. |
| | | 10/31/11 Spreadsheet regarding Amortization of Software Purchases. |
| | | 12/31/09 G/L Transactions - License revenue. |
| | | OEM agreement with Videon fully executed 12/31/2009. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340572

Exh 2749-0030

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 10/26/10 Vidient invoice to Autonomy. |
| | | 12/29/10 Autonomy general ledger for Batch 160526. |
| | | 12/31/11 G/L Transactions - Amortization of Software Purchases. |
| | | 10/31/11 Spreadsheet regarding Q3 2011 fiancials. |
| | | Incomplete Barclays Bank statement. |
| | | Partially executed Vidient software license agreement. |
| | | 11/02/10 check to Virage from Vidient Systems for $2.1M. |
| | | 10/01/10 Sales Invoice. |
| | | 12/31/09 Email from Alex Con Hon to Vidient. |
| | | 09/30/10 G/L Transactions by Batch for A/R Batch 150364. |
| | | First amendment to Vidient and Virage (Autonomy) OEM agreement, 12/31/09. |
| | | Fully executed Vidient software distributor agreement effective 10/22/10. |
| | | 10/29/10  Autonomy General Ledger non-PO transactions for Batch 156192. |
| | | 11/30/11 Virage Comerica Bank statement. |
| | | 12/31/11 Autonomy general ledger - Amortization. |
| | | Autonomy non-purchase order batch, Vidient 10/2011. |
| | | 09/30/10 Autonomy A/R for Batch 150364. |
| | | Autonomy Vidient vendor activity report 2010-2012. |
| | | Partially executed Vidient software distributor agreement effective 10/22/10. |
| | | 10/01/10 Verity invoice to Vidient. |
| | | May 4, 2009 Autonomy press release regarding formation of strategic partnership between Autonomy and Vidient. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340573
Exh 2749-0031

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| Amulet Hotkey | Exh. 2900 (HP-SEC-02166030) | Hardware revenue and costs - GL report. |
| Bank of NY Mellon | Exh. 2901 (HP-SEC-02166030) | Hardware revenue and costs - GL report. |
| Bloomberg LP | Exh. 2902 (HP-SEC-02319622 - HP-SEC-02319631); Exh. 2903 (HP-SEC-02328212 - HP-SEC-02328267) | 09/30/09 Sales Invoice. |
| | | 09/24/09 Spreadsheet of Purchase Quotation to Bloomberg. |
| | | 09/28/09 Customer PO. |
| | | 09/28/09 Customer PO. |
| | | 09/24/09 Purchase Invoice. |
| | | 09/27/09 Purchase Invoice 3. |
| | | 09/30/09 Sales Order 259411. |
| | | 09/16/09 Spreadsheet of Supplier Quotation to Bloomberg. |
| | | 09/28/09 Purchase Invoice 2. |
| | | Customer activity report: 99328 - Bloomberg. |
| | | Posting of costs to GL: COGS: Q4 2009 570000. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between EMC and AU. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between EMC and AU. |
| | | 09/30/09 Sales Invoice. |
| | | 09/28/09 Customer PO. |
| | | 09/30/09 Sales Invoice. |
| | | 09/28/09 Customer PO. |
| | | 09/29/09 Purchase Invoice. |
| | | 09/16/09 Spreadsheet of Supplier Quotation to Bloomberg. |
| | | Customer activity report: 99328 - Bloomberg. |
| | | Posting of costs to GL: COGS: Q4 2009 570000. |
| | | Purchase Agreement: EMC Agreement. |
| | | Purchase Agreement: EMC Agreement. |
| Citicorp | Exh. 2904 (HP-SEC-02319632 - HP-SEC-02319638); Exh. 2905 (HP-SEC-02328268 - HP-SEC-02328386); Exh. 2906 (HP-SEC-02330989 - HP-SEC-02331062) | 09/30/09 Sales Invoice. |
| | | 09/21/09 Supplier Quote. |
| | | 09/30/09 Sales Order 259438. |
| | | Autonomy Quote CTRL01_00988067 Spreadsheet. |
| | | 09/30/09 Purchase Invoice, PO. |
| | | 2009-09-10 Citi Letter Agreement (emc). |
| | | Customer activity report: 99364 - Citi CAR. |
| | | Posting of cost to GL: Q4 2009 570000. |
| | | Purchase agreement: EMC Letter re ACS - 25 Sep 2009. |
| | | Purchase agreement: ACS Supplier Agreement 25 Sep 2009. |
| | | 09/30/09 Sales Invoice. |
| | | 09/24/09 Spreadsheet of Purchase Quotation to Citigroup. |
| | | 09/21/09 Supplier Quote. |
| | | 09/30/09 Sales Invoice. |
| | | 09/30/09 Customer PO. |
| | | 2009-09-10 Citi Letter Agreement (emc). |
| | | Customer activity report: 99364 - Citi CAR. |
| | | Posting of cost to GL: Q4 2009 570000. |
| | | Purchase agreement: EMC Letter re ACS - 25 Sep 2009. |
| | | Purchase agreement: ACS Supplier Agreement 25 Sep 2009. |
| | | 09/30/09 Sales Invoice. |
| | | 09/14/09 Autonomy Quote. |
| | | 09/21/09 Supplier Quote. |
| | | 09/30/09 Sales Invoice. |
| | | 09/30/09 Customer PO. |
| | | 2009-09-10 Citi Letter Agreement (emc). |
| | | Customer activity report: 99364 - Citi CAR. |
| | | Posting of cost to GL: Q4 2009 570000. |
| | | Purchase agreement: EMC Letter re ACS - 25 Sep 2009. |
| | | Purchase agreement: ACS Supplier Agreement 25 Sep 2009. |
| | | 09/30/09 Sales Invoice. |
| | | 09/21/09 Supplier Quote. |
| | | 09/30/09 Sales Order 259431. |
| | | Autonomy Quote CTRL01_00987957 Spreadsheet. |
| | | 09/30/09 , Purchase Invoice, PO. |
| | | 2009-09-10 Citi Letter Agreement (emc). |
| | | Customer activity report: 99364 - Citi CAR. |
| | | Posting of cost to GL: Q4 2009 570000. |
| | | Purchase agreement: EMC Letter re ACS - 25 Sep 2009. |
| | | Purchase agreement: ACS Supplier Agreement 25 Sep 2009. |
| | | 09/30/09 Sales Invoice. |
| | | 09/21/09 Supplier Quote. |
| | | Autonomy Quote CTRL01_00987951 Spreadsheet. |
| | | 09/30/09 Sales Order 259441. |
| | | 09/30/09 Purchase Invoice, PO. |
| | | 2009-09-10 Citi Letter Agreement (emc). |
| | | Customer activity report: 99364 - Citi CAR. |
| | | Posting of cost to GL: Q4 2009 570000. |
| | | Purchase agreement: EMC Letter re ACS - 25 Sep 2009. |
| | | Purchase agreement: ACS Supplier Agreement 25 Sep 2009. |
| Credit Suisse | Exh. 2907 (HP-SEC-02319639 - HP-SEC-02319770); Exh. 2908 (HP-SEC-02328387 - HP-SEC-02328444) | Item 20 Supplementary Documentation Bundle 2. |
| | | 09/30/09 Sales Invoice. |
| | | 09/28/09 Autonomy Quote. |
| | | 09/28/09 Customer PO. |
| | | 09/29/09 Customer Purchase Order. |
| | | Autonomy - Credit Suisse Quotes CTRL01_01002334.msg. |
| | | Remittance advice check 26203 for $3,573,315.00. |
| | | 09/28/09 Letter Agreement under Autonomy and Credit Suisse EMC Agreement. |
| | | Item 20 Supplementary Documentation Bundle. |
| | | 09/30/09 Sales Order 259395. |
| | | Remittance advice check 26094 Nov 2009. |
| | | Customer activity report: 99367 - Credit Suisse. |
| | | Posting of costs to GL: Q4 2009 570000. |
| | | Purchase Invoices: EMC#52011190601 - $51,219. |
| | | Purchase Invoices: EMC#52011190189 - $6,120. |
| | | Purchase Invoices: EMC#52011185404 - $53,480. |
| | | Purchase Invoices: EMC#52011190178 - $1,478,570. |
| | | Purchase Invoices: EMC#52011187255 - $110,160. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340574
Exh 2749-0032

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 09/15/09 Participation Agreement between EMC and AU. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between EMC and AU. |
| | | 09/30/09 Sales Invoice. |
| | | 09/28/09 Customer PO. |
| | | 09/30/09 Sales Invoice. |
| | | 09/29/09 Customer Purchase Order. |
| | | Autonomy - Credit Suisse Quotes CTRL01_01002334.msg. |
| | | 09/28/09 Letter Agreement under Autonomy and Credit Suisse EMC Agreement. |
| | | 09/28/09 Autonomy Quote. |
| | | Remittance advice check 26094 Nov 2009. |
| | | Customer activity report: 99367 - Credit Suisse. |
| | | Posting of costs to GL: Q4 2009 570000. |
| | | Purchase Invoices: EMC#52011186156-$571,086.00. |
| | | Purchase Invoices: EMC#52011185898-$63,894.00. |
| | | Purchase Invoices: EMC#52011190155-$7,140.00. |
| | | Purchase Invoices: EMC#52011190132-$1,999,519.00. |
| | | Purchase Invoices: EMC#52011186703-$63,960.00. |
| | | 09/15/09 Participation Agreement between EMC and AU. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between EMC and AU. |
| Fannie Mae | Exh. 2909 (HP-SEC-02166030) | Hardware revenue and costs - GL report. |
| | | Item 41 Supplementary Document Bundle B. |
| | | Item 41 Supplementary Document Bundle A. |
| | | 08/11/10 Dell Invoice. |
| | | Customer activity report: CAR Insight 105052. |
| | | Posting of costs to GL: Q3 2010 640800. |
| | | Posting of costs to GL: Q3 2010 570000. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 04/29/10 Autonomy Quote. |
| | | 07/06/10 Wire Transfer from AU to Dell for $3,143,835.00. |
| | | 05/14/10 Customer PO. |
| Insight | Exh. 2910 (HP-SEC-02319771 - HP-SEC-02320123); | 07/30/10 Dell Invoice. |
| | Exh. 2911 (HP-SEC-02328445 - HP-SEC-02328602); | 05/21/10 Sales Invoice. |
| | | Customer activity report: CAR Insight 105052. |
| | | Posting of costs to GL: Q2 2010 640800. |
| | | Posting of costs to GL: Q2 2010 570000. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 05/21/10 Sales Invoice. |
| | | 04/29/10 Autonomy Quote. |
| | | 06/04/10 Purchase Invoice. |
| | | Customer activity report: CAR Insight 105052. |
| | | Posting of costs to GL: Q3 2010 640800. |
| | | Posting of costs to GL: Q3 2010 570000. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 09/30/09 Sales Invoice. |
| | | 09/28/09 Customer PO. |
| | | 09/28/09 EMC Invoice. |
| | | 09/30/09 Sales Order 259445. |
| | | 12/03/09 Check from EMC to AU for $3,573,315.00. |
| | | 09/28/09 EMC Invoice. |
| | | 09/24/09 Autonomy Quote. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q4 2009 570000. |
| | | 09/15/09 Participation Agreement between EMC and AU. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between AU and EMC. |
| | | 09/24/09 Spreadsheet of Purchase Quotation to JPMC. |
| | | 09/30/09 Sales Invoice. |
| | | 09/28/09 Customer PO. |
| | | 09/29/09 Purchase Invoice. |
| | | 09/30/09 Sales Order 259239. |
| | | Remittance advice check 26094 Nov 2009. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q4 2009 570000. |
| | | 09/15/09 Participation Agreement between EMC and AU. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between AU and EMC. |
| | | 09/30/09 Sales Invoice. |
| | | 09/28/09 Customer PO. |
| | | 09/30/09 Sales Order 259234. |
| | | 09/29/09 Purchase Invoice. |
| | | 09/24/09 Spreadsheet of Purchase Quotation to JPMC. |
| | | 09/29/09 Purchase Invoice 2. |
| | | Remittance advice check 26094 Nov 2009. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q4 2009 570000. |
| | | 09/15/09 Participation Agreement between EMC and AU. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between AU and EMC. |
| | | Dell Quote 585129485 CTRL01_00079502. |
| | | Item 58 Autonomy Quote Initial CTRL01_01160955.msg. |
| | | Item 58 Autonomy Quote CTRL01_03073921.msg. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q3 2011 570000. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | CTRL01_01179480 updated quotes.msg. |
| | | POX101357613 POD Final  - CTRL0500482964. |
| | | CTRL01_01170974 initial quotes.msg. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q3 2011 570000. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 10/06/09 Customer PO. |
| | | 12/18/09 Quote 1002616155. |
| | | 12/30/09 Customer PO. |
| | | 12/30/09 EMC Invoice. |
| J.P. Morgan Chase | Exh. 2912 (HP-SEC-02320125 - HP-SEC-02320131); | 12/21/09 Sales Order 65336. |
| | Exh. 2913 (HP-SEC-02320137 - HP-SEC-02320485); | 12/30/09 EMC Invoice. |
| | Exh. 2914 (HP-SEC-02328603 – HP-SEC-02329004) | |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340575
Exh 2749-0033

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | 12/21/09 Sales Memo Invoice. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q1 2010 570000. |
| | | 09/15/09 Participation Agreement between EMC and AU. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between AU and EMC. |
| | | 04/13/11 Dell Invoice. |
| | | 03/24/11 Sales Invoice. |
| | | 03/24/11 Sales Invoice. |
| | | 03/24/11 Sales Agreement between JPMC and Autonomy. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q2 2011 570000. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 12/09/10 Invoice. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q1 2011 570000. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 09/30/09 Sales Invoice. |
| | | 09/28/09 Customer PO. |
| | | 09/28/09 Purchase invoice. |
| | | 09/30/09 Sales Order 259235. |
| | | 09/29/09 Purchase Invoice 2. |
| | | 09/24/09 Autonomy Quote. |
| | | Remittance advice check 26094 Nov 2009. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q4 2009 570000. |
| | | 09/15/09 Participation Agreement between EMC and AU. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between AU and EMC. |
| | | 03/10/11 Supplier Quote. |
| | | 03/24/11 Sales Invoice. |
| | | Item 55 Supplementary Document Bundle. |
| | | 04/12/11 Dell Invoice. |
| | | Customer activity report: 99329 JPMC. |
| | | Posting of costs to GL: Q2 2011 570000. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 12/18/09 Customer PO. |
| | | 09/30/09 Sales Order 259241. |
| | | 10/06/09 Customer Purchase Order. |
| | | 09/29/09 EMC Invoice. |
| | | 09/29/09 EMC Invoice. |
| | | 12/03/09 Check from EMC to AU for $3,573,315.00. |
| | | 09/30/09 Memo invoice. |
| | | Customer activity report: CAR 99329 JPMC. |
| | | Posting of costs to GL: Q4 2009 570000. |
| | | 09/15/09 Participation Agreement between EMC and AU. |
| | | 09/15/09 Executed Purchase & Fulfillment Agreement between AU and EMC. |
| Metro Business Systems | Exh. 2915 (HP-SEC-02320486 - HP-SEC-02320944); Exh. 2916 (HP-SEC-02329005 - HP-SEC-02329225) | 03/23/10 Autonomy Quote. |
| | | 03/23/10 Autonomy Quote. |
| | | 03/23/10 Autonomy Quote. |
| | | 03/23/10 Sales Invoice. |
| | | 04/28/10 Purchase Order. |
| | | 05/13/10 Sales Order 268788. |
| | | 01/20/10 Supplier Quote. |
| | | 03/23/10 Sales Invoice. |
| | | 03/23/10 Autonomy Quote. |
| | | 03/23/10 Autonomy Quote. |
| | | 06/10/10 Customer PO. |
| | | 06/18/10 Sales Order 269596. |
| | | 03/23/10 Sales Invoice. |
| | | 05/19/10 Purchase Invoice. |
| Morgan Stanley | Exh. 2917 (HP-SEC-02320945 – HP-SEC-02321077); Exh. 2918 (HP-SEC-02329226 – HP-SEC-02329570); Exh. 2919 (HP-SEC-02332342 – HP-SEC-02332634); Exh. 2920 (HP-SEC-02331063 – HP-SEC-02331398) | Item 17 Supplementary Documentation Bundle. |
| | | HDS Quote 5433041_0001 CTRL04_04635139. |
| | | 12/22/09 Hitachi Customer Invoice. |
| | | Customer activity report: CAR 99151_MS. |
| | | Posting of costs to GL: Q4 2009 570000. |
| | | 06/30/09 Draft Purchase of Certain Hardware and Software Agreement between Autonomy and Morgan Stanley. |
| | | 08/10/11 Autonomy Purchase Order. |
| | | 08/09/11 Hitachi Customer Quotation. |
| | | Customer activity report: CAR 99151_MS. |
| | | Posting of costs to GL: Q3 2011 570000. |
| | | 06/30/08 First Amended and Restated Digital Safe Service Agreement between Autonomy and Zantaz. |
| | | NAD0477469 POD Final pdf - CTRL050048740. |
| | | HDS Quote 6213453-1 CTRL01_03148490. |
| | | 08/10/11 Autonomy PO. |
| | | AR-M620N_20110917_175734 CTRL04_04941793. |
| | | Posting of costs to GL: Q3 2011 570000. |
| | | 06/30/09 First Amendment Under Master Hardware and Software Agreement between Autonomy and Morgan Stanley. |
| | | 01/15/11 Purchase Invoice. |
| | | 01/20/10 Quotation from Hitachi for AU. |
| | | Customer activity report: CAR 99151_MS. |
| | | Posting of costs to GL: Q1 2010 570000. |
| | | 05/08 Master Hardware and Software Agreement between Autonomy and Morgan Stanley. |
| | | 12/22/10 Sales Invoice. |
| | | Autonomy PO JS-6116100 CTRL02_01656441. |
| | | 12/22/10 Sales Invoice. |
| | | HDS quote 6116100-3 CTRL04_04820887. |
| | | 02/25/10 Purchase Invoice. |
| | | 12/22/10 Customer PO. |
| | | Customer activity report: CAR 99151_MS. |
| | | Posting of costs to GL: Q1 2011 570000. |
| | | 06/30/09 Master Purchase Agreement between Autonomy and Morgan Stanley. |
| | | 12/22/09 Hitachi Customer Invoice. |
| | | 01/26/10 Check from Morgan Stanley to AU for $5,133,248.00. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340576
Exh 2749-0034

| Deal/Transaction | Trial Exhibit No. (Bates Range) | Document Description |
|---|---|---|
| | | Customer activity report: CAR 99151_MS. |
| | | Posting of costs to GL: Q4 2009 570000. |
| | | 06/30/08 Schedule Two to Master Hardware and Software Trial Agreement between Autonomy and Morgan Stanley. |
| | | Customer activity report: CAR 99151_MS. |
| | | Posting of costs to GL: Q1 2011 570000. |
| | | 06/21/2001 Digital Safe Agreement between Zantaz and Morgan Stanley. |
| SHI International Corp | Exh. 2921 (HP-SEC-02320133 - HP-SEC-02320136);<br>Exh. 2922-0001-1210 (HP-SEC-02321078 - HP-SEC-02322287);<br>Exh. 2922-1211-1925 (HP-SEC-02322288 - HP-SEC-02323002);<br>Exh. 2922-1926-1946 (HP-SEC-02323003 - HP-SEC-02323023);<br>Exh. 2923-0001-0432 (HP-SEC-02329571 - HP-SEC-02330002);<br>Exh. 2923-0433-0663 (HP-SEC-02330003 - HP-SEC-02330233);<br>Exh. 2924 (HP-SEC-02331399 - HP-SEC-02331530);<br>Exh. 2925 (HP-SEC-02331789 - HP-SEC-02331943) | 03/26/10 Autonomy Quote. |
| | | 03/25/10 Supplier Quote. |
| | | 04/20/10 Dell Invoice. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 04/15/10 SHI PO Sales Order Final. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 03/05/10 Autonomy Quote. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 04/25/10 Dell Invoice. |
| | | 03/01/10 Supplier Quote. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 02/04/11 Purchase Invoice. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 03/25/10 SHI PO Sales Order Final. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 04/09/12 Dell Invoice. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 07/24/11 Purchase Invoice. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 03/25/10 SHI PO Sales Order Final. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 03/26/10 Autonomy Quote. |
| | | 05/17/10 Dell Invoice. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 03/25/10 Supplier Quote. |
| | | 03/25/10 Autonomy Quote. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 08/04/11 Sales Invoice. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | Autonomy Quote CTRL01_01356458 Spreadsheet. |
| | | 05/17/10 Dell Invoice. |
| | | 03/01/10 Supplier Quote. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| Zones Inc | Exh. 2926 (HP-SEC-02331531 - HP-SEC-02331788) | 11/18/2010 Autonomy Quote: Spreadsheet. |
| | | 12/19/2010 Dell invoice. |
| | | 11/17/2010 Dell Quotation. |
| | | Zones Dell Letter Agreement 7 July 2010 - Signed. |
| | | Customer activity report: CAR Zones Inc 105226. |
| | | Posting of cost to GL: Q1 2011 570000. |
| | | 12/22/09 Purchase Agreement between Autonomy and Dell. |
| | | 07/23/2010 Purchase Order Under Marketing Promotion Program. |
| | | 08/02/2010 Dell invoice. |
| | | Air Ground Shipment Record for WayBill 400027574. |
| | | Signed Zones Dell Letter Agreement 7 July 2010. |
| | | 08/04/2010 Dell invoice. |
| | | Customer activity report: CAR Zones Inc 105226. |
| | | Posting of cost to GL: Q3 2010 640800. |
| | | Posting of cost to GL: Q3 2010 570000. |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-02340577
Exh 2749-0035

# TRIAL EXHIBIT 1352





# Autonomy Corporation plc

## Annual Report and Accounts
For the year ended 31 December 2010

Registered Number: 03175909

US-PWC 00000062
Exh 1352-0001

## *Performance at a Glance*



## Financial Highlights

**Revenue ($m)**
## $870 million
+18% growth

**Profit from Ops. (adj.) ($m)**
## $377 million
+14% growth

**Cash Generated from Ops. (adj.) ($m)**
## $363 million
+27% growth

**Diluted EPS (adj. IFRS)**
## $1.20
+24% growth

## 2010 Highlights

### Financial Highlights

‣ Record revenues of $870 million, up 18%
‣ Strong growth in core IDOL business
‣ IDOL OEM growth of 32%
‣ Strong growth in IDOL Cloud revenues
‣ Increasing contracts reflected in our "commit" number
‣ 17% organic growth in core business (2009: 22%)
‣ Rise in deferred revenue during year
‣ Operating margins (adj.) in Q4 return to 45%
‣ Diluted EPS (adj. IFRS) at $1.20 up 24% from 2009 (IFRS: $0.89, up 12%)
‣ Cash conversion at 87%, up significantly from 80% in 2009
‣ Strong investment in business with R&D up 16% from 2009
‣ Positive cash flow generated by operations of $363 million (2009: $287 million), up 27%
‣ Gross cash of $1.1 billion at year end

### Recent Operating Highlights

‣ 94 seven figure deals, up 42% from 2009
‣ New standardisation agreements cementing IDOL as core platform for processing unstructured information
‣ 57% of 2010 sales from existing customers, extending investment in IDOL
‣ 42 new and extended OEM relationships
‣ Strong growth in IDOL Cloud business, increasing the level of recurring revenue and securing lifetime customer relationships
‣ Average selling price for 2010 at $790,000
‣ Rated number one across multiple industry analyst reports and segments, including in Gartner's eDiscovery market report, Gartner's 2010 Magic Quadrant for Web Content Management; and the Forrester Wave 2010 for Online Testing

For a discussion of adjusted results please see page 14.

US-PWC 00000063
Exh 1352-0002

# What We Do: Autonomy makes technology which allows computers to understand information that is still in human-friendly form, like emails, web pages and documents.  Autonomy allows computers to process this information automatically, instead of relying on a human being.  This technology is useful in almost every industry and software sector.  As a result, Autonomy is a rare example of a pure horizontally applicable technology company.  We make technology for use by others, and thus generate high gross and operating margins on behalf of shareholders.

## Table of Contents

### Executive Summary

| | |
|---|---|
| i | Performance at a Glance |
| 1 | What We Do |
| 1 | Table of Contents |
| 2 | Chairman's Statement |
| 4 | Chief Executive's Review |

### Business Overview

| | |
|---|---|
| 8 | An Introduction to Autonomy |
| 8 | Autonomy's Vision |
| 9 | Meaning Based Computing |
| 9 | Use Cases |
| 10 | Customers |
| 10 | OEMs |
| 11 | Research & Development |
| 11 | Autonomy's Technology |
| 11 | Autonomy's Products |
| 12 | Business Model |
| 13 | Financial Model |
| 13 | Market Opportunity |
| 13 | Offices |

### Performance

| | |
|---|---|
| 14 | 2010 compared to 2009 |
| 15 | Operating Results |
| 17 | Balance Sheet Items |
| 18 | Liquidity and Capital Resources |
| 18 | Key Risks and Uncertainties |
| 20 | Key Performance Indicators |

### Governance

| | |
|---|---|
| 21 | Corporate Responsibility |
| 24 | Directors and Senior Management |
| 26 | Directors' Report |
| 28 | Corporate Governance Report |
| 35 | Remuneration Report |

### Financials

| | |
|---|---|
| 42 | Table of Contents |
| 43 | Statement of Directors' Responsibilities |
| 44 | Independent Auditor's Report |
| 45 | Consolidated Financial Statements and Notes thereto |
| 78 | Company Only Financial Statements and Notes thereto |

### Additional Information

| | |
|---|---|
| 86 | Principal Group Companies |
| 86 | Registrars and Transfer Office |
| 86 | Stock Exchanges |
| 86 | Shareholder Communications |
| 87 | Advisors |
| 88 | Forward-Looking Statements |

US-PWC 00000064
Exh 1352-0003

# *Chairman's Statement*

"Autonomy's growth this year is measured against good growth last year, and the year before, and so on.  Not many software companies have been so fortunate.  Investing fashions come and go, but more customers buy more of Autonomy's software for more money every year."



"Autonomy has a suite of products which are all based on its Intelligent Data Operating Layer (IDOL).  This is a series of algorithms, patented and unique, which power the information systems of more than 20,000 customers all over the world.

Although 2010 was a volatile year for many countries, economies and companies, sales of Autonomy's IDOL continued to grow steadily, as they have done every year since just after the millennium and virtually every year since its founding in 1996.

For Autonomy, growth this year is measured against good growth last year, and the year before, and so on.  Not many software companies have been so fortunate.  Investing fashions come and go, and investor interest in the characteristics of the ever-changing world of software development ebbs and flows, but more customers buy more of Autonomy's software for more money every year.

In last year's Annual Report I previewed some Board changes which have now been made.  It is appropriate moment to thank the retiring directors Richard Perle and Barry Ariko for the immense contribution each of them made during their years with the company.  It is time too to welcome Professor Frank Kelly, Master of Christ's College Cambridge, to the Board and to the Chairmanship of the Remuneration Committee, and Jonathan Bloomer, who chairs the Audit Committee.  We are seeking one more Non Executive Director whose appointment we hope to announce in due course.

The success of Autonomy over the last few years is plain to see.  Although it has, I believe, one of the lowest paid management teams in the FTSE 100, it has over the last six years delivered nearly 800% share price improvement to its shareholders.  At the same time I believe Autonomy is well positioned to continue to deliver similar growth in the business as it not only consolidates its existing areas of application but also extends the power of IDOL into new areas of human activity.  New areas for Autonomy during 2010 included its first efforts in the massive and expanding healthcare market.

There are new exciting developments to come in 2011 from our extensive research facilities both in Cambridge and in the USA, on which we spend over $135 million a year.  Many of these current developments are discussed in this Annual Report which, as each year passes, continues to expand in narrative and detail showing how Autonomy measures and manages this growth.  More information on Autonomy still is to be found not only in the weighty descriptive books which separately describe the Protect, Promote and Power usage cases of IDOL (about which you'll read more in this Report) but also on the company's website, which includes an interactive question and answer forum, and of course in the regular financial reporting.

2011 should see a continuation of this trend of research, growth and profit.  Although Autonomy makes big acquisitions only rarely (there have been only three in its 15-year history) it currently has over $1 billion in the bank and is well placed to transact.  It will only do this if the right opportunity comes along.

US-PWC 00000065

Exh 1352-0004

# *Chairman's Statement*

That right opportunity is likely to be one which allows Autonomy to build on the proven core competency of IDOL, at the heart of all Autonomy's business, whether through direct purchase, leasing or licensing from Autonomy's own fast-growing private cloud.

A year ago my comments focussed on the strong performance by the company during 2009, rather than on the unprecedented economic downturn following the global financial crisis. This perspective is critical to understanding Autonomy's relative performance during 2010 and our optimism for the future. Autonomy correctly positioned for crisis. When others were just beginning to shake off the dust of disaster, Autonomy was repositioning for smoother sailing having entered the harbour safely.

*"But then Autonomy is no ordinary company. The software developer is one of the few UK technology companies to have turned its world-leading technology into a world-leading business." – The Times, Oct. 2009*

Autonomy's business remains essentially simple: to continue to provide world-leading technology that takes advantage of the fundamental shift from structured to unstructured information. Because of this simple focus, Autonomy continues to operate profitably and efficiently. This has lead to a cash balance which well positions the company for the corporate-level activities and investment we as a Board and you as shareholders expect it to undertake prudently, the same activities that have contributed to that return on investment in shares over the past decade.

Innovation in the ways in which our technology gets to market, and expansion into other sectors, can continue to make important contributions to our societies. This kind of innovation is important both for the wider benefits it brings and because it broadens and enhances the base on which our business is built.

What we are today, and what we can become tomorrow, flows directly from the skills, dedication and attitude of our people. Having spent significant time at Autonomy offices around the world during the year, I can report that the strength in Autonomy's staff and all levels of management is a hidden competitive advantage. The various teams are composed of leaders who have enabled the accomplishments to date and are dedicated to the company's future. I thank them all unreservedly for their resilience, commitment and contribution.

2011 will be another exciting year. We hope to build on the progress that the company has made during the year, with established market leadership and world-beating products coupled with renewed positioning and an energized team.

Thus I finish on an optimistic note. Autonomy has cash in the bank, skills and motivation in the workforce, great products in production and more in the laboratories. We look forward to seeing some of them rolled out in the coming year. For the present, it remains only to thank our shareholders, our employees and our customers for their continued confidence in, and study of, the company."

Robert S. Webb QC
Chairman
22 February 2011

---

## AWARDS

We are delighted to have received a number of high-profile awards during 2010. These recognise our achievements as a business and the strength of the technology we provide and how it is delivered. Here are a selection from 2010:

**#1 IN SEARCH AND DISCOVERY MARKET**

IDC reported Autonomy owned the largest revenue share in the worldwide search and discovery market

**MOST ADMIRED COMPANY**

Winner in the Software and Computer Services Sector of Management Today's Britain's Most Admired Companies awards for the second year running

**'GREATEST MARKET POTENTIAL' AND 'BEST NEW TECHNOLOGY' AWARDS**

Autonomy Meaning Based Healthcare lauded by 2010 Healthcare IT Summit Innovation Awards Companies awards

**WINNER OF PRESTIGIOUS QUEEN'S AWARDS FOR ENTERPRISE**

Awarded Queen's Awards for Enterprise, the most prestigious UK business awards, in the International Trade category

**EDISCOVERY PLATFORM RECEIVED TOP HONORS**

Law Technology News magazine recognized Autonomy with six awards

**BLOOMBERG BUSINESSWEEK HOT TECH 50 RANKING**

Global top technology companies based on sales and employee growth, return on investment capital and stock returns

US-PWC 00000066
Exh 1352-0005

# *Chief Executive's Review*

"Recall that Autonomy's fundamental and unique meaning-based technology allows computers to make sense of human friendly information such as emails, phone calls and video rather than the traditional database information that we have had to make do with.  This year we have seen customers choose new routes to exploiting this information, with Autonomy becoming one of the leading players in cloud computing as our customers have transitioned to the private cloud model faster than expected, which is a longer-term but more valuable annuity stream."



**Dear Autonomy Investor,**

"2010 was a year of transition for us.  During the year Autonomy's technology and its ability to extract meaning from human friendly information has spearheaded the Meaning Based Computing movement forward with new applications of the technology and mission critical usages by our customers.  Human-friendly information and the need to process it has continued to grow rapidly with applications in customer interaction, legal, regulatory and, as a result of new smart phone technology, mobile leading the way.

As in years past, I take great pleasure in presenting to you these results from a remarkable year during which your company has reached new heights.

Born from the work of researchers at Cambridge University, through today with more than 20,000 customers across seven continents using Autonomy's meaning-based technology, the company has gone from strength to strength.  Recall that Autonomy's fundamental and unique meaning based technology allows computers to make sense of human friendly information such as emails, phone calls and video rather than the traditional database information that we have had to make do with up to now.  Human-friendly information is growing rapidly at a combined rate of 63% per year.

Today, Autonomy is firmly established as the leading provider of Pan-Enterprise Search and Meaning Based Computing (MBC) solutions.  Autonomy's unique Intelligent Data Operating Layer (IDOL) platform enables organisations to harness the full richness of human information by extracting meaning from the mass of unstructured information they handle every day, which analysts estimate to constitute over 80% of all enterprise data.  This includes email, web pages, social media, blogs, instant messaging, documents, audio and video files.  It does this by automatically extracting the concepts within information, making it visible, understood and actionable, without the need for human intervention.

Over the last six years, Autonomy has been one of the best performing software companies in the world, despite the turbulent economy.  During that time we have seen a six year adjusted EPS CAGR of 65% and Autonomy has grown to become one of Europe's largest software companies.

## 2010 and Into the Future

This year we have seen Autonomy become one of the leading players in cloud computing as our customers, who can choose to take up our core functionality by traditional product, IDOL OEM or IDOL Cloud offering, have transitioned to the private cloud model faster than expected.  This trend can be seen in the unexpected rise in our 'commit' metric (contracts entered into by the customer with an expected minimum spend).  The IDOL OEM and IDOL Cloud routes are highly attractive to us as they turn one-off sales into multi-year committed annuity streams, and these new fast-growing routes are becoming the dominant usage models for our technology.  However there is a short-term effect of suppressing growth rates as those one-off sales which were recognised immediately are replaced by longer-term but more valuable annuity streams.

US-PWC 00000067

Exh 1352-0006

# Chief Executive's Review

One of the things about managing a technology company is it's often unwise to call the exact transitions which are going to happen in advance. Autonomy's approach is to hedge the transition, thus we've allowed our customers to buy our IDOL technology either as product, or as a cloud subscription model, or as OEM.

Autonomy continues to be chosen to handle the world's most complex legal cases and regulatory issues, for both corporates and regulators, including the largest lawsuits in the world such as BP and, as reported by industry analysts, has continued to gain market share in areas such as legal and archiving.

The year saw strong investment in the future of the business with the opening of new offices in places like Latin America, increased R&D spend and investment in the infrastructure for this cloud capability with Autonomy now handling over 17 petabytes of critical customer information in the cloud.  Whilst we continue to provide our core IDOL technology in whichever model the customer chooses, we are delighted with the transition to the cloud, and expect to reap the benefits of these cumulative subscription revenues in years to come.

We've also seen very strong growth in IDOL OEM, which is now seeing IDOL used by most major software companies across almost all sectors of the software industry.  This growth is not only coming from the number of new products coming to market, products signed up around two years ago that are now coming to market, but we've continued to sign up more customers and products.  One must remember though that there can be some seasonality in IDOL OEM sales as they are predicated on the rest of the software industry sales, and the period over which those vendors report their sales to us.

As discussed more below, our technology has multiple use cases which we discuss in areas we call Power, Protect and Promote.  During 2010 we've seen further consolidated leadership in the Power area with a series of standardization agreements across all sectors, and we also saw some of our competitors actually withdraw from our market.  In the Protect area we're seeing no slowdown in demand; more and more regulations are arriving every day.  We see this as the beginning of changes to the regulatory environment, not an end.  In the Promote area we're seeing good, solid penetration of that market, with new technologies, including Autonomy's largest Promote deal in its history.

Unlike most others in the sector, Autonomy's business performed well during the downturn resulting in Autonomy reporting growth on growth unlike others who are now seeing growth as a return to normal levels. Autonomy in 2010 continued to perform well, particularly in light of these tougher comparative periods due to our strong growth in 2009 and the transition to longer-term value revenue models.

In 2010 we saw transitions in the business and significant investments for which we expect to reap the rewards in coming years.  We also saw in Q3 2010 volatility in customer assessment of the macro environment, which now seems to have reduced.

Our growth and expansion has always been driven by the goal of establishing Autonomy as the key infrastructure for the automated handling of all forms of unstructured information such as text, audio and video. Following this unwavering goal we have achieved sales success and proven our profitable business model, and have created a special software company which is leading the market.

## Drivers

It is worth spending some time discussing the purchasing drivers for our products.

The fundamental overarching driver is the move to unstructured information.  If you think about it, the amount of human-friendly information, such as prose, emails, phone calls or video, is exploding.  In fact, we all carry around little unstructured information computers in our pockets now in the form of smartphones such as the iPhone.  The amount of information is not only going up, but more and more business processes are being done using unstructured information, and so the need to automatically process that information is becoming more and more fundamental.

The choices about how to process this information are relatively simple: you either use Autonomy to automate the process, or use human beings to process a manual task.  With this in mind, there's not much alternative than to use more and more technology going forward.

To understand how this transition might play out, it is helpful to look back to the rise of the relational database market and how that developed.  Phase I was where people were buying the benefit of an application built on a database, but they didn't really understand that the differentiator between applications was the underlying database.  Phase II was when people in the market realized that there was actually such a thing as the relational database and that the selection of the database was a key decision as all of these apparently different problems were in fact linked by the same ability. Phase III was the maturity of the market.

Industry analysts now consider that we are towards the end of Phase I of this emerging market, perhaps beginning Phase II, and that's a period of good growth and understanding.  Autonomy sees this position reflected in the number of standardization deals where companies are realizing that this is something that they have to adopt across all areas of corporate IT.

