**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>(Lynch) |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| April 11, 2024 | Rhonda Aquilina<br>Jennifer Coulthard | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:22 a.m.<br><br>9:23 a.m. | | | Judge cried-in.  Court Reporter – Rhonda Aquilina<br>All jurors present. All parties present.<br>Government witness sworn – **David Toms** | |
| 12270 | | | X | X | Exhibit 12270 marked and admitted<br>Autonomy Company Note | |
| 45 | | | X | X | Exhibit 45 marked and admitted<br>Numis Investor note | |
| 178 | | | X | X | Exhibit 178 marked and admitted<br>Email from TomsD to LynchM re "RE:" | |
| 291 | | | X | | Exhibit 291 previously admitted | |
| 289 | | | X | | Exhibit 289 previously admitted | |
| 17117 | | | X | X | Exhibit 17117 marked and admitted<br>Autonomy_Company Note_26Mar10 | |
| | | 10:27 a.m.<br><br>10:29 a.m. | | | Jurors on recess. Discussion re Mr. Tom's availability<br>Court in recess | |
| | | 10:52 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present.  All parties present.<br>Government direct-examination of witness David Toms | |
| | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 776 | | | X | X | Exhibit 776 marked and admitted<br>Q1 2010 Autonomy Corporation plc Earnings Conference Call and Presentation | |
| 11627 | | | X | X | Exhibit 11627 marked and admitted<br>Numis analyst report - Autonomy Q1 balancing act – cash vs outlook | |
| 17278 | | | X | X | Exhibit 17278 marked and admitted | |
| 17276 | | | X | | Exhibit 17276 marked (Demonstrative) | |
| | | 11:27 a.m. | | | Defense (Lynch) cross-examination of witness David Toms | |
| | 17110 | | X | X | Exhibit 17110 marked and admitted<br>Autonomy_Company Note_17Nov10 | |
| | 297 | | X | X | Exhibit 297 marked and admitted<br>Numis Autonomy Analyst Note, "FY09 downgrades" | |
| | 11488 | | X | X | Exhibit 11488 marked and admitted<br>Autonomy Press Release Q4 2006 | |
| | 4072 | | X | X | Exhibit 4072 marked and admitted<br>Autonomy 2008 Q4 Financial Results (2).pdf | |
| | 1531 | | X | | Exhibit 1531 previously admitted | |
| | 5073 | | X | | Exhibit 5073 (Demonstrative) showing cash flow from operations on annual bases from 2004 to 2010. | |
| | | 12:04 p.m. | | | Court recess | |
| | | 12:51 p.m. | | | Court reconvened. Court Reporter<br>All jurors present. All parties present.<br>Defense (Lynch) cross-examination of witness David Toms | |
| | 5073 | | X | | Exhibit 5073 (Demonstrative) | |
| | 11447 | | X | | Exhibit 11447 previously admitted | |
| | 17102 | | X | X | Exhibit 17102 marked and admitted<br>Autonomy_Company Note_04Dec09 | |
| | 291 | | X | | Exhibit 291 previously admitted | |
| | 776 | | X | | Exhibit 776 previously admitted | |
| | 661 | | X | | Exhibit 661 previously admitted | |
| | 774 | | X | X | Exhibit 774 marked and admitted<br>Email from HussainS to TomsD re "Numis: Autonomy (Add, TP: 2080p) Q1 balancing act - cash v. outlook" | |
| | 1535 | | X | X | Exhibit 1535 marked and admitted<br>Numis Investor note | |
| | 2688 | | X | X | Exhibit 2688 marked and admitted<br>Bloomberg Audio, Q1 2010 results | |
| | 778 | | X | X | Exhibit 778 marked and admitted<br>Numis Report - Autonomy Quarterly Results "Operating downgrades, EPS unchanged" | |
| | | | | | | |

| | 11635 | | X | X | Exhibit 11635 marked and admitted<br>Numis analyst report - Autonomy Hold "Pricing in a rebound" | |
|---|---|---|---|---|---|---|
| | 1535 | | X | | Exhibit 1535 previously admitted | |
| | 1352 | | X | | Exhibit 1352 previously admitted | |
| | 189 | | X | X | Exhibit 189 marked and admitted<br>Numis Investor note | |
| | 17059 | | X | X | Exhibit 17059 marked and admitted<br>Autonomy_4 Page Company Note_19January07 | |
| | 17116 | | X | X | Exhibit 17116 marked and admitted<br>Autonomy_Company Note_25Apr08 | |
