UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-577 CRB |
| Plaintiff, | STIPULATION REGARDING PR NEWSWIRE |
| v. | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

The United States and Defendants Michael Richard Lynch and Stephen Chamberlain hereby stipulate as follows:

1. Between March 2009 and August 2011, PR Newswire, based in New York, was engaged in the business of distributing news releases. PR Newswire distributed Autonomy Corporation plc press releases during this period, including a release dated February 1, 2011 titled "Autonomy Corporation plc Announced Results for the Year Ended December 31, 2010" and a release dated April 21, 2011 titled "Autonomy Corporation plc Trading Update for the Quarter Ended March 31, 2011."

2. Autonomy releases were sent from PR Newswire servers in Hempstead, United Kingdom, to servers in New Jersey in the United States, and distributed to PR Newswire's "US1" network, which included media outlets in the Northern District of California such as the *San Francisco Chronicle*, *San Jose Mercury News*, *Silicon Valley/San Jose Business Journal*, and the San Francisco

Bureaus of *The New York Times*, the *Wall Street Journal*, Dow Jones, Reuters, and Bloomberg News.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| DATED: April 12, 2024 | PATRICK D. ROBBINS<br>Attorney for the United States<br><br>*/s/ Robert S. Leach*<br>_____<br>ROBERT S. LEACH<br>ADAM A. REEVES<br>KRISTINA GREEN<br>ZACHARY G.F. ABRAHAMSON<br>Assistant United States Attorneys |
| DATED: April 12, 2024 | CLIFFORD CHANCE US LLP<br><br>*/s/ Christopher J. Morvillo*<br>_____<br>CHRISTOPHER J. MORVILLO<br>CELESTE L.M. KOELEVELD<br>DANIEL S. SILVER<br>Counsel for Defendant Michael Richard Lynch<br><br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG, & RHOW, P.C.<br><br>*/s/ Gary S. Lincenberg*<br>_____<br>GARY S. LINCENBERG<br>Counsel for Defendant Stephen Chamberlain |