1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-577 CRB |
| Plaintiff, | STIPULATION REGARDING WEST CORPORATION |
| v. | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendants. | |

The United States and Defendants Michael Richard Lynch and Stephen Chamberlain hereby stipulate as follows:

1.     In August 2011, West Corporation ("West") provided conference call phone services to Hewlett-Packard Company ("HP"), including US toll free phone number (866) 409-2889 and UK phone number 14525-55574.  All West conference calls for HP during August 2011 were routed to West's Phoenix, Arizona conferencing bridge located at 211 West Monroe, Phoenix, Arizona, regardless as to whether the caller dialed a US or an international toll free number.  All of West's conferencing bridges in August 2011 were located in Georgia, Colorado, and Arizona. West had no bridging capabilities in California at the time.

2.     On August 1, 2011, West hosted a conference call for HP at approximately 8 a.m. Pacific time involving participants in the US and the UK using passcode 2326386805 and phone number (866) 409-2889.

3. On August 2, 2011, West hosted a conference call for HP at approximately 9 a.m. Pacific time involving participants in the US and the UK using passcode 2326386805 and phone numbers (866) 409-2889 and 14525-55574.

4. On August 3, 2011, West hosted a conference call for HP at approximately 9 a.m. Pacific time involving participants in the US and the UK using passcode 2326386805 and phone numbers (866) 409-2889 and 14525-55574.

5. On August 4, 2011, West hosted a conference call for HP at approximately 8 a.m. Pacific time involving participants in the US and the UK using passcode 2326386805 and phone numbers (866) 409-2889 and 14525-55574.

IT IS SO STIPULATED AND AGREED.

DATED: April 12, 2024

PATRICK D. ROBBINS
Attorney for the United States

*/s/ Robert S. Leach*

ROBERT S. LEACH
ADAM A. REEVES
KRISTINA GREEN
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys

DATED: April 12, 2024

CLIFFORD CHANCE US LLP

*/s/ Christopher J. Morvillo*

CHRISTOPHER J. MORVILLO
CELESTE L.M. KOELEVELD
DANIEL S. SILVER
Counsel for Defendant Michael Richard Lynch

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG, & RHOW, P.C.

*/s/ Gary S. Lincenberg*

GARY S. LINCENBERG
Counsel for Defendant Stephen Chamberlain