# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: April 15, 2024          Judge: Honorable Charles R. Breyer

Court Reporter: Rhonda Aquilina
Time: 4 Hours and 48 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name: <u>USA v. Michael Richard Lynch</u>
              <u>USA v. Stephen Keith Chamberlain</u>

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Direct-examination of Christopher "Stouffer" Egan.

Witnesses Sworn:

Exhibits Marked and Admitted: 74, 86, 122, 127, 143, 314, 333, 364, 369, 412, 494, 645, 654, 714, 719, 780, 809, 1038, 1056, 1076, 1209, 1270, 1274, 1281, 1282, 1359, 1384, 1549, 1727, 1833, 1892, 1912, 1966, 1967, 2199, 2687, 2928, 2929, 2949, 2950, 2951, 3690, 3704, 3737, 3905, 3923, 3924, 3925, 4928, 11835, 11891, 11894, 11898, 11899, 16948, 17006

Exhibits Marked: 2947 (Demonstrative)