**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
       USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|---|
| Charles R. Breyer | | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>(Lynch) |
| **TRIAL DATE:** | | **REPORTER(S):** | | **CLERK:** |
| April 16, 2024 | | Rhonda Aquilina | | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:16 a.m. | | | Judge cried-in.  All jurors present. All parties present. Defense (Lynch) cross-examination of witness **Christopher "Stouffer" Egan** | |
| | 312 | | X | X | Government exhibit 312 marked and admitted Email from HussainS to EganS re "thoughts" (now question of valuation. Revenues are $25m growing at around 15%) | |
| | 314 | | X | | Exhibit 314 previously admitted | |
| | 15067 | | X | | Exhibit 15067 previously admitted | |
| | 11894 | | X | | Exhibit 11894 previously admitted | |
| | 23595 | | X | X | Exhibit 23595 marked and admitted Email from Chiarello, G. to Granovsky, E. et al re "Autonomy - Core to Bunker meeting recap" | |
| | 23593 | | X | X | Exhibit 23593 marked and admitted Email from EganS to MarkR GoofellowC PrentisP HussainS Re: IMPORTANT JPMC deal opportunities for Q1 | |
| | 11894 | | X | | Exhibit 11894 previously admitted | |
| | 592 | | X | | Exhibit 592 previously admitted | |
| | 6191 | | X | X | Exhibit 6191 marked and admitted Letter from Autonomy to Morgan Stanley | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2797 | | X | | Exhibit 2797 (Demonstrative) | |
| | | 10:32 a.m. | | | Court in recess | |
| | | 10:56 a.m. | | | Court reconvened.  All jurors present.  All parties present. Defense (Lynch) cross Christopher "Stouffer" Egan | |
| | 7511 | | X | X | Exhibit 7511 marked and admitted Revenue Recongition, Legal Resources & SMS Expectations" slide deck by Joel Scott | |
| | 17217 | | X | | Exhibit 17217 previously admitted | |
| | 6107 | | X | X | Exhibit 6107 marked and admitted Email from MenellP to Chamberlain, EganS, Hussain FW: Response to all your Kraft inquireies (with attachment 6107 A) | |
| | | 11:37 p.m. | | | Defense (Chamberlain) cross-examination of witness Christopher "Stouffer" Egan | |
| | 13476 | | X | X | Exhibit 13476 marked and admitted Email from ChamberlainS to EganS, HussainS cc: WatkinsC re: FW: URGENT – Capax (with attachment) | |
| | 7511 | | X | | Exhibit 7511 previously admitted | |
| | 9601 | | X | X | Exhibit 9601 marked and admitted Email from KanterA to EganS cc: HussainS re: 2011 | |
| | | 12:01 p.m. | | | Court in recess | |
| | | 12:52 p.m. | | | Court reconvened. All jurors present. All parties present. Government re-direct of witness Christopher "Stouffer" Egan | |
| 2797 | | | X | | Exhibit 2797 previously admitted | |
| 1274 | | | X | | Exhibit 1274 previously admitted | |
| 6107 | | | X | | Exhibit 6107 previously admitted | |
| 1912 | | | X | | Exhibit 1912 previously admitted | |
| | | 1:30 p.m. | | | Defense (Lynch) re-cross examination of witness Christopher "Stouffer" Egan | |
| | 183 | | X | X | Exhibit 183 marked and admitted Email from EganS to MRL, HussainS & PeterM re "RE: key customer strategy" | |
| | | 1:36 p.m. | | | Defense (Chamberlain) re-cross examination of witness Christopher "Stouffer" Egan | |
| | | 1:37 p.m. | | | Government re-re direct of witness Christopher "Stouffer" Egan | |
| | | 1:38 p.m. | | | Witness excued | |
| | | 1:39 p.m. | | | Government witness sworn **Hafeez Bux Daud Khan** | |
| 6326 | | | X | X | Exhibit 6326 marked and admitted Email from MadleG to KnoxD Fw: Note for comment | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2655 | | | X | X | Exhibit 2655 marked and admitted<br>Email from DaudK to KnoxD & MadleG re "Re: Urgent Equity Research Matter" | |
| 2656 | | | X | X | Exhibit 2656 marked and admitted<br>Email from LynchM to KnoxD, Cc to HussainS, BridgesE,, KanterA re "Autonomy" | |
| 2657 | | | X | X | Exhibit 2657 marked and admitted<br>Email from LynchM to KnoxD that pertains to "that was emotional!' | |
| 2658 | | | X | X | Exhibit 2658 marked and admitted<br>Email from KanterA to KnoxD, Cc to ReynoldsM & PittM re "RE: Cazenove" | |
| | | 2:20 p.m.<br><br>2:22 p.m. | | | Jurors on break<br>Court discussed "impeachment of their own witness"<br>Court in recess | |
| 2660 | | 2:50 p.m. | X | X | Court reconvened.  All jurors present. All parties present. Government direct examination of witness Daud Khan<br>Exhibit 2660 marked and admitted<br>Email from KhanD to KnoxD, PollardS re "Fw: Lines of communication" | |
| 11822 | | | X | X | Exhibit 11822 marked and admitted<br>Q3 2008 Earnings Call Transcript | |
| 17284 | | | X | X | Exhibit 17284 marked and admitted | |
| 174 | | | X | X | Exhibit 174 marked and admitted<br>Cazenove note | |
| 289 | | | X | | Exhibit 289 previously admitted | |
| 293 | | | X | X | Exhibit 293 marked and admitted<br>Q3 2009 earnings powerpoint | |
| 2982 | | | X | X | Exhibit 2982 marked and admitted<br>Cazenove Analyst note | |
| 2770 | | | X | X | Exhibit 2770 marked and admitted<br>Email from Geall to Khan re "results meeting" | |
| 2650 | | | X | X | Exhibit 2650 marked and admitted<br>Email from PhilippaC to ElwinP, Cc to ChurchC re "FW: Meeting with Autonomy" | |
| 661 | | | X | | Exhibit 661 previously admitted | |
| 776 | | | X | | Exhibit 776 previously admitted | |
| | | 3:47 p.m.<br><br><br>4:07 p.m. | | | Jurors excused until April 17, 2024 at 9:15 a.m.<br>Court discussed trial schedule for the week of April 22nd.<br>Court adjourned until April 17, 2024 at 9:15 a.m. | |