# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: April 18, 2024                                 Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina
Time: 5 Hours and 6 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Daniel Silver,
Jonathan Baum (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Direct-examination of witness – Steven Truitt. Further jury trial set for April 22, 2024 at 9:15 a.m.

Witnesses Sworn: Joel Scott

Exhibits Marked and Admitted: 310, 313, 324, 365, 512, 549, 595, 915, 916, 977, 1357, 1413, 1689, 1694, 1970, 2060, 2214, 2263, 2269, 2276, 2362, 2695, 2698, 2702, 2705, 2730, 6244, 6351, 9698, 9784, 9786, 13129, 16798, 16828, 16933