UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: USA v. Michael Richard Lynch
  USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>(Lynch) |
| **TRIAL DATE:**<br>April 18, 2024 | **REPORTER(S):**<br>Rhonda Aquilina | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:15 a.m. | | | Judge cried-in. All jurors present. All parties present. Government direct-examination of witness **Steven Bradley Truitt** | |
| 1357 | | | X | X | Exhibit 1357 marked and admitted<br>E-mail from Steve Truitt to Cathy Peterson and others, dated December 31, 2010, regarding "HEADS-UP – Expected Incoming Payment and Associated Out-going Payment" | |
| 1359 | | | X | | Exhibit 1359 previously admitted | |
| 1413 | | | X | X | Exhibit 1413 marked and admitted<br>Audit Confirm for Microtech as of 12/31/2010 | |
| 1694 | | | X | X | Exhibit 1694 marked and admitted<br>Email from S. Truitt to J. Scott re Checking in, attaching draft MicroTech Maintenance Support Services Agreement | |
| 2362 | | | X | X | Exhibit 2362 marked and admitted<br>E-mail from Steve Truitt to Joel Scott, dated September 7, 2011, regarding "Executed EULA Cancellation Agreements" | |
| 1689 | | | X | X | Exhibit 1689 marked and admitted<br>E-mail from Steve Truitt to Joel Scott, dated March 31, 2011, regarding "MicroTech PO's" | |
| | | | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 2276 | | | X | X | Exhibit 2276 marked and admitted<br>E-mail from Joel Scott to Steve Truitt, dated August 17, 2011, regarding Bank of Montreal | |
| 1912 | | | X | X | Exhibit 1912 previously admitted | |
| 13129 | | | X | X | Exhibit 13129 marked and admitted<br>MicroTech Bank Statement excerpt (Cardinal Bank) showing Account Details for period 7/1/11 through 7/5/11 | |
| 1970 | | | X | X | Exhibit 1970 marked and admitted<br>Email chain between Esterrich and Steve Truitt (cc Pedro Capestany): Truitt asks re Autonomy Vatican Library payment, whether check for $2.4MM to Autonomy dated 6/30/2011 went out or was going to be sent out today | |
| 2060 | | | X | X | Exhibit 2060 marked and admitted<br>E-mail from Steve Truitt to David Truitt and Tony Jimenez, dated July 31, 2011, regarding "I don't think it will get the Pulitzer" | |
| 2214 | | | X | X | Exhibit 2214 marked and admitted<br>E-mail from Steve Truitt to Joel Scott and Dave Truitt, dated August 10, 2011, regarding "Revised Autonomy FISMA Hosting Proposal" | |
| 2269 | | | X | X | Exhibit 2269 marked and admitted<br>Bank Record of Wire from Autonomy to Microtech for 8.2M on 8/16/2011 | |
| 2263 | | | X | X | Exhibit 2263 marked and admitted<br>Email from EsterrichT to ClarenceS, cc to JimenzeT, TruittS et al re Wire Transfer ($7,350,000), payment from Cardinal Bank | |
| | | 9:51 a.m. | | | Defense (Lynch) cross-examination of witness Steven Bradley Truitt | |
| | 15310 | | X | X | Exhibit 15310 marked and admitted<br>From stephen chamberlain to 'murray, tom \(uk - cambridge\)' <tmurray@deloitte.co.uk>\|"'welham, lee \(uk - cambridge\)'" <lwelham@deloitte.co.uk>'sushovan hussain' <sushovanh@autonomy.com> re: FW: MicroTech's Corporate Information | |
| | 5 | | X | | Exhibit 5 previously admitted | |
| | | 10:21 a.m. | | | Court in recess | |
| | | 10:42 a.m. | | | Court reconvened. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Steven Bradley Truitt | |
| | 1320 | | X | | Exhibit 1320 previously admitted | |
| | 2214 | | X | | Exhibit 2214 previously admitted | |
| | | 11:01 a.m. | | | Defense (Chamberlain) cross-examination of witness Steven Bradley Truitt | |
| | 9784 | | X | X | Exhibit 9784 marked and admitted<br>Purchase Order | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20062-02 | | | | 20062-02, Tab 2, page 62 line 24 through page 64 line 17 read into the record | |
| | 707 | | X | | Exhibit 707 previously admitted | |
| | 549 | | X | X | Exhibit 549 marked and admitted<br>letter from ChamberlainS to TruittS | |
| | 1138 | | X | | Exhibit 1138 previously admitted | |
| | 954 | | X | | Exhibit 954 previously admitted | |
| | 9698 | | X | X | Exhibit 9698 marked and admitted | |
