| | |
|---|---|
| Jonathan M. Baum (SBN: 303469)<br>**Steptoe LLP**<br>One Market Street<br>Steuart Tower, Suite 1070<br>San Francisco, CA 94105<br>Telephone: (510) 735-4558<br>jbaum@steptoe.com<br><br>Reid H. Weingarten<br>Brian M. Heberlig<br>Michelle L. Levin<br>Nicholas P. Silverman<br>Drew C. Harris<br>(Admitted Pro Hac Vice)<br>**Steptoe LLP**<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 506-3900 | Christopher J. Morvillo<br>Celeste L.M. Koeleveld<br>Daniel S. Silver<br>(Admitted Pro Hac Vice)<br>**Clifford Chance US LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 878-3437<br>christopher.morvillo@cliffordchance.com<br><br>*Attorneys for Defendant*<br>*Michael Richard Lynch* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF CELESTE L.M. KOELEVELD IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION TO PRECLUDE NIGEL UPTON'S TESTIMONY REGARDING LOSS**<br><br>Court: Courtroom 6 – 17th Floor<br>Date Filed: April 21, 2024<br>Trial Date: March 18, 2024 |

# DECLARATION OF CELESTE L.M. KOELEVELD

I, Celeste L.M. Koeleveld, declare as follows:

1. I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email from Meeta Sunderwala to Lynda Wong, Kathryn Harvey, and John Blank (October 6, 2012, 15:26) (Bates labeled as HP-SEC-00685589).

4. Attached hereto as Exhibit 2 is a true and correct copy of an email from Marc Levine to Cathie Lesjak (November 30, 2012, 19:54) (Bates labeled as HP-SEC-00194420).

5. Attached hereto as Exhibit 3 is a true and correct copy of a memorandum prepared by EY for HP (November 5, 2012) (Bates labeled as EY-HP-ALAK-EM-000038).

6. Attached hereto as Exhibit 4 is a true and correct copy of an email from Meeta Sunderwala to Rob Binns, Betsy Branch, and Al Gross (December 11, 2012, 19:23) (Bates labeled as HP-SEC-00253252).

7. Attached hereto as Exhibit 5 is a true and correct copy of an email from Kevin Asher to Marc Levine, Betsy Branch, Meeta Sunderwala (December 23, 2012, 14:15) (Bates labeled as HP-SEC-01590886).

8. Attached hereto as Exhibit 6 is a true and correct copy of an email from Meeta Sunderwala to Betsy Branch (December 12, 2012, 12:23) (Bates labeled as HP-SEC-00252370).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed April 21, 2024, in San Francisco, California.

/s/ *Celeste L.M. Koeleveld*
Celeste L.M. Koeleveld

---

Declaration of Celeste L.M. Koeleveld in Support of Defendant Lynch's Motion to Preclude Nigel Upton's Testimony Regarding Loss
3:18-cr-00577-CRB
1