# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date:   April 22, 2024                    Judge:  Honorable Charles R. Breyer

Court Reporter:  Jennifer Coulthard
Time: 2 Hours and 23 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:   <u>USA v. Michael Richard Lynch</u>
             <u>USA v. Stephen Keith Chamberlain</u>

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum,
Daniel Silver, (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Further jury trial set for April 23, 2024 at 9:15 a.m.

Witnesses Sworn: Nigel Upton, Christopher Goodfellow

Exhibits Marked and Admitted: 464, 792, 1299, 1345, 1400, 1402, 2727, 2728, 3681, 4138, 15115, 15551, 15573