UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
    <u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>(Lynch) |
| **TRIAL DATE:**<br>April 22, 2024 | **REPORTER(S):**<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:16 a.m.<br><br>9:17 a.m. |  |  | Judge cried-in. Court Reporter – Jennifer Coulthard. All jurors present. All parties present.<br>Government witness sworn -**Nigel Upton** |  |
|  |  |  |  |  |  |  |
| 2727 |  |  | X | X | Exhibit 2727 marked and admitted<br>Email from ApothekerL to All HP Employees re "HP's Transformation" |  |
| 2295 |  |  | X |  | Exhibit 2295 previously admitted |  |
| 2728 |  |  | X | X | Exhibit 2728 marked and admitted<br>Charles Schwab Brokerage Account of Nigel John Upton, for statement period August 1 – 31, 2011 |  |
|  |  | 9:31 a.m. |  |  | Defense (Lynch) cross-examination of witness Nigel Upton |  |
|  | 2727 |  | X |  | Exhibit 2727 previously admitted |  |
|  | 2295 |  | X |  | Exhibit 2295 previously admitted |  |
|  |  | 9:54 a.m. |  |  | Witness excused |  |
|  |  | 9:56 a.m. |  |  | Government witness sworn<br>Christopher Goodfellow |  |
| 459 |  |  | X |  | Exhibit 459 previously admitted |  |
| 25 |  |  | X |  | Exhibit 25 previously admitted |  |
| 172028 |  |  | X |  | Exhibit 17028 previously admitted |  |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 464 | | | X | X | Exhibit 464 marked and admitted<br>Email from CrumbacherJ to EganS & GoodfellowC, Cc to ScottJ re "FW: Autonomy, FileTek StorHouse Transaction Pricing…" | |
| 15115 | | | X | X | Exhibit 15115 marked and admitted<br>From peter menell to 'stephen chamberlain' <stephenc@autonomy.com>\|'"stouffer egan"' <stouffere@autonomy.com>\|'"sushovan hussain"' <sushovanh@autonomy.com> re: FW: Response to all<br>your Kraft inquiries | |
| 792 | | | X | X | Exhibit 792 marked and admitted<br>Email from EganS to MenellP re "FW: FileTek STH/Expansion - RE: Dialog" | |
| 6283 | | | X | | Exhibit 6283 previously admitted | |
| 1299 | | | X | X | Exhibit 1299 marked and admitted<br>Email from BrownJ to GoodfellowC, SullivanM et al re "Quotes" | |
| 1345 | | | X | X | Exhibit 1345 marked and admitted<br>VMS/Autonomy document, Second Amendment to Software License Agreement | |
| 15573 | | | X | X | Exhibit 15573 marked and admitted<br>From chrisg@autonomy.com to stephenc@autonomy.com<br>re: FW: VMS - Hardware Order | |
| 3681 | | | X | X | Exhibit 3681 marked and admitted<br>Re: VMS Cost of Sale - Please Approve ASAP | |
| | | 10:33 a.m. | | | Court in recess (brief discussion re today's trial schedule) | |
| | | 10:50 a.m. | | | Court reconvened. All jurors present. All parties present. Government direct examination of witness Christopher Goodfellow | |
| 3681 | | | X | | Exhibit 3681 previously admitted | |
| 15575 | | | X | | Exhibit 15575 previously admitted | |
| 1402 | | | X | X | Exhibit 1402 marked and admitted<br>Email from GoodfellowC to EadsR re "Stock for VMS" with Stock.xlsx and Serial Numbers.xlsx attached | |
| 1400 | | | X | X | Exhibit 1400 marked and admitted<br>Email from EadsR to GoodfellowC, HussainS re "Updated Purchase Requirement" | |
| 15595 | | | X | | Exhibit 15595 previously admitted | |
| 15573 | | | X | X | Exhibit 15573 marked admitted<br>From chrisg@autonomy.com to stephenc@autonomy.com<br>re: FW: VMS - Hardware Order | |
| 1530 | | | X | | Exhibit 1530 previously admitted | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15551 | | | | X | X | Exhibit 1551 marked and admitted<br>From stephen chamberlain to 'chris goodfellow' <chrisg@autonomy.com>\|'"julie dolan'" <julied@autonomy.com>\|'"peter menell'" <peterm@autonomy.com>\|'"sushovan hussain'" <sushovanh@autonomy.com> re: RE: BAV | |
| | | 11:14 a.m. | | | | Defense (Lynch) cross-examination of witness Christopher Goodfellow |
| | 4138 | | | X | X | Exhibit 4138 marked and admitted<br>Autonomy Org Charts August 2011.pdf |
| | 2947 | | | X | | Exhibit 2947 (Demonstrative) |
| | | 11:55 a.m.<br>11:56 a.m. | | | | Jurors excused until April 23, 2024 at 9:15 a.m.<br>Court adjourned until April 23, 2024 at 9:15 a.m. |