UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
　　　　　　<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zacahry Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Reid Weingarten<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>April 23, 2024 | **REPORTER(S):**<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:15 a.m. | | | Judge cried-in. All jurors present. All parties present.<br>Defense (Lynch) cross-examination of witness **Christopher Goodfellow** | |
| | 23572 | | X | | Exhibit 23572 previously admitted | |
| | 23570 | | X | | Exhibit 23570 previously admitted | |
| | 459 | | X | | Exhibit 459 previously admitted | |
| | 7368 | | X | X | Exhibit 7368 marked and admitted<br>Idol Technology Part 1 Presentation | |
| | 15115 | | X | | Exhibit 15115 previously admitted | |
| | 464 | | X | | Exhibit 464 previously admitted | |
| | 4357 | | X | | Exhibit 4357 previously admitted | |
| | 7514 | | X | X | Exhibit 7514 marked and admitted<br>Email from CrumbacherJ to GoodfellowC, re: "FileTek Data Issue" - discussing FileTek's response to the 10PB/1PB issue Goodfellow raised | |
| | 5768 | | X | X | Exhibit 5768 marked and admitted<br>Email from Con HonA to HowardP, GoodfellowC, J. Crumbacher RE: Autonomy. FileTek software on ftp server | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 5777 | | | X | X | Exhibit 5777 marked and admitted<br>Email from GallagherD to GoodfellowC Re: FW: Autonomy. FileTek software on ftp server | |
| | 733 | | | X | X | Exhibit 733 marked and admitted<br>Email from WhinneyC to GallagherD, et al., Cc to OosthuizenS re "FTK - Autonomy support" | |
| | 815 | | | X | X | Exhibit 815 marked and admitted<br>Email from GallagherD to GoodfellowC re "Fwd: RE: Options for Digital Safe + StorHouse" | |
| | 814 | | | X | X | Exhibit 814 marked and admitted<br>Email from J. Hayman to D. Gallagher et al re Options for Digital Safe + StorHouse | |
| | 23664 | | | X | X | Exhibit 23664 marked and admitted<br>Zantaz SOW | |
| | 6283 | | | X | X | Exhibit 6283 marked and admitted | |
| | | 10:23 a.m. | | | | Court in recess | |
| | | 10:45 p.m. | | | | Court reconvened. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Christopher Goodfellow | |
| | 792 | | | X | | Exhibit 792 previously admitted | |
| | 4375 | | | X | | Exhibit 4375 previously admitted | |
| | 5886 | | | X | X | Exhibit 5886 marked and admitted<br>Meeting Reminder RE Autonomy Digital Safe Growth - FileTek StorHouse Software Expansion Dialogue | |
| | 8809 | | | X | X | Exhibit 8809 marked and admitted<br>Email from ScottJ to MenellP; HussainS, re: "RE: Filetek need" | |
| | 1398 | | | X | X | Exhibit 1398 marked and admitted<br>Email from HussainS to MenellP, EganS et al re "VMS Cost of Sale - Please Approve ASAP" (is there any hardware we can repurpose) | |
| | 23661 | | | X | X | Exhibit 23661 marked and admitted<br>Email re MicroLink AIS & Fetch Framework Download | |
| | | 11:10 a.m. | | | | Defense (Chamberlain) cross-examination of witness Christopher Goodfellow | |
| | 16983 | | | X | X | Exhibit 16983 marked and admitted<br>Email from Poppy Prentis to Chris Goodfellow re: JPMC | |
| | 1299 | | | X | | Exhibit 1299 previously admitted | |
| | 16229 | | | X | X | Exhibit 16229 marked and admitted<br>From james crumbacher to 'chris goodfellow' re: RE: VMS Equipment Issues (Generic listing and US warehouse) | |
| | 9788 | | | X | X | Exhibit 9788 marked and admitted | |
| | 1344 | | | X | X | Exhibit 1344 marked and admitted<br>Email from StephensD to GoodfellowC, et al., Cc to CrumbacherJ & SayadL re "RE: Hardware schedule" | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9798 | | X | X | Exhibit 9798 marked and admitted<br>Email from HussainS to MenellP, EganS et al re "VMS Cost of Sale - PleaseApprove ASAP" (is there any hardware we can repurpose) | |
| | 23652 | | X | X | Exhibit 23652 marked and admitted<br>Email from Klink to Goodfellow, et al "CitiGroup - Updating NA Safes to Gold Design | |
| | 1400 | | X | | Exhibit 1400 previously admitted | |
| | 1402 | | X | | Exhibit 1402 previously admitted | |
