# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Jury Trial Minutes

Date: April 24, 2024                                   Judge: Honorable Charles R. Breyer

Court Reporter: Jennifer Coulthard
Time: 3 Hours and 44 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Further jury trial set for April 29, 2024 at 9:15 a.m. Defense (Chamberlain) cross-examination of witness Stephanie Horan.

Exhibits Marked and Admitted: 381, 511, 537, 806, 1197, 1237, 1318, 1334, 1335, 1358, 1368, 1420, 1524, 1981, 2234, 2298, 2380, 2791, 2948, 4130, 6242, 6245, 6425(a), 6252, 6253, 6254, 6259, 6336, 6340, 6352, 8268, 8483, 8484, 8642, 8643, 8645, 8647, 8655, 8660, 8663, 8668, 8668.1, 8680, 8685, 8697, 9823, 9824, 9825, 10074, 14783, 14793, 15871

Exhibits Marked: 11647 (Demonstrative)