UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>April 24, 2024 | **REPORTER(S):**<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:20 a.m. | | | Judge cried-in. All jurors present. All parties present.<br>Defense (Chamberlain) cross-examination of witness Stephanie Horan | |
| | 12819 | | X | | Exhibit 12819 previously admitted | |
| | 14783 | | X | X | Exhibit 14783 marked and admitted<br>2011 Q1 Q1 8130 Hardware Testing.xls | |
| | 17023 | | X | X | Exhibit 17023 previously admitted<br>Email from Julia Perez to Poppy Prentis, copying Chamberlain re: order status at June 30, 2011 (with attachment) | |
| | 9823 | | X | X | Exhibit 9823 marked and admitted<br>Email from A. Jackson to P. Prentis re: Hardware delivery samples | |
| | 9824 | | X | X | Exhibit 9824 marked and admitted<br>Email from S. Chamberlain to A. Jackson cc: P. Prentis re POD - Hardware | |
| | 12851 | | X | | Exhibit 12851 previously admitted | |
| | 9825 | | X | X | Exhibit 9825 marked and admitted<br>Email from P. Prentis to P. Christophi re: FW: Audit confirmation Aattached | |
| | | | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 14793 | | X | X | Exhibit 14793 marked and admitted 2011 Q2 Q2 8130 Hardware Testing.xls | |
| | 12189 | | X | | Exhibit previously admitted | |
| | | 9:36 a.m. | | | Government re-direct of witness Stephanie Horan | |
| 9824 | | | X | | Exhibit 9824 previously admitted | |
| 12851 | | | X | | Exhibit 12851 previously admitted | |
| | | 9:37 a.m. | | | Defense (Chamberlain) re-cross examination of witness Stephanie Horan | |
| | 12189 | | X | | Exhibit 12189 previously admitted | |
| | 14783 | | X | | Exhibit 14783 previously admitted | |
| | 9824 | | X | | Exhibit 9824 previously admitted | |
| | | 9:39 a.m. | | | Witness excused. Government witness direct examination of witness **Joel Scott** | |
| 1197 | | | X | X | Exhibit 1197 marked and admitted E-mail from Sushovan Hussain to Joel Scott, dated November 1, 2010, regarding "schedule" | |
| 1237 | | | X | X | Exhibit 1237 marked and admitted Email from HussainS to StillJ, SrivatsanR and SullivanM attaching doi model SH.xlsm (three options for use with DOI) | |
| 1282 | | | X | | Exhibit 1282 previously admitted | |
| 1358 | | | X | X | Exhibit 1358 marked and admitted Email from ScottJ to CroninJ re 2010-12-31 MicroTech - DOI with attached purchase order for $4.0m license fee | |
| 1318 | | | X | X | Exhibit 1318 marked and admitted E-mail from Joel Scott to Sushovan Hussain, Peter Menell, and Stephen Chamberlain, dated December 23, 2010, regarding "MT" | |
| 1335 | | | X | X | Exhibit 1335 marked and admitted E-mail from Joel Scott to stephenc@autonomy.com, dated December 30, 2010, regarding "important we get . . ." | |
| 1334 | | | X | X | Exhibit 1334 marked and admitted E-mail from Andrew Kanter to Joel Scott and Stephen Chamberlain, dated December 30, 2010, regarding "MicroTech PO" | |
| 1420 | | | X | X | Exhibit 1420 marked and admitted Email from EganC to HussainS re cash | |
| 1270 | | | X | | Exhibit 1270 previously admitted | |
| 3704 | | | X | X | Exhibit 3704 previously admitted | |
| 1368 | | | X | X | Exhibit 1368 marked and admitted Email from GuiaoJ to ScottJ re BofA: PO for Capax, oneoff reseller agr to DiscoverTech with attached drafts | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2948 | | | | X | X | Exhibit 2948 marked and admitted<br>Email from GuiaoJL to ChamberlainS, cc to ScottJ re "FW: Capax ltr re BofA" | |
