| | |
|---|---|
| Jonathan M. Baum (SBN: 303469) <br> **Steptoe LLP** <br> One Market Street <br> Steuart Tower, Suite 1070 <br> San Francisco, CA 94105 <br> Telephone: (510) 735-4558 <br> jbaum@steptoe.com <br><br> Reid H. Weingarten <br> Brian M. Heberlig <br> Michelle L. Levin <br> Nicholas P. Silverman <br> Drew C. Harris <br> (Admitted Pro Hac Vice) <br> **Steptoe LLP** <br> 1114 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 506-3900 | Christopher J. Morvillo <br> Celeste L.M. Koeleveld <br> Daniel S. Silver <br> (Admitted Pro Hac Vice) <br> **Clifford Chance US LLP** <br> 31 West 52nd Street <br> New York, NY 10019 <br> Telephone: (212) 878-3437 <br> christopher.morvillo@cliffordchance.com <br><br> *Attorneys for Defendant* <br> *Michael Richard Lynch* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, <br><br> Defendants. | Case No.: 3:18-cr-00577-CRB <br><br> Judge: Hon. Charles Breyer <br><br> **DECLARATION OF NICHOLAS P. SILVERMAN IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION *IN LIMINE* TO EXCLUDE THE FRC REPORT** <br><br> Court: Courtroom 6 – 17th Floor <br> Date Filed: April 27, 2024 <br> Trial Date: March 18, 2024 |

# DECLARATION OF NICHOLAS P. SILVERMAN

I, Nicholas P. Silverman, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch. I have been admitted pro hac vice to appear in this action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of the two-page Explanatory Memorandum to the 270-page Tribunal Report issued in connection with the disciplinary proceedings before the U.K. Financial Reporting Council ("FRC") against Deloitte LLP, Richard Knights and Nigel Mercer.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed April 27, 2024, in Washington, D.C.

*/s/ Nicholas P. Silverman*
Nicholas P. Silverman