# EXHIBIT 1

**To:** Hayama, Wade[Wade.Hayama@hp.com]; Romero, Gabriela (IC/GL MADO)[gabriela.romero@hp.com]; Lares, Blanca (GL MADO)[lares@hp.com]; Simpson, Roxanne[roxanne.simpson@hp.com]; Wick, LeeAnn[leeann.wick@hp.com]
**Cc:** Glover, Robert (Controllership)[Robert.Glover@hp.com]; May, Helen[helen.may@hp.com]; Walthall, Kristen (MADO Finance)[kristen.walthall@hp.com]; Lehmann, Monika[monika.lehmann@hp.com]
**From:** Duckworth, David
**Sent:** Wed 10/12/2011 11:55:21 AM
**Importance:** Normal
**Subject:** RE: Trail balances for year ended 31 Dec 2010 and YTD 30 June 2011
Autonomy TBs Dec 10 + Jun 11.xlsx

Blanca, Gaby, Roxanne and Wade,

I have consolidated the Autonomy TB's into 1 COA that we can use for account mapping purposes.

Fortunately, Autonomy has a consolidated COA structure across all entities, Please see the 1st CoA worksheet for our mapping exercise.

david

**From:** Duckworth, David
**Sent:** Wednesday, October 12, 2011 7:53 AM
**To:** Hayama, Wade; Romero, Gabriela (IC/GL MADO); Lares, Blanca (GL MADO); Simpson, Roxanne
**Cc:** Glover, Robert (Controllership); May, Helen; Walthall, Kristen (MADO Finance); Lehmann, Monika
**Subject:** FW: Trail balances for year ended 31 Dec 2010 and YTD 30 June 2011

Blanca, Gaby, Roxanne and Wade,

Here is the Autonomy TB with the COA detail.

We can use this to prepare a 1st draft on the account mapping to LH.

I will schedule some time to review.

**David Duckworth**
Mergers & Acquisitions Finance Integration Manager
Enterprise Financial Reporting
Hewlett Packard
650-857-2534
david.duckworth@hp.com
MADO Finance Integration Website


**From:** Blank, John
**Sent:** Wednesday, October 12, 2011 7:25 AM
**To:** Duckworth, David
**Subject:** FW: Trail balances for year ended 31 Dec 2010 and YTD 30 June 2011


See the attached.  Is this helpful to you?  Thanks,


John Blank
M&A Technical Acctg-EFR
Palo Alto
Hewlett-Packard Company
650-857-2714


**From:** Boggs Jr, James L [mailto:jboggs@kpmg.com]
**Sent:** Wednesday, October 12, 2011 7:18 AM
**To:** Blank, John; Strathmeier, Allison; Sunderwala, Meeta
**Cc:** Gersh, Andrew
**Subject:** FW: Trail balances for year ended 31 Dec 2010 and YTD 30 June 2011

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00324800

EXH 6463-0002

Meeta, Allison, and John,

Attached are the trial balances by legal entity as of December 2010 and June 2011.

We still need to understand how the individual trial balances consolidate (including inter-company eliminations) and map to the financial statements.

Let me know if you have any questions.

Thanks.

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** Wednesday, October 12, 2011 6:03 AM
**To:** Boggs Jr, James L; 'Ian Gray'; 'Nessier, Steve'
**Subject:** Trail balances for year ended 31 Dec 2010 and YTD 30 June 2011

Notes:

-       Year ended 31 Dec 2010 and YTD 30 June 2011

-       these are prepared under IFRS

-       every ledger is presented in USD

-       the key entities are ASL (UK trading company), Autonomy Inc, Interwoven Inc, US Digital Assets LLC (Iron Mountain Digital assets), Zantaz Inc, Verity Inc and etalk Inc. All other entities are effectively sales agents or development centers making a mark up and hence are much less valuable.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00324801

EXH 6463-0003

We are still finalizing 30 Sept 2011 and will circulate as and when available. Will not have much impact

Thanks

**Steve Chamberlain**

**VP, Finance**

**Autonomy, an HP Company**

Cambridge Business Park

Cowley Road

Cambridge

CB4 0WZ

Direct tel: 01223 448017

Mobile

**FOIA CONFIDENTIAL TREATMENT REQUESTED**　　　　　　　　　　　　　**HP-SEC-00324802**

**EXH 6463-0004**