# EXHIBIT 5

**To:**     Branch, Betsy[betsy.branch@hp.com]
**From:**   brian.outland@ey.com
**Sent:**    Wed 11/9/2011 2:10:41 PM
**Importance:**      **Normal**
**Subject:**   Revised Agenda
<u>Q4 Murrin - Branch_Q4_Update No 3 11-9-11.docx</u>


FYI - added three items:

Autonomy hardware: We completed their review of the DT workpapers and noted there was approximately $100M of hardware revenue and some of it was sold at a loss but there was a positive margin reported in revenue and then the loss put in sales and marketing. I am going to talk to Meeta early this afternoon to understand how this was addressed.

ISS loss deals: Just want to talk on those in general.

FY12 HPFS/ES segment reporting: Understand on that there will be a change in how HPFS/ES deal with inter-company leases. Want to talk about where EFR is with their review of the change, etc.

Thanks,

Brian


 **Brian T. Outland** | Partner | Assurance and Advisory Business Services

Ernst & Young LLP
303 Almaden Boulevard, San Jose, California 95110, United States of America
Office: +1 408 947 5500 | Direct: +1 408 918 5905 | 303 Almaden Blvd
Fax: +1 866 399 2558
Website: www.ey.com
Assistant: Rebecca Villalobos | Phone: +1 408 947 5574 / +1 650 857 3398 | rebecca.villalobos@ey.com
Thank you for considering the environmental impact of printing emails.


**Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.**

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for Ernst & Young Online and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP

HP-SEC-02160535
HP-SEC-02160535

EXH 8234.0002