1  Gary S. Lincenberg - State Bar No. 123058
        glincenberg@birdmarella.com
2  Ray S. Seilie - State Bar No. 277747
        rseilie@birdmarella.com
3  Michael C. Landman – State Bar No. 343327
        mlandman@birdmarella.com
4  BIRD, MARELLA, RHOW, LINCENBERG,
   DROOKS & NESSIM LLP
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for Defendant Stephen Keith
8  Chamberlain

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00577-CRB |
| Plaintiff, | **DEFENDANT STEPHEN CHAMBERLAIN'S JOINDER IN DEFENDANT MICHAEL LYNCH'S MOTIONS IN LIMINE (ECF NOS. 454-456)** |
| vs. | |
| MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN | |
| Defendants. | Judge: Hon. Charles R. Breyer<br>Place: Courtroom 6 – 17th Floor<br>Date Filed: April 29, 2024<br>Trial Date: March 18, 2024 |

DEFENDANT STEPHEN CHAMBERLAIN'S JOINDER IN DEFENDANT MICHAEL LYNCH'S MOTIONS IN LIMINE (ECF NOS. 454-456)

Defendant Stephen Chamberlain joins and incorporates herein Defendant Michael Lynch's Motions in Limine to Exclude the FRC Report (ECF No. 454), Preclude Expert Testimony on Differences of Opinion (ECF No. 455), and Exclude Cumulative Testimony (ECF No. 456).

The Court should grant Defendant Michael Lynch's aforementioned Motions in Limine.

DATED: April 29, 2024

Gary S. Lincenberg
Ray S. Seilie
Michael C. Landman
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM LLP

By: _____
Gary S. Lincenberg
Attorneys for Defendant Stephen Keith Chamberlain