UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
　　　　　　<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Daniel Silver<br>Jonathan Baum<br>Michelle Levin<br>Reid Weingarten<br>(Lynch) |
| **TRIAL DATE:**<br>April 30, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:16 a.m. |  |  | Judge cried-in. Court Reporter – Rhonda Aquilina. Jurors not present. All parties present. Defense (Chamberlain) counsel objection to Joel Scott not testifying today. |  |
|  | 2295 |  | X |  | Exhibit 2295 previously admitted |  |
|  | 8921 |  | X | X | Exhibit 8921 marked and admitted<br>HP Press Release |  |
|  | 4792 |  | X | X | Exhibit 4792 marked and admitted<br>Re: Personal ..a few thoughts |  |
|  | 8474 |  | X | X | Exhibit 8474 marked and admitted<br>Email from ApothekerL to LaneR, re: "london – wrap |  |
|  | 8564 |  | X | X | Exhibit 8564 marked and admitted<br>United States Securities and Exchange Commission |  |
|  | 6567 |  | X | X | Exhibit 6567 marked and admitted<br>Email from LaneR to WhitmanM FW: Incremental Share Repurchase |  |
|  | 7947 |  | X | X | Exhibit 7947 marked and admitted<br>Thomson Reuters - Sep 22, 2011 Conference Call Transcript HPQ - "Hewlett-Packard Names Meg |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 9:50 a.m. | | | Government re-direct of witness Leo Apothecker | |
| 7947 | | | X | | Exhibit 7947 previously admitted | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| 2308 | | | X | X | Exhibit 2308 marked and admitted<br>Letter from Mike Lynch to HP Vision re "proposed offer on behalf of HP for the whole of the issued share capital of AU" | |
| 428 | | | X | | Exhibit 428 previously admitted | |
| 6604 | | | X | | Exhibit 6604 previously admitted | |
| 4873 | | | X | | Exhibit 4873 previously admitted | |
| | | 10:11 a.m. | | | Defense (Lynch) re-cross examination of witness Leo Apothecker | |
| | 2308 | | X | | Exhibit 2308 previously admitted | |
| | | 10:22 a.m. | | | Government witness sworn – **Harald Peter Collet** | |
| 3117 | | | X | X | Exhibit 3117 marked and admitted<br>Email from Lynch to FoongL/EashwarK re "Re: Contact Info for Harold and Chad" | |
| 3118 | | | X | X | Exhibit 3118 marked and admitted | |
| | | 10:44 a.m. | | | Court in recess | |
| | | 11:10 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Government direct examination of witness Harald Peter Collet | |
| 3118 | | | X | | Exhibit 3118 previously admitted | |
| 3120 | | | X | X | Exhibit 3120 marked and admitted<br>Email from LynchM to ColletH re "Re" Fw: Follow up question" | |
| 3121 | | | X | X | Exhibit 3121 marked and admitted<br>Email from LynchM to ColletH re "Re: Fw: Meeting Request" | |
| 3108 | | | X | X | Exhibit 3108 marked and admitted<br>Email from LynchM to ColletH re "Re: Keyview marketing push" | |
| 588 | | | X | | Exhibit 588 previously admitted | |
| 17295 | | | X | | Exhibit 17295 (Demonstrative) | |
| 16305 | | | X | X | Exhibit 16305 marked and admitted<br>License and Distribution Agreement between Autonomy and Capax signed by EganC and BaioccoJ | |
| 16629 | | | X | X | Exhibit 16629 marked and admitted<br>Fourth Amendment to Vertiy Master OEM Agreement<br>signed by EganC and DotanO | |
| 16630 | | | X | X | Exhibit 16630 marked and admitted<br>Verity Master OEM Agreement between Verity, Inc. and | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Verdasys, Inc. signed by KanterA and StamosN | |
| 16952 | | | X | X | Exhibit 16952 previously admitted | |
| 11983 | | | X | X | Exhibit 11983 marked and admitted Product Schedule No. 5 to Autonomy Software License Agreement, signed by Peter Wengryn (VMS) and Joel Scott (Autonomy) | |
| 16582 | | | X | X | Exhibit 16582 marked and admitted Amendment 4 to the Verity OEM Agreement Between Verity and EMC | |
