UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
   <u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain) <br><br> Christopher J. Morvillo <br> Celeste Koeleveld <br> Brian Heberlig <br> Jonathan Baum <br> Daniel Silver <br> Michelle Levin <br> (Lynch) |
| **TRIAL DATE:** <br> May 6, 2024 | **REPORTER(S):** <br> Rhonda Aquilina <br> Jennifer Coulthard | **CLERK:** <br> Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:15 a.m. | | | Judge cried-in. All jurors present. All parties present. Government direct examination of witness **Neil Araujo** | |
| 1392 | | | | X | Exhibit 1392 previously admitted | |
| 1361 | | | | X | Exhibit 1361 previously admitted | |
| 1800 | | | | X | Exhibit 1800 previously admitted | |
| 15832 | | | | X | Exhibit 18532 previously admitted | |
| 15839 | | | X | X | Exhibit 15839 marked and admitted <br> From mike kent to 'glenn fong' <glenn.fong@autonomy.com>\|steve chamberlain<stephenc@autonomy.com>mike kent offset transactions <{f46188}.officeim@wcs.tikit.com><{f46188}.officeim@wcs.tikit.com>\|"{f46188}.officeim@wcs.tikit.com" <{f46188}.officeim@wcs.tikit.com> re: RE: Tikit France <br> : PO Arendt / Hoche [TIK-OfficeiM.FID46188] | |
| 15862 | | | X | X | Exhibit 15862 marked and admitted <br> From mike kent to steve chamberlain <stephenc@autonomy.com>mike kent correspondence | |

1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | <{f46372}.officeim@wcs.tikit.com><{f46372}.officeim@wcs.tikit.com> re: Offset purchase orders [TIKOfficeiM.FID46372] |
| 1392 | | | X | | Exhibit 1392 previously admitted |
| | | 9:37 a.m. | | | Defense (Lynch) cross-examination of witness Neil Araujo |
| | 1319 | | X | | Exhibit 1319 previously admitted |
| | 1392 | | X | | Exhibit 1392 previously admitted |
| | 5966 | | X | X | Exhibit 5966 marked and admitted<br>Email from LumsdenD to AraujoN Extracts |
| | 1361 | | X | | Exhibit 1361 previously admitted |
| | 7447 | | X | X | Exhibit 7447 marked and admitted<br>Interwoven Partner Contract Routing Form Dated 10/27/05 |
| | 1329 | | X | | Exhibit 1329 previously admitted |
| | 1361 | | X | | Exhibit 1361 previously admitted |
| | | 10:09 a.m. | | | Defense (Chamberlain) cross-examination of witness Neil Araujo |
| | 9782 | | X | X | Exhibit 9782 marked and admitted |
| | 5968 | | X | X | Exhibit 5968 marked and admitted |
| | 5969 | | X | X | Exhibit 5969 marked and admitted |
| | 9835 | | X | X | Exhibit 9835 marked and admitted |
| | 9837 | | X | X | Exhibit 9837 marked and admitted<br>Email from S. Hussain to N. Araujo re: FW: Letter from Tikit |
| | 9837.1 | | X | | Exhibit 9837.1 marked |
| | 15832 | | X | | Exhibit 15832 previously admitted |
| | | 10:25 a.m. | | | Government re-direct of witness Neil Araujo |
| 1392 | | | X | | Exhibit 1392 previously admitted |
| 16245 | | | X | | Exhibit 16245 previously admitted |
| 1800 | | | X | | Exhibit 1800 previously admitted |
| 9835 | | | X | | Exhibit 9835 previously admitted |
| 5966 | | | X | | Exhibit 5966 previously admitted |
| 4952 | | | X | | Exhibit 4952 previously admitted |
| 16544 | | | X | | Exhibit 16544 previously admitted |
| | | 10:39 a.m. | | | Defense (Lynch) re-cross examination of witness Neil Araujo |
| | 1800 | | X | | Exhibit 1800 previously admitted |
| | | 10:47 a.m. | X | | Defense (Chamberlain) re-cross examination of Neil Araujo |
| | 16245 | | | | Exhibit 16245 previously admitted |

