# Relevant Excerpts from Exhibit 11673



HP-SEC-01840521

FOIA CONFIDENTIAL TREATMENT REQUESTED

EXH 11673-0001

DIGIMARC MEDIABRIDGE
Links your stationery direct to the Web
e=JD² Smart Stationery

# Black n' Red®

Name ____________ Book Title ____________

Address ____________

Dates From ____________ To ____________

## Reference Guide to Contents

## Important Telephone Numbers

Tony Howard 001 972 819 3101

Richard Eades 001 ~~[illegible]~~ 972 819 3110

Wilmer Hale

Giles 2558

Richard 2515 0207 645 2515

George 2552

## Important E-mail Addresses

2012 Michael.

## Important Web site Addresses

DIGIMARC MEDIABRIDGE
e=JD² Smart Stationery

**Simply place this page in front of your PC camera or on your scanner. The Digimarc MediaBridge digital watermark will send a signal to open the Black n' Red® internet page. See the latest products.... Give your feedback to us.... Watch out for competitions.... Plus download, free, the unique Black n' Red® screensaver.**

Firstly you must visit www.hypermail.eu.com/download to obtain the free software required to facilitate this process.

©Copyright Design John Dickinson Stationery Ltd
**Black n' Red** is the registered trademark of John Dickinson Stationery Ltd

www.BlacknRed.com

| PAGE | DESCRIPTION | PAGE | DESCRIPTION |
|---|---|---|---|
| 1 | GROUP STRUCTURE | 114-115 | PWC - US TAX STRUCTURE |
| 2-4 | E TALK BACKGROUND | 116-121 | INTEGRATION PLANNING (US) |
| 5 | MGT INFO | 122 | ETALK PURCHASED INTANGIBLES |
| 6-7 | FINANCE, M&A BACKGROUND | 123-127 | ETALK GK VISIT |
| 8-12 | FINANCE DEPT | 128 | DT AUDIT PLANNING (TAX) |
| 13 | FILENAMES / PATHS | 130-131 | VERITY CLOSING CASH |
| 15-16 | FINANCE MANAGER | 132 | BARCLAYS HANDOVER |
| 17-19 | CREDIT CONTROLLER | 133 | UK-UK TRANSFER PRICING |
| 20 | TAX BACKGROUND | 134-135 | VERITY PURCHASE A/C'ING |
| 21 | KEY INFO REQUIREMENT | 136 | DT AUDIT PLANNING (TAX - US) |
| 22-23 | ETALK - VISIT PLAN | 138 | Q4 FORECAST |
| 24-25 | ETALK REVENUES | 139-146 | VERITY INTEGRATION PLANNING |
| 26 | EMAIL SETTINGS | 147 | VERITY PURCHASE PRICE |
| 26-28 | ETALK INTANGIBLES | 148 | VERITY CLOSE ROOM Q4 05 |
| 29-31 | DELOITTE UPDATE (AUDIT) | 149 | VERITY CASH BALANCE |
| 32-34 | EY UPDATE (TAX) | 150-157 | VERITY INTEGRATION (EUROPE) |
| 35-36 | EUROPEAN SUBS | 158-159 | TAX |
| 37-38 | MONTH END PROCEDURES | 160-165 | 2005 AUDIT STATUS |
| 39 | TRANSFER PRICING | 166-170 | WW TRANSFER PRICING |
| 40 | FINANCIAL REPORTING | 172 | S382 ANALYSIS |
| 41 | Q3 REVENUE | 173-177 | VERITY INTEGRATION PLANNING |
| 43 | TAX MEETING - DELOITTE | 178-179 | 2006 US TAX PROPOSAL |
| 47 | ETALK Q3 REVENUE | | |
| 48 | AUDIT PLANNING MEETING | | |
| 54 | ETALK WC ADJUSTMENT | | |
| 57-78 | PROJECT UNIVERSITY - DD | | |
| 86-87 | Q3 2005 AUDIT COMMITTEE | | |
| 88-93 | PROJECT UNIVERSITY - WC | | |
| 94-98 | TAX PLANNING | | |
| 99-100 | VAT | | |
| 101 | Q4 ACCOUNTS RECEIVABLE | | |
| 105-113 | INTEGRATION PLANNING (LOBOS) | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01840523
EXH 11673-0003