# Relevant Excerpts from Exhibit 11674




HP-SEC-01840707

FOIA CONFIDENTIAL TREATMENT REQUESTED

# Black n' Red®



## Manuscript Books

Instantly recognisable as the original, manuscript books are smart, stylish and durable. Reference codes and ruling type are printed on the spine to allow for easy identification and reordering. Each book has 192 pages (except*160 pg) of quality white paper. Available in a variety of sizes and rulings **Black n' Red**® books are ideal for all record keeping and note making in the office and for personal use.

| | |
|---|---|
| Foolscap | Ruled |
| A4 | Ruled, Plain*, Indexed, Single Cash, Double Cash, Science*, 5mm Square*, 5mm Square Indexed *. |
| A5 | Ruled, Indexed, Single Cash, 5mm Square*, 5mm Square Indexed *. |
| A6 | Ruled, Indexed, Single Cash. |
| 1/3 A3 | Ruled, Single Cash. |
| 10 x 8 | Ruled. |
| 9 x 7 | Ruled. |

## Wirebound Books

Designed to lay flat when open for ease of use. Books feature twin wire and hardbacked covers with 140 pages (except*100 pg) in popular ruled and indexed formats, making them the ideal desk accessory or personal writing and record book.

| | |
|---|---|
| A4 | Ruled, Ruled & Perforated, Indexed, 5mm Square*, 5mm Square Indexed *. |
| A5 | Ruled, Indexed, 5mm Square*, 5mm Square Indexed *. |
| A6 | Ruled, Indexed. |

## Spiralbound Books

Portable and easy to use, spirals feature soft covers. Best used for everyday note taking both in the office and home. All books are ruled and available in A4, A5 and A6.

## Gebundene Bücher

Diese hochwertigen Notizbücher sind schick, elegant and auch lange haltbar. Sie sind sofort als Original erkennbar. Produktnummern und Produktbeschreibung auf Buchrücken ermöglichen die Auswahl und Nachbestellung. Jedes Buch ist aus Qualitätspapier hergestellt und enthält 160 Seiten ausser jene Produkte mit *, die 192 Seiten haben. **Black n' Red**® Notizbücher sind in verschiedenen Grössen und Sorten lieferbar. Diese Bücher sind eine ideale Lösung zum Buch führen und für Notizen sowie im Büro als auch im Hausgebrauch.

## Ringbücher

Diese Bücher sind speziell konstruiert, sodass sie flach aufliegen, um die Benutzung zu ermöglichen. Jedes Buch enthält 140 Seiten aus Qualitätspapier ausser jene Produkte mit *, die nur 100 Seiten haben. Diese Bücher sind auch ideal für Notizen und schriftliche Dokumente.

**Gebundene Bücher**

| | |
|---|---|
| A4 | 5 x 5 kariert |
| A4 | 5 x 5 kariert mit Index |
| A4 | liniert * |
| A5 | 5 x 5 kariert |
| A5 | 5 x 5 kariert mit Index |

**Ringbücher**

| | |
|---|---|
| A4 | 5 x 5 kariert * |
| A4 | 5 x 5 kariert mit Index |
| A5 | 5 x 5 kariert * |
| A5 | 5 x 5 kariert mit Index |

©Copyright Design John Dickinson Stationery Ltd
**Black n' Red** *is the registered trademark of* John Dickinson Stationery Ltd

www.BlacknRed.com



A John Dickinson product

# Black n' Red®

SF RESTAURANTS

- KOKKARI
- OZUMA
- ZUPPA

Name mv 03 d1

Book Title VITALI

Address frmvd1

2,000 2008

Dates From To

Reference Guide to Contents

Important Telephone Numbers

5 ↑
5 ↑
15 ↓

Important E-mail Addresses

Important Web site Addresses

**Black n' Red**® style. Simple, distinctive, enigmatic. Manuscript, wirebound and spiralbound notebooks. Available in a variety of sizes, a choice of ruling options, a diversity of formats and one colour selection ..................... **Black n' Red**®.

©Copyright Design John Dickinson Stationery Ltd
**Black n' Red** is the registered trademark of John Dickinson Stationery Ltd
www.BlacknRed.com



A John Dickinson product