# Relevant Excerpts from Exhibit 11676

HP-SEC-01841094

Black n' Red
Recycled

Black n' Red          Recycled, Ruled   FEB 09 —          L67019

Ref. L67019
Recycled, Ruled
297x210mm (A4)
90gsm premium paper

www.blackandred.com

FOIA CONFIDENTIAL TREATMENT REQUESTED

EXH 11676-0001

# Date Planner

For noting key dates for meetings, exhibitions, holidays, birthdays and special occasions

**Black n' Red**

| January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 |
| 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 |
| 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 |
| 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 |
| 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| 30 | | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| 31 | | 31 | | 31 | | 31 | 31 | | 31 | | 31 |

**2007** — **2008** — **2009**

(Monthly calendar reference grids for years 2007, 2008, and 2009)

www.BlacknRed.com

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841095
EXH 11676-0002

BBC - Maintenance H/W.

BILLING

- Advisory Annual System Support & Maintenance    £307,500
- Sun Microsystems - 3 year platform    £408,625    3 YEARS FOR DELIVERY
- New HSM Server Support extension    £84,050

- Delivery for H/W - 31/12/08.
  - Q4 2008  $100K GUARS.

INFOCONNECT.

- SOCSO MALAYSIA
- ALL READY TO BE APPROVED - 1 APPROVAL O/S.
- ALLOWED TO REPURPOSE
- APRIL/MAY - 'PROBLEM' MGR STILL THERE
- NEW ADMINISTRATION - NOW PROJECT HAS GONE
- GOING AGAIN TO TENDER

- $1M - PMO (PRIME MINISTER OFFICE)
- $3M - MOF

2008 TAX COMPS.
19 NOV 2009

- TOWER STRUCTURE - IMPACT ON GLOBE HOLDINGS

# MRL MEETING

- COMMERCIAL RATIONALE
  - EMC

- CIRCULAR TRANSACTIONS
  - VMS
  - MICROLINK
  - CAPAX

- "BAD" BUSINESS
  - SOUTH AMERICA
  - ITALY
  - EEPAD
  - EARLY REV REC
  - MAINTENANCE ROLL UPS
  - EMC

- FINANCIAL STATEMENT EXPOSURE
  - DEBTORS
  - ACCRUED INCOME
  - DEFERRED REVENUE

- COMBINED DEALS
  - HOW DO THEY GET RECORDED

- 2008 PROFITS
  - COMPARE ENTITY PROFITS

- ZANTAZ, ETALK, VERITY
  - REVIEW CURRENT ALLOCATIONS
    - BARGAINING POSITION - 2009
    - BIG DEALS - 2009
  - DO ANALYSIS OF 2007/8/9
  - 2005/2006/2007/2008/2009
  - LOOK AT LARGEST DEALS
  - ACCOUNTING PROFIT

| | |
|---|---|
| ETALK | ANDREW JONER — CEO |
| VERITY | MOONEY / GAGAN — CFO / JOEL SCOTT (CEO) |
| ZANTAZ | MIKE SULLIVAN — CEO |
| IWOV | CEO CFO / RAFIQ — CTO, CEO |

Q4 FORECAST.

- ~~$1.7M~~ — DIRECTORS BONUSES
- — BONUS CATCH UP (Q2 & Q3) — TREMATICA — $5.8M o/s all due
- — — INTEGRATION — $5.9M o/s $5.0M Q4
- $5.0M — BAD DEBTS EXPOSURE — $11.0M
- — R+D — NORMAL LEVELS $4-5M
- — H/W TRNS  $5.3M CRB  ($11M on Dell  $12.5M JPMC  $15M MS)
- — FEDERAL (ML)

Q4 CASH COLLECTIONS — EMEA.

| NSL SOFTWARE | 26-MAR | 36-MAR |
|---|---|---|
| INVOICE AMOUNT | 11,484,018 | 6,552,878 |
| 27-MAR-09 | (1,257,550) | (2,159,200)  3 JUN 2009 |
| 30-JUN-09 | (752,070) | |
| 30-JUL-09 | (1,900,550) | |
| 09-SEP-09 | (950,100) | |
| 28-OCT-09 | (500,000) | |

FIXED ASSET ~~ADDI~~ OUTFLOWS.                PHILIPS

NORMAL  —  $4-5M
ML      —  $5.2M

25 ¼ 12 8 17

Q4 REVENUE.

                                                                       Q4.

- VATICAN              ~~15~~ $5.0
- FEDERAL (MICROTECH)    10.0    x        REVENUE    $225M
- DELL OEM            10.0           EPS        100¢   36¢
- DELL RESEL         10.0   DEAL     EPS MISS   <95¢
- SCHWAB            3.1

                                                                       £18.

SMS

- LEAD FOR EACH CLOSED DEAL.

- MISSING DEALS IN SMS    - QTRLY SALES FORECAST.
- CLOSED DEALS
- LEAD ID
- ERP AUTOMATED PROCESS.

- 2010 PLANS   - LEAD ID FIELD.                                    ④
                   - AK
- INTERWOVEN


TELESALES COMMISSIONS.                              | TERMINATION DATE |

IDOL   <$50,000     -    NIL
      $50K - $175K  -    CC $750     IC $350
      $175K - $275K  -    CC $1,750    IC $750
      > $275K        -    CC $5,000    IC $1,250
WOA   $30K - $125K  -    CC $750      IC $350
      $125K - $225K  -    CC 1,750     IC 750
      > $22K               CC 5,000     IC 1,250