# Relevant Excerpts from Exhibit 11677



# Date Planner

For noting key dates for meetings, exhibitions, holidays, birthdays and special occasions

HP-SEC-01841279
EXH 11677-0001

JMC

25 MAR 2010

- LICENCE REDUCED @21M → @20M
- PER MB / MONTH REDUCED FROM    0.00026 →    0.00094
- PER MB / ANNUM    .    0.00312 →    0.002328    25% REDUCTION
- PAYMENT TERMS    DAYS

| | DAYS |
|---|---|
| 4,700.000 | 30 |
| 2,000.000 | 90 |
| 2,600.000 | 180 |
| 2,700.000 | 270 |
| 2,700.000 | 360 |
| 2,700.000 | 720 |
| 2,600.000 | 1080 |
| $20.000.000 | |

PRESENTED ON 28/3    NAL

- SALES @9.4M ON DCF (10%)    6.7M    2.7M
- SALES @20.8M    UNDISCOUNTED    17.0M    3.8M

---

BAV.

COTORI — POSTE    } MET ON FRIDAY.
HUSSON — ANTONNY

- POSTE & BAV HAVE OENED LOI — 60 DAY EXCLUSIVITY.
- FURTHER MEETINGS TODAY.
- TOMORROW 1PM — EULA SIGNED.
- PAYMENT TERMS : € 1.2 SERVICE PMD @0.4 / ANUM

€ 22.8 M    €17.5, 90 days
€23.5 M    €3M . 180 days
€1.8M . 360 days

€22.3m      H/W, Datacentes, servers

(4.0m)      Datacenter, scanner, servers

€18.3m ÷ 1.15 = €15.91m.

CASH    - SHORT NEXT €10m.
        - JANC - DEAD AS A DODO.
        - CASH UPFRONT
        - NUMBERS / EVIDENCE
        - PAY 10% UPFRONT.                    €1m UPFRONT.

CRADS / MICROTECH  - SCHEDULE FOR SH / GE.

CARNIVAL   - UPSIDE
           - BARCLAYS.

B of A   - €9.5m.
         - PREVIOUSLY FINANCED

- HOSTED, SERVICES, S & M,        89,919
- ML IRS                      ~ 160    INCLUDES ABOVE
                                       - IN 57,914 ??
                              → NEED TO HIT €90m.

- UPSIDE IN ML STUFF
        - GET MAN R TO SQUEEZE BOOK
        - €1m - €2m

HP-SEC-01841302
EXH 11677-0024

SAV/BOTE
DGROITR
MERCEDES          } HUTCHINSON
AUI

ELI LILLY
BofA              MOULY

CARNIVAL
VISA              MOGENSON.

---

Q1 2010 REVENUE .                                    DEBTORS

                                                    TOTAL    DR

DISCOVER TECH  —  CITI   $5.5m  —  20% upfront, 30% N90, 50% N180
    "          —  AUI    $4.2m  —  25% upfront, balance N90

CAPAX          —  FSA    $4.3m  —  payment over several years        19.4   6.8

MICROTECH      —  VATICAN $11.0m  —  N90                             13.5   —
               —  CREDITED DEALS

ENERGY SOLUTIONS — $1.2m         —  payment over several years

CARNIVAL       —  $1.3m          —  33% upfront, 33% N180, 33% N540
SKAGEN         —  $2.7m          —  25% N30, 75% N265
MERCEDES       —  $1.5m          —  50% N30, 50% N285
FILETEK        —  $8.5m

MACHREE

INTERRACIAL    —  $150K                                             6.2   6.0

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841303
EXH 11677-0025

①    $ 194.8 m             1) Revenue   SARBET, KILONS   KPMG, DELOITTE
       (1.0)                   2) EPS
       (1.0)                   3) DSO's
      192.8 m                4) Deferred revenue
    DS adj /others          5) Cash conversion
     194.0

② MICROTECH   –   UNCONDITIONAL PO's                SH PAPER
           –   MORGAN STANLEY, MANULIFE, ASHURON, CENTURY LINK
           –   4 DEALS TAKEN IN OUT   –   PAYMENT UP TO DATE
           –   BAV

