# Relevant Excerpts from Exhibit 11678

Black n' Red

Black n' Red    MARCH 2011 -    D66174

HP-SEC-01841473

FOIA CONFIDENTIAL TREATMENT REQUESTED

EXH 11678-0001
EXH 11678-0001

# Date Planner
For noting key dates for meetings, exhibitions, holidays, birthdays and special occasions

January, February, March, April, May, June, July, August, September, October, November, December — 1–31

**Autonomy**
**VSOE rates - last updated Oct 2011**

| Support & maintenance | | | |
|---|---|---|---|
| Type | Low point | VSOE | High point |
| Premium (24x7) | 18% | 21% | 25% |
| First line | 15% | 18% | 21% |
| OEM/2nd line | 8% | 10% | 12% |

| Professional services | | | |
|---|---|---|---|
| Region | Low point | VSOE | High point |
| US | $ 1,615.00 | $ 1,900.00 | $ 2,185.00 |
| Europe | € 1,020.00 | € 1,200.00 | € 1,380.00 |
| UK | £ 935.00 | £ 1,100.00 | £ 1,265.00 |
| Australia | AUD 1,360.00 | AUD 1,600.00 | AUD 1,840.00 |
| Singapore | SGD 850.00 | SGD 1,000.00 | SGD 1,150.00 |
| Japan | JPY 119,000.00 | JPY 140,000.00 | JPY 161,000.00 |
| China | ¥ 2,975.00 | ¥ 3,500.00 | ¥ 4,025.00 |
| Other regions | Available on request | | |

| Professional services |
|---|
| Rates as published on website |

| Hosting |
|---|
| To be advised - currently VSOE does not exist |

Planner Notes

www.BlacknRed.com

**Black n' Red**

Personal Information  995  S475
110



Name

Dates of use

If found please contact

Guide to book contents                    Important contact details

ANALYSTS FOLLOWING AUTONOMY.

PEEL HUNT       — PAUL MORLAND
JP MORGAN CAZENOVE  — DAVID KHAN
PANMURE GORDON  — GEORGE O'CONNOR
BARCLAYS        — RAIMO LENSCHOW
NUMIS           — DAVID TOMS
GOLDMAN SACHS   — MOHAMMED MOUALLA
EVOLUTION       — ROGER PHILIPS
CANNACORD       — BO LIAO
BAML            — JONATHAN TSENG
CREDIT SUISSE   — FRED GRIEB
DB              — MARC GEALL
BRYAN GARNIER   — GREGORY RAMIREZ
EXANE BNP PARIBAS — ISALINE TROCHERIE
INVESTEC        — JULIAN YATES
MORGAN STANLEY  — ADAM WOOD
NOMURA          — GUNNAR PLAGGE
REDBURN         — NEIL STEER
RBC             — NICK HYSLOP
SINGER          — TINTIN STORMONT
SOC GEN         — RICHARD NGUYEN
UBS             — MICHAEL BRIEST

Use this page as a quick reference to the book's contents during use and for archiving purposes

www.BlacknRed.com                                                    **Black n' Red**

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841475
EXH 11678-0003
EXH 11678-0003

# Useful Information

## World time zones




## European paper sizes



**A1** 594 x 841mm  23³⁄₈ x 33¹⁄₈"
**A2** 420 x 594mm  16¹⁄₂ x 23³⁄₈"
**A3** 297 x 420mm  11³⁄₄ x 16¹⁄₂"
**A4** 210 x 297mm  8¹⁄₄ x 11³⁄₄"
**A5** 148 x 210mm  5⁷⁄₈ x 8¹⁄₄"
**A6** 105 x 148mm  4¹⁄₈ x 5⁷⁄₈"

(all inch fraction sizes are approximate)

