UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: USA v. Michael Richard Lynch
　　　　　　USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| May 13, 2024 | Rhonda Aquilina<br>Jennifer Coulthard | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:19 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. All parties present. Sealed proceeding. | |
| | | 9:26 a.m. | | | All jurors present. All parties present. | |
| | | 9:27 a.m. | | | Government witness sworn – **Andy Gersh** | |
| 2011 | | | X | X | Exhibit 2011 marked and admitted<br>E-mail from Andrew Gersh to Richard Hanley, Rusty Thomas and James Boggs, Jr., dated July 23, 2011 regarding "HP" | |
| 2038 | | | X | X | Exhibit 2038 marked and admitted<br>E-mail from Andrew Gersh to James Boggs, Jr., Alok Mahajan, Jason Anglin, Larke Frederickson, Rusty Thomas and Richard Hanley dated July 29, 2011 regarding "Project Atlantis" | |
| 428 | | | X | | Exhibit 428 previously admitted | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| 2053 | | | X | X | Exhibit 2053 marked and admitted<br>Email from GershA to BoggsJ et al re Tesla update | |
| 2560 | | | X | X | Exhibit 2560 marked and admitted<br>E-mail from Andrew Gersh to Manish Sarin, Farhad | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Merchant, James Boggs, Jr. and Larke Frederickson dated August 1, 2015 regarding "Scheduling calls" | |
| 2077 | | | | X | X | Exhibit 2077 marked and admitted<br>Email from HussainS to SarinM, Cc to KanterA re "RE: Tesla: Finance call on Monday" | |
| 2070 | | | | X | X | Exhibit 2070 marked and admitted<br>Email from S. Wokes to A. Gersh, et al., re "Project Daniel 1Room" | |
| 2083 | | | | X | X | Exhibit 2083 marked and admitted<br>E-mail from Manish Sarin to Manish Sarin, Andy Johnson, Emily Hsiao, Varoon Bhagat, Jeff Ricci, Rob Binns, John Blank, Allison Strathmeier, Matthew Smith, Matthew Kane, Steve Nessier and cc'd to Andrew Gersh and Farhad Merchant dated August 2, 2011 regarding "Tesla: daily finance call" | |
| 2099 | | | | X | X | Exhibit 2099 marked and admitted<br>E-mail from Manish Sarin to Manish Sarin, Andy Johnson, Emily Hsiao, Varoon Bhagat, Jeff Ricci, Rob Binns, John Blank, Allison Strathmeier, Matthew Smith, Matthew Kane, Jonathan Turner and cc'd to Andrew Gersh, Farhad Merchant, Richard Hanley, Timothy Lashua and Eric Smith, dated August 3, 2011 regarding "Tesla: daily finance call" | |
| 2112 | | | | X | X | Exhibit 2112 marked and admitted<br>Email from M. Sarin to A. Johnson, et al., re "Tesla: discuss financial model" | |
| 2129 | | | | X | | Exhibit 2129 previously admitted | |
| 2134 | | | | X | X | Exhibit 2134 marked and admitted<br>Email from A. Gersh to various recipients at HP, Cc to J. Boggs, Jr., R. Hanley & R. Thomas re "Status update" | |
| 2146 | | | | X | X | Exhibit 2146 marked and admitted<br>Email from SarinM to HussainS, Cc to KanterA re "Tesla: request for financial information" | |
| 2167 | | | | X | X | Exhibit 2167 marked and admitted<br>Email from T. Lashua to A. Gersh, Cc to various recipients at KPMG re "Project Tesla - Revenue Contract Review" | |
| 2183 | | | | X | X | Exhibit 2183 marked and admitted<br>E-mail from Andrew Gersh to Varoon Bhagat, dated August 8, 2011 regarding Project Tesla – Contract Review Questionsv2.docx" | |
| 2626 | | | | X | X | Exhibit 2626 marked and admitted<br>Top 40 Customers | |
| 2627 | | | | X | X | Exhibit 2627 marked and admitted<br>Top 40 Customers | |
| 963 | | | | X | | Exhibit 963 previously admitted | |
| 973 | | | | X | | Exhibit 973 previously admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1382 | | | X | X | Exhibit 1382 marked and admitted<br>Purchase order from Tikit to Autonomy | |
| 1361 | | | X | | Exhibit 1361 previously admitted | |
| 1345 | | | X | | Exhibit 1345 marked and admitted | |
| | | 10:44 a.m. | | | Jurors on break.<br>Counsel discussed testimony of Mr. Gersh.<br>Court in recess | |
| | | 11:02 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina.  All jurors present.  All parties present.<br>Government direct-examination of witness Andy Gersh | |
| 1272 | | | X | | Exhibit 1272 previously admitted | |
| 607 | | | X | X | Exhibit 607 marked and admitted<br>Email from KuH to WatkinsC and GuiaoJ re NADO391972,MorganStanley,AN-ORD-EID . . . ($5,288,800.00 deal) | |
