UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>May 14, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:14 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. Jurors not present. Discussion re Andy Gersh testimony. | |
| | | 9:18 a.m. | | | All jurors present. All parties present. Witness Andy Gersh recalled. Defense (Chamberlain) re-cross examination of Andy Gersh. | |
| | | 9:21 a.m. | | | Witness excused | |
| | | 9:22 a.m. | | | Defense (Lynch) cross-examination of Andy Johnson | |
| | 13575 | | X | X | Exhibit 13575 marked and admitted<br>Email from SarinM to HsiaoE et al re Tesla DD process/workstreams | |
| | 2238 | | X | X | Exhibit 2238 marked and admitted<br>"Updates" | |
| | 7770 | | X | X | Exhibit 7770 marked and admitted<br>Walton,E re: "Tesla-LOI(s) NDA and Exclusivity Agreement" discussing esecution of documents and due diligence list. | |
| | 7732 | | X | X | Exhibit 7732 marked and admitted<br>solicitation Agreement | |
| | 7708 | | X | X | Exhibit 7708 marked and admitted | |

1

|  | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Daniel / Tesla Organization Call" -- email chain included forwarded email chain between JohnsonA; SmithM; SarinM regarding | |
| | 7733 | | X | X | Exhibit 7733 marked and admitted<br>Email from PhanTranT to RobisonS, JohnsonA RE: Letter to Directors | |
| | 8791 | | X | X | Exhibit 8791 marked and admitted<br>Email from PatelA to JohnsonA; SarinM, cc: CarterM; TaylorR; ParkerP; SmithM, re: "Project Atlantis Deal Protection" | |
| | 8788 | | X | X | Exhibit 8788 marked and admitted<br>Email from JohnsonA to RobisonS, re: "atlantis deck" | |
| | 1993 | | X | X | Exhibit 1993 marked and admitted<br>with interloper agenda attached | |
| | 4843 | | X | | Exhibit 4843 previously admitted | |
| | 1992 | | X | X | Exhibit 1992 marked and admitted<br>concern over our synergies) | |
| | 13674 | | X | X | Exhibit 13674 marked and admitted<br>Email from SarinM to JohnsonA re Status update | |
| | 4765 | | X | X | Exhibit 4765 marked and admitted<br>diligence update | |
| | 2251 | | X | X | Exhibit 2251 marked and admitted<br>Final DD List" | |
| | 6521 | | X | X | Exhibit 6521 marked and admitted<br>Gersh, SmithE, HsiaoE, BhagatV RE: Tesla - Review of DD report with KPMG | |
| | 4870 | | X | | Exhibit 4870 previously admitted | |
| | | 10:25 a.m. | | | Court in recess | |
| | | 10:46 a.m. | | | Court reconvened.  Court Reporter – Rhonda Aquilina. Jurors not present. All parties present. Commentary re MIL. | |
| | | 10:48 a.m. | | | All jurors present. All parties present. Defense (Lynch) cross-examination of Andy Johnson | |
| | 1792 | | X | X | Exhibit 1792 marked and admitted<br>Email from HsiaoE to JohnsonA, Cc to SarinM, et al., re "RE: Atlantis" | |
| | 8481 | | X | X | Exhibit 8481 marked and admitted<br>Email from HsiaoE to SarinM, re: "Atlantis Model" | |
| | 8609 | | X | X | Exhibit 8609 marked and admitted<br>Email from HisiaoE to BreyaM; JohnsonA; SarinM: et al. re "Atlantis IRB" | |
| | 2023 | | X | | Exhibit 2023 previously admitted | |
| | 8609 | | X | | Exhibit 8609 previously admitted | |
| | 8490 | | X | X | Exhibit 8490 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Email from HsiaoE to JohnsonA; SarinM, re: "Atlantis Slides" | |
| | 8491 | | X | X | Exhibit 8491 marked and admitted<br>Email from JohnsonA to SarinM, re: "RE: which case is it?" | |
| | 8493 | | X | X | Exhibit 8493 marked and admitted<br>Email from RobisonS to ApothekerL, re: "FW: Atlantis Analysis" | |
| | 8989 | | X | X | Exhibit 8989 marked and admitted<br>Email from HerbertE to ArnoldR; AhnJR; CarleyT; JohnsonA; LiuM; TorrigianiF, cc: HumphriesB; GoelR, re: "M&A Audit – latest presentation" | |
| | 8770 | | X | X | Exhibit 8770 marked and admitted<br>Email from HsiaoE to JohnsonA, cc: SarinM, re: "Atlantis (Case 1, 2, 3 and model) | |
| | 4840 | | X | | Exhibit 4840 previously admitted | |
| | 4843 | | X | | Exhibit 4843 previously admitted | |
| | 7719 | | X | X | Exhibit 7719 marked and admitted<br>Email from HsiaoE to JohnsonA; SarinM; BhagatV, re: "Tesla: Latest Model" | |
| | 7721 | | X | X | Exhibit 7721 marked and admitted<br>Email from BischoffT to JohnsonA; CarleyT, re: "RE: Tesla Integration Updates for ATS" | |
| | | 11:21 a.m. | | | Defense (Chamberlain) cross-examination of witness Andy Johnson | |
| | 2635 | | X | | Exhibit 2635 previously admitted | |
| | 9861 | | X | X | Exhibit 9861 marked and admitted | |
| | | 11:35 a.m. | | | Government re-redirect of witness Andy Johnson | |
| 4840 | | | X | | Exhibit 4840 previously admitted | |
| 7726 | | | X | X | Exhibit 7726 marked and admitted<br>oppty" | |
| | | 11:38 p.m. | | | Defense (Lynch) re-re cross examination of witness Andy Johnson | |
| | | 11:39 a.m. | | | Court instructs the jurors. Government witness - Marc Geall Video Deposition played to the jurors | |
| | | 12:01 p.m.<br><br>12:06 p.m. | | | Jurors on break. Court discussed Andy Johnson's testimony on Thursday and defense counsel's request re impeachment.<br>Court in recess | |
| | | 1:03 p.m. | | | Court reconvened.  Court Reporter – Jennifer Coulthard.  All jurors present.  All parties present. Government witness – Marc Geall Video Deposition played to the jurors | |
| 199 | | | X | X | Exhibit 199 marked and admitted<br>Press Release "Autonomy Applies its Advanced Meaning-Based Technology to Transform Database Market" | |
| 3 | | | X | X | Exhibit 3 marked and admitted | |

