UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date: May 16, 2024                                              Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 5 Hours and 44 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:  USA v. Michael Richard Lynch
            USA v. Stephen Keith Chamberlain

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held.  Defense cross-examination of Steven Brice. Further jury trial set for May 20, 2024 at 9:15 a.m.

The Court DENIED Lynch's Motion to Strike Testimony of Steven Brice (dkt. 490).

The Court GRANTED Chamberlain's Motion to Exclude Chamberlain's Handwritten Notebooks Through Case Agent (dkt. 480).

The Court DENIED Lynch's Motion and Renewed Motion to Exclude Improper Summary Witness Testimony, subject to the Government modifying its summaries as described on the record (dkts. 487, 489).

On May 14, the Court DENIED Lynch's Motion to Exclude Government's Demonstratives, as to the Government's updated slide deck (dkt. 483).

Exhibits Marked and Admitted: 44, 7812, 9108d, 9110, 9871, 9873, 14741, 14726, 14761,

Exhibits Marked: 6737 pages 6; 7775 (Demonstrative); 11646 page 28 (Demonstrative); 17499 pages 26, 56, 57, 60 (Demonstrative)