| | |
|---|---|
| Jonathan M. Baum (SBN: 303469)<br>**Steptoe LLP**<br>One Market Street<br>Steuart Tower, Suite 1070<br>San Francisco, CA 94105<br>Telephone: (510) 735-4558<br>jbaum@steptoe.com<br><br>Reid H. Weingarten<br>Brian M. Heberlig<br>Michelle L. Levin<br>Nicholas P. Silverman<br>Drew C. Harris<br>(Admitted Pro Hac Vice)<br>**Steptoe LLP**<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 506-3900 | Christopher Morvillo<br>Celeste L. Koeleveld<br>Daniel S. Silver<br>(Admitted Pro Hac Vice)<br>**Clifford Chance US LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 878-3437<br>christopher.morvillo@cliffordchance.com<br><br>*Attorneys for Defendant*<br>*Michael Richard Lynch* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF JONATHAN M. BAUM IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION FOR ADMISSION OF FULL AUDIO RECORDING**<br><br>Date Filed: May 19, 2024 |

DECLARATION IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S MOTION FOR
ADMISSION OF FULL AUDIO RECORDING
3:18-cr-00577-CRB

# DECLARATION OF JONATHAN M. BAUM

I, Jonathan M. Baum, declare as follows:

1. I am an attorney licensed to practice law in California and a partner at the law firm of Steptoe LLP, counsel for the defendant Michael Richard Lynch. I am admitted to the United States District Court, Northern District of California.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of Exhibit 8598, the transcript associated with Exhibit 8257.

4. Attached hereto as Exhibit B is a true and correct copy of an excerpt of Exhibit 8598, the transcript associated with Exhibit 8257.2.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed May 19, 2024 in San Francisco, California.

Dated: May 19, 2024                    Respectfully submitted,

                                       */s/ Jonathan M. Baum*
                                       Jonathan M. Baum