| | |
|---|---|
| Jonathan M. Baum (SBN: 303469)<br>**Steptoe LLP**<br>One Market Street<br>Steuart Tower, Suite 1070<br>San Francisco, CA 94105<br>Telephone: (510) 735-4558<br>jbaum@steptoe.com<br><br>Reid H. Weingarten<br>Brian M. Heberlig<br>Michelle L. Levin<br>Nicholas P. Silverman<br>Drew C. Harris<br>(Admitted Pro Hac Vice)<br>**Steptoe LLP**<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 506-3900 | Christopher J. Morvillo<br>Celeste L.M. Koeleveld<br>Daniel S. Silver<br>(Admitted Pro Hac Vice)<br>**Clifford Chance US LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 878-3437<br>christopher.morvillo@cliffordchance.com<br><br>*Attorneys for Defendant*<br>*Michael Richard Lynch* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>            Defendants. | Case No.: 3:18-cr-00577-CRB<br>Judge: Hon. Charles Breyer<br><br>**DECLARATION OF CELESTE L.M. KOELEVELD IN SUPPORT OF DEFENDANT MICHAEL RICHARD LYNCH'S 29(A) MOTION FOR ACQUITTAL ON COUNT 16**<br><br>Court: Courtroom 6 – 17th Floor<br>Date Filed: May 20, 2024<br>Trial Date: March 18, 2024 |

KOELEVELD DECL. ISO RULE 29(A) MOTION ON COUNT 16 – 3:18-CR-00577-CRB

**DECLARATION OF CELESTE L.M. KOELEVELD**

I, Celeste L.M. Koeleveld, declare as follows:

1. I am an attorney licensed to practice law in New York and a partner at the law firm of Clifford Chance US LLP, counsel for the defendant Michael Richard Lynch.

2. I have knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could do so competently under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of HP's press release, issued August 18, 2011 (Tr. Ex. 2295).

4. Attached hereto as Exhibit 2 is a true and correct copy of the press announcement referred to during the testimony of Andy Johnson (Tr. Ex. 2306).

5. Attached hereto as Exhibit 3 is a true and correct copy of the irrevocable undertaking (Tr. Ex. 2308).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed May 20, 2024, in San Francisco, California.

*/s/ Celeste L.M. Koeleveld*
Celeste L.M. Koeleveld

KOELEVELD DECL. ISO RULE 29(A) MOTION ON COUNT 16 – 3:18-CR-00577-CRB
1