UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| May 20, 2024 | Rhonda Aquilina and Jennifer Coulthard | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:13 a.m. | | | Judge cried-in. Jurors not present. All parties present. Defense counsel discussion re Government's new exhibits (5 new exhibits) | |
| | | 9:18 a.m. | | | Government witness sworn – **Britta Huebsch** | |
| 10104 | | | X | X | Group 1 – Exhibits 24 through 17511<br>Group 2 – Exhibits 10104 through 17301<br>Group 3 – Exhibits 131 through 17482<br>All Exhibits marked and admitted<br>Exhibit 10104 marked and admitted<br>Email from HussainS to KanterA, PeterM re " group revenue " | |
| 17034 | | | X | X | Exhibit 17034 marked and admitted<br>Autonomy Share Price (2000-2011) | |
| 15395 | | | X | X | Exhibit 15395 marked and admitted | |
| 24 | | | X | X | Exhibit 24 marked and admitted<br>Email from HussainS to LynchM, MenellP & KanterA re "group revenue" | |
| 85 | | | X | X | Exhibit 85 marked and admitted | |
| 121 | | | X | X | Exhibit 121 marked and admitted | |
| 195 | | | X | X | Exhibit 195 marked and admitted | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 211 | | | X | X | Exhibit 211 marked and admitted | |
| 217 | | | X | X | Exhibit 217 marked and admitted | |
| 214 | | | X | X | Exhibit 214 marked and admitted | |
| 281 | | | X | X | Exhibit 281 marked and admitted | |
| 395 | | | X | X | Exhibit 395 marked and admitted | |
| 444 | | | X | X | Exhibit 444 marked and admitted | |
| 462 | | | X | X | Exhibit 462 marked and admitted | |
| 644 | | | X | X | Exhibit 644 marked and admitted | |
| 646 | | | X | | Exhibit 646 previously admitted | |
| 680 | | | X | X | Exhibit 680 previously admitted | |
| 691 | | | X | X | Exhibit 691 marked and admitted | |
| 709 | | | X | X | Exhibit 709 marked and admitted | |
| 728 | | | X | X | Exhibit 728 previously admitted | |
| 736 | | | X | X | Exhibit 736 marked and admitted | |
| 838 | | | X | X | Exhibit 838 marked and admitted | |
| 1500 | | | X | X | Exhibit 1500 previously admitted | |
| 1508 | | | X | | Exhibit 1508 previously admitted | |
| 1646 | | | X | X | Exhibit 1646 marked and admitted | |
| 1725 | | | X | | Exhibit 1725 previously admitted | |
| 1750 | | | X | | Exhibit 1750 previously admitted | |
| 1845 | | | X | X | Exhibit 1845 marked and admitted | |
| 1848 | | | X | X | Exhibit 1848 marked and admitted | |
| 2093 | | | X | X | Exhibit 2093 marked and admitted | |
| 2144 | | | X | X | Exhibit 2144 marked and admitted | |
| 3026 | | | X | X | Exhibit 3026 marked and admitted | |
| 4957 | | | X | X | Exhibit 4957 marked and admitted | |
| 10019 | | | X | X | Exhibit 10019 marked and admitted | |
| 10028 | | | X | | Exhibit 10028 previously admitted | |
| 10233 | | | X | X | Exhibit 10233 marked and admitted | |
| 10295 | | | X | X | Exhibit 10295 marked and admitted | |
| 10298 | | | X | X | Exhibit 10298 marked and admitted | |
| 15286 | | | X | X | Exhibit 15286 marked and admitted | |
| 15287 | | | X | X | Exhibit 15287 marked and admitted | |
| 15584 | | | X | X | Exhibit 15584 marked and admitted | |
| 15588 | | | X | | Exhibit 15588 previously admitted | |
| 15726 | | | X | X | Exhibit 15726 marked and admitted | |
| 15926 | | | X | X | Exhibit 15926 marked and admitted | |
