# Group Structure



EXH 09126.1

EXH. 09133-001

# Autonomy's Footprint



Offices: **33 locations** — As of Q1 2011
Personnel: **1,878 employees** — 2010 Average Headcount
Revenue: **$2,086,097,000** — Q1 2009–Q2 2011
Net Profit: **$517,931,000** — Q1 2009–Q2 2011

EXHs 01352; 16540; 09123; 09123.1

EXH. 09133-002



# Where Mike Lynch Spent Time in 2010

Approximate 2010 Days by Location

EXHs 20905 – 21139

**EXH. 09133-003**











# Autonomy H1 2011 Financial Metrics With and Without Hardware Sales

| Financial Metric | Total | Without Hardware Sales | Effect of Removing Hardware |
|---|---|---|---|
| Cash Generated by Operations | $192M | $196M | ⬆ |
| Profit | $109M | $113M | ⬆ |
| Revenue | $476M | $435M | ⬇ |
| Gross Margin | 88% | 96% | ⬆ |
| Revenue Growth *(H1 2010 v. H1 2011)* | 15% | 17% | ⬆ |
| Profit Growth *(H1 2010 v. H1 2011)* | 7% | 8% | ⬆ |

EXHs 00112; 00684; 00685; 00931; 01703; 01704; 01930; 01931; 16540; 686; 932; 1705; 1932; 16990

EXH. 09133-009

# Q2 2009 to Q1 2010 Revenue and Hardware Sales



*Excludes Sears Roebuck & Co (~$187k) and Cook Country (~$81k)
EXHs 00165; 00289; 00588; 00661; 07939; 07494; 07495; 22095 - 23138

EXH. 09133-010

# Q2 2009 to Q1 2010 Hardware Sales



*Excludes Sears Roebuck & Co (~$187k) and Cook Country (~$81k)
EXHs 00165; 00289; 00588; 00661; 07939; 07494; 07495; 22095 - 23138

EXH. 09133-011

# Autonomy OEM Disclosures

| Date | Statement |
|---|---|
| Q1 2002 Quarterly Report | "**OEM-derived revenues** included $1.2 million of pre-paid royalties in the first quarter of 2002 and ongoing OEM royalties of $0.8 million" |
| Q2 2002 Earnings Call | "**OEM upsell** it's similar to other bits of our business"<br>"So last quarter for example there was a one that was much larger than the average which was in the **OEM upsells**"<br>"In this quarter, in total that there was three or four that we have transferred their **OEM upsell**" |
| Q3 2002 Earnings Call | "**Ongoing royalty revenues** up .6 million"<br>"[R]oyalties were [Inaudible] .6 million in prepaid, not .65, which leaves about a million from **up sell**" |
| Q2 2002 Quarterly Report | "**OEM-derived revenues** included $1.6 million of pre-paid royalties in the second quarter of 2002…with **ongoing OEM royalties** of $0.8 million" |
| Q3 2002 Quarterly Report | "**OEM-derived revenues** for the third quarter of 2002 of $2.3 million . . . included **ongoing OEM royalties** of $0.6 million" |
| Q4 2002 Earnings Call | "In terms of the **OEM revenue**, we had prepays of $0.4m, royalty of $0.3m and **up sell** of $1.2m. Which makes a total OEM of $2.2m"<br>"And in terms of the **POD** sales in Q4, it's included within the $1.5m of **up sell** for the OEMs" |
| Q4 2002 Quarterly Report | "**OEM-derived revenues** for the fourth quarter of 2002 of $2.2 million" |
| Q1 2003 Quarterly Report | "**OEM-derived revenues** for the first quarter of 2003 of $2.2 million" |
| Q2 2003 Earnings Call | "Total **OEM derived** revenues were $2.4m for Q2 2003"<br>"The revenue from the OEM program comprising some 18% of total revenue, included $0.8m from prepays and ongoing royalties, and $1.5m from **up-sells**"<br>"But this quarter the mix of deals was more in the **up-sell** category rather than the prepays and the ongoing royalties" |
| Q2 2003 Quarterly Report | "**OEM-derived revenues** for the second quarter of 2003 of $2.4 million" |
| Q3 2003 Earnings Call | "[W]e saw **OEM-derived** revenues of $2m in Q3 2003"<br>"$1.1m from prepays and a further $0.9m from ongoing royalty and **up-sells**" |
| Q3 2003 Quarterly Report | "**OEM-derived revenues** for the third quarter of 2003 of $2.0 million" |
| Q4 2003 Quarterly Report | "**OEM-derived revenues** for the fourth quarter of 2003 of $3.2 million" |

EXHs 11456; 9043; 11457; 9044; 23409; 11458; 23408; 9045; 11460; 9046; 11461; 23605; 23606

