UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB-1
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:**<br>May 21, 2024 | **REPORTER(S):**<br>Rhonda Aquilina<br>Jennifer Coulthard | **CLERK:**<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:15 a.m. | | | Judge cried-in. All parties present. Jurors not present. Defense motion to strike testimony re McGregor. The Court directed the parties not to argue McGregor. | |
| | | 9:22 a.m. | | | Government cross-examination of witness **Gregory R. Taylor** | |
| 16584 | | | X | | Exhibit 16584 previously admitted | |
| 1432 | | | X | X | Exhibit 1432 marked and admitted<br>Email from Hussain to Chamberlain re "FW: Targets for 2011" | |
| | | 9:59 a.m. | | | Defense (Lynch) re-direct of witness Gregory R. Taylor | |
| | 9113 | | X | | Exhibit 9113 previously admitted | |
| | | 10:14 a.m. | | | Defense (Chamberlain) direct-examination of witness<br>Gregory R. Taylor | |
| | 4062 | | X | | Exhibit 4062 previously admitted | |
| | 5444 | | X | X | Exhibit 5444 marked and admitted<br>Email from Chamberlain to Hussain FW: Scanned image from AR-M237 | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:23 a.m. | | | Government re re-cross examination of witness Gregory R. Taylor | |
| | | 10:23 a.m. | | | Witness excused | |
| | | 10:24 a.m. | | | Jurors on break.<br>Counsel discuss Poppy Gustafsson deposition | |
| | | 10:39 a.m. | | | Court in recess | |
| | | 10:50 a.m.<br><br>10:51 a.m.<br>10:52 a.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. Al jurors present. All parties present.<br>Court instructs the jurors re video deposition.<br>Defense witness (video deposition)<br>Poppy Gustaffson (Prentiss) played to the jurors | |
| | | 12:07 p.m.<br><br><br>12:18 p.m. | | | Jurors on break.<br>Discussion re Motion for Acquittal. Disagreement re designation of video deposition of Lisa Harris.<br>Court in recess. | |
| | | 1:00 p.m.<br><br><br><br>1:05 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. Jurors not present. All parties present. Discussion re deposition of Gustaffson and Lisa Harris. Jury Note 2.<br><br>All jurors present. Defense witness (video deposition) Poppy Gustaffson (Prentiss) played to the jurors | |
| | 428 | | X | | Exhibit 428 previously admitted | |
| | 816 | | X | | Exhibit 816 previously admitted | |
| | 4344 | | X | X | Exhibit 4344 marked and admitted | |
| | 4369 | | X | X | Exhibit 4369 marked and admitted | |
| | 6762 | | X | | Exhibit 6762 previously admitted | |
| | 9505 | | X | X | Exhibit 9505 marked and admitted | |
| | 9506 | | X | | Exhibit 9506 previously admitted | |
| | 9509 | | X | X | Exhibit 9509 marked and admitted | |
| | 9510 | | X | X | Exhibit 9510 marked and admitted | |
| | 9510.1 | | X | X | Exhibit 9510.1 marked and admitted | |
| | 9510.2 | | X | X | Exhibit 9510.2 marked and admitted | |
| | 9513 | | X | X | Exhibit 9513 marked and admitted | |
| | 9514 | | X | X | Exhibit 9514 marked and admitted | |
| | 9515 | | X | X | Exhibit 9515 marked and admitted | |
| | 9516 | | X | X | Exhibit 9516 marked and admitted | |
| | 9516.1 | | X | X | Exhibit 9516.1 marked and admitted | |
| | 9523 | | X | | Exhibit 9523 previously admitted | |
| | 9525 | | X | X | Exhibit 9525 marked and admitted | |
| | 9508 | | X | X | Exhibit 9508 marked and admitted | |
| | 9542 | | X | X | Exhibit 9542 marked and admitted | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9542.1 | | X | X | Exhibit 9542.1 marked and admitted | |
| | 14700 | | X | X | Exhibit 14700 marked and admitted | |
| | 15726 | | X | | Exhibit 15726 previously admitted | |
| | 15742 | | X | X | Exhibit 15742 marked and admitted | |
| | 5444 | | X | X | Exhibit 5444 marked and admitted | |
| | | 2:05 p.m. | | | Defense witness (video deposition) Lisa Harris played to the jurors | |
| | | 2:33 p.m. | | | Jurors on break. Discussion re Jury Note 2 and trial schedule | |
| | | 2:40 p.m. | | | Court in recess | |
| | | 2:52 p.m. | | | Court reconvened.  All jurors present.  All parties present. Defense witness (video deposition) Lisa Harris played to the jurors | |
| | 9547 | | X | X | Exhibit 9547 marked and admitted | |
| | 9548 | | X | X | Exhibit 9548 marked and admitted | |
| | 15288 | | X | X | Exhibit 15299 marked and admitted | |
| | 15289 | | X | X | Exhibit 15289 marked and admitted | |
| | 15726 | | X | | Exhibit 15726 previously admitted | |
| | 9549 | | X | X | Exhibit 9549 marked and admitted | |
| | 9550 | | X | X | Exhibit 9550 marked and admitted | |
| | 9551 | | X | X | Exhibit 9551 marked and admitted | |
| | 9525 | | X | X | Exhibit 9525 marked and admitted | |
| | 9553 | | X | X | Exhibit 9553 marked and admitted | |
| | | 3:47 p.m. | | | Jurors excused until May 22, 2024 at 9:15 a.m. Counsel request clarification re ruling on video depositions. Discussion re Joel Scott recordings. Discussion re limiting closing arguments re evidence/documents in the record. | |
| | | 4:17 p.m. | | | Court adjourned until May 22, 2024 at 9:15 a.m. | |

3