IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN,<br><br>          Defendants. | Case No. 18-cr-00577-CRB<br><br>**ORDER RE DRAFT JURY INSTRUCTIONS** |

    The parties are directed to review the attached draft jury instructions and submit comments by 4 p.m. on Tuesday, May 28. The parties should focus their briefing on new arguments and any oversights they believe the Court may have made.

    The Court may still change the order of the instructions. Additionally, some instructions may be updated after the defense rests, including the applicable instruction based on Mr. Chamberlain's decision to testify or not.

    Finally, the Court attaches revisions to the Manual of Model Criminal Jury Instructions, which the Ninth Circuit Jury Instructions Committee revised in March 2024. The parties should include any requests for use of these revised instructions in their comments.

    **IT IS SO ORDERED.**

    Dated: May 27, 2024

                                            CHARLES R. BREYER<br>                                            United States District Judge