**To:**       Apotheker, Leo[leo.apotheker@hp.com]; Robison, Shane[shane.robison@hp.com]
**From:**     Raymond Lane
**Sent:**     Wed 1/26/2011 5:54:13 PM
**Importance:**       **Normal**
**Subject:**  Fwd: Fw:
Autonomy Overview (24 Jan 2011).pdf
ATT00001..htm
Autonomy Trading and Financial Statistics (24 Jan 2011).pdf
ATT00002..htm

Frank called me a couple days ago about this, we spoke today.  Shane, I think he's trying to connect within you too.

I'll catch up with Leo about it here in Davos.

Ray

Begin forwarded message:

From: Frank Quattrone <frank.quattrone@qatalyst.com<mailto:frank.quattrone@qatalyst.com>>
Date: January 26, 2011 9:19:48 AM PST
To: Raymond Lane <rlane@kpcb.com<mailto:rlane@kpcb.com>>
Subject: Fw:

Hi Ray, nice to catch up with you. Here are the slides as discussed. Please let me know how best to follow up.
Best regards,
Frank

_____
From: Gajan Rajanathan
To: Frank Quattrone
Sent: Wed Jan 26 09:28:23 2011
Subject:

United States District Court
Northern District of California

**Trial Exhibit 1519**

Case No:    CR 18-0577 CRB
Date Entered: _____
By: _____
Deputy Clerk

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

# Autonomy Trading and Financial Statistics





# Autonomy Historical Trading Performance



*January 3, 2006 to January 24, 2011*



| Autonomy Trading Overview | | | | | |
|---|---|---|---|---|---|
| | Price | | | | Average |
| | Spot | | Average | | Volume (000's) |
| Current | £14.78 / | $23.66 | - | | - |
| Last 10 Days | 15.50 / | 24.81 | £14.92 / | $23.88 | 1,224 |
| Last 30 Days | 13.45 / | 21.53 | 14.98 / | 23.97 | 977 |
| Last 60 Days | 14.80 / | 23.69 | 14.43 / | 23.12 | 1,221 |
| Last 120 Days | 16.66 / | 26.67 | 15.42 / | 24.69 | 1,336 |
| LTM | 15.29 / | 24.47 | 16.48 / | 26.38 | 1,215 |
| LTM High | 19.75 / | 31.61 | - | | - |
| LTM Low | 12.71 / | 20.34 | - | | - |

*Note: Based on trading days.*

*Source: Capital IQ. Share prices converted from GBP to USD at a constant spot exchange rate of 1.60.*



2

# Autonomy Recent Trading Performance



*January 4, 2010 to January 24, 2011*



**Feb 3, 2010:**
Reported full year 2009 results in line with analyst expectations.
*Stock price reaction: +1%*

**Apr 21, 2010:**
Reported Q1 2010 results in line with analyst consensus.
*Stock price reaction: +0%*

**Jul 22, 2010:**
Reported Q2 2010 results at the top end of guidance and slightly below consensus, guiding to a 4 -7% q/q fall in Q3 revenues.
*Stock price reaction: (9%)*

**Oct 6, 2010:**
Announced expectations that Q3 revenues would be disappointing.
*Stock price reaction: (16%)*

**Feb 10, 2010:**
Announced the offering of £500 ($800MM) worth of 3.25% convertible bonds due 2015, convertible at strike price of £20.63 ($33.03).
*Stock price reaction: (6%)*

**Nov 24, 2010:**
Announced ongoing work on a potential acquisition.
*Stock price reaction: (6%)*

**Oct 19, 2010:**
Announced Q3 2010 results and reaffirms FY11 guidance.
*Stock price reaction: +5%*

*Source: Capital IQ. Share prices converted from GBP to USD at a constant spot exchange rate of 1.60.*

3

HP-SEC-01588228
Exh 1519-0004

# Recent Trading Volume At Various Prices



*January 4, 2010 to January 24, 2011*



| | £12.00 / $19.21 | £12.50 / $20.01 | £13.00 / $20.81 | £13.50 / $21.61 | £14.00 / $22.41 | £14.50 / $23.21 | £15.00 / $24.01 | £15.50 / $24.81 | £16.00 / $25.61 | £16.50 / $26.41 | £17.00 / $27.21 | £17.50 / $28.01 | £18.00 / $28.81 | £18.50 / $29.61 | £19.00 / $30.41 | £19.50 / $31.21 | £20.00 / $32.01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Min Range:** | | | | | | | | | | | | | | | | | |
| **Max Range:** | £12.50 / $20.01 | £13.00 / $20.81 | £13.50 / $21.61 | £14.00 / $22.41 | £14.50 / $23.21 | £15.00 / $24.01 | £15.50 / $24.81 | £16.00 / $25.61 | £16.50 / $26.41 | £17.00 / $27.21 | £17.50 / $28.01 | £18.00 / $28.81 | £18.50 / $29.61 | £19.00 / $30.41 | £19.50 / $31.21 | £20.00 / $32.01 | £20.50 / $32.81 |
| Volume (MM) | 0.0 | 6.4 | 10.4 | 14.5 | 30.2 | 26.1 | 40.5 | 47.6 | 27.0 | 20.3 | 17.7 | 25.1 | 34.0 | 12.9 | 6.9 | 3.3 | 0.0 |
| *% of Total* | 0% | 2% | 3% | 4% | 9% | 8% | 13% | 15% | 8% | 6% | 5% | 8% | 11% | 4% | 2% | 1% | 0% |
| *% of Implied Float (1)* | 0% | 3% | 5% | 7% | 14% | 12% | 18% | 22% | 12% | 9% | 8% | 11% | 15% | 6% | 3% | 2% | 0% |
| Cumulative Volume | 0.0 | 6.4 | 16.8 | 31.3 | 61.5 | 87.6 | 128.1 | 175.7 | 202.6 | 222.9 | 240.6 | 265.7 | 299.7 | 312.7 | 319.6 | 322.9 | 322.9 |
| *% Volume At Or Below Range* | 0% | 2% | 5% | 10% | 19% | 27% | 40% | 54% | 63% | 69% | 75% | 82% | 93% | 97% | 99% | 100% | 100% |
| *Volume / Implied Float (1)* | 0.0x | 0.0x | 0.1x | 0.1x | 0.3x | 0.4x | 0.6x | 0.8x | 0.9x | 1.0x | 1.1x | 1.2x | 1.4x | 1.4x | 1.5x | 1.5x | 1.5x |
| Days | 0 | 2 | 7 | 11 | 18 | 22 | 30 | 35 | 17 | 16 | 17 | 24 | 37 | 18 | 10 | 4 | 0 |
| *% of Total Days* | 0% | 1% | 3% | 4% | 7% | 8% | 11% | 13% | 6% | 6% | 6% | 9% | 14% | 7% | 4% | 1% | 0% |
| Cumulative Days | 0 | 2 | 9 | 20 | 38 | 60 | 90 | 125 | 142 | 158 | 175 | 199 | 236 | 254 | 264 | 268 | 268 |
| *% Days At Or Below Range* | 0% | 1% | 3% | 7% | 14% | 22% | 34% | 47% | 53% | 59% | 65% | 74% | 88% | 95% | 99% | 100% | 100% |

