| | |
|---|---|
| **To:** | Levadoux, Jerome[jerome.levadoux@hp.com]; Chotai, Sham[sham.chotai@hp.com]; Humphries, Brian (SCD)[brian.humphries@hp.com]; Breya, Marge[marge.breya@hp.com]; Johnson, Andy (SCD)[andyjohnson@hp.com] |
| **Cc:** | Lozano, Rebecca[rebecca.lozano@hp.com]; Costa, Liz[liz.costa@hp.com] |
| **To:** | Serafini, Francesco[francesco.serafini@hp.com] |
| **From:** | Robison, Shane |
| **Sent:** | Wed 3/2/2011 7:03:22 PM |
| **Importance:** | Normal |
| **Subject:** | FW: 7am HALO: Project Atlantis meeting |

When: Friday, March 04, 2011 7:00 AM-10:00 AM (GMT-08:00) Pacific Time (US & Canada).
Where: Halo Birmingham/ Halo London/ Halo Cupertino 44, Dial in: 877.675.4345, pc 02364851

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*


-----Original Appointment-----
From: Robison, Shane
Sent: Tuesday, February 22, 2011 2:28 PM
To: Robison, Shane; Breya, Marge; Chotai, Sham; Johnson, Andy (SCD); Humphries, Brian (SCD); Serafini, Francesco
Cc: Costa, Liz; Lozano, Rebecca
Subject: 7am HALO: Project Atlantis meeting
When: Friday, March 04, 2011 7:00 AM-10:00 AM (GMT-08:00) Pacific Time (US & Canada).
Where: Halo Birmingham/ Halo London/ Halo Cupertino 44, Dial in: 877.675.4345, pc 02364851


When: Friday, March 04, 2011 7:00 AM-10:00 AM (UTC-08:00) Pacific Time (US & Canada).
Where: Halo Birmingham/ Halo London/ Halo Cupertino 44, Dial in: 877.675.4345, pc 02364851

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

Added Halo room Cupertino

United States District Court
Northern District of California

**Trial Exhibit 2709**

Case No:   CR 18-0577 CRB
Date Entered: _____
 By: _____
Deputy Clerk