**To:** Sarin, Manish[manish.sarin@hp.com]; Breya, Marge[marge.breya@hp.com]; Bhagat, Varoon[varoon.bhagat@hp.com]; Hsiao, Emily (SCD)[emily.hsiao@hp.com]; Levadoux, Jerome[jerome.levadoux@hp.com]; Chotai, Sham[sham.chotai@hp.com]
**From:** Johnson, Andy (SCD)
**Sent:** Fri 3/4/2011 7:30:04 PM
**Importance:** Normal
**Subject:** FW: part b
corpoverview2011-5.2b.ppt

**From:** Frank Quattrone [mailto:frank.quattrone@qatalyst.com]
**Sent:** Friday, March 04, 2011 10:27 AM
**To:** Johnson, Andy (SCD)
**Subject:** Fw: part b

**From:** Andrew Kanter <andrewk@autonomy.com>
**To:** 'Sushovan Hussain' <sushovanh@autonomy.com>; Frank Quattrone
**Sent:** Fri Mar 04 07:49:28 2011
**Subject:** part b

2 of 4

United States District Court
Northern District of California

**Trial Exhibit 1592**

Case No:  CR 18-0577 CRB
Date Entered: _____
By:  _____
             Deputy Clerk



**FOIA CONFIDENTIAL TREATMENT REQUESTED**

HP-SEC-00194520

US_FBI_E-00010910

Exh 1592-0001



This fingerprint is a flexible representation of the asset whose characteristics can be extracted or used to determine similarities between assets

FOIA CONFIDENTIAL TREATMENT REQUESTED



FOIA CONFIDENTIAL TREATMENT REQUESTED



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00194523

US_FBI_E-00010913

Exh 1592-0004



### IDOL SPE: How is it Different?

- Crucially: this is a transactional technology – the value is in processing not just analytics

- IDOL SPE overcomes the fundamental limitation in the way BI and analytics operate. We view BI companies as potential customers

- IDOL SPE automatically identifies patterns at the data-level, and learns to infer from prior analysis automating the ETL problem and data cleansing problem

- IDOL SPE offers full support for SQL queries, OLAP etc

- Although for many individual use cases it would be possible for IT to create manual scripts to emulate IDOL SPE, they are highly limited requiring maintenance, updates, understanding and they only work for simple problems

- Companies have applied search engines to structured data before, however these still use keyword-type equates and although have potential architectural advantages are not capable of the kind of understanding discussed here

*Handing power back to the business from IT*

Autonomy

FOIA CONFIDENTIAL TREATMENT REQUESTED



**Owning the Data and Standardization**

- **Technology:** 130 Patents – conceptual technology
- **Connector portfolio:** 400 Connectors
  - Tried and tested
  - Difficult to replicate
  - Many repositories obsolete but still in use
- **Platform:** 500 functions, 400 connectors, Audio / Video, XML, Unstructured all in one
  - Important to win standardization deals
  - Multiple OS
- **Standardization:** Corporates already standardized plus 95% OEM market share
  - Future procurements not competitive
- **Network effect:** All 400 OEMs interconnectable
- **Swiss effect:** The place the data meets: IBM-MSFT-ORCL etc
- **Owning the pipes:** New applications mean one connection not 9,000

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00194525

US_FBI_E-00010915

Exh 1592-0006



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00194526

US_FBI_E-00010916

Exh 1592-0007



Pure Software Model

· **Gross margin**      **>90%**

· **Operating margin**   **>50%**

· **Deferred revenue**

  (only 30% generates deferred)

Standard Product
License              ~$650k ASP
Support & Maintenance   ~15% p.a. (creates deferred revenue)
65% repeat customer revenue
Typical sale 4 connectors, 4 functions

IDOL OEM
400+ OEMs           ~5 year deals
Royalty-based        ~3% (no deferred revenue)
    · 10-14 signed per quarter
    · Almost total market share
    · 38% year-on-year revenue growth

IDOL Cloud
Paid monthly and typically 3-year contracts
Collected in arrears (no deferred revenue)

Hybrid Model
Mixture of traditional licence and hosted revenues
Timing of revenues can vary per contract
Some deferred revenues

Appliance Based
New model focused on quick time to value, high return

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00194527

US_FBI_E-00010917

Exh 1592-0008



How do Customers Buy IDOL?

