| | |
|---|---|
| **From:** | Mike Lynch [mrl@autonomy.com] |
| **Sent:** | Sunday, July 03, 2011 12:19 PM |
| **To:** | Veghte, Bill |
| **Subject:** | RE: |

Thanks Bill, the custom is telling us a different story so I will ask them to be clear.

Appreciate the feedback.

Mike

At 18:51 30/06/2011, you wrote:

Hope all is well.  Thanks so much for the follow up and I apologize for the delay in reply.  Am/have been on the road the last week and a half so got a bit behind on email.   Circled with the HP team on the ground and we received direction from USPS Procurement not to discuss the USPS environment with you directly and while this may be inconsistent with other communication from USPS, we do need to honor that request.  In addition, USPS is raising awkward question to our account team as to whether and what relationship HP and Autonomy may have or be developing and I think it is in our collective best interests to limit that speculation as I am sure you would agree.

In consideration of this and other factors, HP believes it best if we proceed separately with respect to USPS – HP will maintain its offer to USPS to provide some reasonable assistance in data migration to you or whomever else they may select.   While we believe this is the right route for this opportunity, I remain excited to continue our discussion on other opportunities where we could work much more closely together.

Thanks!


**From:** Mike Lynch [ mailto:mrl@autonomy.com]
**Sent:** Monday, June 27, 2011 5:04 PM
**To:** Veghte, Bill
**Subject:**
**Importance:** High

Hi Bill,

hope you are well and I thought I had better touch base. I had a call from Stouffer in the US regarding USPS. We are trying to work to the solution you requested in our call and we have got the customer there (it makes perfect sense for them so it wasn't that hard).

Stouffer is concerned that the  messaging from HP is not adding up in that Stouffer is sitting with the accountable parties at USPS and they are sharing the state of the archive, the state of dialog and willing to specifically request the proposed AU to HP solution be offered to USPS by HP.  They are willing to do this in writing and or get on the phone with all three parties and make this clear.  They are confused as to why HP is not making this offer more clear and executable and furthermore why HP would feel restricted in dialog and have asked us to find out what is going on and let them know.
How would you like us to reply, have you changed your mind about the desired outcome if so clarification here

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00354415
Exh 1966-0001

would be appreciated.

Could you shed some light, trying to be helpful but a bit confused at the moment,

Mike



Dr Mike Lynch OBE FREng

CEO Autonomy

www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

Dr Mike Lynch OBE FREng

CEO Autonomy

www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

United States District Court
Northern District of California

**Trial Exhibit 1966**

Case No:   CR 18-0577 CRB
Date Entered: _____
By:   _____
Deputy Clerk

FOIA CONFIDENTIAL TREATMENT REQUESTED

HP-SEC-00354416
Exh 1966-0002