# AUTONOMY CORPORATION PLC ANNOUNCES INTERIM RESULTS FOR THE SIX MONTHS ENDED JUNE 30, 2011

*Record Q2 results in-line with analyst expectations and company guidance (June 3, 2011), with record revenue of $256 million and EPS (pro forma core Autonomy) of $0.34*

**Cambridge, England** – July 27, 2011 – Autonomy Corporation plc (LSE: AU. or AU.L), a global leader in infrastructure software, today reported financial results for the six months ended June 30, 2011.

Note: Acquisition of selected Iron Mountain Digital assets completed early on June 3, 2011, resulting in a stub period of 28 days post-completion. "Pro forma core Autonomy" results are adjusted results which, in addition to normal adjustments (see page 13), also eliminate estimated effects of the Digital acquisition (eg revenue and costs) for comparative informational purposes to provide insight into the underlying performance of the business in the period. See page 8.

Autonomy is pleased to report that in the quarter we saw a continuing shift amongst our customers choosing our cloud model, which has the additional benefit of higher visibility and recurring revenues with long-term contracts. This change now means that cloud and OEM, both recurring models, account for 62% of IDOL software sales, reaching an inflection point. Business in the quarter was marked by a strong rise in our cloud business, with Autonomy's "commit" metric growing organically 27% year-on-year to $437 million demonstrating very strong customer signups. The Iron Mountain Digital asset acquisition ("IRM Digital acquisition") also proceeded ahead of schedule, completing early after a smooth regulatory process. The acquisition generated less disruption than anticipated, leading to the business performing as expected but on an accelerated time scale. There was steady progress in our Promote business, including a strong launch to our Aurasma augmented reality platform with over 1 million installations in just a few weeks. Finally the Protect business continued to be strong with more regulatory drivers arising every day leading to a continued flow of large deals.

## Highlights

- Record Q2 revenues of $256 million, up 16% from Q2 2010
- Very strong performance of cloud business with commit rising to $465 million at June 30, 2011 (March 31, 2011: $390 million) including a contribution of $28 million from IRM Digital
- IRM Digital integration ahead of plan and synergies expected to be ahead of plan
- Q2 2011 EPS in line with consensus and guidance; diluted EPS (adj.) at $0.30, up 9% from Q2 2010 (IFRS: $0.22, up 5%)
- Pro forma core Autonomy results as follows (see page 8)

  **Table 1: Pro Forma Core Autonomy Results**

  |  | Three Months Ended | | Six Months Ended | |
  |---|---|---|---|---|
  |  | (unaudited) | | (unaudited) | |
  |  | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
  | Revenue ($ millions) | 247 | 221 | 466 | 415 |
  | Gross margin (%) | 88% | 86% | 88% | 88% |
  | Operating margin (%) | 45% | 44% | 44% | 44% |
  | EPS | $0.34 | $0.31 | $0.63 | $0.56 |
  | DSOs (days) | 93 | 82 | 93 | 82 |

  - H1 2011 core EPS at $0.63, up 12% from H1 2010
  - Core Autonomy gross margins and operating margins in Q2 2011 up year-on-year
  - Strong year-on-year growth in H1 core IDOL business, including:
    - IDOL OEM growth (organic) of 27%
    - IDOL Cloud growth in recognised revenue (organic, ie excluding acquired IRM Digital assets) of 17%
    - IDOL Product growth (organic) of 13%
    - Cloud signings up 27% with commit now at $437 million ($465 million including IRM Digital assets)
    - Organic growth in core business for H1 2011 of 17% and for Q2 2011 of 15%
    - Core DSOs improve as expected to 93 days in Q2 2011 from 102 days in Q1 2011
    - Avg. selling price for Q2 2011 stable at $814,000, compared to $806,000 in Q1 2011

Page 1

- All H1 financial metrics exceed or in line with analyst consensus estimates (Bloomberg: June 30, 2011)
    - Revenues         $476 million    (consensus $474 million)
    - PBT (adj.)        $204 million    (consensus $191 million)
    - Op margin (adj.)  42%             (consensus 41%)
- Multi-million dollar Protect and Promote deals signed in quarter
- Launch of Aurasma, Autonomy's leading augmented reality platform
- Deferred revenue up to $193 million (Q1 2011: $176 million)
- H1 2011 cash conversion of 87% versus 93% for H1 2010, including negative effect of acquisition
- Gross cash of $736 million at Q end (Q2'10: $962 million); movement reflects Digital acquisition
- Positive cash flow generated by operations stable at $192.5 million (H1 2010: $190.8 million) despite negative impact from acquisition
- Strengthened management team with the addition of five new senior industry veterans

Adjusted income statements are included on page 9, which reconcile IFRS to the adjusted measures above. See also page 8 regarding pro forma measures.

### Chief Executive's Review

Commenting on performance during the period, Dr Mike Lynch, Group CEO of Autonomy, provided the following overview:

"Q2 was another strong quarter for Autonomy with good growth again in revenue, profits and other key metrics. Q2 and the first half saw a sharp further acceleration of our cloud business, seen again in the combination of growth in recognised cloud revenues of 17% (which excludes any contribution from the acquired IRM Digital assets) in Q2 and growth in new signings evident in the rising commit number. Whilst success in the cloud has the effect of depressing short term total revenue growth, with lower recognised revenue in the period, these incremental committed revenue streams amongst other factors lead us to positively revise our view of 2012.

During the second quarter we were able to announce and complete the acquisition of selected Iron Mountain Digital assets. With early completion, the integration process is proceeding ahead of schedule and we're pleased with the results of the faster than expected integration. Customer and analyst reaction to the transaction has been strongly positive. This is discussed more on page 6.

In terms of our markets, during the quarter our Protect business continued to deliver large deals. We have not yet seen any effects from the macro uncertainties around financial instabilities, but do recall that in the past uncertainty has often been a strong driver for these parts of our business. The pace of legal and regulatory reform and the consequent need for our customers to further invest in our solutions shows no signs of slowing.

Our Promote business continued to perform strongly with good indications that enterprises are using their discretionary spend in this area. In the quarter we saw important deals with leading retailers such as Tesco, Target and Proctor & Gamble.

During the first half we also launched Aurasma, which has already become the world's leading augmented reality platform with more than one million installations. The number of people using Aurasma to bring together the virtual and physical makes Aurasma the most broadly-deployed mobile platform of its kind. This is discussed more on page 6.

Finally, in terms of broader trends, the continued signing of very large Protect deals and the increase of our commit number, together with the early completion of the IRM Digital asset acquisition, means that we foresee an increase in profitability in Q4 2011 versus current expectations and continuing improvement in prospects for 2012."

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025743

Exh 2023-0002

### Financial Review
The following Financial Review provides commentary on key trends during the first half and second quarter of 2011, based on IFRS and adjusted metrics (unless otherwise stated).

### Revenue
H1 2011 can be characterised as another period of significant progress for Autonomy. Revenues for H1 2011 totalled $476 million, up 15% from $415 million for H1 2010, as enterprises deployed Autonomy's technology to automatically process rapidly expanding quantities of unstructured information. This result was achieved due to a strong performance in all of our markets.

