**Confidential**

OEM ANALYSIS

Top Customers By Name and Revenue Category 2006-2010

Note:  Excludes excluding upsells, maintenance, pros serve etc, and excludes companies which were formerly OEMs but subsequently acquired by Arsenal (eg IWOV, Meridio, etc).  Estimates of contributions below.

Over $10m category:

- EMC
- HP
- IBM
- Iron Mountain
- Video Monitoring Services

Under $10m category:

- Adobe
- Bloomberg
- Computer Associates
- Dassault Systemes
- Deloitte
- Energy solutions
- Huron
- Hyland
- KPMG
- Rand
- Opentext
- Oracle
- Symantec
- Verdasys
- Xerox

EXH. 07472.17-001