UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain) <br><br> Christopher J. Morvillo <br> Celeste Koeleveld <br> Brian Heberlig <br> Jonathan Baum <br> Daniel Silver <br> Michelle Levin <br> (Lynch) |
| **TRIAL DATE:** <br> May 23, 2024 | **REPORTER(S):** <br> Rhonda Aquilina <br> Jennifer Coulthard | **CLERK:** <br> Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:29 a.m. <br><br><br><br><br><br><br><br><br><br><br><br><br><br> 8:52 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. Jurors not present. All parties present. Defense (Lynch) Motion for a Mistrial, ECF No. 516. Defense (Chamberlain) Joinder Motion for a Mistrial (supplementing the record). The Court DENIED the defense's motion for a mistrial at this time, but GRANTED the defense's alternative relief for a curative instruction. ECF Dkt. 516. Court admonished the government re cross-examination of witness Harriet Slack. The Court ordered the government to save all work product, emails, documents, etc. re this matter. <br> Court in recess | |
| | | 9:20 a.m. | | | Court reconvened. All jurors present. All parties present. Court instructs the jurors re Harriet Slack's testimony. | |
| | | 9:29 a.m. | | | Defense (Lynch) witness sworn <br> **Michael Richard Lynch** | |
| | 23745 | | X | X | Exhibit 23745 marked (Demonstrative) | |
| | | 10:17 a.m. | | | Jurors on break. <br> Court instructs defense counsel to examine the witness on issues pertaining to the case. | |

1

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 10:21 a.m. |  |  | Court in recess |  |
|  |  | 10:41 a.m. |  |  | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present.  All parties present. Defense (Lynch) direct examination of witness Michael R. Lynch |  |
|  | 9133.1 |  | X |  | Exhibit 9133.1 marked (Demonstrative) |  |
|  | 9133.2 |  | X |  | Exhibit 9133.2 marked (Demonstrative) |  |
|  | 9133.3 |  | X |  | Exhibit 9133.3 marked (Demonstrative) |  |
|  | 1352 |  | X |  | Exhibit 1352 previously admitted |  |
|  | 8924.1 |  | X |  | Exhibit 8924.1 previously admitted |  |
|  | 24 |  | X |  | Exhibit 24 previously admitted |  |
|  | 23713.1 |  | X | X | Exhibit 23713.1 marked and admitted<br>Email from HussainS to MRL; KanterA; MenellP, cc: ChamberlainS; StephanM, re: "update" |  |
|  | 10295 |  | X |  | Exhibit 10295 previously admitted |  |
|  | 661 |  | X |  | Exhibit 661 previously admitted |  |
|  | 10295 |  | X |  | Exhibit 10295 previously admitted |  |
|  | 1274 |  | X |  | Exhibit 1274 previously admitted |  |
|  | 6351 |  | X |  | Exhibit 6351 previously admitted |  |
|  | 17511 |  | X |  | Exhibit 17511 previously admitted |  |
|  | 9133.5 |  | X |  | Exhibit 9133.2 marked (Demonstrative) |  |
|  | 9133.6 |  | X |  | Exhibit 9133.6 marked (Demonstrative) |  |
|  |  | 11:59 a.m. |  |  | Court in recess |  |
|  |  | 12:51 p.m. |  |  | Court reconvened.  Court Reporter – Jennifer Coulthard. Defense (Lynch) direct examination of witness Michael R. Lynch |  |
|  | 1352 |  | X |  | Exhibit 1352 previously admitted |  |
|  | 9133.4 |  | X |  | Exhibit 9133.4 marked (Demonstrative) |  |
|  | 3638 |  | X | X | Exhibit 3638 marked and admitted<br>Call 10 Q4.pdf |  |
|  | 178 |  | X |  | Exhibit 178 previously admitted |  |
|  | 7625 |  | X | X | Exhibit 7625 marked and admitted<br>Email from HussainS to MRL, re: "SOP 97-2" -- discussion of questions covered by SOP 97-2 |  |
|  | 8342 |  | X | X | Exhibit 8342 marked and admitted<br>Email from QuattroneF to MRL, re: "Financial slides" |  |
|  | 9133.17 |  | X |  | Exhibit 9133.17 previously admitted |  |
|  | 630 |  | X |  | Exhibit 630 previously admitted |  |
|  | 8098 |  | X |  | Exhibit 8098 previously admitted |  |
|  | 23533 |  | X |  | Exhibit 23533 previously admitted |  |
|  | 23742 |  | X |  | Exhibit 23742 marked (Demonstrative) |  |

| | | | | | |
|---|---|---|---|---|---|
| 23690 | | | X | X | Exhibit 23690 marked and admitted<br>Email from ColemanS to MRL cc'ing OConnellA, JaramilloP re: MS El Strategy Slides, attaching "El Strategy - Partner_Public.ppt" | |
| 23570 | | | X | | Exhibit 23570 previously admitted | |
| | | 2:28 p.m.<br>2:31 p.m. | | | Jurors on break<br>Court in recess | |
| | | 2:53 p.m. | | | Court reconvened. All jurors present. All parties present. Defense (Lynch) direct examination of witness Michael R. Lynch | |
| 9067 | | | X | X | Exhibit 9067 marked (Demonstrative) | |
| 7499 | | | X | X | Exhibit 7499 marked and admitted<br>Email from EganS to FeinsmithL, re: "Summary of JPMC/Autonomy" | |
| 8300 | | | X | X | Exhibit 8300 marked and admitted<br>Gartner Report, "Magic Quadrant for Info Access Technology" | |
| 428 | | | X | | Exhibit 428 previously admitted | |
| 4037 | | | X | X | Exhibit 4037 marked and admitted<br>EMC Conversion Deal | |
| 183 | | | X | | Exhibit 183 previously admitted | |
| 7496 | | | X | X | Exhibit 7496 marked and admitted<br>Email from SullivanM to HussainS, re: "Dell" | |
| 9133.8 | | | X | | Exhibit 9133.8 marked (Demonstrative) | |
| 9133.9 | | | X | | Exhibit 9133.9 marked (Demonstrative) | |
| 9078 | | | X | | Exhibit 9078 marked (Demonstrative) | |
| 783 | | | X | X | Exhibit 783 marked and admitted<br>Email from BarrisR to SullivanM re: "RE: Autonomy Dell deal" | |
| 3977 | | | X | X | Exhibit 3977 marked and admitted<br>Re: EMC accounting memo v5 | |
| 3093 | | | X | X | Exhibit 3093 marked and admitted<br>Email FWD Email from HussainS to ChamberlainS re "FW: EMC - can we have a brief chat today?" | |
| 4915 | | | X | X | Exhibit 4915 marked and admitted<br>COGS | |
| 3950 | | | X | X | Exhibit 3950 marked and admitted<br>Fwd: observations . | |
| | | 3:53 p.m. | | | Jurors excused until May 28, 2024 at 9:15 a.m.<br>Discussion Regarding:<br>Joel Scott Recording<br>Books and Records – Parties Stipulate<br>Rule 29 Motion – The parties will file a brief this weekend<br>Exhibits in evidence and not displayed to the jurors<br>Jury Instructions may be provided to the parties this weekend. | |
| | | 4:04 p.m. | | | Court adjourned until May 28, 2024 at 9:15 a.m. | |

3