| | |
|---|---|
| Jonathan M. Baum (SBN: 303469)<br>**Steptoe LLP**<br>One Market Street<br>Steuart Tower, Suite 1070<br>San Francisco, CA  94105<br>Telephone:  (510) 735-4558<br>jbaum@steptoe.com<br><br>Reid H. Weingarten<br>Brian M. Heberlig<br>Michelle L. Levin<br>Nicholas P. Silverman<br>Drew C. Harris<br>(Admitted Pro Hac Vice)<br>**Steptoe LLP**<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 506-3900 | Christopher J. Morvillo<br>Celeste L.M. Koeleveld<br>Daniel S. Silver<br>(Admitted Pro Hac Vice)<br>**Clifford Chance US LLP**<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10019<br>Telephone:  (212) 878-3437<br>christopher.morvillo@cliffordchance.com<br><br>*Attorneys for Defendant*<br>*Michael Richard Lynch* |

# UNITED STATES DISTRICT COURT

# NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>MICHAEL RICHARD LYNCH and<br>STEPHEN KEITH CHAMBERLAIN,<br><br>       Defendants. | Case No.: 3:18-cr-00577-CRB<br><br>Judge: Hon. Charles Breyer |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the New York office of CLIFFORD CHANCE US LLP is no longer located at 31 West 52nd Street and has moved to the following address:

CLIFFORD CHANCE US LLP
Two Manhattan West
375 Ninth Avenue
New York NY 10001

All telephone numbers and email addresses remain the same.

Dated: May 28, 2024      CLIFFORD CHANCE US LLP

_____
Christopher J. Morvillo
Celeste L.M. Koeleveld
Daniel S. Silver
Kylie A. McLaughlin
(Admitted Pro Hac Vice)
**Clifford Chance US LLP**
christopher.morvillo@cliffordchance.com
celeste.koeleveld@cliffordchance.com
daniel.silver@cliffordchance.com
kylie.mclaughlin@cliffordchance.com

*Attorneys for Defendant*
*Michael Richard Lynch*