1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   ROBERT S. LEACH (CABN 196191)
5  ADAM A. REEVES (NYBN 2363877)
   KRISTINA N. GREEN (NYBN 5226204)
6  ZACHARY G.F. ABRAHAMSON (CABN 310951)
   Assistant United States Attorney
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (202) 476-0280
9       Fax: (415) 436-7234
        Email: zachary.abrahamson2@usdoj.gov
10
   Attorneys for United States of America
11
                     UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15  UNITED STATES OF AMERICA,            )  **CASE NO. Case No. CR 18-577 CRB**
                                         )
16        Plaintiff,                     )  **UNITED STATES' MOTION TO STRIKE**
                                         )  **TESTIMONY REGARDING TRIAL EXHIBIT**
17     v.                                )  **9872**
                                         )
18  MICHAEL RICHARD LYNCH and STEPHEN    )
    KEITH CHAMBERLAIN,                   )
19                                       )
          Defendants.                    )
20

21        The United States moves to strike Trial Exhibit 9872, its attachment, and the testimony of Dr.

22  Michael Richard Lynch relating to that exhibit and its attachment.

23        On Tuesday, May 28, Dr. Lynch introduced and testified about Trial Exhibit 9872, which is an

24  August 16, 2011 e-mail from Autonomy COO Andrew Kanter to the company's antitrust lawyers at

25  Morgan Lewis. *See* Declaration of Zachary G.F. Abrahamson in Support of Motion to Strike Testimony

26  Regarding Spreadsheet (filed herewith), Exhibit A (Trial Exhibit 9872). The e-mail attached a

27  spreadsheet containing information about Autonomy's hardware sales and suggested that Autonomy in

28  2010 made over $100 million in hardware sales. On direct examination, Dr. Lynch testified to the effect

U.S. MOT. TO STRIKE EX. 9872                    1
Case No. CR 18-577 CRB

1   that he thought the spreadsheet might have gone to HP as part of due diligence.

2        Dr. Lynch, through counsel, has spoken about this document before.  In a June 25, 2019 letter

3   related to civil proceedings in the United Kingdom, Dr. Lynch said that he initially "understood that the

4   spreadsheets were sent to Autonomy's advisors, Morgan Lewis, for onward submission to HP's

5   advisors."  *See* Abrahamson Decl., Ex. B (Trial Exhibit 17592).  But Dr. Lynch then reviewed a

6   statement from the e-mail's recipient—Morgan Lewis lawyer Harry Robins—that "explain[ed] that

7   these spreadsheets *were not* provided to HP's advisors."  *Id*. at 2 (emphasis added).  Dr. Lynch said that

8   he "was not aware of that fact" when he provided a witness statement suggesting the contrary.  *Id*.  Dr.

9   Lynch's letter concluded that he had "no reason to dispute Mr Robins' evidence" that the spreadsheets

10  were *not* provided to HP.  *Id*.

11       In light of Dr. Lynch's prior statements regarding Trial Exhibit 9872, the exhibit, its attachment,

12  and Dr. Lynch's pertinent testimony should be stricken.

13

14

15  DATED:  May 28, 2024                          PATRICK D. ROBBINS
                                                  Attorney for the United States Attorney
16                                                Acting Under Authority Conferrred by
                                                  28 U.S.C. § 515
17

18                                                By:       /s/ Zack Abrahamson
19                                                        ROBERT S. LEACH
                                                          ADAM A. REEVES
20                                                        KRISTINA N. GREEN
                                                          ZACHARY G.F. ABRAHAMSON
21                                                        Assistant United States Attorneys

22

23

24

25

26

27

28

U.S. MOT. TO STRIKE EX. 9872                      2
Case No. CR 18-577 CRB