PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
ADAM A. REEVES (NYBN 2363877)
KRISTINA N. GREEN (NYBN 5226204)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-577 CRB |
| Plaintiff, | DECLARATION OF ZACHARY G.F. ABRAHAMSON IN SUPPORT OF UNITED STATES' MOTION TO STRIKE TRIAL EXHIBIT 9872 |
| v. | |
| MICHAEL RICHARD LYNCH and STEPHEN KEITH CHAMBERLAIN, | |
| Defendant. | |

I, Zachary G.F. Abrahamson, declare as follows:

1. I am a Special Assistant United States Attorney with the United States Attorney's Office for the Northern District of California ("USAO"). I am assigned to the prosecution of the above-referenced case. I make this declaration in support of the United States' Motion to Strike Testimony Regarding Spreadsheet.  The statements herein are based in part on personal knowledge and in part on information and belief from my review of documents in this matter and my discussions with counsel for the government, law enforcement agents, and others.

2. Attached hereto as Exhibit A is a true and correct copy of the cover e-mail of Trial Exhibit 9872.

3. Attached hereto as Exhibit B is a true and correct copy of Trial Exhibit 17592.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 28th day of May 2024.

                                                                             /s/

                                              ZACHARY G.F. ABRAHAMSON
                                              Special Assistant U.S. Attorney