# Exhibit A

**From:** Andrew Kanter <andrewk@autonomy.com>
**Sent:** Tuesday, August 16, 2011 4:28 AM
**To:** Robins, Harry T. <hrobins@morganlewis.com>
**Subject:** FW: PRIVILEGED AND CONFIDENTIAL - Daniel
**Attach:** 2010 Revenue Matrix by country FINAL.xlsx; 2010 Revenue Matrix by country FINAL rel jurisdictions.xlsx

---

**From:** Stephen Chamberlain [mailto:stephenc@autonomy.com]
**Sent:** 16 August 2011 12:13
**To:** 'Andrew Kanter'
**Cc:** Sushovan
**Subject:** RE: PRIVILEGED AND CONFIDENTIAL - Daniel

Comments below in red. Still need to provide:

Contact name and address for each of the customer names provided.
2008 and 2009 revenue analysis for EU member states, Italy and Slovakia

**Steve Chamberlain**
**VP, Finance**
**Autonomy**

Cambridge Business Park
Cowley Road
Cambridge
CB4 0WZ

Direct tel: 01223 448017
Mobile tel: 07795 601794
Fax: 01223 448040

E-mail: stephenc@autonomy.com
Web: www.autonomy.com
The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

**From:** Andrew Kanter [mailto:andrewk@autonomy.com]
**Sent:** Tuesday, August 16, 2011 8:41 AM
**To:** stephenc@autonomy.com
**Subject:** FW: PRIVILEGED AND CONFIDENTIAL - Daniel

Will call later to discuss. For now let's fill in what we have to hand.

---

**From:** d'Halluin, Martin H. [mailto:mdhalluin@morganlewis.com]
**Sent:** 16 August 2011 03:20
**To:** Andrew Kanter
**Cc:** Sinan, Izzet M.; Fuentes, Heather Erin; Robins, Harry T.
**Subject:** PRIVILEGED AND CONFIDENTIAL - Daniel

ANDY,

PLEASE FIND BELOW THE INFORMATION REQUESTED BY BARCELONA'S COUNSEL FOR THE NON-US JURISDICTIONS IN WHICH NOTIFICATIONS ARE REQUIRED FOR PROJECT DANIEL: AUSTRIA, BRAZIL, GERMANY, IRELAND, ITALY AND SLOVAKIA (TOGETHER, THE "RELEVANT JURISDICTIONS"). WE APPRECIATE THAT PROVIDING SALES DATA FOR EACH OVERLAPPING ACTIVITY IS NOT AN EXACT SCIENCE; PLEASE FEEL FREE TO PROVIDE GOOD FAITH ESTIMATES. UNFORTUNATELY, THERE IS NO AVOIDING RESPONSE TO THESE REQUESTS BECAUSE THE REGULATORS REQUIRE THIS INFORMATION. THIS IS A PRELIMINARY INFORMATION REQUEST; ADDITIONAL REQUESTS WILL FOLLOW.

**GENERAL REQUESTS**

Barcelona and its counsel have identified four product overlaps: (i) Enterprise Information Archiving (EIA); (ii) Enterprise Content Management (ECM); (iii) Backup and Recovery; and (iv) Search Enterprise. We need your input as described below.

1. Worldwide Product Overlap Requests See attached file 2010 Revenue Matrix by Country Final.xls which also shows assumptions made.

    a. Please provide Arsenal's 2010 worldwide turnover for each overlapping product. Please confirm whether Arsenal provides products/services to Barcelona in any of the markets in which Arsenal operates.

    |                    | Total ($)    |
    |--------------------|--------------|
    | EIA                | 121,779,308  |
    | ECM                | 138,710,005  |
    | Enterprise search  | 29,103,897   |
    | Back up & recovery | -            |

    b. Please provide Arsenal's 2010 worldwide top five customers for each overlapping product (by revenue) and a contact name, description of position within the organization and telephone number for each customer mentioned.

    | Customer        | Product |
    |-----------------|---------|
    | Bank of America | EIA/ECM |
    | JPMC            | EIA     |
    | Deutsche Bank   | EIA     |
    | Citigroup       | EIA     |
    | Morgan Stanley  | EIA     |

    The only other customer that could feature in the Top 5 is BP but since this is Introspect/Ediscovery it is not a competing product and is excluded.

USAO-EMAIL 002417

EXH 9872-0001

2. For each of the Relevant Jurisdictions, please provide:

   a. Arsenal's 2010 turnover for each overlapping product. See attached file 2010 Revenue Matrix by country FINAL rel jurisdictions.xls

| Sum of Total Name | Revenues by country | Cardiff | Search - total | Search - enterprise (10%) | Meridio | Virage/etalk | EAS/Archiving | WCM | imanage | ES Search - enterprise | EIA EAS/Archiving | ECM WCM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRIA | 437,406 | 86 | 242 | 24 | 8 | | | 95 | | 25 | - | 96 |
| BRAZIL | 1,200,867 | 253 | 285 | 29 | | 17 | | | 629 | 29 | - | - |
| GERMANY | 8,730,643 | 728 | 3,082 | 308 | | | 956 | 3,477 | 364 | 313 | 970 | 3,527 |
| IRELAND | 1,826,242 | 144 | 180 | 18 | 547 | 27 | 56 | 338 | 508 | 18 | 57 | 343 |
| ITALY | 9,670,887 | 89 | 7175 | 718 | 66 | 323 | 155 | 1,726 | | 728 | 157 | 1,751 |
| SLOVAK REPUBLIC | 201,216 | 36 | 160 | 16 | | | | | 3 | 16 | - | - |

The total has been allocated based on classification in the ledgers. Search includes many more other categories other than enterprise search (e.g categorization, hyperlinking etc) and so I have estimated that 10% of the revenues we categorise as Search actually relate to Enterprise search. Rafiq's WCM revenues have been mapped to ECM and Digital Safe and EAS revenues to EIA.

   b. Arsenal's 2010 top five customers for each overlapping product (by revenue) and a contact name, description of position within the organization and telephone number for each customer mentioned.

