# Exhibit B

CLIFFORD
CHANCE

**CLIFFORD CHANCE LLP**

10 UPPER BANK STREET
LONDON
E14 5JJ

TEL +44 20 7006 1000
FAX +44 20 7006 5555
DX 149120 CANARY WHARF 3

www.cliffordchance.com

Your ref: TRP/AAK/PLR
Our ref: 70-40538856
Direct Dial: +44 207006 4879
E-mail: kelwin.nicholls@cliffordchance.com

**BY EMAIL AND BY POST**
**Private and Confidential**

25 June 2019

Travers Smith LLP
10 Snow Hill
London
EC1A 2AL

Simmons & Simmons LLP
CityPoint
One Ropemaker Street
London EC2Y 9SS

Dear Sir/Madam



In advance of Dr Lynch's testimony, we write to inform you of the following updates to the Witness Statement of Dr Michael Richard Lynch dated 14 September 2018.



CLIFFORD CHANCE LLP IS A LIMITED LIABILITY PARTNERSHIP REGISTERED IN ENGLAND AND WALES UNDER NO. OC323571. THE FIRM'S REGISTERED OFFICE AND PRINCIPAL PLACE OF BUSINESS IS AT 10 UPPER BANK STREET LONDON E14 5JJ. THE FIRM USES THE WORD "PARTNER" TO REFER TO A MEMBER OF CLIFFORD CHANCE LLP OR AN EMPLOYEE OR CONSULTANT WITH EQUIVALENT STANDING AND QUALIFICATIONS. THE FIRM IS AUTHORISED AND REGULATED BY THE SOLICITORS REGULATION AUTHORITY.

USAO 00021720
EXH 17592-0001

CLIFFORD
CHANCE

CLIFFORD CHANCE LLP

4. At paragraph 170(d), Dr Lynch stated that Autonomy sent HP's advisors spreadsheets detailing its revenue breakdown for 2009 and 2010, including hardware revenue. At paragraph 633, Dr Lynch explained further that he had learned that, on 16 and 17 August 2011, Mr Kanter and Mr Chamberlain sent sales data to Morgan Lewis for the purposes of an antitrust filing. Dr Lynch understood that the spreadsheets were sent to Autonomy's advisors, Morgan Lewis, for onward submission to HP's advisors. He therefore assumed that they had been provided to HP's advisors. Mr Robins of Morgan Lewis has since provided a witness statement explaining that these spreadsheets were not provided to HP's advisors (see Mr Robins' statement at paragraph 8). Dr Lynch was not aware of that fact when he provided his witness statement. He has no reason to dispute Mr Robins' evidence.

5. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

6. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

7. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

8. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Yours faithfully

*Clifford Chance*

**Clifford Chance LLP**

USAO 00021721
EXH 17592-0002

United States District Court
Northern District of California

**Trial Exhibit 17592**

Case No:    CR 18-0577 CRB
Date Entered: _____
 By:  _____
         Deputy Clerk

EXH 17592-0003