UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB
Case Name: <u>USA v. Michael Richard Lynch</u>
<u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| TRIAL DATE:<br>May 28, 2024 | REPORTER(S):<br>Rhonda Aquilina<br>Jennifer Coulthard | CLERK:<br>Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:19 a.m. | | | Judge cried-in. All jurors present. All parties present. Stipulation read into the record. | |
| | | 9:22 a.m. | | | Defense (Lynch) direct examination of witness **Michael Richard Lynch** | |
| | 3950 | | X | | Exhibit 3950 previously admitted | |
| | 8303 | | X | X | Exhibit 8303 marked and admitted<br>Email from HussainS to LynchM Re Appliance Sales | |
| | 8307 | | X | X | Exhibit 8307 marked and admitted<br>Email from HussainS to LynchM; KanterA, re: "RE: URGENT" | |
| | 11626 | | X | X | Exhibit 11626 marked and admitted<br>Autonomy expects to report Q1 2010 results in line with analyst consensus estimates - scheduling of first quarter 2010 results and conference call -Press Release | |
| | 9133.10 | | X | | Exhibit 9133.10 marked (Demonstrative) | |
| | 9133.11 | | X | | Exhibit 9133.11 marked (Demonstrative) | |
| | 776 | | X | | Exhibit 776 previously admitted | |
| | 4079 | | X | X | Exhibit 4079<br>d Database Archiving | |

