# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Jury Trial Minutes

Date:   May 30, 2024                                  Judge:  Honorable Charles R. Breyer

Court Reporter:  Rhonda Aquilina and Jennifer Coulthard
Time: 4 Hours and 21 Minutes
Case No.: CR18-0577 CRB-1, 2
Case Name:   <u>USA v. Michael Richard Lynch</u>
             <u>USA v. Stephen Keith Chamberlain</u>

Attorney(s) for Government:
Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson

Attorney(s) for Defendant(s):
Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain);
Christopher J. Morvillo, Celeste Koeleveld, Brian Heberlig, Jonathan Baum, Daniel Silver, Michelle Levin (Lynch)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Government cross-examination of witness Michael R. Lynch.
Further jury trial set for June 3, 2024 at 9:15 a.m.

Defense Rule 29 Motion to Dismiss Count 16 at ECF No. 505 - Granted.
Defense Motion for Acquittal as to Count 16 at ECF No. 505 – Granted.

Exhibits Marked and Admitted: 1154, 1170, 1332, 1588, 1798, 4767, 10068, 10125, 10131, 10132, 10135, 10376, 10413, 10538, 10566, 16532, 16533, 16536, 16538, 17514, 17583, 17584, 17585, 17591, 17593, 17608, 17617, 23754

**Exhibit 8257 admitted on 5/29/2024**