**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 3:18-cr-00577-CRB-1
Case Name: USA v. Michael Richard Lynch
             USA v. Stephen Keith Chamberlain

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| June 3, 2024 | Rhonda Aquilina<br>Jennifer Coulthard | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:10 a.m. | | | Judge cried-in. Court Reporter – Rhonda Aquilina. Jurors not present. All parties present. Discussion re Exhibit 9878 portions stricken from the record, placed on the record. Discussion re Jury Verdict Form. | |
| | | 9:17 a.m. | | | All Jurors present. Court instructs the jurors. | |
| | | 9:46 a.m. | | | Government closing argument | |
| | | 10:44 a.m. | | | Court in recess | |
| | | 11:01 a.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Government closing argument | |
| | | 12:27 p.m. | | | Court in recess | |
| | | 1:18 p.m. | | | Court reconvened. Court Reporter – Rhonda Aquilina. All jurors present. All parties present. Defense closing argument | |
| | | 2:16 p.m. | | | Court in recess | |
| | | 2:32 p.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. All jurors present. All parties present. Defense closing argument | |
| | | 3:58 p.m. | | | Court adjourned for the day. Jurors excused for the day. Jury trial set for June 4, 2024 at 9:15 a.m. | |