UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cr-00577-CRB
Case Name: <u>USA v. Michael Richard Lynch</u>
           <u>USA v. Stephen Keith Chamberlain</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Adam Reeves, Kristina Green, Robert Leach, Zachary Abrahamson | Gary Lincenberg, Michael Landman, Ray Seilie (Chamberlain)<br><br>Christopher J. Morvillo<br>Celeste Koeleveld<br>Brian Heberlig<br>Jonathan Baum<br>Daniel Silver<br>Michelle Levin<br>(Lynch) |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| June 4, 2024 | Rhonda Aquilina<br>Jennifer Coulthard | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:23 a.m. | | | Judge cried-in. All jurors present. All parties present. Defense (Chamberlain) closing arguments | |
| | | 10:55 a.m. | | | Court in recess | |
| | | 11:13 a.m. | | | Court reconvened. Court Reporter – Jennifer Coulthard. Jurors not present. All parties present. Discussion re closing argument (reasonable doubt). | |
| | | 11:18 a.m. | | | All jurors present. All parties present. Court instructs the jurors re reasonable doubt. | |
| | | 11:20 a.m. | | | Government Rebuttal Closing. | |
| | | 12:46 p.m. | | | Court instructs the Jurors. | |
| | | 12:54 p.m. | | | Jurors begin deliberations. | |
| | | 12:55 p.m. | | | Court thanked and excused Alternate Juror #1. | |
| | | 1:06 p.m. | | | Court in recess | |

1

|  |  | 3:35 p.m. 3:40 p.m. 4:00 p.m. |  |  | Jury Note Number 3. Court in recess. Further Jury trial set for June 5, 2024 at 9:00 a.m. |  |