FILED

Jun 06 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD LYNCH AND STEPHEN KEITH CHAMBERLAIN,<br><br>Defendants. | Case No. 18-CR-577-CRB<br><br>VERDICT FORM |

### COUNT ONE: 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | | ✓ |
| STEPHEN KEITH CHAMBERLAIN | | ✓ |

of the charge of Conspiracy to Commit Wire Fraud, as set forth in Count One.

**COUNT TWO: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Two, as to an email from J.S. in the Northern District of California to S.C. on or about January 26, 2011 regarding "FW: autn_boa."

**COUNT THREE: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Three, as to a press release titled "Autonomy Corporation plc Announces Results for the Year Ended December 31, 2010," distributed from Cambridge, England, to the Northern District of California on or about February 1, 2011.

**COUNT FOUR: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Four, as to a video conference involving participants in Palo Alto, California, and the United Kingdom on or about February 3, 2011.

**COUNT FIVE: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Five, as to a video conference involving participants in Palo Alto, California, and the United Kingdom on or about March 4, 2011.

**COUNT SIX: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Six, as to an email from M.H. to S.E. in the Northern District of California dated April 4, 2011 regarding "Prisa VAR."

**COUNT SEVEN: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Seven, as to a press release titled "Autonomy Corporation plc Trading Update for the Quarter Ended March 31, 2011," distributed from the United Kingdom to the Northern District of California on or about April 21, 2011.

**COUNT EIGHT: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Eight, as to a press release titled "Autonomy Corporation plc Announces Interim Results for the Six Months Ended June 30, 2011," distributed from the United Kingdom to the Northern District of California on or about July 27, 2011.

**COUNT NINE: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Nine, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 1, 2011.

**COUNT TEN: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Ten, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 2, 2011.

### COUNT ELEVEN: 18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | | ✓ |
| STEPHEN KEITH CHAMBERLAIN | | ✓ |

of the charge of Wire Fraud, as set forth in Count Eleven, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 3, 2011.

### COUNT TWELVE: 18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | | ✓ |
| STEPHEN KEITH CHAMBERLAIN | | ✓ |

of the charge of Wire Fraud, as set forth in Count Twelve, as to a conference call to United States toll free number (866) 409-2889 by multiple numbers in the Northern District of California and United Kingdom on or about August 4, 2011.

### COUNT THIRTEEN: 18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH | | ✓ |
| STEPHEN KEITH CHAMBERLAIN | | ✓ |

of the charge of Wire Fraud, as set forth in Count Thirteen, as to an email from A.H. in the United Kingdom to F.M. and others in the Northern District of California regarding "Project Daniel 1Room" attaching "Data Room Updates 509381013.4DOC" on or about August 4, 2011.

**COUNT FOURTEEN: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Fourteen, as to an email from A.K. to M.S. and others in the Northern District of California regarding "RE: Tesla: Updated Legal DD Questions" on or about August 4, 2011.

**COUNT FIFTEEN: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| MICHAEL RICHARD LYNCH |  | ✓ |
| STEPHEN KEITH CHAMBERLAIN |  | ✓ |

of the charge of Wire Fraud, as set forth in Count Fifteen, as to an emailed letter from Capita Registrars in the United Kingdom to M.S. and A.J. in the Northern District of California, requesting payments of £5,445,493,678.35 and £24,065,825.50.

DATED: 6/6/24

_Will Tyler_
FOREPERSON