## Financial Highlights

In 2010 we again produced record results in every area, which enabled us to grow and invest.  In 2010, all key financial metrics again rose from our previous records in 2009.  2010 financial achievements included:

- Record full year revenues of $870 million, up 18% from 2009
- Strong growth in core IDOL business; IDOL OEM growth of 32%; strong growth in IDOL Cloud revenues
- Increasing contracts reflected in our "commit" number
- Full year organic growth in core business of 17% (2009: 22%)
- Rise in deferred revenue during the year
- Operating margins (adj.) in Q4 within target range of 45%
- Full year diluted EPS (adj. IFRS) at $1.20 up 24% from 2009 (IFRS: $0.89, up 12%)
- Cash conversion for 2010 at 87%, up significantly from 80% in 2009
- Strong investment in business with R&D up 16% from 2009
- Positive cash flow generated by ops. of $363 million (2009: $287 million), up 27%
- Gross cash of $1.1 billion at year end

Once again, 2010 saw an unprecedented number of multi-million dollar contracts (94 deals) and continued year-on-year growth (up 42%), and some of the largest deals in the company's history.

US-PWC 00000068

Exh 1352-0007

# Chief Executive's Review

## R&D and Products

Our strong R&D investment, including an increase in R&D spend in 2010 of 16%, continues to bear fruit.

In 2010 Autonomy introduced the power of Meaning Based Computing to the last of the major knowledge professions to benefit from widespread use of electronic formats: Healthcare. Drawing on world-leading medical expertise, the Auminence solution seeks to improve the reliability of clinical diagnoses and minimize information risks for healthcare providers. As the year drew to a close we were delighted to have already sealed our first major licence agreements for this revolutionary new product.

Other developments of Autonomy's industry-leading IDOL technology during 2010 included:

‣ World's first Meaning Based multi-channel customer interaction analytics application;
‣ Unique integrated web content management, search, optimization and rich media on a single platform;
‣ Industry's first Social Media Governance platform, protecting organisations across all social media channels;
‣ Industry's first Meaning Based risk management platform for law firms; and
‣ Meaning Based coding for eDiscovery.

## Sales and Customers

2010 brought continued enterprise-wide adoption and broader understanding of the Meaning Based Computing approach, with sustained demand from customers despite the wider economic turmoil. The fundamental shift to unstructured information continues apace, and there is growing recognition that automation and processing are the only viable business strategies. During the year, the three distinct and compelling drivers for our business discussed above became evident as customers deployed Autonomy's technology across applications to protect, promote and power the enterprise.

> *"Our initial goal was to get a 25% increase in email conversions. Instead, Autonomy reported a 73% improvement compared with the beginning of the year." - LexisNexis*

While many enterprise software vendors suffered from the deteriorating macroeconomic environment, Autonomy's strong financial performance demonstrated the benefits of our unique software-driven business model. This was also a year of investment as we laid the ground for major new IDOL-based products and began to equip the company for the sustained upturn to the global economy.



We saw growth across the globe during the year, in virtually every geographic and vertical market we serve. We continue to win marquee customers in emerging economies across Asia, Eastern Europe and Latin America.

As expected, the adoption of our technology for "Protect" usages continued strongly throughout the year with a whole series of new regulations coming into effect which is driving our business. We are still seeing very large deals in this area and expect this to continue for the foreseeable future across most industry sectors. We have also seen strong take-up of our technology for "Promote" usages, with customers such as Allstate, AT&T, Belgacom, Blackrock, BNP Paribas, Canadian Broadcasting Corporation, Euronews, Health Care Services Corporation, Safeway and Verizon during

the year. Our multi-channel offerings including optimisation and real-time analytics have proven extremely attractive, leading to the company's largest ever deal in this area. At the close of the year, Autonomy was pleased to count virtually the entire Fortune 1000 group of companies as customers.

The business value of Autonomy's infrastructure technology and its demonstrable ROI are ultimately borne out by our average selling price for meaning-based technologies, which remained stable throughout 2010 at approximately $790,000.

## Market Position and Penetration

Autonomy's market leadership position strengthened during 2010. We saw a continuation of the "chaining" effect as customers deploy IDOL across functional areas that have traditionally been isolated and served by different software vendors. Ultimately this leads to a growing number of enterprise-wide standardisation customers. Competition during the year also became slightly more benign with major players pulling out of our market.

Amongst industry analysts we elevated our positions, being rated number one across multiple industry analyst reports and segments, including IDC's Worldwide Search and Discovery Software 2010-2014 forecast, and the Forrester Wave 2010 for Online Testing. Other accolades included:

‣ Rated by IDC as fastest-growing archiving software company and the leading provider of search and discovery software;
‣ Rated "Strong Positive" in Gartner's eDiscovery market report;
‣ Positioned as leader in Gartner's 2010 Magic Quadrant for Web Content Management; and
‣ Achieved the highest score in the Forrester Wave 2010 for Online Testing, based on current offering, product strategy, corporate strategy and market presence.

Other industry awards during 2010 included:

‣ Received Her Majesty The Queen's Award for Enterprise in the category of continuous achievement in international trade;
‣ Received top honours at the sixth annual law technology news awards for our end-to-end eDiscovery platform; and
‣ Sushovan Hussain, CFO, was presented with FTSE 100 Finance Director of the Year Award at the FD's Excellence Awards supported by the CBI.

## Acquisitions

Autonomy is one of the least acquisitive players in the software universe and has only made three major acquisitions (Verity in 2005; ZANTAZ in 2007; and Interwoven in 2009) in its fifteen year history. Each was in pursuit of a clear strategic goal: to make the IDOL platform the universal standard for processing unstructured information, just as the database is the universal standard for structured information. With these strategic acquisitions we have accelerated the adoption of Autonomy's technology in specific markets, and linked together disparate end-markets, for example, combining call centres with web interaction to give a 360 degree view of the customer.

It is not part of Autonomy's strategy to acquire vertical applications or businesses that are founded on a professional services engagement model. This makes traditional software style acquisitions difficult to do, because Autonomy sells a horizontal platform, and wants to retain a pure high margin software business model. Given the focus on broadening the adoption of IDOL technology only acquisitions that would clearly further this goal are considered. It is crucial to understand how this has driven Autonomy's strategy to date.

US-PWC 00000069

Exh 1352-0008

# *Chief Executive's Review*

In this area, Autonomy has a track record of success, these being some facts of note:

▸ Three strategic acquisitions in company history with net aggregate value of $1.3 billion, representing approximately 20% of current market capitalisation;
▸ Combined annual profits of acquired companies at the time of acquisition was approximately $43 million, representing less than 12% of Autonomy's 2010 profits;
▸ The average share price return for Autonomy's shares from the three major transaction announcements to 12 months post-closure is 44%;
▸ Revenue and cost synergies have lead to average EPS accretion of more than 65% after 12 months;
▸ Accelerated growth in acquired businesses; and
▸ Companies fully integrated within two quarters following closure.

Whilst it was our hope and expectation that we would be able to announce a strategic acquisition in 2010, uncertainty is the very nature of these transactions. The Directors continue to take a prudent view towards acquisitions and will only undertake transactions when they meet the company's needs.

2010 saw two small transactions with the acquisition of the assets of CA Technologies' Information Governance business, further strengthening Autonomy's leadership position in Meaning Based Governance, and the acquisition of MircoLink LLC, intended to accelerate the adoption of Autonomy technology in U.S. state and federal government accounts. Neither transaction was expected to have a material impact on Autonomy's prospects or results, neither on revenue nor profits, nor (save for the payment of the cash consideration) on cash or cash flows of the group.

## Shareholder Return

Whilst it is not my place to comment on the company's share price, I note that Autonomy has consistently outperformed indices and peers to build long-term shareholder value. Our performance during the past eight years, whilst retaining one of the most dedicated and modestly compensated management teams, has delivered significant returns for shareholders. Autonomy will continue to make fundamental decisions on the basis of long-term shareholder return rather than in reaction to short-term issues.

*"Autonomy has risen from nothing to a multi-billion pound business in a little more than ten years, and is widely acknowledged as being the definitive knowledge economy company." – Daily Telegraph, September 2009*

## Operations

As has always been the case throughout Autonomy's development, we continually promote or bring in new talent based on changes in the markets or the evolution of the size and scale of the organisation. This is an ongoing process always subject to adjustment. In this regards during the year we increased management breadth with the appointment and promotion of senior management across all areas of the business, including a new head of Latin American sales, and some key new hires in areas like professional services, as well as broadening out the next layer of

management down. We've made some key promotions internally in the areas of partner management, including a new layer of subject matter experts on the marketing side. We also massively expanded our data centre capacity and opened new offices in emerging markets such as Brazil and India, with additional investment expected in 2011.

We've also continued to reorganise our partner managers around the three usage cases of technology of Power, Protect and Promote. Areas like sales and marketing are becoming aligned to support these use case drivers as a business.

During 2010 we welcomed two new highly-skilled individuals to the Board as Non-Executive Directors. Jonathan Bloomer, our new permanent chair of the Audit Committee, brings extensive financial and management expertise. Professor Frank Kelly brings an academic background to contribute to the extension of Autonomy's world-leading technology.

## Trends

Last year I reported that we saw our strongest growth in the new models of the software industry such as OEM and cloud computing. During the course of 2010 we saw the balance of our business shift towards IDOL Cloud and IDOL OEM being the key drivers of our business.

During the year our constituencies began to understand how these models differ from traditional software businesses, and we saw the expected momentum in these areas.

We believe the growth rates seen across our business lines in Q4 2010 projected forward provide a solid baseline on top of which our current record pipeline and "commit" imply that current market expectations are conservative.

As in 2009, global events such as the Gulf oil spill laid bare the fundamental change of the IT world to the usage of unstructured information, the very essence of what drives Autonomy. The net result is the continuing convergence of legal and operational information systems and the continued understanding of the need to manage based on "meaning".

We began 2011 with the strongest Meaning Based Computing portfolio in the industry and an ever-expanding understanding in the market of the challenges associated with unstructured information. With our unmatched product portfolio, scale and vision, we look forward to the challenges to be presented in 2011 regardless of the environment.

I take this opportunity to thank once again our customers, shareholders, employees and partners for their continued support."

*[signature]*

Dr. Michael R. Lynch
Chief Executive Officer and Co-Founder
22 February 2011

US-PWC 00000070
Exh 1352-0009

# Business Overview

This section explains how Autonomy operates, including our vision, the nature of our IDOL technology, a description of our customer base, through to our markets and business model.



## An Introduction to Autonomy

Founded in 1996 with a unique combination of technologies borne out of research at Cambridge University, Autonomy has experienced a meteoric rise. The company currently has a market capitalization in the range of $6 billion, is one of the three largest software companies in Europe and has offices worldwide. Autonomy is a global leader in infrastructure software for the enterprise that helps organisations to derive meaning and value from their business information whether unstructured, semi-structured or structured, as well as mitigate the risks associated with those same assets.

Autonomy's position as the market leader is widely recognized by leading industry analysts including Gartner, Forrester Research, IDC and Ovum.

## Autonomy's Vision

Think back to the late 1960s when computers first started to be used for business. At that time computers were far too basic to understand the rich forms of information that human beings exchange every day. So the



solution was to take human friendly information and distil it into a much simpler form – the rows and columns of a database. So if a person lives at "3 Acacia Avenue" that information is entered into the particular row and column of the database that is for the first line of the address. The information is structured so that its position tells the computer what it means. So the computer could then identify, for example, that column three, row four was the amount of inventory in the warehouse, and when that number went close to zero it could automatically issue a

purchase order to replenish the warehouse. It had automated a business process, and replaced a human being who would have had to do the job manually.

This was the birth of the modern IT industry. Today, behind every piece of enterprise software there is a database. It might be software to administer a hospital or a customer-handling system – all have a database at their core, and then usually a tailored interface to make different operations possible depending on the use case.

But what if computers could actually understand information in its rich, unstructured form, and automatically do useful things with it?

Autonomy's vision is to enable computers to be able to process human friendly, unstructured information such as emails, voice messages and videos, based on its meaning. So the computer can watch emails being sent within a bank and identify those that mean there is a compliance problem. Or listen to calls in a contact centre and identify a number of calls all about the same product issue, perhaps an exploding battery, and alert a supervisor. Autonomy does for unstructured information what the database is capable of doing for structured information.

The fundamental idea is simple: computers should map to our human world and solve our problems, rather than the other way around. This is the biggest change in the IT industry to date, because it is the first real change to the "I" – the information, unlike the many recent changes to the "T" – the technology, such as the shift to the client server model, or cloud computing. As a result, Autonomy's technology is applicable to every area of IT, and is consistently rated the leader across analyst reports in many areas of software from enterprise search to eDiscovery, and through our OEMs even in areas where Autonomy does not itself compete, such as content leak prevention.

US-PWC 00000071
Exh 1352-0010

# Business Overview

What this demonstrates is the power of Meaning Based Computing ("MBC") to disrupt and transform every existing area of software as unstructured information comes to the fore. No other technology has this breadth of applicability and this first rate recognition by analysts.

## Meaning Based Computing (MBC)

When computers "understand" information, they can start to process it automatically and begin to bring information to the user rather than the other way round. For example, by forming an understanding, computers can automatically create organise, alert users to new and relevant information in real-time or automatically profile an individual's interests based on what they read and write, offering them information without the need to search, or introductions to experts and similar people. Autonomy's technology is able to cluster information, identifying themes or conceptually similar information. In addition, using this approach it is possible to detect irregularities in everyday scenes for security purposes, identify well-known speakers in broadcast media and analyze conversations to detect positive or negative sentiment. The possibilities are virtually limitless.

MBC addresses the full range of information challenges and consequently forms the central requirement of major enterprise deployments all over the world. Industry Analysts estimate that only around 20% of enterprise information is of the structured type that is held in a database. The remaining 80% is in human friendly forms such as email, telephone conversations and video, which cannot easily be put into a database. If you reflect on your working day, and consider the number of times you interact with structured data, such as a list of customers, or sales data, and the number of times you send an email or pick up the phone, you will find this to be right intuitively.

## Use Cases – The Power of the Three "Ps"

How do customers use Autonomy's technology? We go to market with our technology loosely organised for marketing purposes into three different "use cases": the need to Power, Protect and Promote the enterprise. Over time we would expect these to collapse into a single driver, but at present they should be thought of as separate.

*Power* - Power is traditionally our core business and is the critical infrastructure that enables any type of organisation to manage and process all of its data, independently of where it is stored or created (structured, unstructured and semi-structured). This shift is on a 15 year cycle, and we expect the other two pillars of growth eventually to be subsumed into this category, as CIOs realise that there is a fundamental challenge behind all their information infrastructure:   the need to process information automatically.

*Protect* - Following the 2006 amendments to the U.S. Federal Rules of Civil Procedure (FRCP) organisations are required to make all relevant Electronically Stored Information (ESI) accessible to the courts as part of legal proceedings within a period of 99 days. The sanctions for failure to comply include crippling fines and incarceration for executives. This has incredibly far reaching consequences for organisations that formerly relied on manual discovery processes, which took years to complete. Following the FRCP, around fifty new regulations have been proposed in an attempt to tighten up credit markets and promote sound corporate governance. Recent and upcoming changes in the regulatory environment affect all industry sectors, not just financial services, with the attendant need for the legal system to adapt to the modern age at the very beginning of its cycle, not the end



*Promote* - Promote is focused around our Meaning Based Marketing (MBM) solutions suite. Much of the retail value chain that has disappeared from the high street is likely to come back online, as organisations look to extend their cost savings and switch to more efficient business models following the economic downturn. Consequently, this area will benefit from the increase in spend as organisations leverage their on-line business model.

The following graphic illustrates some of the market drivers behind each of these use cases, some of the sample applications of the technology and sample customers:







US-PWC 00000072

Exh 1352-0011

# Business Overview

## Customers

An extensive range of blue chip customers and public sector agencies from around the world use Autonomy's horizontal technology, relying on multiple elements of our core IDOL technology for use across their global platforms.

**Media organisations** such as ITN, MTV, Bloomberg, CNN, Reuters, HBO, Forbes, the Press Association and France 2 use Autonomy's award-winning technology to reduce production costs, keep journalists abreast of new developments, publish and deliver large amounts of rich media content, archive disparate sources of content for reuse or sale, drive traffic acquisition, provide browsers with a first-class user experience, and increase advertising revenue.

**eCommerce providers** such as Play.com, Callaway Golf, FedEx, Forbes, GCI Commerce, JobTarget, Louis Vuitton, Safeway, Schneider Electric, The McGraw-Hill Companies and T-Mobile employ Autonomy's revolutionary technology to boost conversion rates, promote cross and up-selling, simplify the management of special offers, increase average order size, obtain a snapshot of patterns in buyers' behaviour in real-time, provide customers with a tailor-made online experience, build customer loyalty and monitor customer satisfaction.

> *"Since implementing Autonomy, sales have gone up in some of our divisions by as much as five to tenfold." - Tesco*

**Telecommunications providers** such as AT&T, Ericsson, Cable and Wireless, BT, Telecom Italia, 3, Verizon, Vodafone, MCI and Sonera have deployed Autonomy to help decrease operating costs and simultaneously improve the quality and scope of services available to customers.

**Food and Beverage** customers including Kraft, Nestlé, Coca-Cola and Britvic use Autonomy to stay up-to-date with the latest product developments and opportunities in the market to bring exciting products to consumers.

**Finance and Banking professionals** make numerous critical business decisions in the course of a normal day. Ten of the top ten global banks rely on Autonomy with customers that include Citi, Barclays, Bank of America, RBS, Lloyds TSB, Deutsche Bank, Merrill Lynch, Grupo Santander, Credit Lyonnais, Credit Suisse and Danske Bank to stay abreast of changing customer expectations and increasingly complex regulatory policies.

**Pharmaceutical** customers such as AstraZeneca, Bristol Myers Squibb, GlaxoSmithKline, Novartis and Pfizer use Autonomy to increase collaboration and decrease product development cycles as well as keep pace with changing regulations, demographic information and general research and development.

**Government and public sector agencies** throughout the world such as the U.S. Securities and Exchange Commission, U.S. State Department, U.S. Department of Justice, U.S. Department of Commerce, U.S. Department of Labor, U.S. Department of Education, UK Houses of Parliament, the British Tourist Authority and the UK Department of Trade and Industry use Autonomy to connect people and resources.

**Intelligence and Defence organisations** across the world use Autonomy to protect against security threats. Worldwide customers include the U.S. Department of Homeland Security, U.S. Department of Defence, French MOD, Italian Ministry of Interior, Swedish Defence, Romanian Security, Spanish MOD, British MOD and the National Nuclear Security Administration.

**Legal organisations,** including 75 of the top 100 global law firms, over 1,400 law firms and over half of the Fortune 25 have standardized on Autonomy for all of their information discovery, high precision retrieval, and litigation support. Autonomy enables customers such as White & Case, Freshfields, Pillsbury, Burges Salmon, LexisNexis, Linklaters and the UK Law Society to speed up research, facilitate collaboration and information sharing, avoid duplication of effort, improve internal communications and streamline operations.

**IT companies** such as IBM, Intel, Oracle, Sybase, BMC Software, Hewlett-Packard, Sun Microsystems, Lucent Technologies and HP/EDS have selected Autonomy to support development and accelerate routes to market.

**Consulting and professional services** customers such as IBM Global Services, KPMG, PriceWaterhouseCoopers, Forrester Research and McCann Erickson use Autonomy to fully harness their personnel's expertise by fostering collaborative networks and profiling interactions between people.

**Energy and utilities** customers face myriad challenges such as climate change, depleting resources and soaring numbers of expatriate workers with teams scattered throughout the world. BP, Halliburton, Entergy, Shell, Weatherford and Norsk Hydro use Autonomy to connect employees around the globe and help them maintain their competitive edge in an increasingly difficult environment.

**Manufacturers** such as Ford, General Motors, BMW, Toyota, Canon, Schneider Electric, Lafarge, Lexmark and Fiat use Autonomy's technology in order to cut costs, streamline operations and capitalize on their assets in terms of both information and expertise.

**Aerospace organisations** such as NASA, BAE Systems, the US Air Force and Boeing have selected Autonomy to maximize expertise by promoting collaboration and knowledge sharing between engineers in different parts of the world.

**Healthcare organisations** including the UK National Health Service, the UK National Patient Safety Agency and Blue Cross/Blue Shield use Autonomy to promote best practices and help protect patient safety. Autonomy provides medical professionals with the information they need to make crucial decisions on the spot.

## OEMs

As part of our comprehensive OEM Program, numerous world-leading software companies embed Autonomy's award-winning technology into their software solutions. By leveraging Autonomy's technology, OEM licensees are able to address the problem of unstructured information, provide unique next-generation functionality and deliver unparalleled performance.

Autonomy is relied on by OEMs from virtually every major software sector. Autonomy's technology is currently embedded in over 400 applications addressing many markets, and Autonomy's OEM Program continues to grow at a steady rate, including new and extended agreements with Adobe, McAfee, Siemens, Nuance, HP, GE, Iron Mountain, Symantec, Dassault Systèmes, IBM, OpenText and Oracle.

US-PWC 00000073

Exh 1352-0012

# Business Overview

## Research & Development

As a groundbreaking company founded out of pioneering research at Cambridge University, Autonomy is proud to maintain its reputation as one of the most innovative companies in the world. Autonomy continues to focus on research and development to deliver increasingly innovative products to customers and consolidate its position as a market leader. Autonomy's commitment to R&D is evident in the company's continued investment in this area, with R&D investment increasing every year.

Autonomy owns all of the key technology we offer, and hence eliminates the uncertainty of sourcing and integrating solutions from multiple vendors in a consolidating market space. No matter what changes take place in the broader market, Autonomy customers will never be left with unsupported technology or software licenses that become non-renewable. Unlike other software companies that use development resources to do bespoke customization of their products, Autonomy sells a broadly applicable, horizontal product, and consequently R&D costs do not need to grow as a percentage of revenues.

As the largest department in the group, the R&D team continues to represent the lifeblood of the company.

## Autonomy's Technology
### A Different Approach

Autonomy is unlike most systems, which traditionally tried to match key words and tags, then searching for matches for a human being to do the work. Autonomy is a fundamental piece of technology that allows computers to understand the meaning of unstructured information and process it automatically, enabling computers to do the work instead of humans. IDOL is the equivalent of the database for unstructured information. It sits behind every enterprise application and allows human friendly information to be processed.

### Fundamental Technology: 170 Patents

IDOL is built upon the seminal mathematical works of Thomas Bayes and Claude Shannon. But how does it work in simple terms?

$$P(\theta \mid x) = \frac{P(x \mid \theta) \cdot P(\theta)}{\Sigma_{\theta' \in \Theta} P(x \mid \theta') \cdot P(\theta')}$$

Imagine we took today's edition of the Wall Street Journal and cut out each of the words, which we pile up in a heap on the desk. We then ask somebody wearing a blindfold to pick up the words and stick them onto a sheet of paper. The result would be a meaningless jumble of words. It is a truly random process. This tells us that the arrangement of words in the newspaper is not random, it is biased. The "idea" in the mind of the author is what biases the words and their pattern. The word "dog" is more likely to be followed by the word "walk" than by the word "fly", for example, because dogs walk they do not fly. So by studying the preponderance of one pattern over another, Autonomy's technology understands that there is X% probability that the content in question deals with a specific concept.

$$H = -\Sigma p_i \cdot \log_2(p_i)$$

It also turns out that ideas that are less expected within the context of a communication tend to be more indicative of its meaning. So the word "walk" which appears several times in a news article about a man walking his dog conveys far less meaning than the word "murder", which appears just once in the same article. It is this theory that enables Autonomy's software to determine the most important (or informative) concepts within a document.

### Compelling Return on Investment (ROI)

By automating processes that relied previously on costly and tedious manual labour, Autonomy's technology generates substantial top line growth and bottom line savings. Rather than simply surfacing information for a user to process manually, Autonomy actually performs operations in real-time. As a result, many tasks that were prohibitively expensive become economically viable.

> *"Autonomy's core value proposition is amplified in an economic downturn." – Ovum, 2009*

For example, for a team of people to identify questionable comments in a 20 minute phone conversation that took place about six months ago we might have to sift through a thousand hours of audio. IDOL can do this in moments, but more importantly, can be applied proactively to notify the team at the time of the infraction. The value is in reducing the volume of manual labour, protecting the enterprise from unforeseen risk and generating growth by unearthing revenue opportunities. BAE Systems realized cost savings of an estimated £7 million in the first year of deployment when IDOL spotted two teams working on the same problem at different facilities. They were able to repurpose an entire team as a result.

### Legally Complete Results

Due to the increasing regulatory burden on the enterprise, and specifically in order to comply with the Federal Rules of Civil Procedure, it is essential that the company can find and understand every document, including any metadata, without altering it in any way. In order to scale without impeding performance, if at the beginning of the process a particular result appears to be irrelevant, third party legacy products will stop indexing without taking into consideration the rest of the document. Consequently, a relevant snippet of information on the last page of a hundred-page report could be overlooked and the legal consequences could be catastrophic. IDOL is the only technology able to index every document in its entirety, and still provide millisecond response times.



## Autonomy's Products

In Autonomy's fifteen year history our fundamental aim has not changed: computers should map to our human world and solve our problems, rather than the other way around. That technology is the Intelligent Data Operating Layer (IDOL).

### IDOL Server

At the heart of Autonomy's infrastructure software lies the Intelligent Data Operating Layer (IDOL) Server. IDOL Server collects indexed data from connectors and stores it in its proprietary structure, optimized for fast processing and retrieval of data. As the information processing layer, IDOL forms a conceptual and contextual understanding of all content in an enterprise, automatically analyzing any piece of information from over 1,000 different content formats and even people's interests.

Over 500 operations can be performed on digital content by IDOL, including hyperlinking, agents, summarization, taxonomy generation, clustering, eduction, profiling, alerting and retrieval. IDOL enables organisations to benefit from automation without losing manual control. This

US-PWC 00000074

Exh 1352-0013

# Business Overview

complementary approach allows automatic processing to be combined with a variety of human controllable overrides, offering the best of both worlds and never requiring an "either/or" choice. IDOL integrates with all known legacy systems, eliminating the need for organisations to cobble together multiple systems to support their disparate components.

## Brands
The proliferation of unstructured information is occurring in every industry from manufacturing to financial services. The IDOL platform is a horizontal technology that is used across every industry vertical sector. We use different "virtual brands" to accelerate the adoption of IDOL in these different vertical markets, including the following primary brands:

| | |
|---|---|
|  | IDOL branded to automate the retrieval, processing, and management of global enterprise information |
|  | IDOL branded for Business Process Management solutions, embedding "self-understanding" into documents to increase process efficiency and ensure compliance |
|  | IDOL branded for Meaning Based Marketing offering intelligent solutions for targeting and engagement, online marketing optimization, web content management all on a common platform |
|  | IDOL branded for information management in the legal and professional services market |
|  | IDOL branded for Customer Interaction solutions to automate interaction and provide immediate intelligence on industry trends and customer behaviour |
|  | IDOL branded for Rich Media Management in broadcast production, archive management, Internet TV and IPTV applications, and Security and Surveillance solutions facilitating real-time surveillance, detection and protection operations |
|  | IDOL branded for information governance, archiving, policy management and eDiscovery applications |

## Business Model
Autonomy's unique business model enables highly efficient and profitable indirect distribution of Autonomy's technology. Autonomy's business is the development and licensing of world-leading technology for the automated processing of all forms of unstructured information, working with world-leading organisations to sell and implement Autonomy solutions. Autonomy's OEM customers bring Autonomy technology to vertical markets by embedding it in their own solutions. Autonomy benefits from the expertise of a community of systems integrators and consultants who engage with customers to expand and sustain use of Autonomy products in a wide variety of industries.

## Indirect
Autonomy has over 400 Value Added Resellers such as Accenture, IBM Global Services, Cap Gemini, HP and Wipro. This is Autonomy's primary revenue channel. Autonomy has a team of partner managers who attend occasional client meetings and ensure that customers receive the appropriate level of service, but these partners offer domain specific expertise and a global presence which allows Autonomy to run an incredibly efficient sales operation.

## OEMs
Autonomy has over 400 Original Equipment Manufacturer (OEM) relationships with other major software vendors that build our technology into their products. These OEMs span every software sector from CRM to Product Lifecycle Management software. Contracts and situations vary, but by way of example an OEM could pay an upfront non-refundable fee and then take two years to launch its product. Once that product is launched they may make license payments of around three percent of product sales to Autonomy. This we would expect to expand over time as OEM customers embed more IDOL functionality in subsequent product releases.

## Repeat
More than 50 per cent of Autonomy's revenues come from existing customers returning to purchase additional IDOL functionality or expand the use case of IDOL within new areas of the business. We also have industry leading renewal rates for support and maintenance at over 95 per cent.

## Product
Customers who purchase a licence for Autonomy's software initially pay an Average Selling Price of around $790,000. A typical initial contract will likely include four of Autonomy's 500 functions and around four connectors. The pricing model is based on three drivers of value: the number of users, the number of functions / connectors, and the amount of information being processed; any two will be prevalent in a particular use case. For example, in intelligence processing type applications it will be the amount of data rather than number of users that is the dominant factor, but in a corporate environment for a knowledge portal it may well be the large number of users that determines the pricing. In addition to the upfront licence payment these customers also pay a yearly support and maintenance fee, which renews on an annual basis.

## The Cloud: SaaS and Hosted
In addition to the licensing model, Autonomy operates both a Software-as-a-Service and hosted delivery model in the cloud, where the solution is run on hardware owned by Autonomy in a dedicated data centre. In fact, Autonomy runs the largest managed archive in the world at over 17 petabytes of data.

Hosted revenues are where we provide Software-as-a-Service (SaaS) but on a single tenant architecture (i.e. one customer on a version of the software with dedicated hardware). SaaS describes a multi-tenant architecture (i.e. multiple customers on the same instance of the software and hardware). There is no difference in the margin structure for the two types of revenue stream, and they tend to be invoiced one quarter in arrears, so they do not contribute to the deferred revenue balance for the business.

## Appliance
This is currently a small part of Autonomy's business, focused on quick time-to-value and high return. Where customers have an urgent need to deploy IDOL, either for regulatory or commercial imperatives, we are able to provide a pre-installed licence on appropriate hardware to start generating an immediate return. The value of these solutions is attributable almost entirely to the functions offered by the licence, so although there are some hardware costs involved, the margin profile is not widely dissimilar to our traditional licence business.

US-PWC 00000075

Exh 1352-0014

# Business Overview

## Financial Model

Autonomy is one of the very rare examples of a pure software model. Many software companies have a large percentage of revenues that stem from professional services, because they have to do a lot of customisation work on the product for every single implementation. In contrast, Autonomy ships a standard product that requires little tailoring, with the necessary implementation work carried out by approved partners such as IBM Global Services, Accenture and others. This means that after the cost base has been covered, for every extra dollar of revenue that comes in significant benefits can fall straight through to the bottom line. What this offers is a business model with a proven record of strong operating leverage and that is expected to continue to deliver industry leading operating margins and revenue to cash conversion.

## Market Opportunity

Industry Analysts estimate that only around 20% of enterprise information is of the structured type that is held in a database. The remaining 80% is in human friendly forms such as email, telephone conversations and video, which cannot easily be put into a database.

*"Autonomy is unlike most systems, which traditionally tried to match key words and tags, then searching for matches for a human being to do the work. Autonomy allows computers to understand the meaning of unstructured information and process it automatically, enabling computers to do the work instead of humans."*

If you reflect on your working day, and consider the number of times you interact with structured data, such as a list of customers, or sales data, and the number of times you send an email or pick up the phone, you find this to be intuitively correct. Now, remember that every piece of enterprise software has a database at its core. Annual turnover from software sales accounted for around $200 billion in the year 2008. The database market is effectively on a royalty model, with a royalty rate of between 8-10% resulting in annual turnover from databases of approximately $20 billion in 2008.

*"Based on Autonomy's ability to automatically identify concepts in structured and unstructured information, Autonomy's Meaning Based Marketing platform is enabled to handle the scale, complexity and speed required to succeed in the modern era." – Information Weekly, March 2010*

IDOL is the equivalent of the database for unstructured information. It sits behind every enterprise application and allows human friendly information to be processed. Even if Autonomy's end market were only the size of the structured market it is still a massive opportunity that we have only begun to tap. In reality, because there is much more unstructured information in the world than structured Gartner's head of worldwide research, Peter Sondergaard recently estimated that this area will one day generate revenues of multiple trillions of dollars.

## Offices

Autonomy has a global presence with dual headquarters in Cambridge, UK and San Francisco, USA and offices throughout the world including North America, Latin America, Europe and Asia Pacific.



US-PWC 00000076
Exh 1352-0015

*Financial Review*

# Autonomy's Five Year Record

| $'000 (except EPS) | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|
| Revenue | 870,366 | 739,688 | 503,229 | 343,409 | 250,682 |
| R&D Expenditure | 114,752 | 98,785 | 78,410 | 62,341 | 51,680 |
| Profit from Operations (adj.) | 376,566 | 328,905 | 207,482 | 108,774 | 68,111 |
| Profit Before Tax (adj.) | 378,921 | 323,066 | 208,892 | 113,245 | 69,148 |
| Net Profit (adj.) | 292,216 | 232,798 | 148,001 | 77,237 | 47,919 |
| Cash from Operations | 363,230 | 286,572 | 178,783 | 83,108 | 46,948 |
| Fully Diluted EPS (adj.) | 1.11 | 0.97 | 0.68 | 0.38 | 0.26 |
| Fully Diluted EPS (adj. IFRS) | 1.20 | 0.97 | 0.68 | 0.38 | 0.26 |

**This section presents Autonomy's operating performance, providing commentary on the financial performance of Autonomy over the past two years.**

The following financial review includes certain financial information extracted without adjustment from our consolidated financial statements prepared in accordance with International Financial Reporting Standards (IFRS).  The information in this financial review is a summary and you should read the entire Annual Report carefully.

In addition, although IFRS disclosure provides investors and management with an overall view of the company's financial performance, Autonomy believes that it is important for investors to also understand the performance of the company's fundamental business without giving effect to certain specific, non-recurring and non-cash charges.  Consequently, the non-IFRS EPS (adj.) results exclude share of profit/loss of associates, profit on disposal of investment, interest on convertible loan notes, post-acquisition restructuring costs and non-cash charges for the amortization of purchased intangibles, share-based compensation, non-cash translational foreign exchange gains and losses and associated tax effects.  Management uses the adjusted results to assess the financial performance of the company's operational business activities.  Full reconciliations are provided on page 45.

## 2010 Compared to 2009

| $'000 (except EPS) | 2010 | 2009 | % Change |
|---|---|---|---|
| Revenue | 870,366 | 739,688 | 18% |
| Gross profit (adj.) | 758,853 | 651,941 | 16% |
| Gross profit margin (adj.) | 87% | 88% | (1%) |
| Profit from operations (adj.) | 376,566 | 328,905 | 14% |
| Profit before tax (adj.) | 378,921 | 323,066 | 17% |
| Net profit (adj.) | 292,216 | 232,798 | 26% |
| | | | |
| Gross profit (IFRS) | 701,573 | 602,291 | 16% |
| Gross profit margin (IFRS) | 81% | 81% | — |
| Profit from operations (IFRS) | 316,415 | 272,178 | 16% |
| Profit before tax (IFRS) | 282,194 | 266,066 | 6% |
| Net profit (IFRS) | 217,293 | 191,551 | 13% |
| | | | |
| EPS | | | |
| - basic (adj.) | 1.21 | 0.98 | 23% |
| - diluted (adj. IFRS) | 1.20 | 0.97 | 24% |
| - diluted (adj.) | 1.11 | 0.97 | 14% |
| | | | |
| - basic (IFRS) | 0.90 | 0.81 | 11% |
| - diluted (IFRS) | 0.89 | 0.80 | 12% |

US-PWC 00000077

Exh 1352-0016

# Additional Information

## Principal Group Companies

The principal companies within the group's operations are set forth below.  A list of all companies within the group can be found on our website at www.autonomy.com under the heading "About Autonomy".

| Company | Country of Operation | Function |
| --- | --- | --- |
| Autonomy Corporation plc | England | Holding company |
| Autonomy, Inc. | USA | Software development and distribution |
| Autonomy Systems Ltd | England | Software development and distribution |
| etalk Corporation | USA | Software development and distribution |
| Interwoven, Inc. | USA | Software development and distribution |
| Meridio Holdings Limited | Northern Ireland | Software development and distribution |
| Virage, Inc. | USA | Software development and distribution |
| ZANTAZ, Inc. | USA | Software development and distribution |

Operating subsidiaries of the above companies have been excluded to the extent such subsidiaries' operations are consolidated in the interim operating companies operations and results.  These include operating subsidiaries, providing marketing sales and support to the group, in the following countries: Australia; Belgium; Canada; China; France; Germany; Hong Kong; India; Italy; Japan; Korea; Luxembourg; Mexico; Netherlands; Norway; Singapore; South Africa; Spain; Sweden; and the UK.  All of the above entities are 100% owned.

### Joint Ventures and Associates

| Company | Country of Incorporation | Holding |
| --- | --- | --- |
| OpenV China Holdings Company | Cayman Islands | 35% |

## Registrars and Transfer Office

If shareholders have any inquiries about their holding of ordinary shares, such as a change of address, change of ownership or lost share certificates, they should contact the company's registrars at the address or telephone number below.  Computershare Investor Services PLC maintain the Autonomy Corporation plc share register and holders of ordinary shares may view and update details of their shareholding via the registrars' investor centre at www.computershare.com/uk/investorcentre.

Computershare Investor Services PLC
PO Box 82, The Pavilions
Bridgwater Road, Bristol BS99 7NH, UK
Telephone:  +44 870 702 0000
email:  web.queries@computershare.co.uk

## Stock Exchanges

Autonomy's ordinary shares are listed on the London Stock Exchange under the symbol "AU.".  Autonomy does not maintain listings on any other stock exchanges.

## Shareholder Communications

The company provides a number of shareholder services online at http://www.autonomy.com/content/Investors, where shareholders may:

- register to receive electronic shareholder communications;
- listen to live and recorded webcasts of investor conference calls;
- view and/or download annual reports and interim financial reports; and
- check the current share price.

Shareholders and other interested parties can also receive company press releases, including London Stock Exchange announcements, by registering for Autonomy news via the company's website at www.autonomy.com.  Registering for Autonomy news will enable users to have news automatically e-mailed to them.

Topics featured in this Annual Report can be found via the Autonomy home page on the Internet (http://www.autonomy.com).  Financial results, news on Autonomy products, services and other activities can also be found via that address.  Autonomy's Investor Relations Department can be reached on +44 1223 448 000 or at investor_relations@autonomy.com.