| | 17096 | | X | X | Exhibit 17096 marked and admitted<br>Autonomy_Company Comment_22Jul08 | |
| | 17111 | | X | X | Exhibit 17111 marked and admitted<br>Autonomy_Company Note_21Jan09 | |
| | 189 | | X | | Exhibit 189 previously admitted | |
| | 11607 | | X | X | Exhibit 11607 marked and admitted<br>Autonomy Q2 and H1 Results | |
| | 17276 | | X | | Exhibit 17276 (Demonstrative) | |
| | 17133 | | X | X | Exhibit 17133 marked and admitted<br>Autonomy_RN_14November05 | |
| | 12270 | | X | | Exhibit 12270 previously admitted | |
| | 17276 | | X | | Exhibit 17276 (Demonstrative) | |
| | 16985 | | X | X | Exhibit 16985 marked and admitted<br>Cazenove analyst report: Autonomy: Trading update and another accretive acquisition drives share forward | |
| | | 2:18 p.m. | | | Court in recess | |
| | | 2:41 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All counsel present. Defense (Lynch) cross-examination of witness David Toms | |
| | 428 | | X | | Exhibit 428 previously admitted | |
| | 58 | | X | X | Exhibit 58 marked and admitted<br>Q1 2009 Autonomy Corporation plc Earnings Conference Call and Presentation | |
| | 17038 | | X | X | Exhibit 17038 marked and admitted<br>FY01 Autonomy Financial Statements.pdf | |
| | 17040 | | X | X | Exhibit 17040 marked and admitted<br>FY03 Autonomy Financial Statements.pdf | |
| | 17042 | | X | X | Exhibit 17042 marked and admitted<br>FY05 Autonomy Financial Statements.pdf | |
| | 17043 | | X | X | FY06 Autonomy Financial Statements.pdf | |
| | 17045 | | X | X | Exhibit 17045 marked and admitted<br>FY08 Autonomy Financial Statements.pdf | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 588 | | X | | Exhibit 588 previously admitted | |
| | 16518 | | X | X | Exhibit 16518 marked and admitted<br>Autonomy Corporation PLC Announces Results for the Year Ended December 31, 2010 | |
| | 16540 | | X | X | Exhibit 16540 marked and admitted<br>Autonomy Coroporation PLC Announces Interim Results for the 6 months ended June 30, 2011 | |
| | 16518 | | X | | Exhibit 16518 previously admitted | |
| | 17047 | | X | X | Exhibit 17047 marked and admitted<br>Verity - Form 10-K (May-31-2005).pdf | |
| | 16985 | | X | | Exhibit 16985 previously admitted | |
| | 17046 | | X | X | Exhibit 17046 marked and admitted<br>Interwoven - Form 10-K (Dec-31-2008).pdf | |
| | 17086 | | X | X | Exhibit 17086 marked and admitted<br>Autonomy_Company Comment_16May11 | |
| | 23586 | | X | | Exhibit 23586 (Demonstrative) | |
| | 17109 | | X | X | Exhibit 17109 marked and admitted<br>Autonomy_Company Note_15Oct08-1 | |
| | 2023 | | X | X | Exhibit 2023 previously admitted | |
| | 2013 | | X | | Exhibit 2013 previously admitted | |
| | 8338 | | X | X | Exhibit 8338 marked and admitted<br>Autonomy 2004 Annual Report | |
| | 17042 | | X | | Exhibit 17042 previously admitted | |
| | 1765 | | X | X | Exhibit 1765 marked and admitted<br>Email from TomsD to BrownD re "Misys 180 DSO's" | |
| | | 3:12 p.m. | | | Government re-direct of witness David Toms | |
| 5073 | | | X | | Exhibit 5073 (Demonstrative) | |
| 1535 | | | X | | Exhibit 1535 previously admitted | |
| 11627 | | | X | | Exhibit 11627 previously admitted | |
| 776 | | | X | | Exhibit 776 previously admitted | |
| 23586 | | | X | | Exhibit 2358 (Demonstrative) | |
| 17276 | | | X | | Exhibit 17276 (Demonstrative) | |
| | | 3:36 p.m. | | | Defense (Lynch) re-re cross examination of witness David Toms | |
| | 630 | | X | | Exhibit 630 previously admitted | |
| | 17276 | | X | | Exhibit 17276 previously admitted | |
| | | 3:40 p.m.<br><br><br>4:00 p.m. | | | Witness excused.<br>Jurors excused until April 15, 2024 at 9:15 a.m.<br>Discussion re the progression of the trial and witness testimony.<br>Court adjourned until April 15, 2024 at 9:15 a.m. | |