| | 593 | | X | | Exhibit 593 previously admitted | |
| | 12582 | | X | | Exhibit 12582 previously admitted | |
| | 769 | | X | | Exhibit 769 previously admitted | |
| | 15310 | | X | | Exhibit 15310 previously admitted | |
| | 595 | | X | X | Exhibit 595 marked and admitted<br>E-mail from J. Cronin to S. Truitt re: Autonomy elect deliveries | |
| | 1694 | | X | | Exhibit 1694 previously admitted | |
| | 16828 | | X | X | Exhibit 16828 marked and admitted<br>Autonomy, Inc. End User Software License Agreement between Autonomy and MicroTech, LLC | |
| | 2362 | | X | | Exhibit 2362 previously admitted | |
| | 9786 | | X | X | Exhibit 9786 marked and admitted<br>Email from J. Cronin to C. Watkins re: Copy of check for autonomy (with attachment) | |
| | 512 | | X | X | Exhibit 512 marked and admitted<br>Wire Transfer Request Form for a $10 million wire transfer to Autonomy on or about January 5, 2010. | |
| | 16794 | | X | X | Exhibit 16794 marked and admitted<br>MicroTech Purchase Order: Bank of America agreement Number CW262581 | |
| | 16798 | | X | X | Exhibit 16798 marked and admitted<br>MicroTech Purchase Order BA20101231 from MicroTech to Discover Technologies | |
| | 1580 | | X | | Exhibit 1580 previously admitted | |
| | | | | | | |
| | 16794 | | X | | Exhibit 16794 previously admitted | |
| | 1045 | | X | | Exhibit 1045 previously admitted | |
| | | 12:08 p.m. | | | Court in recess | |
| | | 1:03 p.m. | | | Court reconvened. All jurors present. All parties present. Government re-direct of witness Steven Bradley Truitt | |
| 2214 | | | X | | Exhibit 2214 previously admitted | |
| 422 | | 1:04 p.m. | | | Defense (Lynch) re-cross examination of witness Steven Bradley Truit | |
| | | 1:05 p.m. | | | Witness excused | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1:06 p.m. | | | Government witness sworn **Joel Scott** | |
| 16933 | | | X | X | Exhibit 16933 marked and admitted MRL approves early payment to VMS | |
| 2695 | | | X | X | Exhibit 2695 marked and admitted Purchase & Fulfillment Agreement | |
| 2698 | | | X | X | Exhibit 2698 marked and admitted EMC Purchase Order, $21.2M | |
| 2702 | | | X | X | Exhibit 2702 marked and admitted Purchase Order, Autonomy for Bloomberg | |
| 2705 | | | X | X | Exhibit 2705 marked and admitted Purchase Order, Autonomy for JPMC | |
| 2730 | | | X | X | Exhibit 2730 marked and admitted Email from ChamberlainS to HussainS, Cc'ed to SullivanM, ScottJ re "EMC Update" | |
| 310 | | | X | X | Exhibit 310 marked and admitted Email from HussainS to EganS/SmolekP/ScottJ/KanterA/MenellP re "FW" Capax" | |
| 313 | | | X | X | Exhibit 313 marked and admitted Email from ScottJ to SmolekP re Capax EDD processing | |
| 324 | | | X | X | Exhibit 324 marked and admitted Email from CrumbacherJ to ScottJ re EDD "Process" (EDD subcontracting process) | |
| 365 | | | X | X | Exhibit 365 marked and admitted Email from EganS to ScottJ & CrumbacherJ re "FW: Offer Outline" | |
| | | 2:23 p.m. 2:34 p.m. | | | Jurors on break. Discussion re the progression of the trial. Court in recess | |
| | | 2:47 p.m. | | | Court reconvened. All jurors present. All parties present. Government direct examination of witness Joel Scott | |
| 915 | | | X | X | Exhibit 915 marked and admitted E-mail from Joel Scott to Andrew Kanter, dated June 28, 2010, regarding "privilege and confidential" | |
| 916 | | | X | X | Exhibit 916 marked and admitted E-mail from Joel Scott to Mike Lynch, dated June 28, 2010, regarding "Payroll – Approval Required for Third Party Investigator" | |
| 977 | | | X | X | Exhibit 977 marked and admitted Invoice from Discovery Economics summarizing the services rendered on Autonomy's behalf from July 19, 2010 through August 5, 2010. | |
| 6244 | | | X | X | Exhibit 6244 marked and admitted Email chain between ScottJ, MRL. no subject; body suggests discussion of Scott's bonus | |
| 6351 | | | X | X | Exhibit 6351 marked and admitted Email from ScottJ to Lynch RE: URGENT | |

| | | 3:52 p.m. | | | Jurors excused until April 22, 2024 at 9:15 a.m.<br>Court adjourned until April 22, 2024 at 9:15 a.m. | |