| | 1403 | | X | X | Exhibit 1403 marked and admitted<br>Email from GoodfellowC to EadsR re "Stock for VMS" (and a few more) | |
| | 9795 | | X | X | Exhibit 9795 marked and admitted<br>Email from M. Stephan to C. Goodfellow re: FW: VMS hardware | |
| | 9794 | | X | X | Exhibit 9794 marked and admitted<br>Email from M. Stephan to C. Goodfellow re: FW: VMS hardware | |
| | 9796 | | X | X | Exhibit 9796 marked and admitted<br>Email from C. Goodfellow to M. Stephan re: Re: FA register | |
| | 1530 | | X | | Exhibit 1530 previously admitted | |
| | 792 | | X | | Exhibit 792 previously admitted | |
| | 5943 | | X | X | Exhibit 5943 marked and admitted<br>Email from EadsR to ReynoldM RE: Quotation #213053342 - Autonomy etalk | |
| | | 11:47 a.m. | | | Government re-direct of witness Christopher Goodfellow | |
| 9788 | | | X | | Exhibit 9788 previously admitted | |
| 15573 | | | X | | Exhibit 15573 previously admitted | |
| 15115 | | | X | | Exhibit 15115 previously admitted | |
| 815 | | | X | | Exhibit 815 previously admitted | |
| 792 | | | X | | Exhibit 792 previously admitted | |
| | | 11:59 a.m. | | | Defense (Chamberlain) re-cross of witness Christopher Goodfellow | |
| | | 11:59 a.m. | | | Witness excused. Court in recess | |
| | | 12:47 p.m. | | | Court reconvened. Jurors not present. All parties present. Defense (Lynch and Chamberlain) object to exhibit 2508. Objection to 2 emails. | |
| | | 1:02 p.m. | | | Government witness sworn - **Stephanie Horan** | |
| 2508 | | | X | X | Exhibit 2508 marked and admitted<br>Email from NunziataJ to NunziataJ re "FW: Dell order" | |
| | | | | | | |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2642 | | | | X | X | Exhibit 2642 marked and admitted<br>SHI Data Accumulation of AX Records - Autonomy as Vendor, Dell as Manufacturer | |
| 2724 | | | | X | X | Exhibit 2724 marked and admitted<br>SHI Purchase Order w/ Photo Demonstrative | |
| 12599 | | | | X | X | Exhibit 12599 marked and admitted<br>SHI Purchase Order #WHE0Z | |
| 12602 | | | | X | X | Exhibit 12602 marked and admitted<br>Autonomy Invoice # 6724-ANA | |
| 12600 | | | | X | X | Exhibit 12600 marked and admitted<br>Autonomy Purchase Order #WHE0Z | |
| 12611 | | | | X | X | Exhibit 12611 marked and admitted<br>Autonomy Purchase Quotation # 534780788-AU | |
| 12604 | | | | X | X | Exhibit 12604 marked and admitted<br>SHI Purchase Order # WHE5Q | |
| 12608 | | | | X | X | Exhibit 12608 marked and admitted<br>SHI Purchase Order # WHE5Q | |
| 12612 | | | | X | X | Exhibit 12612 marked and admitted<br>SHI Purchase Order #WHE5P | |
| 12615 | | | | X | X | Exhibit 12615 marked and admitted<br>Autonomy Invoice # 6734-ANA | |
| 12605 | | | | X | X | Exhibit 12605 marked and admitted<br>Autonomy Purchase Order #WHE5Q | |
| 12613 | | | | X | X | Exhibit 12613 marked and admitted<br>Autonomy Purchase Order #WHE5P | |
| 12620 | | | | X | X | Exhibit 12620 marked and admitted<br>SHI Purchase Order #WHE71 | |
| 12621 | | | | X | X | Exhibit 12621 marked and admitted<br>Autonomy Purchase Order #WHE71 | |
| 12623 | | | | X | X | Exhibit 12623 marked and admitted<br>Autonomy Invoice # 6740-ANA | |
| 12814 | | | | X | X | Exhibit 12814 marked and admitted<br>Autonomy Purchase Quotation #573245451 to Software House International | |
| 12815 | | | | X | X | Exhibit 12815 marked and admitted<br>SHI Purchase Order # WHUWU | |
| 12818 | | | | X | X | Exhibit 12818 marked and admitted<br>Autonomy Invoice to SHI International | |
| 12816 | | | | X | X | Exhibit 12816 marked and admitted<br>Autonomy Purchase Order | |
| 12821 | | | | X | X | Exhibit 12821 marked and admitted<br>Dell invoice number XF937X2M7C | |
| 12851 | | | | X | X | Exhibit 12851 marked and admitted<br>Autonomy Purchase Quotation #588431486 to Software House International | |
| 12853 | | | | X | X | Exhibit 12853 marked and admitted<br>SHI Purchase Order # WHZM2 | |
| 12857 | | | | X | X | Exhibit 12857 marked and admitted<br>Autonomy Invoice to SHI International | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12854 | | | X | X | Exhibit 12854 marked and admitted<br>Autonomy Purchase Order # WHZM2 | |
| 2724 | | | X | | Exhibit 2724 previously admitted | |