| 1490 | | | | X | | Exhibit 1490 previously admitted | |
| 1524 | | | | X | X | Exhibit 1524 marked and admitted<br>Email from Scott email to Egan/Hussain re "RE: DT amendment?" attaching PO | |
| 1512 | | | | X | | Exhibit 1512 previously admitted | |
| 10074 | | | | X | X | Exhibit 10074 marked and admitted<br>Email from HussainS to ScottJ et al., re " RE: URGENT " | |
| 381 | | | | X | X | Exhibit 381 marked and admitted<br>Email from CrumbacherJ to ScottJ re "RE: SPE Basic" | |
| 2791 | | | | X | X | Exhibit 2791 marked and admitted<br>Email from HussainS to KanterA/ChamberlainS/ScottJ re "microlink" | |
| 511 | | | | X | X | Exhibit 511 marked and admitted<br>E-mail from CRF to Joel Scout, with a cc to Helen Ku'hku, dated January 4, 2010, regarding [crf] [image file cynthialaw, sfscanner, #174 (attached Purchase Order 001359 ) | |
| 806 | | | | X | X | Exhibit 806 marked and admitted<br>Email from LynchM to ScottJ, cc to HussainS re REVISED "Best and Final" Pricing - FileTek StorHouse Expansion for Autonomy Digital Safe including Prompt Pay Discount Proposal | |
| 15871 | | | | X | X | Exhibit 15871 marked and admitted<br>From joels@autonomy.com to stephenc@autonomy.com re: RE: Microtech | |
| 1981 | | | | X | X | Exhibit 1981 marked and admitted<br>E-mail to Steve Chamberlain from Helen Ku, dated July 12, 2011, regarding "Microtech Check" | |
| 2234 | | | | X | X | Exhibit 2234 marked and admitted<br>Independent Contractor Agreement dated August 12, 2011 | |
| 2298 | | | | X | X | Exhibit 2298 marked and admitted<br>E-mail from Sushovan Hussain to Steve Chamberlain, Helen Ku and Joel Scott | |
| 2362 | | | | X | | Exhibit 2362 previously admitted | |
| 2380 | | | | X | X | Exhibit 2380 marked and admitted<br>Email from ChamberlainS to ScottJ re Cancellation of VAR agreements | |
| | | 10:56 a.m. | | | | Court in recess | |
| | | 11:19 a.m. | | | | Court reconvened.  All jurors present. All parties present. Government no further questions. | |
| | | | | | | Defense (Lynch) cross-examination of witness Joel Scott | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8647 | | X | X | Exhibit 8647 marked and admitted<br>Joel Scott State Bar of CA License | |
| | 8642 | | X | X | Exhibit 8642 marked and admitted<br>"1989" CA Rules of Professional Conduct | |
| | 7810 | | X | | Exhibit 7810 previously admitted | |
| | 6242 | | X | X | Exhibit 6242 marked and admitted<br>Joel Scott CV | |
| | 8750 | | X | | Exhibit 8750 previously admitted | |
| | 8751 | | X | | Exhibit 8751 previously admitted | |
| | 11647 | | X | | Exhibit 11647 (Demonstrative) | |
| | 6245 | | X | X | Exhibit 6245 marked and admitted<br>Email from ScottJ to PearsonR RE: Legal-Rev Rec-SMS Expectations Preso (Aug 2010).ppt (with attachment 6245A) | |
| | 6245(a) | | X | X | Exhibit 6245(a) marked and admitted<br>Attachment to 8/4/2010 Scott email: "Legal-Rev Rec-SMS Expectations Preso (Aug 2010).ppt" | |
| | 8685 | | X | X | Exhibit 8685 marked and admitted<br>Email from MRL to ScottJ, re: "Re: Reminder to US Sales Re Partner Payment Authorizations" | |
| | 4130 | | X | X | Exhibit 4130 marked and admitted<br>2009-03-31 - License and Distribution Agrmt_Capax [executed].PDF | |