| 16583 | | | X | X | Exhibit 16583 marked and admitted Amendment No. 5 to the Verity OEM Agreement Between Verity and EMC signed by KeeganT | |
| 11983 | | | X | X | Exhibit 11983 marked and admitted Product Schedule No. 5 to Autonomy Software License Agreement, signed by Peter Wengryn (VMS) and Joel Scott (Autonomy) | |
| 16582 | | | X | X | Exhibit 16582 marked and admitted Amendment 4 to the Verity OEM Agreement Between Verity and EMC | |
| 16583 | | | X | X | Exhibit 16583 marked and admitted Contract Change Note to Autonomy/SFO agreement re: case management evidence system | |
| 16584 | | | X | X | Exhibit 16584 marked and admitted Verity OEM Agreement between Verity and OTG Software signed by CookP and KayR (Master) | |
| 16631 | | | X | X | Exhibit 16631 marked and admitted Integracion de Negacios Purchas Order to Neil Goldfarb/Autonomy Inc. | |
| 16632 | | | X | X | Exhibit 16632 marked and admitted Verity Reseller Agreement between Verity Inc. and Integracion de Negacios en Tecnologia de Informacion signed by SoberanesM and NarancicP | |
| 12051 | | | X | X | Exhibit 12051 marked and admitted Bloomberg Q3 2009\ | |
| 12052 | | | X | X | Exhibit 12052 previously admitted | |
| 12053 | | | X | X | Exhibit 12053 previously admitted | |
| 16653 | | | X | X | Exhibit 16653 marked and admitted Sofware License between Autonomy, Inc. and Pfizer Inc. | |
| 16954 | | | X | X | Exhibit 16954 marked and admitted Pfizer POs (140-N-1948406) ($4,899,375) | |
| 12203 | | | X | X | Exhibit 12203 previously admitted | |
| 16655 | | | X | X | Exhibit 16655 marked and admitted Autonomy Invoice to Microlink (invoice # 259462) ($4,016250) | |
| 16352 | | | X | X | Exhibit 16352 marked and admitted Autonomy Government Reseller Agreement signed by TruittD | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 12120 | | | X | X | Exhibit 12120 marked and admitted<br>IBM Ameriprise Q3 2009\ | |
| 12121 | | | X | X | Exhibit 12121 marked and admitted<br>IBM Ameriprise Q3 2009\ | |
| 12122 | | | X | X | Exhibit 12122 marked and admitted<br>IBM Ameriprise Q3 2009\ | |
| 12144 | | | X | X | Exhibit 12144 marked and admitted<br>Lockheed Q3 2009\ | |
| 397 | | | X | X | Exhibit 30097 marked and admitted<br>E-mail from Jorge Salazar to Joel Scott et al., dated December 30, 2009, regarding "MicroTech Purchase Order" | |
| 12095 | | | X | X | Exhibit 12095 marked and admitted<br>Federal (Microtech) Q4 2009\ | |
| 12096 | | | X | X | Exhibit 12096 marked and admitted<br>Federal (Microtech) Q4 2009\ | |
| 16687 | | | X | X | Exhibit 16687 marked and admitted<br>First amendment to Autonomy OEM Agreement between Autonomy and FileTek | |
| 16688 | | | X | X | Exhibit 16688 marked and admitted<br>Autonomy OEM Agreement between Autonomy and FileTek | |
| 12097 | | | X | X | Exhibit 12097 marked and admitted<br>File Tech Q4 2009\ | |
| 12098 | | | X | X | Exhibit 12098 marked and admitted<br>File Tech Q4 2009\ | |
| 16681 | | | X | X | Exhibit 16681 marked and admitted<br>Autonomy OEM Agreement between Virage and Videient Systems | |
| 12252 | | | X | X | Exhibit 12252 marked and admitted<br>Vidient Systems Q4 2009\ | |
| 16352 | | | X | X | Exhibit 16352 marked and admitted<br>Autonomy Government Reseller Agreement signed by TruittD | |
| 40020 | | | X | | Exhibit 40020 marked | |
| 12179 | | | X | X | Exhibit 12179 marked and admitted<br>ML Discover Q4 2009\ | |
| 12180 | | | X | X | Exhibit 12180 marked and admitted<br>ML Discover Q4 2009\ | |
| 12072 | | | X | X | Exhibit 12072 marked and admitted<br>Capax Q4 2009\ | |
| 12073 | | | X | X | Exhibit 12073 marked and admitted<br>Capax Q4 2009\ | |
| 12074 | | | X | X | Exhibit 12074 marked and admitted<br>Capax Q4 2009\ | |
| 12075 | | | X | X | Exhibit 12075 marked and admitted<br>Capax Q4 2009\ | |
| 12076 | | | X | X | Exhibit 12076 marked and admitted<br>Capax Q4 2009\ | |