2

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 10:48 a.m. |  |  | Witness excused.  Discussion re Defense Motion in Limine to Exclude Exhibits 2711-2714 and Related Testimony, ECF No. 472 |  |
|  |  | 11:04 a.m. |  |  | Court in recess |  |
|  |  | 11:16 a.m. |  |  | Court reconvened.  Jurors not present.  All parties present.  Discussion re Exhibit C. |  |
|  |  | 11:18 a.m. |  |  | Government witness sworn – **Antonia Halstead** |  |
| 17479 |  |  | X |  | Exhibit 17479 (Demonstrative) |  |
| 17480 |  |  | X |  | Exhibit 17480 (Demonstrative) |  |
| 51 |  |  | X |  | Exhibit 51 previously admitted |  |
| 14697 |  |  | X | X | 2009 Q1 8140a EMEA licence deals [higher than] $1m Q1 2009.xls |  |
| 7824 |  |  | X |  | Exhibit 7824 previously admitted |  |
| 7823 |  |  | X |  | Exhibit 7823 previously admitted |  |
| 37 |  |  | X |  | Exhibit 37 previously admitted |  |
| 157 |  |  | X |  | Exhibit 157 previously admitted |  |
| 153 |  |  | X | X | Exhibit 153 marked and admitted<br>Email from WelhamL to ChamberlainS, AndersonA, HussainS et al re "EMC/MS" |  |
| 158 |  |  | X |  | Exhibit 158 previously admitted |  |
| 160 |  |  | X |  | Exhibit 160 previously admnitted |  |
| 151 |  |  | X | X | Exhibit 151 marked and admitted<br>Email from SullivanM to ScannellK re "FW: EMC hardware purchase" with attachments |  |
| 152 |  |  | X | X | Exhibit 152 marked and admitted<br>Email from SullivanM to ChamberlainS, HussainS re "EMC" |  |
| 155 |  |  | X | X | Exhibit 155 marked and admitted<br>Email from SullivanM to HussainS & ChamberlainS re "FW: EMC hardware purchase" |  |
| 2582 |  |  | X | X | Exhibit 2582 marked and admitted<br>EMC Invoices |  |
| 143 |  |  | X |  | Exhibit 143 previously admitted |  |
|  |  | 12:23 p.m. |  |  | Court in recess. |  |
|  |  | 1:03 p.m. |  |  | Court reconvened. Court Reporter – Jennifer Coulthard. Jurors not present. All parties present. Discussion re Exhibit 2711 – objection -overruled. Exhibit 2712 – objection – overruled. |  |
|  |  | 1:15 p.m. |  |  | All jurors present. All parties present. Government direct examination of witness Antonia Halstead |  |
| 271 |  |  | X |  | Exhibit 271 previously admitted |  |
| 5788 |  |  | X | X | Exhibit 5788 marked and admitted<br>Q2 Interim Review Summary Memorandum |  |
| 293 |  |  | X |  | Exhibit 293 previously admitted |  |
|  |  |  |  |  |  |  |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 531 | | | | X | X | Exhibit 531 marked and admitted<br>Email from KnightR to HussainS and ChamberlainS re Microlink/Microtech, attaching list of questions about Transactions | |
| 553 | | | | X | X | Exhibit 553 marked and admitted<br>Email from AndersonA to ChamberlainS re Microlink (Due diligence schedules; Evidence of ownership of Microtech; Evidence of status with end users of 2009 Microlink >$1m deals | |
| 574 | | | | X | X | Exhibit 574 marked and admitted<br>Email from T. Murray to S. Chamberlain, Cc to A. Anderson, et al., re "Outstanding list" | |
| 528 | | | | X | X | Exhibit 528 marked and admitted<br>Email from T. Murray to M. Stephan, Cc to S. Chamberlain re "Revenue request list" | |
| 583 | | | | X | | Exhibit 583 previously admitted | |
| 484 | | | | X | | Exhibit 484 previously admitted | |
| 381 | | | | X | | Exhibit 381 previously admitted | |
| 611 | | | | X | | Exhibit 611 previously admitted | |
| 769 | | | | X | | Exhibit 769 previously admitted | |
| 2605 | | | | X | X | Exhibit 2605 marked and admitted<br>Report titled "Revenue sales to approved resellers" with the objective "to ensure the revenue from resellers is recognised in an approp. Manner" | |
| 725 | | | | X | X | Exhibit 725 marked and admitted<br>Email from Hussain to Chamberlain re "AUDIT PAPER" | |
| 10028 | | | | X | X | Exhibit 10028 marked and admitted<br>Email from HussainS to MRL re " AUDIT PAPER " | |
| 757 | | | | X | X | Exhibit 757 marked and admitted<br>Email from S. Chamberlain to T. Murray, Cc to M. Stephan & S. Hussain re "Auxilium" | |
| 979 | | | | X | | Exhibit 979 previously admitted | |
| | | 2:26 p.m. | | | | Jurors on break.  Defense counsel object to the cumulative testimony of Antonia Halstead | |
| | | 2:32 p.m. | | | | Court in recess | |
| | | 2:48 p.m. | | | | Court reconvened.  Court Reporter – Jennifer Coulthard.  All jurors present.  All parties present. Government direct examination of witness Antonia Halstead. | |
| 9779 | | | | X | X | Exhibit 9779 pages 1 previously admitted<br>Exhibit 9779, page 2  marked and admitted | |
| 17291 | | | | X | X | Exhibit 17291 marked and admitted | |
| 15588 | | | | X | X | Exhibit 15588 marked and admitted<br>From Hussain to stephenc@autonomy.com re: RE: Gross margin | |
| 2948 | | | | X | | Exhibit 2948 previously admitted | |
| | | | | | | | |