    CAPAX       –   ELI LILLY   –   31ˢᵗ MARCH   – OVERDUE
           –   STORY FOR ELI LILLY
           –   FSA

    DISCOVER-TECH   –   PROOF OF DELIVERY   (PMJ)

③   BAV
      €23m
      €21.8m   –   S/W, H/W and maintenance
           –   review costs
    €16.5m   /   $22m   –   S/W only (LICENCE)

      50% – MICROTECH        –   $11m
        –   B.E.E TEAM SA   –   €7m

   FSA / HARDWARE

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841304
EXH 11677-0026

Cogs02    P+L

194.0    Revenue

Cogs
{ 112.4
  14.7 Amort        } 129.1
  2.0

81.6    Op. profit
(1.0)    Interest
80.6    PBT (adjusted)
(23.4)   TAX

285 Basc    57.2
23.5    EPS
248.4    Share Capital.

REVENUE UPSIDE.

1)    B.E.E TEAM SPA
      €7m @ - BAV

2)    SAFENET    $3m    — compliance

3)    HURON    @$200k

4)    SKY    $112k.

HP-SEC-01841305
EXH 11677-0027

HOSTING

MS      -    $0.00312  /MB/ANNUM
JPMC-WAMU   -   $0.00238  /MB/ANNUM
BofA    -    $0.008  /MB/ANNUM
IBM-JPMC   -   $0.011236  /MB/ANNUM.
IBM-METLIFE   -   $0.0246  /MB/ANNUM.
DB      -    $0.0092  /MB/ANNUM.


DIGITAL SAFE ADJUSTMENT.


DEBTORS EXPOSURE.

ALLOTECH        $ 1,065,960
FRANVINE        $ 295,000
IDN        INC  $ 2,431,250      ( STANDARD AGENE )      INC / VERITY.
           VRITY 118,445
TELEMATICA        $ 3,450,740
DIGITAL DATA        $ 275,000


CREDIT HUNT.                                    $000    RGV        COGTS

INC - COMMISSIONS        -        233        233
INC - FILETEK RELEASE
INOV US - REVENUE                111    111
INOV US - FLEX SAND RELEASE        130        130
ETALK -   CORE (138) ; OBY (18)        156        156
INOV ROYALTIES        176        176
INOV MARKETING        101        101        (413)
INOV TRAVEL        18        8
INOV BAD DEBTS        118        18

HP-SEC-01841306
EXH 11677-0028

REVENUE    — As of   9TH APRIL                    194,471

ELIMINATE   — BEE TEAM                           (6,817)
ADD        — CARX                                £4,285
ADD        — PORTE  (€261K                          359
ADD        — SAFEWEB                               1,000
ADD        — IWOV SUNDRY                           ( 111 )

                                                   198,410

— TAX
— ~~FEDERAL~~ EMPLOYEE COSTS
— BS ITEMS.

EPS.

IFRS   — BASIC        NET PROFIT
                      # SHARES

       — ADJUSTED     NET PROFIT + INTEREST CON
                      # SHARES + FULL DILUTION CONVERT
                      + OPTIONS

ADJ   — BASIC         NET PROFIT (ADJ)
                      # SHARES

       — ADJUSTED     NET PROFIT (ADJ)
                      # SHARES + OPTIONS +
                        ( FULL DILUTION )  ??

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841307
EXH 11677-0029

|  | TRADE DEBTORS | OTHER DEBTORS | DEFERRED REVENUE |
|---|---|---|---|
| CURRENT DRAFT | 226,265 | 53,947 | 170,872 |
| ML ADJUSTMENT | | | |

AUDIT - O/S ITEMS.