## European envelope sizes



**C4** size envelopes hold an A4 sheet unfolded (324mm x 229mm)

**C5** size envelopes hold an A4 sheet folded once or an A5 sheet unfolded (162mm x 229mm)

**DL** size envelopes hold an A4 sheet folded twice or an A5 sheet folded once (110mm x 220mm)

## US paper sizes

| Description | Size mm | inches |
|---|---|---|
| Junior Legal | 127 x 203 | 5 x 8 |
| Executive | 190 x 254 | 7¹⁄₂ x 10 |
| Letter | 216 x 279 | 8¹⁄₂ x 11 |
| Legal | 216 x 356 | 8¹⁄₂ x 14 |
| Ledger/Tabloid | 279 x 432 | 11 x 17 |

## US envelope sizes (commercial)

| Description | Size (inches) |
|---|---|
| #6¹⁄₄ | 3¹⁄₂ x 6 |
| #6¹⁄₄ | 3¹⁄₂ x 6¹⁄₄ |
| #6³⁄₄ | 3⁵⁄₈ x 6¹⁄₂ |
| #7 | 3³⁄₄ x 6³⁄₄ |
| Check (Official) | 3⁵⁄₈ x 8⁵⁄₈ |
| #9 | 3⁷⁄₈ x 8⁷⁄₈ |
| #10 | 4¹⁄₈ x 9¹⁄₂ |
| #14 | 5 x 11¹⁄₂ |

## Conversion tables (figures may be rounded)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 in | = | 2.54 cm | 1 in² | = | 6.4516 cm² | 1 in³ | = | 16.387 cm³ | 1 UK gal | = | 4.546 litre |
| 1 cm | = | 0.3937 in | 1 cm² | = | 0.155 in² | 1 cm³ | = | 0.06102 in³ | 1 litre | = | 0.22 UK gal |
| 1 ft | = | 0.3048 m | 1 ft² | = | 0.0929 m² | 1 ft³ | = | 0.02832 m³ | 1 oz | = | 28.3495 g |
| 1 m | = | 3.2808 ft | 1 m² | = | 10.7639 ft² | 1 m³ | = | 35.3147 ft³ | 1 g | = | 0.03527 oz |
| 1 yd | = | 0.9144 m | 1 mile² | = | 2.5900 km² | 1 yd³ | = | 0.76456 m³ | 1 lb | = | 453.59 g |
| 1 m | = | 1.0936 yd | 1 km² | = | 0.3861 miles² | 1 m³ | = | 1.30795 yd³ | 1 g | = | 0.002205 lb |
| 1 mile | = | 1.6093 km | 1 acre | = | 0.4047 ha | 1 US gal | = | 3.7854 litre | 1 kg | = | 2.2046 lb |
| 1 km | = | 0.6214 mile | 1 ha | = | 2.471 acres | 1 litre | = | 0.2642 US gal | 1 t (long) | = | 1016.0469 kg |
| | | | | | | 1 US gal | = | 0.8327 UK gal | 1 kg | = | 0.00098 t (long) |

## Speed

| MPH | 30 | 40 | 50 | 60 | 70 | 80 |
|---|---|---|---|---|---|---|
| KPH | 48 | 64 | 80 | 97 | 113 | 129 |

## Temperature

| 0°F | 32°F | | 212°F |
|---|---|---|---|
| -18°C | 0°C | | 100°C |

$F = \frac{9}{5}C + 32$

$C = \frac{5}{9}(F - 32)$

www.BlacknRed.com    10/09-A4C    **Black n' Red**

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841476
EXH 11678-0004
EXH 11678-0004