| 2561 | | | X | X | Exhibit 2561 marked and admitted<br>Product Schedule with Autonomy to the Master Agreement | |
| 1041 | | | X | X | Exhibit 1041 marked and admitted<br>Purchase Order #009, dated August 10, 2010 | |
| 1912 | | | X | | Exhibit 1912 previously admitted | |
| 2134 | | | X | | Exhibit 2134 previously admitted | |
| 2215 | | | X | X | Exhibit 2215 marked and admitted<br>E-mail from Andrew Gersh to Allison Strathmeier, et al. and cc'd to Rusty Thomas, et al., dated August 10, 2011 regarding "FW Project Tesla – draft report" | |
| 1352 | | | X | | Exhibit 1352 previously admitted | |
| 2215 | | | X | | Exhibit 2215 previously admitted | |
| | | 11:27 a.m. | | | Defense (Lynch) cross-examination of witness Andy Gersh | |
| | 2011 | | X | | Exhibit 2011 previously admitted | |
| | 2038 | | X | | Exhibit 2038 previously admitted | |
| | 2215 | | X | | Exhibit 2215 previously admitted | |
| | 2110 | | X | X | Exhibit 2110 marked and admitted<br>Statement of Work Template for Due Diligence Assistance Services | |
| | | 12:03 p.m.<br><br>12:14 p.m. | | | Jurors on break. Discussion re witness testimony/defense counsel inquiry re due diligence.<br>Court adjourned | |
| | | 12:50 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard.  Jurors not present. All parties present. Discussion re Mr. Brice testimony. | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1:02 p.m. | | | All jurors present. Defense (Lynch) cross-examination of witness of Andy Gersh | |
| | 1352 | | X | | Exhibit 1352 previously admitted | |
| | 428 | | X | | Exhibit 428 previously admitted | |
| | 1531 | | X | | Exhibit 1531 previously admitted | |
| | 661 | | X | | Exhibit 661 previously admitted | |
| | 4751 | | X | X | Exhibit 4751 marked and admitted<br>Revenue recognition questions | |
| | 4752 | | X | X | Exhibit 4752 marked and admitted<br>Project Tesla - Contract Review Questions.docx | |
| | 1041 | | X | | Exhibit 1041 previously admitted | |
| | 4238 | | X | X | Exhibit 4238 marked and admitted<br>6517.pdf | |
| | 2083 | | X | | Exhibit 2083 previously admitted | |
| | 4850 | | X | X | Exhibit 4850 marked and admitted<br>Status update | |
| | 4851 | | X | X | Exhibit 4851 marked and admitted<br>Tesla - due diligence status August 3, 2011.docx | |
| | 1382 | | X | | Exhibit 1382 previously admitted | |
| | 2167 | | X | | Exhibit 2167 previously admitted | |
| | 661 | | X | | Exhibit 661 previously admitted | |
| | 2249 | | X | X | Exhibit 2249 marked and admitted<br>Email from A. Gersh to M. Sarin, J. Boggs, V. Bhagat, E. Hisao, A. Johnson re "Progject Tesla – auditor quests.docx" | |
| | 6753 | | X | | Exhibit 6753 previously admitted | |
| | 7471 | | X | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense (Lynch) cross-examination of witness Andy Gersh.<br>Exhibit 7471 previously admitted | |
| | 7471.1 | | X | X | Exhibit 7471.1 marked and admitted | |
| | 4870 | | X | | Exhibit 4870 previously admitted | |
| | 7471.1 | | X | | Exhibit 747.1 previously admitted | |
| | 8286.2 | | X | X | Exhibit 8286.2 marked and admitted<br>Attachment to 6/22/2012 GershA email: "OEM ANALYSIS.doc.pdf" | |
| | 7471.1 | | X | | Exhibit 7471.1 previously admitted | |
| | | 3:24 p.m. | | | Defense (Chamberlain) cross-examination of witness Andy Gersh | |
| | 2053 | | X | | Exhibit 2053 previously admitted | |
| | 2560 | | X | | Exhibit 2560 previously admitted | |
| | 2083 | | X | | Exhibit 2083 previously admitted | |
| | 2134 | | X | | Exhibit 2134 previously admitted | |

4

|  | 6753 |  | X |  | Exhibit 6753 previously admitted |  |
|---|---|---|---|---|---|---|
|  | 2066 |  | X |  | Exhibit 2066 previously admitted |  |
|  | 2067 |  | X | X | Exhibit 2067 marked and admitted<br>E-mail from Sushovan Hussain to Stephen Chamberlain,<br>dated August 1, 2011 regarding "Top Customers" |  |
|  | 2075 |  | X | X | Exhibit 2075 marked and admitted<br>Email from HussainS to ChamberlainS, KanterA & LynchM re "RE: Top Customers" |  |
|  |  | 3:46 p.m. |  |  | Government re-direct of witness Andy Gersh |  |
| 1352 |  |  | X |  | Exhibit 1352 previously admitted |  |
|  |  | 3:50 p.m.<br><br>4:50 p.m. |  |  | Witness excused.  Jurors excused until May 14, 2024 at 9:15 a.m.<br>Defense request to exclude all testimony re VSOE issue. Discussion re Mr. Brice's testimony.<br>Court adjourned until May 14, 2024 at 9:15 a.m. |  |