3

| | | | | | |  |
|---|---|---|---|---|---|---|
| | | | | | Report from Investgate on "AU announces strategic acquisition of revolutionary structured data technology" | |
| 287 | | | X | X | Exhibit 287 marked and admitted<br>Email from GeallM to OddyJ, Cc to HussainS re "please print off for Sushovan" | |
| 291 | | | X | | Exhibit 291 previously admitted | |
| 647 | | | X | X | Exhibit 647 marked and admitted<br>Email from GeallM to LynchM re "Private and Confidential" | |
| | 996 | | X | X | Exhibit 996 marked and admitted<br>DB Equity Research Report on Autonomy by GeallM re "Weak 2Q, yet fundamental investment case remains" | |
| | 4078 | | X | X | Exhibit 4078 marked and admitted<br>Roadshow feedback | |
| | 5021 | | X | X | Exhibit 5021 marked and admitted<br>Email from Foong to Geall, cc: Krishnan; MRL, re: "RE: Cazenove Dialogue" - discussing call with Cazenove about whether Daud was under investigation | |
| | 5038 | | X | X | Exhibit 5038 marked and admitted<br>Email from Geall to MRL and Hussain, re: (No subject) - discussing the attached PDFs of 'Book of Short stories' and 'Cazenove Note 26th September' regarding Autonomy's growth and cashflow | |
| | 5038.1 | | X | X | Exhibit 5038.1 marked and admitted | |
| | 5039 | | X | X | Exhibit 5039 marked and admitted<br>Email from Geall to Lucini, re: "Re: this is money" discussing the this is money article regarding Autonomy's growth and trading throughout 2009 | |
| | 5066 | | X | X | Exhibit 5066 marked and admitted<br>Email from MRL to Geall re: "Re: Fw: September Tech Conference" discussing Autonomy's attendance at the DB Tech Conference. | |
| | 5084 | | X | X | Exhibit 5084 marked and admitted<br>Email from Geall to MRL, re: "Should we be taking this down from the web-site??" - discussing removing NCorp press release from website (5084A is native file and cleaner version presented during Geall R15 depo) | |
| | 5084a | | X | X | Exhibit 5084a marked and admitted | |
| | 5093 | | X | X | Exhibit 5093 marked and admitted<br>Email from Geall to Liu, cc: Egan; MRL, re: "Lone Pine" - coordinating briefing call for Egan | |
| | 11611 | | X | X | Exhibit 11611 marked and admitted<br>Autonomy Q2 2009 and 1H 2009 Results Presentation | |
| | 15254 | | X | X | Exhibit 15254 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | From stephen chamberlain to 'marc geall' <marcg@autonomy.com>\|'"mike lynch"' <mrl@autonomy.com>'peter goodman' <pgoodman@autonomy.com>\|'"sushovan hussain"' <sushovanh@autonomy.com> re: RE: Finalising estimates for the convertible bond | |
| | | 2:23 p.m. | | | Jurors on break. Discussion re Mr. Brice's testimony | |
| | | 2:59 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. Jurors not present. All parties present. Discussion re Mr. Brice's testimony. | |
| | | 3:04 p.m. | | | All jurors present. All parties present. Government witness sworn – **Steven Brice** | |
| 17499 | | | X | | Exhibit 17499 (Demonstrative) 17499-001 (Demonstrative) | |
| | | 3:49 p.m. 3:51 p.m. | | | Jurors excused until May 15, 2024 at 9:15 a.m. Court adjourned until May 15, 2024 at 9:15 a.m. | |

5