| 15927 | | | X | X | Exhibit 15927 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15930 | | | X | X | Exhibit 15930 marked and admitted | |
| 15931 | | | X | X | Exhibit 15931 marked and admitted | |
| 15932 | | | X | X | Exhibit 15932 marked and admitted | |
| 15933 | | | X | X | Exhibit 15933 marked and admitted | |
| 15937 | | | X | X | Exhibit 15937 marked and admitted | |
| 15938 | | | X | X | Exhibit 15938 marked and admitted | |
| 15939 | | | X | X | Exhibit 15939 marked and admitted | |
| 15941 | | | X | X | Exhibit 15941 marked and admitted | |
| 15942 | | | X | X | Exhibit 15942 marked and admitted | |
| 15945 | | | X | X | Exhibit 15945 marked and admitted | |
| 15946 | | | X | X | Exhibit 15946 marked and admitted | |
| 15947 | | | X | X | Exhibit 15947 marked and admitted | |
| 15949 | | | X | X | Exhibit 15949 marked and admitted | |
| 15950 | | | X | X | Exhibit 15950 marked and admitted | |
| 15955 | | | X | X | Exhibit 15955 marked and admitted | |
| 15965 | | | X | X | Exhibit 15965 marked and admitted | |
| 15969 | | | X | X | Exhibit 15969 marked and admitted | |
| 16936 | | | X | X | Exhibit 16936 marked and admitted | |
| 16940 | | | X | X | Exhibit 16940 marked and admitted | |
| 16945 | | | X | X | Exhibit 16945 marked and admitted | |
| 16976 | | | X | X | Exhibit 16976 marked and admitted | |
| 17291 | | | X | X | Exhibit 17291 marked and admitted | |
| 17497 | | | X | X | Exhibit 17497 marked and admitted | |
| 17511 | | | X | X | Exhibit 17511 marked and admitted | |
| 10104 | | | X | X | Exhibit 10104 marked and admitted | |
| 10613 | | | X | X | Exhibit 10613 marked and admitted | |
| 10664 | | | X | X | Exhibit 10664 marked and admitted | |
| 10666 | | | X | X | Exhibit 10666 marked and admitted | |
| 10667 | | | X | X | Exhibit 10667 marked and admitted | |
| 10678 | | | X | X | Exhibit 10678 marked and admitted | |
| 10681 | | | X | X | Exhibit 10681 marked and admitted | |
| 10682 | | | X | X | Exhibit 10682 marked and admitted | |
| 10693 | | | X | X | Exhibit 10693 marked and admitted | |
| 10701 | | | X | X | Exhibit 10701 marked and admitted | |
| 10702 | | | X | X | Exhibit 10702 marked and admitted | |
| 10735 | | | X | X | Exhibit 10735 marked and admitted | |
| 10740 | | | X | X | Exhibit 10740 marked and admitted | |
| 10745 | | | X | X | Exhibit 10745 marked and admitted | |

| Exhibit | | | Marked | Admitted | Description | |
|---|---|---|---|---|---|---|
| 10794 | | | X | X | Exhibit 10794 marked and admitted | |
| 10766 | | | X | X | Exhibit 10766 marked and admitted | |
| 10776 | | | X | X | Exhibit 10776 marked and admitted | |
| 10777 | | | X | X | Exhibit 10777 marked and admitted | |
| 10788 | | | X | X | Exhibit 10788 marked and admitted | |
| 10911 | | | X | X | Exhibit 10911 marked and admitted | |
| 10985 | | | X | X | Exhibit 10985 marked and admitted | |
| 11665 | | | X | | Exhibit 11665 previously admitted | |
| 12352 | | | X | X | Exhibit 12352 marked and admitted | |
| 12962 | | | X | X | Exhibit 12962 marked and admitted | |
| 12965 | | | X | X | Exhibit 12965 marked and admitted | |
| 12966 | | | X | X | Exhibit 12966 marked and admitted | |
| 12959 | | | X | X | Exhibit 12959 marked and admitted | |
| 17301 | | | X | X | Exhibit 17301 marked and admitted | |
| 131 | | | X | X | Exhibit 131 marked and admitted | |