EXH. 09133-012

# Autonomy OEM Disclosures

| Date | Statement |
|---|---|
| Q4 2003 and 2003 YE Earnings Call | "Total **OEM derived** revenues of $3.6 million"<br>"Pre-pay and royalties around $1.3 million; and then we had a significant amount of **upsales** with companies such as Vignette[?] and Sybase. That was around $1.9 million"<br>"So, in terms of the pre-paid/**royalty** split, pre-pay was $1 million, ongoing royalty was $0.3 million. I just want to stress that the definition between pre-pay, **ongoing royalty**, and **upsales** sometimes becomes quite blurred" |
| Q1 2004 Earnings Call | "Total **OEM derived** revenues was just $3 million"<br>"Now those a lot of overlapse [sic] in OEM revenues with prepaid on going royalties and **up sales**, leading to a bit of confusion so we are now going to disclose in one category OEM royalty, which is combination of **prepay** and royalties . . . . In that $1 million was **up sale**, which is included within the license number"<br>"In that $1 million was **up sale**, which is included within the license number"<br>"That's up through the correct [sic]. So 8.5 million cross 1 million **up surd** [sic]" |
| Q1 2004 Quarterly Report | "**OEM-derived revenues** for the first quarter of 2004 of $3.0 million" |
| Q2 2004 Earnings Call | "Part of our OEM revenue comes from US software companies, as well as paying us normal royalties, they pay at an **up-sell**"<br>"**OEM royalties** and prepay were $1.7m. And licence revenue was $8.8m, which included $0.4m for **OEM up-sell**" |
| Q2 2004 Quarterly Report | "Autonomy experienced the effect of other software companies unexpectedly missing their quarterly results, impacting Autonomy's OEM **upsell** business"<br>"**OEM-derived revenues** for the second quarter of 2004 of $2.1 million" |
| Q3 2004 Earnings Call | "**OEM-derived** revenues were up significantly to $2.7 million of which pre-pay and royalty is $1.5 million, and up about $1.2 million" |
| Q3 2004 Quarterly Report | "**OEM-derived revenues** for the third quarter of 2004 of $2.7 million" |
| Q4 2004 Earnings Call | "The **OEM-derived** revenues were $3.6m, which included $1.6m of **up sell** and **pod** sales, and that $1.6m is included in the license number" |
| Q4 2004 Quarterly Report | "Autonomy's OEM Program was on target during the year with **OEM-derived revenues** for the fourth quarter of 2004 of $3.6 million" |
| Q1 2005 Quarterly Report | "**OEM-derived revenues** for the first quarter of 2005 of $3.2 million" |
| Q2 2005 Earnings Call | "[W]e actually saw 17% of revenues coming from our OEM business and **OEM derived** revenues actually up 71% year-on-year" |

EXHs 11498; 11416; 23407; 11462; 23406; 9017; 23405; 11463; 23404; 11475; 9015

**EXH. 09133-013**

# Autonomy OEM Disclosures

| Date | Statement |
|---|---|
| Q2 2005 Quarterly Report | "**OEM-derived revenues** of $3.6 million" |
| Q3 2005 Earnings Call | "[T]he total **derived income from OEM** is $3m of which Prepay and **Up-sell** is $1.6m" |
| Q3 2005 Quarterly Report | "**OEM-derived revenues** of $3.0 million" |
| Q4 2005 Earnings Call | "The total **derived revenue from OEM** was 4 million, so included in the license number is **upsell** of 2.5 million" |
| Q4 2005 Quarterly Report | "**OEM derived revenues** of $13.8 million" |
| Q1 2007 Earnings Call | "[A]s you know, you have things like [**up-sell**] and you have [**core**] and all those things that we've talked about over the years" |
| Q3 2009 Press Release | "**OEM Derived** Revenue - $24m" |
| Q3 2009 Earnings Call | "[T]he **OEM derived** revenue, as Andy described, was approximately $24 million in the quarter versus $18 million this time last year, up some 35%" |
| Q4 2009 Press Release | "**OEM Derived** Revenue - $27m" |
| Q1 2010 Press Release | "**OEM Derived** Revenue - $29m" |
| Q2 2010 Earnings Call | "**OEM derived** revenues were $67 million" |
| Q2 2010 Press Release | "**OEM Derived** Revenue - $38m" |
| Q3 2010 Press Release | "**OEM Derived** Revenue - $31m" |

EXHs 9047; 11465; 9048; 9016; 9049; 11467; 00289; 00295; 00588; 00661; 17279; 00994; 01186

EXH. 09133-014

# UK Software Company Acquisitions >$100M (2007–2011)



*Excludes acquisitions with negative premiums and/or for which data was unavailable via Bloomberg

EXH 09051

EXH. 09133-015



# April 2011 Analyst Target Prices



# July 2011 Analyst Target Prices & HP Acquisition Price



EXHs 08977; 08978; 08979; 08980; 08981; 08983; 08984; 08985; 08986; 08987; 08988; 08999; 07935; 11067; 07935

EXH. 09133-018