*Source: CapitalIQ. Share prices converted from GBP to USD at a constant spot exchange rate of 1.60.*
*(1) Assumes 220MM free float shares based on Capital IQ.*

4

# NTM Revenue Multiples Over Time



*January 3, 2006 to January 24, 2011*

| | NTM Revenue Multiples | | | | | |
| | Selected Multiple During | | | | | Entire Period |
| | 2006 | 2007 | 2008 | 2009 | 2010 | |
| *Mean* | 5.4x | 8.2x | 7.1x | 6.7x | 6.4x | 6.8x |
| *Median* | 5.4 | 8.3 | 7.4 | 6.6 | 6.5 | 6.8 |
| *Max* | 6.8 | 9.8 | 9.0 | 8.8 | 7.8 | 9.8 |
| *Min* | 3.5 | 6.7 | 4.5 | 5.1 | 4.9 | 3.5 |
| *25th Perc* | 5.0 | 7.6 | 6.6 | 6.3 | 5.9 | 5.9 |
| *75th Perc* | 6.1 | 8.9 | 8.0 | 7.2 | 7.0 | 7.6 |



*Source: Capital IQ; based on available consensus analyst estimates.*

5



**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-01588230
Exh 1519-0006

# NTM P/E Multiples Over Time



*January 3, 2006 to January 24, 2011*



| | NTM P/E Multiples | | | | | |
|---|---|---|---|---|---|---|
| | Selected Multiple During | | | | | Entire Period |
| | 2006 | 2007 | 2008 | 2009 | 2010 | |
| Mean | 35.4x | 39.5x | 27.3x | 19.8x | 19.7x | 28.2x |
| Median | 35.9 | 39.6 | 28.4 | 19.6 | 19.6 | 27.9 |
| Max | 53.2 | 47.0 | 37.8 | 23.0 | 22.7 | 53.2 |
| Min | 25.4 | 29.9 | 15.6 | 16.6 | 16.4 | 15.6 |
| 25th Perc | 30.7 | 37.5 | 23.1 | 18.7 | 18.7 | 19.7 |
| 75th Perc | 39.7 | 42.5 | 31.5 | 21.0 | 20.8 | 36.7 |

*Source: Capital IQ; based on available consensus analyst estimates.*

6



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01588231
Exh 1519-0007

# Shareholder Ownership Over Time



*('000s)*

| Institution | Current (000s) | % of Outst. (2) | Nov-10 | Aug-10 | May-10 | Feb-10 | Nov-09 | Sep-09 | Jun-09 |
|---|---|---|---|---|---|---|---|---|---|
| | | | Company 1 Top 25 Institutional Holders | | | | | | |
| | | | Holdings (000s) | | | | | | |
| | | | Increase / (Decrease) by Quarter Ending | | | | | | |
| Director & Related Holdings (1) | 22,171 | 9.2% | 0 | (250) | (80) | (100) | 0 | 0 | 0 |
| TIAA-CREF | 12,371 | 5.1% | 726 | (438) | (65) | 0 | 189 | 3,999 | 7,959 |
| Fidelity Investments | 12,281 | 5.1% | 1,825 | (262) | 916 | (745) | (705) | (12,502) | 0 |
| OppenheimerFunds | 12,116 | 5.0% | 88 | 1,890 | 120 | (150) | 208 | 933 | 47 |
| Schroders Investment Management | 9,736 | 4.0% | 0 | 0 | (17) | (12) | 56 | 149 | 0 |
| Legal & General Investment Management | 8,548 | 3.5% | (153) | 5 | (315) | (282) | (370) | (46) | 308 |
| Credit Agricole Group | 7,383 | 3.0% | 4,210 | 1,757 | (100) | 547 | (22) | 164 | 329 |
| BlackRock Merrill Lynch Investment Managers | 6,556 | 2.7% | (700) | 5,366 | 553 | 1,002 | 19 | 2 | (111) |
| Standard Life Investments | 5,675 | 2.3% | (1,026) | (108) | (780) | (1,714) | (1,622) | 281 | 0 |
| Lone Pine Capital | 4,788 | 2.0% | (700) | (783) | (348) | 1,209 | (4,586) | 9,994 | 0 |
| BlackRock | 4,259 | 1.8% | 2 | 229 | 131 | 3,087 | 53 | 74 | 73 |
| BNP Paribas | 3,750 | 1.5% | 139 | 848 | (389) | 1,213 | 120 | 577 | 150 |
| Ignis Asset Management | 2,612 | 1.1% | (49) | (186) | 2,848 | 0 | 0 | (656) | (8) |
| Scottish Widows Investment Partnership | 2,561 | 1.1% | (601) | 841 | 179 | 225 | 3 | (117) | (64) |
| GE Asset Management | 2,548 | 1.1% | 500 | 1,866 | 182 | 0 | 0 | 0 | 0 |
| Vanguard Group | 1,531 | 0.6% | 4 | 43 | 664 | 50 | 133 | 1 | 636 |
| Alliance Bernstein | 1,303 | 0.5% | 985 | 318 | 0 | 0 | 0 | 0 | 0 |
| State Street Global Advisors | 1,274 | 0.5% | (45) | (114) | 419 | (570) | 5 | 75 | 653 |
| Barclays Personal Investment Management | 1,270 | 0.5% | 559 | 38 | (84) | (197) | 110 | 118 | 14 |
| Government of Singapore Investment Corporation | 1,246 | 0.5% | (135) | (29) | 13 | 43 | 69 | 1,285 | 0 |
| Kuwait Investment Authority | 1,205 | 0.5% | 327 | (101) | 198 | 781 | 0 | 0 | 0 |
| Societe Generale | 1,136 | 0.5% | 495 | (87) | (69) | (421) | 456 | (736) | (557) |
| Credit Suisse | 1,041 | 0.4% | (218) | 1,259 | (1,958) | (3,995) | 5,014 | 939 | 0 |
| JP Morgan | 909 | 0.4% | 767 | 33 | 10 | (115) | 175 | (346) | 310 |
| Universities Superannuation Scheme | 886 | 0.4% | 268 | 62 | 556 | 0 | (512) | 75 | 379 |
| *Summary* | *Total* | | *Total Increase / (Decrease) by Quarter* | | | | | | |
| Top 10 Holders | 101,623 | 42.0% | 4,271 | 7,177 | (115) | (244) | (6,833) | 2,973 | 8,531 |
| Top 25 Holders | 129,151 | 53.3% | 7,268 | 12,198 | 2,584 | (143) | (1,207) | 4,261 | 10,117 |