(1) License the software and pay us annual maintenance

(2) Subscribe to our Software as a Service (IDOL Cloud billed monthly) – *this model does not generate deferred revenue*

(3) Purchase a royalty-paying competitor's product (IDOL licensee) – *this model does not generate deferred revenue*

| Delivery method | IDOL License | IDOL Cloud | IDOL OEM |
|---|---|---|---|
| Model | License + mtn | Monthly fee | ~ 4% royalty |
| Visibility | Varies by qtr | Cumulative | Cumulative |
| % of revenue recognised | 28% | 22% | 15% |
| Current growth rate: 09/10 | 7-12% | 15-20% | 30-35% |
| **Contribution to revenue** | | | |
| Same deal in a quarter = | $5,000,000 | $600,000 | $200,000 |
| ...but the deal's contribution over 5 yrs = | $8,750,000 | $12,000,000 | $200,000 |
| Quarterly recurring revenue after yr 5* = | $3,750,000 | $12,000,000 | Extracting |
| Annual recurring revenue after yr 5* = | $15,000,000 | $48,000,000 | industry royalty |

* assuming 4 deal per quarter for 5 years

Autonomy

• You'll know about the ZANTAZ acquisition that we did last year

• The reason is that what used to happen is that you had to plug into everything once for operational information, and then again for the archive etc

• That creates a real rats nest of connections so if the CIO knows that he needs to plumb into all of those individually it is a non-starter

• With IDOL you have one connection both operation and risk management

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00194528

US_FBI_E-00010918

Exh 1592-0009



IDOL OEM

- <u>Cumulative effect</u> as third party products reach market
  - Revenues today relate to deals signed two years ago
  - No deferred revenue
  - Growing at >30%
  - Close to 100% gross margin on royalties
  - Five individuals run this business (easy to manage)
- Typically license a small subset of functions/connectors
- Royalty rates should tick upwards over time

  **95% of customers, but just 5% product penetration**

FOIA CONFIDENTIAL TREATMENT REQUESTED



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00194530

US_FBI_E-00010920

Exh 1592-0011



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00194531

US_FBI_E-00010921

Exh 1592-0012



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00194532

US_FBI_E-00010922

Exh 1592-0013



Drag Along Third Party Revenue

Services
1 to 10X Licence revenues

Storage
0.1 to 10X Licence revenues

Servers
0.1 to 5X Licence revenues

Network, Security software etc

Autonomy

•You'll know about the ZANTAZ acquisition that we did last year

•The reason is that what used to happen is that you had to plug into everything once for operational information, and then again for the archive etc

•That creates a real rats nest of connections so if the CIO knows that he needs to plumb into all of those individually it is a non-starter

•With IDOL you have one connection both operation and risk management

FOIA CONFIDENTIAL TREATMENT REQUESTED

13

HP-SEC-00194533

US_FBI_E-00010923

Exh 1592-0014



Competition

**Direct**
Human beings

...but unstructured data is growing at 62% CAGR!

**Indirect**
Point solutions with a human team

...but no benefits of automation, long-term overheads, no repeatable results, indolence and fatigue, etc.