**Table 2: Summary Revenue Table (detail below)**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | (unaudited) | | (unaudited) | |
| $ millions (unless stated otherwise) | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| IDOL Product | 68.5 | 62.4 | 122.9 | 108.9 |
| IDOL Cloud[1] | 64.3 | 46.9 | 117.0 | 92.0 |
| IDOL OEM | 47.2 | 37.5 | 84.3 | 66.6 |
| Deferred revenue release | 67.5 | 63.4 | 134.0 | 125.6 |
| Services | 8.8 | 10.9 | 17.8 | 22.2 |
| Total revenue | 256.3 | 221.1 | 476.0 | 415.3 |

1   Includes $9.6 million of revenues estimated as the contribution from the Digital acquired business.

Delivery of Autonomy's core technology is via a number of methods, depending on the demands of the customers. Sales during Q2 2011 and H1 2011 in each category are discussed below:

*IDOL Product.* IDOL Product is normally delivered as licensed software paid for up-front with an ongoing support and maintenance stream. This model is becoming less significant with the rise of cloud computing. In H1 2011, IDOL Product revenue totalled $123 million (H1 2010: $109 million), with organic growth of 13% and representing 26% of revenues. In Q2 2011, IDOL Product revenue totalled $68 million (Q2 2010: $62 million), with organic growth of 10% and representing 27% of revenues.

*IDOL Cloud.* IDOL Cloud delivers Autonomy's IDOL on a Software-as-a-Service (SaaS) model for both its Promote and Protect businesses, is generally invoiced monthly in arrears and does not generate deferred revenue. There are two key drivers of cloud revenues for Autonomy: the first and most significant relates to complex processing of information delivered as a service; the second relates to the quantity of data under management. In H1 2011 IDOL Cloud recognised revenue totalled $117 million (H1 2010: $92 million), up 27% and representing 25% of revenues in the half (H1 2010: 22%). In Q2 2011 IDOL Cloud recognised revenue totalled $64 million (Q2 2010: $47 million), up 37% and representing 25% of revenues in the quarter (Q2 2010: 21%). In understanding growth in the IDOL Cloud business one must also take into account signings growth. Despite this rise in cloud business, Autonomy has already built the necessary technical capacity into its plan and does not see a rise in the current capital expenditure trend. Our churn rate in our cloud business stands at under 1%. Autonomy now has over 31 Petabytes of customer data under management, making us one of the world's largest private cloud companies.

*IDOL OEM.* IDOL OEM is where Autonomy's IDOL is embedded inside other software companies' products. IDOL is now embedded in most major software companies' products addressing most software vertical markets. This is a particularly important revenue stream as it generates ongoing business across the broadest product set possible, in addition to up-front development licences. In H1 2011 IDOL OEM revenue totalled $84 million (H1 2010: $67 million), up 27% and representing 18% of revenues. In Q2 2011 IDOL OEM revenue totalled $47 million (Q2 2010: $38 million), up 26% and representing 18% of revenues. 14 new agreements were signed during Q2 2011, including deals with Xerox, Rand, McAfee and Opentext.

*Services.* Services revenues relate to third party and internal implementation consultants and training. Services revenues fell in H1 2011 and in Q2 2011, as expected, given Autonomy's pure software model. Services revenues in H1 2011 were approximately 4% of revenues (or $18 million) (H1 2010: $22 million or 5%). Services revenues in Q2 2011 were approximately 3% of revenues (or

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025744

Exh 2023-0003

$9 million) (Q2 2010: $11 million or 5%). Autonomy operates a rare "pure software" model under which our goal is that most implementation work is carried out by approved partners. This optimises Autonomy's ability to address its horizontal technology to multiple vertical markets and regions in the most efficient way.

### Organic Growth
In analysing organic growth Autonomy considers organic IDOL growth to be the most meaningful performance metric for understanding the momentum within the business. This excludes the contribution from acquisitions, foreign exchange impact, services revenue (not a goal of the business) and deferred revenue release (primarily maintenance income). The calculation below is affected only by (i) the IRM Digital assets acquisition in Q2 2011; and (ii) the CA Information Governance assets acquisition at the end of Q2 2010 with a stub contribution of less than $0.2 million which included only professional services revenues and hence does not affect the calculation below.

**Table 3: Core Business Organic Revenue Growth Calculation[1]**

| Revenue ($ millions) | Q2'11 | Q2'10 | H1'11 | H1'10 |
|---|---|---|---|---|
| Core IDOL reported revenues[1] | 180.0 | 146.8 | 324.2 | 267.5 |
| Iron Mountain Digital assets product | (9.6) | — | (9.6) | — |
| CA assets non-service revenue[2] | — | — | — | — |
| FX | (1.2) | — | (1.6) | — |
|  | 169.2 | 146.8 | 313.0 | 267.5 |
| Growth | 15% |  | 17% |  |

1   Autonomy's Core Business excludes professional services and deferred revenue release, ie Core IDOL is made up of IDOL Product, IDOL Cloud and IDOL OEM categories, discussed above.
2   CA's Information Governance original product not sold by Autonomy. Total CA revenue in the stub period in Q2 2010 was approximately $0.2 million.

### Gross Profits and Gross Margins
Gross profits (adj.) for H1 2011 were $417.4 million, up 15% from $363.4 million for H1 2010. Gross margins (adj.) for H1 2011 remained stable at 88%. Gross profits (adj.) for Q2 2011 were $223.3 million, up 17% from $190.8 million for Q2 2010. Gross margins (adj.) for Q2 2011 were 87%, (Q2 2010: 86%). Autonomy saw expected improvements in gross margins in Q2 2011 compared to 2010 due to the sales mix including more appliances in prior years. Gross profits (IFRS) for H1 2011 were $388.3 million, up 16% from $334.0 million in H1 2010.

### Profit from Operations and Operating Margins
Operating margins (adj.) were primarily affected by the IRM Digital assets acquisition. On a pro forma core Autonomy basis operating margins were consistent in Q2 2011 at 45%. Profit from operations (adj.) for H1 2011 was $201.5 million, up 10% from $182.7 million for H1 2010. Operating margins (adj.) were 42% in H1 2011, compared to 44% in H1 2010. Profit from operations (adj.) for Q2 2011 was $107.1 million, up 11% from $96.5 million for Q2 2010. Operating margins (adj.) were 42% in Q2 2011, compared to 44% in Q2 2010. As cost savings are realised through the remainder of the year margins are expected to return to historical levels. Profit from operations (IFRS) for H1 2011 were $167.6 million up 12% from $150.1 million in H1 2010.

### Interest payable
Interest payable for H1 2011 was $26.0 million, up from $16.2 million for H1 2010, reflecting a full period charge in 2011 in relation to the convertible loan notes issued in March 2010 versus a partial period in 2010. The convertible loan notes pay a cash interest rate of 3.25%. However, the income statement charge is based on a market rate of interest for corporate loan notes of similar term without a convertible element in accordance with IFRS. This charge is excluded from the calculation of fully diluted EPS in accordance with IFRS. Interest payable for Q2 2011 was $12.7 million, up from $11.4 million for Q2 2010. The increase is a result of the increased charge in relation to the sterling-denominated convertible loan notes due to movement of the US dollar versus sterling.

### Taxation
The full year effective tax rate for 2011 is currently forecast at 26%, compared to 23% for 2010. The prior year benefited from the recognition of significant tax losses which are now fully utilised. The effective tax rate for Q2 2011 fell slightly from Q1 2011 as a result of a small change in the full year expected rate following the IRM Digital assets acquisition.

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025745

Exh 2023-0004

### Foreign Exchange Impact on Revenues

The effect on revenue in H1 2011 of movements in foreign exchange rates was to effectively increase revenue by $1.6 million (i.e. if revenues were reported for each period using the same exchange rates as those prevailing in the previous year, revenues in H1 2011 would have been $1.6 million lower). The same effect on revenue in Q2 2011 was an increase of approximately $1.2 million compared to Q2 2010. In Q2 2011 the U.S. Dollar weakened versus Sterling to an average of $1.60 versus $1.49 in Q2 2010.