   Top five customers within the above population.

   ECM

   | Bayer Business Services formerly | Germany |
   | ENI S.P.A | Italy |
   | MEDIOFACTORING S.P.A | Italy |
   | OMNITEL* | Italy |
   | R & V VERSICHERUNGEN | Germany |

   Search**

   | Robert Bosch Gmbh | Germany |
   | Red Ventures Srl | Italy |
   | RWE Service GmbH | Germany |
   | Eidos Media Srl | Italy |
   | INPS/INAIL | Italy |

   ** a proportion of search revenues have been allocated to enterprise search. These customers are the largest search customers in the relevant jurisdictions. I have specifically excluded the following from the list as these are known to be not enterprise search customers despite being in the original top 5 for search: Auxilium Tech Srl (resold to BAV for use in historical archiving project); Resi Information SpA (resold to Gendarmerie of Algeria for non-enterprise search project);

   EIA

   | Merck KGaA | Germany |
   | D'Amico Societa di Navigazione | Italy |
   | Software ONE AG | Germany |
   | F. Hoffmann-La Roche AG | Germany |
   | PARMALAT S.p.A | Italy |

3. Please provide a description of any JV, partnership and/or any other kind of cooperation agreement with any company active in any of the markets in which Arsenal operates.

   We are aware of the Affinity Program Master Agreement with OpenText (and its amendments), which is in the data-room. Please confirm whether there is any other kind of JV, partnership and/or any other kind of cooperation agreement in any of the markets in which Arsenal operates.

   Andy

4. Please provide a list of any acquisitions or investments by Arsenal on a worldwide basis in the last three years in companies that sell any of the overlapping products. Include also the date of the acquisition/investment and the category of products involved.

   We are aware of the acquisitions of Iron Mountain's digital assets in May 2011, CA Technologies in June 2010, and Interwoven in January 2009. Please confirm whether there is any other relevant acquisition.

   Only other acquisition was Microlink but this does not provide any products in EIA, ECM, Enterprise Search or Backup/Recovery.

5. For each area of overlap, please identify any shareholding in excess of 10% held by Arsenal in a competitor or potential competitor.

   PLEASE CONFIRM THE APPROPRIATE RESPONSE IS "NONE."

**COUNTRY SPECIFIC REQUESTS**

**Austria**

Follow up questions will be included in the draft notification circulated this week.

**Brazil**

Please provide Arsenal's 2010 turnover in Mercosur (Argentina, Brazil, Paraguay and Uruguay) for each overlapping product (if applicable in the Mercosur).

For FY2010, Arsenal had sales only in Brazil and Uruguay ($0.03 million). Please provide a good faith estimate of Arsenal's revenues in Uruguay for each overlapping product.

Uruguay sales are all K2 – Enterprise Search

**Germany**

USAO-EMAIL 002418

EXH 9872-0002

Follow up questions will be included in the draft notification circulated this week.

### Ireland

1. Please provide the name and position of an appropriate contact person within Arsenal for the Irish filing with the e-mail address, telephone number and fax number of contact person.

Steve Chamberlain/Andy Kanter

2. Please provide a description of Arsenal's Irish business operations including a description of the products sold there and whether it has any physical presence on the island of Ireland including a subsidiary, a branch office, premises, employees etc.

We are aware that Arsenal has subsidiaries in Northern Ireland called Meridio Holdings Limited, Meridio Management Limited and Meridio Trustees Ltd but have no other details re these entities or their operations.

Physical premises in Belfast at the following address: The Concourse, Northern Ireland Science Park, Queen's Road, Queen's Island, Belfast, BT3 9DT.
Meridio Holdings Limited is a holding company that does not trade. It holds 100% investments in Meridio Limited (trading company) and two dormant companies: Meridio Management Limited and Meridio Trustees Limited.

Meridio Limited was acquired in Sept 2007 and is responsible for some of the group's Records Management IP. The company currently employs 35 people most of which are involved in the continued development of the Records Management products. There is also some local office administrative support.

2. Please provide details of any trade association that Arsenal belongs to in Ireland or Northern Ireland and that relate to the overlapping products.

No trade associations that I am aware of.

### Italy

1. Please indicate whether any member of the Board of Directors of Arsenal (or any Arsenal subsidiary) is also a member of the Board of Directors of any Arsenal's competitor.

None that I am aware of.

2. Please provide Arsenal's overall turnover in FY2008 and FY2009 achieved on a consolidated basis in the EU (27 Member States) and in Italy.

[to follow]

### Slovakia

1. Please provide Arsenal's prices in Slovakia for each overlapping product.

Andy

2. Please provide Arsenal's overall turnover in FY2008 and FY2009 achieved on a consolidated basis in Slovakia.

[to follow]

**Martin H. d'Halluin***
International Associate
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6838 | Main: 212.309.6000 | Fax: 212.309.6001
mdhalluin@morganlewis.com | www.morganlewis.com
Assistant: Evelyn Perry | 212.309.6081 | eperry@morganlewis.com
*Registered with the Paris Bar only

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

USAO-EMAIL 002419

EXH 9872-0003