1

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 4080 |  | X | X | Exhibit 4080 marked and admitted<br>databasearchiving_products_a_161796.pdf |  |
|  | 5762 |  | X | X | Exhibit 5762 marked and admitted<br>Final Transcript re Thomson StreetEvents AUTNF.PK - Q4 2008 Autonomy Corporation Plc Earnings Conference Call and Presentation |  |
|  | 4023 |  | X | X | Exhibit 40263 marked and admitted<br>Q2 2009 Earnings Call |  |
|  | 5083 |  | X | X | Exhibit 5083 marked and admitted<br>IDOL Structured Probability Engine (SPE) Administration Guide, Version 7.5 |  |
|  | 23507 |  | X |  | Exhibit 23507 previously admitted |  |
|  | 293 |  | X |  | Exhibit 293 previously admitted |  |
|  | 291 |  | X |  | Exhibit 291 previously admitted |  |
|  | 8310 |  | X | X | Exhibit 8310 marked and admitted<br>Email from SvinarovaA to LynchM; EaganN; CairnsR; LaddB, re: "IDOL SPE coverage in v3" |  |
|  | 5751 |  | X | X | Exhibit 5751 marked and admitted<br>Email from BlanchflowerS to AysunD RE: UK IT Industry Awards 2010 |  |
|  |  | 10:17 a.m. |  |  | Court in recess |  |
|  |  | 10:40 a.m. |  |  | Court reconvened.  All jurors present. All parties present. Defense (Lynch) direct examination<br>Michael R. Lynch |  |
|  | 444 |  | X |  | Exhibit 444 previously admitted |  |
|  | 8809 |  | X |  | Exhibit 8809 previously admitted |  |
|  | 806 |  | X |  | Exhibit 806 previously admitted |  |
|  | 7153 |  | X | X | Exhibit 7153 marked and admitted<br>Email from LuciniF to KaufmanM re: "RE: Demo question" |  |
|  | 351 |  | X | X | Exhibit 351 marked and admitted<br>Memorandum from HussainS and KanterA to Autonomy Board re Acquisition of Microlink LLC |  |
|  | 1298 |  | X |  | Exhibit 1298 previously admitted |  |
|  | 9064 |  | X |  | Exhibit 9064 marked (Demonstrative) |  |
|  | 7297 |  | X |  | Exhibit 7297 previously admitted |  |
|  | 3108 |  | X |  | Exhibit 3108 previously admitted |  |
|  | 7229 |  | X |  | Exhibit 7229 previously admitted |  |
|  | 3118 |  | X |  | Exhibit 3118 previously admitted |  |
|  |  | 12:03 p.m. |  |  | Court in recess |  |
|  |  | 12:58 p.m. |  |  | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense direct examination of witness<br>Michael R. Lynch |  |
|  | 6057 |  | X | X | Exhibit 6057 marked and admitted |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Email from HonA to TruittS re Autonomy Automater Software Information for Morgan Stanley & Co., Inc. -Micro Tech PO AUT-12-09-002 | |
| | 4149 | | | X | X | Exhibit 4149 marked and admitted<br>RE: Vatican definition? | |
| | 1038 | | | X | | Exhibit 1038 previously admitted | |
| | 23747 | | | X | | Exhibit 23747 (Demonstrative) | |
| | 7974 | | | X | | Exhibit 7974 previously admitted | |
| | 17411 | | | X | X | Exhibit 17411 marked and admitted<br>1/0/00 | |
| | 10094 | | | X | | Exhibit 10094 previously admitted | |
| | 10475 | | | X | | Exhibit 10475 previously admitted | |
| | 3812 | | | X | X | Exhibit 3812 marked and admitted<br>00000000ABE427D5C824A54B8288D6D7925B6B42840E2900.MSG | |
| | 4684 | | | X | | Exhibit 4684 previously admitted | |
| | 4839 | | | X | | Exhibit 4839 previously admitted | |
| | 4843 | | | X | | Exhibit 4843 previously admitted | |
| | | 2:20 p.m. | | | | Court in recess | |
| | | 2:40 p.m. | | | | Court reconvened. Court Reporter – Jennnifer Coulthard.<br>Jurors not present. All parties present.<br>Defense request to question Mr. Lynch re Lisa Harris | |
| | | 2:43 p.m. | | | | All jurors present. All parties present.<br>Defense (Lynch) direct examination of<br>Michael R. Lynch | |
| | 23721 | | | X | X | Exhibit 23721 marked and admitted<br>Email from CookeS to DaleyS; McMonigallJ; HussainS; MRL; BloomerJ; KanterA, re: "Re: Message from Rob Webb" | |
| | 2238 | | | X | | Exhibit 2238 previously admitted | |
| | 1531 | | | X | | Exhibit 1531 previously admitted | |
| | 1352 | | | X | | Exhibit 1352 previously admitted | |
| | 2561 | | | X | | Exhibit 2561 previously admitted | |
| | 9872 | | | X | | Exhibit 9872 previously admitted | |
| | 23751 | | | X | | Exhibit 23751 marked | |
| | 23749 | | | X | | Exhibit 23749 marked (Demonstrative) | |
| | | 3:22 p.m. | | | | Government cross-examination of witness<br>Michael R. Lynch | |
| 17159 | | | | X | | Exhibit 17159 previously admitted | |
| 17562 | | | | X | | Exhibit 17562 marked (Demonstrative) | |
| 10794 | | | | X | | Exhibit 10794 previously admitted | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 1432 | | | X | | Exhibit 1432 previously marked | |
| 1617 | | | X | X | Exhibit 1617 marked and admitted<br>E-mail from Sushovan Hussain to Mike Lynch, dated March 17, 2011 regarding "quick updates" | |
| 10141 | | | X | X | Exhibit 10141 marked and admitted<br>Email from HussainS to MRL re " i need 2 out of the top 3 or 8 out of the top 10. " | |
| 17010 | | | X | X | Exhibit 17010 marked and admitted<br>Email from Hussain to Lynch re: MM - Restructure Hytt/Dell $5m - nervous | |
| 14641 | | | X | X | Exhibit 14641 marked and admitted<br>Dup. 773 | |
| 3640 | | | X | | Exhibit 3640 previously admitted | |
| | | 3:50 p.m.<br><br><br><br>3:59 p.m. | | | Jurors excused until May 29, 2024 at 9:15 a.m.<br>Exhibit 16750 modified with redactions<br>Exhibit 9544 withdrawn<br>The defense's motion in limine to Admit Full Audio Recording (dkt. 504) is GRANTED.<br>Court adjourned until May 29, 2024 at 9:15 a.m. | |

4