US-PWC 00000149

Exh 1352-0088

# *Additional Information*

## Advisors

| **Auditor** | **Stockbrokers** | **Stockbrokers** |
| --- | --- | --- |
| Deloitte LLP | UBS Warburg | Citigroup Global Markets Limited |
| 126-130 Hills Road | 1/2 Finsbury Avenue | Canada Square |
| Cambridge CB2 1RY | London EC2N 2PP | London E14 5LB |

| **Registered Office** | **Investor Relations Contact** |
| --- | --- |
| Cambridge Business Park | Investor Relations Department |
| Cowley Road | +44 1223 448 000 |
| Cambridge CB4 0WZ | investor_relations@autonomy.com |

US-PWC 00000150
Exh 1352-0089

# Additional Information

This document contains "forward-looking statements" within the meaning of the US Private Securities Litigation Reform Act of 1995 with respect to the group's financial condition, results of operations and businesses and certain of the group's plans and objectives.

In particular, such forward-looking statements include statements with respect to:

▶ the group's expectations regarding its financial and operating performance, including statements contained within the Chairman's Statement and the Chief Executive's review;
▶ intentions and expectations regarding the development of products, services and initiatives;
▶ expectations regarding the global economy and the group's operating environment, including future market conditions and trends;
▶ possible future acquisitions, including the timely completion of acquisition transactions; and
▶ expectations regarding the group's future operating results.

Forward-looking statements are sometimes, but not always, identified by their use of a date in the future or such words as "anticipates", "aims", "could", "may", "should", "expects", "believes", "intends", "plans" or "targets". By their nature, forward-looking statements are inherently predictive, speculative and involve risk and uncertainty because they relate to events and depend on circumstances that will occur in the future. There are a number of factors that could cause actual results and developments to differ materially from those expressed or implied by these forward-looking statements. These factors include, but are not limited to, the following:

▶ general economic and political conditions in the jurisdictions in which the group operates and changes to the associated legal, regulatory and tax environments;
▶ increased competition, from both existing competitors and new market entrants;
▶ levels of research and development investment and the group's ability to deploy new technologies, products and services in a timely manner;
▶ rapid changes to existing products and the inability of new products to perform in accordance with expectations;
▶ the ability of the group to integrate new technologies;
▶ the group's ability to generate and grow revenue;
▶ a lower than expected impact of new or existing products, services or technologies on the group's future revenue, cost structure and capital expenditure outlays;
▶ slower than expected customer growth, reduced customer retention, reductions or changes in customer spending and increased pricing pressure;
▶ the group's ability to realise expected benefits from acquisitions, partnerships or other arrangements with third parties;
▶ acquisitions and divestments of group businesses and assets and the pursuit of new, unexpected strategic opportunities which may have a negative impact on the group's financial condition and results of operations;
▶ the group's ability to integrate acquired business or assets and the imposition of any unfavourable conditions, regulatory or otherwise, on any pending or future acquisitions or dispositions;
▶ the extent of any future write-downs or impairment charges on the group's assets, or restructuring charges incurred as a result of an acquisition or disposition;
▶ changes in exchange rates, including particularly the exchange rate of pounds sterling to the euro and the US dollar;
▶ changes in the regulatory framework in which the group operates;
▶ the impact of legal or other proceedings; and
▶ changes in statutory tax rates and profit mix, the group's ability to resolve tax issues which may arise and the timing and amount of any payments in respect of tax liabilities.

All subsequent written or oral forward-looking statements attributable to the company or any member of the group or any persons acting on their behalf are expressly qualified in their entirety by the factors referred to above. No assurances can be given that the forward-looking statements in this document will be realised. Subject to compliance with applicable law and regulations, Autonomy does not intend to update these forward-looking statements and does not undertake any obligation to do so.

Registered in England 03175909

US-PWC 00000151
Exh 1352-0090

# Autonomy Corporation plc

**Registered Office**
Cambridge Business Park
Cowley Road
Cambridge
CB4 0WZ
England

Tel:  +44 (0)1223 448 000
Fax: +44 (0)1223 448 001
autonomy@autonomy.com

**www.autonomy.com**



US-PWC 00000152
Exh 1352-0091

# TRIAL EXHIBIT 2445

Company Registration No. 03063054

# AUTONOMY SYSTEMS LIMITED

### Report and Financial Statements

### 10 months ended 31 October 2011

FOIA Confidential Treatment Requested

HP-SEC-01575611

Exh 2445-0001

**AUTONOMY SYSTEMS LIMITED**
**REPORT AND FINANCIAL STATEMENTS 2011**

## CONTENTS

Page

| | |
|---|---:|
| Officers and professional advisers | 1 |
| Directors' report | 2 |
| Directors' responsibilities statement | 8 |
| Independent auditor's report | 9 |
| Profit and loss account | 11 |
| Statement of total recognised gains and losses | 12 |
| Balance sheet | 13 |
| Notes to the financial statements | 14 |

FOIA Confidential Treatment Requested

**AUTONOMY SYSTEMS LIMITED**

**REPORT AND FINANCIAL STATEMENTS 2011**
**OFFICERS AND PROFESSIONAL ADVISERS**

**DIRECTORS**

Sergio Letelier (appointed on 25 May 2012)
Christopher Yelland (appointed on 5 July 2012)

**COMPANY SECRETARY**

Roberto Putland  (appointed 30 May 2012)

**REGISTERED OFFICE**

Cain Road
Amen Corner
Bracknell
Berkshire
RG12 1HN

(registered address as of 3 June 2013 when it was changed from Autonomy House, Cambridge Business Park, Cowley Road, Cambridge, Cambridgeshire, CB4 0WZ)

**BANKERS**

Barclays Bank plc
St Andrews Street
Cambridge
CB2 3AA

**INDEPENDENT AUDITORS**

Ernst and Young LLP
Apex Plaza
Forbury Road
Reading
Berkshire
RG1 1YE

FOIA Confidential Treatment Requested

HP-SEC-01575613

Exh 2445-0003

**AUTONOMY SYSTEMS LIMITED**

**DIRECTORS' REPORT
FOR THE PERIOD ENDED 31 OCTOBER 2011**

The directors present their annual report and the audited financial statements for the 10 months ended 31 October 2011.

**PRINCIPAL ACTIVITY**

The Company's principal activity continues to be software development and distribution.

On 18 August 2011, the Board of Hewlett-Packard Company and the Board of the parent company announced the terms of a recommended cash offer (the "Offer") by Hewlett-Packard Vision B.V. to acquire the entire issued and to be issued share capital of the parent company. The Offer was declared wholly unconditional on 3 October 2011 and following sufficient acceptances under the Offer having been received, cancellation of listing and trading of the parent company's shares took effect on 14 November 2011. On 5 January 2012, Autonomy Corporation Plc was acquired by Hewlett-Packard Vision B.V. and the parent company was acquired by the Hewlett-Packard group as part of its acquisition of the Autonomy Group ("Autonomy" or "the Group").

**BUSINESS REVIEW AND FUTURE DEVELOPMENTS**

Revenue for the period has decreased from £81,293,000 (restated) to £73,482,000 and profit before tax has decreased from £43,110,000 (restated) to £11,579,000. At the balance sheet date Autonomy Systems Limited had net assets of £146,781,000 (year ended 31 December 2010: £129,515,000 (restated)).

The Company has continued to endeavour to establish its technology as the infrastructure standard for automating operations on all forms of unstructured information. This involved signing licence agreements with new customers and establishing relationships with third party value added resellers, services providers and original equipment manufacturers (OEMs) until 1 June 2013 whereon the Company sold its trade and assets to Hewlett-Packard Limited, a fellow group undertaking, retaining only its research and development function.



The extensive investigations undertaken by Hewlett-Packard, and by the Directors, into the past accounting practices of the group, have revealed extensive errors (including misstatements) in the previously issued financial statements. These have required all aspects of the accounting to be re-assessed. The errors found as a result of these investigations have led to restatements to the previously issued financial statements of the Company for the year ending 31 December 2010, principally relating to the recognition of revenue and costs, as well as to the accounting for investments and to correct the balance sheet for balances denominated in foreign currency not re-valued at the year end.

Given the volume and magnitude of the above errors, it is possible that further errors may remain undetected. The Company's earnings and financial position may be further impacted by any such additional errors found in the accounting of fellow group undertakings including in intragroup transactions, especially as the Company earns a significant element of revenue from the earnings of fellow group undertakings. As a result of the investigations by Hewlett-Packard the earnings of fellow group undertakings have themselves been subject to substantial corrections for the current and prior periods compared to any previously prepared financial statements. These restatements are for similar reasons to the Company, principally relating to the overstatement of revenues in Autonomy's U.S. operations.

2

HP-SEC-01575614

Exh 2445-0004

**AUTONOMY SYSTEMS LIMITED**

## DIRECTORS' REPORT (continued)
## FOR THE PERIOD ENDED 31 OCTOBER 2011

### BUSINESS REVIEW AND FUTURE DEVELOPMENTS (continued)

REDACTED

In addition to the uncertainties discussed above, the work that the Directors were able to undertake on closing the books and preparing the financial statements was limited in certain cases by the information that was available to them, principally in the area of intercompany opening balances at 1 January 2010 (see note 1).

The Directors have completed all the work that they reasonably believe is necessary to prepare these accounts,, are not aware of any matters significant to the financial statements they have not addressed at the time of preparing these financial statements and have made such reasonable judgements and estimates that are necessary for them to close the books and prepare these financial statements. Accordingly the Directors are satisfied that the financial statements reflect a true and fair view of the state of affairs of the Company and of its financial performance for the period.

Separate to the above mentioned corrections of the previously issued financial statements, as a result of Hewlett-Packard Company's acquisition of the Autonomy group on 3 October 2011, the Company has adopted certain accounting policies used by other Hewlett-Packard group entities reporting under UK GAAP that are considered to be more appropriate, principally related to the expensing of research and development costs as incurred. Consistent with Financial Reporting Standard No. 3 those changes have been reflected as a prior period adjustment.

The impact of the fundamental errors is to reduce profit by £72.7m in the year ending 31 December 2010, and reduces opening reserves at 1 January 2010 by £80.1m. The impact of the changes in accounting policy is to reduce profit by £13.4m in the year ending 31 December 2010, and reduces opening reserves at 1 January 2010 by £2.4m. The aggregate impact of all of these restatements on the profit for the year ending 31 December 2010 is to reduce the net profit from £105.7m to £19.6m, and to reduce opening reserves at 1 January 2010 from £191.4m to £108.9m. The nature of the restatements, and the impact on the financial position of the Company, is described in more detail in note 19 to the accounts.

### CHANGE OF REPORTING DATE

On 25 November 2011 the Company changed its financial reporting date to 31 October (previously 31 December) to align with its new ultimate parent Company.

### DIVIDENDS

The directors do not recommend the payment of a dividend for the current financial period (year ended 31 December 2010: £nil).

### PRINCIPAL RISKS AND UNCERTAINTIES

The key risks to which the business is exposed are summarised as follows:

- Our business depends on our core technology, currently marketed under the brand IDOL Server, and our strategy has been, and for the foreseeable future will continue to be, to concentrate our efforts on developing and marketing software based on our proprietary technology. Technology which significantly competes with the Company's technology, or material legal claims against our technology, would present a material risk to the Company.
- Expenditures increasing without a commensurate increase in revenues, and rapid changes in market conditions, could result in poor operating results.
- The average selling prices of our products could decrease rapidly, which may negatively impact revenues and gross margins.
- Our reliance on sales of our products by third parties such as value added resellers makes it difficult to predict our revenues, cash flow and operating results.
- Errors or defects in our products could negatively affect our revenues and the market acceptance of our products and increase our costs.
- Potential actions against the Company as a result of ongoing investigations.

3

FOIA Confidential Treatment Requested

HP-SEC-01575615

Exh 2445-0005

**AUTONOMY SYSTEMS LIMITED**

## DIRECTORS' REPORT (continued)
## FOR THE PERIOD ENDED 31 OCTOBER 2011

- Potential adverse impact to the Company's brand and reputation as a result of conduct that preceded Hewlett-Packard's acquisition of the Company in October 2011.

### KEY PERFORMANCE INDICATORS

The Company has several key performance measures used internally to monitor and challenge performance and to assist investment decisions. The most important indicators are:

- Revenue
- Profit before tax
- Research and development expenditure
- Headcount

Financial performance and position in the current and prior periods is summarized as follows:

|  | 2011 £'000 | 2010 £'000 (restated) | % Change |
|---|---|---|---|
| Revenue (2011 annualised) | 88,178 | 81,293 | 8% |
| Profit before tax (2011 annualised) | 13,895 | 43,110 | (68%) |
| Research and development expenditure (2011 annualised) | 7,576 | 6,118 | 24% |
| Headcount | 312 | 227 | 37% |

The Company continues to invest in research and development. The directors regard investment in this area as a prerequisite for success in the medium to long-term future. Profit before tax has fallen principally as a result of higher marketing support costs and a higher stock compensation charge.

### FINANCIAL RISK MANAGEMENT

The Company's activities expose it to a number of financial risks including credit risk, foreign exchange risk and liquidity risk.

*Foreign exchange risk*

The Company's activities expose it primarily to the financial risks of changes in foreign currency exchange rates. These are naturally hedged with similar levels of income and expenditure in foreign currencies.

*Credit risk*

The Company's principal financial assets are bank balances and cash, trade and other receivables and investments.

The Company's credit risk is primarily attributable to its trade receivables. The amounts presented in the balance sheet are net of allowances for doubtful receivables. An allowance for impairment is made where there is an identified loss event which, based on previous experience, is evidence of a reduction in the recoverability of the cash flows.

The credit risk on liquid funds is limited because the counterparties are banks with high credit-ratings assigned by international credit-rating agencies.

The Company has no significant concentration of credit risk, with exposure spread over a large number of counterparties and customers.

*Liquidity risk*

In order to maintain liquidity to ensure that sufficient funds are available for ongoing operations and future developments, the Company uses funds from related group undertakings. The Autonomy group has significant cash balances.

*4*

HP-SEC-01575616

Exh 2445-0006

**AUTONOMY SYSTEMS LIMITED**

**DIRECTORS' REPORT (continued)**
**FOR THE PERIOD ENDED 31 OCTOBER 2011**

**DIRECTORS**

The directors who served during the period and to the date of this report were as follows:

Sushovan Hussain (resigned on 27 September 2011)
Andrew Kanter (resigned on 30 May 2012)
Sergio Letelier (appointed on 25 May 2012)
Christopher Yelland (appointed on 5 July 2012)
Nicholas Wilson (appointed on 31 August 2012 and resigned on 29 November 2012)
Roberto Putland (appointed on 25 May 2012 and resigned on 24 April 2013)
Joel Scott (appointed on 12 June 2012 and resigned on 31 August 2012)

The current Articles of Association of the Company provide for third party indemnification of directors, which is in place for the current directors. A copy of the Company's Articles of Association is available for inspection at the Company's office and from Companies House.

**RESEARCH AND DEVELOPMENT**

The Company continues to develop new software products and expects further product developments. The total amount written off to the profit and loss account for research and development expenditure during the period was £6,313,000 (year ended 31 December 2010: £6,118,000 (restated)).

**SUPPLIER PAYMENT POLICY**

The Company's policy is generally to pay suppliers at the end of the month following that in which the supplier's invoice is received. The number of creditor days outstanding at 31 October 2011 was 126 days (year ended 31 December 2010: 103 days).

**CHARITABLE AND POLITICAL CONTRIBUTIONS**

During the period the Company made charitable donations of £17,000 (year ended 31 December 2010: £3,000) principally to local charities serving the community in which the Company operates. No political donations were made.

**EMPLOYEES**

Details of the number of employees and related costs can be found in note 6 to the financial statements.

**EMPLOYMENT OF DISABLED EMPLOYEES**

All applications from disabled employees are fully considered. Should an employee become disabled, it is the Company's practice to continue their current employment where possible or offer suitable alternatives. It is the policy of the Company that the training, career development and promotion of disabled persons should, as far as possible, be identical with that of other employees.

**EMPLOYEE INVOLVEMENT**

The Company continues to place importance on the education and development of its people. There is a well-developed employee involvement programme within the Company. Employee representatives are consulted regularly on a wide range of matters affecting their interests and receive regular newsletters.

The Company's goal is to create health and safety practices and work environments that enable employees to work injury-free. This is accomplished by continually reducing occupational injury and illness risks while promoting employee health and well-being.

The Company believes that a diverse workforce encourages creativity and innovation and helps build an exciting, stimulating work environment. A diverse workforce, reflecting the demographics of the many different markets where the Company operates, also provides a competitive advantage and helps acquire new business

5

**AUTONOMY SYSTEMS LIMITED**

**DIRECTORS' REPORT (continued)**
**FOR THE PERIOD ENDED 31 OCTOBER 2011**

DIRECTORS' STATEMENT AS TO DISCLOSURE OF INFORMATION TO AUDITORS

The directors in office at the date of signature of these accounts were not directors of the Company for the period covered by the accounts. The directors consider that there remains a risk that not all information relevant to the production of these accounts is available to the current directors and consequently therefore not available to the auditors. In making this determination the current directors have considered the findings from the previously discussed investigation into financial misrepresentations announced by Hewlett-Packard Company, the identified errors in previously reported financial statements as well as the quality and completeness of the accounting records maintained by the previous management team. The current directors have executed all reasonable efforts to mitigate these circumstances and, not-withstanding these limitations, each of the persons who is a director at the date of the approval of this report confirms that:

- so far as the directors are aware, there is no relevant audit information of which the Company's auditor is unaware; and

- the directors have taken all the steps that they ought to have taken as a director to make themselves aware of any relevant audit information and to establish that the Company's auditor is aware of that information.

This confirmation is given and should be interpreted in accordance with the provisions of s418 of the Companies Act 2006.

**GOING CONCERN**

The Company continues to receive the support of Hewlett-Packard The Hague B.V to allow it to meet its liabilities as they fall due and for the next 12 months from the date of this report. As a consequence, the directors have a reasonable expectation that the Company has adequate resources to continue in operational existence for the foreseeable future and believe that the Company is well placed to manage its business risks successfully despite the current uncertain economic outlook. Accordingly, they continue to adopt the going concern basis in preparing the annual report and accounts.

**POST BALANCE SHEET EVENTS**

On 28 March 2012, the Directors of Autonomy Systems Limited declared an interim dividend of £191,508,000 (paid in USD at a rate of £1:USD1.5874) to Autonomy Corporation Limited.

On 25 April 2012, Autonomy Corporation Limited (formerly Autonomy Corporation plc) subscribed to 1 ordinary share in Autonomy Systems Limited at a premium equal to the face value of a promissory note between Autonomy Corporation Limited and Longsand Limited in return for transferring the promissory note to Autonomy Systems Limited.

Also on 25 April 2012, Autonomy Systems Limited subscribed to 1 ordinary share in Longsand Limited at a premium equal to the face value of the promissory note to settle the promissory note in full note (face value: £424,000).

On 1 June 2013 the Company sold its trade and assets to Hewlett-Packard Limited, a fellow group undertaking, retaining only its research and development function.

*6*

FOIA Confidential Treatment Requested

HP-SEC-01575618

Exh 2445-0008

**AUTONOMY SYSTEMS LIMITED**

**DIRECTORS' REPORT (continued)**
**FOR THE PERIOD ENDED 31 OCTOBER 2011**

**POST BALANCE SHEET EVENTS (continued)**

As discussed in note 19, the Company booked a number of prior year adjustments in respect of the years ended 31 December 2009 and 31 December 2010. As a result of this the Company has submitted a total claim for overpayment of tax of £37,385,000 in December 2013 (£17,791,000 in respect of the tax return for the year ended 31 December 2009 and £19,594,000 in respect of the tax return for the year ended 31 December 2010). Based on further adjustments to the financial statements after the claim was submitted to HMRC the current best estimate of the revised claim that will be submitted to HMRC for over payment of tax is £38,435,000 (£18,696,000 in respect of the tax return for the year ended 31 December 2009 and £19,739,000 in respect of the tax return for the year ended 31 December 2010). At the date of signing the financial statements HMRC have not agreed the claim and therefore no benefit has been recognised as it is difficult to reliably estimate the final value of the repayment.

**AUDITORS**

On 15 February 2013, Ernst and Young LLP were appointed as auditors of the Company.

Approved by the Board of Directors and signed on behalf of the Board

*[signature]*

31 January 2014

Christopher Yelland
Director

7

FOIA Confidential Treatment Requested

HP-SEC-01575619

Exh 2445-0009

**AUTONOMY SYSTEMS LIMITED**

## STATEMENT OF DIRECTORS' RESPONSIBILITIES

The directors are responsible for preparing the Annual Report and the financial statements in accordance with applicable law and regulations.

Company law requires the directors to prepare financial statements for each financial year. Under that law the directors have elected to prepare the financial statements in accordance with United Kingdom Generally Accepted Accounting Practice (United Kingdom Accounting Standards and applicable law). Under Company law the directors must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs of the Company and of the profit or loss of the Company for that period. In preparing these financial statements, the directors are required to:

- select suitable accounting policies and then apply them consistently;
- make judgments and accounting estimates that are reasonable and prudent;
- state whether applicable UK Accounting Standards have been followed, subject to any material departures disclosed and explained in the financial statements; and
- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the Company will continue in business.

The directors are responsible for keeping adequate accounting records that are sufficient to show and explain the Company's transactions and disclose with reasonable accuracy at any time the financial position of the Company and enable them to ensure that the financial statements comply with the Companies Act 2006. They are also responsible for safeguarding the assets of the Company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

FOIA Confidential Treatment Requested

HP-SEC-01575620

Exh 2445-0010

# INDEPENDENT AUDITOR'S REPORT TO THE MEMBERS OF AUTONOMY SYSTEMS LIMITED

We were engaged to audit the financial statements of Autonomy Systems Limited for the period ended 31 October 2011 which comprise the Profit and Loss Account, the Balance Sheet, the Statement of Total Recognised Gains and Losses, and the related notes 1 to 23. The financial reporting framework that has been applied in their preparation is applicable law and United Kingdom Accounting Standards (United Kingdom Generally Accepted Accounting Practice).

This report is made solely to the Company's members, as a body, in accordance with Chapter 3 of Part 16 of the Companies Act 2006. Our audit work has been undertaken so that we might state to the Company's members those matters we are required to state to them in an auditor's report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the Company and the Company's members as a body, for our audit work, for this report, or for the opinions we have formed.

## Respective responsibilities of directors and auditor

As explained more fully in the Directors' Responsibilities Statement set out on page 8, the directors are responsible for the preparation of the financial statements and for being satisfied that they give a true and fair view.

Our responsibility is to audit and express an opinion on the financial statements in accordance with applicable law and International Standards on Auditing (UK and Ireland). Those standards require us to comply with the Auditing Practices Board's Ethical Standards for Auditors. Because of the matter described in the Basis for disclaimer of opinion paragraph, however, we were not able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion.

## Scope of the audit of the financial statements

An audit involves obtaining evidence about the amounts and disclosures in the financial statements sufficient to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or error. This includes an assessment of: whether the accounting policies are appropriate to the Company's circumstances and have been consistently applied and adequately disclosed; the reasonableness of significant accounting estimates made by the directors; and the overall presentation of the financial statements. In addition, we read all the financial and non-financial information in the Report and Financial Statements to identify material inconsistencies with the audited financial statements. If we become aware of any apparent material misstatements or inconsistencies we consider the implications for our report.

## Basis for disclaimer of opinion on the financial statements

The audit evidence that was available to us was limited in respect of the following matters:

- As disclosed in the Directors' Report and note 1 the work that the current Directors, who were not the Directors during the period, were able to undertake in closing the books and preparing the financial statements was limited by the information that was available to them. If additional information and evidence had been available to the Directors, including information that might be identified from the ongoing investigations, further adjustments might have been required to the reported results for the period ended 31 October 2011 and to the liabilities and the retained earnings positions at 1 January 2011 and 31 October 2011.

- As disclosed in the Directors' Report and note 1 to the financial statements there are limitations over the quality and completeness of the documentation available to support intercompany balances reported in the financial statements. The Directors have made certain judgements related to underlying transactions, including those relating to the timing and classification of the amounts recorded, the application of appropriate foreign exchange rates and the impact of the resulting retranslation of balances at period ends. If additional information and evidence was available to the Directors further adjustments might be required to the intercompany balances, the classification and measurement of amounts recorded in the income statement, and to the retained earnings position.

- As disclosed in the Directors' Report and note 1 to the financial statements the Company's earnings and financial position may be further impacted by additional errors found in the accounting of fellow group undertakings, including in intragroup transactions, which would impact the income earned from fellow subsidiaries by the Company. If further information was available to the Directors the royalty and profit

9

HP-SEC-01575621

Exh 2445-0011

# INDEPENDENT AUDITOR'S REPORT TO THE MEMBERS OF AUTONOMY SYSTEMS LIMITED

sharing amounts in the Profit and Loss Account for the period ended 31 October 2011 might be different and would lead to a consequential change in the reported intercompany balances, taxation and retained earnings positions.

## Disclaimer of opinion on financial statements

Because of the significance of the matters described in the Basis for disclaimer of opinion paragraph, we have not been able to obtain sufficient appropriate audit evidence to provide a basis for an audit opinion. Accordingly, we do not express an opinion on the financial statements.

## Emphasis of matter – uncertain outcome of investigations and potential claims

In addition to our disclaimer of opinion on the financial statements, which is not modified in this respect, we have considered the adequacy of the disclosures made in Note 21 to the financial statements relating to the ongoing investigations and the potential for any fines, penalties or claims that may arise as a result of any actions that might be taken against the Company. It is not possible at this time either to determine whether any actions will be taken against the Company or to estimate the quantum of any fines, penalties or claims were the Company to be subject to such actions and no provision for any liability that may result has been made in the financial statements.

## Opinion on other matters prescribed by the Companies Act 2006

Notwithstanding our disclaimer of an opinion on the financial statements, in our opinion the information given in the Directors' Report for the financial year for which the financial statements are prepared is consistent with the financial statements.

## Matters on which we are required to report by exception

In respect of the limitations on our work relating to the matters referred to in the Disclaimer of opinion paragraph above:

- we have not obtained all the information and explanations that we considered necessary for the purpose of our audit; and
- we were unable to determine whether adequate accounting records had been kept.

We have nothing to report in respect of the following matters where the Companies Act 2006 requires us to report to you if, in our opinion:

- returns adequate for our audit have not been received from branches not visited by us; or
- the financial statements are not in agreement with the accounting records and returns; or
- certain disclosures of directors' remuneration specified by law are not made.

*Ernst & Young LLP*

David Hales (Senior statutory auditor)
for and on behalf of Ernst & Young LLP, Statutory Auditor
Reading
31 January 2014

FOIA Confidential Treatment Requested

HP-SEC-01575622

Exh 2445-0012

**AUTONOMY SYSTEMS LIMITED**

**PROFIT AND LOSS ACCOUNT**
**10 months ended 31 October 2011**

|  | Note | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---|---|---|
| **TURNOVER** | 2 | 73,482 | 81,293 |
| Cost of sales |  | (19,582) | (5,349) |
| **GROSS PROFIT** |  | 53,900 | 75,944 |
| Distribution expenses |  | (23,496) | (20,893) |
| Administrative expenses |  | (18,699) | (12,071) |
| Amounts written off investments |  | - | (200) |
| **OPERATING PROFIT** | 3 | 11,705 | 42,780 |
| Other income |  | 209 | 277 |
| Interest receivable and similar income | 4 | 95 | 121 |
| Interest payable and similar charges | 5 | (430) | (68) |
| **PROFIT ON ORDINARY ACTIVITIES BEFORE TAXATION** |  | 11,579 | 43,110 |
| Tax on profit on ordinary activities | 7 | 576 | (23,484) |
| **PROFIT FOR THE FINANCIAL PERIOD** | 16 | 12,155 | 19,626 |

All results are derived from continuing activities.

There are no material differences between the profit on ordinary activities before taxation and the retained profit for the financial periods stated above and their historical cost equivalents.

*11*

FOIA Confidential Treatment Requested

**AUTONOMY SYSTEMS LIMITED**

**STATEMENT OF TOTAL RECOGNISED GAINS AND LOSSES**
**10 months ended 31 October 2011**

|  | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---|---|
| Profit for the financial period | 12,155 | 19,626 |
| **TOTAL RECOGNISED PROFIT RELATING TO THE PERIOD** | 12,155 | 19,626 |
| Prior period adjustment (as explained in note 19) | (168,673) | |
| **TOTAL LOSSES RECOGNISED SINCE LAST REPORT** | (156,518) | |

FOIA Confidential Treatment Requested

HP-SEC-01575624

Exh 2445-0014

# AUTONOMY SYSTEMS LIMITED

## BALANCE SHEET
## 31 October 2011

| | Note | 31 October 2011 £'000 | 31 December 2010 £'000 (restated) |
|---|---|---|---|
| **FIXED ASSETS** | | | |
| Software licenses | 9 | 8 | - |
| Goodwill | 10 | 15,480 | 19,160 |
| Intangible assets | | 15,488 | 19,160 |
| Tangible assets | 11 | 3,575 | 1,613 |
| Investments | 12 | 1,573 | 46 |
| | | 20,636 | 20,819 |
| **CURRENT ASSETS** | | | |
| Stocks | | - | 38 |
| Debtors | 13 | 215,310 | 148,241 |
| Cash at bank and in hand and short term deposits (including restricted cash of £1,920,000 at 31 October 2011 (31 December 2010: £nil)) | | 4,353 | 24,775 |
| | | 219,663 | 173,054 |
| **CREDITORS: amounts falling due within one year** | 14 | (93,518) | (64,358) |
| **NET CURRENT ASSETS** | | 126,145 | 108,696 |
| **NET ASSETS** | | 146,781 | 129,515 |
| **CAPITAL AND RESERVES** | | | |
| Called up share capital | 15 | - | - |
| Profit and loss account | 16 | 146,781 | 129,515 |
| **TOTAL SHAREHOLDER'S FUNDS** | 16 | 146,781 | 129,515 |

The financial statements on pages 11 to 37 were approved by the board of directors on 31 JANUARY 2014 and signed on its behalf by:

*[signature]*

Christopher Yelland
Director
Company registration number: 03063054

*13*

FOIA Confidential Treatment Requested

HP-SEC-01575625

Exh 2445-0015

**AUTONOMY SYSTEMS LIMITED**

## NOTES TO THE FINANCIAL STATEMENTS
## 10 months ended 31 October 2011

1.   **ACCOUNTING POLICIES**

The following accounting policies have been applied consistently in relation to the financial statements, except as noted below.

**Basis of preparation**
The financial statements have been prepared under the historical cost convention and in accordance with the Companies Act 2006 and applicable UK accounting standards.

The Company is exempt by virtue of s401 of the Companies Act 2006 from the requirement to prepare group financial statements. These financial statements present information about the Company as an individual undertaking and not about its group.

In preparing the financial statements for the current period, the Company has restated the comparative figures for the following:

- the correction of fundamental errors (including misstatements). Adjustments have been made to correct revenue recognition errors as well as cost recognition errors. In addition corrections have been recorded for the revaluation of balances denominated in foreign currency and to correct the legal ownership of an investment.

- a change in accounting policy in relation to research and development. The Company has historically capitalised development costs on the balance sheet and amortised these costs through the profit and loss account over the life of the product to which they related. During 2011, after the Company became a subsidiary of Hewlett-Packard, this policy was amended to expense all research and development expenditure as incurred to the profit and loss account to align the accounting policies of Autonomy Systems Limited with those of other entities in the Hewlett-Packard Group reporting under UK GAAP.

- a change in accounting policy with regard to cost classification, between cost of sales, administration expenses and distribution expenses. This change has been made in order to present financial statements that more appropriately reflect the definitions of these costs.

The impact of these changes is described in note 19.

REDACTED

The extensive investigations undertaken by Hewlett-Packard, and by the Directors, into the past accounting practices of the group, have revealed extensive errors in the previously issued financial statements. These have required all aspects of the accounting to be re-assessed. The errors found as a result of these investigations have led to restatements to the previously issued financial statements of the Company for the year ending 31 December 2010, principally relating to the recognition of revenue and costs, as well as to the accounting for investments and to correct the balance sheet for balances denominated in foreign currency not re-valued at the year end.

Given the volume and magnitude of the above errors, it is possible that further errors may remain undetected. REDACTED The Company's earnings and financial position may be further impacted by any such additional errors found in the accounting of fellow group undertakings including in intragroup transactions, especially as the Company earns a significant element of revenue from the earnings of fellow group undertakings. As a result of the investigations by Hewlett-Packard the earnings of fellow group undertakings have themselves been subject to substantial corrections for the current and prior periods compared to any previously prepared financial statements. These restatements are for similar reasons to the Company, principally relating to the overstatement of revenues in Autonomy's U.S. operations.

FOIA Confidential Treatment Requested

HP-SEC-01575626

Exh 2445-0016

**AUTONOMY SYSTEMS LIMITED**

## NOTES TO THE FINANCIAL STATEMENTS
## 10 months ended 31 October 2011

1.    **ACCOUNTING POLICIES (continued)**

*Intercompany balances*

Although the intercompany balances at 1 January 2010 agree to their counterparties, it has not been possible to validate all underlying transactions within these balances which originated from prior accounting periods. There is therefore a risk that further undetected errors remain present in the balances at 1 January 2010. This represents an uncertainty over the accuracy of the opening intercompany balances and any impacts that such inaccuracies may have on the reported financials in subsequent years. The Directors have undertaken work to ensure that the balances with other Autonomy entities are agreed by the relevant counterparty at 31 October 2011, the balance sheet date.

**Going concern**

The financial statements are prepared on a going concern basis which the directors believe to be appropriate for the reasons set out in the Directors' Report.

**Cash flow statement**

In accordance with Financial Reporting Standard 1 (revised), Autonomy Systems Limited has not published a cash flow statement as its ultimate parent Company, Hewlett-Packard Company, which is incorporated in the United States of America, has published consolidated financial statements.

**Turnover**

The Company earns revenue from the sale of software and related services and from participating in the earnings of fellow group undertakings. During 2011 there has been no change to the company's turnover recognition policies in any respect. To assist the reader in understanding the company's business the accounting policy set forth below has been reviewed and clarified, but does not represent any change in the company's accounting policy for the recognition or measurement of turnover.

Turnover is measured at the fair value of the consideration received or receivable and represents amounts receivable for goods in the normal course of business, net of discounts and sales taxes.

i) Sale of goods

The company sells its products as licenses to resellers, OEMs and direct to end-users together with associated support and maintenance. In addition, the company also sells some of its products on a subscription basis.

Turnover from software license agreements is recognised where there is persuasive evidence of an agreement with a customer (contract and/or binding purchase order), delivery of the software has taken place, collectability is probable and the fee has been contractually agreed and is not subject to adjustment or refund (i.e fixed and determinable). If an acceptance period is required, turnover is recognised upon the earlier of customer acceptance or the expiration of the acceptance period. If significant post-delivery obligations exist or if a sale is subject to customer acceptance, turnover is deferred until no significant obligations remain or acceptance has occurred.

The company enters into OEM and reseller arrangements that typically provide for fees payable to the company based on licensing of the company's software to third party customers. Sales are recognised based on the amount of product sold subject to the criteria above.

FOIA Confidential Treatment Requested

HP-SEC-01575627

Exh 2445-0017

**AUTONOMY SYSTEMS LIMITED**

## NOTES TO THE FINANCIAL STATEMENTS
## 10 months ended 31 October 2011

1.   **ACCOUNTING POLICIES (continued)**

**Turnover (continued)**
ii) Support and Maintenance

Turnover from customer support and maintenance is recognised rateably over the term of the support period. If customer support and maintenance is included free or at a discount in a multiple element arrangement, these amounts are allocated out of the license fee at their fair market value based on the value established by independent sale of the customer support and maintenance to customers. Support and maintenance consists primarily of the supply of products, such as patches and updates, to the standard software.

iii) Rendering of services

Consulting and training turnover is included within rendering of services.

Turnover from consulting and training services is recognised as services are performed. If a transaction includes both license and service elements, license fee turnover is recognised upon shipment of the software, provided services do not include significant customisation or modification of the base product and the payment terms for licenses are not subject to acceptance criteria and the fair value of the service element can be determined. In cases where license fee payments are contingent upon the acceptance of services, turnover from both the license and the service elements is deferred until the acceptance criteria are met.

If services include significant customisation or modification, then revenue is recognised as the services are performed and stage of completion is determined by reference to the costs incurred as a proportion of the total estimated costs of the service project. If a contract cannot be reliably estimated, revenue is recognised only to the extent that costs have been incurred. Provision is made as soon as a loss is foreseen.

iii) Managed Service Turnover

Turnover for managed services is recognised as the services are delivered. The services may comprise of a combination of hosted services and software as part of a multiple element arrangement, as described below, and where applicable an assessment is performed to determine whether software elements can be separated from on-going service elements. In the situation where the elements cannot be separated, the license turnover is recognised rateably over the service period.

iv) Multiple element arrangements

The Company evaluates the elements of a transaction to identify the appropriate accounting elements so that revenue recognition criteria may be applied to separately identifiable elements of a single transaction, and when appropriate, the recognition criteria may be applied to two or more transactions when their economic substance cannot be understood individually.

For those transactions with multiple elements, if the Company has determined that the undelivered elements of that contract have fair value, the Company records the revenue associated with the delivered elements (generally the software license) at an amount that represents the fee for the transaction less the fair value of any undelivered element and defers the fair value of undelivered elements of the transaction (generally the support and maintenance and services).

v) Revenues from fellow group undertakings

The Company earns income through a share of the earnings of fellow group undertakings. The earnings of the fellow group undertakings are derived from the sale of software and related services incorporating intellectual property owned or licensed by the Company, and from the sale of other products, including hardware.

FOIA Confidential Treatment Requested

HP-SEC-01575628

Exh 2445-0018

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

I.   **ACCOUNTING POLICIES (continued)**

**Intangible fixed assets – Software Licenses**
Intangible fixed assets are capitalised at cost.

Amortisation is calculated to write off the cost of an asset on a straight line basis, less its estimated residual value, over the useful economic life of that asset as follows:

Software licenses           - 3 years

The carrying value of intangible fixed assets is reviewed for impairment when events or changes in circumstances indicate the carrying value may not be recoverable.

**Intangible fixed assets - Goodwill**
Purchased goodwill (representing the excess of the fair value of the consideration given over the fair value of the separable net assets acquired) arising on business combinations is capitalised and amortised over its useful economic life on a straight-line basis. The directors estimate the useful economic life of the goodwill relating to each business combination on an individual basis.

Amortisation is calculated to write off the cost of an asset, less its estimated residual value, over the useful economic life of that asset as determined by the Directors.