| 2750 | | | X | X | Exhibit 2750 marked and admitted<br>Hardware (1) Laptop | |
| 2751 | | | X | X | Exhibit 2751 marked and admitted<br>Hardware (2) Scanner | |
| 2753 | | | X | X | Exhibit 2753 marked and admitted<br>Hardware (4) Mouse | |
| 2752 | | | X | X | Exhibit 2752 marked and admitted<br>Hardware (3) Keyboard | |
| 2724 | | | X | | Exhibit 2724 previously admitted | |
| 12611 | | | X | | Exhibit 12611 previously admitted | |
| 12604 | | | X | | Exhibit 12604 previously admitted | |
| 12612 | | | X | | Exhibit 12612 previously admitted | |
| 12609 | | | X | X | Exhibit 12609 marked and admitted<br>Delivery documents | |
| 12617 | | | X | X | Exhibit 12617 marked and admitted<br>Delivery documents | |
| 12604 | | | X | | Exhibit 12604 previously admitted | |
| 12814 | | | X | | Exhibit 12814 previously admitted | |
| 12815 | | | X | | Exhibit 12815 previously admitted | |
| 12816 | | | X | | Exhibit 12816 previously admitted | |
| 12819 | | | X | X | Exhibit 12819 marked and admitted<br>Email chanin between Jeffrey Guido of Autonomy and Julia Perez of Dell. | |
| 12820 | | | X | X | Exhibit 12820 marked and admitted<br>Bills of Lading | |
| 12851 | | | X | | Exhibit 12851 previously admitted | |
| 12853 | | | X | | Exhibit 12853 previously admitted | |
| 12854 | | | X | | Exhibit 12854 previously admitted | |
| 17021 | | | X | X | Exhibit 17021 marked and admitted<br>Email from Poppy Prentis to Julia Perez copyign Steve Chamberlain re: order status at 30 June 2011 (WHZM2 in production - eta for orders to ship is 7/29) | |
| 17023 | | | X | X | Exhibit 17023 marked and admitted<br>Email from Julia Perez to Poppy Prentis, copying Chamberlain re: order status at June 30, 2011 (with attachment) | |
| | | 1:45 p.m. | | | Defense (Lynch) cross-examination of witness Stephanie Horan | |
| | 12816 | | X | | Exhibit 12816 previously admitted | |
| | 2642 | | X | | Exhibit 2642 previously admitted | |
| | 8284 | | X | | | |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1:56 p.m. | | | Witness excused but subject to recall as a witness | |
| | | 1:59 p.m. | | | Government witness sworn **Gary John Watkins** | |
| | | 2:10 p.m. | | | Defense (Lynch) cross-examination of witness Gary J. Watkins | |
| | | 2:18 p.m.  2:23 p.m. | | | Witness excused. Jurors on break. Discussion re trial schedule Court in recess | |
| | | 2:43 p.m.  2:44 p.m. | | | Court reconvened. All jurors present. All parties present. Government witness sworn – **Roger Wang** | |
| 799 | | | X | X | Exhibit 799 marked and admitted Email from GallagherD to WangR and HaymanJ re FileTEK & DigitalSafe ("Had a further chat with Pete re: this.") | |
| 826 | | | X | X | Exhibit 826 marked and admitted Email from WangR to HaymanJ et al re StorHouse / Digital safe system | |
| 824 | | | X | X | Exhibit 824 marked and admitted Email from WangR to MenellP re "FW: SAP Archiving Follow up" | |
| 831 | | | X | X | Exhibit 831 marked and admitted Email from WangR to GallagherD and MarsellaA re Kraft | |
| 824 | | | X | | Exhibit 824 previously admitted | |
| 831 | | | X | | Exhibit 831 previously admitted | |
| 851 | | | X | X | Exhibit 851 marked and admitted Email from WangR to SullivanM, et al., re "Re: Software purchased" | |
| 870 | | | X | X | Exhibit 870 marked and admitted E-mail from Roger Wang to Darren Gallagher, dated June 21, 2010, regarding "FileTEK" | |
| 5753 | | | X | X | Exhibit 5753 marked and admitted Email from WangR to P. Menell, GallagherD, AvilaE, GoodfellowC RE: FileTek StorHouse in Production | |
| 3780 | | | X | X | Exhibit 3780 marked and admitted RE: Digital Safe call on Monday - dial-in details | |
| 3781 | | | X | X | Exhibit 3781 marked and admitted DS Status Q2 '10.ppt | |
| 1208 | | | X | X | Exhibit 1208 marked and admitted E-mail from Roger Wang to Darren Gallagher, dated November 9, 2010, regarding "FileTEK" | |
| | | 3:27 p.m. | | | Defense (Lynch) cross-examination of Roger Wang | |
| | 1352 | | X | | Exhibit 1352 previously admitted | |
| | | 3:40 p.m.  3:48 p.m. | | | Jurors excused until April 24, 2024 at 9:15 a.m. Discussion re witness impeachment Court adjourned until April 24, 2024 at 9:15 a.m. | |