| | 11647 | | X | | Exhibit 11647 (Demonstrative) | |
| | | 12:09 p.m. | | | Court in recess | |
| | | 1:03 p.m. | | | Court reconvened. All parties present. Discussion re violation of code. | |
| | | 1:05 p.m. | | | All jurors present. All parties present. Defense (Lynch) cross-examination of witness Joel Scott | |
| | 537 | | X | X | Exhibit 537 marked and admitted<br>Memo from MurrayT to Autonomy 2009 year-end audit file re Accounting for transactions with Filetek Inc | |
| | 583 | | X | | Exhibit 583 previously admitted | |
| | 263 | | X | | Exhibit 263 previously admitted | |
| | 8697 | | X | X | Exhibit 8697 marked and admitted<br>Spreadsheet tracking hardware saes that led to software sales | |
| | 8645 | | X | X | Exhibit 8645 marked and admitted<br>Autonomy Employment Offer to Joel Scott | |
| | 8660 | | X | X | Exhibit 8660 marked and admitted<br>Email from KanterA to ScottJ, cc: AmbroseS; MRL, re: "Personal and Confidential" | |
| | 6252 | | X | X | Exhibit 6252 marked and admitted<br>Email from ScottJ to Lynch RE: Mike, this email is a little late | |
| | | | | | | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6352 | | X | X | Exhibit 6352 marked and admitted<br>Email from ScottJ to 'MRL' RE: FW: URGENT: Picture | |
| | 8643 | | X | X | Exhibit 8643 marked and admitted<br>Email from ScottT to MRL, re: "Attorney Candidate" | |
| | 6254 | | X | X | Exhibit 6254 marked and admitted<br>Email from ScottJ to Lynch RE: Thanks | |
| | 6253 | | X | X | Exhibit 6253 marked and admitted<br>Email from ScottJ to Lynch RE: Thank you | |
| | 2600 | | X | X | Exhibit 2600 previously admitted | |
| | 6340 | | X | X | Exhibit 6340 marked and admitted<br>Email from ScottJ to EganS RE: Thanks! | |
| | 6336 | | X | X | Exhibit 6336 marked and admitted<br>Email from ScottJ to EganS RE: BarCap contract review? | |
| | 7956 | | X | | Exhibit 7956 previously admitted | |
| | 827 | | X | | Exhibit 827 previously admitted | |
| | 7957 | | X | | Exhibit 7957 previously admitted | |
| | 915 | | X | | Exhibit 915 previously admitted | |
| | 8268 | | X | X | Exhibit 8268 marked and admitted | |
| | 916 | | X | | Exhibit 916 previously admitted | |
| | 15392 | | X | | Exhibit 15392 previously admitted | |
| | 8668 | | X | X | Exhibit 8668 marked and admitted<br>Email from VaidyanathanG to ScottJ; GuaioJ; RappR, re: "1 July update" | |
| | 8668.1 | | X | X | Exhibit 8668.1 marked and admitted<br>Attachment to 7/2/10 VaidyanathanG email: "Payroll Investigation v7.01.10.doc" | |
| | 8663 | | X | X | Exhibit 8663 marked and admitted<br>Email from ScottJ to GuiaoJ, re: "privileged and confidential" | |
| | 8655 | | X | X | Exhibit 8655 marked and admitted<br>Email from ScottJ to GuiaoJ, re: "cynthia and veronica" | |
| | 6259 | | X | X | Exhibit 6259 marked and admitted<br>Email from KanterA to ScottJ RE: Finance Investigation Update | |
| | 977 | | X | | Exhibit 977 previously admitted | |
| | 8483 | | X | X | Exhibit 8483 marked and admitted<br>Discovery Economics Webpage | |
| | 8484 | | X | X | Exhibit 8484 marked and admitted<br>Robert W. Wunderlich, Ph.D. page on Discovery Economics Site | |
| | | 2:17 p.m. | | | Jurors excused until April 29, 2024 at 9:15 a.m. | |

5

|  |  | 2:25 p.m. |  |  | Discussion re trial schedule and government's witness line up. Court adjourned until 4/29/2024 at 9:15 a.m. |  |