| 12077 | | | X | X | Exhibit 12077 marked and admitted<br>Cisco Q2 2009\ | |
| 16502 | | | X | X | Exhibit 16502 marked and admitted<br>Bank of America Application Service Provider and | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Software License Agreement signed by EganC and HowardL | |
| 16418 | | | | X | X | Exhibit 16418 marked and admitted<br>Product License Schedule A-2.2 (Bank of America and Autonomy) | |
| 12022 | | | | X | X | Exhibit 12022 marked and admitted<br>B of A Q1 2010\ | |
| 12023 | | | | X | X | Exhibit 12023 marked and admitted<br>B of A Q1 2010\ | |
| 12024 | | | | X | X | Exhibit 12024 marked and admitted<br>B of A Q1 2010\ | |
| 16737 | | | | X | X | Exhibit 16737 marked and admitted<br>Second Amendment to Autonomy OEM Agreement between Autonomy and FileTech | |
| 12101 | | | | X | X | Exhibit 12101 marked and admitted<br>Filetek Q1 2010\ | |
| 12102 | | | | X | X | Exhibit 12102 marked and admitted<br>Filetek Q1 2010\ | |
| 12103 | | | | X | X | Exhibit 12103 marked and admitted<br>Filetek Q1 2010\ | |
| 12094 | | | | X | X | Exhibit 12094 marked and admitted<br>Energy Solutions Q1 2010\ | |
| | | 11:46 a.m. | | | | Defense (Lynch) cross-examination of Harald P. Collet | |
| | | 12:07 p.m. | | | | Court in recess | |
| | | 1:09 p.m. | | | | Court reconvened.  Court Reporter – Jennifer Coulthard. All jurors present.  All parties present. Defense cross-examination of witness Harald P. Collet | |
| | 3108 | | | X | | Exhibit 3108 previously admitted | |
| | 7297 | | | X | | Exhibit 7297 previously admitted | |
| | 6737 | | | X | | Exhibit 6737 (Demonstrative) | |
| | 7060 | | | X | X | Exhibit 7060 previously admitted | |
| | 7284 | | | X | X | Exhibit 7284 marked and admitted<br>OEM - Q4 oppty" | |
| | 17295 | | | X | | Exhibit 17295 (Demonstrative) | |
| | 16687 | | | X | | Exhibit 16687 previously admitted | |
| | 16952 | | | X | | Exhibit 16952 previously admitted | |
| | 588 | | | X | | Exhibit 588 previously admitted | |
| | 4170 | | | X | X | Exhibit 4170 marked and admitted<br>Re: Fw: Scheduling a time to speak | |
| | 7229 | | | X | X | Exhibit 7229 marked and admitted<br>This doesn't caputre what I told them. I assume some of | |
| | 3118 | | | X | | Exhibit 3118 previously admitted | |
| | 4172 | | | X | X | Exhibit 4172 marked and admitted<br>FW: Meeting Request | |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | 4056 |   | X | X | Exhibit 4056 marked and admitted<br>Re: MSFT Forefront: Keyview OEM update |   |
|   | 7289 |   | X | X | Exhibit 7289 marked and admitted<br>Siemens Aungate opportunity; Your kind confirmation for Joel Thursday" |   |
|   |   | 2:36 p.m. |   |   | Court in recess |   |
|   |   | 2:56 p.m. |   |   | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Government re-direct of witness Harald P. Collet |   |
| 3118 |   |   | X |   | Exhibit 3118 previously admitted |   |
|   |   | 3:03 p.m. |   |   | Defense (Lynch) re-re dirct examination of witness Harald P. Collet |   |
|   |   | 3:06 p.m. |   |   | Witness excused |   |
|   |   | 3:07 p.m. |   |   | Defense (Lynch) cross-examination of witness **Roger Wang** |   |
|   | 8795 |   | X | X | Exhibit 8795 marked and admitted<br>Email from YanS to WangR, re: "FW: Appliance" |   |
|   | 3781 |   | X |   | Exhibit 3781 previously admitted |   |
|   | 11899 |   | X |   | Exhibit 11899 previously admitted |   |
|   | 3654 |   | X | X | Exhibit 3654 marked and admitted<br>FW: Digital Safe documentation |   |
|   | 3781 |   | X |   | Exhibit 3781 previously admitted |   |
|   | 3780 |   | X |   | Exhibit 3780 previously admitted |   |
|   | 3876 |   | X | X | Exhibit 3876 marked and admitted<br>RE: newsletter |   |
|   |   | 3:43 p.m. |   |   | Court adjourned until May 1, 2024 at 9:15 a.m. |   |

6