| 1493 | | | X | | Exhibit 1493 previously admitted | |
|---|---|---|---|---|---|---|
| 2539 | | | X | X | Exhibit 2539 marked and admitted<br>Deloitte work paper relating to summarizing and testing consolidation adjustments, with linked documents | |
| 1509 | | | X | | Exhibit 1509 previously admitted | |
| 1531 | | | X | | Exhibit 1531 previously admitted | |
| 17291 | | | X | | Exhibit 17291 previously admitted | |
| 1509 | | | X | | Exhibit 1509 previously admitted | |
| 1361 | | | X | | Exhibit 1361 previously admitted | |
| 1413 | | | X | | Exhibit 1413 previously admitted | |
| 17159 | | | X | | Exhibit 17159 marked and admitted | |
| 17160 | | | X | | Exhibit 17160 marked and admitted | |
| 15879 | | | X | X | Exhibit 15879 marked and admitted<br>From stephen chamberlain to 'sushovan hussain' <sushovanh@autonomy.com>\|'"welham, lee \(uk - cambridge\)"' <lwelham@deloitte.co.uk>'antonia anderson' <antonia.anderson@autonomy.com>\|'"dodworth, jonathan \(uk - birmingham\)"' <jdodworth@deloitte.co.uk>\|'"lisa harris"' <lisah@autonomy.com>\|'"mercer, nigel \(uk - london\)"' <nmercer@deloitte.co.uk>\|'"poppy prentis"' <poppy.prentis@autonomy.com> re: RE: Key outstanding Items | |
| 2711 | | | X | X | Exhibit 2711 (TAB ERP by Order of Value Only) marked and admitted<br>Spreadsheet, Top 40 contracts | |
| 2712 | | | X | X | Exhibit 2712 (TAB One Only) marked and Admitted<br>Spreadsheet, Comparison Against Billing Reports | |
| | | 3:38 p.m. | | | Jurors excused until May 7, 2024 at 9:15 a.m.<br>Discussion re remainder of government witnesses (Camden, Gersh, Kerring, Rizek, Geall Depo, Case Agent, Brice, Smith, Johnson)<br>Court adjourned until May 7, 2024 at 9:15 a.m. | |

5