- TELEMATICA - CONFIRM, JOEL FOLLOWING UP 3rd PARTY
- INTEGRACION - CONFIRM O/S, JOEL CHASING CASH
- ALLOTECH -
- DISCOVERTECH } CONFIRMS IN, NEEDS FINANCIALS
- MICROTECH

- IRS - CONTRACT
- ZANTAZ DIGITAL SAFE - $4M
- SALES CONSULTING SRL } $2.5M (Q4 2009 ADJ ROLL-FORWARD,
- INTEGRACION DE NEGOCIOS - ROLL-FORWARD UNTIL CASH COLLECTION
- ALLOTECH

KEY O/S.

- FINANCIALS
  - CAPAX - JOHN BAIOCCO
  - MICROTECH - THOMAS ESTERREICH
  - DISCOVERTECH
- IRS - REVIEW CONTRACT
- MORGAN STANLEY - H/W COST } FOLLOW UP WITH SH.
  - SE / SH - NEED TO DISCUSS,

- $2 MILLION - ALLOCATE
- VIDIENT S/W - RE PURCHASE OF S/W. - SE/SH/PM.   (APR 19TH)
- ZANTAZ DR RELEASE

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841308
EXH 11677-0030

MCCLINK INVENTORY.

- PROVIDE LIST - ROTTED HISTORY.
- STORES / JOIN - RATIONALE $
- SMS
- US DOD - ABUSE DEALS

|  | CLOSED | BALANCE |
|---|---|---|
| CIPM | $107,730 | 107,730 |
| VACO | $ 271,000 | 271,000 |
| AMEX PRISE | $ 2,571,000 | ($2,571,000) | — |
| JICPAC | $ 67,500 | 67,500 |
| USPS | ($ 89,292 | 89,292 |
| US GOV | $5,000,000 | 5,000,000 |
| DNA-CF | $ 1,380,716 | 1,380,716 |
| DISVALE | $ 2,300,000 | 2,300,000 |
|  | $ 11,787,248 | 9,216,258 |

EXTENSION OF CIA DEAL. STILL
LIVE. AT SOME POINT WILL SELL.

ERROS - CANADA.

---

TAX ISSUES.

1) S382
   - COMMUNICATE TO MARKET.
   - FORECAST.
   - VALUE LOSSES -
   - NEED TO REACH CONCLUSION.

2) TRANSFER PRICING.
   - > $200M ⟹ US ⟹ UK.          — ACTION & IMPLEMENT
   - DOCUMENTATION - NEED TO ADDRESS.
   - 1-2 MONTHS
   - IRS DEAL - RAISES PROFILE



FOIA CONFIDENTIAL TREATMENT REQUESTED

3) US FINANCING.
- $3.2M - TOWER II
- ASSETS - VERITY & ZANTAZ.
- DETAILED PLAN
- ARBITRAGE CLEARANCE
- WITHHOLDING TAX - TREATY CLEARANCE.

(SC)

4) CONVERTIBLE
- ACCOUNTING
- A/C'

5) R&D
- SUPPORT FOR UPLIFT.

6) STATE TAXES
- REVIEWING WHETHER AVERAGE IS 5%.

7) US TAX PROJECTS

(SC)

8) PROVISIONS.
- SPECIFIC PROVISION - TP 2007
- MAKE SOME "BUFFER"
- 25% TAX RATE UK
- INEVITABLE CHALLENGE - IRS REVIEW.

(SC)

9) FEES - $83K JSB2
- INVOICE APPROVAL

HP-SEC-01841310
EXH 11677-0032

- AUXILIUM
- SALES CONSULTING SLI

} ADJUSTMENTS WE GET MORE INFORMATION.

- COES ⇒ - STILL AN ISSUE WITH MOVING ANYTHING TO SEM.
  - WILL BE IN AUDIT COMMITTEE PACK.

- ATSUTCH - CHASE SCOTT BARRETT
- INVENTORY - 19ᵗʰ APRIL - POD
  - IN TRANSIT
  - HDS / DELL

} CYNTHIA

- DEBTORS / REVENUE CONTROLS.

AUDIT OUTSTANDINGS.