| | | $'000 | | | $'000 |
|---|---|---|---|---|---|
| MANAGEMENT | ECPD | 1,550 | ARLJS | WADDELL | 500 |
| | KUWAIT | 1,000 | | ROPES + GRAY | 350 |
| | MITCHELL BUTLERS | 6,250 | | NRO | 550 |
| EMEA | ~~EVEREDGE~~ | ~~1,620~~ | | J&J | 2,000 |
| | PMI | 1,000 | | OPENHOUSE | 400 |
| | DB (SERVER) | 930 | | FIS GLOBAL | 450 |
| | BIOAGENCY | 543 | | GOLDMAN | 500 |
| | HO UPGRADE | 481 | | IDG | 300 |
| | ~~SUOMEN~~ | ~~358~~ | | CALL RIVER | 500 |
| | NICS | 326 | | GUARDIAN | 690 |
| APAC | CITIBANK | 400 | | PRUDENTIAL | 413 |
| STOUFFER - OEM | HP | 750 | RAFIQ | DISCOVER FINANCIAL | 325 |
| - STRATEGIC | MS | 5,000 | | HERBALIFE | 1,050 |
| —"— | McAFEE | 5,000 | | | |
| —"— | BofA | 2,000 | | | |
| —"— | ELI LILLY | 1,000 | | | |
| —"— | DB | 6,750 | | | |
| —"— | CAP GROUP | 450 | | | |
| FEDERAL | SSA | 805 | | | |
| —"— | NRO | 1,233 | | | |
| LATAM | WALMART | 300 | | | |
| SASS | AMERITRADE | 2,000 | | | |
| | SHAW GRP | 500 | | | |
| | NAVISTAR | 500 | | | |
| | ANGELO GORDON | 450 | | | |
| | PHOENIX | 400 | | | |
| | EQUINIX | 400 | | | |
| | MAYO | 360 | | | |
| | BANK OF MONTREAL | 3,200 | | | |
| | TRICFONE | 548 | | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841477
EXH 11678-0005
EXH 11678-0005

Q1 2011  DEBTORS.

Q4'10
Q[??]

**EMEA**

| | | Q4'10 | Notes |
|---|---|---|---|
| TIKIT | [scribble] | £4.76m | $7.4m |
| REALISE | | £1.3m | [redacted] |
| TOTTENHAM | | £0.8m | $1.2m | TIMING DELAY |
| BAOBAB | | £0.6m | $0.9m | FUNDING ISSUES |
| PLAY | | £0.4m | $0.7m | EXPECTING ?? |
| TROIKA | | £0.4m | $0.7m | FUNDING ISSUES |
| KMINDS | | £0.36m | $4.0m / [redacted] | DEBT NOT DUE |
| PRISA | | €5.6m | $7.5m | FUNDING ISSUES |
| BBCM | | £2.9m | $4.5m | $3.6m whereas $0.2m what to big contract |
| RGX VENTURES ( ) | | £1.8m | [redacted] | NO MOVEMENT |
| SALES CONSULTING (POSTE) | | £1.6m | [redacted] | NO MOVEMENT |
| RGSI | | £0.35m | $0.5m | NO MOVEMENT |
| ZENITH | | £0.2m / £0.2m | $0.4m / $0.4m | > PENDING CUSTOMER PAYMENT |
| AXILIUM (BAV) | | £2.2m | $3.5m | |

**ARTSWAY INC.**

FSA $4m  NUFE $5.25m  INTERNAL $1.9m  DNS $2.2m  TXU $0.5m.
CAPAX  UBS $8.4m  WILY $1.5m  BANCSIGN $26.0m   GOOD PROGRESS IN Q1.

| | | | |
|---|---|---|---|
| FILETEK - VA | | $10.0M | EXPECTING $2.5m IN Q1 |
| KNOWLEDGE CAPITAL | | $0.5m | NO MOVEMENT |
| BoA | | $3.0m | EXTENDED. |
| [??] CA | | $0.7m | EXTENDED |
| LPL | | $2.0m | EXTENDED |
| MICROTECH | | $0.0m | EXTENDED / BAV |
| ORACLE | | $0.7m | EXTENDED |
| PIXXEL | | $1.5m | EXTENDED |
| VERDASYS | | $4.6m | PAYMENT PLAN |
| VMS | | $4m | EXTENDED. |

BOSCH — CAN'T RECOGNISE STAGES W/O FULL ACCEPTANCE    272513  €36,205 left
       — SOW — 75% ON DELIVERY    SS60-ASL   to invoice
       — 25% RETENTION    €76,214

AXA IM — PAPERWORK FOR CHANGE ORDERS
      — INVOICE ~~25%~~ ON SIGNATURE
      — PAYMENT FOR REST ~~75%~~
      — FIXED PRICE

CREDIT SUISSE — POC HAS BEEN DONE
      — LEGAL SIDE INVOLVED

TARGETS
       $
REVENUE    216m
EPS    25c
GM    88.51%
DSO's    97-98. TARGET LOWER THAN LAST Q (94)

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841479
EXH 11678-0007
EXH 11678-0007

CHANGEPOINT DISCUSSION
4 APRIL 2011

- CHANGEPOINT
    - $9 MILLION PER QUARTER.
    - 450 PERPETUAL LICENCES FROM IWOV DAYS.
    - SUBS ARE NAMED — NO ACCESS
    - CURRENT ON MAINTENANCE — THINKING OF UPGRADE.