| 420 | | | X | | Exhibit 420 previously admitted | |
| 499 | | | X | | Exhibit 499 previously admitted | |
| 707 | | | X | | Exhibit 707 previously admitted | |
| 708 | | | X | X | Exhibit 708 marked and admitted | |
| 737 | | | X | X | Exhibit 737 marked and admitted | |
| 758 | | | X | X | Exhibit 758 marked and admitted | |
| 838 | | | X | X | Exhibit 838 marked and admitted | |
| 1115 | | | X | | Exhibit 1115 previously admitted | |
| 1727 | | | X | | Exhibit 1727 previously admitted | |
| 1750 | | | X | | Exhibit 1750 previously admitted | |
| 1912 | | | X | X | Exhibit 1912 marked and admitted | |
| 2243 | | | X | X | Exhibit 2243 marked and admitted | |
| 2307 | | | X | | Exhibit 2307 previously admitted | |
| 2618 | | | X | X | Exhibit 2618 marked and admitted | |
| 2644 | | | X | X | Exhibit 2644 marked and admitted | |
| 2645 | | | X | X | Exhibit 2645 marked and admitted | |
| 2788 | | | X | X | Exhibit 2788 marked and admitted | |
| 3029 | | | X | X | Exhibit 3029 marked and admitted | |
| 3030 | | | X | X | Exhibit 3030 marked and admitted | |
| 3063 | | | X | X | Exhibit 3063 marked and admitted | |
| 3453 | | | X | X | Exhibit 3453 marked and admitted | |
| 3845 | | | X | X | Exhibit 3845 marked and admitted | |
| 10605 | | | X | X | Exhibit 10605 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10645 | | | X | X | Exhibit 10645 marked and admitted | |
| 10650 | | | X | X | Exhibit 10645 marked and admitted | |
| 10693 | | | X | X | Exhibit 10693 marked and admitted | |
| 10794 | | | X | X | Exhibit 10794 marked and admitted | |
| 11474 | | | X | X | Exhibit 11474 marked and admitted | |
| 11609 | | | X | X | Exhibit 11609 marked and admitted | |
| 11953 | | | X | X | Exhibit 11953 marked and admitted | |
| 12301 | | | X | X | Exhibit 12301 marked and admitted | |
| 12570 | | | X | X | Exhibit 12570 marked and admitted | |
| 12299 | | | X | X | Exhibit 12299 marked and admitted | |
| 14756 | | | X | X | Exhibit 14756 marked and admitted | |
| 16600 | | | X | X | Exhibit 16600 marked and admitted | |
| 16605 | | | X | X | Exhibit 16605 marked and admitted | |
| 16608 | | | X | X | Exhibit 16608 marked and admitted | |
| 16418 | | | X | | Exhibit 16418 previously admitted | |
| 16453 | | | X | X | Exhibit 16453 marked and admitted | |
| 16464 | | | X | X | Exhibit 16464 marked and admitted | |
| 16475 | | | X | | Exhibit 16475 previously admitted | |
| 16488 | | | X | X | Exhibit 16488 marked and admitted | |
| 16514 | | | X | X | Exhibit 16514 marked and admitted | |
| 16530 | | | X | X | Exhibit 16530 marked and admitted | |
| 16546 | | | X | X | Exhibit 16546 marked and admitted | |
| 16548 | | | X | X | Exhibit 16548 marked and admitted | |
| 16558 | | | X | X | Exhibit 16558 marked and admitted | |
| 16576 | | | X | X | Exhibit 16576 marked and admitted | |
| 16577 | | | X | X | Exhibit 16577 marked and admitted | |
| 16586 | | | X | X | Exhibit 16586 marked and admitted | |
| 16605 | | | X | X | Exhibit 16605 marked and admitted | |
| 16608 | | | X | X | Exhibit 16608 marked and admitted | |
| 16714 | | | X | X | Exhibit 16714 marked and admitted | |
| 16737 | | | X | | Exhibit 16737 previously admitted | |
| 16750 | | | X | | Exhibit 16750 previously admitted | |
| 16752 | | | X | X | Exhibit 16752 marked and admitted | |