*Source: Capital IQ, UK Share Register as of 11/1/2010.*
*(1) Includes holdings for Michael Lynch of 19,799 (8.2% of CSO) and Richard Gaunt of 2,373 (1.0% of CSO).*
*(2) Based on 242MM shares outstanding.*

7

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01588232
Exh 1519-0008

# Trading Statistics of Selected Companies



*($MM, except per share information)*

| Company (FYE) | Stock Price 1/24/11 | Prem / (Disc) to LTM High | LTM Low | FD Capitalization Equity Value | Ent. Value | Revenue CY10E | CY11E | EBITDA CY10E | CY11E | P/E CY10E | CY11E | P/E/G CY11E | Rev Growth '10-11E | Op Margin CY11E | LT EPS Growth % | Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Autonomy (Dec.) (1) | £14.78 / $23.66 | (25%) | 16% | $5,811 | $5,728 | 6.6x | 5.9x | 13.4x | 11.3x | 21.7x | 18.6x | 1.1x | 11% | 44% | 17% | $1,028 |
| **Selected App. Infrastructure / Data Management Software** | | | | | | | | | | | | | | | | |
| Teradata (Dec.) | $43.80 | (1%) | 66% | $7,992 | $7,251 | 3.8x | 3.5x | 13.2x | 13.2x | 25.7x | 22.3x | 1.8x | 9% | 22% | 13% | $741 |
| Informatica (Dec.) | 42.69 | (6%) | 87% | 4,928 | 4,502 | 7.1 | 6.1 | 28.1 | 22.9 | 38.8 | 32.8 | 1.8 | 16% | 27% | 18% | 426 |
| TIBCO (Nov.) | 21.46 | 0% | 140% | 4,206 | 4,001 | 5.3 | 4.8 | 19.6 | 16.8 | 29.5 | 24.2 | 1.5 | 11% | 26% | 16% | 245 |
| Software AG (Dec.) | 137.55 | (8%) | 33% | 3,979 | 4,312 | 2.9 | 2.7 | 10.2 | 9.5 | 14.8 | 13.7 | 1.0 | 5% | 25% | 14% | 148 |
| OpenText (Jun.) | 46.86 | (6%) | 29% | 2,733 | 2,648 | 2.9 | 2.6 | 9.1 | 8.7 | 13.1 | 11.4 | 0.6 | 10% | 28% | 18% | 385 |
| Progress Software (Nov.) | 42.79 | (3%) | 60% | 2,066 | 1,743 | 3.3 | 3.1 | 10.8 | 9.6 | 18.7 | 16.6 | 1.1 | 7% | 32% | 15% | 322 |
| Qlik Technologies (Dec.) | 22.87 | (18%) | 79% | 2,042 | 1,886 | 8.8 | 7.0 | 58.4 | 38.7 | 103.8 | 58.5 | 1.1 | 25% | 17% | 52% | 156 |
| Pegasystems (Dec.) | 33.28 | (15%) | 60% | 1,337 | 1,268 | 3.6 | 3.0 | 29.1 | 18.8 | 37.3 | 26.7 | 1.1 | 20% | 18% | 24% | 69 |
| MicroStrategy (Dec.) | 91.00 | (7%) | 32% | 1,044 | 859 | 2.0 | 1.8 | 15.0 | 12.3 | 29.5 | 26.3 | 2.3 | 10% | 12% | 12% | 184 |
| *Median* | | (6%) | 60% | | | 3.6x | 3.1x | 15.2x | 13.2x | 29.5x | 24.2x | 1.1x | 10% | 25% | 16% | |
| *Mean* | | (7%) | 63% | | | 4.4x | 3.8x | 21.7x | 16.7x | 34.8x | 25.9x | 1.4x | 13% | 23% | 20% | |
| **Selected Infrastructure Software** | | | | | | | | | | | | | | | | |
| VMware (Dec.) | $87.73 | (10%) | 109% | $39,024 | $37,845 | 13.2x | 11.1x | 40.4x | 33.5x | 59.1x | 48.9x | 2.2x | 19% | 29% | 23% | $1,629 |
| Adobe (Dec.) | 34.03 | (7%) | 33% | 17,923 | 16,977 | 4.5 | 4.1 | 11.8 | 9.7 | 17.8 | 14.8 | 1.2 | 10% | 37% | 12% | 2,468 |
| Citrix (Dec.) | 64.70 | (9%) | 57% | 12,941 | 11,359 | 6.1 | 5.5 | 19.7 | 17.2 | 32.1 | 28.5 | 2.4 | 11% | 27% | 12% | 1,591 |
| BMC Software (Mar.) | 48.27 | (1%) | 39% | 9,068 | 7,940 | 4.0 | 3.8 | 9.8 | 8.3 | 16.7 | 15.5 | 1.1 | 6% | 36% | 15% | 1,495 |