**Many players commonly considered "competitors" are actually customers**

Autonomy

•You'll know about the ZANTAZ acquisition that we did last year

•The reason is that what used to happen is that you had to plug into everything once for operational information, and then again for the archive etc

•That creates a real rats nest of connections so if the CIO knows that he needs to plumb into all of those individually it is a non-starter

•With IDOL you have one connection both operation and risk management

FOIA CONFIDENTIAL TREATMENT REQUESTED

US_FBI_E-00010924

Exh 1592-0015



FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00194535

US_FBI_E-00010925

Exh 1592-0016



US_FBI_E-00010926

Exh 1592-0017



**Functions**
Conceptual Retrieval
Agents
Alerting
2D/3D Clustering
Categorization
Collaboration
Community
Taxonomy Generation
Eduction
Query by Example
Spectrographic Analysis
Parametric Refinement
Auto Query Guidance
Tag Reconciliation
Scene Detection
Speaker Identification
Speech Recognition
Video Analysis

Face Recognition
Phrase Spotting
Spell Checking
Expertise Location
Explicit Profiling
Fuzzy Matching
Hot Clustering
Hyperlinking
Implicit Profiling
Metadata
Recognition
Natural Language
Retrieval
Context
Summarization
XML Tagging
...& over 400 more

**Connectors**
ODBC
MySQL
IBM DB2
Sybase
Documentum
IBM Lotus Notes
MS Exchange
UNIX
SAP
EMC
Symantec
Vignette

OpenText
LiveInk
MS SharePoint
Lexis Nexis
BEA Weblogic
Cognos
Iron Mountain
Siebel...& 400 more

Autonomy

One Platform: IDOL Functions & 400 Connectors

OEM    Cloud    Interfaces    Mobile

SOA & IAS

**Intelligent Data Operating Layer**

Unstructured    XML & Structured    Audio    Video    People

ACI

Operational Repositories    Archive    Federated    Desktop    Web    Rich Media

US_FBI_E-00010927

Exh 1592-0018




# IDOL SPE Strategic Opportunity

Autonomy

**IDOL SPE**

- Database software was worth $18.8 billion in 2008 – Exane BNP

- Accounts for 10% of total software sales – Gartner, Exane BNP

- Gartner estimates the database market will have a CAGR of 6.7% between 2008-2013

- 20% of corporate data resides in databases

- Applicable to the $18 billion structured data market

- Complements and enhances existing investment in database infrastructure

- Eliminates missed opportunities and automatically drives top-line growth

- Gradual adoption cycle as CIO's understanding grows

"SPE unveils data patterns that are not obvious in BI, and makes structured data more usable and more useful for the average user"

Sue Feldman, IDC




IDC
Analyze the Future








## IDOL SPE: How is it Different?

- Crucially: this is a transactional technology – the value is in processing not just analytics

- IDOL SPE overcomes the fundamental limitation in the way BI and analytics operate. We view BI companies as potential customers

- IDOL SPE automatically identifies patterns at the data-level, and learns to infer from prior analysis automating the ETL problem and data cleansing problem

- IDOL SPE offers full support for SQL queries, OLAP etc

- Although for many individual use cases it would be possible for IT to create manual scripts to emulate IDOL SPE, they are highly limited requiring maintenance, updates, understanding and they only work for simple problems

- Companies have applied search engines to structured data before, however these still use keyword-type equates and although have potential architectural advantages are not capable of the kind of understanding discussed here

### *Handing power back to the business from IT*

US_FBI_E-00010929

Exh 1592-0020



## Owning the Data and Standardization

- **Technology:** 130 Patents – conceptual technology

- **Connector portfolio:** 400 Connectors
  - Tried and tested
  - Difficult to replicate
  - Many repositories obsolete but still in use

- **Platform:** 500 functions, 400 connectors, Audio / Video, XML, Unstructured all in one
  - Important to win standardization deals
  - Multiple OS

- **Standardization:** Corporates already standardized plus 95% OEM market share
  - Future procurements not competitive

- **Network effect:** All 400 OEMs interconnectable

- **Swiss effect:** The place the data meets: IBM-MSFT-ORCL etc

- **Owning the pipes:** New applications mean one connection not 9,000





US_FBI_E-00010930

Exh 1592-0021



US_FBI_E-00010931

Exh 1592-0022



# Pure Software Model

- **Gross margin** **>90%**

- **Operating margin** **>50%**

- **Deferred revenue**
  (only 30% generates deferred)