### IAS 38 Charges and Capitalization

The effects of IAS 38 R&D capitalization in the quarter were stable and consistent with prior periods with a net margin impact of 2% (H1 2010: 2%). Under IAS 38 the company is required to capitalize certain aspects of its research and development activities. Capitalization is offset by amortization charges. In Q2 2011 Autonomy capitalised $11 million on R&D relating to new products including the launch of Aurasma and other ongoing development projects (Q1 2011: $10 million).

### Balance Sheet and Cash Flows

*Cash Balance.* Autonomy closed H1 2011 with a gross cash balance of $736 million, bank debt of $66 million (Q1 2011: $66 million) and the sterling-denominated convertible loan note of $716 million (Q1 2011: $705 million) (rising due to the cumulative notional interest charge and exchange rate fluctuations).

*Movements.* Movements of note in cash flow during H1 2011 included:

- Positive cash flow from operating activities of $192.5 million, up 1% from H1 2010.
- IRM Digital assets acquisition, with total cash payment of $400.9 million (subject to a working capital adjustment).
- Capital expenditure of $24.3 million during H1 2011, down from $29.0 million in H2 2010. This represents the continued investment by the company in areas of expected growth for future years.
- Expenditure on product development, resulting in a cash outflow of $21.2 million (H1 2010: $16.3 million).
- Tax payments of $27.4 million (H1 2010: $36.8 million), down due to timing differences in payments.
- Interest paid on the convertible loan notes of $13.0 million (H1 2010: nil).
- Scheduled bank loan repayments of $79.6 million (H1 2010: $53.9 million).

*Cash Conversion.* On a trailing twelve month basis (Q3 2010 to Q2 2011), cash conversion was at 85%, down slightly from 89% last year.

*Receivables.* In Q2 2011 DSOs were 100 days (Q1 2011: 102 days), impacted by the IRM Digital assets acquisition. Adjusting for the negative impact of the Digital acquisition DSOs fell to 93 days, slightly above the top end of the company's target 80-90 day range. The bad debt write off was below 1% of sales and accrued income remained below 5% of revenue.

*Capex, depreciation and amortisation.* After our significant investment for the future of our IDOL Cloud business in 2010, we saw capital expenditure fall significantly in H1 2011 to $24 million. Depreciation and amortisation rose to $55 million in H1 2011 from $53 million in H1 2010. This comprised: $29 million (H1 2010: $29 million) of amortisation of purchased intangibles; $11 million (H1 2010: $7 million) of amortisation of capitalised R&D; and $15 million (H1 2010: $17 million) of depreciation on other fixed assets (i.e. software licences and property, plant and equipment). The variation in quarterly depreciation on other fixed assets is affected, among other things, by acquired assets becoming fully depreciated, timing of purchases of replacement equipment and net new investment. It should be noted that the depreciation charge relates to fixed assets and software purchased for use in our data centres. There have been no changes to our depreciation policy over the last several years.

*Goodwill.* Goodwill increased by $184 million from Q4 2010 to $1.6 billion in Q2 2011. The increase is a result of the preliminary estimate of goodwill from the Iron Mountain Digital asset acquisition, partially offset by a decrease in the value attributed to the CA Information Governance assets following the finalisation of the purchase price allocation on that acquisition.

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83    KPMG0025746

Exh 2023-0005

*Equity Investments.* The market value of the company's equity investment in blinkx plc continued to increase to $89 million (Q1 2011: $74 million), reflecting the movement in the blinkx's share price. Any change in value of this investment is credited to the revaluation reserve.

*Provisions.* Provisions (arising from acquisitions) increased to $22 million in Q2 2011 due to an estimated $17 million of acquired liabilities from the Digital acquisition, comprised primarily of onerous lease obligations and potential legal matters amongst other things.

## ADDITIONAL MANAGEMENT COMMENTARY

As part of this release Autonomy is providing the following additional commentary to assist in the understanding and analysis of Autonomy's business.

**Table 4: Additional Management Commentary[1]**

| $ millions (unless stated otherwise) | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
| | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| Deferred Revenue Release | 67.5 | 63.4 | 134.0 | 125.6 |
| Average Selling Price ($'000s) | 814 | 876 | 810 | 763 |
| Deferred Revenue | 192.8 | 175.5 | 192.8 | 175.5 |
| "Commit"[2] | 465 | 345 | 465 | 345 |
| Deals over $1 million (number) | 23 | 25 | 50 | 44 |
| Americas | 73% | 66% | 71% | 68% |
| ROW | 27% | 34% | 29% | 32% |
| Repeat business | 55% | 49% | 55% | 50% |

1  The above items are provided for background information and may include qualitative estimates.
2  "Commit" represents contracted revenues not yet recognised in the financial statements and includes deferred revenue.

### Operations Review

*Aurasma.* During H1 2011 we launched Aurasma, which has already become the world's leading augmented reality platform. Aurasma is a radical technology that is changing the way we use our mobile devices. The platform uses a smart device's camera to see and recognize images in the real world, and can overlay this view with an interactive layer of the virtual world, such as 3D animation, a video or a game, placed precisely within context of the image. Unlike previous attempts, the use of image recognition allows virtual objects to be placed in position despite viewpoint variation. Aurasma is being incorporated as a platform throughout hundreds of different apps, covering areas including retail, film, travel, press, games, property and education.

Aurasma has been enthusiastically received with leading press comments such as "this technology will be everywhere", that Autonomy "has nailed a technology that might change the way we see the world" and that Aurasma is the "most exciting British innovation since cat's eyes." Just weeks after launch Aurasma has already attracted more than 1,000,000 installations. Aurasma is currently in its pre-revenue period, with the bulk of the R&D costs having already been incurred and the forward-looking marketing costs (due to the B2B nature of sales) are included in the current plan.

*IRM Digital Acquisition.* During Q2 2011 Autonomy announced and completed the acquisition of selected Iron Mountain Digital assets. The integration strategy is similar to Autonomy's past major acquisitions, such as Verity and Interwoven, including the rapid integration of technology with the replacement of acquired IRM Digital technology with offerings including Autonomy's core IDOL technology, sales force integration, office rationalizations and other acquisition integration elements.

Prior to acquisition Iron Mountain undertook its own product and personnel rationalization. Autonomy has continued to restructure the assets, including the following key elements of the integration plan completed to date:

- Product integration, with former Iron Mountain products replaced with Autonomy's IDOL offering which are now being sold by the sales force;
- Office rationalisation underway, including closure and consolidation;
- Rationalization of R&D in line with integrated product lines;
- Elimination of duplicative costs (marketing, management systems, etc.); and
- Sales force integration, with first cross-company multi-million dollar deals already in.

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025747

Exh 2023-0006

The Digital integration has run ahead of plan and synergies are expected to be ahead of plan. Debtors of approximately $34 million were acquired against which $12 million was received by quarter end, leading to a negative effect on group DSOs of seven days. This is an effect arising from the stub period.

The following presents for illustrative purposes only pro forma IRM Digital estimated results for the short period between acquisition completion on June 3, 2011 and June 30, 2011. See page 8.