During the period the estimated useful life of the asset was reduced from 15 to 5 years as the Directors consider this a better estimate of the period over which the Company will derive economic benefit. This has been accounted for as a change in accounting estimate and resulted in an additional £2.4m amortisation expense being recorded in the current period.

**Tangible fixed assets**
All tangible fixed assets are originally recorded at cost. Cost includes the original purchase price of the asset and the costs attributable to bringing the asset to its working condition for its intended use.

Depreciation is calculated to write off the cost of an asset on a straight line basis, less its estimated residual value, over the useful economic life of that asset as follows:

Leasehold improvements          - period of lease
Motor vehicles                  - 3 years
Computer equipment              - 3 years
Fixtures, fittings and equipment - 5 years

The carrying value of tangible fixed assets is reviewed for impairment when events or changes in circumstances indicate the carrying value may not be recoverable.

**Fixed asset investments**
Investments are included at cost, less any provision for impairment.

The carrying value of investments is reviewed for impairment when events or changes in circumstances indicate the carrying value may not be recoverable.

**Stocks**
Stocks are stated at the lower of cost and net realisable value.

FOIA Confidential Treatment Requested

HP-SEC-01575629

Exh 2445-0019

**AUTONOMY SYSTEMS LIMITED**

## NOTES TO THE FINANCIAL STATEMENTS
### 10 months ended 31 October 2011

1. **ACCOUNTING POLICIES (continued)**

**Taxation**

The charge for taxation is based on the profit for the period and takes into account taxation deferred because of timing differences between the treatment of certain items for taxation and accounting purposes.

Deferred tax is recognised without discounting in respect of all timing differences that have originated but not reversed at the balance sheet date where transactions or events that result in an obligation to pay more tax in future or a right to pay less tax in future have occurred at the balance sheet date. Timing differences are differences between the Company's taxable profits and its results as stated in the financial statements that arise from the inclusion of gains and losses in taxable profits in the periods different from those in which they are recognised in the financial statements.

A deferred tax asset is regarded as recoverable and therefore recognised only when, on the basis of all available evidence, it can be regarded as more likely than not that there will be suitable taxable profits from which the future reversal of the underlying timing differences can be deducted.

**Research and development**

Research and development expenditure is written off to the profit and loss account in the period in which it is incurred. This is a change in accounting policy from the prior year, for additional information see note 19.

**Leases**

Rentals payable on operating leases are charged to the profit and loss account on a straight line basis over the term of the lease.

**Foreign exchange**

Monetary assets and liabilities denominated in foreign currencies are translated into sterling at the rates of exchange ruling at the balance sheet date. Transactions in foreign currencies are translated into sterling at the rate of exchange ruling at the date of the transaction. Exchange differences are taken into account in arriving at operating profit.

**Pension costs**

The Company operates a defined contribution pension scheme.

The amount charged to the profit and loss account represents the contributions payable to the scheme in respect of the accounting period. Differences between contributions payable in the period and contributions actually paid are shown either as accruals or prepayments in the balance sheet.

**Share-based payments**

The Company's intermediate parent Company, Autonomy Corporation Ltd (formerly plc), issued equity-settled share-based payment awards to certain employees. The Company complies with FRS 20, "Share-based Payment", in these financial statements.

In accordance with FRS 20, equity-settled share-based payments are measured at fair value at the date of grant. Fair value is measured by use of the Black-Scholes pricing model. The fair value determined at the grant date of the equity-settled share-based payments is expensed on a straight-line basis over the vesting period, based on an estimate of the number of shares that will eventually vest.

Where the terms of an equity-settled award are modified or a new award is designated as replacing a cancelled or settled award, the cost based on the original award terms continues to be recognised over the original vesting period. In addition, an expense is recognised over the remainder of the new vesting period for the incremental fair value of any modification, based on the difference between the fair value of the original award and the fair value of the modified award, both as measured on the date of the modification. No reduction is recognised if this difference is negative.

*18*

FOIA Confidential Treatment Requested

HP-SEC-01575630

Exh 2445-0020

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

1.　**ACCOUNTING POLICIES (continued)**

**Share-based payments (continued)**

Where an equity-settled award is cancelled, it is treated as if it had vested on the date of cancellation, and any cost not yet recognised in the profit and loss account for the award is expensed immediately. Any compensation paid up to the fair value of the award at the cancellation or settlement date is deducted from equity, with any excess over fair value expensed in the profit and loss account.

The Company has taken advantage of the transitional provisions of FRS 20 in respect of equity-settled awards so as to apply FRS 20 only to those equity-settled awards granted after 7 November 2002 that had not vested before 1 January 2006.

**Restricted cash**

The Company includes restricted cash within cash at bank and in hand. The restricted cash stems from obligations to hold monies in escrow as a result of it entering debt financing agreements on a number of specific trade receivable balances.

2.　**TURNOVER**

All turnover relates to one business segment, being the sale of software and related services, and originates in the United Kingdom. The split of turnover by geographical destination was as follows:

|  | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---|---|
| United Kingdom | 9,019 | 6,227 |
| Rest of Europe | 8,682 | 14,416 |
| Rest of World | 55,781 | 60,650 |
|  | 73,482 | 81,293 |

FOIA Confidential Treatment Requested

HP-SEC-01575631

Exh 2445-0021

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

3.   **OPERATING PROFIT**

| | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---|---|
| **Operating profit is stated after charging** | | |
| Depreciation of owned tangible fixed assets | 636 | 572 |
| Research and development costs incurred in the UK | 6,313 | 6,118 |
| Amortisation of intangible fixed assets | 3,680 | 829 |
| Foreign exchange loss | 339 | 1,331 |
| Operating lease rentals (land and buildings) | 1,574 | 1,255 |
| Operating lease rentals (other) | 65 | 52 |

The auditor's remuneration for the period in respect of the Company was £1,612,000 (current auditor: £1,100,000, previous auditor £512,000). The auditor's remuneration for the year ended 31 December 2010 was £647,000 (current auditor £nil, previous auditor £647,000).

Non-audit fees for the period for tax compliance support and other compliance support were £147,000 (current auditor: £70,000, previous auditor £77,000). Non-audit fees for the year ended 31 December 2010 were £49,000 (current auditor: £nil, previous auditor £49,000).

Both auditor's remuneration and non-audit fees were borne by Autonomy Corporation Limited with no right of reimbursement.

4.   **INTEREST RECEIVABLE AND SIMILAR INCOME**

| | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 |
|---|---|---|
| Bank interest receivable and similar income | 95 | 121 |

5.   **INTEREST PAYABLE AND SIMILAR CHARGES**

| | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 |
|---|---|---|
| Bank interest payable and similar charges | 430 | 68 |

FOIA Confidential Treatment Requested

HP-SEC-01575632

Exh 2445-0022

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

6.   **INFORMATION REGARDING DIRECTORS AND EMPLOYEES**

The directors of the company at the period end were also directors of other Autonomy Group companies and ceased being directors after the period end. The previous directors received total remuneration for the period of £9,943,000 (including salary, bonus and benefits of £935,000, gains on exercise of share options of £7,980,000, deferred bonus share gains of £1,028,000 and pension contributions of £14,000 (2010: remuneration £2,815,000 (restated), (including salary, bonus and benefits of £779,000 (restated), gains on exercise of share options of £2,036,000 and deferred bonus share gains of £nil), and pension contributions of £15,000), all of which was paid by Autonomy Systems Limited.

The number of directors to whom retirement benefits are accruing at the end of the period was 2 (2010: 2).

The number of directors who served during the period was 2 (2010: 2) and who exercised share options during the period was 2 (2010: 2). Share options were exercised through Autonomy Corporation Limited, the Company's immediate parent.

The current directors have concluded it is not practicable to apportion this amount between their services as directors of the Company and services as directors of the Autonomy Group companies. The current directors were not directors of the Company in the period to 31 October 2011.

The highest paid director received total remuneration for the period of £4,961,000 (including salary, bonus and benefits of £508,000, gains on exercise of share options of £3,425,000, deferred bonus share gains of £1,028,000) and, pension contributions of £8,000 (2010: remuneration £846,000 (restated), (including salary, bonus and benefits of £450,000 (restated), gains on exercise of share options of £396,000, deferred bonus share gains £nil), and pension contributions £9,000).

In respect of the highest paid director, pension contributions of £nil and bonuses of £159,000 were accrued at the period end (2010: pensions £nil, bonuses £155,000).

| | No. | No. |
|---|---:|---:|
| The average monthly number of persons employed (including directors) by the Company during the period was as follows: | | |
| Administrative | 67 | 50 |
| Software development | 81 | 77 |
| Sales and marketing | 106 | 76 |
| Customer delivery and support services | 58 | 24 |
| | 312 | 227 |

| | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---:|---:|
| The costs incurred in respect of these employees were as follows: | | |
| Wages and salaries | 15,151 | 13,215 |
| Social security costs | 1,846 | 1,405 |
| Pension costs | 118 | 124 |
| | 17,115 | 14,744 |
| Stock compensation charge (note 8) | 5,111 | 1,007 |
| | 22,226 | 15,751 |

21

HP-SEC-01575633

Exh 2445-0023

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

7.   **TAX ON PROFIT ON ORDINARY ACTIVITIES**

| | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---:|---:|
| **Corporation tax** | | |
| United Kingdom corporation tax | (2,635) | 23,184 |
| Overseas Taxation | - | 87 |
| Adjustment in respect of prior years | 696 | 413 |
| Total current tax charge | (1,939) | 23,684 |
| **Deferred taxation** | | |
| Origination and reversal of timing differences | 1,308 | (200) |
| Derecognised during the period | 33 | - |
| Effect of changes in tax rates | 22 | - |
| Tax (credit)/charge on profit on ordinary activities | (576) | 23,484 |

The tax assessed on the profit on ordinary activities for the period is lower (2010: higher) than the standard rate of corporation tax in the UK of 26.6% (2010: 28%). The differences are reconciled below:

*22*

FOIA Confidential Treatment Requested

HP-SEC-01575634

Exh 2445-0024

AUTONOMY SYSTEMS LIMITED

NOTES TO THE FINANCIAL STATEMENTS
10 months ended 31 October 2011

7.   TAX ON PROFIT ON ORDINARY ACTIVITIES (continued)

|  | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---|---|
| Profit on ordinary activities before tax | 11,579 | 43,110 |
| Tax on profit on ordinary activities at standard rate of corporation tax of 26.6% (year ended 31 December 2010: 28%) | 3,080 | 12,071 |
| Factors affecting charge for the period: |  |  |
| Expenses disallowed and non-taxable income | 102 | (279) |
| Capital allowances in excess of depreciation | (21) | 68 |
| Other short term timing differences | 15 |  |
| Imputed interest on intercompany balances | 3,331 | - |
| Research and development tax credits | (1,711) | (2,225) |
| Gain on disposal of patents | 1,669 | - |
| Share option deduction in excess of P&L charge | (9,353) | (1,469) |
| Utilisation of brought forward tax losses | - | (78) |
| Unrelieved foreign tax credit carried forward | 36 | - |
| Group relief surrendered/(claimed) for nil payment | 349 | (4,037) |
| Impact of rate change on loss carry back claim | (132) |  |
| Adjustment in respect of prior years | 696 | 413 |
| Overseas Taxation | - | 87 |
| Tax benefit not recognised for prior year restatement | - | 19,133 |
| Tax (credit)/charge for the period | (1,939) | 23,684 |

Factors affecting prior tax charges

As discussed in note 19, the Company booked a number of prior year adjustments in respect of the years ended 31 December 2009 and 31 December 2010. As a result of this the Company has submitted a total claim for overpayment of tax of £37,385,000 in December 2013 (£17,791,000 in respect of the tax return for the year ended 31 December 2009 and £19,594,000 in respect of the tax return for the year ended 31 December 2010). Based on further adjustments to the financial statements after the claim was submitted to HMRC the current best estimate of the revised claim that will be submitted to HMRC for over payment of tax is £38,435,000 (£18,696,000 in respect of the tax return for the year ended 31 December 2009 and £19,739,000 in respect of the tax return for the year ended 31 December 2010). At the date of signing the financial statements HMRC have not agreed the claim and therefore no benefit has been recognised as it is difficult to reliably estimate the final value of the repayment.

The over payment of tax claim made in December 2013 includes additional group relief claims of £12,113,000 in respect of the year ended 31 December 2009 compared to the original tax return submitted and a £2,364,000 decrease for the year ended 31 December 2010. However, no tax benefit has been recognized for the additional group relief claim or prior year restatement. This is disclosed as the "tax benefit not recognised for prior year restatement" in the tax reconciliation above.

23

FOIA Confidential Treatment Requested

HP-SEC-01575635

Exh 2445-0025

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

7.   **TAX ON PROFIT ON ORDINARY ACTIVITIES (continued)**

Factors affecting current and future tax charges

In March 2011, the UK Government announced a reduction in the standard rate of UK corporation tax to 26% effective 1 April 2011. This rate reduction was substantively enacted in March 2011. Accordingly, the Company's loss for this accounting period is taxed at an effective rate of 26.6%. The 2011 budget also proposed a further reduction in the standard rate of corporation tax to 25% from 1 April 2012 and this was substantively enacted in July 2011.

In March 2012, the UK Government announced a reduction in the standard rate of UK corporation tax to 24% effective 1 April 2012 and to 23% effective 1 April 2013. These rate reductions became substantively enacted in March 2012 and July 2012 respectively. Further reductions in the main rate of corporation tax in the UK to 21% effective from 1 April 2014 and to 20% from 1 April 2015 were substantively enacted on 2 July 2013. These changes were not substantively enacted at the balance sheet date and therefore are not recognised in these financial statements.

**Deferred Tax**

The deferred tax provided for is £nil (2010: £1,363,000). This comprises:

|  | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---|---|
| Fixed asset timing differences | - | 192 |
| Other short term timing differences | - | 3 |
| Share based payments | - | 1,168 |
| At end of period | - | 1,363 |

FOIA Confidential Treatment Requested

HP-SEC-01575636

Exh 2445-0026

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

7.   **TAX ON PROFIT ON ORDINARY ACTIVITIES (continued)**

The movement in the deferred tax asset comprises:

|  | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---|---|
| At beginning of period | 1,363 | 1,163 |
| Origination and reversal of timing differences | (1,308) | 200 |
| Derecognised during the period | (33) | - |
| Effect of changes in tax rates | (22) | - |
| At end of period | - | 1,363 |

The unrecognised deferred tax asset in the current period is £33,000 (2010: £nil (restated)).  This comprises:

|  | 10 months ended 31 October 2011 £'000 | Year ended 31 December 2010 £'000 (restated) |
|---|---|---|
| Accelerated capital allowances | 16 | - |
| Other short term timing differences | 17 | - |
|  | 33 | - |

The deferred tax asset is not being recognised on the basis that management are uncertain of the future taxable income against which these assets can be utilised.

The impact of the rate reduction to 20% would be to reduce the unrecognised deferred tax asset by £7,000 to £26,000.

FOIA Confidential Treatment Requested

HP-SEC-01575637

Exh 2445-0027

**AUTONOMY SYSTEMS LIMITED**

## NOTES TO THE FINANCIAL STATEMENTS
## 10 months ended 31 October 2011

8.   **SHARE BASED PAYMENTS**
The Company's employees participated in an unapproved option plan, UK Discretionary Option Scheme 1996 (the "Autonomy Scheme") providing employees and executives with the opportunity to acquire a proprietary interest in Autonomy Corporation Limited (formerly Autonomy Corporation plc) as an incentive to attract and retain the services of employees. Under the terms of the plan, options were granted with exercise prices not less than the fair market value of Autonomy Corporation Limited shares, became exercisable over vesting periods as established by the Board of Directors (generally three to four years), and generally expired seven years from the date of grant. Vested options are forfeited following termination of employment. Options were valued using the Black-Scholes model. No performance conditions were included in the fair value calculations. The Autonomy Scheme options were all exercised upon acquisition of the Company by the Hewlett-Packard Company, resulting in an acceleration of the share based payment charge.

The following tables summarize options outstanding as at 31 October 2011 and 31 December 2010.

|  | 31 October 2011 | | 31 December 2010 (restated) | |
|  | Number | Weighted average exercise price (£) | Number | Weighted average exercise price (£) |
|---|---|---|---|---|
| Outstanding at beginning of period | 2,219,614 | 10.29 | 2,368,162 | 8.10 |
| Granted during the period | 848,878 | 15.08 | 548,824 | 14.94 |
| Exercised during the period | (3,009,950) | 11.49 | (658,079) | 6.49 |
| Transferred during period | (553) | 13.16 | (3,382) | 8.16 |
| Expired during the period | (57,989) | 14.22 | (35,911) | 12.61 |
| Outstanding at the end of the period | 0 | | 2,219,614 | 10.29 |
| Exercisable at the end of the period | 0 | | 1,328,045 | 8.19 |

The weighted average share price at the date of exercise for share options exercised during the period was £25.00 (2010: £17.01). There were no remaining options outstanding at 31 October 2011. The options outstanding at 31 December 2010 had a weighted average exercise price of £10.29 and a weighted average remaining contractual life of 4.8 years. The number of shares outstanding at the beginning of 2010 has been restated to include options which had previously been disclosed in other group entities.

The weighted average fair value of options granted in the period was £6.16 per option (2010: £5.02 per option). The assumptions for the Black-Scholes model are as follows:

|  | 31 October 2011 | 31 December 2010 |
|---|---|---|
| Weighted average share price | £16.88 | £14.96 |
| Weighted average exercise price | £16.88 | £14.96 |
| Expected volatility | 51% | 46% |
| Expected life | 3 years | 3 years |
| Risk-free rate | 2.5% | 2.5% |
| Expected dividends | - | - |

Expected volatility was determined by calculating the historical volatility of the group's share price over the previous three years. The expected life used in the model has been adjusted, based on management's best estimate, for the effects of non-transferability, exercise restrictions and behavioural considerations.

FOIA Confidential Treatment Requested

HP-SEC-01575638

Exh 2445-0028

**AUTONOMY SYSTEMS LIMITED**


**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**


**8.    SHARE BASED PAYMENTS (continued)**

Share option exercise prices were automatically adjusted to reflect the changes in Autonomy Corporation Limited's share capital structure arising in connection with the Company's December 2006 rights issue. The effect of the adjustment was to ensure that employees were not unfairly discriminated against as stakeholders following the dilution of Autonomy Corporation Limited's share price as a result of the rights issue. No fair value adjustments arose as a result of this transaction.

During the period, 82,878 shares were granted at nil exercise price to a director and an employee as part of the deferred bonus plan. All shares awarded in the deferred bonus plan vested upon the group's acquisition by Hewlett-Packard Company on 3 October 2011, resulting in 101,767 shares being exercised by directors and employees. In 2010, 20,750 shares vested.

The Company recognised total expense of £5,111,000 (2010: £1,007,000) related to equity-settled share based payments in 2011.


**9.    INTANGIBLE FIXED ASSETS – SOFTWARE LICENSES**

|  | Software licenses £'000 |
|---|---|
| **Cost** | |
| At 1 January 2010 | 1,021 |
| Additions | 8 |
| Disposals | (1,021) |
| At 31 October 2011 | 8 |
| **Accumulated amortisation** | |
| At 1 January 2011 | 1,021 |
| Disposal | (1,021) |
| At 31 October 2011 | - |
| **Net book value** | |
| At 31 October 2011 | 8 |
| At 31 December 2010 | - |

The comparative information has been restated for a retrospective change in accounting policy to expense research and development expenditure to the profit and loss account as incurred. For additional information see note 19.

FOIA Confidential Treatment Requested

HP-SEC-01575639

Exh 2445-0029

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

10. **INTANGIBLE FIXED ASSETS - GOODWILL**

|  | £'000 (restated) |
|---|---|
| **Cost** | |
| At 1 January 2011 and 31 October 2011 | 19,989 |
| **Accumulated amortisation** | |
| At 1 January 2011 | 829 |
| Charge for the period | 3,680 |
| At 31 October 2011 | 4,509 |
| **Net book value** | |
| At 31 October 2011 | 15,480 |
| At 31 December 2010 | 19,160 |

The cost has been restated as a result revenue adjustments identified in prior years (note 19).

As per Note 1 the useful life of the goodwill has been amended from 15 to 5 years.

11. **TANGIBLE FIXED ASSETS**

|  | Leasehold improvements £'000 | Motor vehicles £'000 | Computer equipment £'000 | Fixtures, fittings and equipment £'000 | Total £'000 |
|---|---|---|---|---|---|
| **Cost** | | | | | |
| At 1 January 2011 (restated) | - | 5 | 3,027 | 1,356 | 4,388 |
| Additions | 11 | - | 2,361 | 226 | 2,598 |
| Disposals | - | (5) | (1,866) | (104) | (1,975) |
| At 31 October 2011 | 11 | - | 3,522 | 1,478 | 5,011 |
| **Accumulated depreciation** | | | | | |
| At 1 January 2011 (restated) | - | 5 | 2,055 | 715 | 2,775 |
| Charge for the period | 1 | - | 487 | 148 | 636 |
| Disposals | - | (5) | (1,866) | (104) | (1,975) |
| At 31 October 2011 | 1 | - | 676 | 759 | 1,436 |
| **Net book value** | | | | | |
| At 31 October 2011 | 10 | - | 2,846 | 719 | 3,575 |
| At 31 December 2010 (restated) | - | - | 972 | 641 | 1,613 |

The brought forward cost and accumulated depreciation have been restated to correct for errors identified by the current directors during the accounting period ending 31 October 2011.

28

FOIA Confidential Treatment Requested

HP-SEC-01575640

Exh 2445-0030

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

12.    **FIXED ASSET INVESTMENTS**

|  | 31 October 2011 £'000 | 31 December 2010 £'000 (restated) |
|---|---|---|
| Subsidiary undertakings | 1,573 | 43 |
| Other investments | - | 3 |
|  | 1,573 | 46 |

a) Investments in subsidiary undertakings

|  | 2011 £'000 | 2010 £'000 |
|---|---|---|
| **Cost** | | |
| At beginning of period | 43 | 43 |
| Additions | 1,530 | - |
| At end of period. | 1,573 | 43 |

On 28 September 2011, the Company sold intellectual property to Longsand Limited in exchange for the issue of 999 ordinary shares in Longsand Limited.

FOIA Confidential Treatment Requested

HP-SEC-01575641

Exh 2445-0031

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

12. **FIXED ASSET INVESTMENTS (continued)**

On 15 May 2011 the Company acquired a 100% shareholding in the following Iron Mountain companies
- Iron Mountain GmbH (name changed to Autonomy Digital GmbH)
- Iron Mountain SARL (name changed to Autonomy Digital SARL)
- Iron Mountain Digital Limited (name changed to Autonomy Digital Limited)
- Iron Mountain Digital KK

The Company has direct investments in the following subsidiary undertakings:

| Name | Principal activity | Class of holding | Country of incorporation | Holding % |
|---|---|---|---|---|
| Autonomy Australia Pty | Software distribution | Ordinary | Australia | 100% |
| Autonomy Belgium BVBA | Software distribution | Ordinary | Belgium | 99% |
| Autonomy France Sarl | Software distribution | Ordinary | France | 100% |
| Autonomy Germany GmbH | Software distribution | Ordinary | Germany | 100% |
| Autonomy Italy SRL | Software distribution | Ordinary | Italy | 100% |
| Autonomy Netherlands BV | Software distribution | Ordinary | Netherlands | 100% |
| Autonomy Spain SL | Software distribution | Ordinary | Spain | 100% |
| Autonomy Systems Singapore Pte Ltd | Software distribution | Ordinary | Singapore | 100% |
| Autonomy Beijing | Software distribution | Ordinary | China | 100% |
| Iron Mountain Digital KK | Software archiving | Ordinary | Japan | 100% |
| Autonomy Digital GmbH | Software archiving | Ordinary | Germany | 100% |
| Autonomy Digital SARL | Software archiving | Ordinary | France | 100% |
| Autonomy Digital Limited | Software archiving | Ordinary | United Kingdom | 100% |
| Longsand Limited | Software development | Ordinary | United Kingdom | 100% |

FOIA Confidential Treatment Requested

HP-SEC-01575642

Exh 2445-0032

**AUTONOMY SYSTEMS LIMITED**

## NOTES TO THE FINANCIAL STATEMENTS
**10 months ended 31 October 2011**

### 12.    FIXED ASSET INVESTMENTS (continued)

|  | £'000 (restated) |
|---|---:|
| b) Other investments – unlisted trade investments | |
| **Cost** | |
| At 1 January 2011 | 203 |
| Disposals | (203) |
| At 31 October 2011 | - |
| **Impairment** | |
| At 1 January 2011 | 200 |
| Written off | 3 |
| Disposals | (203) |
| At 31 October 2011 | - |
| **Net book value** | |
| At 31 October 2011 | - |
| At 31 December 2010 | 3 |

Prior year numbers have been restated to remove an investment of £2,607,000 in Realise Limited which had been recognised in the Company balance sheet. The current directors identified that this investment is actually owned by Autonomy Corporation Limited (the parent Company of Autonomy Systems Limited) and hence the investment has been recorded in the financial statements of Autonomy Corporation Limited.

### 13.    DEBTORS

|  | 31 October 2011 £'000 | 31 December 2010 £'000 (restated) |
|---|---:|---:|
| Trade debtors | 36,020 | 24,701 |
| Amounts due from group companies | 159,599 | 108,356 |
| Corporation tax | 13,699 | - |
| Other debtors | 2,338 | 6,717 |
| Prepayments and accrued income | 3,654 | 7,104 |
| Deferred tax (note 7) | - | 1,363 |
|  | 215,310 | 148,241 |

All debtors are due within one year at 31 October 2011 and 31 December 2010.

FOIA Confidential Treatment Requested

HP-SEC-01575643

Exh 2445-0033

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

### 14.   CREDITORS: AMOUNTS FALLING DUE WITHIN ONE YEAR

| | 31 October 2011 £'000 | 31 December 2010 £'000 (restated) |
|---|---:|---:|
| Trade creditors | 5,461 | 4,141 |
| Amounts owed to group companies | 13,927 | 16,433 |
| Corporation tax | - | 5,924 |
| Taxation and social security | 22,493 | 1,232 |
| Other liabilities | 4,860 | 5,301 |
| Accruals and deferred income | 46,777 | 31,327 |
| | 93,518 | 64,358 |

Included within other liabilities at 31 October 2011 are liabilities associated with debt financing arrangements of £4,690,000 (31 December 2010: £5,169,000).

### 15.   CALLED UP SHARE CAPITAL

| | 31 October 2011 £ | 31 December 2010 £ |
|---|---:|---:|
| **Authorised, allotted, called up and fully paid** | | |
| 100 (2010:100) ordinary shares of £1 each | 100 | 100 |

### 16.   RECONCILIATION OF MOVEMENT IN SHAREHOLDER'S FUNDS

| | Called up share capital £'000 | Profit and loss account £'000 | Total 2011 £'000 | Total 2010 £'000 |
|---|---:|---:|---:|---:|
| At beginning of period (restated - note 19) | - | 129,515 | 129,515 | 108,882 |
| Retained profit for the period | - | 12,155 | 12,155 | 19,626 |
| Stock compensation charge for the period | - | 5,111 | 5,111 | 1,007 |
| At end of period | - | 146,781 | 146,781 | 129,515 |

FOIA Confidential Treatment Requested

HP-SEC-01575644

Exh 2445-0034

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

### 17.   OPERATING LEASE COMMITMENTS

The Company had annual commitments under non-cancellable operating leases as follows:

| | Land and buildings | | Other | |
|---|---|---|---|---|
| | 31 October 2011 £'000 | 31 December 2010 £'000 (restated) | 31 October 2011 £'000 | 31 December 2010 £'000 (restated) |
| Leases which expire: | | | | |
| Within one year | 47 | 256 | 11 | 12 |
| Between two to five years | 1753 | 1,753 | 49 | 40 |
| After five years | - | - | - | 1 |
| | 1,800 | 2,009 | 60 | 53 |

### 18.   PENSION ARRANGEMENTS

The Company operated a defined contribution pension scheme for which the pension cost charge for the period amounted to £118,000 (year ended 31 December 2010: £124,000). At 31 October 2011 the Company had £59,000 accrued in respect of pension contributions (year ended 31 December 2010 £28,000).

### 19.   PRIOR PERIOD RESTATEMENT

*Fundamental errors*



The extensive investigations undertaken by Hewlett-Packard, and by the Directors, into the past accounting practices of the group, have revealed extensive errors in the previously issued financial statements. These have required all aspects of the accounting to be re-assessed. The errors (including misstatements) found as a result of these investigations have led to restatements to the previously issued financial statements of the Company for the year ending 31 December 2010, principally relating to the recognition of revenue and costs, as well as to the accounting for investments and to correct the balance sheet for balances denominated in foreign currency not re-valued at the year end.

Given the volume and magnitude of the above errors, it is possible that further errors may remain undetected. REDACTED The Company's earnings and financial position may be further impacted by any such additional errors found in the accounting of fellow group undertakings including in intragroup transactions, especially as the Company earns a significant element of revenue from the earnings of fellow group undertakings.

*33*

FOIA Confidential Treatment Requested

HP-SEC-01575645

Exh 2445-0035

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

19.   **PRIOR PERIOD RESTATEMENT (continued)**

*Accounting policy changes*

During the period the Company changed its accounting policy in relation to research and development expenditure. The Company has historically capitalised development costs on the balance sheet and amortised these costs through the profit and loss account over the life of the product to which they related. During 2011, after the Company became a subsidiary of Hewlett-Packard, this policy was amended to expense all research and development expenditure as incurred to the profit and loss account to align the accounting policies of Autonomy Systems Limited with that of other Hewlett-Packard Companies reporting under UK GAAP. This is considered to be a change in accounting policy to a more appropriate methodology and therefore the comparatives have been restated.

Current period profit before tax is reduced by £13,897,000 as a result of the accounting policy change.

The Company has also restated prior period costs due to a change in accounting policy with regard to cost classification, between cost of sales, administration expenses and distribution expenses. This change has been made in order to present financial statements that more appropriately reflect the definitions of these costs. This change has no impact on previously reported net profit or reserves.

The company also conformed the presentation of the stock compensation reserve to reclassify the amount against retained earnings. This change has no impact on previously reported net profit or reserves.

Summary impact on the 2010 Profit & Loss account and Balance Sheet:

| | Profit for the year £'000 | Shareholder funds / net assets £'000 |
|---|---|---|
| As previously reported – 31 December 2010 | 105,747 | 298,188 |
| Impact of 2009 restatements (per table below) | - | (82,552) |
| | | |
| Correction of fundamental errors: | | |
| Revenue related errors (Note i) | | |
| -    Impact via direct sales | (19,617) | (19,617) |
| -    Impact via transfer pricing revenue | (50,945) | (50,945) |
| Cost recognition errors (Note ii) | (2,450) | (2,450) |
| Transfer of investments incorrectly recorded in balance sheet (Note iii) | - | - |
| Revaluation of balances denominated in foreign currencies (Note iv) | 344 | 344 |
| | (72,668) | (72,668) |
| | | |
| Accounting policy changes: | | |
| Change in research and development accounting policy | (19,806) | (19,806) |
| Deferred tax impact of change in research and development accounting policy (note v) | 6,353 | 6,353 |
| | (13,453) | (13,453) |
| | | |
| As restated – 31 December 2010 | 19,626 | 129,515 |

FOIA Confidential Treatment Requested

HP-SEC-01575646

Exh 2445-0036

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

19.   **PRIOR PERIOD RESTATEMENT (continued)**

Summary impact on brought forward reserves at 1 January 2010:

| | Retained earnings £'000 | Shareholder funds / net assets £'000 |
|---|---|---|
| As previously reported – 31 December 2009 | 188,010 | 191,434 |
| | | |
| Correction of fundamental errors: | | |
| Revenue related errors (Note i) | | |
| -   Impact via direct sales | (5,032) | (5,032) |
| -   Impact via transfer pricing revenue | (73,520) | (73,520) |
| Cost recognition errors (Note ii) | (7,941) | (7,941) |
| Revaluation of balances denominated in foreign currencies (Note iv) | 6,360 | 6,360 |
| | (80,133) | (80,133) |
| Accounting policy changes: | | |
| Impact of change in research and development accounting policy | (2,419) | (2,419) |
| Stock compensation reserve reclassified to retained earnings | 3,424 | - |
| | 1,005 | (2,419) |
| As restated – 31 December 2009 | 108,882 | 108,882 |

FOIA Confidential Treatment Requested

HP-SEC-01575647

Exh 2445-0037

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

19.    **PRIOR PERIOD RESTATEMENT (continued)**

*Notes:*

(i) Extensive errors have been identified and corrected related to the sale of software and the recognition of associated costs.

Revenue has been reversed or deferred to a later period where review of the transactions indicated that the risks and rewards of ownership had not transferred at the point when revenue had previously been recognised. The causes of these adjustments to previously recorded revenue include: sales where other collectability issues existed at the time of initial recognition of revenue: barter type transactions where an element of the transaction did not have economic substance or for which a fair value could not be reliably determined: services transactions where the arrangement required significant customisation or for which costs to complete could not be reliably estimated: and managed services arrangements where multiple element accounting was applied despite the resultant elements either having no separate economic substance or for which a reliable fair value was not determined for the undelivered elements.

These adjustments impact the financial statements both though direct sales made by the Company to third parties and via similar mis-statements in fellow group undertakings which resulted in erroneous transfer pricing revenue recorded by the Company. Errors in the proper application of the transfer pricing agreements between the Company and its fellow group undertakings have also been corrected.

(ii) Cost recognition adjustments relating to trade expenses and employee related expenses, principally commissions, bonuses, employee expenses and vacation accruals have been identified, resulting in restatements at 31 December 2010 and 31 December 2009 to reflect correct expense recognition at the appropriate balance sheet date.

(iii) As per Note 12, prior year numbers have been restated to remove the investment of £2,607,000 in Realise Limited which had been recognised on the Company balance sheet. The current directors identified that this investment is actually owned by Autonomy Corporation Limited (the parent Company of Autonomy Systems Limited) and an adjustment has been included to correctly record the investment within the financial statements of Autonomy Corporation Limited.

(iv) Monetary assets and liabilities denominated in foreign currencies had not been correctly re-valued at the balance sheet date in previous financial statements. The prior year adjustment reflects the retranslation of the balances into sterling at the rates of exchange at 31 December 2010.

(v) As a result of the change in accounting policy in relation to capitalising research and development costs, the Company has de-recognised an associated deferred tax liability.

Furthermore, as a result of the fundamental errors identified, the Company has submitted a total claim for overpayment of tax of £37,385,000 in December 2013 (£17,791,000 in respect of the tax return for the year ended 31 December 2009 and £19,594,000 in respect of the tax return for the year ended 31 December 2010). Based on further adjustments to the financial statements after the claim was submitted to HMRC the current best estimate of the revised claim that will be submitted to HMRC for over payment of tax is £38,435,000 (£18,696,000 in respect of the tax return for the year ended 31 December 2009 and £19,739,000 in respect of the tax return for the year ended 31 December 2010). At the date of signing the financial statements HMRC have not agreed the claim and therefore no benefit has been recognised as it is difficult to reliably estimate the final value of the repayment.

20.    **RELATED PARTY TRANSACTIONS**

The Company has taken advantage of the exemption available to wholly owned subsidiary undertakings under Financial Reporting Standard 8 ("Related Party Transactions"), and accordingly has not provided details of its transactions with other wholly owned entities forming part of the Hewlett-Packard Company group. There are no further related party transactions requiring disclosure.

FOIA Confidential Treatment Requested

HP-SEC-01575648

Exh 2445-0038

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**10 months ended 31 October 2011**

21.   **CONTINGENT LIABILITIES**


REDACTED

22.   **ULTIMATE PARENT COMPANY**

The directors regard Hewlett-Packard Company, a corporation registered in the United States of America, as the ultimate parent Company and controlling party of the Company as at the balance sheet date.  The directors regard Autonomy Corporation Limited (formerly Autonomy Corporation plc) as the ultimate parent Company and controlling party of the Company until 3 October 2011 when the Autonomy Group was acquired by Hewlett-Packard Company. Autonomy Corporation Limited (formerly Autonomy Corporation plc) is the immediate parent Company as of period end.

Hewlett-Packard Company is the parent Company of the largest and smallest group for which the group accounts are drawn up. Copies of the group financial statements of Hewlett-Packard Company can be obtained from 3000 Hanover Street, Palo Alto, California, USA.

23.   **POST BALANCE SHEET EVENTS**

On 28 March 2012, the Directors of Autonomy Systems Limited declared an interim dividend of £191,508,000 (paid in USD at a rate of £1:USD1.5874) to Autonomy Corporation Limited.

On 25 April 2012, Autonomy Corporation Limited (formerly Autonomy Corporation plc) subscribed to 1 ordinary share in Autonomy Systems Limited at a premium equal to the face value of a promissory note between Autonomy Corporation Limited and Longsand Limited in return for transferring the promissory note to Autonomy Systems Limited.

Also on 25 April 2012, Autonomy Systems Limited subscribed to 1 ordinary share in Longsand Limited at a premium equal to the face value of the promissory note to settle the promissory note in full (face value: £424,000).

On 1 June 2013 the Company sold its trade and assets to Hewlett-Packard Limited, a fellow group undertaking, retaining only its research and development function, transferring net liabilities with a book value of £5,748,000. The Company also retained balances due and from fellow group undertakings.

As discussed in note 19, the Company booked a number of prior year adjustments in respect of the years ended 31 December 2009 and 31 December 2010. As a result of this the Company has submitted a total claim for overpayment of tax of £37,385,000 in December 2013 (£17,791,000 in respect of the tax return for the year ended 31 December 2009 and £19,594,000 in respect of the tax return for the year ended 31 December 2010).  Based on further adjustments to the financial statements after the claim was submitted to HMRC the current best estimate of the revised claim that will be submitted to HMRC for over payment of tax is £38,435,000 (£18,696,000 in respect of the tax return for the year ended 31 December 2009 and £19,739,000 in respect of the tax return for the year ended 31 December 2010). At the date of signing the financial statements HMRC have not agreed the claim and therefore no benefit has been recognised as it is difficult to reliably estimate the final value of the repayment.