1) INVENTORY - NEED SUPPORT

2) POD - MICROTECH (BAV)

3) AUXILIUM / COUNTER TRADING

4) SHI

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841311
EXH 11677-0033

Jonathon Ibbotson — Partner at Birmingham

— Based formerly in Cambridge.

Slaughan — Jonathon Bloner ⎱ THURS AM.
— Frank Kelly.        ⎰ — 11.00am
                            — 2 New Street Square.
— Discussed at Board Meeting in Cliveden.

1) BAML

2) Areas of Help

3) Update on Loan Capital Markets.

• Syndicated Loan
   — Small "poc"
   — set up Bank Groups.
   — We have Facility that can be leveraged.
   — Works with Barclays.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841442
EXH 11677-0164

B of A.

CALS amort include the following:
- H/W *
- Headcount  - 6 people  - fully loaded $130,000  } $1.38m / annum.
- Power, cooling, rent *

WITH NO CALS DATA, - RECHARGE TO ATTENAY.
- $23.8m   NPV over 5 years
WITH CALS
- $39.7m   NPV over 5 years.

$16m increase

RBS - INVOICE DISCOUNTING

- BOARD RESOLUTION.
- PLC - FOLLOW UP WITH AK



GRANADA BOE DOC.

HP-SEC-01841443
EXH 11677-0165

Opt A.

- WITH CAPS  ($10m)                    WITH CAPS  ($5m)
- NPV - AJTD PROFIT      $ 10.7m              $ 10.9m.

                                    > EFFECTIVELY "LOSE" ~~$X.Xm~~ @6.2m.

- WITHOUT CAPS
- NPV - AJTD PROFIT      $ 16.9m

---

TAX MATTERS.

-    SAO

-    iXBRL      -    FY 2010 comps and Financial Statements

-    R+D costs - should not be capitalised across

-    PROJECT ISLAND                                    ⊛

        - LEGAL CLARIFICATION ON TAXES HOLDING
        - CAPITAL ALLOWANCES.
        -

FOIA CONFIDENTIAL TREATMENT REQUESTED

Password for MM sheet = BofA_MDM

BoF A.

- CURRENT LICENCES & MAINTENANCE - FRONT SHEET. (OVERVIEW)

- CARS - EXISTING COST STRUCTURE
    - X PER ANNUM.
    - NO ASSUMPTIONS FOR GROWTH.

- ASSUME LIVE DATA ON ML/CARS of 7.5% /MNTH.
- VOLUMES ON LEGACY BA - GROWTH HC PER MOONEY.

- ATGLOMY P&L.

HP-SEC-01841445
EXH 11677-0167

- ANDY AUGER — CAR (legacy ML)
- HARLY DENTSHUCE — products IP exper.
- REGAN SMITH — supply chain mgt
- VINCE — manage regulatory technologies
- BRIAN SCHULZ — product owner
- SERGENT                                          — RON JOHNSON     } EXEC
- TOM MARINELLI                                    — NICOLE STEPHENSON }  LEVEL.
- ROSEMARY ARCHIE — West Cost (finance)

SUPPLY CHAIN CONCERNS.

- IP                                              — ROLL FORWARD TO  1 JAN 2011
- COMPLIANCE / LEGAL
- 2010 ✓ 2011 ?
- KEY STAKEHOLDERS OFFLINE SHORTLY.

MODEL BACKGROUND.

- CURRENT RELATIONSHIP.
  - ONGOING RUN RATE  $4M , STORAGE.
  - HOSTING REVENUES
  - MAINTENANCE REVENUES
  - WCM — SERVER BASED.
  - OPTIMIZT SERVICES.

- ANNUAL MAINTENANCE  $3.6M.

- HOSTING    — 100 million messages / month        — 20% GROWTH
             — 7.5M / MONTH  — CARS                 — # OF USERS , MESSAGES / MONTH.
             — 6.0M / MONTH  — BA

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841446
EXH 11677-0168

- MIGRATION OF DATA
  - ZIP UP FILES
  - NEED TO INDIVIDUALLY EXTRACT.