    - RDP INTO SERVER IN SAN JOSE
    - CLIENT MACHINE — IE8.
    - MIDDLEWARE SERVER — IE6.
    - DON'T NEED EMULATOR.
    - NOT CURRENT ON VERSION
    - CURRENTLY RUNNING V 8.2 IE6.
         AVAILABLE V 12 IE8.

- ORACLE (ERP)


DAVE MOBLEY       — DDS
JIM LEE           — NIGS / REGS RACS
BARBARA ESTES     — FM                — RM
NICK KHAN         —                   — RM.
DINO CAREEON      — ERP / JIRA
                    LONGBRIDGE

TATIANA           — FINANCE IT (EPICOR) — BLACK

BANK of AMERICA.
COMMISSION.

|  |  |  |
|---|---|---|
|  | 19,500,000 | LICENCE |
|  | (500,000) | EARLY PAYMENT DISCOUNT |
| 90% - CAPAX | 2,034,000 | S6 EXTENSION |
| 1,830,600 INCLUDES 2 YEARS S&M | | |
|  | 21,034,000 | |
|  | (1,500,000) | IRON MOUNTAIN CREDIT |
|  | (5,500,000) | HOSTING CREDIT — FIRST 12 MONTHS ? |
|  | (2,000,000) | DATA DELIVERY ANNEX. |
|  | 12,034,000 | |

e 5% = $601,700.
Aws 1,894,162 e 5% = 94,708
                              696,408

EXPECTED HOSTING REVENUES

| 2011 | 1,894,162 | (460,874) |
| 2012 | 3,883,806 | (944,980) |
| 2013 | 5,009,954 | (1,218,986) |
| 2014 | 5,608,892 | (1,364,715) |
| 2015 | 6,207,831 | (1,510,445) |
|  | 22,604,645 | (5,500,000) |

REFERRAL FEES.

|  |  |  | LICENSE |  |
|---|---|---|---|---|
|  | @ 203,400 MARGIN | | 9,000,000 | REPURCHASE AMGEN |
| CAPAX | $900,000 MAF | | 1,664,182 | S6 EXTENSION, Q4 2010 |
| MT | ? | | 7,000,000 | BofA - Q4 2010 |
| DT | ? | | 3,500,000 | BofA - Q4 2010 |

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841481
EXH 11678-0009
EXH 11678-0009

```
REVENUE    217,636                    1) DEPRECIATION / AMORTISATION
TAX        27%                           - R+D - DEM + Q         1,050  ✓
EPS        23.1¢                         - MICROTEK - DEFER        800  ✓
TARGET     25.0¢
                                      2) REVENUE
                                         - INTER BAS              350  ✓
                                         - ROYALTY ACCRUAL        150  ✓
           WITH    W/O
           PRISA   PRISA
REVENUE    218,636  218,136           3) PRISA
EPS        24.8¢   23.7¢                 - DEFER H/W            3,960

                                            EPS   24.8¢


COGS ANALYSIS.


HARDWARE    23,465   (3,600)    19,865
COGS         9,253      —        9,253
                                ‾‾‾‾‾‾         TARGET  26,176
                                29,118


COGS (S/W)
    EMEA        1,096
    INTER ROY      32
    AUTN INC    3,178     54250   3,028
    VERITY       117
    ETALK        296
    ZANTAZ      3,615    661011   3,110  tabulate monthly
    INTER        244
    MICRO        675
               ‾‾‾‾‾
                9,253
               ‾‾‾‾‾
```

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841482
EXH 11678-0010
EXH 11678-0010

Q1 AUDIT PROCESS.