| 16761 | | | X | X | Exhibit 16761 marked and admitted | |
| 16773 | | | X | X | Exhibit 16773 marked and admitted | |
| 16780 | | | X | X | Exhibit 16780 marked and admitted | |
| 16851 | | | X | X | Exhibit 16851 marked and admitted | |
| 16852 | | | X | X | Exhibit 16852 marked and admitted | |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 16903 | | | X | X | Exhibit 16903 marked and admitted | |
| 17034 | | | X | X | Exhibit 17034 marked and admitted | |
| 17037 | | | X | X | Exhibit 17037 marked and admitted | |
| 17039 | | | X | X | Exhibit 17039 marked and admitted | |
| 17041 | | | X | X | Exhibit 17041 marked and admitted | |
| 17044 | | | X | X | Exhibit 17044 marked and admitted | |
| 17056 | | | X | X | Exhibit 17056 marked and admitted | |
| 17290 | | | X | X | Exhibit 17290 marked and admitted | |
| 17296 | | | X | X | Exhibit 17296 marked and admitted | |
| 17297 | | | X | X | Exhibit 17297 marked and admitted | |
| 17481 | | | X | X | Exhibit 17481 marked and admitted | |
| 17482 | | | X | X | Exhibit 17482 marked and admitted | |
| 10295 | | | X | | Exhibit 10295 previously admitted | |
| 728 | | | X | | Exhibit 728 previously admitted | |
| 10028 | | | X | | Exhibit 10028 previously admitted | |
| 737 | | | X | | Exhibit 737 previously admitted | |
| 736 | | | X | | Exhibit 736 previously admitted | |
| 2788 | | | X | | Exhibit 2788 previously admitted | |
| 16752 | | | X | | Exhibit 16752 previously admitted | |
| 16750 | | | X | | Exhibit 16750 previously admitted | |
| 17498 | | | X | | Exhibit 17498 previously admitted | |
| 1500 | | | X | | Exhibit 1500 previously admitted | |
| 1508 | | | X | | Exhibit 1508 previously admitted | |
| 14798 | | | X | | Exhibit 14798 previously admitted | |
| 1727 | | | X | | Exhibit 1727 previously admitted | |
| 1750 | | | X | | Exhibit 1750 previously admitted | |
| 17511 | | | X | | Exhibit 17511 previously admitted | |
| 15726 | | | X | | Exhibit 15726 previously admitted | |
| 10717 | | | X | X | Exhibit 10717 marked and admitted | |
| 17484 | | | X | X | Exhibit 1784 marked and admitted | |
| 17485 | | | X | X | Exhibit 17485 marked and admitted | |
| | | 10:41 a.m. | | | Court in recess | |
| | | 11:02 a.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. Defense (Lynch) cross-examination of Britta Huebsch | |
| | 17259 | | X | | Exhibit 17259 previously admitted | |
| | 428 | | X | | Exhibit 428 previously admitted | |
| | 1352 | | X | | Exhibit 1352 previously admitted | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | 10777 | | X | | Exhibit 10777 previously admitted | |
| | 17160 | | X | | Exhibit 17160 previously admitted | |
| | 4835 | | X | | Exhibit 4835 previously admitted | |
| | 11665 | | X | | Exhibit 11665 previously admitted | |
| | 1183 | | X | | Exhibit 1183 previously admitted | |
| | 10701 | | X | | Exhibit 10701 previously admitted | |
| | 9105 | | X | | Exhibit 9105 marked and admitted | |
| | 10664 | | X | | Exhibit 10664 previously admitted | |
| | 11665 | | X | | Exhibit 11665 previously admitted | |
| | 10664 | | X | | Exhibit 10664 previously admitted | |
| | 10701 | | X | | Exhibit 10701 previously admitted | |
| | 11665 | | X | | Exhibit 11665 previously admitted | |
| | | 11:40 a.m. | | | Defense (Chamberlain) cross-examination Britta Huebsch | |