| Red Hat (Feb.) | 42.08 | (13%) | 96% | 8,414 | 7,317 | 8.5 | 7.4 | 30.4 | 24.7 | 55.5 | 47.1 | 2.5 | 16% | 25% | 19% | 1,097 |
| *Median* | | (9%) | 56% | | | 6.1x | 5.5x | 19.7x | 17.2x | 32.1x | 28.5x | 2.2x | 11% | 29% | 15% | |
| *Mean* | | (8%) | 59% | | | 7.3x | 6.4x | 22.4x | 18.7x | 36.2x | 31.0x | 1.9x | 12% | 31% | 16% | |
| **Selected SaaS** | | | | | | | | | | | | | | | | |
| Salesforce.com (Jan.) | $127.83 | (15%) | 106% | $18,752 | $17,495 | 10.6x | 8.6x | 58.2x | 45.7x | 108.1x | 87.9x | 3.0x | 23% | 15% | 29% | $1,281 |
| Concur (Sep.) | 50.63 | (10%) | 34% | 2,803 | 2,454 | 8.1 | 6.7 | 28.3 | 22.5 | 66.5 | 54.2 | 2.2 | 21% | 24% | 25% | 637 |
| SuccessFactor (Dec.) | 29.00 | (12%) | 86% | 2,514 | 2,180 | 10.8 | 8.6 | 255.9 | 159.9 | 183.3 | 363.6 | 9.6 | 26% | 3% | 38% | 334 |
| Taleo (Dec.) | 29.04 | (10%) | 49% | 1,236 | 972 | 4.1 | 3.3 | 19.8 | 16.1 | 39.3 | 31.6 | 1.3 | 24% | 14% | 24% | 264 |
| *Median* | | (11%) | 67% | | | 9.3x | 7.6x | 43.3x | 34.1x | 87.3x | 71.0x | 2.6x | 23% | 14% | 26% | |
| *Mean* | | (12%) | 68% | | | 8.4x | 6.8x | 90.6x | 61.0x | 174.3x | 109.3x | 4.0x | 23% | 14% | 26% | |
| **Selected Tech Leaders** | | | | | | | | | | | | | | | | |
| Microsoft (Jun.) | $28.38 | (10%) | 23% | $250,678 | $217,170 | 3.3x | 3.1x | 7.7x | 7.3x | 11.9x | 11.1x | 0.9x | 7% | 40% | 12% | $44,173 |
| IBM (Dec.) | 159.63 | 0% | 31% | 205,572 | 200,847 | 2.0 | 1.9 | 8.5 | 7.7 | 13.9 | 12.2 | 1.0 | 5% | 29% | 12% | 11,651 |
| Google (Dec.) | 611.08 | (4%) | 40% | 203,307 | 189,656 | 8.8 | 7.4 | 14.6 | 12.2 | 20.6 | 17.5 | 1.0 | 18% | 49% | 18% | 13,651 |
| Oracle (May.) | 32.40 | (0%) | 51% | 168,601 | 162,079 | 5.1 | 4.4 | 11.5 | 9.2 | 17.3 | 15.2 | 1.1 | 14% | 44% | 13% | 23,995 |
| Cisco (Jul.) | 21.17 | (23%) | 11% | 121,405 | 97,902 | 2.3 | 2.1 | 7.4 | 7.1 | 13.1 | 12.2 | 1.0 | 9% | 27% | 12% | 38,781 |
| Hewlett-Packard (Oct.) | 47.55 | (13%) | 25% | 109,235 | 120,937 | 0.9 | 0.9 | 6.3 | 5.9 | 5.9 | 8.9 | 0.8 | 5% | 12% | 12% | 10,934 |
| SAP (Dec.) | 55.41 | (1%) | 29% | 65,961 | 67,625 | 4.0 | 3.6 | 12.3 | 10.6 | 18.5 | 15.5 | 1.0 | 11% | 31% | 16% | 4,730 |
| EMC (Dec.) | 23.83 | (4%) | 43% | 56,399 | 49,210 | 2.9 | 2.6 | 11.2 | 10.9 | 19.0 | 16.4 | 1.0 | 12% | 22% | 16% | 7,891 |
| Accenture (Aug.) | 51.47 | 0% | 41% | 35,887 | 32,085 | 1.3 | 1.3 | 9.3 | 8.4 | 18.8 | 16.0 | 1.3 | 1% | 14% | 12% | 4,204 |
| Dell (Jan.) | 13.72 | (22%) | 18% | 27,032 | 19,163 | 0.3 | 0.3 | 4.1 | 3.9 | 9.7 | 9.2 | 1.2 | 5% | 6% | 8% | 13,863 |
| *Median* | | (4%) | 30% | | | 2.6x | 2.4x | 8.9x | 8.0x | 15.6x | 13.7x | 1.0x | 8% | 24% | 12% | |
| *Mean* | | (8%) | 31% | | | 3.1x | 2.8x | 9.3x | 8.3x | 15.3x | 13.4x | 1.0x | 9% | 26% | 13% | |

*Source: CapitalIQ; based on consensus estimates. Cash balances pro forma for acquisitions.*
*(1)  USD Stock Price of $23.66. Autonomy figures converted from GBP to USD at a constant spot exchange rate of 1.60.*