## Standard Product
License                          ~$850k ASP
Support & Maintenance   ~15% p.a. (creates deferred revenue)
65% repeat customer revenue
Typical sale 4 connectors, 4 functions

## IDOL OEM
400+ OEMs              ~5 year deals
Royalty-based          ~3% (no deferred revenue)
- 10-14 signed per quarter
- Almost total market share
- 35% year-on-year revenue growth

## IDOL Cloud
Paid monthly and typically 3-year contracts
Collected in arrears (no deferred revenue)

## Hybrid Model
Mixture of traditional licence and hosted revenues
Timing of revenues can vary per contract
Some deferred revenues

## Appliance Based
New model focused on quick time to value, high return

US_FBI_E-00010932

Exh 1592-0023

# How do Customers Buy IDOL?




(1) License the software and pay us annual maintenance

(2) Subscribe to our Software as a Service (IDOL Cloud billed monthly) – *this model does not generate deferred revenue*

(3) Purchase a royalty-paying competitor's product (IDOL licensee) – *this model does not generate deferred revenue*

*Revenue Growth

| *Delivery method* | IDOL License | IDOL Cloud | IDOL OEM |
|---|---|---|---|
| Model | License + mtn | Monthly fee | ~ 4% royalty |
| Visibility | Varies by qtr | Cumulative | Cumulative |
| % of revenue recognised | 28% | 22% | 15% |
| Current growth rate 09/10 | 7-12% | 15-20% | 30-35% |
| | | | |
| *Contribution to revenue* | | | |
| Same deal in a quarter = | $5,000,000 | $600,000 | $200,000 |
| ...but the deal's contribution over 5 yrs = | $8,750,000 | $12,000,000 | $200,000 |
| | | | |
| Quarterly recurring revenue after yr 5* = | $3,750,000 | $12,000,000 | |
| Annual recurring revenue after yr 5* = | $15,000,000 | $48,000,000 | *Extracting industry royalty* |

* assuming 1 deal per quarter for 5 years

Autonomy

US_FBI_E-00010933

Exh 1592-0024

# IDOL OEM

- Cumulative effect as third party products reach market
  - Revenues today relate to deals signed two years ago
  - No deferred revenue
  - Growing at >30%
  - Close to 100% gross margin on royalties
  - Five individuals run this business (easy to manage)
- Typically license a small subset of functions/connectors
- Royalty rates should tick upwards over time

**95% of customers, but just 5% product penetration**











US_FBI_E-00010934

Exh 1592-0025



## Cumulative Revenue Effect

### OEM customers across all software sectors

- Powerful cumulative effect as multiple new products reach market each quarter

- Two year lag between sign up and first royalties

- Quarterly royalty run rate implies end user sales of IDOL powered software >$1bn

IDOL OEM 15%

OEM Sign-up
OEM Revenue $m

40
35
30
25
20
15
10
5
0

Q106 Q206 Q306 Q406 Q107 Q207 Q307 Q407 Q108 Q208 Q308 Q408 Q109 Q209 Q309 Q409 Q110 Q210

Autonomy

US_FBI_E-00010935

Exh 1592-0026



# IDOL Cloud

## Global CIO: The World's Largest Private Cloud: Who's Number One?

Its 13 petabytes include archived data from the world's top banks and pharma companies, and it's growing rapidly. The owner's name starts with A -- but it's not Amazon.

By Bob Evans
InformationWeek
December 16, 2009 09:35 AM

Leaning hard into the cloud-computing phenomenon that has become the major business-technology theme for 2010, Autonomy Corp. is claiming to be King of the Cloud by virtue of its massive Digital Safe archiving system, which spans 6,500 servers across seven data centers and handles 3 million new files per hour.