**Table 5: Iron Mountain Digital Pro Forma Results**

| $ millions | Stub from June 3 to June 30, 2011 |
|---|---|
| | (unaudited) |
| Revenue | 9.6 |
| Cost of sales | (2.2) |
| Gross profit | 7.4 |
| Operating costs | (10.2) |
| Loss before tax | (2.8) |
| Taxation | 0.7 |
| Loss after tax | (2.1) |

*Progress Towards Strategic Goals.* During H1 2011 and Q2 2011 we made significant progress on our strategic goals, including in the following areas:

- The launch of Aurasma, Autonomy's world-leading augmented reality platform.
- Announcement and completion of the Digital acquisition, praised by leading analysts as enabling to "become the leading supplier ... for digital information archive and eDiscovery, integrating advanced search, classification, and Discovery workflows for legal firms and enterprises."
- Strengthening of the management team with the addition of five new senior industry veterans.
- Certification of Autonomy Records Manager by the U.S. Department of Defense.

*Sales and Customers.* During Q2 we saw deals with new and existing customers including: Barclays, Bayer, Bloomberg, Bank of America, Citigroup, Costco, MetLife, Kraft, Morgan Lewis, National Bank of Canada, QVC, PriceWaterhouseCoopers, Santander, Royal Caribbean Cruises, Pokerstars.com, Sportingbet, Target, Tesco, TNT, Times Publishing, US Postal Service and Wells Fargo. As expected we saw no change to the demand backdrop among our key government clients, resulting in new and extended agreements in Canada, Indonesia, Singapore, the U.K. and the U.S.A., amongst others.

### Scheduling of Conference Call and Further Information
Autonomy's results conference call will be available live at www.autonomy.com on July 27, 2011, at 12:00 p.m. BST/7:00 a.m. EST/4:00 a.m. PST.

From time to time the company answers investors' questions on its website which may include information supplemental to that set forth above. Questions and answers can be found at: www.autonomy.com/investors/questions.

### Financial Calendar
The company publishes on its website the expected calendar for full and half year results, and interim trading updates, and associated conference calls. Please visit www.autonomy.com/content/Investors/calendar/index.en.html for the current expected calendar.

### Risk Factors as Required by DTR 4.2.7(2)
As with all businesses, the Autonomy group is affected by certain risks, not wholly within our control, which could have a material impact on the group's long term performance and could cause actual results to differ materially from forecast and historic results.

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025748

Exh 2023-0007

The principal risks and uncertainties facing the group have not changed from those set out in the company's most recent prospectus, which does not form part of these interim statements. These include: dependence on our core technology; competition; levels of operational spending versus revenues; average selling price; economic and market conditions; reliance on value added resellers; continued service of our executive directors; hiring and retention of qualified personnel; product errors or defects; problems encountered in connection with potential acquisitions; and intellectual property claims.

In addition to the foregoing, the primary risk and uncertainty related to the group's performance for the remainder of the year is the continuing uncertain macro economic environment, which could have a material impact on the group's performance over the remaining six months of the financial year and could cause actual results to differ materially from expected and historical results. This effect could be offset to some extent by any economic stability and legal, regulatory and compliance issues arising for enterprises in connection with an unsettled economic environment.

### Adjusted and Pro Forma Results

Throughout this presentation a number of non-IFRS measures are used to provide investors additional insight. Details related to "adjusted" results are set forth on pages 9 and 13.

The above unaudited "pro forma core Autonomy" information illustrates core Autonomy results as if the Digital acquisition had not completed during the second quarter of 2011, and thus removes the revenue and profit impact of the transaction in the quarter from normal adjusted results (see page 13). The pro forma IRM Digital results presents for illustrative purposes only the pro forma IRM Digital results for the short period between completion of the acquisition on June 3, 2011 and June 30, 2011. In each case the pro forma information is presented for illustrative purposes only and is not necessarily indicative of the operating results that would have occurred if the transaction had not been consummated on June 3, 2011, nor is it necessarily indicative of future operating results or financial position. The pro forma adjustments are based upon information and assumptions available at today's date.

### About Autonomy Corporation plc

Autonomy Corporation plc (LSE: AU. or AU.L), a global leader in infrastructure software for the enterprise, spearheads the Meaning Based Computing movement. IDC recently recognized Autonomy as having the largest market share and fastest growth in the worldwide search and discovery market. Autonomy's technology allows computers to harness the full richness of human information, forming a conceptual and contextual understanding of any piece of electronic data, including unstructured information, such as text, email, web pages, voice, or video. Autonomy's software powers the full spectrum of mission-critical enterprise applications including pan-enterprise search, customer interaction solutions, information governance, end-to-end eDiscovery, records management, archiving, business process management, web content management, web optimization, rich media management and video and audio analysis.

Autonomy's customer base is comprised of more than 25,000 global companies, law firms and federal agencies including: AOL, BAE Systems, BBC, Bloomberg, Boeing, Citigroup, Coca Cola, Daimler AG, Deutsche Bank, DLA Piper, Ericsson, FedEx, Ford, GlaxoSmithKline, Lloyds TSB, NASA, Nestlé, the New York Stock Exchange, Reuters, Shell, Tesco, T-Mobile, the U.S. Department of Energy, the U.S. Department of Homeland Security and the U.S. Securities and Exchange Commission. More than 400 companies OEM Autonomy technology, including Symantec, Citrix, HP, Novell, Oracle, Sybase and TIBCO. The company has offices worldwide. Please visit www.autonomy.com to find out more.

Autonomy and the Autonomy logo are registered trademarks or trademarks of Autonomy Corporation plc. All other trademarks are the property of their respective owners.

**Contacts:**

| **Financial Media Contacts:** | **Analyst and Investor Contact:** |
|---|---|
| Edward Bridges | Derek Brown, Head of Investor Relations |
| Financial Dynamics | Autonomy Corporation plc |
| +44 (0)20 7831 3113 | +44 (0)20 7104 5700 |

Page 8

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025749

Exh 2023-0008

## AUTONOMY CORPORATION plc
## CONDENSED CONSOLIDATED INCOME STATEMENT
(in thousands, except per share amounts)

|  | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
|  | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
|  | $'000 | $'000 | $'000 | $'000 |
| **Continuing operations** | | | | |
| Revenues (see note 4) | 256,250 | 221,125 | 476,043 | 415,305 |
| Cost of revenues (excl. amortization) | (32,963) | (30,323) | (58,601) | (51,865) |
| Amortization of purchased intangibles | (15,531) | (14,898) | (29,124) | (29,432) |
| Total cost of revenues | (48,494) | (45,221) | (87,725) | (81,297) |
| Gross profit | 207,756 | 175,904 | 388,318 | 334,008 |
| Operating expenses: | | | | |
| Research and development | (39,378) | (27,741) | (71,793) | (55,523) |
| Sales and marketing | (59,165) | (50,557) | (111,300) | (93,457) |
| General and administrative | (20,131) | (17,264) | (37,416) | (34,519) |
| Other costs | | | | |
| Post-acquisition restructuring and legal costs | (5,590) | (558) | (6,264) | (558) |
| (Loss) profit on foreign exchange | (540) | (2,777) | 6,030 | 184 |
| Total operating expenses | (124,804) | (98,897) | (220,743) | (183,873) |
| Profit from operations | 82,952 | 77,007 | 167,575 | 150,135 |
| Share of loss of associate | — | (333) | (350) | (671) |
| Interest receivable | 2,657 | 2,178 | 5,632 | 2,985 |
| Interest payable | (12,669) | (11,372) | (25,970) | (16,169) |
| Profit before income taxes | 72,940 | 67,480 | 146,887 | 136,280 |
| Income taxes (see note 5) | (18,019) | (15,129) | (37,800) | (34,215) |
| Net profit | 54,921 | 52,351 | 109,087 | 102,065 |
| Basic earnings per share (see note 7) | $ 0.23 | $ 0.22 | $ 0.45 | $ 0.42 |
| Diluted earnings per share (see note 7) | $ 0.22 | $ 0.21 | $ 0.45 | $ 0.42 |