FOIA Confidential Treatment Requested

HP-SEC-01575649

Exh 2445-0039

# TRIAL EXHIBIT 1373

Company Registration No. 03063054

# AUTONOMY SYSTEMS LIMITED

## Report and Financial Statements

## 31 December 2010

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01592890

Exh 1373-0001

**AUTONOMY SYSTEMS LIMITED**

**REPORT AND FINANCIAL STATEMENTS 2010**

## CONTENTS

| | Page |
|---|---|
| Officers and professional advisers | 1 |
| Directors' report | 2 |
| Directors' responsibilities statement | 5 |
| Independent auditor's report | 6 |
| Profit and loss account | 8 |
| Balance sheet | 9 |
| Notes to the financial statements | 10 |

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-01592891

Exh 1373-0002

**AUTONOMY SYSTEMS LIMITED**

**REPORT AND FINANCIAL STATEMENTS 2010**

**OFFICERS AND PROFESSIONAL ADVISERS**

**DIRECTORS**

A Kanter
S Hussain

**SECRETARY**

A Kanter

**REGISTERED OFFICE**

Cambridge Business Park
Cowley Road
Cambridge
CB4 0WZ

**BANKERS**

Barclays Bank plc
St Andrews Street
Cambridge
CB2 3AA

**AUDITOR**

Deloitte LLP
Chartered Accountants and Statutory Auditor
Cambridge, United Kingdom

1

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-01592892**

Exh 1373-0003

**AUTONOMY SYSTEMS LIMITED**

### DIRECTORS' REPORT

The directors present their annual report and the audited financial statements for the year ended 31 December 2010.

### PRINCIPAL ACTIVITY

The company's principal activity continues to be software development and distribution.

### REVIEW OF DEVELOPMENTS AND FUTURE PROSPECTS

The company will continue to try and establish its technology as the infrastructure standard for automating operations on all forms of unstructured information. This will involve signing licence agreements with new customers and establishing relationships with third party value added resellers, services providers and original equipment manufacturers (OEMs).

Revenue for the year has increased by 37% (2009 - 20%) and cash at bank and in hand at the year end was £24,999,000 (2009 - £24,220,000). The increase in revenues in the year is due to strong organic growth driven by the launch of Autonomy's revolutionary new product, IDOL SPE, which was launched in 2009. Management intends to maintain the strong cash position and levels of growth in the future.

In the current year profit before tax has increased by 31% (2009 - 17%) and as at the balance sheet date Autonomy Systems Limited had net assets of £298,188,000 (2009 - £191,434,000).

On 9 June 2010 the company acquired the assets, liabilities and trading of the Information Governance business from CA, Inc. For further information relating to the acquisition see note 9.

### KEY RISKS

The key risks to which the business is exposed are summarised as follows:

- Our business depends on our core technology, currently marketed under the brand IDOL Server, and our strategy has been, and for the foreseeable future will continue to be, to concentrate our efforts on developing and marketing software based on our proprietary technology. Technology which significantly competes with the company's technology, or material legal claims against our technology, would present a material risk to the company.
- Expenditures increasing without a commensurate increase in revenues, and rapid changes in market conditions, could result in poor operating results.
- The average selling prices of our products could decrease rapidly, which may negatively impact revenues and gross margins.
- Our reliance on sales of our products by third parties such as value added resellers makes it difficult to predict our revenues, cash flow and operating results.
- Errors or defects in our products, which could negatively affect our revenues and the market acceptance of our products and increase our costs.

The company's policies applicable to employees addressing key business risks, including financial, communications, whistle blowing and health and safety, are made available through policy manuals and the company's intranet site.

The processes to identify and manage the key risks to the success of the company are an integral part of the internal control environment. Such processes, in addition to those discussed above, include strategic planning, appointing highly skilled managers with accountability, regular monitoring of performance and setting and communicating high standards and targets for ethics, safety and health.

### GOING CONCERN

The company continues to generate profits and has a significant cash balance to allow it to meet its liabilities as they fall due. As a consequence, the directors believe that the company is well placed to manage its business risks successfully despite the current uncertain economic outlook.

After making enquiries, the directors have a reasonable expectation that the company has adequate resources to continue in operational existence for the foreseeable future. Accordingly, they continue to adopt the going concern basis in preparing the annual report and accounts.

2

Exh 1373-0004

**AUTONOMY SYSTEMS LIMITED**

## DIRECTORS' REPORT

### KEY PERFORMANCE INDICATORS

The company has several key performance measures used internally to monitor and challenge performance and to assist investment decisions.  The most important indicators are:

- Revenue
- Research and development expenditure
- Cash at bank and in hand
- Headcount

Performance in the current and prior years is summarized as follows:

|  | 2010 £'000 | 2009 £'000 | % Change |
|---|---|---|---|
| Revenue | 175,632 | 128,451 | 37% |
| Research and development expenditure (including amounts capitalised) | 37,262 | 10,020 | 272% |
| Cash at bank and in hand | 24,999 | 24,220 | 3% |
| Headcount | 227 | 178 | 28% |

The company continues to invest in research and development. The directors regard investment in this area as a prerequisite for success in the medium to long-term future. Further measures that are considered at a group level are gross margins, operating margins and EPS. Information on these is contained in the Autonomy Corporation plc 2010 annual report.

### FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICY

The company's activities expose it to a number of financial risks including price risk, credit risk, cash flow risk and liquidity risk. The use of financial derivatives is governed by the company's policies approved by the board of directors, which provide written principles on the use of financial derivatives to manage these risks. The company does not use derivative financial instruments for speculative purposes.

*Cash flow risk*

The company's activities expose it primarily to the financial risks of changes in foreign currency exchange rates. These are naturally hedged with similar levels of income and expenditure in foreign currencies.

*Credit risk*

The company's principal financial assets are bank balances and cash, trade and other receivables, finance lease receivables and investments.

The company's credit risk is primarily attributable to its trade receivables. The amounts presented in the balance sheet are net of allowances for doubtful receivables.  An allowance for impairment is made where there is an identified loss event which, based on previous experience, is evidence of a reduction in the recoverability of the cash flows.

The credit risk on liquid funds and derivative financial instruments is limited because the counterparties are banks with high credit-ratings assigned by international credit-rating agencies.

The company has no significant concentration of credit risk, with exposure spread over a large number of counterparties and customers.

*Liquidity risk*

In order to maintain liquidity to ensure that sufficient funds are available for ongoing operations and future developments, the company uses funds from related group undertakings. The group has significant cash balances.

### DIVIDENDS

The directors do not recommend the payment of a dividend (2009 - £nil).

3

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-01592894**

Exh 1373-0005



## DIRECTORS' REPORT

### DIRECTORS

The directors who served throughout the year were as follows:

S Hussain
A Kanter

### RESEARCH AND DEVELOPMENT

The company continues to develop new software products and expects further product developments during 2011. The total amount written off to the profit and loss account for research and development expenditure during the year was £12,343,000 (2009 -£8,189,000).

### SUPPLIER PAYMENT POLICY

The company's policy is generally to pay suppliers at the end of the month following that in which the supplier's invoice is received.  The number of creditor days outstanding at 31 December 2010 was 55 days (2009 - 85 days).

### CHARITABLE AND POLITICAL CONTRIBUTIONS

During the year the company made charitable donations of £3,094 (2009 - £4,600) principally to local charities serving the community in which the company operates. No political donations were made.

### AUDITOR

Each of the persons who is a director at the date of approval of this annual report confirms that:

- so far as the directors are aware, there is no relevant audit information of which the company's auditor is unaware; and

- the directors have taken all the steps that ought to have been taken as directors to make themselves aware of any relevant audit information and to establish that the company's auditor is aware of that information.

This confirmation is given and should be interpreted in accordance with the provisions of s418 of the Companies Act 2006.

Deloitte LLP have expressed their willingness to continue in office as auditor and a resolution to reappoint them as auditor will be proposed at the forthcoming Annual General Meeting.

Approved by the Board of Directors
and signed on behalf of the Board

*Sushovan Hussain*

Sushovan Hussain
Director

*30 September 2011*

4

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01592895

Exh 1373-0006

# AUTONOMY SYSTEMS LIMITED

## DIRECTORS' RESPONSIBILITIES STATEMENT

The directors are responsible for preparing the Annual Report and the financial statements in accordance with applicable law and regulations.

Company law requires the directors to prepare financial statements for each financial year. Under that law the directors have elected to prepare the financial statements in accordance with United Kingdom Generally Accepted Accounting Practice (United Kingdom Accounting Standards and applicable law). Under company law the directors must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs of the company and of the profit or loss of the company for that period. In preparing these financial statements, the directors are required to:

- select suitable accounting policies and then apply them consistently;

- make judgments and accounting estimates that are reasonable and prudent;

- state whether applicable UK Accounting Standards have been followed, subject to any material departures disclosed and explained in the financial statements; and

- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the company will continue in business.

The directors are responsible for keeping adequate accounting records that are sufficient to show and explain the company's transactions and disclose with reasonable accuracy at any time the financial position of the company and enable them to ensure that the financial statements comply with the Companies Act 2006. They are also responsible for safeguarding the assets of the company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

5

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01592896

Exh 1373-0007



## INDEPENDENT AUDITOR'S REPORT TO THE MEMBERS OF AUTONOMY SYSTEMS LIMITED

We have audited the financial statements of Autonomy Systems Limited for the year ended 31 December 2010 which comprise the profit and loss account, the balance sheet and the related notes 1 to 20. The financial reporting framework that has been applied in their preparation is applicable law and United Kingdom Accounting Standards (United Kingdom Generally Accepted Accounting Practice).

This report is made solely to the company's members, as a body, in accordance with Chapter 3 of Part 16 of the Companies Act 2006. Our audit work has been undertaken so that we might state to the company's members those matters we are required to state to them in an auditor's report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the company and the company's members as a body, for our audit work, for this report, or for the opinions we have formed.

**Respective responsibilities of directors and auditor**

As explained more fully in the Directors' Responsibilities Statement, the directors are responsible for the preparation of the financial statements and for being satisfied that they give a true and fair view. Our responsibility is to audit and express an opinion on the financial statements in accordance with applicable law and International Standards on Auditing (UK and Ireland). Those standards require us to comply with the Auditing Practices Board's (APB's) Ethical Standards for Auditors.

**Scope of the audit of the financial statements**

An audit involves obtaining evidence about the amounts and disclosures in the financial statements sufficient to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or error. This includes an assessment of: whether the accounting policies are appropriate to the company's circumstances and have been consistently applied and adequately disclosed; the reasonableness of significant accounting estimates made by the directors; and the overall presentation of the financial statements.

**Opinion on financial statements**

In our opinion the financial statements:

- give a true and fair view of the state of the company's affairs as at 31 December 2010 and of its profit for the year then ended;

- have been properly prepared in accordance with United Kingdom Generally Accepted Accounting Practice; and

- have been prepared in accordance with the requirements of the Companies Act 2006.

**Opinion on other matter prescribed by the Companies Act 2006**

In our opinion the information given in the Directors' Report for the financial year for which the financial statements are prepared is consistent with the financial statements.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01592897

Exh 1373-0008

**INDEPENDENT AUDITOR'S REPORT TO THE MEMBERS OF AUTONOMY SYSTEMS LIMITED (continued)**

**Matters on which we are required to report by exception**

We have nothing to report in respect of the following matters where the Companies Act 2006 requires us to report to you if, in our opinion:

- adequate accounting records have not been kept, or returns adequate for our audit have not been received from branches not visited by us; or

- the financial statements are not in agreement with the accounting records and returns; or

- certain disclosures of directors' remuneration specified by law are not made; or

- we have not received all the information and explanations we require for our audit.

Nigel Mercer (Senior Statutory Auditor)
**For and on behalf of Deloitte LLP**
Chartered Accountants and Statutory Auditor
Cambridge, United Kingdom

30 September 2011

7

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-01592898**

Exh 1373-0009

**AUTONOMY SYSTEMS LIMITED**

**PROFIT AND LOSS ACCOUNT**
**Year ended 31 December 2010**

| | Note | £'000 | 2010 £'000 | £'000 | 2009 £'000 |
|---|---|---|---|---|---|
| **TURNOVER** | 2 | | 175,632 | | 128,451 |
| Cost of sales | | | (3,340) | | (1,286) |
| Gross profit | | | 172,292 | | 127,165 |
| Distribution costs | | | (18,870) | | (9,173) |
| Administrative expenses | | | | | |
| Research and development costs | | (12,343) | | (8,189) | |
| Other administrative expenses | | (3,639) | | (2,997) | |
| Foreign exchange | | (1,830) | | (3,546) | |
| Total administrative expenses | | | (17,812) | | (14,732) |
| **OPERATING PROFIT** | 3 | | 135,610 | | 103,260 |
| Interest receivable and similar income | 4 | | 122 | | 133 |
| **PROFIT ON ORDINARY ACTIVITIES BEFORE TAXATION** | | | 135,732 | | 103,393 |
| Tax on profit on ordinary activities | 6 | | (29,985) | | (25,158) |
| **RETAINED PROFIT FOR THE FINANCIAL YEAR** | 16 | | 105,747 | | 78,235 |

All results are derived from continuing activities.

There are no recognised gains and losses for the year other than the profit for each year and hence no statement of total recognised gains and losses has been prepared.

8

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01592899

Exh 1373-0010



## AUTONOMY SYSTEMS LIMITED

**BALANCE SHEET**
**31 December 2010**

| | Note | 2010 £'000 | 2009 £'000 |
|---|---|---|---|
| **FIXED ASSETS** | | | |
| Development costs and software licences | 8 | 23,685 | 2,419 |
| Goodwill | 9 | 20,499 | - |
| Intangible assets | | 44,184 | 2,419 |
| Tangible assets | 10 | 1,562 | 1,020 |
| Investments | 11 | 2,653 | 266 |
| | | 48,399 | 3,705 |
| **CURRENT ASSETS** | | | |
| Stocks | | 38 | 38 |
| Debtors | 12 | 266,166 | 197,857 |
| Cash at bank and in hand and short term deposits | | 24,999 | 24,220 |
| | | 291,203 | 222,115 |
| **CREDITORS: amounts falling due within one year** | 14 | (36,424) | (34,386) |
| **NET CURRENT ASSETS** | | 254,779 | 187,729 |
| **TOTAL ASSETS LESS CURRENT LIABILITIES** | | 303,178 | 191,434 |
| **PROVISIONS FOR LIABILITIES** | | | |
| Deferred Tax | 13 | (4,990) | - |
| **NET ASSETS** | | 298,188 | 191,434 |
| **CAPITAL AND RESERVES** | | | |
| Called up share capital | 15 | - | - |
| Stock compensation reserve | 16 | 4,431 | 3,424 |
| Profit and loss account | 16 | 293,757 | 188,010 |
| **SHAREHOLDERS' FUNDS** | 16 | 298,188 | 191,434 |

The financial statements of Autonomy Systems Limited, registered number 03063054, were approved and authorised for issue by the Board of Directors on 30 September 2011
Signed on behalf of the Board of Directors

Sushovan Hussain
Director

9

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01592900

Exh 1373-0011

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

1.   **ACCOUNTING POLICIES**

The principal accounting policies, all of which have been applied consistently throughout the year and the preceding year, are set out below:

*Basis of accounting*
The financial statements are prepared under the historical cost convention and in accordance with applicable United Kingdom accounting standards.  The company is exempt from the obligation to prepare group financial statements as it is a wholly owned subsidiary undertaking of Autonomy Corporation plc.

*Going concern*
The financial statements are prepared on a going concern basis which the directors believe to be appropriate for the reasons set out in the directors' report.

*Turnover*
The company discloses turnover within one category, namely sale of software, as required by FRS 5. During 2010 there has been no change to the company's turnover recognition policies in any respect. The nature of the transactions that the company has entered into during 2010 is the same as in 2009 in all respects. To assist the reader in understanding the company's business the accounting policy set forth below has been reviewed and clarified, but does not represent any change in the company's accounting policy for the recognition or measurement of turnover.

Turnover is measured at the fair value of the consideration received or receivable and represents amounts receivable for goods in the normal course of business, net of discounts and sales taxes.

Deferred revenues primarily relate to customer support and maintenance fees, which have been invoiced to the customer prior to the performance of these obligations. Deferred revenue is recognised rateably over the term of the contract, usually over a period of one to three years.

i) Sale of goods

The company sells its products as licenses to resellers, OEMs and direct to end-users together with associated support and maintenance. In addition, the company also sells some of its products on a subscription basis.

Turnover from software license agreements is recognised where there is persuasive evidence of an agreement with a customer (contract and/or binding purchase order), delivery of the software has taken place, collectability is probable and the fee has been contractually agreed and is not subject to adjustment or refund (i.e is fixed and determinable). If an acceptance period is required, turnover is recognised upon the earlier of customer acceptance or the expiration of the acceptance period. Turnover is recognized on contracts providing that the customer passes defined creditworthiness checks. If significant post-delivery obligations exist or if a sale is subject to customer acceptance, turnover is deferred until no significant obligations remain or acceptance has occurred.

The company enters into OEM and reseller arrangements that typically provide for fees payable to the company based on licensing of the company's software to third party customers. Sales are generally recognised as reported by the OEM or reseller and is based on the amount of product sold. Sales are recognised if all products subject to resale are delivered in the current period, no right of return policy exists, collection is probable and the fee is fixed and determinable.

Turnover from customer support and maintenance is recognised rateably over the term of the support period. If customer support and maintenance is included free or at a discount in a license agreement, these amounts are allocated out of the license fee at their fair market value based on the value established by independent sale of the customer support and maintenance to customers. Support and maintenance consists primarily of the supply of products, such as patches and updates, to the standard software.

10

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-01592901**

Exh 1373-0012

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

1.    **ACCOUNTING POLICIES (continued)**

ii) Rendering of services

Consulting and training turnover is included within rendering of services.

Turnover from consulting and training services is recognised as services are performed. If a transaction includes both license and service elements, license fee turnover is recognised upon shipment of the software, provided services do not include significant customisation or modification of the base product and the payment terms for licenses are not subject to acceptance criteria. In cases where license fee payments are contingent upon the acceptance of services, turnover from both the license and the service elements is deferred until the acceptance criteria are met.

iii) Cost of turnover

Cost of license turnover includes the cost of royalties due to third party licenses, costs of product media, product duplication and manuals.

*Intangible fixed assets*
Purchased software licences and development costs are capitalised at cost and depreciated in equal monthly instalments over a period of three years which is their estimated useful economic life. Provision is made for any impairment.

*Goodwill*
Goodwill arising on the acquisition of subsidiary undertakings and businesses, representing any excess of the fair value of the consideration given over the fair value of the identifiable assets and liabilities acquired, is capitalised and written off on a straight line basis over its useful economic life, which is 15 years. Provision is made for any impairment.

*Tangible fixed assets*
Fixed assets are shown at cost, net of depreciation and provision for impairment. Depreciation is provided at rates calculated to write off the cost, less estimated residual value, of each asset over its expected useful life at the following annual rates:

| | |
|---|---|
| Leasehold improvements | - over period of lease |
| Motor vehicles | - over 3 years |
| Computer equipment | - over 3 years |
| Fixtures, fittings and equipment | - over 5 years |

Residual value is calculated on prices prevailing at the date of acquisition. The carrying values of tangible fixed assets are reviewed for impairment when events or changes in circumstances indicate that the carrying value may not be recoverable.

*Fixed asset investments*
Fixed asset investments are shown at cost less any provision for impairment.

*Stocks*
Stocks are stated at the lower of cost and net realisable value.

11

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                    HP-SEC-01592902

Exh 1373-0013

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

1.   **ACCOUNTING POLICIES (continued)**

*Taxation*
Current tax is provided at amounts expected to be paid (or recovered) using the tax rates and laws that have been enacted or substantively enacted by the balance sheet date.

Deferred tax is recognised in respect of all timing differences that have originated but not reversed at the balance sheet date where transactions or events have occurred at that date that will result in an obligation to pay more, or a right to pay less or to receive more, tax, with the following exceptions:

- provision is made for tax on gains arising from the revaluation (and similar fair value adjustments) of fixed assets, and gains on disposal of fixed assets that have been rolled over into replacement assets, only to the extent that, at the balance sheet date, there is a binding agreement to dispose of the assets concerned. However, no provision is made where, on the basis of all available evidence at the balance sheet date, it is more likely than not that the taxable gain will be rolled over into replacement assets and charged to tax only where the replacement assets are sold;

- provision is made for deferred tax that would arise on remittance of the retained earnings of overseas subsidiaries, associates and joint ventures only to the extent that, at the balance sheet date, dividends have been accrued as receivable;

- deferred tax assets are recognised only to the extent that the directors consider that it is more likely than not that there will be suitable taxable profits from which the future reversal of the underlying timing differences can be deducted.

Deferred tax is measured on an undiscounted basis at the tax rates that are expected to apply in the periods in which timing differences reverse, based on tax rates and laws enacted or substantively enacted at the balance sheet date.

*Leases*
Rentals under operating leases are charged on a straight-line basis over the lease term, even if the payments are not made on such a basis.

*Research and development*
Research and development expenditure is normally written off unless the directors are satisfied as to the technical, commercial and financial viability of individual projects. In such cases, the identified expenditure is deferred and amortised over the period during which the company is expected to benefit. In this case, the development costs are capitalised on the balance sheet and amortised through the profit and loss account over the life of the product to which they relate.

*Foreign currency*
Transactions in foreign currencies are recorded at the rate of exchange at the date of the transaction. Monetary assets and liabilities denominated in foreign currencies at the balance sheet date are reported at the rates of exchange prevailing at that date.  Any gain or loss arising from a change in exchange rates subsequent to the date of the transaction is included as an exchange gain or loss in the profit and loss account.

*Pension costs*
For defined contribution schemes the amount charged to the profit and loss account in respect of pension costs and other post-retirement benefits is the contributions payable in the year. Differences between contributions payable in the year and contributions actually paid are shown as either accruals or prepayments in the balance sheet.

12

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                    **HP-SEC-01592903**

Exh 1373-0014

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

1. **ACCOUNTING POLICIES (continued)**

*Share-based payment*
The company has applied the requirements of FRS 20 "Share-based Payment". In accordance with the transitional provisions, FRS 20 has been applied to all grants of equity instruments after 7 November 2002 that were unvested at 1 January 2006.

The company issues equity-settled share-based payments to certain employees. These share-based payments are settled through issuance of shares in Autonomy Corporation plc. These are measured at fair value at the date of grant. The fair value determined at the grant date is expensed on a straight-line basis over the vesting period, based on the company's estimate of shares that will eventually vest and adjusted for the effect of non market-based vesting conditions.

Fair value is measured by use of the Black-Scholes pricing model. The expected life used in the model has been adjusted, based on management's best estimate, for the effects of non-transferability, exercise restrictions, and behavioural considerations.

*Cash flow statement*
The company is exempt from the requirements of Financial Reporting Standard No. 1 (Revised) "Cash flow statements" to produce a cash flow statement, as its ultimate parent company, Autonomy Corporation plc, prepares consolidated financial statements that are publicly available which include the results of the company for the financial year.

2. **TURNOVER**

All turnover relates to the sale of software and originates in the United Kingdom.

|  | 2010 £'000 | 2009 £'000 |
|---|---|---|
| The split of turnover by geographical destination was as follows: |  |  |
| United Kingdom | 26,672 | 10,645 |
| Rest of Europe | 18,959 | 10,358 |
| Rest of World | 130,001 | 107,448 |
|  | 175,632 | 128,451 |

3. **OPERATING PROFIT**

| | Note | 2010 £'000 | 2009 £'000 |
|---|---|---|---|
| Operating profit is stated after charging | | | |
| Depreciation of owned tangible fixed assets | | 576 | 597 |
| Research and development | | 12,343 | 8,189 |
| Amortisation of intangible fixed assets | | 4,401 | 910 |
| Operating lease rentals (land and buildings) | 17 | 1,036 | 1,180 |
| Operating lease rentals (other) | 17 | 123 | 112 |

Fees payable to the Company's auditor for the audit of the Company's annual accounts of £42,000 (2009: £42,000) was borne by the ultimate parent company, Autonomy Corporation plc.

13

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01592904

Exh 1373-0015



**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

### 4.   INTEREST RECEIVABLE AND SIMILAR INCOME

|  | 2010 £'000 | 2009 £'000 |
|---|---|---|
| Bank interest receivable and similar income | 122 | 133 |

### 5.   INFORMATION REGARDING DIRECTORS AND EMPLOYEES

|  | 2010 £'000 | 2009 £'000 |
|---|---|---|
| **Directors' remuneration** | | |
| Aggregate emoluments | 544 | 837 |
| **Highest paid director** | | |
| Aggregate emoluments | 304 | 516 |

|  | No | No |
|---|---|---|
| The average number of persons employed (including directors) by the company during the year was as follows: | | |
| Administrative and management | 47 | 38 |
| Software development | 120 | 96 |
| Selling and marketing | 60 | 44 |
|  | 227 | 178 |

|  | £'000 | £'000 |
|---|---|---|
| The costs incurred in respect of these employees were: | | |
| Wages and salaries | 8,206 | 7,834 |
| Social security costs | 1,420 | 1,309 |
| Pension costs | 124 | 72 |
|  | 9,750 | 9,215 |

During 2006 the Autonomy group established a matching pension scheme for all UK employees with more than three' years service. The scheme provides for the company to make a matching contribution to an individual employee's pension, up to 3% of the individual's base salary per annum. Mr Hussain and Mr Kanter participated in the scheme on the same terms available to all UK employees, and matching contributions of £8,633 and £6,819 respectively (2009: £8,471 and £6,589) were paid by the company.

14

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-01592905

Exh 1373-0016



**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

6.    TAX ON PROFIT ON ORDINARY ACTIVITIES

|  | 2010 £'000 | 2009 £'000 |
|---|---|---|
| **Corporation tax** | | |
| United Kingdom corporation tax at 28% (2009: 28%) based on the result for the year | 23,332 | 24,164 |
| Foreign tax - current tax on income for the period | 87 | 48 |
| Adjustment to prior years | 413 | 1,265 |
| Total current tax charge | 23,832 | 25,477 |
| **Deferred taxation** | | |
| Timing differences, origination and reversal | 6,153 | (319) |
| Tax charge on profit on ordinary activities | 29,985 | 25,158 |

**Factors affecting tax charge for the year:**

The tax assessed on the profit on ordinary activities for the year differs from the standard rate of corporation tax in the UK of 28% (2009: 28%). The differences are explained below.

|  | 2010 £'000 | 2009 £'000 |
|---|---|---|
| Profit on ordinary activities before tax | 135,732 | 103,393 |
| Tax on profit on ordinary activities at standard rate | 38,005 | 28,950 |
| Factors affecting charge for the year: | | |
| Disallowed expenses and non-taxable income | 1,020 | (676) |
| Depreciation in excess of capital allowances | (29) | 280 |
| Research and development credits | (9,169) | (2,503) |
| Deduction for exercise of options | (6,408) | (1,839) |
| Prior year adjustment | 413 | 1,265 |
| Tax charge for the year | 23,832 | 25,477 |

On 23 March 2011 the Government announced that the main rate of corporation tax would reduce to 26% with effect from 1 April 2011, with subsequent 1% reductions per annum to reach 23% with effect from 1 April 2014. These tax rate reductions had not been substantively enacted at the balance sheet date and therefore have not been reflected in the financial statements. The effect of these tax rate reductions on the deferred tax balance will be accounted for in the period in which the tax rate reductions are substantively enacted.

15

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01592906

Exh 1373-0017



**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

7.   **SHARE BASED PAYMENTS**

The company's employees participate in an unapproved option plan, UK Discretionary Option Scheme 1996 (the "UK Scheme") providing employees and executives with the opportunity to acquire a proprietary interest in Autonomy Corporation plc as an incentive to attract and retain the services of employees. Under the terms of the plan, options are granted with exercise prices not less than the fair market value of Autonomy Corporation plc's shares, become exercisable over vesting periods as established by the Board of Directors (generally three to four years), and generally expire seven years from the date of grant. Vested options are forfeited following termination of employment.

The following tables summarize options outstanding as at 31 December 2010.

| | 2010 | | 2009 | |
|---|---|---|---|---|
| | Number | Weighted average exercise price (£) | Number | Weighted average exercise price (£) |
| Outstanding at beginning of period | 2,339,662 | 8.21 | 2,530,260 | 6.28 |
| Granted during the period | 554,500 | 14.96 | 486,500 | 12.24 |
| Exercised during the period | (637,329) | 6.87 | (657,855) | 4.58 |
| Expired during the period | (35,911) | 12.61 | (19,243) | 7.71 |
| Outstanding at the end of the period | 2,220,922 | 10.29 | 2,339,662 | 8.21 |
| Exercisable at the end of the period | 1,312,554 | 8.19 | 1,325,292 | 6.5 |

The weighted average share price at the date of exercise for share options exercised during the period was £17.01 (2009:£13.15). The options outstanding at 31 December 2010 had a weighted average exercise price of £10.29 (2009: £8.21) and a weighted average remaining contractual life of 4.8 years.

The assumptions for the Black-Scholes model are as follows:

| | 2010 | 2009 |
|---|---|---|
| Weighted average share price | £14.96 | £12.24 |
| Weighted average exercise price | £14.96 | £12.24 |
| Expected volatility | 46% | 48% |
| Expected life | 3 years | 3 years |
| Risk-free rate | 2.5% | 2.5% |
| Expected dividends | - | - |

Expected volatility was determined by calculating the historical volatility of the group's share price over the previous three years. The expected life used in the model has been adjusted, based on management's best estimate, for the effects of non-transferability, exercise restrictions and behavioural considerations.

Share option exercise prices were automatically adjusted to reflect the changes in Autonomy Corporation plc's share capital structure arising in connection with the company's December 2006 rights issue. The effect of the adjustment was to ensure that employees were not unfairly discriminated against as stakeholders following the dilution of Autonomy Corporation plc's share price as a result of the rights issue. No fair value adjustments arose as a result of this transaction.

The company recognised total expense of £1,007,000  (2009: £964,000) related to equity-settled share based payments in 2010.

16

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-01592907**

Exh 1373-0018

AUTONOMY SYSTEMS LIMITED

NOTES TO THE FINANCIAL STATEMENTS
Year ended 31 December 2010

8.    INTANGIBLE FIXED ASSETS – DEVELOPMENT COSTS AND SOFTWARE LICENCES

| | Develop-ment costs £'000 | Software licences £'000 | Total £'000 |
|---|---|---|---|
| **Cost** | | | |
| At 1 January 2010 | 4,129 | 1,350 | 5,479 |
| Additions | 24,919 | - | 24,919 |
| Disposals | - | (329) | (329) |
| At 31 December 2010 | 29,048 | 1,021 | 30,069 |
| **Accumulated depreciation** | | | |
| At 1 January 2010 | 1,710 | 1,350 | 3,060 |
| Charge for the year | 3,653 | - | 3,653 |
| Eliminated on disposal | - | (329) | (329) |
| At 31 December 2010 | 5,363 | 1,021 | 6,384 |
| **Net book value** | | | |
| At 31 December 2010 | 23,685 | - | 23,685 |
| At 31 December 2009 | 2,419 | - | 2,419 |

9.    INTANGIBLE FIXED ASSETS - GOODWILL

| | £'000 |
|---|---|
| **Cost** | |
| At 1 January 2010 | - |
| Additions | 21,247 |
| At 31 December 2010 | 21,247 |
| **Accumulated depreciation** | |
| At 1 January 2010 | - |
| Charge for the year | 748 |
| At 31 December 2010 | 748 |
| **Net book value** | |
| At 31 December 2010 | 20,499 |
| At 31 December 2009 | - |

On 9 June 2010 the company acquired the assets, liabilities and trading of the Information Governance business from CA Technologies Inc for a total cash consideration of £13.4 million, giving rise to goodwill of £21.2 million. Net liabilities acquired were £7.8 million comprised of other assets of £2.8 million and other payables of £10.6 million. Immediately post the acquisition, the customer contracts, underlying assets and liabilities were transferred to other group companies to the extent that only the acquired intellectual property remained in the company. As such the impact on the results of the company from the date of acquisition is the amortisation charge of £0.7 million. Had the results for the period 1 January 2010 to the date of

17

HP-SEC-01592908

Exh 1373-0019

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

9.    **INTANGIBLE FIXED ASSETS - GOODWILL (continued)**

acquisition been included in the company's results for the year ended 31 December 2010 there would have been no profit impact. The acquisition has been accounted for using the acquisition method of accounting.

There were no fair value adjustments made between the book value of the assets and liabilities acquired and their fair value, although the purchase price allocation in relation to the acquisition of CA's Information Governance business has not yet been finalised. During 2011 the formal valuation exercise will be completed and as such the goodwill allocation remains subject to amendment.

10.    **TANGIBLE FIXED ASSETS**

| | Leasehold improve-ments £'000 | Motor vehicles £'000 | Computer equipment £'000 | Fixtures, fittings and equipment £'000 | Total £'000 |
|---|---|---|---|---|---|
| **Cost** | | | | | |
| At 1 January 2010 | 748 | 5 | 3,262 | 517 | 4,532 |
| Additions | - | - | 862 | 256 | 1,118 |
| Disposals | - | - | (1,145) | (164) | (1,309) |
| Reclassification | (748) | - | - | 748 | - |
| At 31 December 2010 | - | 5 | 2,979 | 1,357 | 4,341 |
| **Accumulated depreciation** | | | | | |
| At 1 January 2010 | 434 | 5 | 2,744 | 329 | 3,512 |
| Charge for the year | - | - | 459 | 117 | 576 |
| Disposals | - | - | (1,145) | (164) | (1,309) |
| Reclassification | (434) | - | - | 434 | - |
| At 31 December 2010 | - | 5 | 2,058 | 716 | 2,779 |
| **Net book value** | | | | | |
| At 31 December 2010 | - | - | 921 | 641 | 1,562 |
| At 31 December 2009 | 314 | - | 518 | 188 | 1,020 |

11.    **FIXED ASSET INVESTMENTS**

| | 2010 £'000 | 2009 £'000 |
|---|---|---|
| Subsidiary undertakings | 43 | 43 |
| Other investments | 2,610 | 223 |
| | 2,653 | 266 |

a) Investments in subsidiary undertakings

| | £'000 |
|---|---|
| Cost and net book value | |
| At 1 January 2010 and 31 December 2010 | 43 |

18

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-01592909

Exh 1373-0020



**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

11.   **FIXED ASSET INVESTMENTS (continued)**

The company has direct investments in the following subsidiary undertakings:

| Name | Principal activity | Class of holding | Country of incorporation | Holding % |
|------|--------------------|------------------|--------------------------|-----------|
| Autonomy Australia Pty | Software distribution | Ordinary | Australia | 100% |
| Autonomy Belgium BVBA | Software distribution | Ordinary | Belgium | 99% |
| Autonomy France Sarl | Software distribution | Ordinary | France | 100% |
| Autonomy Germany GmbH | Software distribution | Ordinary | Germany | 100% |
| Autonomy Italy SRL | Software distribution | Ordinary | Italy | 100% |
| Autonomy Netherlands BV | Software distribution | Ordinary | Netherlands | 100% |
| Autonomy Spain SL | Software distribution | Ordinary | Spain | 100% |
| Autonomy Systems Singapore Pte Ltd | Software distribution | Ordinary | Singapore | 100% |
| Autonomy Beijing | Software distribution | Ordinary | China | 100% |

b) Other investments - unlisted trade investments

|  | £'000 |
|--|-------|
| **Cost** | |
| At 1 January 2010 | 403 |
| Additions | 2,607 |
| Disposals | (200) |
| At 31 December 2010 | 2,810 |
| **Impairment** | |
| At 1 January 2010 | 180 |
| Written off | 200 |
| Disposals | (180) |
| At 31 December 2010 | 200 |
| **Net book value** | |
| At 31 December 2010 | 2,610 |
| At 31 December 2009 | 223 |

The company acquired a 19.99% interest in Realise Holdings Limited, a company incorporated in Scotland, whose registered office is at Quay House, 142 Commercial Street, Edinburgh, EH6 6LB. At the same time the company disposed of its interest in Okana Systems Limited.

19

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-01592910

Exh 1373-0021



**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

12. **DEBTORS**

| | 2010 £'000 | 2009 £'000 |
|---|---|---|
| Trade debtors | 27,736 | 14,456 |
| Amounts due from group companies | 216,052 | 178,793 |
| Other debtors | 5,322 | 2,347 |
| Prepayments and accrued income | 17,056 | 1,098 |
| Deferred tax (note 13) | - | 1,163 |
| | 266,166 | 197,857 |

All debtors are due within one year with the exception of £nil (2009: £164,000) deferred tax.

13. **DEFERRED TAX**

The deferred tax (liability) asset included in the balance sheet is as follows:

| | 2010 £'000 | 2009 £'000 |
|---|---|---|
| Accelerated capital allowances | 175 | 205 |
| Share options standing at a gain | 1,230 | 958 |
| Capitalised research & development | (6,395) | - |
| | (4,990) | 1,163 |
| Amounts recoverable in one year | 60 | 999 |
| Amounts recoverable after more than one year | (5,050) | 164 |
| | (4,990) | 1,163 |

The deferred tax (liability) asset has been recognised as it is expected to be recovered against forecast future taxable profits.

| | 2010 £'000 | 2009 £'000 |
|---|---|---|
| Asset at 1 January 2010 | 1,163 | 844 |
| Recognised during the year | (6,153) | 350 |
| Reduction in deferred tax asset | - | (31) |
| (Liability) asset at 31 December 2010 | (4,990) | 1,163 |

The June 2010 United Kingdom Budget Statement included proposals to reduce the rate of UK corporation tax by 1% per annum from 28% to 24% by 1 April 2014. The change from 28% to 27% was enacted at 31 December 2010.

20

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01592911

Exh 1373-0022



**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

14. **CREDITORS: AMOUNTS FALLING DUE WITHIN ONE YEAR**

|  | 2010 £'000 | 2009 £'000 |
|---|---|---|
| Trade creditors | 2,554 | 1,650 |
| Amounts owed to group companies | 10,815 | 3,429 |
| Corporation tax | 5,923 | 18,831 |
| Taxation and social security | 1,493 | 1,080 |
| Accruals and deferred income | 15,639 | 9,396 |
|  | 36,424 | 34,386 |

15. **CALLED UP SHARE CAPITAL**

|  | 2010 £ | 2009 £ |
|---|---|---|
| **Called up, allotted and fully paid** |  |  |
| 100 ordinary shares of £1 each | 100 | 100 |

16. **RECONCILIATION OF MOVEMENT IN SHAREHOLDERS' FUNDS**

|  | Called up share capital £'000 | Stock compensa- tion reserve £'000 | Profit and loss account £'000 | Total 2010 £'000 | Total 2009 £'000 |
|---|---|---|---|---|---|
| At 1 January 2010 | - | 3,424 | 188,010 | 191,434 | 112,235 |
| Retained profit for the year | - | - | 105,747 | 105,747 | 78,235 |
| Stock compensation charge for the year | - | 1,007 | - | 1,007 | 964 |
| At 31 December 2010 | - | 4,431 | 293,757 | 298,188 | 191,434 |

17. **GUARANTEES AND OTHER FINANCIAL COMMITMENTS**

a) **Capital commitments**

The company had no capital commitments at the end of the year.

b) **Lease commitments**

At 31 December 2010 the company was committed to making the following payments in respect of operating leases.

|  | Land and buildings | | Other | |
|---|---|---|---|---|
|  | 2010 £'000 | 2009 £'000 | 2010 £'000 | 2009 £'000 |
| Leases which expire: |  |  |  |  |
| Within one year | 7 | 7 | 10 | 20 |
| Between two to five years | 381 | 226 | 37 | 32 |
| After five years | 934 | 934 | - | - |
|  | 1,322 | 1,167 | 47 | 52 |

21

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-01592912

Exh 1373-0023

**AUTONOMY SYSTEMS LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS**
**Year ended 31 December 2010**

18.   **PENSION ARRANGEMENTS**

The company operates a defined contribution pension scheme for which the pension cost charge for the year amounted to £123,829 (2009 - £71,818).