- IRON MOUNTAIN                    - HIGHEST PRIORITY
  - 75 TO 100TB OF DATA.           - DON'T WANT TO REVIEW
  - 60TB

- CRM / CMM
  - 250TB, 250TB.

- CAPS / TYPES.

HP-SEC-01841447
EXH 11677-0169

MODEL ASSUMPTIONS.

IRON MOUNTAIN                                    - LAYER IN DEDUP FACTOR
[60]  - 90 DAYS NOTICE                          - 10 - 20 %.
      - JUNE 26, 2011
      - VOLUMES WILL TAKE LONGER
      - LEGACY DATA ON DISK.

TIMELINES
[70]  - NEEDS TO BE DONE BY 2011

CAR
EXPERIMENTATION  - PLAN FOR WATER.              - MODEL SOMETHING IN Q4 2010
[500] - READY FOR CONVERSION IN 2012.          - 5% OF TOTAL VOLUME IN 2011

LIVESTREAM DATA    - JUNE 2011

LEGACY DATA    - MAY NEED TO CODE STRAIGHT OFF PLATTER
               - OPTICAL DISK IS AN OPTION.

CAMM  [200]  - ENC STORAGE   - LEASED.
(2008)       - 150 TB   DB
- mid nxt year  - CENTERA FRAME  - LIFT AND MOVE
             - 3 STATIC , 1 LIVE

5 YEAR SPEND.

- MB'S UNDER HOSTING    ⟹    - NET NEW LICENCE
- S+M  STREAM                - LOWER MAINTENANCE RATES
                            - LOWER HOSTING RATES

                            - KEEP WCM OF
                            - BIGGER DISCOUNT.

HP-SEC-01841448
EXH 11677-0170

- MODEL IN CARS SERVICE PAYMENT.
- ~~MAY BE~~
- ALL DATA BEING ~~MIGRATED~~ DELIVERED INTO DIGITAL SAFE
    - AUTH WOULD PAY FOR SERVICE
    - $/ION FEE — PAID OVER PERIOD OF SERVICE.
    - NO LONGER GOT LEGACY PAYMENTS
    - INCENTIVISE ML TO DO DATA TRANSFER
    - NEED TO MIGRATE DATA IN 2011
    - CHARGING ONCE IT IS IN SAFE
    - △ BETWEEN MB ON SITE TO MB IN SAFE
    - FIXED B.D WITH MILESTONES
- NEED TO MODEL IRON MOUNTAIN, TUMBLEWEED COSTS

- COST REDUCTION , RISK REDUCTION.

- COST OF MIGRATION ~ NO ONE TIME EXPENSE HIT

- REVENUE OR COST TO BAUL ?

MODEL CHANGES

1) DEDUP ~ 15% TO MODEL.

| | | | | | | |
|---|---|---|---|---|---|---|
| 74·4% | 2.652.540 | NON-OLD | 744,000 | | 9,551,249 | NON-CREOL |
| 25·6% | 915,000 | | 256,000 | | 3,286,451 | CREOL |
| | 3,567,540 | | 1,000,000 | | | |
| 5425 | 12,833,700 | → | 5,000,000 | | 12,833,700 | |

1,910,250
PER ANNUM.

A9
E25

HP-SEC-01841449
EXH 11677-0171

<u>DB</u>

ROB DOLAN -

HELENE JOHNSON  - BUSINESS MGT GRP

(DAN MANNERS) JODI HULSE  - FINANCE (ANALYST)    - UNHAPPY THAT LEGACY DATA IS IN THERE
                                            - CAN'T MAKE RECOMMENDATION.

- MODEL DATED 13TH DECEMBER.
- STOUFFER SENT TO DAN ⇨ GOT TO ROB
                          ⇨ 0·0067 TO 0·0055 /MB.
- ROBERT SENT TO THEM ALL THIS MORNING.