REVIEW SIGN OFF        ⎫
DIRECTORS SIGN OFF.    ⎬   TIMING TO NOTE TO SUSHOVAN.
                       ⎭

- INTERIM MANAGEMENT STATEMENT        - NORMAL REPORT WITH RELEASE
  - PRIMARY STATEMENTS

- TUES 19TH APR    - 4AM   ⎫
- WEDS MORNING             ⎭


REVENUE DEALS.

DEBTORS

SALES CONSULTING      - NO CHANGE                              - VERDASYS.
① MICROTECH          - GETTING CIRCA $1M ( NEED MORE )        - ELI LILLY ($1M)
  AUXILIUM                                                     - IBN ($100K)
  AS CONSULTANTS      - NO CASH
  RCS VENTURES        - $11.5M
④ COBALT

   PRISA       -  €3·0M
④ NOVARTIS    -  $2·5M.  ???
  JMLC        -  ZANTAZ $2·4M
               -  ALLERGY  $2·9M
   FILETEK    -  $1·5M AT END OF QUARTER
               -  $1·0M  END OF Q1 2011.
⑦ • KNOWLEDGE  -  $1·0M  -  ED QUINLAN
                -  LEGAL
   REALISE (GS) - FOLLOW UP ON PAYMENT.

1) PRISA  } SAME PAPERWORK.
   FINRA

2) VMS RECURVE   - Q4 @ 8M.

3) BANK OF AMERICA  - FINAL AGREEMENT.
                    - ARCHIVING CREDIT.

4) DB - ARCHIVING CREDIT

   @ 2,269,713.71
       1,926,332
       (626,990).

---

DEBTORS
GIVEN FOLLOW-UP.

1) MSL SOFTWARE (THAILAND)   - NEED TO CHASE
2) DATACORE
3) ENIGMA LINK CORPORATION
4) LINKROVER TECHNOLOGY   -
5) LOQUS    - FOLLOW UP WITH ADAM.
6) RSSI INFORMATICA   - NEED TO GO LEGAL
7) SALES EXECUTIVE / LEA VENTURES.
8) ~~2~~

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841484
EXH 11678-0012
EXH 11678-0012

Bank of America.

Q4 2010 — H/W Deal
— $1.95m — Extended terms.
— Cost of sale netted off
— No commission to anyone - H/W.

Debtors.

CCIP.
31-12-2008    300 additional users  €30,000

Optelecom

Microlink Valuation.

$10.7m — 5 years
— Future years don't add much value.

$12.0m — 7 years
— Original A/C, Review.

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01841485
EXH 11678-0013
EXH 11678-0013

CAPAX.

| End User | $000 Amount | |
|---|---|---|
| TXU | 309 | |
| Eli Lilly | 800 | |
| FSA | 3,000 | — Credit Maintenance Portion |
| BAML | 1,831 | — Formal Date 22nd Sept 2011 |
| McAfee | 5,250 | — Extended Terms |
| UBS | 16,447 | |
| Internal Use | 1,680 | — Credit as Invoiced UBS Directly |
| Others | 212 | |
| | 29,029 | |

DISCOVERTECH.

| | | |
|---|---|---|
| Ameriprise | 1,600 | |
| PRISA | 2,380 | |
| Abbott | 9,450 | |
| Dell / Hyatt | 5,601 | |
| | 19,031 | |

MICROTECH.

| | | |
|---|---|---|
| BAV (Q1'10) | 2,329 | |
| DoI (Q4'10) | 4,200 | |
| BMO (Q1'11) | 3,074 | |
| GE / Xerox (Q2'11) | 1,229 | Credit as Invoiced Directly |
| HP / WPS (Q3'11) | 7,350 | Invoiced by MT |
| A) BAML (Q1'11) | 4,053 | |
| NR (Q2'11) | 324 | |
| Other | 146 | |
| | 22,705 | |

FIDENTIAL TREATMENT REQUESTED

EXH 11678-0046
EXH 11678-0046