| | 1727 | | X | | Exhibit 1727 previously admitted | |
| | 9714 | | X | | Exhibit 9714 previously admitted | |
| | 13030 | | X | | Exhibit 13030 previously admitted | |
| | 1500 | | X | | Exhibit 1500 previously admitted | |
| | 17526 | | X | | Exhibit 17526 previously admitted (not displayed) | |
| | 1788 | | X | | Exhibit 1788 previously admitted | |
| | 15726 | | X | | Exhibit 15726 previously admitted | |
| | 728 | | X | | Exhibit 728 previously admitted | |
| | 14783 | | X | | Exhibit 14783 previously admitted | |
| | 9875 | | X | X | Exhibit 9875 marked and admitted | |
| | 9874 | | X | X | Exhibit 9874 marked and admitted | |
| | 15932 | | X | X | Exhibit 15932 marked and admitted | |
| | 9872 | | X | X | Exhibit 9872 marked and admitted | |
| | 9872.1 | | X | X | Exhibit 9872.1 marked and admitted | |
| | 9861 | | X | | Exhibit 9861 previously admitted | |
| | 12001 | | X | X | Exhibit 12001 marked and admitted | |
| | | 12:02 p.m. | | | Government re-direct of witness Britta Huebsch | |
| 17497 | | | X | X | Exhibit 17497- slide 5 marked and admitted | |
| | | 12:06 p.m. | | | Government read stipulations into the record | |
| 17501 | | | X | X | Exhibit 17501 marked and admitted | |
| | | 12:11 p.m. | | | Court adjourned | |
| | | 12:45 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All parties present. Defense (Lynch and Chamberlain) Rule 29 motion. Counsel will file Rule 29 Motions. Motion taken under submission. | |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1:01 p.m. | | | All jurors present. Government read stipulation into the record. | |
| 17502 | | | X | X | Exhibit 17502 marked and admitted. Read into the record. | |
| 17503 | | | X | X | Exhibit 17503 marked and admitted. Government read stipulation into the record. | |
| 17504 | | | X | X | Exhibit 17504 marked and admitted. Government read stipulation into the record. | |
| | | 1:11 p.m. | | | Government rest. | |
| | | 1:11 p.m. | | | Defense (Lynch ) witness sworn **Gregory Robert Taylor** | |
| | 6737 | | X | | Exhibit 6737 marked (Demonstrative) | |
| | 9113 | | X | X | Exhibit 9113 marked and admitted | |
| | 6737 | | X | | Exhibit 6737 marked (Demonstrative) | |
| | 17499 | | X | | Exhibit 17499 marked (Demonstrative) | |
| | | 2:21 p.m. | | | Jurors on break. Government request to strike testimony outside of the expert report. | |
| | | 2:33 p.m. | | | Court in recess | |
| | | 2:45 p.m. | | | Court reconvened.  Court Reporter – Rhonda Aquilina. Defense (Lynch) direct examination of witness Gregory R. Taylor | |
| | | 2:51 p.m. | | | Government cross-examination of witness Gregory R. Taylor | |
| 23736 | | | X | | Exhibit 23736 marked (Demonstrative) | |
| 1512 | | | X | | Exhibit 1512 previously admitted | |
| 1727 | | | X | | Exhibit 1727 previously admitted | |
| 14408 | | | X | X | Exhibit 14408 marked and admitted | |
| 17516 | | | X | X | Exhibit 17516 marked and admitted | |
| 16670 | | | X | | Exhibit 16670 previously admitted | |
| 364 | | | X | | Exhibit 364 previously admitted | |
| 16458 | | | X | | Exhibit 16458 previously admitted | |
| 17518 | | | X | | Exhibit 17518 previously admitted | |
| | | | | | | |
| | | 3:47 p.m. 3:49 p.m. | | | Jurors excused until May 21, 2024 at 9:15 a.m. Court adjourned until May 21, 2024 at 9:15 a.m. | |

8