8

# Illustrative Analysis at Various Prices



*($MM, except per share amounts)*

|  | | | AU @ Mkt | | Illustrative Autonomy Valuation Statistics | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Illustrative Share Price: | | | £14.78 | £23.00 | £24.00 | £25.00 | £26.00 | £27.00 | £28.00 | £29.00 | £30.00 |
| | | | $23.66 | $36.81 | $38.42 | $40.02 | $41.62 | $43.22 | $44.82 | $46.42 | $48.02 |
| **Implied Premiums** | *Statistic* | | | | | | | | | | |
| *Premium to Current Price* | £14.78 / | $23.66 | 0% | 56% | 62% | 69% | 76% | 83% | 89% | 96% | 103% |
| *Premium to Enterprise Value* | £3,579 / | $5,728 | 0% | 59% | 67% | 74% | 82% | 90% | 97% | 105% | 113% |
| *Premium to LTM High Share Price* | £19.75 / | $31.61 | (25%) | 16% | 22% | 27% | 32% | 37% | 42% | 47% | 52% |
| *Premium to LTM Low Share Price* | £12.71 / | $20.34 | 16% | 81% | 89% | 97% | 105% | 112% | 120% | 128% | 136% |
| *Premium to LTM Average Share Price* | £16.48 / | $26.38 | (10%) | 40% | 46% | 52% | 58% | 64% | 70% | 76% | 82% |
| **Valuation & Multiples** | | | | | | | | | | | |
| Fully-Diluted Equity Value (1) | | | $5,811 | $9,989 | $10,428 | $10,867 | $11,305 | $11,744 | $12,182 | $12,621 | $13,060 |
| Plus: Debt (2) | | | 945 | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 145 |
| Less: Cash (2) | | | 1,028 | 1,028 | 1,028 | 1,028 | 1,028 | 1,028 | 1,028 | 1,028 | 1,028 |
| Fully-Diluted Enterprise Value | | | $5,728 | $9,107 | $9,545 | $9,984 | $10,422 | $10,861 | $11,300 | $11,738 | $12,177 |
| **Revenue Multiples** | *Statistic (3)* | | | | | | | | | | |
| CY10E | *$866* | | 6.6x | 10.5x | 11.0x | 11.5x | 12.0x | 12.5x | 13.0x | 13.6x | 14.1x |
| CY11E | *963* | | 5.9 | 9.5 | 9.9 | 10.4 | 10.8 | 11.3 | 11.7 | 12.2 | 12.6 |
| **EBITDA Multiples** | | | | | | | | | | | |
| CY10E | *$426* | | 13.4x | 21.4x | 22.4x | 23.4x | 24.5x | 25.5x | 26.5x | 27.6x | 28.6x |
| CY11E | *505* | | 11.3 | 18.0 | 18.9 | 19.8 | 20.6 | 21.5 | 22.4 | 23.2 | 24.1 |
| **Earnings Multiples** | | | | | | | | | | | |
| CY10E | *$1.09* | | 21.7x | 33.8x | 35.2x | 36.7x | 38.2x | 39.6x | 41.1x | 42.6x | 44.1x |
| CY11E | *1.27* | | 18.6 | 29.0 | 30.2 | 31.5 | 32.8 | 34.0 | 35.3 | 36.6 | 37.8 |

*Note: Current market prices as of January 24, 2011, converted from GBP to USD at a constant spot exchange rate of 1.60.*

*(1) Shares outstanding based on Autonomy 6-K for the period ended September 30, 2010 and options outstanding based on Autonomy Annual Report for the period ended December 31, 2009.*

*(2) Net Debt based on Autonomy Form 6-K for the period ended September 30, 2010. Includes £500 ($800) convertible debt with strike price of £20.63 ($33.03).*

*(3) Projections based on Bank of America Merrill Lynch research as of October 19, 2010.*

9



# Autonomy Overview

## DRAFT

Preliminary | Subject to Further Review and Evaluation

January 2011

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**HP-SEC-01588235**
Exh 1519-0011

# Autonomy Overview



| Summary | |
| --- | --- |

| | |
| --- | --- |
| Dual Headquarters | San Francisco, CA<br>Cambridge, U.K. |
| Founding | Founded in June 1996 by world-leading researchers from University of Cambridge |
| IPO | July 1998 at a split-adjusted price of $1.23 (approx. £0.70) |
| Employees | 1,800 *(10% Administrative, 60% Technical, 30% Sales and Marketing)* |
| Customers/OEMs | 20,000+ Customers, 400+ OEMs with over 500 product licenses |
| Geographic Mix | 70% Americas, 30% Rest of World |
| Key Verticals | Education, Energy & Utilities, Financial Services, Government, Healthcare, Investigative, Legal, Manufacturing, Professional Services/Consulting, Retail & Consumer, Technology, Telecom |
| Sales Channel | Primarily indirect through 400 Value Added Resellers such as Accenture, IBM Global Services, Cap Gemini, HP and Wipro |
| Product Overview | Software infrastructure solutions that form an understanding of content, allowing for powerful meaning-based data processing<br><br>**Intelligent Data Operating Layer (IDOL)** Server – collects indexed data, enriching it with conceptual and contextual understanding<br>  ▪ Core infrastructure of Autonomy's solutions<br><br>**Power** solutions – search and management built around IDOL<br>  ▪ Markets include Search, BPM, and OEMs<br><br>**Protect** solutions – regulatory and compliance platform<br>  ▪ Markets include eDiscovery, Archiving & Records, Content management, Compliance<br><br>**Promote** solutions – marketing and customer interaction<br>  ▪ Markets include Web Content Management, eBusiness, Marketing Optimization, Rich Media Management, Contact Center |