*(This is the second installment in our series called "The Cloud Imperative" in which we'll analyze how IT vendors are accelerating their cloud-computing strategies, and how CIOs are taking advantage of those new offerings. A link to our first installment is in the "Recommended Reading" list at the end of this column.)*

of the world's
s and busiest
services

'2013 over 50% of all organizat
living content will use a cloud
S based service' – Gartner

my gained the top spot in the

Sizzle

- High switching costs
    - Would take months
    - Would disrupt ongoing
      investigations
    - Requires robust appl
      used to may throw out



# Business By Corporate Sector

*Percentages based on qualitative estimates of anticipated use cases

| eCommerce and Media | IT and Telecoms | Legal and Professional services | Pharma & Health | Manufacturing /FMCG | Financial | Gov./ Investig. | OEM |
|---|---|---|---|---|---|---|---|
| Reuters | IBM | Freshfields | Astra Zeneca | General Motors | Citigroup | US Dept. Of Defense | Adobe |
| Bloomberg | Intel | White & Case | Novartis | BAE Systems | Capital One | US Dept. Of Health | Oracle |
| AOL | Logica | Butterworths | GSK | Nestle | RSA | NASA | HP |
| LexisNexis | Oracle | Law Society | Organon | Volkswagen | Dresdner | UK Police | Symantec |
| CNN | Symantec | Addeshaw | Soludalla | Daimler Chrysler | Kleinwort | US Army | Xerox |
| BBC | Wipro | Linklaters | Pfizer | Stanski | Fidelity | DERA | EMC |
| BabyB | Accenture | Allen & Overy | Roche | Agilent | Deutsche Bank | Swiss Army | Iron Mountain |
| Reed Elsevier | HP | Slaughter & May | BlueCross/Blue | Philip Morris | Lloyds TSB | Customs & Excise | IBM |
| Forbes | BEA | Baker & McKenzie | Shield | Ford | Danske Bank | UK Cabinet Office | Kana |
| Associated News- | Sun | KPMG | Monsanto | Goodyear | Bank of Montreal | UK MOD | Siemens |
| papers | Sybase | PWC | Eli Lilly | Aluminium | New York Life | UK COI | Huron |
| Shangha News | Unisys | AMR Research | Bayer | Pechiney | ABN Amro | French MOD | Cisco |
| Agency | Cap Gemini | Butler Group | Kaiser | Boeing | AMP Henderson | SEC | Novell |
| Channel 4 | EMC | ChoicePoint | Permanente | Lexmark | Dreher Hentsch | NYSE | Citrix |
| HarperCollins | Cisco | E&Y | Johnson & | Texas Instruments | Goldman Sachs | NASD | BEA |
| Fox | McAfee | D&T | Johnson | Philips | Banco de Espana | FINRA | EDS |
| ITN | T-Mobile | BDO | | Arup | Schroders | SFO | Vignette |
| France 24 | Sprint | DLA Piper | | Frito-Lay | UBS | FSA | Unisys |
| Daly Telegraph | Qwest | Wilmer Hale | | Kohler | Morgan Stanley | | Sybase |
| Tesco | Sonera | Aken Gump | | Kodak | Merrill Lynch | | Dassault |
| Louis Vuitton | AT&T | CMS Cameron | | John Deere | Barclays | | Systemas |
| RadioShack | BT | McKenna | | Mercedes-Benz | Credit Suisse | | Websense |
| BUT | 3 | Herbert Smith | | Nissan | Commerzbank | | SAIC |
| Safeway.com | Vodafone | Hammonds | | Sony | Bank of America | | OpenWave |
| Toys R US | TATA Telecom | | | Tesco | JPMC | | |
| NewsMarket | | | | IKEA | Wachovia | | |
| Albertsons | | | | | | | |
| **10%** | **7%** | **10%** | **8%** | **7%** | **16%** | **22%** | **20%** |

US_FBI_E-00010937

Exh 1592-0028



US_FBI_E-00010938

Exh 1592-0029





Competition

## Direct
Human beings

...but unstructured data is growing at 62% CAGR!

## Indirect
Point solutions with a human team

...but no benefits of automation, long-term overheads, no repeatable results, indolence and fatigue, etc.

**Many players commonly considered "competitors" are actually customers**

Autonomy

US_FBI_E-00010939

Exh 1592-0030



US_FBI_E-00010940

Exh 1592-0031