**Reconciliation of Adjusted Financial Measures**

|  | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
|  | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
|  | $'000 | $'000 | $'000 | $'000 |
| Gross profit | 207,756 | 175,904 | 388,318 | 334,008 |
| Amortization of purchased intangibles | 15,531 | 14,898 | 29,124 | 29,432 |
| Gross profit (adjusted) | 223,287 | 190,802 | 417,442 | 363,440 |
| Profit before income taxes | 72,940 | 67,480 | 146,887 | 136,280 |
| Amortization of purchased intangibles | 15,531 | 14,898 | 29,124 | 29,432 |
| Share-based compensation (see note 6) | 2,468 | 1,273 | 4,615 | 2,767 |
| Post-acquisition restructuring and legal costs | 5,590 | 558 | 6,264 | 558 |
| Loss (profit) on foreign exchange | 540 | 2,777 | (6,030) | (184) |
| Interest payable on convertible loan notes | 11,983 | 10,019 | 23,021 | 13,138 |
| Share of loss of associate | — | 333 | 350 | 671 |
| Profit before income taxes (adjusted) | 109,052 | 97,338 | 204,231 | 182,662 |
| Income taxes (adjusted) | (26,940) | (21,823) | (52,281) | (45,493) |
| Net profit (adjusted) | 82,112 | 75,515 | 151,950 | 137,169 |
| Profit from operations | 82,952 | 77,007 | 167,575 | 150,135 |
| Amortization of purchased intangibles | 15,531 | 14,898 | 29,124 | 29,432 |
| Share-based compensation (see note 6) | 2,468 | 1,273 | 4,615 | 2,767 |
| Post-acquisition restructuring and legal costs | 5,590 | 558 | 6,264 | 558 |
| Loss (profit) on foreign exchange | 540 | 2,777 | (6,030) | (184) |
| Profit from operations (adjusted) | 107,081 | 96,513 | 201,548 | 182,708 |

The accompanying notes are an integral part of these consolidated financial statements
Page 9

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83       KPMG0025750

Exh 2023-0009

## AUTONOMY CORPORATION plc
## CONDENSED CONSOLIDATED BALANCE SHEET

|  | As at (unaudited) | |
|---|---:|---:|
|  | June 30, 2011 | Dec. 31, 2010 |
|  | $'000 | $'000 |
| **ASSETS** | | |
| Non-current assets: | | |
| Goodwill | 1,545,591 | 1,361,900 |
| Other intangible assets | 607,951 | 400,372 |
| Property and equipment, net | 84,891 | 42,554 |
| Equity and other investments | 98,094 | 68,600 |
| Deferred tax asset | 19,193 | 16,263 |
| Total non-current assets | 2,355,720 | 1,889,689 |
| Current assets: | | |
| Trade receivables, net | 299,849 | 267,646 |
| Other receivables | 74,501 | 62,471 |
| Total trade and other receivables | 374,350 | 330,117 |
| Inventory | 111 | 116 |
| Cash and cash equivalents | 736,205 | 1,060,600 |
| Total current assets | 1,110,666 | 1,390,833 |
| TOTAL ASSETS | 3,466,386 | 3,280,522 |
| **CURRENT LIABILITIES** | | |
| Trade payable | (19,687) | (23,443) |
| Other payables | (67,562) | (51,968) |
| Total trade and other payables | (87,249) | (75,411) |
| Bank loan | (66,083) | (78,745) |
| Tax liabilities | (41,294) | (33,210) |
| Deferred revenue | (186,550) | (170,256) |
| Provisions | (10,232) | (1,661) |
| Total current liabilities | (391,408) | (359,283) |
| Net current assets | 719,258 | 1,031,550 |
| **NON-CURRENT LIABILITIES** | | |
| Bank loan | — | (66,407) |
| Convertible loan notes | (715,677) | (681,791) |
| Deferred tax liabilities | (104,296) | (91,072) |
| Deferred revenue | (6,211) | (7,421) |
| Other payables | (3,318) | (3,702) |
| Provisions | (11,732) | (3,597) |
| Total non-current liabilities | (841,234) | (853,990) |
| Total liabilities | (1,232,642) | (1,213,273) |
| **NET ASSETS** | 2,233,744 | 2,067,249 |
| Shareholders' equity: | | |
| Ordinary shares (1) | 1,349 | 1,344 |
| Share premium account | 1,257,929 | 1,247,907 |
| Capital redemption reserve | 135 | 135 |
| Own shares | (785) | (788) |
| Merger reserve | 27,589 | 27,589 |
| Stock compensation reserve | 32,493 | 27,881 |
| Revaluation reserve | 75,102 | 47,415 |
| Translation reserve | (18,024) | (30,161) |
| Retained earnings | 857,956 | 745,927 |
| **TOTAL EQUITY** | 2,233,744 | 2,067,249 |

(1) At June 30, 2011, 600,000,000 ordinary shares of nominal value 1/3 pence each authorized, 243,387,236 issued and outstanding; as of December 31, 2010, 600,000,000 ordinary shares of nominal value 1/3 pence each authorized, 242,562,584 issued and outstanding.

The accompanying notes are an integral part of these consolidated financial statements
Page 10

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025751

Exh 2023-0010

## AUTONOMY CORPORATION plc
## CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS

|  | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
|  | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
|  | $'000 | $'000 | $'000 | $'000 |
| **Cash flows from operating activities:** | | | | |
| Profit from operations | 82,952 | 77,007 | 167,575 | 150,135 |
| Adjustments for: | | | | |
| Depreciation and amortization | 29,401 | 26,438 | 54,900 | 53,069 |
| Share based compensation | 2,468 | 1,273 | 4,615 | 2,767 |
| Foreign currency movements | 540 | 2,777 | (6,030) | (184) |
| Post-acquisition restructuring and legal costs | — | 357 | — | 357 |
| Operating cash flows before movements in working capital | 115,361 | 107,852 | 221,060 | 206,144 |
| Changes in operating assets and liabilities (net of impact of acquisitions): | | | | |
| Receivables | (10,107) | 5,274 | (3,619) | 6,852 |
| Inventories | (40) | 4,342 | 8 | (5,425) |
| Payables | (8,327) | (12,179) | (24,966) | (16,806) |
| Cash generated by operations | 96,887 | 105,289 | 192,483 | 190,765 |
| Income taxes paid | (17,510) | (13,039) | (27,426) | (36,819) |
| Net cash provided by operating activities | 79,377 | 92,250 | 165,057 | 153,946 |
| **Cash flows from investment activities:** | | | | |
| Interest received | 2,970 | 2,095 | 5,945 | 2,316 |
| Purchase of fixed assets | (14,026) | (12,960) | (24,290) | (30,583) |
| Purchase of investments | — | — | — | (2,500) |
| Expenditure on product development | (11,158) | (9,721) | (21,199) | (16,294) |
| Acquisition of subsidiaries, net of cash acquired | (401,118) | (21,977) | (401,635) | (77,929) |
| Net cash used in investing activities | (423,332) | (42,563) | (441,179) | (124,990) |
| **Cash flows from financing activities:** | | | | |
| Proceeds from issuance of shares, net of issuance costs | 7,075 | 5,665 | 10,126 | 12,830 |
| Proceeds from convertible loan notes, net of issuance costs | — | — | — | 765,912 |
| Interest on convertible loan notes | — | — | (13,017) | — |
| Interest on bank loan | (446) | (980) | (1,919) | (2,252) |
| Repayment of bank loan | — | — | (79,553) | (53,906) |
| Net cash provided by (used in) financing activities | 6,629 | 4,685 | (84,363) | 722,584 |
| Net (decrease) increase in cash and cash equivalents | (337,326) | 54,372 | (360,485) | 751,540 |
| Beginning cash and cash equivalents | 1,068,203 | 910,876 | 1,060,600 | 242,791 |
| Effect of foreign exchange on cash and cash equivalents | 5,328 | (3,256) | 36,090 | (32,339) |
| Ending cash and cash equivalents | 736,205 | 961,992 | 736,205 | 961,992 |