19.   **RELATED PARTY TRANSACTIONS**

The company has taken advantage of the exemption available under FRS 8 not to disclose transactions with members of the Autonomy Corporation plc Group on the basis that the company is a wholly owned subsidiary of Autonomy Corporation plc whose consolidated financial statements of the group are made publicly available.

20.   **ULTIMATE PARENT COMPANY**

The company is a wholly owned subsidiary of Autonomy Corporation plc registered in England and Wales.

Autonomy Corporation plc is the parent company of the largest and smallest group of which the company is a member and for which group financial statements are drawn up. The consolidated financial statements are available from Autonomy Corporation plc, Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ.

22

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-01592913**

Exh 1373-0024

# TRIAL EXHIBIT 2027

| | |
|---|---|
| **From:** | Mitchell, Jonathan: IBD (LDN) |
| **Sent:** | Wednesday, July 27, 2011 10:37 AM |
| **To:** | 'andyjohnson@hp.com'; 'Sarin, Manish'; 'Hsiao, Emily (SCD)' |
| **Cc:** | Project_Tesla; Riccardo Benedetti; Philip Yates; Michael Grace; Paul Inouye; Teddy Collins; 'Matthew Kane' |
| **Subject:** | Tesla Q2 Results |
| **Attachments:** | Tesla_2011_Q2_Financial_Results.pdf |

Andy, Manish, Emily,

Please see attached Tesla's Q2 results, released this morning (highlights below). We will revert later today with reaction post the investor call. The share price is up 4.53% at the moment.

Regards,
Jonathan

### AUTONOMY CORPORATION PLC ANNOUNCES INTERIM RESULTS FOR THE SIX MONTHS ENDED JUNE 30, 2011

***Record Q2 results in-line with analyst expectations and company guidance (June 3, 2011), with record revenue of $256 million and EPS (pro forma core Autonomy) of $0.34***

**Cambridge, England** – July 27, 2011 – Autonomy Corporation plc (LSE: AU. or AU.L), a global leader in infrastructure software, today reported financial results for the six months ended June 30, 2011.

Note: Acquisition of selected Iron Mountain Digital assets completed early on June 3, 2011, resulting in a stub period of 28 days post-completion. "Pro forma core Autonomy" results are adjusted results which, in addition to normal adjustments (see page 13), also eliminate estimated effects of the Digital acquisition (eg revenue and costs) for comparative informational purposes to provide insight into the underlying performance of the business in the period. See page 8.

Autonomy is pleased to report that in the quarter we saw a continuing shift amongst our customers choosing our cloud model, which has the additional benefit of higher visibility and recurring revenues with long-term contracts. This change now means that cloud and OEM, both recurring models, account for 62% of IDOL software sales, reaching an inflection point. Business in the quarter was marked by a strong rise in our cloud business, with Autonomy's "commit" metric growing organically 27% year-on-year to $437 million demonstrating very strong customer signups. The Iron Mountain Digital asset acquisition ("IRM Digital acquisition") also proceeded ahead of schedule, completing early after a smooth regulatory process. The acquisition generated less disruption than anticipated, leading to the business performing as expected but on an accelerated time scale. There was steady progress in our Promote business, including a strong launch to our Aurasma augmented reality platform with over 1 million installations in just a few weeks. Finally the Protect business continued to be strong with more regulatory drivers arising every day leading to a continued flow of large deals.

### Highlights

☉ Record Q2 revenues of $256 million, up 16% from Q2 2010
☉ Very strong performance of cloud business with commit rising to $465 million at June 30, 2011 (March 31, 2011: $390 million) including a contribution of $28 million from IRM Digital
☉ IRM Digital integration ahead of plan and synergies expected to be ahead of plan
☉ Q2 2011 EPS in line with consensus and guidance; diluted EPS (adj.) at $0.30, up 9% from Q2 2010 (IFRS: $0.22, up 5%)

1

BARC-HP_00014220

Exh 2027-0001

**AUTONOMY CORPORATION PLC ANNOUNCES INTERIM RESULTS FOR
THE SIX MONTHS ENDED JUNE 30, 2011**

*Record Q2 results in-line with analyst expectations and company guidance (June 3, 2011), with
record revenue of $256 million and EPS (pro forma core Autonomy) of $0.34*

**Cambridge, England** – July 27, 2011 – Autonomy Corporation plc (LSE: AU. or AU.L), a global
leader in infrastructure software, today reported financial results for the six months ended June 30,
2011.

Note: Acquisition of selected Iron Mountain Digital assets completed early on June 3, 2011, resulting in a stub period of 28
days post-completion. "Pro forma core Autonomy" results are adjusted results which, in addition to normal adjustments (see
page 13), also eliminate estimated effects of the Digital acquisition (eg revenue and costs) for comparative informational
purposes to provide insight into the underlying performance of the business in the period. See page 8.

Autonomy is pleased to report that in the quarter we saw a continuing shift amongst our customers
choosing our cloud model, which has the additional benefit of higher visibility and recurring revenues
with long-term contracts. This change now means that cloud and OEM, both recurring models,
account for 62% of IDOL software sales, reaching an inflection point. Business in the quarter was
marked by a strong rise in our cloud business, with Autonomy's "commit" metric growing organically
27% year-on-year to $437 million demonstrating very strong customer signups. The Iron Mountain
Digital asset acquisition ("IRM Digital acquisition") also proceeded ahead of schedule, completing
early after a smooth regulatory process. The acquisition generated less disruption than anticipated,
leading to the business performing as expected but on an accelerated time scale. There was steady
progress in our Promote business, including a strong launch to our Aurasma augmented reality
platform with over 1 million installations in just a few weeks. Finally the Protect business continued to
be strong with more regulatory drivers arising every day leading to a continued flow of large deals.

**Highlights**
- Record Q2 revenues of $256 million, up 16% from Q2 2010
- Very strong performance of cloud business with commit rising to $465 million at June 30, 2011
  (March 31, 2011: $390 million) including a contribution of $28 million from IRM Digital
- IRM Digital integration ahead of plan and synergies expected to be ahead of plan
- Q2 2011 EPS in line with consensus and guidance; diluted EPS (adj.) at $0.30, up 9% from
  Q2 2010 (IFRS: $0.22, up 5%)

- Pro forma core Autonomy results as follows (see page 8)

**Table 1: Pro Forma Core Autonomy Results**

| | Three Months Ended | | Six Months Ended | |
| | (unaudited) | | (unaudited) | |
| | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
|---|---|---|---|---|
| Revenue ($ millions) | 247 | 221 | 466 | 415 |
| Gross margin (%) | 88% | 86% | 88% | 88% |
| Operating margin (%) | 45% | 44% | 44% | 44% |
| EPS | $0.34 | $0.31 | $0.63 | $0.56 |
| DSOs (days) | 93 | 82 | 93 | 82 |

- H1 2011 core EPS at $0.63, up 12% from H1 2010
- Core Autonomy gross margins and operating margins in Q2 2011 up year-on-year
- Strong year-on-year growth in H1 core IDOL business, including:
  - IDOL OEM growth (organic) of 27%
  - IDOL Cloud growth in recognised revenue (organic, ie excluding acquired IRM Digital
    assets) of 17%
  - IDOL Product growth (organic) of 13%
  - Cloud signings up 27% with commit now at $437 million ($465 million including IRM
    Digital assets)
  - Organic growth in core business for H1 2011 of 17% and for Q2 2011 of 15%
  - Core DSOs improve as expected to 93 days in Q2 2011 from 102 days in Q1 2011
  - Avg. selling price for Q2 2011 stable at $814,000, compared to $806,000 in Q1 2011

Page 1

BARC-HP_00014221

Exh 2027-0002

- All H1 financial metrics exceed or in line with analyst consensus estimates (Bloomberg: June 30, 2011)
  - Revenues        $476 million   (consensus $474 million)
  - PBT (adj.)       $204 million   (consensus $191 million)
  - Op margin (adj.)  42%          (consensus 41%)
- Multi-million dollar Protect and Promote deals signed in quarter
- Launch of Aurasma, Autonomy's leading augmented reality platform
- Deferred revenue up to $193 million (Q1 2011: $176 million)
- H1 2011 cash conversion of 87% versus 93% for H1 2010, including negative effect of acquisition
- Gross cash of $736 million at Q end (Q2'10: $962 million); movement reflects Digital acquisition
- Positive cash flow generated by operations stable at $192.5 million (H1 2010: $190.8 million) despite negative impact from acquisition
- Strengthened management team with the addition of five new senior industry veterans

Adjusted income statements are included on page 9, which reconcile IFRS to the adjusted measures above. See also page 8 regarding pro forma measures.

### Chief Executive's Review

Commenting on performance during the period, Dr Mike Lynch, Group CEO of Autonomy, provided the following overview:

"Q2 was another strong quarter for Autonomy with good growth again in revenue, profits and other key metrics. Q2 and the first half saw a sharp further acceleration of our cloud business, seen again in the combination of growth in recognised cloud revenues of 17% (which excludes any contribution from the acquired IRM Digital assets) in Q2 and growth in new signings evident in the rising commit number. Whilst success in the cloud has the effect of depressing short term total revenue growth, with lower recognised revenue in the period, these incremental committed revenue streams amongst other factors lead us to positively revise our view of 2012.

During the second quarter we were able to announce and complete the acquisition of selected Iron Mountain Digital assets. With early completion, the integration process is proceeding ahead of schedule and we're pleased with the results of the faster than expected integration. Customer and analyst reaction to the transaction has been strongly positive. This is discussed more on page 6.

In terms of our markets, during the quarter our Protect business continued to deliver large deals. We have not yet seen any effects from the macro uncertainties around financial instabilities, but do recall that in the past uncertainty has often been a strong driver for these parts of our business. The pace of legal and regulatory reform and the consequent need for our customers to further invest in our solutions shows no signs of slowing.

Our Promote business continued to perform strongly with good indications that enterprises are using their discretionary spend in this area. In the quarter we saw important deals with leading retailers such as Tesco, Target and Proctor & Gamble.

During the first half we also launched Aurasma, which has already become the world's leading augmented reality platform with more than one million installations. The number of people using Aurasma to bring together the virtual and physical makes Aurasma the most broadly-deployed mobile platform of its kind. This is discussed more on page 6.

Finally, in terms of broader trends, the continued signing of very large Protect deals and the increase of our commit number, together with the early completion of the IRM Digital asset acquisition, means that we foresee an increase in profitability in Q4 2011 versus current expectations and continuing improvement in prospects for 2012."

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014222

Exh 2027-0003

**Financial Review**

The following Financial Review provides commentary on key trends during the first half and second quarter of 2011, based on IFRS and adjusted metrics (unless otherwise stated).

**Revenue**

H1 2011 can be characterised as another period of significant progress for Autonomy. Revenues for H1 2011 totalled $476 million, up 15% from $415 million for H1 2010, as enterprises deployed Autonomy's technology to automatically process rapidly expanding quantities of unstructured information. This result was achieved due to a strong performance in all of our markets.

| Table 2: Summary Revenue Table (detail below) | | | | |
|---|---|---|---|---|
| | Three Months Ended | | Six Months Ended | |
| | (unaudited) | | (unaudited) | |
| $ millions (unless stated otherwise) | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| IDOL Product................................................... | 68.5 | 62.4 | 122.9 | 108.9 |
| IDOL Cloud[1] ................................................... | 64.3 | 46.9 | 117.0 | 92.0 |
| IDOL OEM........................................................ | 47.2 | 37.5 | 84.3 | 66.6 |
| Deferred revenue release................................. | 67.5 | 63.4 | 134.0 | 125.6 |
| Services........................................................... | 8.8 | 10.9 | 17.8 | 22.2 |
| Total revenue ................................................. | 256.3 | 221.1 | 476.0 | 415.3 |

1   Includes $9.6 million of revenues estimated as the contribution from the Digital acquired business.

Delivery of Autonomy's core technology is via a number of methods, depending on the demands of the customers. Sales during Q2 2011 and H1 2011 in each category are discussed below:

*IDOL Product*. IDOL Product is normally delivered as licensed software paid for up-front with an ongoing support and maintenance stream. This model is becoming less significant with the rise of cloud computing. In H1 2011, IDOL Product revenue totalled $123 million (H1 2010: $109 million), with organic growth of 13% and representing 26% of revenues. In Q2 2011, IDOL Product revenue totalled $68 million (Q2 2010: $62 million), with organic growth of 10% and representing 27% of revenues.

*IDOL Cloud*. IDOL Cloud delivers Autonomy's IDOL on a Software-as-a-Service (SaaS) model for both its Promote and Protect businesses, is generally invoiced monthly in arrears and does not generate deferred revenue. There are two key drivers of cloud revenues for Autonomy: the first and most significant relates to complex processing of information delivered as a service; the second relates to the quantity of data under management. In H1 2011 IDOL Cloud recognised revenue totalled $117 million (H1 2010: $92 million), up 27% and representing 25% of revenues in the half (H1 2010: 22%). In Q2 2011 IDOL Cloud recognised revenue totalled $64 million (Q2 2010: $47 million), up 37% and representing 25% of revenues in the quarter (Q2 2010: 21%). In understanding growth in the IDOL Cloud business one must also take into account signings growth. Despite this rise in cloud business, Autonomy has already built the necessary technical capacity into its plan and does not see a rise in the current capital expenditure trend. Our churn rate in our cloud business stands at under 1%. Autonomy now has over 31 Petabytes of customer data under management, making us one of the world's largest private cloud companies.

*IDOL OEM*. IDOL OEM is where Autonomy's IDOL is embedded inside other software companies' products. IDOL is now embedded in most major software companies' products addressing most software vertical markets. This is a particularly important revenue stream as it generates ongoing business across the broadest product set possible, in addition to up-front development licences. In H1 2011 IDOL OEM revenue totalled $84 million (H1 2010: $67 million), up 27% and representing 18% of revenues. In Q2 2011 IDOL OEM revenue totalled $47 million (Q2 2010: $38 million), up 26% and representing 18% of revenues. 14 new agreements were signed during Q2 2011, including deals with Xerox, Rand, McAfee and Opentext.

*Services*. Services revenues relate to third party and internal implementation consultants and training. Services revenues fell in H1 2011 and in Q2 2011, as expected, given Autonomy's pure software model. Services revenues in H1 2011 were approximately 4% of revenues (or $18 million) (H1 2010: $22 million or 5%). Services revenues in Q2 2011 were approximately 3% of revenues (or

Page 3

$9 million) (Q2 2010: $11 million or 5%). Autonomy operates a rare "pure software" model under which our goal is that most implementation work is carried out by approved partners. This optimises Autonomy's ability to address its horizontal technology to multiple vertical markets and regions in the most efficient way.

### Organic Growth

In analysing organic growth Autonomy considers organic IDOL growth to be the most meaningful performance metric for understanding the momentum within the business. This excludes the contribution from acquisitions, foreign exchange impact, services revenue (not a goal of the business) and deferred revenue release (primarily maintenance income). The calculation below is affected only by (i) the IRM Digital assets acquisition in Q2 2011; and (ii) the CA Information Governance assets acquisition at the end of Q2 2010 with a stub contribution of less than $0.2 million which included only professional services revenues and hence does not affect the calculation below.

| Table 3: Core Business Organic Revenue Growth Calculation[1] | | | | |
|---|---|---|---|---|
| Revenue ($ millions) | Q2'11 | Q2'10 | H1'11 | H1'10 |
| Core IDOL reported revenues[1] | 180.0 | 146.8 | 324.2 | 267.5 |
| Iron Mountain Digital assets product | (9.6) | | (9.6) | |
| CA assets non-service revenue[2] | — | — | — | — |
| FX | (1.2) | | (1.6) | |
| | 169.2 | 146.8 | 313.0 | 267.5 |
| Growth | | 15% | | 17% |

1 Autonomy's Core Business excludes professional services and deferred revenue release, ie Core IDOL is made up of IDOL Product, IDOL Cloud and IDOL OEM categories, discussed above.

2 CA's Information Governance original product not sold by Autonomy. Total CA revenue in the stub period in Q2 2010 was approximately $0.2 million.

### Gross Profits and Gross Margins

Gross profits (adj.) for H1 2011 were $417.4 million, up 15% from $363.4 million for H1 2010. Gross margins (adj.) for H1 2011 remained stable at 88%. Gross profits (adj.) for Q2 2011 were $223.3 million, up 17% from $190.8 million for Q2 2010. Gross margins (adj.) for Q2 2011 were 87%, (Q2 2010: 86%). Autonomy saw expected improvements in gross margins in Q2 2011 compared to 2010 due to the sales mix including more appliances in prior years. Gross profits (IFRS) for H1 2011 were $388.3 million, up 16% from $334.0 million in H1 2010.

### Profit from Operations and Operating Margins

Operating margins (adj.) were primarily affected by the IRM Digital assets acquisition. On a pro forma core Autonomy basis operating margins were consistent in Q2 2011 at 45%. Profit from operations (adj.) for H1 2011 was $201.5 million, up 10% from $182.7 million for H1 2010. Operating margins (adj.) were 42% in H1 2011, compared to 44% in H1 2010. Profit from operations (adj.) for Q2 2011 was $107.1 million, up 11% from $96.5 million for Q2 2010. Operating margins (adj.) were 42% in Q2 2011, compared to 44% in Q2 2010. As cost savings are realised through the remainder of the year margins are expected to return to historical levels. Profit from operations (IFRS) for H1 2011 were $167.6 million up 12% from $150.1 million in H1 2010.

### Interest payable

Interest payable for H1 2011 was $26.0 million, up from $16.2 million for H1 2010, reflecting a full period charge in 2011 in relation to the convertible loan notes issued in March 2010 versus a partial period in 2010. The convertible loan notes pay a cash interest rate of 3.25%. However, the income statement charge is based on a market rate of interest for corporate loan notes of similar term without a convertible element in accordance with IFRS. This charge is excluded from the calculation of fully diluted EPS in accordance with IFRS. Interest payable for Q2 2011 was $12.7 million, up from $11.4 million for Q2 2010. The increase is a result of the increased charge in relation to the sterling-denominated convertible loan notes due to movement of the US dollar versus sterling.

### Taxation

The full year effective tax rate for 2011 is currently forecast at 26%, compared to 23% for 2010. The prior year benefited from the recognition of significant tax losses which are now fully utilised. The effective tax rate for Q2 2011 fell slightly from Q1 2011 as a result of a small change in the full year expected rate following the IRM Digital assets acquisition.

Page 4

BARC-HP_00014224

Exh 2027-0005

**Foreign Exchange Impact on Revenues**

The effect on revenue in H1 2011 of movements in foreign exchange rates was to effectively increase revenue by $1.6 million (i.e. if revenues were reported for each period using the same exchange rates as those prevailing in the previous year, revenues in H1 2011 would have been $1.6 million lower). The same effect on revenue in Q2 2011 was an increase of approximately $1.2 million compared to Q2 2010. In Q2 2011 the U.S. Dollar weakened versus Sterling to an average of $1.60 versus $1.49 in Q2 2010.

**IAS 38 Charges and Capitalization**

The effects of IAS 38 R&D capitalization in the quarter were stable and consistent with prior periods with a net margin impact of 2% (H1 2010: 2%). Under IAS 38 the company is required to capitalize certain aspects of its research and development activities. Capitalization is offset by amortization charges. In Q2 2011 Autonomy capitalised $11 million on R&D relating to new products including the launch of Aurasma and other ongoing development projects (Q1 2011: $10 million).

**Balance Sheet and Cash Flows**

*Cash Balance.* Autonomy closed H1 2011 with a gross cash balance of $736 million, bank debt of $66 million (Q1 2011: $66 million) and the sterling-denominated convertible loan note of $716 million (Q1 2011: $705 million) (rising due to the cumulative notional interest charge and exchange rate fluctuations).

*Movements.* Movements of note in cash flow during H1 2011 included:

- Positive cash flow from operating activities of $192.5 million, up 1% from H1 2010.
- IRM Digital assets acquisition, with total cash payment of $400.9 million (subject to a working capital adjustment).
- Capital expenditure of $24.3 million during H1 2011, down from $29.0 million in H2 2010. This represents the continued investment by the company in areas of expected growth for future years.
- Expenditure on product development, resulting in a cash outflow of $21.2 million (H1 2010: $16.3 million).
- Tax payments of $27.4 million (H1 2010: $36.8 million), down due to timing differences in payments.
- Interest paid on the convertible loan notes of $13.0 million (H1 2010: nil).
- Scheduled bank loan repayments of $79.6 million (H1 2010: $53.9 million).

*Cash Conversion.* On a trailing twelve month basis (Q3 2010 to Q2 2011), cash conversion was at 85%, down slightly from 89% last year.

*Receivables.* In Q2 2011 DSOs were 100 days (Q1 2011: 102 days), impacted by the IRM Digital assets acquisition. Adjusting for the negative impact of the Digital acquisition DSOs fell to 93 days, slightly above the top end of the company's target 80-90 day range. The bad debt write off was below 1% of sales and accrued income remained below 5% of revenue.

*Capex, depreciation and amortisation.* After our significant investment for the future of our IDOL Cloud business in 2010, we saw capital expenditure fall significantly in H1 2011 to $24 million. Depreciation and amortisation rose to $55 million in H1 2011 from $53 million in H1 2010. This comprised: $29 million (H1 2010: $29 million) of amortisation of purchased intangibles; $11 million (H1 2010: $7 million) of amortisation of capitalised R&D; and $15 million (H1 2010: $17 million) of depreciation on other fixed assets (i.e. software licences and property, plant and equipment). The variation in quarterly depreciation on other fixed assets is affected, among other things, by acquired assets becoming fully depreciated, timing of purchases of replacement equipment and net new investment. It should be noted that the depreciation charge relates to fixed assets and software purchased for use in our data centres. There have been no changes to our depreciation policy over the last several years.

*Goodwill.* Goodwill increased by $184 million from Q4 2010 to $1.6 billion in Q2 2011. The increase is a result of the preliminary estimate of goodwill from the Iron Mountain Digital asset acquisition, partially offset by a decrease in the value attributed to the CA Information Governance assets following the finalisation of the purchase price allocation on that acquisition.

Page 5

BARC-HP_00014225

Exh 2027-0006

*Equity Investments.* The market value of the company's equity investment in blinkx plc continued to increase to $89 million (Q1 2011: $74 million), reflecting the movement in the blinkx's share price. Any change in value of this investment is credited to the revaluation reserve.

*Provisions.* Provisions (arising from acquisitions) increased to $22 million in Q2 2011 due to an estimated $17 million of acquired liabilities from the Digital acquisition, comprised primarily of onerous lease obligations and potential legal matters amongst other things.

## ADDITIONAL MANAGEMENT COMMENTARY

As part of this release Autonomy is providing the following additional commentary to assist in the understanding and analysis of Autonomy's business.

| Table 4: Additional Management Commentary[1] | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | (unaudited) | | (unaudited) | |
| $ millions (unless stated otherwise) | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| Deferred Revenue Release............................... | 67.5 | 63.4 | 134.0 | 125.6 |
| Average Selling Price ($'000s) ........................ | 814 | 876 | 810 | 763 |
| Deferred Revenue.......................................... | 192.8 | 175.5 | 192.8 | 175.5 |
| "Commit"[2] ................................................... | 465 | 345 | 465 | 345 |
| Deals over $1 million (number) ....................... | 23 | 25 | 50 | 44 |
| Americas ................................................... | 73% | 66% | 71% | 68% |
| ROW........................................................... | 27% | 34% | 29% | 32% |
| Repeat business............................................ | 55% | 49% | 55% | 50% |

1   The above items are provided for background information and may include qualitative estimates.
2   "Commit" represents contracted revenues not yet recognised in the financial statements and includes deferred revenue.

## Operations Review

*Aurasma.* During H1 2011 we launched Aurasma, which has already become the world's leading augmented reality platform. Aurasma is a radical technology that is changing the way we use our mobile devices. The platform uses a smart device's camera to see and recognize images in the real world, and can overlay this view with an interactive layer of the virtual world, such as 3D animation, a video or a game, placed precisely within context of the image. Unlike previous attempts, the use of image recognition allows virtual objects to be placed in position despite viewpoint variation. Aurasma is being incorporated as a platform throughout hundreds of different apps, covering areas including retail, film, travel, press, games, property and education.

Aurasma has been enthusiastically received with leading press comments such as "this technology will be everywhere", that Autonomy "has nailed a technology that might change the way we see the world" and that Aurasma is the "most exciting British innovation since cat's eyes." Just weeks after launch Aurasma has already attracted more than 1,000,000 installations. Aurasma is currently in its pre-revenue period, with the bulk of the R&D costs having already been incurred and the forward-looking marketing costs (due to the B2B nature of sales) are included in the current plan.

*IRM Digital Acquisition.* During Q2 2011 Autonomy announced and completed the acquisition of selected Iron Mountain Digital assets. The integration strategy is similar to Autonomy's past major acquisitions, such as Verity and Interwoven, including the rapid integration of technology with the replacement of acquired IRM Digital technology with offerings including Autonomy's core IDOL technology, sales force integration, office rationalizations and other acquisition integration elements.

Prior to acquisition Iron Mountain undertook its own product and personnel rationalization. Autonomy has continued to restructure the assets, including the following key elements of the integration plan completed to date:

- Product integration, with former Iron Mountain products replaced with Autonomy's IDOL offering which are now being sold by the sales force;
- Office rationalisation underway, including closure and consolidation;
- Rationalization of R&D in line with integrated product lines;
- Elimination of duplicative costs (marketing, management systems, etc.); and
- Sales force integration, with first cross-company multi-million dollar deals already in.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014226

Exh 2027-0007

The Digital integration has run ahead of plan and synergies are expected to be ahead of plan. Debtors of approximately $34 million were acquired against which $12 million was received by quarter end, leading to a negative effect on group DSOs of seven days. This is an effect arising from the stub period.

The following presents for illustrative purposes only pro forma IRM Digital estimated results for the short period between acquisition completion on June 3, 2011 and June 30, 2011. See page 8.

**Table 5: Iron Mountain Digital Pro Forma Results**

| $ millions | Stub from June 3 to June 30, 2011 |
|---|---|
| | (unaudited) |
| Revenue | 9.6 |
| Cost of sales | (2.2) |
| Gross profit | 7.4 |
| Operating costs | (10.2) |
| Loss before tax | (2.8) |
| Taxation | 0.7 |
| Loss after tax | (2.1) |

*Progress Towards Strategic Goals.* During H1 2011 and Q2 2011 we made significant progress on our strategic goals, including in the following areas:

- The launch of Aurasma, Autonomy's world-leading augmented reality platform.
- Announcement and completion of the Digital acquisition, praised by leading analysts as enabling to "become the leading supplier ... for digital information archive and eDiscovery, integrating advanced search, classification, and Discovery workflows for legal firms and enterprises."
- Strengthening of the management team with the addition of five new senior industry veterans.
- Certification of Autonomy Records Manager by the U.S. Department of Defense.

*Sales and Customers.* During Q2 we saw deals with new and existing customers including: Barclays, Bayer, Bloomberg, Bank of America, Citigroup, Costco, MetLife, Kraft, Morgan Lewis, National Bank of Canada, QVC, PriceWaterhouseCoopers, Santander, Royal Caribbean Cruises, Pokerstars.com, Sportingbet, Target, Tesco, TNT, Times Publishing, US Postal Service and Wells Fargo. As expected we saw no change to the demand backdrop among our key government clients, resulting in new and extended agreements in Canada, Indonesia, Singapore, the U.K. and the U.S.A., amongst others.

**Scheduling of Conference Call and Further Information**
Autonomy's results conference call will be available live at www.autonomy.com on July 27, 2011, at 12:00 p.m. BST/7:00 a.m. EST/4:00 a.m. PST.

From time to time the company answers investors' questions on its website which may include information supplemental to that set forth above. Questions and answers can be found at: www.autonomy.com/investors/questions.

**Financial Calendar**
The company publishes on its website the expected calendar for full and half year results, and interim trading updates, and associated conference calls. Please visit www.autonomy.com/content/investors/calendar/index.en.html for the current expected calendar.

**Risk Factors as Required by DTR 4.2.7(2)**
As with all businesses, the Autonomy group is affected by certain risks, not wholly within our control, which could have a material impact on the group's long term performance and could cause actual results to differ materially from forecast and historic results.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014227

Exh 2027-0008

The principal risks and uncertainties facing the group have not changed from those set out in the company's most recent prospectus, which does not form part of these interim statements. These include: dependence on our core technology; competition; levels of operational spending versus revenues; average selling price; economic and market conditions; reliance on value added resellers; continued service of our executive directors; hiring and retention of qualified personnel; product errors or defects; problems encountered in connection with potential acquisitions; and intellectual property claims.

In addition to the foregoing, the primary risk and uncertainty related to the group's performance for the remainder of the year is the continuing uncertain macro economic environment, which could have a material impact on the group's performance over the remaining six months of the financial year and could cause actual results to differ materially from expected and historical results. This effect could be offset to some extent by any economic stability and legal, regulatory and compliance issues arising for enterprises in connection with an unsettled economic environment.

## Adjusted and Pro Forma Results

Throughout this presentation a number of non-IFRS measures are used to provide investors additional insight. Details related to "adjusted" results are set forth on pages 9 and 13.

The above unaudited "pro forma core Autonomy" information illustrates core Autonomy results as if the Digital acquisition had not completed during the second quarter of 2011, and thus removes the revenue and profit impact of the transaction in the quarter from normal adjusted results (see page 13). The pro forma IRM Digital results presents for illustrative purposes only the pro forma IRM Digital results for the short period between completion of the acquisition on June 3, 2011 and June 30, 2011. In each case the pro forma information is presented for illustrative purposes only and is not necessarily indicative of the operating results that would have occurred if the transaction had not been consummated on June 3, 2011, nor is it necessarily indicative of future operating results or financial position. The pro forma adjustments are based upon information and assumptions available at today's date.

## About Autonomy Corporation plc

Autonomy Corporation plc (LSE: AU. or AU.L), a global leader in infrastructure software for the enterprise, spearheads the Meaning Based Computing movement. IDC recently recognized Autonomy as having the largest market share and fastest growth in the worldwide search and discovery market. Autonomy's technology allows computers to harness the full richness of human information, forming a conceptual and contextual understanding of any piece of electronic data, including unstructured information, such as text, email, web pages, voice, or video. Autonomy's software powers the full spectrum of mission-critical enterprise applications including pan-enterprise search, customer interaction solutions, information governance, end-to-end eDiscovery, records management, archiving, business process management, web content management, web optimization, rich media management and video and audio analysis.

Autonomy's customer base is comprised of more than 25,000 global companies, law firms and federal agencies including: AOL, BAE Systems, BBC, Bloomberg, Boeing, Citigroup, Coca Cola, Daimler AG, Deutsche Bank, DLA Piper, Ericsson, FedEx, Ford, GlaxoSmithKline, Lloyds TSB, NASA, Nestlé, the New York Stock Exchange, Reuters, Shell, Tesco, T-Mobile, the U.S. Department of Energy, the U.S. Department of Homeland Security and the U.S. Securities and Exchange Commission. More than 400 companies OEM Autonomy technology, including Symantec, Citrix, HP, Novell, Oracle, Sybase and TIBCO. The company has offices worldwide. Please visit www.autonomy.com to find out more.

Autonomy and the Autonomy logo are registered trademarks or trademarks of Autonomy Corporation plc. All other trademarks are the property of their respective owners.

Contacts:

**Financial Media Contacts:**
Edward Bridges
Financial Dynamics
+44 (0)20 7831 3113

**Analyst and Investor Contact:**
Derek Brown, Head of Investor Relations
Autonomy Corporation plc
+44 (0)20 7104 5700

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014228

Exh 2027-0009

**AUTONOMY CORPORATION plc**
**CONDENSED CONSOLIDATED INCOME STATEMENT**
(in thousands, except per share amounts)

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | (unaudited) | | (unaudited) | |
| | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| **Continuing operations** | $'000 | $'000 | $'000 | $'000 |
| Revenues (see note 4) | 256,250 | 221,125 | 476,043 | 415,305 |
| Cost of revenues (excl. amortization) | (32,963) | (30,323) | (58,601) | (51,865) |
| Amortization of purchased intangibles | (15,531) | (14,898) | (29,124) | (29,432) |
| Total cost of revenues | (48,494) | (45,221) | (87,725) | (81,297) |
| Gross profit | 207,756 | 175,904 | 388,318 | 334,008 |
| Operating expenses: | | | | |
| Research and development | (39,378) | (27,741) | (71,793) | (55,523) |
| Sales and marketing | (59,165) | (50,557) | (111,300) | (93,457) |
| General and administrative | (20,131) | (17,264) | (37,416) | (34,519) |
| Other costs | | | | |
| Post-acquisition restructuring and legal costs | (5,590) | (558) | (6,264) | (558) |
| (Loss) profit on foreign exchange | (540) | (2,777) | 6,030 | 184 |
| Total operating expenses | (124,804) | (98,897) | (220,743) | (183,873) |
| Profit from operations | 82,952 | 77,007 | 167,575 | 150,135 |
| Share of loss of associate | — | (333) | (350) | (671) |
| Interest receivable | 2,657 | 2,178 | 5,632 | 2,985 |
| Interest payable | (12,669) | (11,372) | (25,970) | (16,169) |
| Profit before income taxes | 72,940 | 67,480 | 146,887 | 136,280 |
| Income taxes (see note 5) | (18,019) | (15,129) | (37,800) | (34,215) |
| Net profit | 54,921 | 52,351 | 109,087 | 102,065 |
| Basic earnings per share (see note 7) | $ 0.23 | $ 0.22 | $ 0.45 | $ 0.42 |
| Diluted earnings per share (see note 7) | $ 0.22 | $ 0.21 | $ 0.45 | $ 0.42 |

**Reconciliation of Adjusted Financial Measures**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | (unaudited) | | (unaudited) | |
| | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| | $'000 | $'000 | $'000 | $'000 |
| Gross profit | 207,756 | 175,904 | 388,318 | 334,008 |
| Amortization of purchased intangibles | 15,531 | 14,898 | 29,124 | 29,432 |
| Gross profit (adjusted) | 223,287 | 190,802 | 417,442 | 363,440 |
| | | | | |
| Profit before income taxes | 72,940 | 67,480 | 146,887 | 136,280 |
| Amortization of purchased intangibles | 15,531 | 14,898 | 29,124 | 29,432 |
| Share-based compensation (see note 6) | 2,468 | 1,273 | 4,615 | 2,767 |
| Post-acquisition restructuring and legal costs | 5,590 | 558 | 6,264 | 558 |
| Loss (profit) on foreign exchange | 540 | 2,777 | (6,030) | (184) |
| Interest payable on convertible loan notes | 11,983 | 10,019 | 23,021 | 13,138 |
| Share of loss of associate | — | 333 | 350 | 671 |
| Profit before income taxes (adjusted) | 109,052 | 97,338 | 204,231 | 182,662 |
| Income taxes (adjusted) | (26,940) | (21,823) | (52,281) | (45,493) |
| Net profit (adjusted) | 82,112 | 75,515 | 151,950 | 137,169 |
| | | | | |
| Profit from operations | 82,952 | 77,007 | 167,575 | 150,135 |
| Amortization of purchased intangibles | 15,531 | 14,898 | 29,124 | 29,432 |
| Share-based compensation (see note 6) | 2,468 | 1,273 | 4,615 | 2,767 |
| Post-acquisition restructuring and legal costs | 5,590 | 558 | 6,264 | 558 |
| Loss (profit) on foreign exchange | 540 | 2,777 | (6,030) | (184) |
| Profit from operations (adjusted) | 107,081 | 96,513 | 201,548 | 182,708 |

The accompanying notes are an integral part of these consolidated financial statements
Page 9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

**AUTONOMY CORPORATION plc**
**CONDENSED CONSOLIDATED BALANCE SHEET**

| | As at | |
| --- | --- | --- |
| | (unaudited) | |
| | June 30, 2011 | Dec. 31, 2010 |
| | $'000 | $'000 |
| **ASSETS** | | |
| Non-current assets: | | |
| Goodwill | 1,545,591 | 1,361,900 |
| Other intangible assets | 607,951 | 400,372 |
| Property and equipment, net | 84,891 | 42,554 |
| Equity and other investments | 98,094 | 68,600 |
| Deferred tax asset | 19,193 | 16,263 |
| Total non-current assets | 2,355,720 | 1,889,689 |
| Current assets: | | |
| Trade receivables, net | 299,849 | 267,646 |
| Other receivables | 74,501 | 62,471 |
| Total trade and other receivables | 374,350 | 330,117 |
| Inventory | 111 | 116 |
| Cash and cash equivalents | 736,205 | 1,060,600 |
| Total current assets | 1,110,666 | 1,390,833 |
| TOTAL ASSETS | 3,466,386 | 3,280,522 |
| | | |
| **CURRENT LIABILITIES** | | |
| Trade payable | (19,687) | (23,443) |
| Other payables | (67,562) | (51,968) |
| Total trade and other payables | (87,249) | (75,411) |
| Bank loan | (66,083) | (78,745) |
| Tax liabilities | (41,294) | (33,210) |
| Deferred revenue | (186,550) | (170,256) |
| Provisions | (10,232) | (1,661) |
| Total current liabilities | (391,408) | (359,283) |
| Net current assets | 719,258 | 1,031,550 |
| | | |
| **NON-CURRENT LIABILITIES** | | |
| Bank loan | — | (66,407) |
| Convertible loan notes | (715,677) | (681,791) |
| Deferred tax liabilities | (104,296) | (91,072) |
| Deferred revenue | (6,211) | (7,421) |
| Other payables | (3,318) | (3,702) |
| Provisions | (11,732) | (3,597) |
| Total non-current liabilities | (841,234) | (853,990) |
| Total liabilities | (1,232,642) | (1,213,273) |
| **NET ASSETS** | 2,233,744 | 2,067,249 |
| | | |
| Shareholders' equity: | | |
| Ordinary shares (1) | 1,349 | 1,344 |
| Share premium account | 1,257,929 | 1,247,907 |
| Capital redemption reserve | 135 | 135 |
| Own shares | (785) | (788) |
| Merger reserve | 27,589 | 27,589 |
| Stock compensation reserve | 32,493 | 27,881 |
| Revaluation reserve | 75,102 | 47,415 |
| Translation reserve | (18,024) | (30,161) |
| Retained earnings | 857,956 | 745,927 |
| **TOTAL EQUITY** | 2,233,744 | 2,067,249 |

(1)  At June 30, 2011, 600,000,000 ordinary shares of nominal value 1/3 pence each authorized, 243,387,236
    issued and outstanding; as of December 31, 2010, 600,000,000 ordinary shares of nominal value 1/3 pence
    each authorized, 242,562,584 issued and outstanding.