- 30TB LEGACY - ASSENTER - LEGACY DATA INGESTED IN 2009/10.
- DB INCLUDED A 5% REDUCTION IN VOLUMES

- DAN MANNERS - INCREASE VOLUMES.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841450
EXH 11677-0172

SUSHOVAN DISCUSSION.

|  |  | O/S AMOUNT |
|---|---|---|
| 1) RESELLER DEALS |  |  |
| • CAPAX | — FSA | $4.5m |
|  | — AMGEN | $9.5m |
|  |  | ~~$29.5m~~ |
|  | — LILLY | $2.7m |
|  | — BAML / DKO | $4.1m |
| • MICROTECH | — BAV | $11.5m |
|  | — DOI | $4.2m |
|  | — CASH | ($6.3m) |
| • FILETEK | — VA | $10.0m |
| • DISCOVERTECH | - B of A | $7.8m |
| • ITALY | — SALES CONSULTING | $2.4m |
|  | — AXILIUM | $3.6m |
|  | — LED VENTURES | $2.7m |
|  | — ...     ... |  |
| • REALISE |  | $2.0m |

~~$57.7m~~    $57.7m

2) BARTER / SWAP TRANSACTIONS

• FILETEK
• VMS
• MICROGEN.

3) PEOPLE

• LISA
• GANESH
• CINDY

HP-SEC-01841451
EXH 11677-0173

HARDWARE.

Deferred        $2,128
Q4              $29,372      - DELIVERY TO CONFIRM.
                $31,500

VMS.

SOFTWARE        $5,000       - FAIR VALUE
HARDWARE        $6,000       - DELIVERY. RECOVERS $2.3M, REVERSED.
                $11,000

RECOVERS        $8,500       - SERVICES, DATA.

SERVICES / HOSTED / MAINT.        $92.8M

    - REACH PROSERVE ZANTAZ
        - BP  - $726K SERVICES
        - HOSTED / EDD
    - REACH MICROLINK WITH ALAN

AMBER.          $6.0M.                        ( SIGN CONTRACT )

PARTNERS.                        ITALY.

    CAPAX   -   BAML    $1.8M        3 ADJUSTMENTS PROPOSED.
            -   DKO     $2.2M
    MICROTECH  -  DOI    $4.2M        S. AMERICA.
    DISCRETECH  -  BofA   $7.35M        CISEN        $1.0M.

                                        NOVARTIS.    $3.0M.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841452
EXH 11677-0174

Bof A.

| | | | | | |
|---|---|---|---|---|---|
| LICENCE | 19,500 | | | | |
| EARLY PAYMENT DISCOUNT | (500) | FINANCING | | | |
| DATA DELIVERY | (2,000) | COGS | | | |
| VOLUME CREDITS | (5,500) | | 2011 | 1,894 | 1,642 |
| IRON MOUNTAIN | (1,500) | COGS | 2012 | 3,884 | 3,366 |
| HOSTING FEES | 22,605 | | 2013 | 5,010 | 4,342 |
| | | | 2014 | 5,609 | 4,861 |
| | | | 2015 | 6,208 | 5,380 |
| | | | | 22,605 | 19,591 |

3,014,000

Previous Licence.

$~~1,500,000~~

$ 11,641,857

$ 19,500,000

31,141,857    @ 5%    =    $ 1,557,093

PAYING    $~~2,300,000~~ $2,566,037    $ 1,008,944

HP-SEC-01841453
EXH 11677-0175

MATT.

- REVENUE REPORTS.
  - CLOSED REPORTS                      - SULLIVAN
  - MUST BE DELIVERED EVERY DAY         - LICENCE REPORTS.
  - ~~FORECAST~~ CONTINGENCY PLANNING
  - FOLLOW UP      - eg SULLIVAN H/W.

- AMGEN       - $15M OVER 5 YRS
- LPL         - $2.5M IN TOTAL

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841454
EXH 11677-0176

M & A.

HYLAND                                    - CV Re JAMES PRUDLOCK *
T LEAF
WEBTRENDS
AXCIOM
SAFENET
EPIG
EMC - NO MOVEMENT.