*Source: Company filings.*

## Financial Performance

*($MM, except per share amounts)*

| | Fiscal Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2008A | 2009A | 2010E | 2011E | 2012E |
| Revenue | $503 | $740 | $866 | $963 | $1,079 |
| *Annual Growth* | *47%* | *47%* | *17%* | *11%* | *12%* |
| Gross Profit | 458 | 652 | 764 | 856 | 969 |
| *Gross Margin* | *91%* | *88%* | *88%* | *89%* | *90%* |
| EBITDA | 226 | 360 | 426 | 505 | 585 |
| *EBITDA Margin* | *45%* | *49%* | *49%* | *52%* | *54%* |
| Free Cash Flow | 121 | 191 | 281 | 322 | 487 |
| *Free Cash Flow Margin* | *24%* | *26%* | *32%* | *33%* | *45%* |
| Net Income | 148 | 233 | 289 | 343 | 399 |
| *Net Income Margin* | *29%* | *31%* | *33%* | *36%* | *37%* |
| Diluted EPS | 0.68 | 0.97 | 1.09 | 1.27 | 1.48 |
| *Annual Growth* | *81%* | *43%* | *12%* | *17%* | *16%* |

*Source: Projections based on Bank of America Merrill Lynch research as of October 19, 2010.*
*Note: Free Cash Flow defined as Operating Cash Flow less Cap Ex and Investment in Product Development.*
*Gross Profit adjusted for amortization of acq related intangibles.*
*EBITDA adjusted for amortization of acq related intangibles, SBC, foreign exchange, and non-recurring items.*

## Trading Overview

*($MM, except per share amounts)*

| | | |
| --- | --- | --- |
| Share Price | £14.78 / | $23.66 |
| Fully-Diluted Equity Value (1) | | $5,811 |
| Plus: Debt (1) | | 945 |
| Less: Cash (1) | | 1,028 |
| Fully-Diluted Enterprise Value (1) | | $5,728 |
| CY10E | *Statistic (2)* | |
| Revenue | $866 | 6.6x |
| EBITDA | 426 | 13.4 |
| Earnings per Share | 1.09 | 21.7 |
| CY11E | | |
| Revenue | $963 | 5.9x |
| EBITDA | 505 | 11.3 |
| Earnings per Share | 1.27 | 18.6 |

*Note: Current market prices as of January 24, 2011, converted from*
*GBP to USD at a constant spot exchange rate of 1.60.*
*(1) Net Debt based on Autonomy Form 6-K for the period ended September 30, 2010.*
*Includes £ 306 ($800) convertible debt with strike price of £ 20.63 ($33.03).*
*(2) Projections based on Bank of America Merrill Lynch research as of October 19, 2010.*



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01588236
Exh 1519-0012

# Key Financial Metrics



### Historical Revenues



### Organic IDOL Revenue Growth  YoY



### Historical Margins



### Attractive Revenue Mix (in $MM, LTM)



3

Sources:  Company filings.
Note:   OEM Ongoing refers to sales of OEMs' products.
        OEM Dev refers to a non -refundable, upfront development license fee.

HP-SEC-01588237
Exh 1519-0013

# Data Management Market Dynamics



*The secular migration towards unstructured data has created a large and meaningful addressable opportunity in managing, regulating and monetizing the use of information*

| Structured Data Management | | Unstructured Data Management |
|---|---|---|
| • 15% of total data [1] | **Current RDBMS solutions only address ~20% of the total data management market** | • 85% of total data [1] |
| • Size: $18bn | | • Size: $20bn (email, video, voice, etc) |
| • Traditional structured data CAGR of 32.3% from 2006 – 2010 *(IDC)* | **Unstructured data is expected to grow twice as fast as structured data** | • Unstructured data CAGR of 63.7% from 2006 – 2010 *(IDC)* |

## Autonomy

**Power**: Manage and Search
*(~40% of 2009 Revenue)*

**Protect**: Legal and Compliance
*(~40% of 2009 Revenue)*

**Promote**: Marketing
*(~20% of 2009 Revenue)*

**While enterprises only create 20% of all data, they need to manage transmission, storage, security and compliance for more than 85% of it**

**Data needing protection in 2020 is the size of the entire digital universe in 2018**

**U.S. behaviorally targeted online advertising spending [2]**







4   *Source:*   *Company filings, IDC, Industry research.*
    (1)   *Bank of America Merrill Lynch estimates.*
    (2)   *Source: eMarketer. Refers to advertising displayed to a select audience whose interest or intentions are revealed by website or ISP tracking data, audience segmentation and/or predictive analysis; excludes ads targeted using adware.*



# Key Fundamental Differentiators



*Autonomy's IDOL Structured Probabilistic Engine (SPE) can be leveraged across verticals, functions and connectors*

|  | **Power: Manage and Search** | **Protect: Legal and Compliance** | **Promote: Marketing** |
|---|---|---|---|
| **Drivers** | • Proliferation of unstructured information in enterprise IT<br>• Secular migration towards automation versus adding headcount to reduce operating expenditures | • Proliferation and increasing complexity of data regulations<br>• Reputational risk and tougher sanctions for breaches | • Rich media and content explosion<br>• Shift from cost per thousand impressions (CPM) to cost per action (CPA) advertising model<br>• Need to demonstrate ROI |
| **Applications** | • Enterprise Search<br>• Business Process Management<br>• Business Intelligence<br>• Information Access | • Real-time Policy Management<br>• Early Case Assessment<br>• E-mail and Audio Archiving<br>• Advanced eDiscovery<br>• Retention and Disposition | • Multichannel Customer Mgmt<br>• Social Media Analysis<br>• Rich Media Management<br>• eCommerce Solutions<br>• Web Content Optimization |
| **Growth** | • ~100 customers standardized on IDOL<br>• Establishing pipes in core IT platforms builds defensibility<br>• 10-15% growth (of which OEMs growing at 20% plus YoY) | • Early signs of second phase adoption<br>• Growth constant through recession and upturn<br>• 15-20% growth | • Contribution geared to a recovery<br>• 15-25% growth |
| **Commercial Leadership** | • IDOL solution universally recognized<br>• OEM reaches 95% of customers in market (~5% product penetration suggests significant growth opportunity) | • Market leading solution<br>• Largest, most visible eDiscovery cases<br>• 87% of the Fortune 100<br>• 10 of the top 10 global banks<br>• 10 of the top 10 law firms<br>• Major government agencies | • Produces tangible results<br>• Delta Air Lines sales: +$30MM<br>• LexisNexis e-mail clickthroughs: +103%<br>• Amnesty Int'l donation clickthroughs: +157%<br>• Lenovo orders: +400 per week |