## AUTONOMY CORPORATION plc
## CONDENSED CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME

|  | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
|  | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
|  | $'000 | $'000 | $'000 | $'000 |
| Net profit | 54,921 | 52,351 | 109,087 | 102,065 |
| Revaluation of equity investment | 15,217 | 14,913 | 27,687 | 12,102 |
| Translation of overseas operations | 5,747 | (1,019) | 12,137 | (15,311) |
| Other comprehensive income | 20,964 | 13,894 | 39,824 | (3,209) |
| Total comprehensive income | 75,885 | 66,245 | 148,911 | 98,856 |

The accompanying notes are an integral part of these consolidated financial statements
Page 11

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83    KPMG0025752

Exh 2023-0011

**AUTONOMY CORPORATION plc**
**CONDENSED CONSOLIDATED STATEMENT OF CHANGES IN EQUITY**

|  | Ordinary shares $'000 | Share premium $'000 | Capital redemption reserve $'000 | Own shares $'000 | Merger reserve $'000 | Sub-total $'000 |
|---|---|---|---|---|---|---|
| At January 1, 2011 | 1,344 | 1,247,907 | 135 | (788) | 27,589 | 1,276,187 |
| Retained profit | — | — | — | — | — | — |
| Other comprehensive income | — | — | — | — | — | — |
| Stock compensation | — | — | — | — | — | — |
| Share options exercised | 5 | 10,022 | — | — | — | 10,027 |
| EBT options exercised | — | — | — | 3 | — | 3 |
| Deferred tax on stock options | — | — | — | — | — | — |
| At June 30, 2011 | 1,349 | 1,257,929 | 135 | (785) | 27,589 | 1,286,217 |

|  | Sub-total Forwarded $'000 | Stock comp'n reserve $'000 | Revaluation reserve $'000 | Translation reserve $'000 | Retained earnings $'000 | Total $'000 |
|---|---|---|---|---|---|---|
| At January 1, 2011 | 1,276,187 | 27,881 | 47,415 | (30,161) | 745,927 | 2,067,249 |
| Retained profit | — | — | — | — | 109,087 | 109,087 |
| Other comprehensive income | — | — | 27,687 | 12,137 | — | 39,824 |
| Stock compensation | — | 4,615 | — | — | — | 4,615 |
| Share options exercised | 10,027 | — | — | — | — | 10,027 |
| EBT options exercised | 3 | (3) | — | — | — | — |
| Deferred tax on stock options | — | — | — | — | 2,942 | 2,942 |
| At June 30, 2011 | 1,286,217 | 32,493 | 75,102 | (18,024) | 857,956 | 2,233,744 |

|  | Ordinary shares $'000 | Share premium $'000 | Capital redemption reserve $'000 | Own shares $'000 | Merger reserve $'000 | Sub-total $'000 |
|---|---|---|---|---|---|---|
| At January 1, 2010 | 1,333 | 1,130,767 | 135 | (845) | 27,589 | 1,158,979 |
| Retained profit | — | — | — | — | — | — |
| Other comprehensive income | — | — | — | — | — | — |
| Stock compensation | — | — | — | — | — | — |
| Share options exercised | 6 | 13,227 | — | — | — | 13,233 |
| EBT options exercised | — | — | — | 57 | — | 57 |
| Equity element of convertible loan notes | — | 97,815 | — | — | — | 97,815 |
| Deferred tax on stock options | — | — | — | — | — | — |
| At June 30, 2010 | 1,339 | 1,241,809 | 135 | (788) | 27,589 | 1,270,084 |

|  | Sub-total Forwarded $'000 | Stock comp'n reserve $'000 | Revaluation reserve $'000 | Translation reserve $'000 | Retained earnings $'000 | Total $'000 |
|---|---|---|---|---|---|---|
| At January 1, 2010 | 1,158,979 | 21,959 | 4,499 | (12,032) | 528,374 | 1,701,779 |
| Retained profit | — | — | — | — | 102,065 | 102,065 |
| Other comprehensive income | — | — | 12,102 | (15,311) | — | (3,209) |
| Stock compensation | — | 2,767 | — | — | — | 2,767 |
| Share options exercised | 13,233 | — | — | — | — | 13,233 |
| EBT options exercised | 57 | (57) | — | — | — | — |
| Equity element of convertible loan notes | 97,815 | — | — | — | — | 97,815 |
| Deferred tax on stock options | — | — | — | — | 1,852 | 1,852 |
| At June 30, 2010 | 1,270,084 | 24,669 | 16,601 | (27,343) | 632,291 | 1,916,302 |

The accompanying notes are an integral part of these consolidated financial statements
Page 12

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025753

Exh 2023-0012

# AUTONOMY CORPORATION plc

## NOTES TO THE CONDENSED SET OF CONSOLIDATED FINANCIAL STATEMENTS FOR THE SIX MONTHS ENDED JUNE 30, 2011 - UNAUDITED

### 1. General Information

Interim information is unaudited, but reflects all normal adjustments which are, in the opinion of management, necessary to provide a fair statement of results and the company's financial position for and as at the periods presented. The results of operations for the three and six months ended June 30, 2011 are not necessarily indicative of the operating results for future operating periods. The interim financial statements should be read in connection with the company's audited Consolidated Financial Statements and the notes thereto for the year ended December 31, 2010. The information for the year ended December 31, 2010 does not constitute statutory accounts as defined in section 435 of the Companies Act 2006. A copy of the statutory accounts for that year has been delivered to the Registrar of Companies. The auditor reported on those accounts; their report was unqualified, did not draw attention to any matters by way of emphasis and did not contain a statement under section 498(2) or (3) of the Companies Act 2006.

### 2. Accounting Policies

The annual financial statements of Autonomy Corporation plc are prepared in accordance with IFRSs as adopted by the European Union. The condensed set of financial statements included in this half yearly report has been prepared in accordance with IAS 34 'Interim Financial Reporting' as adopted by the European Union.

#### Basis of preparation
The same accounting policies, presentation and methods of computation are followed in the condensed set of consolidated financial statements as applied in the Autonomy group's 2010 Annual Report.

#### Going Concern
The Autonomy group has considerable financial resources together with a significant number of customers across different geographic areas and industries. At June 30, 2011 the group had cash balances of $736 million and total debt (including the convertible loan notes) of $782 million, giving net debt of $46 million. During the last twelve months the group generated $365 million in cash flow from operations. As a consequence, the directors believe that the group is well placed to manage business risks successfully despite the continued uncertain economic outlook.