The accompanying notes are an integral part of these consolidated financial statements

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014230
Exh 2027-0011

**AUTONOMY CORPORATION plc**
**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS**

| | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
| | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| | $'000 | $'000 | $'000 | $'000 |
| **Cash flows from operating activities:** | | | | |
| Profit from operations | 82,952 | 77,007 | 167,575 | 150,135 |
| Adjustments for: | | | | |
| Depreciation and amortization | 29,401 | 26,438 | 54,900 | 53,069 |
| Share based compensation | 2,468 | 1,273 | 4,615 | 2,767 |
| Foreign currency movements | 540 | 2,777 | (6,030) | (184) |
| Post-acquisition restructuring and legal costs | — | 357 | — | 357 |
| Operating cash flows before movements in working capital | 115,361 | 107,852 | 221,060 | 206,144 |
| Changes in operating assets and liabilities (net of impact of acquisitions): | | | | |
| Receivables | (10,107) | 5,274 | (3,619) | 6,852 |
| Inventories | (40) | 4,342 | 8 | (5,425) |
| Payables | (8,327) | (12,179) | (24,966) | (16,806) |
| Cash generated by operations | 96,887 | 105,289 | 192,483 | 190,765 |
| Income taxes paid | (17,510) | (13,039) | (27,426) | (36,819) |
| Net cash provided by operating activities | 79,377 | 92,250 | 165,057 | 153,946 |
| | | | | |
| **Cash flows from investment activities:** | | | | |
| Interest received | 2,970 | 2,095 | 5,945 | 2,316 |
| Purchase of fixed assets | (14,026) | (12,960) | (24,290) | (30,583) |
| Purchase of investments | — | — | — | (2,500) |
| Expenditure on product development | (11,158) | (9,721) | (21,199) | (16,294) |
| Acquisition of subsidiaries, net of cash acquired | (401,118) | (21,977) | (401,635) | (77,929) |
| Net cash used in investing activities | (423,332) | (42,563) | (441,179) | (124,990) |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Proceeds from issuance of shares, net of issuance costs | 7,075 | 5,665 | 10,126 | 12,830 |
| Proceeds from convertible loan notes, net of issuance costs | — | — | — | 765,912 |
| Interest on convertible loan notes | — | — | (13,017) | — |
| Interest on bank loan | (446) | (980) | (1,919) | (2,252) |
| Repayment of bank loan | — | — | (79,553) | (53,906) |
| Net cash provided by (used in) financing activities | 6,629 | 4,685 | (84,363) | 722,584 |
| | | | | |
| Net (decrease) increase in cash and cash equivalents | (337,326) | 54,372 | (360,485) | 751,540 |
| Beginning cash and cash equivalents | 1,068,203 | 910,876 | 1,060,600 | 242,791 |
| Effect of foreign exchange on cash and cash equivalents | 5,328 | (3,256) | 36,090 | (32,339) |
| Ending cash and cash equivalents | 736,205 | 961,992 | 736,205 | 961,992 |

**AUTONOMY CORPORATION plc**
**CONDENSED CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME**

| | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
| | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| | $'000 | $'000 | $'000 | $'000 |
| Net profit | 54,921 | 52,351 | 109,087 | 102,065 |
| | | | | |
| Revaluation of equity investment | 15,217 | 14,913 | 27,687 | 12,102 |
| Translation of overseas operations | 5,747 | (1,019) | 12,137 | (15,311) |
| Other comprehensive income | 20,964 | 13,894 | 39,824 | (3,209) |
| Total comprehensive income | 75,885 | 66,245 | 148,911 | 98,856 |

The accompanying notes are an integral part of these consolidated financial statements
Page 11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014231

Exh 2027-0012

**AUTONOMY CORPORATION plc**
**CONDENSED CONSOLIDATED STATEMENT OF CHANGES IN EQUITY**

| | Ordinary shares | Share premium | Capital redemption reserve | Own shares | Merger reserve | Sub-total |
|---|---|---|---|---|---|---|
| | $'000 | $'000 | $'000 | $'000 | $'000 | $'000 |
| At January 1, 2011 | 1,344 | 1,247,907 | 135 | (788) | 27,589 | 1,276,187 |
| Retained profit | — | — | — | — | — | — |
| Other comprehensive income | — | — | — | — | — | — |
| Stock compensation | — | — | — | — | — | — |
| Share options exercised | 5 | 10,022 | — | — | — | 10,027 |
| EBT options exercised | — | — | — | 3 | — | 3 |
| Deferred tax on stock options | — | — | — | — | — | — |
| At June 30, 2011 | 1,349 | 1,257,929 | 135 | (785) | 27,589 | 1,286,217 |

| | Sub-total Forwarded | Stock comp'n reserve | Revaluation reserve | Translation reserve | Retained earnings | Total |
|---|---|---|---|---|---|---|
| | $'000 | $'000 | $'000 | $'000 | $'000 | $'000 |
| At January 1, 2011 | 1,276,187 | 27,881 | 47,415 | (30,161) | 745,927 | 2,067,249 |
| Retained profit | — | — | — | — | 109,087 | 109,087 |
| Other comprehensive income | — | — | 27,687 | 12,137 | — | 39,824 |
| Stock compensation | — | 4,615 | — | — | — | 4,615 |
| Share options exercised | 10,027 | — | — | — | — | 10,027 |
| EBT options exercised | 3 | (3) | — | — | — | — |
| Deferred tax on stock options | — | — | — | — | 2,942 | 2,942 |
| At June 30, 2011 | 1,286,217 | 32,493 | 75,102 | (18,024) | 857,956 | 2,233,744 |

| | Ordinary shares | Share premium | Capital redemption reserve | Own shares | Merger reserve | Sub-total |
|---|---|---|---|---|---|---|
| | $'000 | $'000 | $'000 | $'000 | $'000 | $'000 |
| At January 1, 2010 | 1,333 | 1,130,767 | 135 | (845) | 27,589 | 1,158,979 |
| Retained profit | — | — | — | — | — | — |
| Other comprehensive income | — | — | — | — | — | — |
| Stock compensation | — | — | — | — | — | — |
| Share options exercised | 6 | 13,227 | — | — | — | 13,233 |
| EBT options exercised | — | — | — | 57 | — | 57 |
| Equity element of convertible loan notes | — | 97,815 | — | — | — | 97,815 |
| Deferred tax on stock options | — | — | — | — | — | — |
| At June 30, 2010 | 1,339 | 1,241,809 | 135 | (788) | 27,589 | 1,270,084 |

| | Sub-total Forwarded | Stock comp'n reserve | Revaluation reserve | Translation reserve | Retained earnings | Total |
|---|---|---|---|---|---|---|
| | $'000 | $'000 | $'000 | $'000 | $'000 | $'000 |
| At January 1, 2010 | 1,158,979 | 21,959 | 4,499 | (12,032) | 528,374 | 1,701,779 |
| Retained profit | — | — | — | — | 102,065 | 102,065 |
| Other comprehensive income | — | — | 12,102 | (15,311) | — | (3,209) |
| Stock compensation | — | 2,767 | — | — | — | 2,767 |
| Share options exercised | 13,233 | — | — | — | — | 13,233 |
| EBT options exercised | 57 | (57) | — | — | — | — |
| Equity element of convertible loan notes | 97,815 | — | — | — | — | 97,815 |
| Deferred tax on stock options | — | — | — | — | 1,852 | 1,852 |
| At June 30, 2010 | 1,270,084 | 24,669 | 16,601 | (27,343) | 632,291 | 1,916,302 |

The accompanying notes are an integral part of these consolidated financial statements

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014232

Exh 2027-0013

AUTONOMY CORPORATION plc

## NOTES TO THE CONDENSED SET OF CONSOLIDATED FINANCIAL STATEMENTS FOR THE SIX MONTHS ENDED JUNE 30, 2011 - UNAUDITED

### 1.   General Information

Interim information is unaudited, but reflects all normal adjustments which are, in the opinion of management, necessary to provide a fair statement of results and the company's financial position for and as at the periods presented.  The results of operations for the three and six months ended June 30, 2011 are not necessarily indicative of the operating results for future operating periods.  The interim financial statements should be read in connection with the company's audited Consolidated Financial Statements and the notes thereto for the year ended December 31, 2010.  The information for the year ended December 31, 2010 does not constitute statutory accounts as defined in section 435 of the Companies Act 2006.  A copy of the statutory accounts for that year has been delivered to the Registrar of Companies.  The auditor reported on those accounts; their report was unqualified, did not draw attention to any matters by way of emphasis and did not contain a statement under section 498(2) or (3) of the Companies Act 2006.

### 2.   Accounting Policies

The annual financial statements of Autonomy Corporation plc are prepared in accordance with IFRSs as adopted by the European Union.  The condensed set of financial statements included in this half yearly report has been prepared in accordance with IAS 34 'Interim Financial Reporting' as adopted by the European Union.

Basis of preparation
The same accounting policies, presentation and methods of computation are followed in the condensed set of consolidated financial statements as applied in the Autonomy group's 2010 Annual Report.

Going Concern
The Autonomy group has considerable financial resources together with a significant number of customers across different geographic areas and industries.  At June 30, 2011 the group had cash balances of $736 million and total debt (including the convertible loan notes) of $782 million, giving net debt of $46 million.  During the last twelve months the group generated $365 million in cash flow from operations.  As a consequence, the directors believe that the group is well placed to manage business risks successfully despite the continued uncertain economic outlook.

After making enquiries and considering the cash flow forecasts of the group the directors have a reasonable expectation that the group has adequate resources to continue in operational existence for the foreseeable future.  Accordingly, they continue to adopt the going concern basis in preparing the six month and quarterly consolidated financial statements

Adjusted Results
Although IFRS disclosure provides investors and management with an overall view of the company's financial performance, Autonomy believes that it is important for investors to also understand the performance of the company's fundamental business without giving effect to certain specific, non-recurring and non-cash charges. Consequently, the non-IFRS (adj.) results exclude share of profit/loss of associates, post-acquisition restructuring and legal costs and non-cash charges for the amortization of purchased intangibles, share-based compensation, interest on convertible loan notes, non-cash translational foreign exchange gains and losses and associated tax effects.  Management uses the adjusted results to assess the financial performance of the company's operational business activities.

See reconciliations on page 9.

### 3.   Acquisition of Selected Iron Mountain Digital Assets

During June 2011 the group acquired selected assets of Iron Mountain's Digital division including archiving, eDiscovery and online backup.  The acquisition has been accounted for using the purchase method of accounting.

The purchase price allocation has not yet been finalised and this interim report has been prepared using management estimates. Total consideration is $401 million which represents the $380 million purchase price and preliminary working capital adjustments.

Page 13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014233

Exh 2027-0014

3.   **Acquisition of Selected Iron Mountain Digital Assets (continued)**

Management's estimated preliminary purchase price allocation has attributed a value of $200 million to purchased intangibles comprising purchased technology, customer relationships and brand names. The balance of $200 million is all attributed to goodwill since estimated assets and liabilities currently offset to $nil. Management anticipate finalizing the purchase price allocation during the second half of 2011 at which time full disclosures in accordance with IFRS3 (2008) Revised will be provided.

The goodwill arising on the acquisitions is attributed to future operating synergies from the combinations. These operational synergies are expected to arise from a number of factors, including:

- cost synergies from utilization of Autonomy's IDOL dark server technology;
- elimination of duplicative general and administrative, data center and marketing programs;
- provision of broader and more comprehensive offerings to customers; and
- additional scale and cross-selling opportunities.

Had the results of the Digital acquisition for the period from 1 January 2011 to the date of acquisition been included in the group's results for H1 2011 then group net profit would be approximately $9 million lower than the reported figures.

Management have estimated a pro-forma revenue contribution from Digital for the stub period in Q2 2011 of $9.6 million with costs in the region of $12.4 million leading to a net operating loss of $2.8 million on an adjusted basis. This represents our best estimate but needs to be considered in light of the fact that acquired businesses are integrated very rapidly such that it is not practicable to determine the portion of the result that specifically relates to either business on a standalone basis. Given the short period of time since acquisition we have estimated these costs based on headcount at the time of acquisition and run rate of costs at the time of acquisition. As the operations are now substantially integrated we do not anticipate being able to estimate the contribution with any degree of accuracy in future periods.

4.   **Segmental Information**

The Autonomy group is organized internally along group function lines with each line reporting to the group's chief operating decision maker, the Chief Executive Officer. The primary group function lines include: finance; operations, including legal, HR and operations; marketing; sales; and technology. Each of these functions supports the overall business activities, however they do not engage in activities from which they earn revenues or incur expenditure in their operations with each other. No discrete financial information is produced for these function lines. The company integrates acquired businesses and products into the Autonomy model such that separate financial data on these entities is not maintained post acquisition.

The group has operations in various geographic locations however no discrete financial information is maintained on a regional basis. Decisions around the allocation of resources are not determined on a regional basis and the chief operating decision maker does not assess the group's performance on a geographic basis.

The group is a software business that utilises its single technology in a set of standard products to address unique business problems associated with unstructured data. The group offers over 500 different functions and connectors to over 400 different data repositories as part of its product suite. Each customer selects from a list of options, but underneath from a single unit of the proprietary core technology platform. As a result, no analysis of revenues by product type can be provided.

Each of the group's virtual brands is founded on the group's unique Intelligent Data Operating Layer (IDOL), the group's core infrastructure for automating the handling of all forms of unstructured information. Separate financial information is not prepared for each virtual brand to assess its performance for the purpose of resource allocation decisions. The pervasive nature of the group's technology across each brand requires decisions to be taken at the group level and financial information is prepared on that basis.
A significant proportion of the group's cost base is fixed and represents payroll and property costs which relate to the multiple function lines of the group. As a result the business model drives enhanced performance though growing sales and accordingly group wide revenue generation is the key performance metric that is monitored by the chief operating decision maker. The revenue financial data used to monitor performance is prepared and compiled on a group wide basis. No separate revenue financial analysis is maintained on revenues from any of the virtual brands.

The company's chief operating decision maker is the group's Chief Executive Officer, who evaluates the performance of the company on a group wide basis and any elements within it on the basis of information from junior executives and group financial information and is ultimately responsible for entity-wide resource allocation

Page 14

BARC-HP_00014234

Exh 2027-0015

decisions.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014235

Exh 2027-0016

**4.   Segmental Information (continued)**

As a consequence of the above factors the group has one operating segment in accordance with IFRS 8 "Operating Segments".  IFRS 8 also requires information on a geographic basis and that information is shown below.  The group's operations are located primarily in the United Kingdom, the US and Canada.  The company also has a significant presence in a number of other European countries as well as China, Japan, Singapore and Australia.  The following tables provide an analysis of the group's sales and net assets by geographical market based upon the location of the group's customers.

| | Three Months Ended | | Six Months Ended | |
| | (unaudited) | | (unaudited) | |
| Revenue by region: | June 30, 2011 | June 30,2010 | June 30, 2011 | June 30, 2010 |
| | $'000 | $'000 | $'000 | $'000 |
| Americas | 186,254 | 146,874 | 337,403 | 282,469 |
| Rest of World | 69,996 | 74,251 | 138,640 | 132,836 |
| Total | 256,250 | 221,125 | 476,043 | 415,305 |

Information about these geographical regions is presented below:

| | Three Months Ended | | | | | |
| | (unaudited) | | | | | |
| | June 30, 2011 | | | June 30, 2010 | | |
| | Americas | ROW | Total | Americas | ROW | Total |
| | $'000 | $'000 | $'000 | $'000 | $'000 | $'000 |
| Result by region | 74,186 | 14,896 | 89,082 | 56,738 | 23,604 | 80,342 |
| Post-acq'n restr. costs. | | | (5,590) | | | (558) |
| Loss on foreign exchange | | | (540) | | | (2,777) |
| Operating profit | | | 82,952 | | | 77,007 |
| Share of loss of associate | | | - | | | (333) |
| Interest receivable | | | 2,657 | | | 2,178 |
| Interest payable | | | (12,669) | | | (11,372) |
| Profit before tax | | | 72,940 | | | 67,480 |
| Tax | | | (18,019) | | | (15,129) |
| Profit for the period | | | 54,921 | | | 52,351 |

| | Six Months Ended | | | | | |
| | (unaudited) | | | | | |
| | June 30, 2011 | | | June 30, 2010 | | |
| | Americas | ROW | Total | Americas | ROW | Total |
| | $'000 | $'000 | $'000 | $'000 | $'000 | $'000 |
| Result by region | 130,546 | 37,263 | 167,809 | 112,222 | 38,287 | 150,509 |
| Post-acq'n restr. costs. | | | (6,264) | | | (558) |
| Profit on foreign exchange | | | 6,030 | | | 184 |
| Operating profit | | | 167,575 | | | 150,135 |
| Share of loss of associate | | | (350) | | | (671) |
| Interest receivable | | | 5,632 | | | 2,985 |
| Interest payable | | | (25,970) | | | (16,169) |
| Profit before tax | | | 146,887 | | | 136,280 |
| Tax | | | (37,800) | | | (34,215) |
| Profit for the period | | | 109,087 | | | 102,065 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014236

Exh 2027-0017

5. **Income Taxes**

|  | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
|  | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| Tax charge by region: | $'000 | $'000 | $'000 | $'000 |
| UK | 10,444 | 9,901 | 25,772 | 23,300 |
| Foreign | 7,575 | 5,228 | 12,028 | 10,915 |
| Total | 18,019 | 15,129 | 37,800 | 34,215 |

6. **Share Based Compensation**

Share based compensation charges have been charged in the consolidated income statement within the following functional areas:

|  | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
|  | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
|  | $'000 | $'000 | $'000 | $'000 |
| Research and development | 740 | 342 | 1,384 | 743 |
| Sales and marketing | 1,308 | 624 | 2,446 | 1,357 |
| General and administrative | 420 | 307 | 785 | 667 |
| Total share based compensation charge | 2,468 | 1,273 | 4,615 | 2,767 |

7. **Earnings per Share**

The calculation of the basic and diluted earnings per share is based on the following data:

|  | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
|  | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
|  | $'000 | $'000 | $'000 | $'000 |
| Earnings for purpose of basic and diluted earnings per share, being net profit (IFRS) | 54,921 | 52,351 | 109,087 | 102,065 |
| Earnings for the purposes of diluted earnings per share (adjusted – see page 9) | 82,112 | 75,515 | 151,950 | 137,169 |
| **Number of shares (in thousands)** | | | | |
| Weighted average number of ordinary shares for the purposes of basic earnings per share | 243,086 | 241,587 | 242,891 | 241,239 |
| Share options | 2,304 | 3,308 | 2,161 | 3,114 |
| Weighted average number of ordinary shares for the purposes of diluted earnings per share (IFRS) | 245,390 | 244,895 | 245,052 | 244,353 |
| Convertible loan notes | 24,082 | 24,082 | 24,082 | 15,700 |
| Weighted average number of ordinary shares for the purposes of diluted earnings per share (adjusted) | 269,472 | 268,977 | 269,134 | 260,053 |
| IFRS | | | | |
| Earnings per share – basic | $ 0.23 | $ 0.22 | $ 0.45 | $ 0.42 |
| Earnings per share – fully diluted | $ 0.22 | $ 0.21 | $ 0.45 | $ 0.42 |
| Adjusted | | | | |
| Earnings per share adj. – basic (IFRS) | $ 0.34 | $ 0.31 | $ 0.63 | $ 0.57 |
| Earnings per share adj.– fully diluted (IFRS) | $ 0.33 | $ 0.31 | $ 0.62 | $ 0.56 |
| Earnings per share adj. – fully diluted (adjusted for conversion of loan notes) | $ 0.30 | $ 0.28 | $ 0.56 | $ 0.53 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014237

Exh 2027-0018

**7.   Earnings per Share (continued)**

Because in our adjusted measure of profits, we exclude the interest payable on the convertible loan notes, the inclusion of the potential shares for the convertible loan notes does cause dilution.  In order to give a fair presentation of our adjusted diluted earnings per share, we have elected to reflect the impact of the convertible shares within our adjusted diluted earnings per share measures.

**8.   Related Party Transactions**

There have been no related party transactions, or changes in related party transactions described in the latest annual report, that could have a material effect on the financial position or performance of the group in the financial period.

---

**Statement of Directors' Responsibility**

We confirm that to the best of our knowledge:

(a)      the condensed set of financial statements has been prepared in accordance with IAS 34 "Interim Financial Reporting";

(b)      the interim management report includes a fair review of the information required by DTR 4.2.7 (indication of important events during the first six months and description of principal risks and uncertainties for the remaining six months of the year); and

(c)      the interim management report includes a fair review of the information required by DTR 4.2.8 (disclosure of related parties' transactions and changes therein).

By order of the Board

Dr Michael R Lynch
Chief Executive Officer
July 27, 2011

Sushovan T Hussain
Chief Financial Officer
July 27, 2011

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BARCLAYS

BARC-HP_00014238

Exh 2027-0019

**INDEPENDENT REVIEW REPORT TO AUTONOMY CORPORATION PLC**

We have been engaged by the Company to review the condensed set of financial statements in the interim financial report for the three and six months ended June 30, 2011 which comprises the condensed consolidated income statement, the condensed consolidated balance sheet, the condensed consolidated statement of comprehensive income, the condensed consolidated statement of changes in equity, the condensed consolidated statement of cash flow and related notes 1 to 8. We have read the other information contained in the interim financial report and considered whether it contains any apparent misstatements or material inconsistencies with the information in the condensed set of financial statements.

This report is made solely to the company in accordance with International Standard on Review Engagements (UK and Ireland) 2410 "Review of Interim Financial Information Performed by the Independent Auditor of the Entity" issued by the Auditing Practices Board.  Our work has been undertaken so that we might state to the company those matters we are required to state to them in an independent review report and for no other purpose.  To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the company, for our review work, for this report, or for the conclusions we have formed.

**Directors' responsibilities**
The interim financial report is the responsibility of, and has been approved by, the directors.  The directors are responsible for preparing the interim financial report in accordance with the Disclosure and Transparency Rules of the United Kingdom's Financial Services Authority.

As disclosed in note 2 the annual financial statements of the group are prepared in accordance with IFRSs as adopted by the European Union.  The condensed set of financial statements included in this interim financial report has been prepared in accordance with International Accounting Standard 34, "Interim Financial Reporting," as adopted by the European Union.

**Our responsibility**
Our responsibility is to express to the Company a conclusion on the condensed set of financial statements in the interim financial report based on our review.

**Scope of Review**
We conducted our review in accordance with International Standard on Review Engagements (UK and Ireland) 2410 "Review of Interim Financial Information Performed by the Independent Auditor of the Entity" issued by the Auditing Practices Board for use in the United Kingdom.  A review of interim financial information consists of making inquiries, primarily of persons responsible for financial and accounting matters, and applying analytical and other review procedures.  A review is substantially less in scope than an audit conducted in accordance with International Standards on Auditing (UK and Ireland) and consequently does not enable us to obtain assurance that we would become aware of all significant matters that might be identified in an audit.  Accordingly, we do not express an audit opinion.

**Conclusion**
Based on our review, nothing has come to our attention that causes us to believe that the condensed set of financial statements in the interim financial report for the three and six months ended June 30, 2011 is not prepared, in all material respects, in accordance with International Accounting Standard 34 as adopted by the European Union and the Disclosure and Transparency Rules of the United Kingdom's Financial Services Authority.

**Deloitte LLP**
Chartered Accountants and Statutory Auditor
London, UK
July 27, 2011

Page 19

# EXHIBIT A

1. On behalf of         Claimants
2. Initials/Surname of witness  C H Yelland
3. Statement No.         1
4. Date           14 September 2018

**Claim No. HC-2015-001324**

**IN THE HIGH COURT OF JUSTICE**

**BUSINESS AND PROPERTY COURTS**
**OF ENGLAND AND WALES**
**BUSINESS LIST (ChD)**

**(1)  ACL NETHERLANDS B.V. (AS SUCCESSOR TO AUTONOMY**
**CORPORATION LIMITED)**
**(2)  HEWLETT-PACKARD VISION BV**
**(3)  AUTONOMY SYSTEMS LIMITED**
**(4)  HEWLETT-PACKARD ENTERPRISE NEW JERSEY, INC.**

**Claimants**

-and-

**(1)  MICHAEL RICHARD LYNCH**
**(2)  SUSHOVAN TAREQUE HUSSAIN**

**Defendants**

---

**WITNESS STATEMENT OF CHRISTOPHER HENRY YELLAND**

---

I, CHRISTOPHER HENRY YELLAND, of Amen Corner, Cain Road, Bracknell, Berkshire, RG12 1HN,
STATE AS FOLLOWS:

1.  I was the Chief Financial Officer (**"CFO"**) of Autonomy from April 2012 until February 2013. I
    make this Witness Statement on behalf of the Claimants in connection with the above named
    proceedings.  Except where it otherwise appears, the facts and matters to which I refer in this
    Witness Statement are within my own knowledge and are true.  Where facts are from another
    source, I identify the source and I believe them to be true.

2.  I have not attached the documents to which I refer in this Witness Statement.  Instead I have
    provided document references for those documents.  I understand that the document
    references are the Document Production IDs allocated to the documents by the parties as part
    of the disclosure in the current proceedings.  I have relied upon these documents to refresh my
    recollections and refer to the specific content of a number of them.

1

HP-SEC-02934491

3. For the avoidance of any doubt, nothing I say in this Witness Statement is intended to operate as a waiver of privilege, nor am I authorised to waive the Claimants' privilege.

**Professional History and Background**

4. I have a first class BSc in Management Science from the University of Warwick, where I studied from 1986 to 1989. In April 1990, I joined Arthur Andersen, which at that time was one of the five biggest accounting firms worldwide.

5. I qualified as a Chartered Accountant while at Arthur Andersen, having taking the exams for the Institute of Chartered Accountants in England and Wales's ACA (Association of Chartered Accountants) qualification. I came joint fourth in my year and achieved the highest mark for the financial reporting paper.

6. I worked at Arthur Andersen for three and a half years, following which I joined the Financial Training Company ("**FTC**") in 1993 as a tutor. FTC was a small professional training company which trained people to become chartered, certified and/or management accountants. In my role at FTC I lectured on various aspects of accountancy and business practice.

7. In 1995 I joined the accounting team at Rover Group, the then-UK based car manufacturer. I started off as an operational audit manager, which involved focusing on risk management and improving firm processes, before I was promoted to UK Accounting Manager. In this role I was responsible for the financial accounting and reporting for Rover's UK manufacturing, export and holding companies.

8. In January 2000 I moved to Compaq. Compaq's main business was the production and sale of computers and related products and services. I started off as a Services Account Manager for the UK and then became a Financial Planning and Analysis ("**FP&A**") Manager for the UK, responsible for projecting revenues and costs within the UK business, and for the tracking of financial performance against those projections. I then moved to the role of Finance Manager in Compaq's UK and Ireland Consulting and Integration business after 16 months at the company. Around a year later, Compaq merged with Hewlett-Packard ("**HP**"). In April 2004, I was appointed Finance Manager of HP's UK software and enterprise[1] storage and servers businesses. This division had been created following a major internal reorganisation, and I was responsible both for improving its profitability (while maintaining its market share) and for building a new finance team.

---

[1] HP's "enterprise" business focused on the provision of hardware (i.e. servers, network infrastructures and storage devices, amongst other things), software, and services to large commercial businesses (or "enterprises").

HP-SEC-02934492

9. After 18 months I was promoted, and became the FP&A Director for HP's Technology and Solutions Group ("**TSG**") across 35 countries in Europe, the Middle East and Africa ("**EMEA**"). At the time, TSG comprised HP's enterprise products, services and software business, and had global revenues of approximately $16 billion. My core responsibilities were similar to those I had held as an FP&A Manager at Compaq although I also had responsibility for other matters, such as certain compliance activities. The business for which I was responsible was also much larger.

10. In 2007 I became the Finance Director of HP's Personal Systems Group ("**PSG**") in the UK and Ireland. PSG predominantly provided desktop and laptop computers to individuals and businesses. In September 2010 I was promoted to Finance Director of HP's EMEA Software business and in April 2012 I was promoted to the position of CFO of Autonomy Corporation Limited, which had been acquired by HP in the autumn of 2011. From February 2013 to September 2017, I was Autonomy's Financial Controller.

11. Effective 1 September 2017 the software business of Hewlett Packard Enterprise[2] ("**HPE**") merged with Micro Focus PLC ("**Micro Focus**"). Micro Focus is currently the largest UK software company and one of the largest software companies worldwide. I am the Vice President of Finance at Micro Focus, with responsibility for group FP&A.

**Consideration for the Autonomy role**

12. In January 2012, while still in my role as EMEA Software Finance Director, I was approached by Jim Murrin, HP's then Corporate Controller (in effect, its chief accounting officer), who told me that the CFO role at Autonomy would shortly be vacant, as Stephen Chamberlain, who had replaced Sushovan Hussain as Autonomy's CFO shortly after HP's acquisition of Autonomy had completed, had handed in his notice and was leaving Autonomy. Mr Murrin asked me whether I was interested in that role.

13. Autonomy was an exciting acquisition for HP and the role was attractive for a number of reasons. First, I understood at the time that Autonomy was a high-growth company operating in a market on which HP was particularly focussed. Second, the role was an "end-to-end" finance role, by which I mean that the post-holder would be responsible for all aspects of Autonomy's financial management. As I explain above, I had broad experience across a wide range of different areas of financial management, but the Autonomy position was the first role I had considered that involved oversight of all of those areas simultaneously. The opportunity to

---

[2]      In November 2015, HP split into two separate companies, HPE and HP Inc. Following the separation, HP's software and services business resided with HPE and HP's personal systems and printing businesses resided with HP Inc.

HP-SEC-02934493

experience a different role appealed to me. Third, Mr Murrin explained that it was intended that Autonomy would remain an independent business unit within HP, and that HP wanted to ensure that it was given space to grow. However, HP also wanted to ensure that, as part of the wider HP group, Autonomy was subject to appropriate and sufficient accounting controls befitting its status as a division of a leading member of the S&P 500 (an index comprised of the 500 largest US publicly traded companies by market value). The fact that Autonomy would remain largely independent appealed to me as it would give me more responsibility and control.

14. I applied for the CFO role and towards the end of February 2012 I was offered the position, which I subsequently accepted.

### The Autonomy finance team and my initial impressions of Autonomy

15. I formally started work at Autonomy in April 2012. The team for which I was responsible comprised over 100 people and was split into a number of sub-teams.

16. It was clear to me from the outset that the finance function at Autonomy operated very differently to the finance functions at Compaq and HP. The biggest difference was that there was no real business-finance function. Business finance is responsible for producing management reports on financial metrics and assisting with business decision-making. This includes collating the financial information that management needs to be able to track the performance of the business accurately. The absence of a real business-finance function at Autonomy was in stark contrast to HP and Compaq, each of which had sophisticated budgeting and management-reporting structures.

17. However, while there was no formal management reporting, it was clear that Mr Hussain (who had relinquished his role as CFO following the acquisition in order to concentrate on sales) himself had access to a substantial amount of information. My impression was that information that shed light on Autonomy's complete financial profile was shared freely amongst only a very limited group of people, namely Mr Hussain, Mike Lynch (Autonomy's then Chief Executive Officer ("**CEO**")), and Andrew Kanter (Autonomy's then Chief Operating Officer and General Counsel), and that it was shared with others in the business only on a limited and need-to-know basis.

18. I came to understand from the finance team that there had been no real changes to the way that information was shared within Autonomy in the six months or so following the HP acquisition. Further, the tight control of information extended to an unwillingness by Autonomy freely to share information regarding its business with HP. For example, Mr Chamberlain explained to me that Mr Hussain had told the Autonomy finance team that it could not share

4

information with HP without first providing it to him (i.e. Mr Hussain) and obtaining his permission.

19. This was exemplified by a request for details of Autonomy's sales pipeline (i.e. the potential sales that were in prospect) that I understand Paul Curtis, HP's global director of software revenue recognition, made to Mr Chamberlain (copied to Antonia Anderson, a member of Autonomy's finance team who was responsible for managing the revenue recognition sub-team), on 11 January 2012 {**POS000063317**}.  Mr Curtis said that he wanted details of the pipeline so that he could resource his team appropriately to enable it to identify the amount of revenue that could be recognised, if the deals to which those revenues related were concluded. Although this request was made before I began my role at Autonomy, I recall Ms Anderson informing me after I had started in my role that Mr Hussain had told her that she was not permitted to share this information with Mr Curtis. Although I understood that Autonomy wanted to avoid being overwhelmed by HP's processes and procedures, this struck me as odd. Mr Curtis was trying to support Autonomy's business: he wanted to work with Autonomy finance to make sure its numbers were reliable.  Far from overwhelming Autonomy, sharing information of that type would have helped it operate more efficiently and effectively.

20. Another element of the close control exercised by Autonomy management was the requirement for Dr Lynch personally to approve all purchases above $30,000.  I considered this to be an unusually low threshold for CEO sign-off for what was understood to be a near $1 billion revenue business, and had until recently been a FTSE 100 company in its own right.

21. I also recall requesting copies of Autonomy's accounting policies and manuals shortly after I took up my role as CFO, but being told by Ms Anderson that Autonomy did not have any. Ms Anderson instead pointed me to the commentary set out in Autonomy's statutory accounts (see, for example {**D001228084**} (pages 49 to 56)).

22. Such issues suggested to me that Autonomy had not yet scaled up its processes to match its size and growth.  I knew that I would have to address this, and that I would need to begin to introduce processes and procedures better fitted to a business of its scale.  At the time, I took them to be idiosyncrasies of a young and rapidly growing company, rather than indicators of any more serious problems.

**Issues with Autonomy's financial performance and accounting practices**

23. In the first few weeks in my role, I had largely been getting to know people and familiarising myself with Autonomy's business.  At this stage my access to information was still relatively limited and my understanding of the context in which it fitted was limited.  However, as a

5

general matter I was aware that Autonomy had been perceived by HP as a strong and rapidly growing software business, and that this had made it an attractive acquisition prospect for HP.

24. Autonomy's performance, post-acquisition, was tracked against its budget, which was set once a year. The budget covered Autonomy's financial year (running from 1 November after the HP acquisition, in line with HP's financial year) and was split into quarters. The budget was a target: it represented the benchmark for financial success. Separately, like other HP business units, every month Autonomy provided a forecast (known as the "FLASH") for at least the coming quarter. The monthly forecast was used as a management tool against which to track the ongoing performance of the business.

25. I was aware that Autonomy, prior to my arrival, had missed its Q1 2012 (i.e. November to January 2012) revenue target by about $40 million (or 15%), as referenced in a presentation dated 8 February 2012 {**POS000074858**} (slide 3). I do not recall thinking that this fact in isolation was particularly remarkable, as it is not uncommon for companies occasionally to fall short of their financial projections. Mr Chamberlain explained to me the stated reasons for the miss (summarised in the 8 February presentation), which appeared plausible {**POS000074858**} (slide 3).

26. However, at the end of April 2012, I learned that Dr Lynch and Mr Hussain had told HP that they expected that for Q2 (i.e. the three months ending on 30 April) Autonomy would again miss its forecast, this time by between $30 million and $50 million. The state of the deals in the pipeline made the target unachievable. A second miss in a row was concerning.

27. It quickly became apparent following the quarter end that the miss was in fact very much larger than $30 – $50 million. At that time, Autonomy's results were reported along with those of the Information Management ("**IM**") business, and on 2 May 2012 the estimate of the combined Autonomy and IM (AUIM or IMBU) revenues for Q2 was revised down to $210 million (this amount being net of a purchase accounting adjustment), being some $111 million (more than a third) below the April FLASH {**POS00297898**}. The actual results were set out in a presentation I produced later that month, which split out the revenues for Autonomy and the IM unit separately {**POS00307860**}. Autonomy revenues were $181 million, $136 million lower than budget and $106 million lower than the April FLASH (slide 5). As the presentation also showed, these Q2 revenues were also substantially lower than the equivalent[3] revenues of Autonomy in the first quarter of the prior year, which were $220 million {**POS00307860**} (slide 5). This deterioration in revenue – which amounted to a year-on-year fall of approximately 18%, in a

---

[3]    HP's financial year commenced on 1 November, whereas prior to the acquisition Autonomy's financial year had started on 1 January. The presentation therefore compared Autonomy's Q2 2012 financial results (which since its acquisition by HP covered the period February to April 2012) to Autonomy's Q1 2011 financial results (which covered the period January to March 2011).

HP-SEC-02934496

business that was meant to be growing rapidly – indicated to me that something was seriously wrong.

28. Two issues troubled me about the miss, over and above its extent and how late it was flagged. First, until very shortly before the 30 April quarter end, Mr Hussain had remained bullish that the revenue forecast would be met. He had demonstrated this by sharing with me details of deals in the pipeline that he anticipated would close by the end of the quarter. As I had only been in the business for a matter of weeks, I had no good reason to doubt Mr Hussain's expressions of confidence. I did not have enough experience of Autonomy to know whether the forecast was achievable.

29. Second, in my experience, where large revenue misses occur, they are often the result of a specific issue in a particular region or business line. This was not the case for Autonomy's Q2 miss: it was spread across all of Autonomy's non-recurring income streams, principally licence revenues (which were reliant on new deals being closed). I explained this in an email of 2 May 2012 to Mr Murrin, noting that it resulted neither from the loss of deals to Autonomy's competitors, nor from cancellations by customers of anticipated deals {POS00297887}. My email reflected discussions I had had with Mr Hussain. At that stage I was focussed on deals that had apparently slipped, because I was being told by Mr Hussain that the deals were there, but that there had been slippage.