REVENUE REVIEW MEETING

o   BANK OF AMERICA     -   $21.5M.
        -   8 A)
        -   EARLY PAYMENT  - IMMEDIATE
        -   NETWORK OF RESELLERS.
        -   RECEIVED  CASH FROM RESELLERS

o   DOI

o   DKO

o   AMGEN       -  DIRECT DEAL
                 -  $25M CUMULATIVE REVENUE
                 -  OVERALL DEAL $15M , RECOGNISE $5.7M.

o   DIRECT (BofA)  -  $1.95M.

o   TIKIT (KPMG)  -  BIGGEST RESELLER OF IMANAGE
                 -  $9-10M / ANNUM.

o   C/SCN ($1M)  -  LATAM



- PRISA — $9m
  - NYSE — Newscorp of Spanish World
- Elzevier — $4m
- 3NP — Investment Bank
  - Getis                      $1.4m
- Bereacom      — 15 Jan 201
  Clothes ⟶ other Clothes
- Kannds — Lack of Welding    $1.5m
- Ahold            $3.0m
- Gexcel ⟶       $1.1m
- PMI             $1.0m

- Amgen
- Cisco
- Bank of America
- Canada Broadcasting
- VMS    — $5.0m
       — $6 more    S/W
- LPL                  NEW Refresh
- AT & T Mobility
- AT & T Alliance    $1.2
- Sold as part of Bigger Deal.
  — Generating Future Sales.
  — More Difficult to Parse Loss

⟩ Strategic Relationship — $8.5m
  — Pete's Parce.
  — Additional Data

COSTS.
Q3    125.5
Q4    133.5   (138.5)

DENTIAL TREATMENT REQUESTED

- DISCLOSURES.

IFRS 8 - OPERATING SEGMENTS
IAS 36 - CGU's
TAX RATE - 24%

VALUATION ACCRUAL.
RECIGN SCHEDULES

ITALY.
RES VENTURES
AUXILIUM
SALES CONSULTING.

MICROTECH.
PAID £6.3M.
ALLOCATED CASH OURSELVES. - MICROTECH LIST.
PROVISION.
AUTONOMY CASE

OTHER AREAS.
- MICROLINK ⎤ selling some stuff
  HARDWARE ⎦
           - US defence requirements - not separate segment.

- DOCUMENTS PAPER
- NOVARTIS
- FAIR VALUE ON ML INTANGIBLES - STILL PROVISIONAL - PIGGYBACK.
                                - EXTERNAL VALUERS -

- CAPITAS

HP-SEC-01841457
EXH 11677-0179

DOCS                          AUDIT                    CASH.

PRESS RELEASE                 ML VALUATION.            FSA - CLOSE

STATS                         O/S LIST

AUDIT COMMITTEE               2340

                                                       Q1
                                                       BUDGET
                                                       COLLECTIONS - FRIDAY

                              RESULTS.                 RENEWALS
                              FX                        COMMISSIONS
                              OPTIONS    £350,000        - MURRAY
                              TAX  - PROVISIONS,         - PLANS

OFFER.
2009 -    £352,000
2010 -    £418,000       @£650,000

FOIA CONFIDENTIAL TREATMENT REQUESTED

CSI 2011.

- COST FORECAST.                    - CASH FORECAST
- TRANSFER PRICING              - MAINTENANCE REVENUES
- COMMISSIONS
    - OF ISSUE
    - HOSTED REVENUES
- PCO's

COMMISSIONS.

POWER => GUNNING

PROJECT/   =>   JP   , ALSO GETS ITALY
REMOTE

CORPORATION TAX PLANNING:

DEBBIE GREEN

PORTER

- JOINED KPMG LAST YEAR
- ROUND UP PLANNING BOATS
- SEE GUNKEL FRIDAY
- NOT DISCLOSABLE   - DISCLOSE MAY CHANGE LAW

- DEDUCTION FOR COST OF ACQUISITION OF AN ASSET
    - SHARES
    - PROPERTY
    - PLANT & MACHINERY.
    - ACQUISITION OF 3ʳᵈ PARTY

        - S320 CAA 2009

HP-SEC-01841459
EXH 11677-0181