Qatalyst PARTNERS

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-01588239

Exh 1519-0015

# IDOL Software Business Model



*Gross margins over 90%, operating margins over 50%, 30% of    revenue deferred*



6

HP-SEC-01588240
Exh 1519-0016

# Competitive Positioning



| Data Management Leader | |
|---|---|
| **AUTONOMY LEADS THE DATA MANAGEMENT INDUSTRY WITH MEANING BASED COMPUTING** | |
| Network Effects | Technology and vendor agnostic nature of IDOL leads to increasing adoption by OEM vendors |
| Technology | Over $135m in R&D spend in last 12 months; 170 patents; 100% of technology is owned |
| Standardization | Connects to over 400 content repositories and over 1,000 file formats (one new connection within IDOL can replace 9,000 new connections between entities) |
| Installed Base | Over 20,000 customers and 400 partners |
| Acquisitions | Successful track record in integrating and expanding IDOL technology across customers and use cases |

**Message Archiving Software  (Forrester Wave)**



**Enterprise Search  (Forrester Wave)**



**Web Content Management   (Gartner Magic Quadrant)**



*Source: Gartner, Forrester Research.*



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01588241
Exh 1519-0017

# 400+ Partners and 20,000+ Customers
# Across Multiple Verticals





FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01588242
Exh 1519-0018

# Acquisitions



**Acquisition Strategy**

- *Since 2003, Autonomy has successfully acquired 11 businesses with ~$600mm in cumulative LTM revenue*
- *Autonomy's strategy has been to focus on specific markets in which IDOL can be substituted as the foundation for existing tec hnologies and leveraged across customer environments*
- *This has provided Autonomy rapid cost savings and the addition of installed base and channel has created significant cross -sell / up-sell opportunities associated with additional functionality*

| M&A Transaction History | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

($MM)

| | | | Fully-Diluted | | Revenue | | Transaction Multiples | | | | |
| | | | | | | | Revenue | | P/E | | 1-Day |
| Annc Date | Target | Description | Equity Value | Ent Value | LTM | NTM | LTM | NTM | LTM | NTM | Prem |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Autonomy* | | | | | | | | | | | |
| Jun-10 | CA's Governance Unit | Information governance software | $19 | $19 | - | - | - | - | - | - | - |
| Feb-09 | MicroLink | ERP systems integration | $55 | $55 | - | - | - | - | - | - | - |
| Jan-09 | Interwoven | Enterprise content management | $803 | $618 | $260 | $292 | 2.4x | 2.1x | 21.9x | 19.5x | 37% |
| Oct-07 | Meridio | Documents & record management | $41 | $41 | $27 | - | 1.5x | - | - | - | - |
| Jul-07 | ZANTAZ | Electronic archiving and e-discovery | $375 | $375 | $100 | - | 3.8x | - | - | - | - |
| Nov-05 | Verity | Data & content indexing and search | $503 | $311 | $144 | $150 | 2.2x | 2.1x | 45.0x | 32.9x | 30% |
| Apr-05 | etalk | Call center monitoring | $70 | $70 | $37 | - | 1.9x | - | - | - | - |
| Jul-03 | Virage | Automated audio and video surveillance | $25 | $18 | $12 | - | 1.5x | - | - | - | - |
| | | | | | | Mean: | 2.2x | 2.1x | 33.4x | 26.2x | 34% |
| | | | | | | Median: | 2.0x | 2.1x | 33.4x | 26.2x | 34% |

*Sources: Company filings, press releases, 451 Group and Wall Street Research.*

9



HP-SEC-01588243
Exh 1519-0019

# Trading Statistics of Selected Companies





FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01588244

Exh 1519-0020

# Operating Statistics of Selected Companies



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-01588245

Exh 1519-0021

# Selected Management and Directors



|  |  | Joined AU | Role | Previous Position / Boards | Education |
|---|---|---|---|---|---|
| **Management** | **Dr. Mike Lynch, OBE** [(1)] | 1996 | Founder, CEO | Founder, Neurodynamics ; Director, Autonomy; Non-executive Director, BBC, Blinks, Featurespace, NESTA, Foundation of Science and Technology | Ph.D. in Mathematical Computing, M.A. in Electrical and Information Sciences, University of Cambridge |
|  | **Sushovan Hussain** [(1)] | 2001 | CFO | Corporate Development, LASMO; Ernst & Young | B.A. in Economics, University of Cambridge; Chartered Accountant |
|  | **Stouffer Egan** | 2001 | CEO – U.S. | VP of Corp Development, LeadingSide, Dataware | B.A. in Economics, Trinity College |
|  | **Dr. Peter Menell** | 1998 | Chief Research Officer | CTO, Autonomy; Neuro-Physiology Research | D.Phil, Oxford University; B.A. (Hons) and M.Sc., York University |
|  | **Andrew Kanter** | 2000 | COO | VP, International Operations and Legal Affairs, Autonomy; Brobeck Hale and Dorr; Shearman & Sterling | J.D., USC Law Center, B.A., Johns Hopkins; Kansai Uni. of Foreign Studies, Osaka, Japan |
|  | **Eloy Avila** | 2004 | CTO | U.S. CTO, Autonomy; Research in ultra-efficient electric vehicles | B.S. in Electrical Engineering, Stanford University |
|  | **Ian Black** | 2000 | Head of Global Operations | Director, Corporate Communications, Autonomy; MD, Aungate; Head of Corporate Communication, BAE Systems | Physiology, Henley Management College; Business Administration, Filton College |
| **Board of Directors** | **Robert Webb** | 2009 | Non-Executive Chairman | GC, British Airways; Non-Exec Director BBC, London Stock Exchange and Argent Group | LLB., Exeter University |
|  | **Richard Gaunt** | 1996 | Founder, Board Member | Technical Director, Autonomy; Technical Director, Neurodynamics | BSc. and MSc. in Electronic Engineering, University of Natal |
|  | **John McMonigall** | 1998 | Board Director | Apax Partners, British Telecom; Board Director, Dialog Semiconductor | - |
|  | **Jonathan Bloomer** | 2010 | Board Director | Partner, Cerberus; Ex-CEO, Prudential; Arthur Anderson; Chairman of Lucida, Scottish Re; Director, Hargreaves Lansdown | BSc. Physics, Imperial College |
|  | **Dr. Frank Kelly** | 2010 | Board Director | Professor, University of Cambridge; Chief Scientific Advisor, UK Dept of Transport | Ph.D. University of Cambridge; BSc. Durham University |