After making enquiries and considering the cash flow forecasts of the group the directors have a reasonable expectation that the group has adequate resources to continue in operational existence for the foreseeable future. Accordingly, they continue to adopt the going concern basis in preparing the six month and quarterly consolidated financial statements

#### Adjusted Results
Although IFRS disclosure provides investors and management with an overall view of the company's financial performance, Autonomy believes that it is important for investors to also understand the performance of the company's fundamental business without giving effect to certain specific, non-recurring and non-cash charges. Consequently, the non-IFRS (adj.) results exclude share of profit/loss of associates, post-acquisition restructuring and legal costs and non-cash charges for the amortization of purchased intangibles, share-based compensation, interest on convertible loan notes, non-cash translational foreign exchange gains and losses and associated tax effects. Management uses the adjusted results to assess the financial performance of the company's operational business activities.

See reconciliations on page 9.

### 3. Acquisition of Selected Iron Mountain Digital Assets

During June 2011 the group acquired selected assets of Iron Mountain's Digital division including archiving, eDiscovery and online backup. The acquisition has been accounted for using the purchase method of accounting.

The purchase price allocation has not yet been finalised and this interim report has been prepared using management estimates. Total consideration is $401 million which represents the $380 million purchase price and preliminary working capital adjustments.

Page 13

## 3. Acquisition of Selected Iron Mountain Digital Assets (continued)

Management's estimated preliminary purchase price allocation has attributed a value of $200 million to purchased intangibles comprising purchased technology, customer relationships and brand names. The balance of $200 million is all attributed to goodwill since estimated assets and liabilities currently offset to $nil. Management anticipate finalizing the purchase price allocation during the second half of 2011 at which time full disclosures in accordance with IFRS3 (2008) Revised will be provided.

The goodwill arising on the acquisitions is attributed to future operating synergies from the combinations. These operational synergies are expected to arise from a number of factors, including:

- cost synergies from utilization of Autonomy's IDOL dark server technology;
- elimination of duplicative general and administrative, data center and marketing programs;
- provision of broader and more comprehensive offerings to customers; and
- additional scale and cross-selling opportunities.

Had the results of the Digital acquisition for the period from 1 January 2011 to the date of acquisition been included in the group's results for H1 2011 then group net profit would be approximately $9 million lower than the reported figures.

Management have estimated a pro-forma revenue contribution from Digital for the stub period in Q2 2011 of $9.6 million with costs in the region of $12.4 million leading to a net operating loss of $2.8 million on an adjusted basis. This represents our best estimate but needs to be considered in light of the fact that acquired businesses are integrated very rapidly such that it is not practicable to determine the portion of the result that specifically relates to either business on a standalone basis. Given the short period of time since acquisition we have estimated these costs based on headcount at the time of acquisition and run rate of costs at the time of acquisition. As the operations are now substantially integrated we do not anticipate being able to estimate the contribution with any degree of accuracy in future periods.

## 4. Segmental Information

The Autonomy group is organized internally along group function lines with each line reporting to the group's chief operating decision maker, the Chief Executive Officer. The primary group function lines include: finance; operations, including legal, HR and operations; marketing; sales; and technology. Each of these functions supports the overall business activities, however they do not engage in activities from which they earn revenues or incur expenditure in their operations with each other. No discrete financial information is produced for these function lines. The company integrates acquired businesses and products into the Autonomy model such that separate financial data on these entities is not maintained post acquisition.

The group has operations in various geographic locations however no discrete financial information is maintained on a regional basis. Decisions around the allocation of resources are not determined on a regional basis and the chief operating decision maker does not assess the group's performance on a geographic basis.

The group is a software business that utilises its single technology in a set of standard products to address unique business problems associated with unstructured data. The group offers over 500 different functions and connectors to over 400 different data repositories as part of its product suite. Each customer selects from a list of options, but underneath from a single unit of the proprietary core technology platform. As a result, no analysis of revenues by product type can be provided.

Each of the group's virtual brands is founded on the group's unique Intelligent Data Operating Layer (IDOL), the group's core infrastructure for automating the handling of all forms of unstructured information. Separate financial information is not prepared for each virtual brand to assess its performance for the purpose of resource allocation decisions. The pervasive nature of the group's technology across each brand requires decisions to be taken at the group level and financial information is prepared on that basis.
A significant proportion of the group's cost base is fixed and represents payroll and property costs which relate to the multiple function lines of the group. As a result the business model drives enhanced performance though growing sales and accordingly group wide revenue generation is the key performance metric that is monitored by the chief operating decision maker. The revenue financial data used to monitor performance is prepared and compiled on a group wide basis. No separate revenue financial analysis is maintained on revenues from any of the virtual brands.

The company's chief operating decision maker is the group's Chief Executive Officer, who evaluates the performance of the company on a group wide basis and any elements within it on the basis of information from junior executives and group financial information and is ultimately responsible for entity-wide resource allocation

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025755

Exh 2023-0014

decisions.

Page 15

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025756

Exh 2023-0015

## 4. Segmental Information (continued)

As a consequence of the above factors the group has one operating segment in accordance with IFRS 8 "Operating Segments". IFRS 8 also requires information on a geographic basis and that information is shown below. The group's operations are located primarily in the United Kingdom, the US and Canada. The company also has a significant presence in a number of other European countries as well as China, Japan, Singapore and Australia. The following tables provide an analysis of the group's sales and net assets by geographical market based upon the location of the group's customers.

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | (unaudited) | | (unaudited) | |
| | June 30, 2011 | June 30, 2010 | June 30, 2011 | June 30, 2010 |
| Revenue by region: | $'000 | $'000 | $'000 | $'000 |
| Americas | 186,254 | 146,874 | 337,403 | 282,469 |
| Rest of World | 69,996 | 74,251 | 138,640 | 132,836 |
| Total | 256,250 | 221,125 | 476,043 | 415,305 |

Information about these geographical regions is presented below:

| | Three Months Ended | | | | | |
|---|---|---|---|---|---|---|
| | (unaudited) | | | | | |
| | June 30, 2011 | | | June 30, 2010 | | |
| | Americas | ROW | Total | Americas | ROW | Total |
| | $'000 | $'000 | $'000 | $'000 | $'000 | $'000 |
| Result by region | 74,186 | 14,896 | 89,082 | 56,738 | 23,604 | 80,342 |
| Post-acq'n restr. costs | | | (5,590) | | | (558) |
| Loss on foreign exchange | | | (540) | | | (2,777) |
| Operating profit | | | 82,952 | | | 77,007 |
| Share of loss of associate | | | - | | | (333) |
| Interest receivable | | | 2,657 | | | 2,178 |
| Interest payable | | | (12,669) | | | (11,372) |
| Profit before tax | | | 72,940 | | | 67,480 |
| Tax | | | (18,019) | | | (15,129) |
| Profit for the period | | | 54,921 | | | 52,351 |

| | Six Months Ended | | | | | |
|---|---|---|---|---|---|---|
| | (unaudited) | | | | | |
| | June 30, 2011 | | | June 30, 2010 | | |
| | Americas | ROW | Total | Americas | ROW | Total |
| | $'000 | $'000 | $'000 | $'000 | $'000 | $'000 |
| Result by region | 130,546 | 37,263 | 167,809 | 112,222 | 38,287 | 150,509 |
| Post-acq'n restr. costs | | | (6,264) | | | (558) |
| Profit on foreign exchange | | | 6,030 | | | 184 |
| Operating profit | | | 167,575 | | | 150,135 |
| Share of loss of associate | | | (350) | | | (671) |
| Interest receivable | | | 5,632 | | | 2,985 |
| Interest payable | | | (25,970) | | | (16,169) |
| Profit before tax | | | 146,887 | | | 136,280 |
| Tax | | | (37,800) | | | (34,215) |
| Profit for the period | | | 109,087 | | | 102,065 |