30. I thought that Dr Lynch and Mr Hussain might try to justify the miss on the basis that it resulted from Autonomy becoming part of HP. I tried to make this point in a neutral way in my email to Mr Murrin, in which I noted that *"[Dr Lynch] and [Mr Hussain] tell me the sales forecast and management process has not changed from that which has been successful for many q[uar]t[e]rs. I have not seen anything to cause me to doubt this"*. I also flagged to Mr Murrin that: *"One area that will obviously come under heavy scrutiny is the sales model now that Autonomy is part of hp. Logically this is the major change that has occurred and will likely have impacted expectations of customers and hp and Autonomy sales behavior. I am being deliberately neutral as this will require a lot more real analysis to draw meaningful conclusions"*. Although I flagged that any effect of Autonomy becoming part of HP on Autonomy's sales model would need to be scrutinised, I was sceptical that any such effect was likely to be behind the miss for two reasons. First, it was not apparent to me that any significant changes had been made to Autonomy's own sales model and it certainly would not have explained the difference between what I understand Dr Lynch and Mr Hussain told HP shortly before the end of the quarter and what actually happened. Second, I had not heard significant complaints about HP's processes constraining Autonomy's sales model prior to the quarter end. If there had been widespread issues with that, I think it is likely that complaints of such severity would have come

7

HP-SEC-02934497

to my attention. However, as I sought to make clear, I was not at that stage in a position to provide my own informed view as to the reason for the miss.

31. On 7 and 8 May 2012 I attended a meeting between a range of senior HP and Autonomy executives at Autonomy's offices in London. The purpose of the meeting was to understand the reasons for the Q2 miss (in particular), and how they could be addressed, and to set appropriate revenue forecasts for Autonomy for future quarters. We discussed how Autonomy could recover in Q3 to try to ensure that it met the budget produced at the time of Autonomy's acquisition: i.e. the business case that HP had adopted when deciding whether to proceed with the Autonomy acquisition. Shortly before the meeting, Mr Hussain told me that he had resigned as head of sales. I recall him telling me that he was taking responsibility for the Q2 miss.

32. To address the underperformance issues, we agreed at the meeting to focus on closing deals that had been identified as being likely to close by the end of Q2, but which had not eventuated in that quarter. This was recorded in a slide deck circulated by Mr Kanter on 8 May 2012, after the meeting {POS00302470}, {POS00302471} (slide 6). However, the performance in actually closing those "slipped" deals was very weak, as was Autonomy's performance generally. For example, I have been shown a copy of an email that Rob Binns (a member of HP's Software and Solutions business unit) sent to Cathie Lesjak (HP's CFO) following a conversation he had had with me. Mr Binns noted that as at 23 May 2012 Autonomy had only closed around $16 million in licence deals (of any kind) since the end of Q2 {POS00318487}. In my email to, among others, Bill Veghte (head of HP software) on 28 May 2012, I reported that of the big deals that had slipped in Q2, only deals with BP and Manulife (total value of $10.2 million) had closed by that time (i.e. the end of May) {POS00322514}. My view at this stage, which I expressed in an email of the same date (28 May) to a number of HP and Autonomy individuals, was that Autonomy's revenue forecast and target for Q3 were unlikely to be achievable. I noted that "*[t]he current quarter forecast position is way off target*" and that we were "*likely to significantly miss the FLASH based on our current trajectory*" {POS00322417}.

33. In an email dated 6 June 2012 to Ms Lesjak, Mr Veghte, Marc Levine (who had replaced Mr Murrin as HP's Corporate Controller) and others, I reiterated the message I gave on 28 May, saying that "*we will likely finish Q3 at $90-$100m on Autonomy licenses vs the current $166m FLASH and $205m budget*" {POS00329629}. The following day, I provided Ms Lesjak, Mr Veghte, Mr Levine and others with revised forecasts for Q3 {POS00330434} and noted that, in addition to looking at the forecast for Q3, we also needed to consider the forecast for Q4. I included a table in my email which set out the levels at which I thought the forecasts for both quarters should be re-set. I suggested that the forecast for Q3 licence revenues be reduced to $95 million, from $166 million in May, and as against the initial budget of $205 million. My suggestion for Q4 licence revenues was $140 million, which, again, represented a material decrease from both the May forecast (which was $237 million) and the budget (which was $276 million).

8

HP-SEC-02934498

34. During this period I was focussed on assessing, and trying to address, the impact of the apparent underperformance on the ongoing operations of the business, updating future projections as best I could, and communicating and reporting within the organisation (including HP) about these matters. There was a particular focus on tracking deals that had slipped to make sure they were being closed as soon as possible. I also wanted to test the credibility of legacy Autonomy management's assertion that the slipped deals contributed significantly to the Q2 miss. I took performance on slipped deals as a key proof point in determining whether the Q2 miss was a short-term operational slip or whether it pointed to a more fundamental issue in the business.

35. In this work I used and relied on financial information I was receiving from members of the Autonomy finance team, such as data on the size of the sales pipeline. As I became more familiar with the business and its finances I was better able to assess these numbers, and indeed I was now integrally involved in setting future forecasts. But I still did not understand why current period revenue was so much lower than budget, particularly as the budget was built on historic numbers plus certain growth assumptions consistent with HP's deal model. As such, I was not confident that we had a reliable financial baseline to work from (by which I mean prior results that were reliable, and from which meaningful trends and information could be identified), and considered this a limitation on the reliability of the forecasts being produced.

36. During this period I became aware of certain accounting practices within Autonomy that concerned me. These included Autonomy's treatment of cost accruals, deferred revenue, accrued revenue and bad debts. In respect of the latter, there appeared to be historic debts on Autonomy's ledger which I believed may have needed to be written off. I would not have expected these bad debts to be carried on Autonomy's ledger. I instructed the Autonomy finance team to focus on addressing the issues as appropriate.

### Rebasing, impairment and the 2011 statutory accounts

37. In around early June 2012, I came to understand that shortly after Dr Lynch's departure from Autonomy (towards the end of May), a then-senior level officer at Autonomy had raised concerns about Autonomy's historical revenue accounting.

38. It was also apparent by this stage that the recent Q1 and Q2 misses and the general underperformance of the business required some considered analysis in order to better understand the real economic substance and performance drivers of the Autonomy business, and to give management more reliable information on which to base its decisions. It was also clear that in light of the issues the business was facing we needed to establish new processes and systems to better support and track Autonomy's business and performance.

HP-SEC-02934499

39. It was in these circumstances that in early June I was asked by HP to lead an exercise designed to provide a more accurate view of Autonomy's true historic financial performance. We wanted to assess the concerns raised by the then-senior level officer at Autonomy and to see how prevalent they were, as well as to take a preliminary look at the large revenue deals to identify a reliable baseline that could be used to improve forecasts, and against which future performance could be measured.

40. This "rebasing" exercise was conducted in June and July 2012 over the course of about six weeks and focused on a number of specific issues, namely hardware transactions, certain licence deals, certain costs that had been classed as exceptional in September 2011 (a quarter that was not reviewed by Deloitte and was prior to the effective date of the HP acquisition), and certain potential balance sheet adjustments related to acquisitions. We identified these items on the basis that they appeared to be the most significant and immediate issues. I subsequently learned that the issues with Autonomy extended beyond these matters, but at the time I started the rebasing exercise, the full extent of them was not known to me. We carried out the rebasing assessment in respect of Autonomy's 2010, 2011 (nine months) and (to date) 2012 financial statements.

41. In the course of the rebasing exercise we reviewed certain information relevant to the above items, and set out our view as to their real economic substance. In the available time we did not go further and seek to provide firm conclusions as to the appropriate accounting treatment – the exercise was preliminary and indicative only. For example, we considered that there was no real economic substance to hardware deals, sold at a loss, that included no Autonomy software, and we therefore excluded from Autonomy's reported revenue the revenue (and costs) that had been recognised in respect of them. But that was not to say that Autonomy recognising the revenue was in and of itself incorrect under the relevant accounting rules. Our objective was to identify the true substance of Autonomy's software business so that we could more accurately estimate future revenues.

42. As far as licence deals were concerned, we identified from Autonomy's "$100k deals" spreadsheets for 2010 and 2011 licence deals with recorded revenue in excess of $1 million. We then considered various risk indicators in respect of those deals and subsequently, for the purpose of the exercise, excluded from Autonomy's reported revenue, revenue that in our view did not reflect the true economic substance of the underlying transactions. The "$100k deals" spreadsheets had been maintained by Autonomy's revenue team to aggregate all licence deals over $100,000, and to summarise the details of those deals in order to assist Deloitte's audits and reviews of the business.

43. Although the rebasing exercise was focussed on identifying the real economic substance of the transactions under review rather than carrying out a detailed accounting analysis of them, the initial work was viewed more closely through the prism of US Generally Accepted Accounting

HP-SEC-02934500

Principles ("**US GAAP**") than other accounting rules (such as the International Financial Reporting Standards ("**IFRS**")). On 17 July 2012 I sent my analysis and conclusions to Mr Levine and others {POS00350269}, {POS00350271}. In summary, and on the basis of the approach which had been adopted, I identified very significant revenue adjustments to be made: $193 million of adjustments to 2010, $157 million to the first nine months of 2011, and $38 million to FY 2012. My analysis showed a company whose economic substance was very different to that described in Autonomy's pre-acquisition published accounts.

44. I was subsequently instructed by Mr Levine to consider the same transactions, but this time by seeking to apply IFRS instead of US GAAP. I conducted this exercise cautiously and did not want my work to be over-interpreted; I was not an IFRS expert, as I explained in an email to Meeta Sunderwala and Betsy Branch of HP's Enterprise Financial Reporting ("**EFR**") team dated 22 July 2012, in which I set out my initial views {POS00352615}, {POS00352619}. In broad terms, I indicated, with varying degrees of confidence, whether or not the accounting treatment of the transactions identified in the previous exercise was IFRS-compliant.

45. The rebasing work helped me to understand that the financial expectations of Autonomy, as set out in its budget, were misguided, and allowed us to work towards setting a budget that was realistic having regard to the real shape and performance of the business. As described below, the rebasing exercise was eventually superseded by the work done on the 2011 statutory accounts for Autonomy Systems Limited ("**ASL**").

46. I understand that the Defendants in these proceedings allege that the rebasing exercise confirmed that the changes in accounting treatment of the transactions under review had been largely caused by differences between IFRS and US GAAP or matters of accounting judgement (in light of the fact that only a small number of transactions had been confirmed to be not IFRS compliant). For the reasons I have outlined above, the results of the rebasing exercise, particularly the analysis under IFRS, were preliminary and the scope of the exercise was limited. The purpose of the exercise was a preliminary assessment of the true substance of the transactions in Autonomy's business, relying on information that was available at that time. It was not designed to determine the full and precise extent of any accounting improprieties. There was insufficient information (or time) at this stage to provide a firm view on the extent to which the accounting treatment of transactions was or was not IFRS-compliant.

47. Subsequently, I was involved in a number of exercises that, to differing degrees, engaged matters relevant to the rebasing work. These exercises included: (i) preparing a preliminary Autonomy budget for FY 2013–2015 for ongoing business planning purposes, a forecast for which the rebasing work was used as a starting point; (ii) preparing a ten-year Autonomy

HP-SEC-02934501

forecast for the purpose of HP's Q4 2012 impairment review; and (iii) preparing the 2011 statutory accounts for ASL and other UK entities[4], along with restated 2010 financial results.

48. I liaised with HP (particularly Erin Kim in HP's Corporate Development team) to provide certain data, including the preliminary FY 2013–2015 budget referred to above, and fed into the preparation of the ten-year forecast, including to ensure that it was properly aligned with my understanding of Autonomy's business {**POS00372515**}, {**POS00374606**}, {**POS00368608**}. This forecast was provided to HP's EFR team carrying out the impairment assessment, and I answered their questions on the forecast. As a general matter, I approached the forecasting from the perspective that Autonomy had a lower historic revenue base than previously thought, and that overall growth forecasts should be more conservative than previously estimated.

49. The preparation of ASL's 2011 statutory accounts ended up being a very substantial exercise, as they needed to take account of the serious issues that had been identified at Autonomy, and because in order to present the UK statutory accounts we had to look at the global Autonomy business.[5] Moreover, it soon became apparent, in light of the issues identified, that the 2010 financial statements required substantial revision. Both the restatement of the 2010 accounts and the preparation of the 2011 accounts were audited by Ernst & Young, who had replaced Deloitte as Autonomy's auditors.

50. The accounting review work undertaken in the preparation of ASL's 2011 statutory accounts identified a number of types of transactions that required adjustment[6]. I describe these briefly below:

   a. Value Added Reseller transactions. Adjustments were made to the statutory accounts for transactions recorded with so-called value added resellers, i.e. third party companies whose business practice was to purchase software and then sell it on to a final customer (or "**end-user**"). It was clear to me that Autonomy had sought to close deals directly with end-users but for a number of larger deals had failed to do so by the relevant quarter-end. A reseller deal had then been put in place to enable Autonomy to recognise revenue, although it was Autonomy (not the reseller) that continued to seek to close the deal with the end-user, sometimes successfully, sometimes not. I concluded that the resellers were never on risk for the monies they owed Autonomy and that either the resellers had by one means or another been put in funds by

---

[4] The preparation of the 2011 statutory accounts pertained only to ASL and other UK statutory entities as individual companies, as following the acquisition of Autonomy by HP there was no longer a requirement to produce consolidated accounts for the Autonomy group.

[5] Because of transfer pricing rules, ASL earned revenue on business conducted by Autonomy globally.

[6] The statutory accounts did not require adjustment for hardware revenue. Autonomy UK statutory entities sold very little hardware so there was no need to disclose that revenue separately. Hardware revenues from other Autonomy entities (accounted for in the statutory accounts through the transfer pricing arrangements) was accounted for on a net basis (i.e. net of costs), so no separate disclosure issues arose in the statutory accounts for that revenue. Further, the amount of hardware revenue recognised by Autonomy (as opposed to how it should have been disclosed) was not of concern.

HP-SEC-02934502

Autonomy (or at Autonomy's instigation) so that they could pay Autonomy, or their debts were simply provided for as uncollectible or written off. A deal with the reseller Capax Discovery ("**Capax**") for the end-user Eli Lilly in Q4 2009 is an example of such a transaction. Despite the fact that Capax had purchased a software licence for on-sale to Eli Lilly, it was Autonomy, not Capax, who sought to close a deal with Eli Lilly. Autonomy only closed this deal with Eli Lilly in Q2 2010 and then agreed that Eli Lilly would route its payments through Capax.

b.  Reciprocal transactions. Adjustments were made to the statutory accounts for what were termed "reciprocal transactions". I identified a number of transactions where Autonomy sold goods to a third party and purchased goods or services from the same party. It was clear to me that the sale and purchase transactions were linked and that Autonomy had no need for the goods purchased or that Autonomy had overpaid for the purchases. In other words, Autonomy was financing its own sales and there was no real substance to the sales transactions. For example, I identified a number of purchases from a company called FileTek of software that I concluded Autonomy did not need and a number of sales to the same company. In two instances, the purchases and sales of software licences were close in time to each other. In other instances, Autonomy appeared to have made purchases from FileTek that were designed to supply funds to FileTek that it then used to pay for a prior purchase from Autonomy as a supposed VAR.

c.  Hosting transactions. The accounting review identified a large number of transactions involving the sale of software licences for a software product called Digital Safe. The review also identified a number of transactions where e-discovery software licences were sold. As I describe more fully below, it was clear to me that the arrangements with the customers were for the provision of services over time. For this reason (among others referred to below) it was necessary to adjust the statutory accounts to reflect this, deferring most of the revenue recorded for these deals to later periods. For example, in June 2010 there was a renegotiation of a hosting deal with Metropolitan Life through which Autonomy had agreed to charge lower hosting fees in the future and to sell software licences for which revenue was recognised up front. I concluded that the transaction was an acceleration of revenue; the revenue was reversed and reallocated across the period during which the service was provided in the statutory accounts restatement.

d.  Other transactions. The accounting review also identified a small number of other large transactions where licence revenue was recognised upfront when it should not have been, for example where Autonomy was contracted to deliver a solution to the customer and I concluded that it was wrong for all of the contractual value of the licences to have been recognised upfront.

13

51. From early 2013 onwards, as part of the process of preparing the statutory accounts, I discussed the accounting misstatements as I saw them at that time with Ernst & Young, who also undertook their own independent audit work. Ernst & Young were satisfied that the accounting misstatements required adjustment. I also discussed and agreed with Ernst & Young the disclosures contained in the narrative sections of the accounts of ASL and other UK entities, including the commentary regarding issues that had been identified. The process of restating the 2010 accounts, and producing new accounts for 2011, took a significant period of time, with the accounts eventually being filed with Companies House in early 2014. Ernst & Young provided a disclaimer of opinion in the restated 2010 accounts and the 2011 accounts, meaning that they were unable to determine with a sufficient degree of certainty that ASL's accounts reflected a true and fair view of its affairs. However, the disclaimer did not reflect a disagreement with the adjustments made. Rather, it reflected the fact that the investigations into Autonomy's historic accounting were ongoing and that further adjustments might be required.

**Certain transactions and accounting practices**

52. I understand from the Claimants' lawyers that Dr Lynch alleges that I was aware of Autonomy's hardware sales in the post-acquisition period. It is true that I was aware of certain hardware purchases by Autonomy. I had been asked to sign off payment for one substantial hardware purchase, and been made aware of another, before I had even started in my post {**POS000090025**}, {**POS000092442**}, and had split out hardware revenues as a separate revenue stream in the first tranche of financial information that I circulated to Mr Hussain and Mr Kanter on 3 May 2012 (see the spreadsheets attached to the email at {**POS00298589**}, {**POS00298590**}, {**POS00298591**}). At this stage, however, I had no idea that there was an issue with these transactions, nor did I have an insight into the business rationale for such transactions. I had had no involvement in the acquisition process and, as a consequence, had no idea that HP was unaware of the fact or extent of Autonomy's sale of hardware (at a loss) that included no Autonomy software.

53. I also understand from the Claimants' lawyers that the Defendants in these proceedings make various allegations about my knowledge of Autonomy's accounting practices relating to its hosting business. I address these allegations below.

54. Autonomy's hosted / Cloud offering involved the use of Autonomy's Digital Safe and e-Discovery software. Digital Safe allows a business to archive its data (typically in an IT environment owned and managed by Autonomy), to access the data remotely, and then to search and retrieve desired material. The e-Discovery software was used in connection with Autonomy's offering of e-Discovery services (again, typically, from an Autonomy-owned and managed IT environment) for the purposes of the review and disclosure of material in litigation.

HP-SEC-02934504

55. Hosted / Cloud offerings are typically sold on a Software-as-a-Service ("**SaaS**") basis. Under a SaaS model, the business supplying the service charges a periodic fee that covers the hosting of the data and the provision of other services using its own software. Revenue is recognised over time as the services are provided. My understanding, having been told by Mike Sullivan (who was responsible for Autonomy's SaaS businesses in his capacity as Senior Vice President of Information Management and Governance), is that this is how ZANTAZ Inc. ("**Zantaz**") used to structure and account for the hosted Digital Safe and eDiscovery offerings, prior to its acquisition by Autonomy in 2007.

56. Prior to HP's acquisition of Autonomy, Autonomy structured new Digital Safe and e-Discovery hosted contracts and restructured existing Digital Safe and e-Discovery hosted contracts, so that they had separate licence and hosting service components. Prior to the acquisition, Autonomy recognised the licence fee upfront at the time the deal was signed. I understand from the Claimants' lawyers that the Claimants' case is that this acceleration of the recognition of licence revenue was improper and that such revenue should properly have been recognised over the lifetime of the arrangement with the customer as the hosting services were performed. This reflects the treatment adopted in the preparation of the 2011 accounts of ASL.

57. I understand from the Claimants' lawyers that Dr Lynch claims that Autonomy continued to account for licence revenue upfront on hosting transactions for at least two quarters following HP's acquisition of Autonomy in October 2011 and that the accounting treatment was only changed – to recognise the licence revenue from such transactions over time as services were performed, instead of upfront – once Autonomy moved to US GAAP for the purposes of its reporting to HP. As explained below, Autonomy did not recognise licence revenue upfront for Digital Safe and e-Discovery hosted transactions following its acquisition by HP (save in respect of a few small deals where the revenue was recognised upfront in error, either because it was not clear from the paperwork that it was a hosted deal, or where the deal fell under the threshold for review by Autonomy Finance).

58. By way of explanation, prior to the acquisition by HP, Autonomy's group financial statements were (purportedly) prepared in accordance with IFRS. In contrast, HP's financial statements were prepared in accordance with US GAAP. Shortly after the acquisition, an exercise was performed by Mr Curtis and Ms Anderson, with involvement from KPMG, to identify areas in which the requirements of US GAAP were different to those of IFRS. The need under US GAAP to obtain what is known as Vendor Specific Objective Evidence ("**VSOE**") of the fair value of a sale (such as the licence, support and storage components in a hosted transaction) was identified as being one such area.

59. VSOE is a specific term referred to in US GAAP and is the evidence that is required of the fair value of the individual components of a transaction containing multiple components, in order to allocate and recognise revenue as those components are delivered (which is particularly

HP-SEC-02934505

important when one or more components are delivered over time). In practice, where companies can show the prices at which they consistently sell individual goods or services on a standalone basis, they can use this data to determine the fair value of those individual goods or services where they form part of a multi-component transaction, in order to account for the revenue of each component separately. If VSOE has not been obtained for an undelivered component, all revenue must be accounted for as a single transaction. This was of particular relevance for Autonomy's hosted transactions, which involved the sale of a licence combined with ongoing services such as support and maintenance, systems management, data analysis and data storage.

60. Broadly similar accounting principles apply under IFRS as under US GAAP: for the licence revenue to be recognised upfront, a reliable estimate of the fair value of each of the undelivered components of the transaction is required. However, US GAAP is more prescriptive as regards the objective evidence that is required to establish a reliable fair value.

61. In relation to Autonomy's hosted / Cloud business, it was concluded as part of the post-acquisition exercise performed by Mr Curtis and Ms Anderson, that there was insufficient VSOE in the form / level of detail prescribed by US GAAP in respect of hosted transactions involving a Digital Safe or eDiscovery software licence. As a result, all such hosted transactions subsequently entered into were accounted for as SaaS transactions, i.e. all revenue, including the licence fee, was recognised over the period over which the hosting services were provided (subject to the few deals I refer to in paragraph 57 above).

62. This deferral of licence revenue that prior to the acquisition was recognised upfront was identified as being one of the reasons behind Autonomy's inability to achieve its targeted revenues for Q2 2012[7]. I was therefore tasked with trying to obtain the necessary VSOE for Autonomy's hosted transactions, with a view to recognising the licence revenue going forward. At that stage, having only been in role for around four weeks and not yet having a proper understanding of the hosted / Cloud business, I understood the issue to be that the requirements of US GAAP were more prescriptive than IFRS in this area. I set about understanding the work that had been performed to date and the further work required to satisfy ourselves that licence revenue could be recognised upfront, including (together with Ms Anderson) setting up workshops with the relevant finance and business teams in the US.

63. As part of that process, on 25 May, I met with Mr Sullivan in Boston where we also discussed, amongst other things, the licence model (from a commercial, as opposed to accounting, perspective). Mr Sullivan had joined Autonomy when it acquired Zantaz (where he had held a senior role). Mr Sullivan explained that prior to its sale to Autonomy, Zantaz did not structure its hosted contracts to include a separate licence fee (nor did it account for licence revenue

---

[7] The impact was estimated to be $15 million {**POS00307860**} (slide 4).

HP-SEC-02934506

upfront). He explained that following Autonomy's acquisition of Zantaz, Autonomy had not only structured new hosted arrangements, but restructured existing SaaS hosted arrangements, in the manner described above, in order to accelerate the recognition of revenue. We discussed the nature of the service being provided to the customer and he told me that it was the same regardless of whether the customer contracted on a SaaS or licence plus hosting basis. Mr Sullivan also explained that the incentive to the customer to induce it to agree to the structuring / restructuring was a sizeable reduction in the aggregate fees which would otherwise be paid over the term of the contract: the customer's agreement to pay a significant proportion of the total contract value upfront as a licence fee would be more than offset by a very significantly reduced monthly payment for the hosting service component.

64. Mr Sullivan said that he did not consider the restructuring of the hosted transactions by Autonomy to be good business practice. In his view it led to revenue being sacrificed over the long term. I also learned that Autonomy's sales force was incentivised to restructure arrangements in this way because they received commission on the licence fees. In the long term, this practice was destructive of value because it materially reduced the amounts that Autonomy stood to earn from its hosted / Cloud business while increasing the sales commissions it had to pay to its staff.

65. On 29 May, Mr Sullivan said (in response to an email from me dated 28 May) that Autonomy's practices as regards the structuring / restructuring of hosted deals gave *"a very skewed view of [Autonomy's] past performance"* {**POS00323229**}. As Mr Sullivan summarised:

> *"our true license business is much smaller and our cloud business is much larger than past financial statements would reveal. This is the way it will look going forward subject to VSOE outcomes"*

66. I understood that Mr Sullivan was referring to the fact that the structuring/restructuring of hosted transactions by Autonomy had increased licence revenues and decreased ongoing hosting revenues in the period prior to the acquisition by HP. It was only much later that I came to learn that, whilst Autonomy's practices had indeed increased licence revenue and decreased hosting revenue in the period pre-acquisition, much of the one-off, upfront licence revenue from the hosted plus licence transactions had been reported within the "IDOL Cloud" recurring revenue category (as opposed to the non-recurring "IDOL Product" category) in Autonomy's past financial statements and quarterly reports.

67. On 30 May I sent a long email to Mr Veghte, David Jones (CEO of Data Protection & Emerging Technologies), Mr Sullivan and Mike Mooney (Senior Vice President Field Sales Operations) {**POS00325479**}. At this stage, Dr Lynch and Mr Hussain now having left Autonomy, I wanted to make clear that we should not continue structuring hosted arrangements on the licence model as it was not good business practice. I said that I thought we should *"take this opportunity to*

HP-SEC-02934507

*reconsider how Autonomy shapes of [sic] cloud deals"*, and in particular, *"to reverse the push towards restructuring SAAS deals a[s] lic+hosted where we have offerings that are naturally SAAS"*. I set out the rationale for the move in my email as follows:

> *"• To move away from SAAS to a lic[ence]+hosted model is counter to the market trend and would make any realignment with the market ever more impactful in future.*
>
> *• The pull fwd [sic] of what is naturally SAAS revenue into license revenue is causing the SAAS/hosted revenue to decline (Q2 was down 6% on Q1 and Q3 is forecast down 2% on Q2). We will miss the SAAS/Hosted revenue budgets and FLASH in Q3 by 10%.*
>
> *• The profitability of the hosted revenue stream, once the lic[ence] element of a SAAS deal has been removed, must be very low or even -ve [negative]. This cannot be proven as we do not report P&L's by business[.]*
>
> *• Conversion of existing customer[s] is reducing TCV [Total Contract Value]. This is the only compelling business logic for [customers] to convert.*
>
> *• Sales reps are being incent[ivised] to financially rework existing customers which detracts from hunting new customers and/or upsell..."*

68. The response to my email was entirely positive. Mr Veghte replied that my email contained *"some really good thinking"* {**POS00330056**}. Mr Jones confirmed that the issues I had raised were *"a big concern"* for him too, and that in operating the licence model Autonomy was *"going against the market, complicating the sale and significantly discounting future revenue to pull revenue forward into the current quarter. The impact on the business is perceptible and will only get worse"* {**POS00325956**}. Andrew Isherwood (HP's Head of Sales for EMEA Software) and Mr Sullivan also confirmed that they agreed with the position I had outlined. In due course, Ms Lesjak confirmed that she too agreed (see her email to me of 7 June, in which she said *"I agree....SAAS is what needs to be driven and not license plus hosted. We need to make sure that there is no compensation for restructuring deals and we need to stop restructuring deals"* {**POS00330435**}. Once Dr Lynch and Mr Hussain had left the business, Autonomy stopped structuring new Digital Safe and e-Discovery hosted arrangements in this way.

69. I understand from the Claimants' lawyers that Dr Lynch says that there was no suggestion by me in my email of 30 May that the accounting treatment adopted by Autonomy pre-acquisition was improper, that I made it clear that Autonomy had previously been able to recognise revenue upfront and that the difficulty in continuing to account in the same way post-acquisition arose from the need to establish VSOE under US GAAP. At the time of my 30 May email I was proceeding on the assumption that the revenue recognition criteria under IFRS had been met.

HP-SEC-02934508

From my perspective, the most important thing at that point in time was that the business be on the right footing going forward, rather than considering the historical accounting treatment. Contrary to what Dr Lynch suggests, my team and I had not concluded that it was appropriate under IFRS to recognise licence revenue upfront on hosted e-Discovery and Digital Safe transactions.

70. Although I had some concerns about the pre-acquisition accounting treatment of Digital Safe and e-Discovery hosted transactions (arising in part from the discussions which took place during the workshops), it was not until 2013 that I explored the issues in more detail. I subsequently concluded that, regardless of the VSOE issue and the commercial implications explained above, there were significant issues with the historical accounting for these transactions under IFRS.

### E-Discovery transactions

71. Given the purpose of the May 2012 workshops (referred to at paragraph 62 above), namely to gather information to explore whether it would be appropriate for Autonomy to recognise licence revenue upfront on hosting transactions going forward, my team asked questions of those we met (including Stephen Adams (Director, Hosting Services), Brian Weiss (VP - Information Governance), Mr Mooney and Mr Sullivan) about the nature of the services provided under, and the pricing/cost of, the various elements of hosted e-Discovery and Digital Safe transactions.

72. In respect of Digital Safe, we were told (amongst other things) that the Digital Safe solution required Autonomy proprietary knowledge to put together and that customers were therefore not able to implement the software either themselves or by engaging a third party. Further, I learned that after Autonomy licensed the Digital Safe software to a customer, Autonomy hosted both the software and the customer's data in an Autonomy-owned and managed IT environment. I understand from the Claimants' lawyers that Digital Safe software engineers are giving evidence in these proceedings about the nature of Digital Safe.

73. In respect of e-Discovery, we understood that the software was capable of being used by the customer independently of Autonomy. As a result, our discussions were less technical and instead focused on the nature of the service provided and how Autonomy might be able to arrive at a reliable fair value for the various components of a hosted e-Discovery transaction, e.g. licence, ingestion/processing, storage, productions, etc. Autonomy had not, as far as I am aware, conducted any proper exercise to establish fair value for the various components of a hosted e-Discovery contract prior to HP's acquisition of Autonomy. Had such an exercise been conducted, I think that I would have known about it given that was the same exercise my team and I were undertaking during the workshops in May 2012 (see paragraph 62 above) (albeit under US GAAP as opposed to IFRS).

19

74. At the workshops we were told that Autonomy agreed prices on the basis of the individual customer's perception of value to that particular customer. As a result, there were no standard prices for the various components of the e-Discovery arrangements. I recall also being told about the value-based approach by management, including Mr Hussain and Mr Chamberlain, around the time I joined Autonomy. During the workshops I remember learning that the sales team had a legacy price list from before Autonomy's acquisition of Zantaz (which initially surprised me, given what I had been told by management), but that it was 'unofficial' and had been created for e-Discovery arrangements sold on a SaaS basis, i.e. it did not reflect the pricing of the services in circumstances where customers had bought a licence to the software used in providing the services. I was told that there was no such price list for use with the licence model. I remember asking whether, assuming approximately 50% of a SaaS deal was rolled into a licence, it might be possible to apply a standard reduction to the SaaS rates of, say 50%, but we were told that the software was used heavily in some of the services and not in others (and therefore concluded that such a broad brush approach would not work). My understanding from these discussions is that price was in any event heavily negotiated, such that even when the price list was used for SaaS deals, it was not used consistently, i.e. there was no consistent discount applied against the stated rate. We understood that there were rate cards appended to customer contracts which provided for pay-as-you go rates for services beyond the licence term or in excess of the licence capacity, but these were negotiated with each customer (in contrast to a set price list). I recall discussing that there was a significant amount of variability amongst the hosted e-Discovery transactions which were structured on the licence model, in terms of number of users, term, capacity, restrictions, prices charged and pricing structure. We were told that there was no clear pattern in the construction of the pricing which meant that the deals were not comparable. For example, the licence fee sometimes included services as well as the software itself, and the nature of the services included in the licence (e.g. ingestion / processing, storage, etc.), as well as the capacities provided for differed each time.

75. On costs, there was no real management reporting information. Autonomy did not record the cost of providing the separate components of hosted e-Discovery deals, or even record costs by business area (for example, e-Discovery, Digital Safe archiving, etc.). Employees did not record time to a time and expense system. There were no estimates as to what it took to deliver the services (other than Digital Safe storage). The only information available was from the general ledger, which split cost by legal entity and cost type. We discussed this issue at the workshops, but I came to see it for myself during an exercise my team conducted with management shortly after my appointment as CFO of Autonomy. The aim of the exercise, which ended up taking a number of months, was to introduce high level management reporting (e.g. revenue and gross margin by major business area, capture of overheads by function, etc.) with the aim of making business managers more autonomous and accountable.

HP-SEC-02934510

76. My team and I had further conversations with Chris Goodfellow (CTO Infrastructure Technology at Autonomy) and Fernando Lucini (CTO, Autonomy | HP Software) during 2013 when working on ASL's 2011 statutory accounts. Amongst other things, we discussed the nature of the service being provided to the customer in both Digital Safe and e-Discovery arrangements. They told me that the licence model was an alternative pricing structure / contractual arrangement for the same hosted service as that provided to SaaS customers. I also recall that we discussed with them the storage element of Digital Safe and e-Discovery contracts. More specifically, we discussed whether storage was the same in Digital Safe and e-Discovery arrangements; we were told that it was not. For example, I recall being told that each time an e-Discovery customer conducts a review by tagging documents as relevant/not relevant to a particular search, that modified data set (recording the reviewer's analysis) is then separately saved. This is in contrast to Digital Safe arrangements where the solution is designed to preserve data in its original, unmodified form. So, as I understand it, the infrastructure and costs involved in providing storage (which was only one of the elements) in a hosted e-Discovery deal were different from those for a hosted Digital Safe deal. If the costs were not comparable, then any conclusions reached on the fair value of storage in Digital Safe arrangements would not be applicable in establishing the fair value of storage in e-Discovery arrangements.

77. In my team's work on ASL's 2011 statutory accounts (under UK GAAP), we considered the treatment of licences sold as part of Digital Safe and e-Discovery hosting arrangements, having regard to the matters referred to above. We concluded that the historical accounting treatment of these transactions had been inappropriate and we made adjustments to record the licence revenue rateably, during the term over which the hosting and other services were provided.

I believe that the facts stated in this Witness Statement are true.

SIGNED
CHRISTOPHER HENRY YELLAND

HP-SEC-02934511

14 September 2018

DATED

HP-SEC-02934512

1. On behalf of                   Claimants
2. Initials/Surname of witness  C H Yelland
3. Statement No            1
4. Date                    14 September 2018

**Claim No. HC-2015-001324**

**IN THE HIGH COURT OF JUSTICE**

**BUSINESS AND PROPERTY COURTS**
**OF ENGLAND AND WALES**
**BUSINESS LIST (ChD)**

(1)  **ACL NETHERLANDS B.V. (AS SUCCESSOR TO**
**AUTONOMY CORPORATION LIMITED)**
(2)  **HEWLETT-PACKARD VISION BV**
(3)  **AUTONOMY SYSTEMS LIMITED**
(4)      **HEWLETT-PACKARD ENTERPRISE NEW**
**JERSEY, INC.**

**Claimants**

**-and-**

(1)  **MICHAEL RICHARD LYNCH**
(2)  **SUSHOVAN TAREQUE HUSSAIN**

**Defendants**

---

**WITNESS STATEMENT OF**
**CHRISTOPHER HENRY YELLAND**

---

Travers Smith LLP

HP-SEC-02934513

10 Snow Hill
London EC1A 2AL
Tel: 020-7295 3000
Fax: 020-7295 3500
Ref: TPR/AAK/JJB/SEL

1. On behalf of                        Claimants
2. Initials/Surname of witness         C H Yelland
3. Statement No.                       1
4. Date                                14 September 2018

**Claim No. HC-2015-001324**

**IN THE HIGH COURT OF JUSTICE**
**BUSINESS AND PROPERTY COURTS**
**OF ENGLAND AND WALES**
**BUSINESS LIST (ChD)**

**(1) ACL NETHERLANDS B.V. (AS SUCCESSSOR TO AUTONOMY**
**CORPORATION LIMITED)**
**(2) HEWLETT-PACKARD VISION BV**
**(3) AUTONOMY SYSTEMS LIMITED**
**(4) HEWLETT-PACKARD ENTERPRISE NEW JERSEY, INC.**

**Claimants**

-and-

**(1) MICHAEL RICHARD LYNCH**
**(2) SUSHOVAN TAREQUE HUSSAIN**

**Defendants**

**INDEX OF EXHIBITS TO THE**
**WITNESS STATEMENT OF CHRISTOPHER HENRY YELLAND**

|   | Paragraph | Production ID |
|---|-----------|---------------|
| 1 | 19 | POS000063317 |
| 2 | 21 | D001228084 |
| 3 | 25 | POS000074858 |
| 4 | 27 | POS00297898 |
| 5 |    | POS00307860 |
| 6 | 29 | POS00297887 |
| 7 | 32 | POS00302470 |
| 8 |    | POS00302471 |

HP-SEC-02934514

| | Paragraph | Production ID |
|---|---|---|
| 9 | | POS00318487 |
| 10 | | POS00322514 |
| 11 | | POS00322417 |
| 12 | 33 | POS00329629 |
| 13 | | POS00330434 |
| 14 | 43 | POS00350269 |
| 15 | | POS00350271 |
| 16 | 44 | POS00352615 |
| 17 | | POS00352619 |
| 18 | 48 | POS00372515 |
| 19 | | POS00374606 |
| 20 | | POS00368608 |
| 21 | 52 | POS000090025 |
| 22 | | POS000092442 |
| 23 | | POS00298589 |
| 24 | | POS00298590 |
| 25 | | POS00298591 |
| 26 | 62 | POS00307860 |
| 27 | 65 | POS00323229 |
| 28 | 67 | POS00325479 |
| 29 | 68 | POS00330056 |
| 30 | | POS00325956 |
| 31 | | POS00330435 |

HP-SEC-02934515