*Source:   Company Website.*
*(1)       Also serves on the Board of Directors.*



**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-01588246
Exh 1519-0022

# Independent Advisors to the Board



| | Joined AU | Role | Previous Position / Boards | Education |
|---|---|---|---|---|
| Barry Ariko | 2000 | Independent Advisor | CEO and President, Mirapoint; Chairman, CEO and President, Extricity; SVP, AOL; EVP, COO, Netscape Communications | B.S. in Management, Golden Gate University |
| Richard Perle | 2000 | Independent Advisor | Director, Hollinger International; Resident Fellow, American Enterprise Institute for Public Policy Research; United States Assistant Secretary of Defense for International Security Policy | M.A. in Politics, Princeton University; LSE with Honors Examinations; B.A.. in International Relations, University of Southern California |
| Anthony Bettencourt | 2005 | Independent Advisor | Chairman, Blinkx; Advisory Board of Santa Clara University's Center for Science, Technology and Society; CEO, Verity | B.A. in English, Santa Clara University |
| Dr. Nick Kingsbury | 2005 | Independent Advisor | University Lecturer in Signal Processing, University of Cambridge; Director of Studies in Information Engineering, Trinity College, Cambridge; Group Leader, Marconi Space and Defense Systems | Honours Degree and Ph.D. in Electrical Engineering, University of Cambridge |
| Professor William J. Fitzgerald | – | Independent Advisor | Professor of Applied Statistics and Signal Processing in the Department of Engineering, University of Cambridge | B.Sc., MSc., and Ph.D. in Physics, University of Birmingham |
| Professor Peter Rayner | – | Independent Advisor | Emeritus Professor, University of Cambridge ; Emeritus Fellow of Christ's College, University of Cambridge, Head of the Signal Processing and Communications Research Group at University of Cambridge | Ph. D., Aston University; M.A., University of Cambridge |

Independent Advisors

13   *Source:   Company Website.*
*(1)       Also serves on the Board of Directors.*



**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-01588247
Exh 1519-0023

# Disclaimer

These materials have been prepared by Qatalyst Partners LP (including any affiliates "Qatalyst") for the Qatalyst client or potential client to whom such materials are directly addressed and delivered (the "Company") in connection with an actual or potential mandate or engagement and may not be used or relied upon for any purpose other than as specifically contemplated by a written agreement with Qatalyst. These materials are based on information provided by or on behalf of the Company and/or other potential transaction participants, from public sources or otherwise reviewed by Qatalyst. Qatalyst assumes no responsibility for independent investigation or verification of such information and has relied on such information being complete and accurate in all respects. To the extent such information includes estimates and forecasts of future financial performance (including estimates of potential cost savings and synergies) prepared by or reviewed with the managements of the Company and/or other potential transaction participants or obtained from public sources, Qatalyst has assumed that such estimates and forecasts have been reasonably prepared on bases reflecting the best currently available estimates and judgments of such managements (or, with respect to estimates and forecasts obtained from public sources, represent reasonable estimates). No representation or warranty, express or implied, is made as to the accuracy or completeness of such information and nothing contained herein is, or shall be relied upon as, a representation, whether as to the past, the present or the future. These materials were designed for use by specific persons familiar with the business and affairs of the Company and are being furnished and should be considered only in connection with other information, oral or written, being provided by Qatalyst in connection herewith. These materials are not intended to provide the sole basis for evaluating, and should not be considered a recommendation with respect to, any transaction or other matter. Prior to entering into any transaction the Company should determine, without reliance on Qatalyst, the economic risks and merits as well as the legal, tax and accounting characterizations and consequences of any such transaction. In this regard, by accepting this presentation, the Company acknowledges that (a) Qatalyst is not in the business of providing (and the Company is not relying on Qatalyst for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any transaction, (c) the Company should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) the Company should appraise senior management as to such legal, tax and accounting advice (and any risks associated with any transaction) and Qatalyst's disclaimer as to these matters. Qatalyst does not provide tax advice. Accordingly, any statements contained herein as to tax matters were neither written nor intended by Qatalyst to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on such taxpayer. Any discussion of tax matters in these materials may have been written in connection with the "promotion" or "marketing" of any transaction contemplated hereby. Accordingly, any taxpayer should seek advice based on such taxpayer's particular circumstances from an independent tax advisor. These materials do not constitute an offer or solicitation to sell or purchase any securities and are not a commitment by Qatalyst to provide or arrange any financing for any transaction or to purchase any security in connection therewith. Qatalyst is not acting in any other capacity as a fiduciary to the Company. Qatalyst assumes no obligation to update or otherwise revise these materials. These materials have not been prepared with a view toward public disclosure under state or federal securities laws or otherwise, are intended for the benefit and use of the Company, and may not be reproduced, disseminated, quoted, summarized or referred to, in whole or in part, without the prior written consent of Qatalyst. These materials may not reflect information known to other professionals in other business areas of Qatalyst.

Qatalyst is a full service securities firm providing investment banking and other services and products to a wide range of corporations and individuals, domestically and offshore, from which conflicting interests or duties may arise. In the ordinary course of these activities, Qatalyst may at any time hold long or short positions, and may trade or otherwise effect transactions, for their own account or the accounts of customers, in debt or equity securities or loans of the Company, potential counterparties, or any other company that may be involved in a transaction.

Qatalyst is required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with it, which information includes the complete name and address and taxpayer ID number. Qatalyst may also request corporate formation documents, or other forms of identification, to verify information provided.