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83    KPMG0025757

Exh 2023-0016

## 5. Income Taxes

| | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
| Tax charge by region: | June 30, 2011 $'000 | June 30, 2010 $'000 | June 30, 2011 $'000 | June 30, 2010 $'000 |
| UK | 10,444 | 9,901 | 25,772 | 23,300 |
| Foreign | 7,575 | 5,228 | 12,028 | 10,915 |
| Total | 18,019 | 15,129 | 37,800 | 34,215 |

## 6. Share Based Compensation

Share based compensation charges have been charged in the consolidated income statement within the following functional areas:

| | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
| | June 30, 2011 $'000 | June 30, 2010 $'000 | June 30, 2011 $'000 | June 30, 2010 $'000 |
| Research and development | 740 | 342 | 1,384 | 743 |
| Sales and marketing | 1,308 | 624 | 2,446 | 1,357 |
| General and administrative | 420 | 307 | 785 | 667 |
| Total share based compensation charge | 2,468 | 1,273 | 4,615 | 2,767 |

## 7. Earnings per Share

The calculation of the basic and diluted earnings per share is based on the following data:

| | Three Months Ended (unaudited) | | Six Months Ended (unaudited) | |
|---|---|---|---|---|
| | June 30, 2011 $'000 | June 30, 2010 $'000 | June 30, 2011 $'000 | June 30, 2010 $'000 |
| Earnings for purpose of basic and diluted earnings per share, being net profit (IFRS) | 54,921 | 52,351 | 109,087 | 102,065 |
| Earnings for the purposes of diluted earnings per share (adjusted – see page 9) | 82,112 | 75,515 | 151,950 | 137,169 |
| **Number of shares (in thousands)** | | | | |
| Weighted average number of ordinary shares for the purposes of basic earnings per share | 243,086 | 241,587 | 242,891 | 241,239 |
| Share options | 2,304 | 3,308 | 2,161 | 3,114 |
| Weighted average number of ordinary shares for the purposes of diluted earnings per share (IFRS) | 245,390 | 244,895 | 245,052 | 244,353 |
| Convertible loan notes | 24,082 | 24,082 | 24,082 | 15,700 |
| Weighted average number of ordinary shares for the purposes of diluted earnings per share (adjusted) | 269,472 | 268,977 | 269,134 | 260,053 |
| **IFRS** | | | | |
| Earnings per share – basic | $ 0.23 | $ 0.22 | $ 0.45 | $ 0.42 |
| Earnings per share – fully diluted | $ 0.22 | $ 0.21 | $ 0.45 | $ 0.42 |
| **Adjusted** | | | | |
| Earnings per share adj. – basic (IFRS) | $ 0.34 | $ 0.31 | $ 0.63 | $ 0.57 |
| Earnings per share adj.– fully diluted (IFRS) | $ 0.33 | $ 0.31 | $ 0.62 | $ 0.56 |
| Earnings per share adj. – fully diluted (adjusted for conversion of loan notes) | $ 0.30 | $ 0.28 | $ 0.56 | $ 0.53 |

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025758

Exh 2023-0017

### 7. Earnings per Share (continued)

Because in our adjusted measure of profits, we exclude the interest payable on the convertible loan notes, the inclusion of the potential shares for the convertible loan notes does cause dilution. In order to give a fair presentation of our adjusted diluted earnings per share, we have elected to reflect the impact of the convertible shares within our adjusted diluted earnings per share measures.

### 8. Related Party Transactions

There have been no related party transactions, or changes in related party transactions described in the latest annual report, that could have a material effect on the financial position or performance of the group in the financial period.

---

### Statement of Directors' Responsibility

We confirm that to the best of our knowledge:

(a) the condensed set of financial statements has been prepared in accordance with IAS 34 "Interim Financial Reporting";

(b) the interim management report includes a fair review of the information required by DTR 4.2.7 (indication of important events during the first six months and description of principal risks and uncertainties for the remaining six months of the year); and

(c) the interim management report includes a fair review of the information required by DTR 4.2.8 (disclosure of related parties' transactions and changes therein).

By order of the Board

*[signature]*  *[signature]*

Dr Michael R Lynch  Sushovan T Hussain
Chief Executive Officer  Chief Financial Officer
July 27, 2011  July 27, 2011

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83

KPMG0025759

Exh 2023-0018

## INDEPENDENT REVIEW REPORT TO AUTONOMY CORPORATION PLC

We have been engaged by the Company to review the condensed set of financial statements in the interim financial report for the three and six months ended June 30, 2011 which comprises the condensed consolidated income statement, the condensed consolidated balance sheet, the condensed consolidated statement of comprehensive income, the condensed consolidated statement of changes in equity, the condensed consolidated statement of cash flow and related notes 1 to 8. We have read the other information contained in the interim financial report and considered whether it contains any apparent misstatements or material inconsistencies with the information in the condensed set of financial statements.

This report is made solely to the company in accordance with International Standard on Review Engagements (UK and Ireland) 2410 "Review of Interim Financial Information Performed by the Independent Auditor of the Entity" issued by the Auditing Practices Board. Our work has been undertaken so that we might state to the company those matters we are required to state to them in an independent review report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the company, for our review work, for this report, or for the conclusions we have formed.

### Directors' responsibilities

The interim financial report is the responsibility of, and has been approved by, the directors. The directors are responsible for preparing the interim financial report in accordance with the Disclosure and Transparency Rules of the United Kingdom's Financial Services Authority.

As disclosed in note 2 the annual financial statements of the group are prepared in accordance with IFRSs as adopted by the European Union. The condensed set of financial statements included in this interim financial report has been prepared in accordance with International Accounting Standard 34, "Interim Financial Reporting," as adopted by the European Union.

### Our responsibility

Our responsibility is to express to the Company a conclusion on the condensed set of financial statements in the interim financial report based on our review.

### Scope of Review

We conducted our review in accordance with International Standard on Review Engagements (UK and Ireland) 2410 "Review of Interim Financial Information Performed by the Independent Auditor of the Entity" issued by the Auditing Practices Board for use in the United Kingdom. A review of interim financial information consists of making inquiries, primarily of persons responsible for financial and accounting matters, and applying analytical and other review procedures. A review is substantially less in scope than an audit conducted in accordance with International Standards on Auditing (UK and Ireland) and consequently does not enable us to obtain assurance that we would become aware of all significant matters that might be identified in an audit. Accordingly, we do not express an audit opinion.

### Conclusion

Based on our review, nothing has come to our attention that causes us to believe that the condensed set of financial statements in the interim financial report for the three and six months ended June 30, 2011 is not prepared, in all material respects, in accordance with International Accounting Standard 34 as adopted by the European Union and the Disclosure and Transparency Rules of the United Kingdom's Financial Services Authority.

**Deloitte LLP**
Chartered Accountants and Statutory Auditor
London, UK
July 27, 2011

United States District Court
Northern District of California

**Trial Exhibit 2023**

Case No:   CR 18-0577 CRB
Date Entered: _____
By: _____
Deputy Clerk

Confidential Treatment Requested by KPMG Pursuant to 17 CFR §200.83          KPMG0025760

Exh 2023-0019